# Exhibit B

| | |
|---|---|
| **From:** | Tenreiro, Jorge <tenreiroj@SEC.GOV> |
| **Sent:** | Wednesday, October 16, 2019 5:13 PM |
| **To:** | Drylewski, Alexander C (NYC); McGrath, Kevin |
| **Cc:** | Musoff, Scott D (NYC); Malloy, Christopher P (NYC); Beatty, Andrew R (NYC) |
| **Subject:** | [Ext] RE: SEC v. Telegram, 19-cv-9439(PKC)(SDNY) |
| **Attachments:** | 2019.10.16 Proposed PI.docx; 2019.10.16 Telegram Additional Documents subpoena DRAFT.pdf; 2019.10.16 Telegram Subpoena Attachment A.pdf |

Hi Alex:

Thanks for your email. (Please copy Daphna on all correspondence).

As we indicated over the phone, we cannot agree to your proposal. Specifically, we will not agree to withdraw our request for a preliminary injunction, nor can we agree that, given the parties' current respective positions, the deadlines for emergency discovery are no longer necessary. We propose that the parties agree to the P.I. on consent, without prejudice to going back to the Court should facts change that require a modification or a lifting of the stay. We are also willing to enter into a proposed expedited discovery schedule as you request. The attached proposal reflects the foregoing.

As stated above, since we do not have agreement, please propose a time to meet and confer on our document requests. We are willing to work with you of course but given the tight deadline of next Thursday, we need the documents by the deadline.

Thanks,

Jorge

---

**From:** Drylewski, Alexander C
**Sent:** Wednesday, October 16, 2019 1:18 PM
**To:** Tenreiro, Jorge ; McGrath, Kevin
**Cc:** Musoff, Scott D ; Malloy, Christopher P ; Beatty, Andrew R
**Subject:** SEC v. Telegram, 19-cv-9439(PKC)(SDNY)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jorge and Kevin – as a follow up to our conversations this week, I'm attaching a draft stipulation and proposed order through which Telegram agrees not to offer, sell or distribute any Grams and will preserve relevant documents. We believe this agreement achieves every objective of the SEC's requested preliminary injunction, while preserving the status quo and all parties' rights without asking the Court to engage on the merits at this premature juncture. We hope that the SEC will reconsider its insistence that Defendants consent to entry of a preliminary injunction, which is obviated by the proposed agreement. We're also happy to discuss if you have any proposed edits to the language of the stipulation.

Separately, we'll be sending you later today responses and objections to the SEC's sixteen document requests dated October 11, 2019. We're available to meet and confer regarding these requests, which, as you know, implicate

1

significant data privacy issues, among others. In light of Telegram's commitment not to offer, sell or distribute Grams and the parties' agreement to work together to set an expedited schedule in this matter, please confirm the SEC's agreement that the deadlines for emergency discovery are no longer necessary as we work through these issues.

Thank you,
Alex

**Alexander C. Drylewski**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**Four Times Square | New York | 10036-6522**
**T: 212.735.2129 | F: 917.777.2129**
**alexander.drylewski@skadden.com**

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================================

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,       :
                                          :
                                     Plaintiff,   :   19 Civ. 9439 (PKC)
                                          :
                - against -              :   ECF Case
                                          :
TELEGRAM GROUP INC. and TON ISSUER INC.,  :
                                          :
                          Defendants.  :
                                          :
------------------------------------------------------------------- x

### STIPULATION AND [PROPOSED] ORDER IMPOSING PRELIMINARY INJUNCTION AND OTHER INTERIM RELIEF

**WHEREAS** on October 11, 2019, Plaintiff Securities and Exchange Commission (the "Commission") commenced this action by filing a Complaint, and filed a motion for a temporary restraining order and order granting other expedited relief, and a motion for a preliminary injunction and other interim relief, and supporting papers, including a memorandum of law, declarations, and exhibits (the "Motion");

**WHEREAS** on October 11, 2019, the Court entered an Order to Show Cause granting the expedited relief sought in the Commission's Motion and requiring that Defendants Telegram Group Inc. and TON Issuer Inc. ("Defendants") show cause why the interim relief the Commission sought in its Motion should not be granted;

**WHEREAS** Defendants have entered a general appearance, consented to the Court's jurisdiction over them and over the subject matter of this action, and have consented to the entry of this Order Granting Preliminary Injunction and Other Interim Relief

     **NOW, THEREFORE:**

**I.**

**IT IS HEREBY ORDERED** that the Commission's application for a preliminary injunction against the Defendants is GRANTED and the preliminary injunction hearing scheduled for October 24, 2019 is ADJOURNED.

**II.**

**IT IS FURTHER ORDERED** that, pending a final disposition of this action, Defendants and each of their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are preliminary enjoined and restrained from engaging in the offering of unregistered securities or violating Sections 5(a) and 5(c) of the Securities Act, including but not limited to by offering, selling, or distributing the digital tokens known as "Grams" or otherwise by:

(a) without a registration statement in effect as to that security, making use of the means and instruments of transportation or communications in interstate commerce and of the mails to sell securities through the use of means of a prospectus; and/or

(b) making use of the means and instruments of transportation or communication in interstate commerce and of the mails to offer to sell through the use of a prospectus, securities as to which no registration statement has been filed.

**II.**

**IT IS FURTHER ORDERED** that, pending the final disposition of this action, Defendants **SHALL NOT** destroy, alter, or conceal documents, books, and records that are in their possession, custody, or control, or the possession, custody, or control of each of their respective agents, servants, employees, and attorneys, and those persons in active concert or

participation with them, including documents that concern the allegations in the Complaint or Defendants' assets, finances, or business operations;

### III.

**IT IS FURTHER ORDERED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), this Order shall be, and is, binding upon Defendants and each of their respective agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service, facsimile, email, overnight courier, or otherwise.

### IV.

**IT IS FURTHER ORDERED** that the parties shall prepare a proposed Case Management Plan and Scheduling Order ("Case Management Plan"), pursuant to Rule 2 of this Court's Individual Practices, that such Case Management Plan shall provide for expedited discovery to be conducted in advance of a resolution of this action on the merits, and that the parties shall submit the Case Management Plan in advance of the Initial Pretrial Conference to be held before the Court no later than October 31, 2019.

STIPULATED AND AGREED TO:

Date: _____         By: _____
                                                          Jorge G. Tenreiro
                                                          Kevin McGrath
                                                          Daphna A. Waxman
                                                          Securities and Exchange Commission
                                                          New York Regional Office
                                                          200 Vesey Street, Suite 400
                                                          New York, New York 10281
                                                          (212) 336-9145 (Tenreiro)
                                                          TenreiroJ@sec.gov
                                                          *Attorneys for Plaintiff Securities and Exchange Commission*

Date: _____ By: _____
                                                                        George A. Zimmerman
                                                                         Scott D. Musoff
                                                                         Christopher P. Malloy
                                                                         Alexander C. Drylewski
                                                                         SKADDEN, ARPS, SLATE,
                                                                         MEAGHER & FLOM LLP
                                                                         Four Times Square
                                                                         New York, New York 10036
                                                                         Phone: (212) 735-3000

SO ORDERED

Dated: _____, 2019                 _____
New York, New York                                      HON. P. KEVIN CASTEL
                                                                   UNITED   STATES   DISTRICT   JUDGE

Schedule A

| FINANCIAL INSTITUTION | NAME OF ACCOUNT | ACCOUNT NUMBER (Last 4 Digits) OR IDENTIFYING INFORMATION |
|---|---|---|
| Bank of America | Middleton, Reginald | XXXXXX3904 |
| Bank of America | Middleton, Reginald | XXXXXX3917 |
| Bank of America | Veritaseum Holdings | XXXXXX1142 |
| Bank of America | Veritaseum Assets LLC | XXXXXX1786 |
| Citibank | 221 Washington Avenue LLC | XXX1498 |
| Citibank | 281 Cumberland Street LLC | XXX1711 |
| Citibank | Lefferts Place LLC | XXX1404 |
| Citibank | Middleton, Reginald | XXX1630 |
| Citibank | Reggie Middleton LLC | XXX1201 |
| Citibank | Veritaseum Inc. | XXXXX4865 |
| Citibank | Veritaseum LLC | XXXXX2142 |
| JPMC | Middleton, Reginald | XXXXX7843 |
| JPMC | Veritaseum LLC | XXXXX5610 |
| Kraken | Veritaseum, LLC | XXXXX5A7Q |
| Gemini | | Account ID ending in 5247 |
| Coinbase | | User IDs ending in 00e3c & 00053a |
| Interactive Brokers | Veritaseum Assets, LLC | XXXXX0423 |
| Afrasia Bank (Mauritius) | Veritaseum PanAfrica Holdings | |
| Barclays Bank | Veritaseum | |

| | | |
|---|---|---|
| (Mauritius) | PanAfrica Holdings | |
| Guaranty Trust Bank (Nigeria) | Veritaseum PanAfrica | |
| Access Bank (Nigeria) | Veritaseum PanAfrica | |
| Zenith Bank (Nigeria) | Veritaseum PanAfrica | |
| Ethereum Blockchain Address | | 0x2cc2720ec4263ca730e6209348673665939c29e2 |
| Ethereum Blockchain Address | | 0x599a4b8188676224d4c9b393b947e332b60b15e3 |
| Ethereum Blockchain Address | | 0x82c48875c17ee5812f909a9d75c0f64f7a8719fe |
| Ethereum Blockchain Address | | 0x7dad3795a4681cd34c673abbdde0257c3be7f231 |
| Ethereum Blockchain Address | | 0x47afae2eb056630dbde374cc7e79c69d9120c372 |
| Ethereum Blockchain Address | | 0xaeb0a7e45db38bb72eaa95a390161e954458896d |
| Ethereum Blockchain Address | | 0xf278b6c5c89866af3c2cd5426d0e095225c86890 |
| Ethereum Blockchain Address | | 0xfa436023ee356ceaef2fb9184222e650c55d0ae1 |
| Ethereum Blockchain Address | | 0xfb9063ad5e9fa8eb91a1e1cd71cbdf6d765ecaff |
| Ethereum Blockchain Address | | 0x67bb19d5a4f1b9939178d92a09d62444e4a76438 |
| Ethereum Blockchain Address | | 0xd2b87eb4418f07fe2c65800ee0db995e8caef3b3 |
| Ethereum Blockchain Address | | 0xeeaf0b2dbbf6d0a7de0e0668a1c97ba7f3098840 |
| Ethereum Blockchain | | 0x3f6caf49da88ca2452b1f8ad5b710db7141e48a8 |

| Address | | |
|---|---|---|
| Ethereum Blockchain Address | | 0x2483b897720a1ff105675ba04f6e1c46cd903ec2 |
| Ethereum Blockchain Address | | 0x67bb19d5a4f1b9939178d92a09d62444e4a76438 |
| Ethereum Blockchain Address | | 0xD7479145E52aDc22e6c4DC2c6809a69716823f42 |
| Ethereum Blockchain Address | | 0xA64983B89345AEa760Ec122f1DDA463EDc9100BF |
| Ethereum Blockchain Address | | 0x95841340a779363E9329ed5019E72A05989fd304 |
| Ethereum Blockchain Address | | 0x75C526d5143792446E0837B5ac84f17576dd76B1 |
| Ethereum Blockchain Address | | 0x9b6EFFA280482B00c8898d5b4cB7fFFe05AB8CbF |
| Ethereum Blockchain Address | | 0x74c760a2840CC4f6a65AAc5bE052ebb1B8739E88 |
| Ethereum Blockchain Address | | 0xe8916277B0953034F085d4f6fA4DaFb89E003492 |
| Ethereum Blockchain Address | | 0x4D9471136B8569aE7EF7F6D5ae2a48aC1b12e33F |
| Ethereum Blockchain Address | | 0x3f6caf49da88ca2452b1f8ad5b710db7141e48a8 |
| Bitcoin Blockchain Address | | 1Jn6XJtCUrCAyEx328Ddn7njAcqKJ21CbJ |
| Bitcoin Blockchain Address | | 1DxueK11gJCFpswAM2P6tTC2pgz1gXZfCc |
| Bitcoin Blockchain Address | | 14ioyNTzBQY9kqK6WzM6eeyqWfJrtM2W7W |
| Bitcoin Blockchain Address | | 1L2yn1oubhnVHze7vajFxctBor5NFk2Upy |
| Bitcoin Blockchain Address | | 13eFTG5BZirH4WzMhPWDt9YjkDDezz7nke |
| Bitcoin Blockchain Address | | 19tL87qf8DaiQmtyBZFZoDDrSLQpLFJcd7 |

| Bitcoin Blockchain Address | | 16obZYxWffrEifadq9L9K9rEaDEPsK11eH |
|---|---|---|
| Bitcoin Blockchain Address | | 155Jpk9qqak7sMnE2bgkpcrU4wUxeRfguD |
| Bitcoin Blockchain Address | | 14M1F4VRvxHJGCmNEixnMwtfSjwGdC2BHz |