UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | 19 Civ. 9439 (PKC) |
| Plaintiff, | : | **ECF Case** |
| -against- | : | **Electronically Filed** |
| TELEGRAM GROUP INC. and TON ISSUER INC., | : | |
| Defendants. | : | |

------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexander C. Drylewski, a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, admitted to the Bar of this Court, hereby enters his appearance in this action as counsel for Defendants Telegram Group Inc. and TON Issuer Inc.

Dated: New York, New York
        October 17, 2019

/s/ Alexander C. Drylewski
Alexander C. Drylewski
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000
Email: alexander.drylewski@skadden.com

*Attorney for Defendants*