UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | 19 Civ. 9439 (PKC) |
| Plaintiff, | : : | **ECF Case** |
| -against- | : : | **Electronically Filed** |
| TELEGRAM GROUP INC. and TON ISSUER INC., | : : : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### **DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants Telegram Group Inc. and TON Issuer Inc state, by and through their undersigned counsel, as follows:

1. TON Issuer Inc is a directly or indirectly wholly-owned subsidiary of Telegram Group Inc.

2. Telegram Group Inc. is a privately held company that has no parent corporation, and no publicly held corporation owns 10% or more of its equity.

Dated: New York, New York
October 17, 2019

/s/ Alexander C. Drylewski
George A. Zimmerman
Scott D. Musoff
Christopher P. Malloy
Alexander C. Drylewski
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Phone: (212) 735-3000

*Attorneys for Defendants*