| Home | FAQ | Apps | API | Protocol | | Twitter |
|------|-----|------|-----|----------|---|---------|



## Celebrating 6 Years of Telegram

We launched Telegram **6 years** ago, on **August 14, 2013** – and immediately set to work on the next update. That's how it's been ever since.

After a little while we noticed that our work not only brings progress to Telegram – but also results in the **evolution of messaging** as a whole. It is heartwarming to see our solutions and design decisions adopted as de facto standards across the board.

To keep you entertained while we're working on this month's second update, we've compiled a *brief history of Telegram*. It ended up rather on the 'humongous' side of 'brief' – but it's not like the next update is tomorrow either. So read on.

Oh, and if you want to give us a gift, bring two of your best friends to Telegram today.

### Recent News

**Sep 5**
Scheduled Messages, Reminders, Custom Cloud Themes and More Privacy

**Aug 15**
Celebrating 6 Years of Telegram

**Aug 9**
Silent Messages, Slow Mode, Admin Titles and More

**Jul 6**
Animated Stickers Done Right

**Jun 23**
Location-Based Chats, Adding Contacts Without Phone Numbers and More

**May 31**
Focused Privacy, Discussion Groups, Seamless Web Bots and More

**May 9**
Archived Chats, a New Design and More



### A (Not So) Brief History of Telegram

For some reason, we started writing this backwards – from the latest update to the primordial summer of **2013**. And then it was too late to change the order because the guy who compiled the post said he would go on a hunger strike if we tried.

So if you're a fan of chronology, please *jump to the end* and scroll up from there. (By the way, we decided we're going to keep this post up to date as new updates arrive.)

### September 2019

*Scheduled Messages, Reminders, Custom Cloud Themes and More Privacy*

The end of summer brought **scheduled messages** and **reminders** to better keep track of important tasks and appointments. On the visual side, shareable **Custom Cloud Themes** came to all platforms, along with more animated emoji.

An important privacy option was added for those who need it most – **Who Can Find Me By My Phone Number.** This new setting can prevent random users (or government organizations) from being able to match a number from their device's contacts to your Telegram account.

**On Telegram since Septebmer 2019:**

- *Scheduled Messages and Reminders*
- *Custom Cloud Themes*
- *Who Can Find Me By My Number*
- *Selective Text Copying on iOS*

### August 2019

*Silent Messages, Slow Mode, Admin Titles and More*

The August update brought a way to send **silent messages** – which result in a notification **without sound**. We also added **custom titles** and a **slow mode** for group admins. But you probably remember this, it's only been a week.

Following the success of *animated stickers*, this update also introduced **animated emoji** for ❤️, 👍, 😏, 😳 and 🥴. More followed.



**On Telegram since August 2019:**

- *Silent messages*
- *Slow mode*
- *Admin titles*
- *Timestamp links for videos*
- *Improved video scrubbing*
- *Animated emoji*
- *New attachment menu on Android*
- *Accent colors for night mode on iOS*
- *Comments widget*

### July 2019

*Animated Stickers Done Right*

The July update introduced **animated stickers**. We managed to achieve a smooth **60 FPS** at just **20-30 KB** per sticker. Animated stickers consume less bandwith than static ones and less battery than GIFs, while commanding more attention than the two combined.

Here are some sample animated sets in case you missed them: *Hot Cherry*, *Tidy Tie Tom*, *Resistance Dog*, *Fred the Pug*, *Melie the Cavy*, *Earl the Wolf*, *Egg Yolk*



**On Telegram since July 2019:**

- Animated stickers
- Open platform for animated stickers

## June 2019

### Location-Based Chats, Adding Contacts Without Phone Numbers and More

The June update focused on making it easier to **add people to contacts**. A universal **Add** button was introduced to all new chats, making it possible to add users to contacts even if you don't know their number yet.

A new **Add People Nearby** section was created to quickly exchange numbers with people close to you. The new section also allows creating **location-based public chats**.



**On Telegram since June 2019:**

- Add contacts without phone numbers
- Add people nearby
- Location-based chats
- Transfer group ownership to other users
- Enhanced notification exceptions
- Siri shortcuts
- New theme picker on iOS
- Change your app icon on iOS

## May 2019, Second Update

### Focused Privacy, Discussion Groups, Seamless Web Bots and More

The second May update made Telegram Privacy Settings even more **flexible**. You can add whole **groups** to *'Never Share'* or *'Always Share'* exceptions. Settings will adjust automatically as people join and leave the groups.

On Telegram, your **phone number** was never visible to random people in groups, the default being *'My Contacts'*. This update offered even more control via *Settings > Privacy & Security > Phone Number*.

The update also introduced an easier way to integrate **web services** with Telegram, adding one-tap authorization via bots. Last but not least, it offered **two** new ways of **adding comments to channels** – via Comments.app and connected **discussion groups**. (We didn't start the flame war.)



**On Telegram since May 31, 2019:**

- Use groups as exceptions for Privacy Settings
- 'Who can see my phone number' setting
- Seamless authorization for Web services via bots
- Discussion groups for Channels
- View public channels without logging in
- Add text URLs to messages on iOS (Android since June 2018)
- New theme switcher for Android

## May 2019, First Update

### Archived Chats, a New Design on Android and More

The first May update introduced **Archived Chats**. Unmuted chats pop out of the archive with the next incoming message – but muted chats stay archived forever (or until they generate a notification via a mention or reply). An **unlimited** number of chats can be pinned in the archive.

**Android design** got a **major overhaul**. Aside from the visual improvements, this update added a **three-lines-per-chat** view option for the Android chat list (similar to the iOS default), as well as **bulk actions** in the chats list to easily delete, archive or mute multiple chats at once.



**On Telegram since May 9, 2019:**

- Archived chats
- New design on Android
- Bulk actions in the chat list on Android
- Expanded view for chat list on Android
- Improved passcodes on iOS
- Message links in groups

## March 2019

### Taking Back Our Right to Privacy

Before the March update, you could delete your messages within 48 hours of sending them. As of this update, you can **delete any message** you've ever sent or received in **any** private chat, there's **no time limit**. This also applies to clearing entire chats. The deleted messages don't leave a mark in the chat.

This update also introduced a setting for **Anonymous Forwards**, allowing you to control when messages forwarded from your account link back to it. This way people you chat with have no verifiable proof you ever sent them anything.



**On Telegram since March 2019:**

- Delete any private message for both parties, anytime
- Anonymized forwarding
- Search for Settings and FAQ entries
- Search emoji by keyword
- VoiceOver and TalkBack support

## February 2019

### Autoplaying Videos, Automatic Downloads and Multiple Accounts

Following the February update, smaller videos **start playing** without sound when they reach your screen. Pressing the volume buttons on your device unmutes them.

This update also introduced **presets** for autodownload settings to switch between **Low**, **Medium**, **High** and **Custom** data consumption in a few taps. Default settings for data usage have become more generous but depend on the affordability of mobile data in each particular country.

As of this update, iOS users can also log in to Telegram with **multiple accounts** from one app, easily switch between them and get notifications. Support for multiple accounts was added to Android in December 2017.



**On Telegram since February 2019**

- Autoplaying videos
- Autodownload presets (Low, Medium, High)
- Adaptive autodownload settings
- Multiple account support on iOS (on Android since December '17)
- Logout alternatives screen

## January 2019, Second Update

### Chat Backgrounds 2.0: Make Your Own

The second update in January brought **chat wallpapers** to version **2.0**, adding support for **motion** and **blur** effects, **plain color** backgrounds and **patterns**, as well as an option to **share** backgrounds via links and find new ones in **search**.

For those who appreciate art history, the classical Telegram backgrounds which were used at launch can be found here.



**On Telegram since January 31, 2019**

- New backgrounds for chats, including photos
- Choose from photos, solid colors and patterns
- Motion and blur effects for backgrounds
- Share backgrounds via links
- Search for new backgrounds
- Instant View 2.0 contest finished

## January 2019, First Update

### Group Permissions, Undo Delete and More

The first January update brought **group permissions**, allowing admins to restrict all

members from posting specific kinds of content or even from messaging altogether. The **maximum size for groups** was doubled to **200,000 members**.

The update also added an **'Undo'** option after **deleting chats** or clearing history. It's like a time machine, but with fewer paradoxes.



**On Telegram since January 21, 2019**

- Default permissions for groups
- Up to 200,000 members in each group
- 'Undo' deleting chats or clearing history
- Sort contacts by name or 'Last seen'
- Better thumbnails and new download animations
- Choose emoji sets on Telegram Desktop

## 2018

### December 2018, Second Update

**Polls: Bringing Choice to Communities**

As of the second update from December '18, Telegram users can create **polls** in groups and channels, letting group members vote anonymously.

Poll bots have been available since the dawn of the Bot Platform.



**On Telegram since December 22, 2018**

- Polls for groups and channels

### December 2018, First Update

**Custom Languages, Instant View 2.0 and More**

This first December update in 2018 revolutionized app interfaces, adding **custom languages** – whether that's Māori, Scottish Gaelic or Transliterated Klingon. Qapla'. Users can **share** translated **language packs** with dedicated sharing links.

Everyday be talk like a pirate day if ye've downloaded the pirate speak chest. Babel fish now optional.



**On Telegram since December 10, 2018**

- Create and share custom language packs
- Redesigned Android app
- Badge counter settings added on Android
- Crop profile photos on Android
- Zoom videos during playback on Android
- Instant View 2.0 supports tables, nested lists, RTL languages and more

### October 2018

**Introducing Telegram 5.0 for iOS**

Telegram for iOS was **rebuilt from scratch** for this update – using the **Swift** programming language. The new client is slicker, faster and more battery-friendly. If the old Telegram was a race car, this one is a race car with jet engines and a well-caffeinated driver.

New **badge counter** settings were added on iOS, allowing **users** to exclude messages from muted chats or count **unread chats** instead of messages.

The native macOS client added **swipe gestures** to navigate interfaces. MacBook Pro owners got **touch bar support**.



**On Telegram since October 2018**

- New iOS app
- Expand in-app notifications

- Count unread chats instead of unread messages
- Seamless Telegram Desktop Account Switch
- Swipe gestures for MacOS
- TouchBar support for Macbook Pro
- Local storage for Telegram Desktop

## August 2018

### Chat Export Tool, Better Notifications and More

This update brought an easy way to **download** copies of **your chats**, including **photos and other media** using Telegram Desktop. August '18 also saw the birth of **Notification Exceptions** – a way to customize notification settings for particular users.



On Telegram since August 2018

- Export chat history and account information
- Customized notifications for individual users
- Support for new document types in Telegram Passport
- Support for names in original language in Telegram Passport

## July 2018

### Introducing Telegram Passport

Telegram Passport was launched as a **unified authorization service** for ICOs, financial services and other platforms based on **real-life ID**. You no longer have to upload scans of your ID each time a different service requires it.



On Telegram since July 2018

- Telegram Passport
- E2E Encryption for ID storage

## June 2018

### Replace Media, Share vCards, Mark as Unread, 2X Voice Messages, and More

The June '18 update brought the ability to **replace** photos and videos when editing messages – in case you accidentally sent a picture of your lunch instead of the company's new logo.

As of this update, voice and video messages can be played at **2x speed** and users can **mark chats as read or unread**.



On Telegram since June 2018:

- Replace sent media
- 2x speed toggle for voice and video messages
- Mark chats as read or unread
- Share detailed contact information
- Chat previews, text URLs and cancel sending messages on Android

## March 2018

### Sticker Search, Multiple Photos and More

Since they were introduced, stickers have become a key method of communication for many Telegram users. As of this update, users can **search** for new **sticker packs**.

I'm not addicted to sending stickers. I can stop any time.



### 200,000,000 Monthly Active Users

Telegram has never been promoted with ads, so every user joined because they were **invited by others**. Telegram is more than a messaging app, it's the idea that everyone on the planet has a right to be **free**.





**On Telegram since March 2018:**

* Sticker set search
* Multi-shot sending (photos)
* Auto-night mode on iOS (Android since February '18)
* Over 200,000,000 users

## February 2018

Two updates were launched on February 6, 2018.

### Streaming and Auto-Night Mode on Android

This was when the apps got **streaming support**, allowing you to **view videos** without waiting for them to fully download. This update also introduced **auto-night mode** for Android users, shielding weary eyes from bright light when browsing memes in bed.



### Telegram Login for Websites

Another update introduced the **Telegram Login Widget** for external websites, empowering businesses to use Telegram bots to automate anything from customer support to accepting payments or tracking shipments.



**On Telegram since February 2018**

* Streaming video
* Auto-night mode on Android
* Login widget for external websites
* Website bots
* Manage connected websites via 'Active Sessions'

## January 2018

Two updates were launched on January 31, 2018.

### Telegram X: Progress through Competition

Two **Telegram X** clients were unveiled as alternatives to the main iOS and Android apps – built from the ground up to be faster and easier to use, while featuring **smooth animations** and a **sleek design**. Telegram X for iOS has since become the native client on iPhones around the world.



### TDLib – Build Your Own Telegram

The **Telegram Database Library** helps developers make their own versions of Telegram – and was used to create Telegram X for Android. TDLib handles network implementation, encryption, and local storage, giving third-party developers more time to focus on the fun parts of app design. All the API methods are fully documented and the code is available on **GitHub**.

Both Telegram X and the Telegram Bot API are an example of what can be done with this library.



**On Telegram since January 2018**

* New app for Android: Telegram X
* TDLib, a library for building your own Telegram
* TDLib public interfaces are fully documented

# 2017

## December 2017

### Themes, Multiple Accounts and More

**Themes** came to **iOS**, with simple *'Day'* and *'Night'* options. We considered adding a *'Twilight'* option but it got sabotaged by lovesick vampires and werewolves.

Android added support for **multiple accounts**, to quickly switch between up to three profiles (or personalities) without logging out.



**On Telegram since December 2017**

- Multiple Accounts
- Quick Replies
- Granular Autodownload Settings
- Web embeds for public messages
- Night theme on iOS (on Android since February '17)

## November 2017

### Albums, Saved Messages and Better Search

Albums and Saved Messages came to Telegram in November as a way to cut down on clutter and keep things organized. Multiple media items could be **sent as one message**, neatly arranged instead of filling up the chat with individual messages and multiple notifications.

**Saved Messages** brought bookmarks and personal storage, giving users the ability to forward messages there for later reference.



**On Telegram since November 2017**

- Albums when sending multiple media
- Saved Messages
- Pinned Messages in Channels
- Select the order of photos

## October 2017

### Live Locations, Media Player and Languages

October '17 expanded **location sharing** to include a **live feed**, useful for finding your friends or seeing how far they are from a destination. The interactive maps support multiple users, so your entire group can share their locations and see each other in one place.

Telegram also expanded its localization, launching the **Translations Platform** for users to refine the currently-available translations.



**On Telegram since October 2017**

- Live Location
- Translations Platform
- Redesigned Media Player
- Admin Badges

## August 2017

### Better Replies, Stickers & Invitations

Keeping track of replies and mentions was streamlined in August's update, adding the new **'@' badge** to the chat list, and **'@' button** inside chats to jump from mention to mention.

The option to set **favorite stickers** was added, while groups got the ability to choose **official sticker sets**.



**On Telegram since August 2017**

- Mention Badge and Button
- Favorite Stickers
- Group Sticker Sets
- Picture-in-Picture Twitch streams
- Edit photos from clipboard
- Forward to multiple people

## July 2017

### Disappearing Media, Your Bio & More Speed

July's update added a self-destruct timer for photos and videos to give users the option to send **disappearing media** in Private Chats.

To help say a little more about themselves, user profiles were given a **bio section**.



**On Telegram since July 2017**

- Disappearing Media in all one-on-one chats
- Profile Bios
- CDN Support

## June 2017

### Supergroups 10,000: Admin Tools & More

Groups leveled up in June '17, increasing the maximum members to 10,000 and introducing a suite of **new tools** to manage the masses.

Admin permissions became individual, allowing for **specific privileges**. So did members', meaning people could be put under **custom restrictions** for acting up.

The **Recent Actions** page was added for admins, showing a summary of all notable group activity within the past 48 hours.



**On Telegram since June 2017**

- Specific Admin Privileges
- Custom Member Restrictions
- Recent Actions
- Proxy Support
- Android Pay

## May 2017

Three updates were released on May 18, 2017.

### Video Messages and Telescope

Just in time for Summer, **video messages** were introduced to add another dimension to chats and channels.



### Instant Views for Everyone & a $200K Contest

**Instant View** grew into a **platform** for reformatting articles from the Web into lightweight, uniform pages which instantly open in Telegram, rather than a browser. A contest to create new templates was launched.



### Payments for Bots

**Bot payments** joined the pool party as well, so users could pay for goods and services right in the app.



**On Telegram since May 2017**

- Instant View platform and contest
- Video Messages
- Telescope
- Bot Payments

## March 2017

**Voice Calls: Secure, Crystal-Clear, AI-Powered**

March '17 brought **voice calls** to Telegram, featuring end-to-end encryption, crisp sound and incredible speed.

The video editor received a **compression slider** to change the quality at which a video is sent.



**On Telegram since March 2017**

- Voice Calls
- Compression Slider

## February 2017

**Custom Themes**

**Custom themes** first came to the Android phone app, along with a **theme editor**, giving users the ability to recolor individual elements and share their creations with others.



**Telegram Desktop reaches version 1.0 – and it's BEAUTIFUL**

Telegram Desktop, first launched in January '14, reached version **1.0**, with a **new design**, **refined animations** and **custom theme support**, in addition to all its earlier features.

The **GMail bot** made its debut as well, allowing users to condense all their communications into one platform.



**Telegram for Android Wear 2.0**

Telegram came to wrists with its **Android Wear 2.0** version, featuring **fully-functional messaging** capability, plus added **themes** to keep things chic.



**On Telegram since February 2017**

- Dark Themes and Theme Editor
- Telegram Desktop reached version 1.0
- New App: Telegram for Android Wear
- GMail Bot

## January 2017

**Unsend Messages, Network Usage, and More**

Telegram rang in the New Year with a completely new feature – the ability to **unsend messages** sent within the past 48 hours.

To keep track of users' data consumption, **Network Usage** was added to settings.



**On Telegram since January 2017**

- Delete Messages
- Network Usage statistics
- Short t.me links instead of telegram.me
- Saved scroll position when re-entering chats

# 2016

## December 2016, Second Update
### Meet the Telegraph API for Logins and Stats

The **Telegraph API** opened to the public in the final update of 2016. Publishing and organizing articles gained automated support with the new **@Telegraph** bot.



**On Telegram since December 20, 2016**

- Open Telegraph API
- @Telegraph bot

## December 2016, First Update
### Pinned Chats and IFTTT Integrations

Conversation management became easier with the option to **pin chats** to the top of the chat list.

**IFTTT integration** was introduced to help link Telegram to over 360 services at launch. This gives users control over their accounts on other services straight from the Telegram app – including social media, mail clients and even things like smart appliances or other devices.



**On Telegram since December 7, 2016**

- Pinned chats
- IFTTT integration
- Forwarding to secret chats

## November 2016
### Instant View, Telegraph, and Other Goodies



**Instant View** came in November 2016, instantly loading articles and web pages all inside the Telegram app. Added in the same update, the **Telegraph** platform is a minimalist word processor compatible with Instant View, designed for quickly publishing documents and articles.

**On Telegram since November 2016**

- Instant View
- Telegraph
- Jump to date
- Recent Stickers tab

> This is where wide **full-color illustrations** for our blog posts end – or begin, depending on which direction you just came from.

## October 2016
### Gaming Platform 1.0

With winter not far off, Telegram introduced a **Games** platform that allows users to play games through bots. We also met the gamee — a ball that from now on helps creators have an easy and accessible way to bring their game ideas to life.



On Telegram since October 2016

- Gaming platform
- Games in group chats
- Game creator tools

## September 2016

### Photo Editor 2.0, Masks and Homemade GIFs

In September '16, the time came to improve Telegram's **Photo Editor** with fun new decorations like masks, text, stickers and drawings. Additionally, the video editor added the ability to **make GIFs** out of videos by tapping its new *'Mute'* button.



On Telegram since September 2016

- More features for the Photo Editor
- Video-to-GIF conversion
- Trending Stickers tab

## August 2016

### Trending Stickers, Storage and More

A **Trending Stickers** option was added so popular sticker packs can be easily found and added to one's collection. Groups received **previews** so prospective members can see what they're about and who's in them before joining the party.



On Telegram since August 2016

- Trending stickers
- Group previews
- Android camera redesign

## June 2016

### Drafts, Picture-in-Picture, and More

June '16 brought cross-platform **cloud drafts**, syncing your unfinished messages across devices. Since then, users have been able to start typing on one device and finish on another. For more multitasking, **Picture-in-Picture** support was added to let users work and watch simultaneously.



On Telegram since June 2016

- Cloud drafts
- Picture-in-Picture
- Android video player
- Unread message counters

## May 2016

### Edit Messages, New Mentions and More

Fast typers rejoiced as the ability to **edit** sent messages was introduced in all chats. Mentions were expanded to include users **without usernames**, and **Bots** were given their own space in the attachment menu for easy access.



On Telegram since May 2016

- Edit messages
- Mention users without usernames
- Bots in attachment menu

## April 2016, Second Update

### Instant Camera and More 3D Touch

**Instant camera** was added so users could snap and send photos faster, saving the extra thumb-work to make sure the moment is captured.



On Telegram since April 28, 2016

- Instant camera
- 3D Touch

## April 2016, First Update

### Bot Platform 2.0

Starting in April 2016, inline bots no longer require you to use a keyboard. These software-controlled friends now immediately present **clickable options** to get results with no typing required. They were also **integrated with services** like YouTube and Foursquare for easy video and location sharing.



### Sharing and Previews

This update gave users a new way of **sharing** media between chats, introducing **GIF and sticker previews** to make the selection process more straightforward.



On Telegram since April 12, 2016

- New share menu
- In-app video player redesign
- Sticker previews
- GIF previews
- Inline bots 2.0 with new powers

## March 2016

### Supergroups 5000: Public Groups, Pinned Posts

To keep order as supergroups grew from 1,000 members to **5,000**, important announcements could be placed at the top of the screen as **pinned messages**. Additional **moderation tools** were introduced that helped prevent spam in **public** supergroups. This included the ability to report spam, ban a user outright, or simply erase all of their posts from the group.



On Telegram since March 2016

- Supergroup size increased to 5,000
- Pinned messages in supergroups
- Moderator tools for supergroups
- Public chat groups

## February 2016, Second Update

### Channels 2.0 and More

Channels got plenty of new features including admin **signatures** and **silent broadcasts**. It became possible to **edit** your messages in channels and supergroups.



On Telegram since February 24, 2016

- Message editing for channels
- Admin signatures in channels
- Silent messages in channels

## February 2016, First Update

### Voice Messages 2.0, Secret Chats 3.0 and…

Chatting got easier with **raise-to-speak** and **raise-to-listen** functionality, streamlining voice messages by giving a no-tap way to play and record. On the privacy end, users got the ability to **restrict** who can invite them to groups and channels.

On Telegram since February 12, 2016

- Raise-to-speak
- Raise to listen
- Invite restrictions
- Secret chats support all cloud chat features

## January 2016

### Introducing Inline Bots

**Inline bots** make it possible to use bot services in any chat without adding those bots as members – you just start any message with their username and everything that comes after becomes a query for the bot. These utilities can link Wikipedia articles, post YouTube videos or search for GIFs to entertain friends. Unfortunately, while being very good at fetch, they still can't pull a sled – even after all these years.



### GIF Revolution

GIF file size was reduced by **95%**, making them load **20x** faster. Autoplay for all GIFs was enabled to show off their new-found speed.



**On Telegram since January 2016**

- Inline bots
- Lightweight GIFs
- GIF autoplay
- Separate GIF tab

## 2015

## December 2015

### Clearing Cache and Reordering Stickers

The space-saving option of **clearing cache** was introduced, including chat-by-chat specificity. This was coupled with a setting to choose how long to **keep media** before it gets deleted from the cache (to be re-downloaded from the cloud should you need it again).



**On Telegram since December 2015**

- Clear entire cache
- Clear cache for individual chats
- Reorder sticker packs

## November 2015

### Admins, Supergroups and More

This update added the **admin** role. Admins have the power to manage group chats and enforce rules. Just in time, as the maximum number of users for group chats grew to **1,000 people** with the addition of **supergroups**.



**On Telegram since November 2015**

- Admins in groups and channels
- Supergroups for 1,000 members

## September 2015

### Channels: Broadcasting Done Right

September '15 brought **channels**, the perfect tool for **broadcasting messages** to the masses. Channels can have unlimited followers, offer view counters for each post and only let the admins post. These one-way chats give updates the spotlight by moving the discussion elsewhere. Channels were quickly adopted in regions where freedom of speech falls short.



**On Telegram since September 2015**

- Channels for unlimited broadcasts
- Quick replies on iOS
- More tools for iOS photo editor

## August 2015

### Shared Links and Recent Searches

Telegram delivered quality of life updates in August '15, showing **shared links** on chat info pages as well as a list of **recent searches** when beginning a new one.



**On Telegram since August 2015**

- Shared Links tab
- Recent search results

## July 2015

### In-App Media Playback and Search in Chats

This update added the ability to view media, enjoy music and watch videos from external sources **directly in the app**. **Chat-specific search** was implemented as well, making it easier to find messages from a particular conversation.



**On Telegram since July 2015**

- In-app media playback
- Chat-specific search

## June 2015

### Telegram Bot Platform

In June of 2015, Telegram released the **Bot API** and created a platform for users to create and publish their own bots. Bots exist to add features to Telegram and make user's lives easier – bots can handle payments, moderate groups, fetch emails and much more.



### Telegram on Apple Watch

Telegram also received **Apple Watch support**. With a flick of the wrist, users can view recent chats, reply with stickers, dictate messages and more. Anything that can't fit on the watch display gets a shortcut to open on your phone instead.



**On Telegram since June 2015**

- Open bot API
- Bot creation platform
- Apple Watch support

## May 2015

### Custom Sticker Sets

Since May '15, stickers can be uploaded and shared as **sticker sets**. All apps got a dedicated **sticker panel**. Tapping on any sticker shows its set and lets you **add** the lot.



**On Telegram since May 2015**

- Custom sticker sets
- Uploading stickers via the @stickers bot
- Adding and sharing sticker sets

## April 2015

### Migrating Existing Group Chats to Telegram

Invite links were added so users can easily bring their friends to group chats, even when those friends are lost in another messenger.



## Places, Captions and more

Users gained the ability to **caption** photos, so the context and content can be sent as one message.



## Active Sessions and Two-Step Verification

Telegram rolled out an essential privacy feature in April 2015 – **Two-step Verification** – adding an extra layer of protection by requiring a **password** when logging into a new device.



## Link Previews

**Link previews** were introduced to help users see where a link leads without having to click on it and find out for themselves.



**On Telegram since April 2015**

- Invite links
- Photo captions
- Two-step verification
- Active sessions
- Link previews

## March 2015, Second Update

### Sending Files On Steroids — And More

This update brought the ability to send **multiple files** at once and **trim** videos before sending them.



**On Telegram since March 25, 2015**

- Multi-file sharing
- Trim videos before sending

## March 2015, First Update

### Reinventing Group Chats: Replies, Mentions, Hashtags and More

March '15 made messaging more convenient – Telegram added **replies**, **mentions** and **hashtags**. Replies make it easier to keep continuity in group chats, while mentions help get someone's attention and hashtags allow users to label messages for future use.



**On Telegram since March 19, 2015**

- Replies
- Mentions
- Hashtags
- More stickers

## February 2015, Second Update

### Photo Editor and Passcode Lock

February '15 delivered the most powerful **photo editor** among messaging apps – featuring auto-enhance, crop and rotate functions in its initial version. To keep those photos and chats secure, users were given the option to lock their app with a **passcode**.



**On Telegram since February 25, 2015**

- Photo editor
- Local passcode lock for apps

## February 2015, First Update

### Shared Files and Fast Mute

#### Shared Files and Fast Mute

This update enabled sending files to any non-secret chat (some media outlets mistakenly thought this was when we introduced sending files). Additionally, the update brought in **Mute** shortcuts, helping users disable notifications more quickly.



**On Telegram since February 1, 2015**

- Shared files
- Mute notifications

### January 2015

#### Stickers Done Right

January '15 saw the first **sticker** on Telegram. Since then, starting a message with a **single emoji** brings up a list of emotionally corresponding **sticker suggestions**.

The first official stickers from Telegram formed the classic Great Minds set. Artists were invited to publish their work on the **free** and **open platform**.



**On Telegram since January 2015**

- Stickers
- Sticker suggestions by emoji
- Official 'Great Minds' stickers
- Open platform for sticker artists

## 2014

### December 2014

#### Telegram.me, Changing Numbers, PFS and more

Users with usernames were offered **Telegram.me/username** links, which open their profile page in Telegram. This update also enabled **changing** the **phone number** of a Telegram account. **Single-column mode** was added for Telegram Desktop, making multitasking easier on smaller screens.



> *Fun fact: In 2016, Instagram will restrict users from adding Telegram.me (and Snapchat) links to their bios.*

**On Telegram since December 2014**

- Use telegram.me links
- Change your phone number
- Perfect Forward Secrecy
- Single-column mode for Telegram Desktop
- GIF and Image Search on Android

### November 2014

There were two Telegram updates on November 19, 2014.

#### Hiding Last Seen Time – Done Right

This update expanded **Privacy Settings** to cover **Last Seen** status, allowing unprecedented flexibility with *'Always Share With'* and *'Never Share With'* exceptions for individual users.

This was also when **account self-destruction** was introduced. Telegram doesn't aim to accumulate and store your data when you don't need it anymore. So if you throw away your SIM card and it gets a new owner in 6 months, they won't access your chats.



#### Material Design on Android, Instant Search for Messages and more

November '14 also delivered **Instant Full-Text Search** to iOS and Android. Since then you can quickly find any message you ever sent or received on Telegram.

**GIF search** was first supported on iOS. The Android app got a massive redesign, consistent with **material guidelines**.



**On Telegram since November 2014**

- Granular privacy settings

- Who can see my Last Seen time
- Inactive user accounts
- Account self-destruction
- GIF Search for iOS
- Android 2.0 with Material Design

## October 2014

### Public usernames, smaller timers for Secret Chats, and more

October '14 marks the beginning of properly recorded history on Telegram. The first update ever to be described in a **blog post** brought **public usernames**, adding the ability to share your Telegram contact without disclosing your **phone number**.

**Secret Chats** got a major upgrade, with self-destructing media showing **blurred thumbnails** and starting the countdown only after they are first opened. This prevented them from disappearing before actually being viewed. This was also when **screenshot notifications** were first introduced.

Telegram for Android received several updates, adding support for **Android Wear** and **tablets**, as well as **video compression**.



**On Telegram since October 2014**

- Usernames
- Secret Chats 2.0
- Support for Android Wear
- Support for Android tablets
- Video compression on Android

## September 2014

### GIFs, iPad support and broadcast lists on iOS

Telegram has supported **iPads** since September '14. In this update, the iOS app learned to play **GIF animations** and added **cloud search** for messages, as well as adding **search by file name** to the Shared Documents section. iOS also caught up with Android, adding support for broadcast lists.



**On Telegram since September 2014**

- New app: iPad support
- Send GIFs on iOS
- Broadcast lists on iOS
- Large photos in chats
- Cloud search

## August 2014

**Broadcast lists** were first introduced to Android in August '14, only to be replaced with channels a little over a year later.



**On Telegram since August 2014**

- Broadcast lists

## June 2014

### Multiple photo upload and more

Telegram for Android caught up with iOS, allowing users to **preview photos** before sending — as well as select and send many photos at once. Notifications were improved to be more reliable.



**On Telegram since June 2014**

- Send multiple photos at once
- Preview photos before sending
- Improved notifications

## March 2014

### Voice Messages, Delete Messages for both sides in Secret Chats, Language Settings on Android

The March '14 update introduced **voice messages** to Telegram. Messages deleted in Secret Chats began disappearing for **both sides**.

Telegram for Android added the option to change the **app language** in Settings. The first languages to be added were German and Italian.





**On Telegram since March 2014**

- Voice messages
- Language settings on Android
- Message deletion for both sides in Secret Chats

## February 2014

### New apps, autodownload settings and contact management tools for Android

More Telegram apps entered the fray. An unofficial Telegram app for **Web** was introduced and later moved to web.telegram.org to become the **official web version**. Telegram for **Windows Phone** was created in a contest for app developers.

Meanwhile, an update introduced **autodownload settings** and new tools to manage contacts on Android.



**On Telegram since February 2014**

- New app: Stand-alone Web version
- Autodownload settings
- Contact management tools
- Windows Phone support

## January 2014

### Send documents and files

First thing in 2014, Telegram allowed **documents of any type** to be sent, including **.pdf**, **.doc**, **.png**, **.mp3**, etc.

An unofficial Telegram app for PC was announced, which would later become the official **Telegram Desktop**.



**On Telegram since January 2014**

- New app: Stand-alone Desktop app
- Send documents on iOS and Android
- Send documents on Telegram Desktop

# 2013

## December 2013

### Crowdsourcing a more secure future

The only significant vulnerability to ever be discovered in the MTProto protocol was **fixed** during the First Telegram Crypto Contest. The researcher who discovered it was awarded a bounty of **$100,000**.



**On Telegram since December 2013**

- Bug bounty program
- Detailed technical FAQ

## October 2013

After a contest for Android developers, the alpha version of **Telegram for Android** was officially launched. Telegram apps got **Secret Chats** with **self-destruct timers**.

The MTProto Protocol specification and Telegram API were **fully documented** and the code of the apps became **open source**.

Congratulations on completing this (not very) brief course on the history of Telegram. You jumped straight to the bottom , in which case you still have a long way 👆 to go to get back to the top.

Armed with this much knowledge, you should probably join our Volunteer Support Force. And if that's not your cup of tea – just tell us in the comments which feature you didn't know existed.

*August 15, 2019*
*The Telegram Team*

Forward    Tweet

**Telegram**
Telegram is a cloud-based mobile and desktop messaging app with a focus on security and speed.

**About**
FAQ
Blog
Jobs

**Mobile Apps**
iPhone/iPad
Android
Windows Phone

**Desktop Apps**
PC/Mac/Linux
macOS
Web-browser

**Platform**
API
Translations
Instant View