

### Introduction to Gram Token Sale | Sale begins July 10 only on Liquid.com

6,443 views   Download Now   👍 67   👎 9   SHARE   SAVE   ...

**Liquid**
Published on Jun 25, 2019

SUBSCRIBE 2.6K

Liquid CEO Mike Kayamori and Gram Asia CEO Dongbeom Kim discuss the Gram Token Sale at the Liquid offices in Tokyo, Japan.

Gram Token Sale now live on Liquid: https://app.liquid.com/ieo-market/GRAM

Read our deep dive analysis of the Telegram Open Network: https://blog.liquid.com/liquid-deep-d...

Learn about Telegram, TON and the Gram token sale: https://blog.liquid.com/tag/gram-toke...

Follow Liquid on Twitter for updates: https://twitter.com/Liquid_Global

Category    Science & Technology

SHOW LESS

4 Comments    SORT BY

Add a public comment...

**alphace** 2 days ago
Si this legit? 4000 views form the first public gram sale sounds strange
👍  👎  REPLY

**Daily News** 2 weeks ago (edited)
Excellent. Love Mike and Liquid doing a great job. Gram is a great offering.
👍 2  👎  REPLY

**Mark Kremer** 4 days ago
4$ per token makes the total supply 20 bil. We know all that this is way to much. Why are you doing this? price will probably get much lower after trading starts.
👍  👎  REPLY

Hide replies ∧

   **Liquid** 1 day ago
   The circulating supply upon mainnet launch (October) will be 640 million, rising to 3.2 million after 18 months.
   👍  👎  REPLY

---

**Up next**   AUTOPLAY ⬤


**I'm Very Cautious Right Now. If You Hold Bitcoin Be Ready for...**
Altcoin Daily ✓
13K views
New
11:45


**UNDISPUTED Audio Podcast (07.11.19) with Skip Bayless...**
Skip and Shannon: UNDISPU... ✓
Recommended for you
New
1:57:14


**How China and Facebook's 'Libra' are driving up Bitcoin's...**
CNBC Television ✓
56K views
8:03


**Houston Rockets trading CP3 for Westbrook 'isn't going to...**
Skip and Shannon: UNDISPU... ✓
Recommended for you
New
11:47


**Shannon Sharpe doesn't buy rumors LeBron James will pla...**
Skip and Shannon: UNDISPU... ✓
Recommended for you
New
11:10


**Bitcoin: Beyond The Bubble - Full Documentary**
100thMonkeyChannel
712K views
35:01


**Poverty is Not An Accident | An Illuminating Interview With...**
Be Inspired ✓
1.3M views
10:02


🚨 **BULL: BIGGEST ICO EVER (But Shady)** ✉️ **Telegram Ope...**
Ivan on Tech ✓
12K views
48:16


**TELEGRAM ICO PUBLIC SALE !?! | Biggest ICO of 2019**
Crypto Advisor
1.2K views
7:18


**Криптовалюта Павла Дурова TON GRAM. Покупаем на...**
КРИПТОКАПИТАН
6.5K views
New
6:53


**The REAL Reason Why Jony Ive Left Apple!**
ZONEofTECH ✓
Recommended for you
New
17:35


**BITCOIN BOUNCE?! | BREAKING NEWS: Donald Trump Tweets...**
The Moon
14K views
New
17:43


**The Shocking Truth About Your Future! | Robert Kiyosaki**
Clarity Coaching - Transforming L...
502K views
New
14:52


**How Many Bitcoin Should You Own?**
The Modern Investor
244K views
16:34


**$100,000 Bitcoin Is Coming. Here's Why.**
Mineable
85K views
14:15


**Bitcoin At $1 Million By 2020 Is Still Possible And Might Be A...**
Kitco NEWS
162K views
13:56


**Novogratz Sees Bitcoin Going Significantly Higher Over Next...**
Bloomberg Technology ✓
70K views
9:59


**How To Make Life Changing Money With Bitcoin Without...**
The Crypto Lark
34K views
29:43


**Hitting A Pothole In A Tesla Cost $2600**
Engineering Explained ✓
566K views
New
12:25


**ANTONOPOULOS - THE FUTURE OF MONEY: How...**
London Real ✓
143K views
45:52


**Telegram Token Sale 10 Luglio, facebook trema? ( TG Crypto...**
Crypto360
304 views
11:44


**'I was very disappointed' Kawhi chose the Clippers over Laker...**
Skip and Shannon: UNDISPU... ✓
Recommended for you
New
11:46


**Four Drivers Will Push Bitcoin Price to 20,000 USD | Crypto...**
Cointelegraph
8.4K views

















