# GRAM 🔒 GRAM
Telegram Open Network - A New Era of Messaging

Website ↗   Whitepaper 🔗

Blockchain technology, by enabling P2P transfer of value without a trusted middleman, has the potential to disrupt all existing business models we know today. But there are several clear obstacles in the way of mainstream adoption - namely speed, scalability, user-friendliness to list a few.

The visionaries at Telegram are building the solution, backed by decades of experience building the top social network in Europe and scaling Telegram to over 260 million users in Q1 2019- TON, A fast and scalable smart contract and DApp platform, integrated directly to the Telegram App.

Built into TON is an array of features including decentralized payments, storage, DNS, and services which will become the infrastructure for the next generation of smart contracts and DApps. Within the TON ecosystem, users, bots, and services will be able to freely transact value using the GRAM token in a fast and secure fashion, paving a path to the new decentralized economy of the future.



Introduction to Gram Token Sale | Sale begins July 10 only ...

## Contribute
Ending in
**06H 55M 13S**

You have to sign in to be able to invest in this IEO.

[ Sign In ]

Sign up

*IEO sale is restricted in some countries.

## Overview

| | |
|---|---|
| Token Name: | GRAM 🔒 |
| Token Symbol: | GRAM |
| Price: | 1 GRAM = 4 USDC |
| Price (USDe): | 1 GRAM = 4 USD |
| Accepting: | USDC, USD |
| Total Tokens: | 12,500,000 GRAM |
| Min. Investment: | 5 GRAM |
| Restricted Countries: | Albania, Bosnia and Herzegovina, Burundi, Bahamas, Botswana, Belarus  Show more... |

**Project Details**   Sale Phases   Team   Roadmap

### Project Summary

Telegram Open Network (TON) and its native token (GRAM) is the evolution of the widely popular Telegram Messenger into a scalable multi-blockchain ecosystem which will serve as the framework for the decentralized economy of the future.

Developed by a team of award-winning world class computer scientists, the TON blockchain architecture utilizes a combination Sharding, Hyper-Cube Routing, Proof-of-Stake and 2-D Distributed Ledger to achieve an unparalleled level of speed, scalability, and security. This, along with an array of built-in features makes TON the ideal platform for hosting the next generation of DAppss and Smart Contracts.

Upon mainnet launch in Q3 2019 (expected), TON will take GRAM and Cryptocurrency directly to the mainstream through seamless wallet integration with the Telegram Mobile and Desktop Applications which are enjoyed by over 200 million active consumers globally. In other words, TON will instantly become the world's most adopted blockchain network.

A TON of Decentralized Features:

- TON Storage - decentralized storage guaranteed by smart contracts

- TON Proxy - privacy and anti-censorship layer

- TON Services - user-friendly interfaces for DApps and smart contracts

- TON DNS - human-readable address naming system for the decentralized web

- TON Payments - micropayments between users, bots, and services

A TON of Utility:

- Payment for digital goods and services in the Telegram ecosystem

- Staking deposit and rewards for validator nodes to process transactions and smart contracts

- Voting power to influence protocol changes

- Payment for decentralized storage space

- Payment for registering blockchain based domain names

- Payment for privacy and anonymity

- Payment for bypassing censorship

### Social Links

