# Coinbase continues to explore support for new digital assets



Coinbase  Follow
Sep 19 · 2 min read

*We are exploring support for assets that have not launched for our customers around the world.*



Coinbase's goal is to offer support for all assets that meet our technical standards and which comply with applicable laws. Over time we expect our customers around the world will have access through Coinbase platforms to at least 90% of the aggregate market cap of all digital assets in circulation.

> *To date, we have largely explored support for assets that are already live and available to trade on other venues. Today, we are announcing our intention to explore assets that have not launched and which Coinbase may choose to support in the future.*

We will continue to evaluate prospective assets against our Digital Asset Framework to assess factors like security, compliance, and the project's alignment with our mission of creating an open financial system for the world. To apply for listing, fill out an application here.

## Digital Assets Under Review

Today we're announcing that we are exploring the addition of a range of new assets. As part of the exploratory process customers may see public-facing APIs and other signs that we are conducting engineering work to potentially support these assets.

These new assets include, in alphabetical order: Avalanche, Celo, Chia, Coda, Dfinity, Filecoin, Handshake, Kadena, Mobilecoin, NEAR, Nervos, Oasis, Orchid, Polkadot, Solana, Spacemesh, and Telegram.

Our decision to support any asset requires significant technical and compliance review and may be subject to regulatory approval in some jurisdictions. We therefore cannot guarantee whether or when any above-listed asset will be listed on a Coinbase product in any jurisdiction. As per our listing process, we will add new assets on a jurisdiction-by-jurisdiction basis, subject to applicable review and authorizations. The omission of assets from this publication does not disqualify any such asset from active review and potential listing.

Our customers can expect Coinbase to make future, similar announcements as we continue to explore the addition of numerous assets across the platform.

Cryptocurrency   Coinbase   Digital Assests

## Discover Medium

Welcome to a place where words matter. On Medium, smart voices and original ideas take center stage - with no ads in sight. Watch

## Make Medium yours

Follow all the topics you care about, and we'll deliver the best stories for you to your homepage and inbox. Explore

## Become a member

Get unlimited access to the best stories on Medium — and support writers while you're at it. Just $5/month. Upgrade

Medium                About        Help        Legal