AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19 CV 9439 (PKC) |
| TELEGRAM GROUP INC. AND TON ISSUER INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Securities and Exchange Commission   .

Date:   11/08/2019

/s Ladan F. Stewart
*Attorney's signature*

Ladan F. Stewart (NY8001)
*Printed name and bar number*

Securities and Exchange Commission
New York Regional Office
200 Vesey Street
New York, NY 10281

*Address*

stewartla@sec.gov
*E-mail address*

(212) 336-0153
*Telephone number*

(212) 336-1348
*FAX number*