UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
                                  **Plaintiff,**  :      19 Civ. 9439 (PKC)
:
                     - against -                :      ECF Case
:
TELEGRAM GROUP INC., AND TON ISSUER, INC.  :
:
                                **Defendants.**  :
:
------------------------------------------------------------------ x

## STIPULATION AND [PROPOSED] ORDER

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to this action, and pursuant to Fed. R. Civ. P. 29(a) and 30(b)(4), that:

      1.     The deposition of the 30(b)(6) witness for Defendants Telegram Group Inc. and TON Issuer Inc. will be taken on January 7, 2020 (the "30(b)(6) Deposition"). The deposition of Pavel Durov in his personal capacity will be taken on January 7 or 8, 2020, as necessary (the "Durov Deposition"). The parties shall meet and confer in good faith regarding the time allotted for each deposition. The 30(b)(6) Deposition and the Durov Deposition shall be conducted before a court reporter designated by the court reporting service engaged by Plaintiff for the recording and transcription of depositions, may include a videographer, and will take place at the location agreed upon by the parties notwithstanding any provision of Fed. R. Civ. P. 28(b) to the contrary. Plaintiff shall promptly, and in no event later than 7 calendar days from the date of this Stipulation, provide Defendants with a list of topics for the 30(b)(6) Deposition, and the parties shall meet and confer in good faith regarding those topics.

      2.     The deposition of Ilya Perekopsky will be held on December 16, 2019 (the "Perekopsky Deposition"). The Perekopsky Deposition shall be conducted before a court

reporter designated by the court reporting service engaged by Plaintiff for the recording and transcription of the Perekopsky Deposition and may include a videographer. The parties shall meet and confer in good faith regarding the location of the deposition, which will take place at an agreed-upon location in London, U.K. notwithstanding any provision of Fed. R. Civ. P. 28(b) to the contrary.

3. The deposition of Shyam Parekh will be held on December 10, 2019 (the "Parekh Deposition"). The Parekh Deposition shall be conducted before a court reporter designated by the court reporting service engaged by Plaintiff for the recording and transcription of the Parekh Deposition and may include a videographer. The parties shall meet and confer in good faith regarding the location of the deposition, which will take place at an agreed-upon location in London, U.K. notwithstanding any provision of Fed. R. Civ. P. 28(b) to the contrary.

4. The 30(b)(6) Deposition, the Durov Deposition, the Perekopsky Deposition, and the Parekh Deposition, taken in the manner described in Paragraphs 1 - 3, shall be deemed, for purposes of this action, to have been held in conformity with the applicable rules of the Federal Rules of Civil Procedure, including, but not limited to, Fed. R. Civ. P. 28(b), and may be used in this proceeding for all purposes for which depositions may be used under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

5. Other than as set forth above, Defendants continue to reserve all rights regarding any objections to the relevance and/or admissibility of any deposition testimony in this action. By entering into this Stipulation Defendants do not waive, but rather expressly preserve, all other rights, claims and defenses in this action, including but not limited to any defenses based on personal jurisdiction.

6. By entering into this Stipulation, Plaintiff does not waive but rather expressly preserves all rights under the Federal Rules of Civil Procedure, including as to the duration of depositions under Fed. R. Civ. P. 30(d).

Dated: New York, New York
       November 25, 2019

| SECURITIES AND EXCHANGE COMMISSION | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: /s/ Jorge G. Tenreiro | By: /s/ Alexander C. Drylewski  Alexander C. Drylewski |
| Kevin P. McGrath  Ladan Stewart  200 Vesey Street, Suite 400  New York, NY 10281  (212) 336-9145 (Tenreiro) | George A. Zimmerman  Scott D. Musoff  Christopher P. Malloy  Alexander C. Drylewski  Four Times Square  New York, N.Y. 10036  (212) 735-3000 |
| *Attorneys for Plaintiff Securities and Exchange Commission* | *Attorneys for Defendants* |

SO ORDERED:

/s/ P. Kevin Castel
UNITED STATES DISTRICT JUDGE

11/25/2019