SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2129
DIRECT FAX
(917) 777-2129
EMAIL ADDRESS
ALEXANDER.DRYLEWSKI@SKADDEN.COM

November 25, 2019

**VIA ECF**

The Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE:   *SEC v. Telegram Group Inc. & TON Issuer Inc*, No. 19 Civ. 9439(PKC)

Dear Judge Castel:

On behalf of Defendants in the above-referenced action, we write in response to the letter motion submitted earlier today by the Securities and Exchange Commission ("Plaintiff"). (ECF No. 39.) As reflected in Plaintiff's letter, Defendants do not oppose Plaintiff's request for an extension of time to file its motion to strike in January in connection with the parties' briefing of all motions pursuant to the schedule ordered by the Court. (ECF No. 23.)

Defendants also do not oppose Plaintiff's request for 35 pages for a single opening brief to cover (1) the anticipated motion to strike and (2) any motion for summary judgment, and reserve all rights to seek an enlargement of the Court's page limits for their opening brief, to the extent necessary.

Respectfully submitted,

Alexander C. Drylewski

cc:   All counsel of record