AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-9439 (PKC) |
| Telegram Group Inc. and Ton Issuer Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission.

Date:   12/11/2019

s/ Alison R. Levine
*Attorney's signature*

Alison R. Levine (NY Bar 4692612)
*Printed name and bar number*
Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281
*Address*

levineali@sec.gov
*E-mail address*

(212) 336-5549
*Telephone number*

(212) 336-7477
*FAX number*