UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE COMMISSION,   :
:   19 Civ. 9439 (PKC)
                   Plaintiff,   :
:   **ECF Case**
           -against-   :
:   **Electronically Filed**
TELEGRAM GROUP INC. and TON ISSUER   :
INC,   :
:
                  Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS** on October 21, 2019, the Court entered a Stipulation and Consent Order ("Order"), Paragraph V of which sets forth a briefing schedule for certain pending and/or anticipated motion practice in advance of the hearing scheduled for February 18 and 19, 2020, which requires all briefing to be completed by January 27, 2020 (ECF No. 23); and

**WHEREAS** the parties have conferred and agreed upon a revised briefing schedule that would maintain the deadline for all briefing to be completed by January 27, 2020;

**NOW, THEREFORE, UPON THE CONSENT OF THE PARTIES:**

**IT IS ORDERED** that the briefing scheduling set in Paragraph V of the Order is hereby amended as follows:

(a) All opening briefs on any motions for summary judgment under Rule 56 of the Federal Rules of Civil Procedure, any brief in response to Plaintiff's pending application for a preliminary injunction, and any opening brief in support of Plaintiff's motion to strike Defendants affirmative defenses, shall be filed and served no later than **January 13, 2020**;

(b) Any briefs in response to any motion brought under the terms of Paragraph (a) of this Order and any reply brief in support of Plaintiff's pending application for a preliminary injunction or motion to strike shall be filed and served no later than **January 21, 2020**; and

(c) Any reply briefs in further support of any motion brought under the terms of Paragraph (a) of this Order shall be filed and served no later than **January 27, 2020**.

Dated: New York, New York
       December 13, 2019

| SECURITIES AND EXCHANGE COMMISSION | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: /s/ JT—F<br>Jorge G. Tenreiro | By: /s/ Alexander C. Drylewski<br>Alexander C. Drylewski |
| 200 Vesey Street, Suite 400<br>New York, NY  10281<br>(212) 336-9145 (Tenreiro) | George A. Zimmerman<br>Scott D. Musoff<br>Christopher P. Malloy<br>Alexander C. Drylewski<br>Four Times Square<br>New York, N.Y.  10036<br>(212) 735-3000 |
| *Attorneys for Plaintiff Securities and Exchange Commission* | *Attorneys for Defendants* |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE