UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
SECURITIES AND EXCHANGE COMMISSION, :
: Case No. 1:19-cv-09439-PKC
Plaintiff, :
:
vs. : **MOTION FOR ADMISSION**
: **PRO HAC VICE**
TELEGRAM GROUP INC. and TON ISSUER INC., :
:
Defendants. :
:
------------------------------------------------------------- X

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Lilya Tessler hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for *amicus curiae* the Chamber of Digital Commerce in the above-captioned action.

I am in good standing of the bars of the states of New York and New Jersey and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. Please find my declaration pursuant to Local Rule 1.3 attached hereto.

Dated: New York, New York            Respectfully submitted,
       January 3, 2020

                                     By:  /s/  Lilya Tessler
                                         Lilya Tessler
                                         SIDLEY AUSTIN LLP
                                         787 Seventh Avenue
                                         New York, New York 10019
                                         Telephone: (212) 839-5849
                                         Facsimile:  (212) 839-5599
                                         Email:  ltessler@sidley.com