UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
                                  :

SECURITIES AND EXCHANGE COMMISSION,   :

                           :   Case No. 1:19-cv-09439-PKC

            Plaintiff,        :

                           :

            vs.               :   **DECLARATION OF LILYA**

                           :   **TESSLER IN SUPPORT OF**

TELEGRAM GROUP INC. and TON ISSUER INC.,  :   **MOTION FOR ADMISSION**

                           :   <u>**PRO HAC VICE**</u>

           Defendants.    :

                           :

--------------------------------------------------------------- X

I, Lilya Tessler, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.   I am a partner with the law firm of Sidley Austin LLP, and have personal knowledge of the facts stated herein.

2.   I submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter to appear as counsel and advocate fo*r amicus curiae* the Chamber of Digital Commerce. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the states of New York and New Jersey.

3.   I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. Furthermore, there are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information I have provided is true and accurate. I also understand that the Court retains the right to deny my admission based upon the content of the responses herein.

Executed on this 3rd day of January 2020.

SIDLEY AUSTIN LLP

By:  /s/ Lilya Tessler
    Lilya Tessler
    787 Seventh Avenue
    New York, New York 10019
    Telephone: (212) 839-5849
    Facsimile:  (212) 839-5599
    Email:  ltessler@sidley.com