UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
: 
SECURITIES AND EXCHANGE COMMISSION, :
: Case No. 1:19-cv-09439-PKC
Plaintiff, :
:
vs. : [PROPOSED] ORDER FOR
: **ADMISSION PRO HAC VICE**
TELEGRAM GROUP INC. and TON ISSUER INC., :
:
Defendants. :
:
---------------------------------------------------------------- X

The motion of Lilya Tessler, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Lilya Tessler has declared that she is a member in good standing of the bars of the states of New York and New Jersey and that her contact information is as follows:

Lilya Tessler
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5849
Facsimile: (212) 839-5599
Email: ltessler@sidley.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for *amicus curiae* the Chamber of Digital Commerce in the above entitled action;

**IT IS HEREBY ORDERED** that Lilya Tessler is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                        _____
                                        Honorable P. Kevin Castel
                                        United States District Judge