# Exhibit 7

CONFIDENTIAL

```
1                UNITED STATES DISTRICT COURT
2                SOUTHERN DISTRICT OF NEW YORK
3
    --------------------------------------x
4                                         )
    SECURITIES AND EXCHANGE COMMISSION,   )
5                                         )
                         Plaintiff,       ) 19 Civ. 9439 (PKC)
6                                         )
         v.                               )
7                                         )
    TELEGRAM GROUP INC. and               )
7   TON ISSUER INC.,                      )
8                                         )
                         Defendants.      )
9                                         )
    --------------------------------------x
10
11
12                       CONFIDENTIAL
13                  VIDEOTAPED DEPOSITION OF
14                       SHYAM PAREKH
15                     December 10, 2019
16
17
18                       Taken at:
19     Skadden, Arps, Slate, Meagher & Flom (UK) LLP
                         40 Bank Street
20                       Canary Wharf
                       London, E14 5DS
21
22
23
    Reported by:
24  AILSA WILLIAMS,
    Certified Court Reporter
25  JOB No. 191210MWC
```

1

CONFIDENTIAL

| | |
|---|---|
| 1 | A P P E A R A N C E S |
| 2 | For the Plaintiff: |
| 3 | SECURITIES AND EXCHANGE COMMISSION |
| 4 | New York Regional Office |
| 5 | 200 Vesey Street, Suite 400 |
| 6 | New York, New York 10281-1022 |
| 7 | 212.336.9145 |
| 8 | BY: KEVIN McGRATH, LADAN STEWART, |
| 9 | JORGE G. TENREIRO (on phone) |
| 10 | Tenreiroj@sec.gov |
| 11 | |
| 12 | For the Defendant: |
| 13 | SKADDEN ARPS SLATE MEAGHER & FLOM |
| 14 | 4 Times Square |
| 15 | New York, New York 10036 |
| 16 | 212.735.3000 |
| 17 | BY: ALEXANDER DRYLEWSKI, THANIA CHARMANI |
| 18 | and CHRISTOPHER MALLOY |
| 19 | Thania.charmani@skadden.com |
| 20 | |
| 21 | ALSO PRESENT |
| 22 | NOTARY PUBLIC: KEITH ROONEY |
| 23 | COURT REPORTER: AILSA WILLIAMS |
| 24 | VIDEOGRAPHER: LINDA FLEET |
| 25 | |

2

```
 1                        I N D E X
 2    SHYAM PAREKH (Sworn)
 3    EXAMINATION BY MR. McGRATH:  Pg. 6
 4                    INDEX OF EXHIBITS
 5    Exhibit 1 List of US Purchasers in Round 1  ... 83
 6    Exhibit 2 Legal Entity Purchasers that  ... ... 85
 7    Participated in the Private Placement
 8    Exhibit 3 Annex B Purchase Agreement .. ... ...137
 9    Exhibit 4 Email from Nikolai Oreshkin to .. ...204
10    Shyam Parekh, dated April 14, 2018, DO16196-6208
11    Exhibit 5 Email from Nicolas de Bontin to . ...209
12    Shyam Parekh, dated 11/17/2018,
13    TLGRM-004-00000328-31
14    Exhibit 6 Email from Shyam Parekh to .. ... ...215
15    binance.com, dated 12/09/2019
16    Exhibit 7 Email from Shyam Parekh to Pavel  ...222
17    Durov, dated 16/10/2019
18    Exhibit 8 Email from Dan Puts to Shyam  ... ...228
19    Parekh dated 23/10/2019
20    Exhibit 9 Email from Anthony Dell to Niko . ...230
21    Bonatsos, dated October 18, 2019
22    Exhibit 10 Email from Sonny Singh to Seth . ...239
23    Spalding, dated 29/08/2019
24    Exhibit 11 Email from Amethyst Hills to ... ...241
25    Shyam Parekh, dated September 27, 2019
```

3

**CONFIDENTIAL**

```
 1      Exhibit 12 Email from Oleg Seydak to .. ... ...248
 2      Michelle Lai, dated October 9, 2019
 3      Exhibit 13 Email from Shyam Parekh to . ... ...254
 4      Monica Desai, dated 13/09/2019
 5      Exhibit 14 Email from TON Labs to REDACTED, ...258
 6      dated 19/09/2019
 7      Exhibit 15 Email from REDACTED to Ilya  ... ...267
 8      Perekopsky dated 08/10/2019
 9      Exhibit 16 "The Current State of Telegram . ...268
10      Open Network"
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
 1              THE VIDEOGRAPHER:  This is the
 2     videotaped deposition of Shyam Parekh in the
 3     matter of Securities and Exchange Commission
 4     versus Telegram Group Inc et al, case number 19
 5     CIV 9439 PKC.
 6              Today's date is December 10, 2019.  The
 7     time on the video monitor is 9:19 a.m.  My name is
 8     Linda Fleet with Gradillas Court Reporters.
 9              Would counsel please voice identify
10     themselves.
11              MR. McGRATH:  Kevin McGrath.
12              MS. STEWART:  Ladan Stewart, for the
13     SEC.
14              MR. McGRATH:  We have Jorge Tenreiro on
15     the phone from SEC.
16              MR. DRYLEWSKI:  Alex Drylewski from
17     Skadden Arps for the defendants and the witness.
18              MS. CHARMANI:  Thania Charmani from
19     Skadden Arps.
20              MR. MALLOY:  Christopher Malloy from
21     Skadden Arps.
22              THE VIDEOGRAPHER:  The notary will now
23     swear the witness.
24                       MR. SHYAM PAREKH
25                     Having been sworn,
```

5

# TRANSCRIPT EXCERPTED

1  on a different topic.  You testified earlier today
2  that at some point after the SEC filed its
3  lawsuit, on October 11, 2019, Telegram asked the
4  initial purchasers whether they would consent to
5  certain modifications of the purchase agreements,
6  including extending the termination date.  Do you
7  remember me asking those questions?
8          A.  I do.
9          Q.  I think I asked you whether the
10 majority of the initial purchasers agreed to the
11 requested modifications and I think you answered
12 yes, they did.  Is that a fair statement of your
13 testimony?
14         A.  That is correct.
15         Q.  Do you know how many initial
16 purchasers declined to agree to the extension that
17 was requested?
18         A.  I know the percentages, because this
19 is the basis on which the consent was structured,
20 and under the agreement I know the percentages
21 that approved and declined to approve or failed to
22 reply, but I can't tell you the number of
23 investors, if that is your question.
24         Q.  That was my question but I will
25 accept your percentages, if you can provide them?

194

```
 1              A.  For the presale round, it was
 2   roughly 70 percent that approved and 30 percent
 3   that either didn't approve or simply failed to
 4   respond.  In the stage A round, it was roughly
 5   90 percent, and the balance again largely failed
 6   to reply.
 7              Q.  When you say the pre-stage round,
 8   are you referring to what we have been referring
 9   to as the first round of investors that entered
10   into the purchase agreements in February 2018?
11              A.  That is correct.
12              Q.  And when you refer to the stage A
13   investors, you are referring to what we have been
14   referring to as the second round investors who
15   entered into the purchase agreements in
16   March 2018?
17              A.  That is correct.
18              Q.  If I were to ask you to look at
19   Exhibits 1 and 2, would you be able to identify
20   which initial purchasers declined to agree to the
21   extensions.  Instead of me asking if I were to
22   give you, let me just ask you to look at Exhibit 1
23   and 2, and to the extent you can identify the
24   entities that declined to agree to the extension?
25              A.  I could, but if this is a question
```

195

# TRANSCRIPT EXCERPTED

**CONFIDENTIAL**

```
 1                CERTIFICATE OF WITNESS
 2     I, Shyam Parekh, am the witness in the foregoing
 3     deposition.  I have read the foregoing and, having
 4     made such changes and corrections as I desired, I
 5     certify that the transcript is a true and accurate
 6     record of my responses to the questions put to me
 7     on 10 December, 2019.
 8
 9
10
11
12     Signed:    _____
                  SHYAM PAREKH
13
14     Date:      _____
15
16
17
18
19
20
21
22
23
24
25
```

275

```
1            CERTIFICATE OF COURT REPORTER
2     I, Ailsa Williams, an Accredited Realtime
3     Reporter, hereby certify that Shyam Parekh was
4     duly sworn, that I took the Stenographic notes of
5     the foregoing deposition and that the transcript
6     thereof is a true and accurate record transcribed
7     to the best of my skill and ability.  I further
8     certify that I am neither counsel for, related to,
9     nor employed by any of the parties to the action
10    in which the deposition was taken, and that I am
11    not a relative or employee of any attorney or
12    counsel employed by the parties hereto, nor
13    financially or otherwise interested in the outcome
14    of the action.
15
16

            [signature: A.J. W...]
19
20
21    Signed: ..................
22    AILSA WILLIAMS
23
24
25
```

**CONFIDENTIAL**

```
 1                    ERRATA SHEET
 2     Deposition of: SHYAM PAREKH
       Date taken:  December 10, 2019
 3     Case: SEC vs. Telegram Group, Inc., et al.
       PAGE LINE
 4     ____ ____    CHANGE: _____
                    REASON: _____
 5
                    CHANGE: _____
 6     ____ ____    REASON: _____
 7     ____ ____    CHANGE: _____
                    REASON: _____
 8
                    CHANGE: _____
 9     ____ ____    REASON: _____
10     ____ ____    CHANGE: _____
                    REASON: _____
11
                    CHANGE: _____
12     ____ ____    REASON: _____
13     ____ ____    CHANGE: _____
                    REASON: _____
14
                    CHANGE: _____
15     ____ ____    REASON: _____
16     ____ ____    CHANGE: _____
                    REASON: _____
17
                    CHANGE: _____
18     ____ ____    REASON: _____
19     ____ ____    CHANGE: _____
                    REASON: _____
20
                    CHANGE: _____
21     ____ ____    REASON: _____
22     ____ ____    CHANGE: _____
                    REASON: _____
23
24
       Signed   _____
25     Dated    _____
```

277

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**