UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,                19-cv-9439 (PKC)

  -against-                   ORDER

TELEGRAM GROUP INC., et al.,

                Defendant.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court held a telephone conference with parties on January 6, 2020 to address the discovery dispute raised in plaintiff's letter of January 2, 2020. (Doc. 52).

    (1)    The parties agree that an evidentiary hearing is not required to decide the motion for a preliminary injunction, which therefore will be decided on written submissions and oral argument alone.

    (2)    The scheduled depositions may proceed with no restrictions placed on plaintiff's ability to question witnesses regarding the issues raised in plaintiff's January 2 letter. (Doc. 52).

    (3)    The Court denies, without prejudice, plaintiff's application to compel the production of defendant's bank records. (Doc. 52). By January 9, 2020, defendant shall set forth in a declaration a proposed schedule for a review of the requested bank records to ensure that production of such records complies with foreign data privacy laws.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
January 6, 2020