SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3792
DIRECT FAX
(917) 777-3792
EMAIL ADDRESS
CHRISTOPHER.MALLOY@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

January 9, 2020

**VIA ECF**

The Hon. P. Kevin Castel
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    RE: *SEC v. Telegram, et al.*, No. 19-cv-9439(PKC) (S.D.N.Y.)

Dear Judge Castel:

  We represent defendants Telegram Group Inc. and TON Issuer (collectively, "Defendants") in the above-referenced action. We write to request the Court's approval, pursuant to Rule 4.D of Your Honor's Individual Practices, of the agreement with respect to the page limits for the briefs each party is scheduled to file on Monday, January 10, 2020, pursuant to the Court's Order (ECF No. 51).

  Specifically, Defendants request permission to file a single, combined brief not to exceed 50 pages for Defendants' memoranda of law (1) in support of their motion for summary judgment, and (2) in opposition to Plaintiff's motion for a preliminary injunction, which Defendants currently intend to file on January 13, 2020, per the Court's Order (ECF No. 51).

  Similarly, Plaintiff requests permission to file a single, combined brief not to exceed 50 pages for Plaintiff's memoranda of law (1) in support of its motion for summary judgment, and (2) in support of its motion to strike.

The Hon. P. Kevin Castel
January 9, 2020
Page 2

      We submit that the combined briefing will more efficiently allow the parties to address the legal issues presented by their motions and will likely result in fewer overall pages than if individual briefs were filed with respect to each motion.

Respectfully submitted,

Christopher P. Malloy

cc:    All counsel of record (via ECF)