REDACTED - PERSONAL INFORMATION

**Invoice**

Date: 11 October 2018

To: Directors

**Telegram Group Inc.**

Geneva Place

Waterfront Drive

P.O. Box 3469

VG-1110, Road Town, Tortola

British Virgin Islands

Reference is made to:

the Agreement dated 15 June 2018 (the "**Agreement**") between TON Issuer Inc (the "**Telegram**"), Telegram Group Inc. (the "**TGI**") and Gem Limited (the "**Company**").

The Company hereby invoices the TGI on the respective fees pursuant to the Article 4 of the Agreement:

| Investor | Payment Date | Contract | Currency | Gross Proceeds | Fee |
|---|---|---|---|---|---|
| Space Investments Limited | 31-Aug-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | USD | 1,205,453.84 | 180,818.08 |
| Goliat Solutions Ltd | 20-Sep-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | EUR | 4,600,000.00 | 690,000.00 |
| Goliat Solutions Ltd | 20-Sep-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | EUR | 2,295,000.00 | 344,250.00 |
| Goliat Solutions Ltd | 21-Sep-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | EUR | 900,000.00 | 135,000.00 |
| Space Investments Limited | 4-Oct-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | USD | 1,000,000.00 | 150,000.00 |
| Space Investments Limited | 5-Oct-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | USD | 600,000.00 | 90,000.00 |
| Space Investments Limited | 9-Oct-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | USD | 700,000.00 | 105,000.00 |
| Space Investments Limited | 10-Oct-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | USD | 1,045,000.00 | 156,750.00 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    TLGRM-012-00015106

| TOTAL | | | USD | 4,550,453.84 | 682,568.08 |
|---|---|---|---|---|---|
| TOTAL | | | EUR | 7,795,000.00 | 1,169,250.00 |

The bank details are as follows:

BANK DETAILS: REDACTED - PERSONAL INFORMATION

Routing & Transit:
SWIFT:

Account name: REDACTED - PERSONAL INFORMATION

Address: REDACTED - PERSONAL INFORMATION
REDACTED - PERSONAL INFORMATION

Final credit account: REDACTED - PERSONAL INFORMATION

By: REDACTED - PERSONAL INFORMATION
Name:
Title: REDACTED - PERSONAL INFORMATION

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015107