[REDACTED - PERSONAL INFORMATION]

[REDACTED - PERSONAL INFORMATION]

Invoice

Date: 21 September, 2018

To: Directors
Telegram Group Inc.
Geneva Place, Waterfront Drive
P.O. Box 3469, Road Town
Tortola, British Virgin Islands

Reference is made to:

the Agreement dated 22 June, 2018 (the "Agreement") between TON Issuer Inc (the "Telegram"), Telegram Group Inc. (the "TGI") and [REDACTED - PERSONAL INFORMATION] (the "Company").

The Company hereby invoices the TGI on the respective fees pursuant to the Article 4 of the Agreement:

| Investor | Payment Date | Contract | Gross Proceeds, US$ | Fee, US$ |
|---|---|---|---|---|
| Disruptive Era Fund SP of ITI Funds SPC | 08 August, 2018 | Purchase Agreement for Grams, Subsequent Sale dated 20 June 2018 | US$ 1,616,301.83 | US$ 161,630.18 |
| Disruptive Era Fund SP of ITI Funds SPC | 17 August, 2018 | Purchase Agreement for Grams, Subsequent Sale dated 20 June 2018 | US$ 173,784.42 | US$ 17,378.44 |
| Disruptive Era Fund SP of ITI Funds SPC | 24 August, 2018 | Purchase Agreement for Grams, Subsequent Sale dated 20 June 2018 | US$ 55,000.00 | US$ 5,500.00 |
| Disruptive Era Fund SP of ITI Funds SPC | 27 August, 2018 | Purchase Agreement for Grams, Subsequent Sale dated 20 June 2018 | US$ 200,000.00 | US$ 20,000.00 |
| Disruptive Era Fund SP of ITI Funds SPC | 21 September, 2018 | Purchase Agreement for Grams, Subsequent Sale dated 20 June 2018 | US$ 52,747.55 | US$ 5,274.76 |
| TOTAL | | | US$ 2,097,833.80 | US$ 209,783.38 |

The Bank details are as follows:

Bank:        East-West United Bank S.A.
Address:     Villa Foch
             10 Boulevard Joseph II
             L-1840, Luxembourg
Acct. Name:  Da Vinci Capital Group Ltd.
SWIFT:       EWUBLULL
IBAN:        LU69 0825 0005 5840 1001

By: [REDACTED - PERSONAL INFORMATION]
Name: [REDACTED - PERSONAL INFORMATION]
Title: [REDACTED - PERSONAL INFORMATION]