UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                         Plaintiff,                            19-cv-9439 (PKC)

        -against-                                  ORDER

TELEGRAM GROUP INC., et al.,

                         Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

          In light of the parties' arguments presented in their letters and during the January 6,

2020 telephonic conference, the Court orders defendants to produce the requested bank records.

The bank records may be produced under a Confidentiality Order.  Only redactions necessitated

by foreign privacy laws shall be permitted and a log stating the basis for any redaction shall be

produced at the time the redacted documents are produced.  Defendants shall produce the bank

records on a rolling basis and shall complete production by February 26, 2020.

          The Court does not anticipate extending this date nor the existing schedule for the

motions for summary judgment or for a preliminary injunction.

               SO ORDERED.

                                        P. Kevin Castel
                             United States District Judge

Dated:  New York, New York
        January 13, 2020