UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                                :

**SECURITIES AND EXCHANGE COMMISSION,**  :
                                                                                :
                                                                               :      No. 19 Civ. 9439 (PKC)
                                           **Plaintiff,**          :
                                                                               :      ECF Case
                     v.                                            :
                                                                               :      NOTICE OF MOTION

**TELEGRAM GROUP INC. and TON ISSUER INC,**  :      TO STRIKE

                                                **Defendants.**        :
------------------------------------------------------------------------x

**NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION TO STRIKE DEFENDANTS' FIRST AFFIRAMTIVE DEFENSE**

      **PLEASE TAKE NOTICE** that, on a date and time as may be determined by the Court, Plaintiff Securities and Exchange Commission ("SEC") hereby respectfully moves, pursuant to Federal Rule of Civil Procedure 12(f), for an order from the Court striking Defendants Telegram Group Inc.'s and TON Issuer Inc.'s first affirmative defense of "void for vagueness." Upon the accompanying Plaintiff SEC's Memorandum of Law in Support, Declaration of Kevin P. McGrath, dated January 13, 2020, with exhibits thereto, and all prior proceedings and pleadings in this action, Plaintiff SEC makes the motion before the Honorable P. Kevin Castel, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated December 20, 2019 (Dkt. 51), Defendants' response, if any, shall be filed no later than January 21, 2020.

Dated: January 13, 2020
New York, New York

                                        Respectfully submitted,

                                        _____
                                        Jorge Tenreiro
                                        Kevin P. McGrath
                                        Ladan F. Stewart

                                        Attorneys for Plaintiff
                                        SECURITIES AND EXCHANGE COMMISSION
                                        New York Regional Office
                                        Brookfield Place
                                        200 Vesey Street, Suite 400
                                        New York, New York 10281-1022
                                        (212) 336-9145 (Tenreiro)
                                        TenreiroJ@sec.gov