# Exhibit JX17

**KYC Forms**

**Please fill out the appropriate Know Your Customer ("KYC") form(s) and return to Telegram by March 1, 2018.**

**Instructions:**

**Part 1. Identify your Status**

Before completing the KYC form(s), please identify whether you are an **Individual Purchaser** or **Entity Purchaser**. Individual Purchasers are purchasers who are natural persons, and Entity Purchasers are all purchasers other than natural persons.

_____ I am an Individual Purchaser.            _____ I am an Entity Purchaser.

If you are an Entity Purchaser, please identify whether you are a **Company** or a **Trust**. Companies are all Entity Purchasers other than Trusts.

_____ I am a Company (i.e. an Entity other than a Trust).            _____ I am a Trust.

If you are an Entity Purchaser (whether a Company or a Trust), please identify whether you are a **Specially Formed Entity** ("**SFE**"). You are an SFE if you (a) were formed for the purpose of entering into the Purchase Agreement and/or purchasing Grams or (b) have solicited investors or will solicit investors to participate in this investment directly or indirectly through an entity or otherwise.

_____ I am a SFE.            _____ I am a Non-SFE.

**Part 2:  Specific Instructions**

If you are an **Individual Purchaser:**
- Please complete Tab A and provide the required documentation.

If you are a **Non-SFE Company**:
- Please complete Tab B and provide the required documentation.

If you are a **Non-SFE Trust**:
- Please complete Tab C and provide the required documentation.

If you are a **SFE Company\***:
- Please complete Tab D for the Company and provide the required documentation.
- Please complete Tab A for each beneficial owner who is an Individual and provide the required documentation.
- Please complete Tab B for each beneficial owner that is a Company and provide the required documentation.
- Please complete Tab C for each beneficial owner that is a Trust and provide the required documentation.

1

FOIA Confidential Treatment Requested by Telegram Group Inc.                              TG-003-00000008

\* If there are intermediaries that are not individuals, continue up the chain of ownership and complete the appropriate tab for each beneficial owner until individuals are identified and complete Tab A for such individual(s).

If you are a **SFE Trust\***:
- Please complete Tab E for the Trust and provide the required documentation.
- Please complete Tab A for each beneficial owner who is an Individual and provide the required documentation.
- Please complete Tab B for each beneficial owner that is a Company and provide the required documentation.
- Please complete Tab C for each beneficial owners that is a Trust and provide the required documentation.

\* If there are intermediaries that are not individuals, continue up the chain of ownership and complete the appropriate tab for each beneficiary until individuals are identified and complete Tab A for such individual(s).


**NOTE:  THE ISSUER MAY, IN ITS SOLE DISCRETION, REQUEST AND MAINTAIN COPIES OF BANK OR BROKERAGE STATEMENTS FROM YOU DOCUMENTING THE SOURCE OF FUNDS USED FOR THE PURCHASE OF GRAMS.**

**NOTE: THE ISSUER, AT ITS SOLE DISCRETION, MAY REQUEST ADDITIONAL KYC INFORMATION IN ORDER TO COMPLY WITH APPLICABLE MONEY LAUNDERING LAWS.**

FOIA Confidential Treatment Requested by Telegram Group Inc.                                                                 TG-003-00000009

**Tab A**

**KYC Form**

**Individual Investors**

1. Name of Purchaser:  _____

2. Purchaser's taxpayer Employee Identification Number ("EIN") / Social Security Number ("SSN") or an equivalent identification number in the country in which the Purchaser resides (e.g., the UK National Security Number) :  _____

3. Date of Birth:  _____

4. Principal place of residence (including state, if in United States):  _____

5. Is the Purchaser a resident of, or located in, the State of New York, or conducting any business or activities with respect to the Purchase Agreement or the receipt of Tokens in or involving the State of New York?

   **Yes _____ No _____**

6. Physical Address of Purchaser:

   _____

   _____

   _____

7. Has the Purchaser received any criminal convictions or civil penalties for economic crimes, including but not limited to, money laundering or any violations of Money Laundering Laws (as defined in the Purchase Agreement), violations of Sanctions (as defined in the Purchase Agreement), corruption, fraud or tax evasion, at any time during the last ten (10) years? If yes, please provide details.

   **Yes _____ No _____**

1

8.     Please provide a brief summary of the Purchaser's source of wealth.

9.     Provide the name and account number of the bank or brokerage account from which Purchaser will be wiring funds for the purchase of Grams. If the name on the account is different from the Purchaser's name, please explain the connection between the Purchaser and the account.

10.    Is the Purchaser a senior foreign political figure,[1] or an immediate family member[2] or close associate[3] of a senior foreign political figure (a "politically exposed person")?

       **Yes_____   No _____**

       If yes, which government _____, what position in the government _____ and, if an immediate family member or close associate of a politically exposed person, what relationship to the politically exposed person _____.

---

[1]   A "senior foreign political figure" is defined as a senior official in the executive, legislative, administrative, military or judicial branches of a non-U.S. government (whether elected or not), a senior official of a major non-U.S. political party, or a senior executive of a non-U.S. government-owned corporation. In addition, a "senior foreign political figure" includes any corporation, business or other entity that has been formed by, or for the benefit of, a senior foreign political figure.

[2]   "Immediate family" of a senior foreign political figure typically includes the figure's parents, siblings, spouse, children and in-laws.

[3]   A "close associate" of a senior foreign political figure is a person who is widely and publicly known to maintain an unusually close relationship with the senior foreign political figure, and includes a person who is in a position to conduct substantial U.S. and non-U.S. financial transactions on behalf of the senior foreign political figure.

FOIA Confidential Treatment Requested by Telegram Group Inc.          TG-003-00000011

11.    **Verification of Identity:**  Please provide a certified copy[4] of a valid, government-issued photo identification card, such as a driver's license or passport.

12.    **Proof of Address:**  Please provide certified copies of two forms of proof of the Purchaser's residential address (e.g. a current utility bill) if not included in the form of picture identification.  A physical address (as opposed to a P.O. Box) is required.

---

[4]    All certified copies should be true-ink and certified by a solicitor, notary public, company registrar or any person so authorized under the laws of the Purchaser's country or domicile.

3

FOIA Confidential Treatment Requested by Telegram Group Inc.                                                        TG-003-00000012

**Tab B**

**KYC Form**

**Company – Non- SFE**

1.     Name of Purchaser: _____

2.     Principal Place of Business (including state, if U.S. purchaser): _____

3.     Purchaser's Taxpayer Identification Number ("TIN") or equivalent identification number in the country/countries in which the Purchaser operates (e.g., UK National Insurance Number): _____

4.     Date of Formation or Incorporation: _____

5.     Jurisdiction of Formation or Incorporation (including state, if US purchaser): _____

6.     Physical Address of Purchaser:

       _____

       _____

       _____

7.     Is the Purchaser formed, organized, or incorporated in or under the laws of the State of New York; does it have its principal place of business in the State of New York; or is the Purchaser conducting any business or activities with respect to the Purchase Agreement or the receipt of Tokens in or involving the State of New York?

       **Yes _____ No _____**

8.     Is any director, shareholder, officer, employee or other representative of the Purchaser involved in the Purchase Agreement or the receipt of Tokens residing in, located in, or for employment purposes is based in, the State of New York?

       **Yes _____ No _____**

1

9.  Is the Purchaser, or any person with a 25% or greater direct or indirect beneficial ownership interest in the Purchaser, a senior foreign political figure,[1] or any immediate family member[2] or close associate[3] of a senior foreign political figure (a "politically exposed person")?

**Yes _____ No _____**

If yes, which government _____, what position in the government _____ and, if an immediate family member or close associate of a politically exposed person, what relationship to the politically exposed person _____.

10. Please list all directors below.

|  |
|--|
|  |
|  |
|  |
|  |
|  |
|  |
|  |

---

[1]  A "senior foreign political figure" is defined as a senior official in the executive, legislative, administrative, military or judicial branches of a non-U.S. government (whether elected or not), a senior official of a major non-U.S. political party, or a senior executive of a non-U.S. government-owned corporation.  In addition, a "senior foreign political figure" includes any corporation, business or other entity that has been formed by, or for the benefit of, a senior foreign political figure.

[2]  "Immediate family" of a senior foreign political figure typically includes the figure's parents, siblings, spouse, children and in-laws.

[3]  A "close associate" of a senior foreign political figure is a person who is widely and publicly known to maintain an unusually close relationship with the senior foreign political figure, and includes a person who is in a position to conduct substantial U.S. and non-U.S. financial transactions on behalf of the senior foreign political figure.

FOIA Confidential Treatment Requested by Telegram Group Inc.    TG-003-00000014

11.     Please provide a short statement on the nature of the Purchaser's business.

12.     Does the Purchaser have, directly, or indirectly through intermediaries, any beneficial owner(s) of 25% or more of any voting or non-voting class of equity interests of the Purchaser?

**Yes _____   No _____**

If yes, please list below all such 25% or greater direct or indirect beneficial owners.  If such beneficial owners are not individuals, continue up the chain of ownership listing their 25% or more equity interest holders until individuals are listed.

| Full Name | If Beneficial Owner is an Individual, Insert Name and Address of Principal Employer and Position | Citizenship and Residence (for Individuals); Jurisdiction of Formation and Principal Place of Business (for Entities) (Include State if in the United States) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

3

13. Please list at least one person with significant responsibility to control, manage or direct the Purchaser (e.g., a Chief Executive Officer, Vice President, or Treasurer).

      Full Name  _____

      Name and Address of Principal Employer and Position  _____

      Citizenship  _____

14. Has the Purchaser, its directors, officers or any of its 25% or greater beneficial owners, received any criminal convictions or civil penalties for economic crimes, including but not limited to, money laundering or any violations of Money Laundering Laws (as defined in the Purchase Agreement), violations of Sanctions (as defined in the Purchase Agreement), corruption, fraud or tax evasion, at any time during the last ten (10) years?
If yes, please provide details.

**Yes _____   No _____**

15. Give the name and account number of the bank or brokerage account from which you will be wiring funds for the purchase of Grams. If the name on the account is different from that of the Purchaser, please explain the connection between the Purchaser and the account.

4

TG-003-00000016

16.    **Verification of Legal Existence:** Please provide a document evidencing the legal existence of the entity, such as a certified copy[4] of articles of incorporation, a government issued business license, partnership agreement or trust instrument.

17.    **Verification of Identity of Certain Persons:** Please provide a certified copy of a valid, government-issued photo identification card such as a driver's license or passport for at least one of: (i) a director of the entity; (ii) a partner/member of the entity; or (iii) a managing executive of the entity; <u>and</u> for (iv) each person with 25% or more ultimate beneficial ownership of the entity.

---

[4]    All certified copies should be true-ink and certified by a solicitor, notary public, company registrar or any person so authorized under the laws of the Purchaser's country or domicile.

5

**Tab C**

**KYC Form**

**Trusts – Non- SFE**

1.  Name of Purchaser: _____

2.  Principal Place of Business (including state, if US purchaser): _____

3.  Purchaser's Taxpayer Employee Identification Number ("EIN"), Social Security Number ("SSN"), Taxpayer Identification Number ("TIN") or equivalent identification number in the country/countries in which the Purchaser operates (e.g., UK National Insurance Number): _____

4.  Date of Formation: _____

5.  Jurisdiction of Formation (including state, if US purchaser): _____

6.  Physical Address of Purchaser:

    _____

    _____

    _____

7.  Is the Purchaser formed, organized, or incorporated in or under the laws of the State of New York; does it have its principal place of business in the State of New York;  or is the Purchaser conducting any business or activities with respect to the Purchase Agreement or the receipt of Tokens in or involving the State of New York?

    **Yes _____ No _____**

8.  Is any director, officer,  trustee,  grantor/settlor, employee or other representative of the Purchaser involved in the Purchase Agreement or the receipt of Tokens residing in, located in, or for employment purposes is based in, the State of New York?

    **Yes _____ No _____**

1

9. Is the Purchaser, or any person with a 25% or greater direct or indirect beneficial ownership interest in the Purchaser, a senior foreign political figure,[1] or any immediate family member[2] or close associate[3] of a senior foreign political figure (a "politically exposed person")?

**Yes** _____ **No** _____

If yes, which government _____, what position in the government _____ and, if an immediate family member or close associate of a politically exposed person, what relationship to the politically exposed person _____.

---

[1] A "senior foreign political figure" is defined as a senior official in the executive, legislative, administrative, military or judicial branches of a non-U.S. government (whether elected or not), a senior official of a major non-U.S. political party, or a senior executive of a non-U.S. government-owned corporation. In addition, a "senior foreign political figure" includes any corporation, business or other entity that has been formed by, or for the benefit of, a senior foreign political figure.

[2] "Immediate family" of a senior foreign political figure typically includes the figure's parents, siblings, spouse, children and in-laws.

[3] A "close associate" of a senior foreign political figure is a person who is widely and publicly known to maintain an unusually close relationship with the senior foreign political figure, and includes a person who is in a position to conduct substantial U.S. and non-U.S. financial transactions on behalf of the senior foreign political figure.

FOIA Confidential Treatment Requested by Telegram Group Inc.                                                                                     TG-003-00000019

10.   Does the Trust have any beneficiary that has, directly or indirectly, an interest of 25% or more in the Trust?

**Yes _____ No _____**

If yes, please list below all such 25% or greater direct or indirect beneficiaries.  If any such beneficiary is not an individual, continue up the chain of ownership listing their 25% or more beneficial owners until individuals are listed.

| Full Name | If Beneficiary is an Individual, Insert Name and Address of Principal Employer and Position | Citizenship and Residence (for Individuals); Jurisdiction of Formation and Principal Place of Business (for Entities) (Include State if in the United States) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

11.   Please list below (i) every person who contributed assets to the Trust (settlors or grantors) and (ii) every trustee.

| Full Name | Status (Settlor, Grantor or Trustee) | Name and Address of Principal Employer and Position | Citizenship |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3

12. Has the Purchaser, its directors, officers, trustees, grantor/settlors or any of its 25% or greater beneficiaries, received any criminal convictions or civil penalties for economic crimes, including but not limited to, money laundering or any violations of Money Laundering Laws (as defined in the Purchase Agreement), violations of Sanctions (as defined in the Purchase Agreement), corruption, fraud or tax evasion, at any time during the last ten (10) years?
   If yes, please provide details.

   **Yes _____   No _____**

13. Please provide a brief summary of the source of wealth of grantors/settlors.

14. Give the name and account number of the bank or brokerage account from which you will be wiring funds for the purchase of Grams.  If the name on the account is different from that of the Purchaser, please explain the connection between the Purchaser and the account.

4

15.     **Verification of Legal Existence:**  Please provide a document evidencing the legal existence of the entity, such as a certified copy[4] of the trust instrument.

16.     **Verification of Identity of Certain Persons:** Please provide a certified copy of a valid, government-issued photo identification card such as a driver's license or passport for: (i) a trustee of the Trust; **and** each individual that is a beneficiary with a 25% or greater interest in the Trust. If there are intermediaries that are not individuals, continue up the chain of interest to direct or indirect beneficiaries until individuals are identified and provide the requested documentation for such persons.

---

[4]     All certified copies should be true-ink and certified by a solicitor, notary public, company registrar or any person so authorized under the laws of the Purchaser's country or domicile.

FOIA Confidential Treatment Requested by Telegram Group Inc.      TG-003-00000022

**Tab D**

**KYC Form**

**Company – SFE**

1.   Name of Purchaser: _____

2.   Principal Place of Business (including state, if US purchaser): _____

3.   Purchaser's Taxpayer Identification Number ("TIN") or equivalent identification number in the country/countries in which the Purchaser operates (e.g., UK National Insurance Number): _____

4.   Date of Formation or Incorporation: _____

5.   Jurisdiction of Formation or Incorporation (including state, if US purchaser): _____

6.   **Physical Address of Purchaser:**

      _____

      _____

      _____

7.   Is the Purchaser formed, organized, or incorporated in or under the laws of the State of New York; does it have its principal place of business in the State of New York; or is the Purchaser conducting any business or activities with respect to the Purchase Agreement or the receipt of Tokens in or involving the State of New York?

      **Yes _____ No _____**

8.   Is any director, shareholder, officer, employee or other representative of the Purchaser involved in the Purchase Agreement or the receipt of Tokens residing in, located in, or for employment purposes is based in, the State of New York ?

      **Yes _____ No _____**

1

9.    Is the Purchaser, or any person with a direct or indirect beneficial ownership interest in the Purchaser, a senior foreign political figure,[1] or any immediate family member[2] or close associate[3] of a senior foreign political figure (a "politically exposed person")?

**Yes _____ No _____**

If yes, which government _____, what position in the government _____ and, if an immediate family member or close associate of a politically exposed person, what relationship to the politically exposed person _____.

10.   Please list all directors below.

|  |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

---

[1]    A "senior foreign political figure" is defined as a senior official in the executive, legislative, administrative, military or judicial branches of a non-U.S. government (whether elected or not), a senior official of a major non-U.S. political party, or a senior executive of a non-U.S. government-owned corporation.  In addition, a "senior foreign political figure" includes any corporation, business or other entity that has been formed by, or for the benefit of, a senior foreign political figure.

[2]    "Immediate family" of a senior foreign political figure typically includes the figure's parents, siblings, spouse, children and in-laws.

[3]    A "close associate" of a senior foreign political figure is a person who is widely and publicly known to maintain an unusually close relationship with the senior foreign political figure, and includes a person who is in a position to conduct substantial U.S. and non-U.S. financial transactions on behalf of the senior foreign political figure.

FOIA Confidential Treatment Requested by Telegram Group Inc.                                                   TG-003-00000024

11.    Please provide a short statement on the nature of the Purchaser's business.

12.    Please list at least one person with significant responsibility to control, manage or direct the Purchaser (e.g., a Chief Executive Officer, Vice President, or Treasurer).

　　　　Full Name _____

　　　　Name and Address of Principal Employer and Position _____

　　　　Citizenship _____

13.    Has the Purchaser, its directors, officers or any beneficial owners, received any criminal convictions or civil penalties for economic crimes, including but not limited to, money laundering or any violations of Money Laundering Laws (as defined in the Purchase Agreement), violations of Sanctions (as defined in the Purchase Agreement), corruption, fraud or tax evasion, at any time during the last ten (10) years? If yes, please provide details.

**Yes _____   No _____**

14.    Give the name and account number of the bank or brokerage account from which you will be wiring funds for the purchase of Grams. If the name on the account is different from that of the Purchaser, please explain the connection between the Purchaser and the account.

FOIA Confidential Treatment Requested by Telegram Group Inc.                                                         TG-003-00000025

15.  **Verification of Legal Existence:**  Please provide a document evidencing the legal existence of the entity, such as a certified copy[4] of articles of incorporation, a government issued business license, partnership agreement or trust instrument.

16.  **Verification of Identity of Certain Persons:**  Please provide a certified copy of a valid, government-issued photo identification card such as a driver's license or passport for at least one of: (i) a director of the entity; (ii) a partner/member of the entity; or (iii) a managing executive of the entity.

17.  **Verification of Each Beneficial Owner:**  Please complete Tab A, Tab B and/or Tab C, as appropriate, for each beneficial owner of the Company.  If there are intermediaries that are not individuals, continue up the chain of ownership and complete the appropriate Tab for each beneficial owner until individuals are identified and complete Tab A for such individual(s).

---

[4]  All certified copies should be true-ink and certified by a solicitor, notary public, company registrar or any person so authorized under the laws of the Purchaser's country or domicile.

4

FOIA Confidential Treatment Requested by Telegram Group Inc.                                          TG-003-00000026

**Tab E**

**KYC Form**

**Trusts – SFE**

1.  Name of Purchaser:  _____

2.  Principal Place of Business (including state, if US purchaser):  _____

3.  Purchaser's Taxpayer Employee Identification Number ("EIN"), Social Security Number ("SSN"), Taxpayer Identification Number ("TIN") or equivalent identification number in the country/countries in which the Purchaser operates (e.g., UK National Insurance Number):  _____

4.  Date of Formation:  _____

5.  Jurisdiction of Formation (including state, if US purchaser):  _____

6.  Physical Address of Purchaser:

    _____

    _____

    _____

7.  Is the Purchaser formed, organized, or incorporated in or under the laws of the State of New York; does it have its principal place of business in the State of New York; or is the Purchaser conducting any business or activities with respect to the Purchase Agreement or the receipt of Tokens in or involving the State of New York?

    **Yes _____  No _____**

8.  Is any director, officer,  trustee,  grantor/settlor, employee or other representative of the Purchaser involved in the Purchase Agreement or the receipt of Tokens residing in, located in, or for employment purposes is based in, the State of New York; or is any  direct or indirect beneficiary of the Purchaser a resident of or located in the State of New York?

    **Yes _____  No _____**

1

TG-003-00000027

9.    Is the Purchaser, or any person with a direct or indirect beneficial ownership interest in the Purchaser, a senior foreign political figure,[1] or any immediate family member[2] or close associate[3] of a senior foreign political figure (a "politically exposed person")?

   **Yes _____ No _____**

   If yes, which government _____, what position in the government _____ and, if an immediate family member or close associate of a politically exposed person, what relationship to the politically exposed person _____.

10.   Please list below (i) every person who contributed assets to the Trust (settlors or grantors) and (ii) every trustee.

| Full Name | Status (Settlor, Grantor or Trustee) | Name and Address of Principal Employer and Position | Citizenship |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

---

[1]    A "senior foreign political figure" is defined as a senior official in the executive, legislative, administrative, military or judicial branches of a non-U.S. government (whether elected or not), a senior official of a major non-U.S. political party, or a senior executive of a non-U.S. government-owned corporation.  In addition, a "senior foreign political figure" includes any corporation, business or other entity that has been formed by, or for the benefit of, a senior foreign political figure.

[2]    "Immediate family" of a senior foreign political figure typically includes the figure's parents, siblings, spouse, children and in-laws.

[3]    A "close associate" of a senior foreign political figure is a person who is widely and publicly known to maintain an unusually close relationship with the senior foreign political figure, and includes a person who is in a position to conduct substantial U.S. and non-U.S. financial transactions on behalf of the senior foreign political figure.

2

FOIA Confidential Treatment Requested by Telegram Group Inc.                                              TG-003-00000028

11.     Has the Purchaser, its directors, officers, trustees, grantor/settlors or any of its beneficiaries, received any criminal convictions or civil penalties for economic crimes, including but not limited to, money laundering or any violations of Money Laundering Laws (as defined in the Purchase Agreement), violations of Sanctions (as defined in the Purchase Agreement), corruption, fraud or tax evasion, at any time during the last ten (10) years? If yes, please provide details.

**Yes _____   No _____**

12.     Please provide a brief summary of the source of wealth of the grantors/settlors.

13.     Give the name and account number of the bank or brokerage account from which you will be wiring funds for the purchase of Grams.  If the  name on the account is different from that of the Purchaser, please explain the connection between the Purchaser and the account.

3

FOIA Confidential Treatment Requested by Telegram Group Inc.

14.      **Verification of Legal Existence:** Please provide a document evidencing the legal existence of the entity, such as a certified copy[4] of a trust instrument.

15.      **Verification of Identity of Trustee:** Please provide a certified copy of a valid, government-issued photo identification card such as a driver's license or passport for a trustee of the Trust.

16.      **Verification of Beneficiaries:** Please complete Tab A, Tab B and/or Tab C, as appropriate, for each beneficiary of the Trust. If there are intermediaries that are not individuals, continue up the chain of ownership and complete the appropriate tab for each beneficiary until individuals are identified and complete Tab A for such individual(s).

---

[4]   All certified copies should be true-ink and certified by a solicitor, notary public, company registrar or any person so authorized under the laws of the Purchaser's country or domicile.

4

FOIA Confidential Treatment Requested by Telegram Group Inc.                    TG-003-00000030