# Exhibit JX25

# TON Blockchain Validation

October 2, 2019

As one of the initial holders of Grams, you may be interested in setting up and running one or more validators to create and validate blocks in the main network ("mainnet") of the TON Blockchain.

The activity of multiple independent validators is necessary for the launch of the TON Blockchain as a decentralized blockchain system. Since only those who stake the most Grams will be selected as validators, becoming a validator may require staking a large amount of Grams. Therefore, only purchasers in the private placement will initially have the capability to install validators.

Running validators is the only way to obtain a share of newly-minted Grams and fees collected from all the other users of the TON Blockchain.

If you wish to run one or several validators, you will need a dedicated high-performance server installed in a datacenter with good network connectivity, using at least a 1 Gbit/s connection to reliably accommodate peak loads (the average load is expected to be approximately 100 Mbit/s). We recommend a dual-processor server with at least eight cores in each processor, at least 256 MiB RAM, at least 8 TB of conventional HDD storage and at least 512 GB of faster SSD storage. Ordering and installing such a server may be complicated on short notice; if that happens to be the case, you might start with a virtual server running on at least 8 cores and with at least 128 MiB of accessible RAM (we expect that this may be sufficient for approximately the first month), and upgrade to a dedicated server as soon as possible.

To get started, we recommend running a validator for the currently-active test network ("testnet") of the TON Blockchain; then the already-configured and running validator could be cleaned up and switched to the mainnet when it is launched. For running a validator on the testnet, an eight-core virtual server with 128 MiB RAM should suffice; the configuration could be later transferred to a dedicated server.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    TLGRM-005-00005281

Apart from one or several servers, which should be set up and configured as explained in `https://test.ton.org/FullNode-HOWTO.txt` and `https://test.ton.org/Validator-HOWTO.txt` (we recommend installing a GNU/Linux operating system on your validator servers for a more stable performance), you will need some Grams to stake on behalf of your validators. In the mainnet, you will be able to use your wallet which we will create during the initialization of the TON Blockchain mainnet. In the testnet, you will need to acquire test Grams instead (at least 100,000 test Grams for each validator). In order to obtain this large amount of test Grams, please first create and initialize a wallet with a smaller amount of test Grams as explained in `https://test.ton.org/FullNode-HOWTO.txt` and `https://test.ton.org/HOWTO.txt` Instead of using the "testgiver" smart contract described in the documents, you can use the Telegram bot `https://t.me/test_ton_bot` to obtain the small amount of test Grams required to initialize your wallet. Note that test Grams have no value and are being programmed so they are not useable on the mainnet.

Once this is done, please send the address of your initialized wallet to us via email at alex@telegram.org  We will transfer you 250,000 test Grams. Once you've installed your first validator in the testnet, you are welcome to apply for more test Grams, should you wish to install more validators.

*\*\* This communication contains forward-looking statements, including statements of plans, objectives, expectations, development status and intentions. Any number of factors could cause actual results to differ materially from those contemplated by any forward-looking statements, including but not limited to the risks identified in Appendix B to the Whitepaper \*\**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-005-00005282