# Exhibit JX29

| Market |  |



Sign in | Register

Sun, 12 Jan 2020, 11:14 PM  UTC | English  한국어

Breaking | **Business** | Regulation | Technology | Investing | Insights | People

Business

# Underdog crypto exchange Blackmoon says it will be the first to sell Telegram's native token



Image Credit: TASS / Dmitry Feoktistov

 Bitcoin (BTC)   $8,175.69 (+1.21%)

**Breaking**

Jan 10, 2020 (Friday)

🕐 12:23  ★★★★

Former Forbes executive to join blockchain-based social media platform Voice as CEO
Read more

🕐 11:51  ★★★★

Crypto Technicals: Major Cryptocurrency Support Resistance Levels
Read more

Tue, 10 Sep 2019, 20:47 pm UTC

Cryptocurrency exchange Blackmoon is eyeing to be one of the first companies to list Telegram's upcoming Gram token through a collaboration with Swiss crypto custodian Gram Vault.

"*Blackmoon is pleased to cooperate with Gram Vault and will make every effort to timely list Grams on our platform. Thereby, our users will have access to the most anticipated cryptocurrency among the first,*" Sergey Vasin, Blackmoon's Chief Operating Officer, said.

The Caymans Island-registered exchange plans to boost liquidity by allowing clients to buy Gram tokens using bank cards, as per a report by the Finance Magnates.

"*Moreover, Blackmoon will provide users with an opportunity to buy Grams via Bank cards, which, especially in the early months, will be a truly unique*

offer," Vasin explained.

Under the deal, Gram tokens will most likely be transferred directly from Gram Vault onto the Blackmoon exchange, ensuring "instant and deep liquidity" for traders.

Once the mainnet is live, Blackmoon will be the only marketplace to sell real grams directly from legitimate Telegram Open Network (TON) investors.

"*Exchanges that earlier announced selling grams actually listed some kinds of derivatives. We don't mind that – at the end, they will have to look for liquidity to deliver what they promised to their users, and they will run to buy grams with us with a premium*," Vasin told CoinDesk.

The exchange currently has an unimpressive 3,800 user base, but Vasin is confident that this figure will skyrocket to up to 15,000 after the launch.

Founded in 2017, Blackmoon, which is the crypto division of Cyprus-based Blackmoon Financial Group, may not be a household name in the crypto industry yet. But it has an edge, in part because of its tie with Gram Vault, which is one of the biggest investors of Telegram that participated in its $1.7 billion private initial coin offering. Reports also revealed that Blackmoon may have its connection to Telegram itself, saying that the exchange's co-founder Ilya Perekopsky is Telegram's vice president.

The token is slated to be rolled out before its set deadline of October 31, 2019.

As previously reported, Telegram is close to launching its blockchain, TON, after it released TON Testnet explorer and node software on the test network portal.

TokenPost | info@tokenpost.com

<Copyright © TokenPost. All Rights Reserved. >



To leave a comment, please sign in.

Sign in    Register



**CryptoMisha** 2019.09.12 08:11:25

Where did you get this number? "The exchange currently has an unimpressive 3,800 user base"

 0 · 0

**RabbitJedi** 2019.09.11 07:09:54

The KYC procedure is quite simple, TON listing, credit card deposits. Plus, they are EU regulated. Not bad for underdog.



**Popular news**

👍 0 · 👎 0

*Taboola Feed*

**New York Drivers With No Tickets In 3 Years Should Do This On January**
Comparisons.org | Sponsored

**Top Cardiologist: This One Thing Will Properly Flush Out Your Bowels**
Gundry MD | Sponsored

**3 Ways Your Dog Asks For Help**
Dr. Marty ProPower Plus Supplement | Sponsored

**Signs You May Not Know About. Search For Cosentyx Psoriatic Arthritis**
Arthritis | Sponsored

**He Was An Icon In The NBA, Now He Is Working 9 To 5**
Trend Chaser | Sponsored

**Detailers Absolutely Astonished: 5 Products That Give a Glass-Like Shine in Minutes**
VehicleBuff Review | Sponsored

**Here's What a Walk In Tub Should Cost**
Zagline | Sponsored

**Crypto trading app Robinhood gears up to raise $200M: Report - TokenPost**
TOKENPOST

**FxWirePro Poll: Ethereum's fortune to get better in 2019, hit $500 by end of the year - TokenPost**
TOKENPOST

**Incredible $79 Smartwatch is Taking United States By Storm**
Tech Watch | Sponsored

**20 Forbidden Places You Can Never Visit**
www.travelden.co.uk | Sponsored

**This Military Smartwatch Is The Best Gift Idea for Men In United States**
T-Watch | Sponsored

| 1 | Crypto Technicals: BTC/USD trades rangebound, watchout for break… |
| 2 | Crypto Technicals: BTC/USD extends weakness for the 2nd… |
| 3 | Crypto Technicals: ETH/USD holds 21-EMA support (135.60), break… |
| 4 | Crypto Technicals: ETH/USD fails at 55-EMA, breach below 200H MA… |
| 5 | Crypto Technicals: Major Cryptocurrency Support Resistan… |
| 6 | Crypto Technicals: Major Cryptocurrency Daily Technical… |
| 7 | Crypto Technicals: Major Cryptocurrency Daily Technical… |
| 8 | Crypto Technicals: Major Cryptocurrency Support Resistan… |
| 9 | Illinois legally recognizes blockchain records and smart… |
| 10 | Crypto lending firm BlockFi adds support for litecoin and USDC |

**Crypto trading app Robinhood gears up to raise $200M: Report - TokenPost**

TOKENPOST

**FxWirePro Poll: Ethereum's fortune to get better in 2019, hit $500 by end of the year - TokenPost**

TOKENPOST

Breaking | Business | Regulation | Technology | Investing | Insights | People Market | About us | Contact us

Copyright ⓒ TokenPost. All Rights Reserved.

PUBLISHsoft