# Exhibit 1

# News

We focus on delivering value in every post we make.



**21 AUG 2014**

### VKontakte's Founder Pavel Durov the Most Promising Northern European Leader Under the Age of 30, DealDash's William Wolfram Fourth

*by: Nordic Business Forum*

Ranking of the 30 most promising Northern European leaders under the age of 30 was published today in **Nordic Business Report**. The 30 under 30 in Northern Europe ranking covered basically the whole Northern Europe: Finland, Denmark, Norway, Sweden, Iceland, Russia, Estonia, Latvia and Lithuania. The 21 jury members that compiled the ranking were gathered from different organization representatives of each nine countries.

**Pavel Durov**, the founder of the Russian VKontakte social network service, took the first place and **Vsevolod Strakh**, a Russian entrepreneur, founder and CEO of Sotmarket online

**News**   **Blog**

**Video**

**Latest News**   All →

**7 JAN** — Randi Zuckerberg and Aswath Damodaran to Speak at Nordic Business Forum in Stockholm

**18 DEC** — Applications Open to Speaker Contest 2020

**17 DEC** — 10 Years of Building Leaders Who Change the World

**9 DEC** — Dot Complicated: What I Learned on the Front Lines of Social Media with Randi Zuckerberg

**2 DEC** — The Invincible Company: Closing the Innovation Culture Gap with Alex Osterwalder

**20 NOV** — NBForum 2020 Seats Filling up – 70% of the Seats in Helsinki Already Booked

**19 NOV** — Andreas Kustås Appointed the Executive

store became second. There were three people from Finland who made the cut: DealDash's **William Wolfram** holds the fourth position, while the author of 'Hello Ruby' **Linda Liukas** became 22nd and **Miki Kuusi**, the main organizer and CEO of Slush, became 23rd on the ranking. The 22-year-old William Wolfram is one of the youngest on the ranking. The youngest person is Norwegian **Max Gouchan**, who is only 20 years old.

The essential criteria for evaluating possible candidates were: results achieved, business sense, originality, practicality and impact of their ideas, international outlook and responsibility in their actions. Each jury member organization built up a ranking of names from their own countries, and the final 30 under 30 ranking was a synthesis of these lists. At least one name from each country made it to the final ranking. Russia clearly dominates the ranking with their 6 names, while Lithuania comes close second with their 5 names.

Read the whole 30 under 30 ranking at **www.nbreport.com**.

**Nordic Business Report** *is an annually published high quality business magazine. The publication is available only in English. The magazine is produced by Nordic Business Forum together with professional journalists. The magazine is published in Finland, Estonia and Russia.*

### Additional information:

Hans-Peter Siefen, Nordic Business Report, editor in chief
hans-peter.siefen@nbforum.com, +358 50 412 0783

### The jury member organizations:

### Finland
Finland Chamber of Commerce
Taivas+Helvetti



Producer for Nordic Business Forum

**10**
OCT

Arnold Schwarzenegger, Indra Nooyi, and Yuval Noah Harari to Speak at Nordic Business Forum in Helsinki

**9**
OCT

Bloomberg to Broadcast Talk Show Live from Nordic Business Forum 2019

**24**
SEP

Get to know Parag Khanna

### NBF on social media

2

PwC Finland
Junior Achievement Young Enterprise Finland
Fujitsu Finland

## Denmark
Fonden for Entreprenørskab

## Sweden
Fujitsu Sweden
Junior Achievement Young Enterprise Sweden

## Norway
Oslo Chamber of Commerce

## Iceland
Iceland Chamber of Commerce
PwC Iceland
Deloitte Iceland

## Russia
Delovoy Peterburg
Institute of External Economic Relations IRVEN

## Estonia
Enterprise Estonia, Helsinki
JCI Estonia
Estonian Business Angels Network

## Latvia
Stockholm School of Economics in Riga
Investment and Development Agency of Latvia

## Lithuania
JCI Lithuania
Enterprise Lithuania

3

Recommend   Share  Tweet

## What is new



NEWS

21
AUG
2014

Nordic Business Report Published



NEWS

NORDIC BUSINESS FORUM 2014

PAST EVENTS

22
AUG
2014

30 Under 30 Stars in a Hot Seat Session at Nordic Business Forum 2014

4