# Exhibit 6

# Financial Crimes Enforcement Network
# Department of the Treasury

MSB Registration Status Information

Date:  01/12/2020

The inclusion of a business on the MSB Registrant Search Web page is not a recommendation, certification of legitimacy, or endorsement of the business by any government agency.

The MSB Registrant Search Web page, which is updated on a weekly basis, contains entities that have registered as Money Services Businesses (MSBs) pursuant to the Bank Secrecy Act (BSA) regulations at 31 CFR 1022.380(a)-(f), administered by the Financial Crimes Enforcement Network (FinCEN).

Information contained on this site has been provided by the MSB registrant.  FinCEN does not verify information submitted by the MSB. Information provided on this site reflects only what was provided directly to FinCEN.  If an error or incomplete information is detected on this site, the registrant should follow the appropriate instructions for correcting a Registration of Money Services Business (RMSB) form.

MSB Registration Number: 31000156706437
Registration Type: Initial Registration, Corrected Report
Legal Name: TON Issuer Inc
DBA Name: N/A


Street Address: Craigmuir Chambers
City: Road Town Tortola
State:
Zip: VG1110


Foreign location:  VIRGIN ISLANDS, BRITISH

MSB Activities:
    Money transmitter
States of MSB Activities:
    California, Colorado, Delaware, Florida, Illinois, Massachusetts, Nevada, New Jersey, Pennsylvania, Texas,
    Washington
All States & Territories & Foreign Flag:  Foreign

Number of Branches:
Authorized Signature Date: 10/24/2019
Received Date:  10/24/2019