# Exhibit 13

| | |
|---|---|
| From: | Shyam Parekh [shyam@telegram.org] |
| Sent: | 02/10/2019 16:22:32 |
| To: | |
| CC: | perekopsky@telegram.org; |
| Subject: | Action Required: Telegram Open Network Development Update |

Dear Steve,

We are happy to share with you that following a successful initial testing period, the Telegram Open Network ("TON") is planned to be launched in late October.

The entire source code of TON is available at https://github.com/ton-blockchain/ton

In order to initiate the process of issuing Grams in accordance with the Purchase Agreement, we kindly ask you to follow the steps below:

1. Install the TON Key Generator software located at https://generator.ton.org on a secure computer that is not publicly accessible. Please note that this software is available for Mac OS, Windows and Linux operating systems.

2. Using the TON Key Generator, create a public and a private TON encryption key to be able to access and manage your Grams post-launch.

3. Write down the 24 words which represent your TON private encryption key required to access your Grams. Store these 24 words securely in a place accessible only to you. **Important**: If you lose these words you will **irrevocably** lose access to your Grams. If you share these words with third parties, they will have the ability to access your Grams on their own.

4. Send us the 48-symbol **public** encryption key you generated in Step 2, to shyam@telegram.org by replying to this e-mail.

5. We will then contact you using the contact e-mail and phone number included in the Purchase Agreement and ask you to reconfirm the 48-symbol **public** encryption key to us.

Please note that because you participated in the Private Placement, you are eligible to take part in the validators' election process. If you are planning to use your Grams for validation, please follow the technical instruction attached to this e-mail.

Please be advised that due to regulatory considerations neither Telegram nor the TON Foundation will buy Grams or serve as validators post-launch.

We are looking forward to hearing from you. To make sure you are issued Grams in a secure way, please e-mail us your TON public key before **October 16, 2019**. As a reminder, if you do not provide us with a public key to which we should send your Grams by twenty-four (24) months following the date that the TON Blockchain launches, you will forfeit your Grams.

Kind regards,
Shyam

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                         TLGRM-005-00005294

*\*\* This communication and the related attachments contain forward-looking statements, including statements of plans, objectives, expectations, development status, and intentions. Any number of factors could cause actual results to differ materially from those contemplated by any forward-looking statements, including but not limited to the risks identified in Appendix B to the Primer.\*\**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-005-00005295