# Exhibit 14



Don't have **Telegram** yet? Try it now! >



**Telegram Contests** ✓

A new Telegram coding competition is starting today. The task is to build **smart contracts** for a **blockchain platform**.

1. Build one or more smart contracts as described in **TON Contest.txt** below.
2. Suggest improvements for FunC / TON VM (optional).
3. Find issues and suggest fixes for TON Testnet (optional).

The prize fund for these 3 tasks is **$200,000–400,000**.

The contest ends on **October, 15** at **23:00** CET.

We'll publish how to submit your code in this channel soon.

t.me/contest/102                       394.5K 👁 Sep 24 at 12:45

&lt;&gt; EMBED     **VIEW IN CHANNEL**     OPEN IN WEB

```
<script async src="https://telegram.org/js/telegram-widget.js?7" data-telegram-post="contest/102" data-width="100%"></script>
```

 COPY

1





2