# Exhibit 15

/ **Blockchain Contest, Stage 2**                                              Login

**DESCRIPTION**

Build one or two TON-based smart-contracts (decentralized services) that can become popular with consumers.

See this post for details.

**DURATION**

Dec 7 – Dec 22

**PRIZES**

$100,000

**CONTEST ENTRIES**                                                           by rating

**Classy Bee**
1 comment, 3 issues, entry #1258                                                  +8

**Eager Boar**
2 comments, 3 issues, entry #1248                                                 +4

**Hip Hyena**
4 comments, 10 issues, entry #1251                                                +3

**Mad Crow**
1 comment, no issues, entry #1256                                                 +3

**Desert Falcon**
2 comments, 2 issues, entry #1249                                                 +2

**Funny Deer**
1 comment, 2 issues, entry #1250                                                  +2

**Dreamy Chicken**
1 issue, entry #1253                                                              +2

**Bold Wolf**

| | | |
|---|---|---|
| | 3 comments, 3 issues, entry #1257 | +2 |
| / | **Blockchain Contest, Stage 2** | Login |

| | |
|---|---|
| **Merry Ant**<br>2 comments, 2 issues, entry #1263 | +2 |
| **Mellow Squid**<br>1 comment, 9 issues, entry #1265 | +2 |
| **Dreamy Snail**<br>1 issue, entry #1270 | +2 |
| **Dreamy Pug**<br>1 comment, no issues, entry #1271 | +2 |
| **Small Kitten**<br>2 comments, no issues, entry #1247 | +1 |
| **Night Turkey**<br>2 comments, 1 issue, entry #1260 | +1 |
| **Grim Duck**<br>1 comment, 2 issues, entry #1262 | +1 |
| **Dreamy Crab**<br>1 issue, entry #1264 | +1 |
| **Shiny Giraffe**<br>4 comments, no issues, entry #1269 | +1 |
| **Lucky Scorpion**<br>4 issues, entry #1272 | +1 |
| **Chic Dolphin**<br>1 comment, 4 issues, entry #1252 | 0 |
| **Shiny Shrimp**<br>2 comments, 2 issues, entry #1254 | 0 |
| **Cuddly Hamster** | 0 |

2 issues, entry #1255

/ **Blockchain Contest, Stage 2**	Login

### Groovy Fly
no issues, entry #1259	0

---

### Slim Dodo
1 comment, no issues, entry #1261	0

---

### Nice Llama
3 comments, 1 issue, entry #1266	0

---

### Funny Owl
1 comment, 2 issues, entry #1267	0

---

### Big Elk
1 comment, no issues, entry #1268	0

---

### Suave Beetle
3 issues, entry #1246	-1