# Exhibit 16



Home Moments Search Twitter Have an account? Log in

Tweets 1,950 Followers 1.44M Likes 202 Follow

**Pavel Durov**
@durov

Founder, CEO at @telegram (2013), founder, ex-CEO of @vkontakte (2006), part-time troll. Also @durov on Instagram, Snapchat, VK, Facebook.

Dubai, United Arab Emirates
t.me/durov
Joined September 2008
Born on October 10, 1984

79 Photos and videos

**Tweets** Tweets & replies Media

**Pavel Durov** @durov · Jan 21
If you see or receive offers to "buy Grams", let us know at

**Antiscam**
Reports about scammers trying to sell "Grams" are welcome here.
t.me

145 242 938

**Pavel Durov** @durov · Jan 10
Not sure why some media would refer to @telegram as "Russia-based". We have no servers, developers, companies, bank accounts or offices in that country.

706 571 3.8K

**Pavel Durov** @durov · Jan 2
While apps like Telegram and Signal are currently blocked by the Iranian authorities, WhatsApp remains fully accessible in Iran.

2.7K 1.1K 6.1K

**Pavel Durov** @durov · 31 Dec 2017
Iran blocked access to Telegram for its citizens due to opposition activity in channels – my thoughts here