# Exhibit 17

