# Exhibit 18

# Telegram says TON Wallet won't integrate with its messaging app at launch

January 6, 2020, 11:10AM EST · 2 min read

 by Celia Wan



CHRIS RATCLIFFE/BLOOMBERG VIA GETTY IMAGES

## QUICK TAKE

- Telegram released a statement Monday, notably announcing that the TON Wallet won't be integrated with the company's popular messenger app at launch
- The announcement comes amid an ongoing dispute with the SEC
- The statement stressed that the TON network will operate independently from Telegram after launch

ADVERTISEMENT

1



Telegram said on Monday that when the TON cryptocurrency network launches, the official wallet app for the network won't be integrated with its popular messaging app.

In a notice dated Jan. 6, the company said the TON Wallet, an application built on the network that can store TON's native Gram tokens, will be a stand-alone service independent from Telegram Messenger.

The notice stated:

> *"At the time of the anticipated launch of the TON Blockchain, Telegram's TON Wallet application is expected to be made available solely on a stand-alone basis and will not be integrated with the Telegram Messenger service. In this regard, the TON Wallet is expected to compete with any other wallet applications designed and offered by third parties. Telegram may integrate the TON Wallet application with the Telegram Messenger service in the future to the extent permitted under applicable laws and governmental authorities."*

In a Terms of Services dated Oct. 2019, the firm said that the Grams Wallet would either be an independent application or "as incorporated into the Telegram Messenger application."

Telegram also stressed its independence from the TON network in the Jan. 6 note, saying that it has not made any promise or commitment to develop any applications for the blockchain and may not do so after the network goes live.

"It will be the sole responsibility of third parties and the community to adopt and implement such applications or smart contracts on the TON Blockchain in the manner they

such features or provide such services, on any given timetable or at all," the notice explained.

The statement comes as Telegram is locked in a legal fight with the U.S. Securities and Exchange Commission (SEC) over its allegedly illegal $1.7 billion token sales.

A recent document filed in court by the regulator stated that Telegram refused to disclose financial details regarding the usage of the raised funds, and the SEC is now urging the court to compel Telegram to provide relevant documents.



3