```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,       :
                                          :
                    Plaintiff,            :    No. 19 Civ. 9439 (PKC)
                                          :
          - against -                     :    ECF Case
                                          :
TELEGRAM GROUP INC. and TON ISSUER INC.,  :
                                          :
                    Defendants.           :
                                          :
------------------------------------------------------------------ x
```

## DECLARATION OF KEVIN P. MCGRATH IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE

I, Kevin P. McGrath, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the bar of the State of New York and of the United States District Court for the Southern District of New York. I am employed by Plaintiff Securities and Exchange Commission (the "SEC") in its New York Regional Office as Senior Trial Counsel in the Enforcement Division.

2. I have personal knowledge of the facts and circumstances of the case. As Senior Trial Counsel on the case, I reviewed information and documents obtained by the SEC during its investigation of this matter, including documents described herein, and information provided to me by members of the SEC staff.

3. I am submitting this Declaration to put forth exhibits in support of the SEC's motion to strike Defendants Telegram Group Inc.'s and TON Issuer Inc.'s first affirmative defense of "void for vagueness."

4. Attached hereto are true and correct copies of the following documents or excerpts thereof:

| Exhibit | Document Description | Bates |
|---|---|---|
| A | Chats between Pavel Durov and Alexander Tamas between August 14, 2017 and January 8, 2018 | TLGRM-017-00000553-574 |
| B | Emails between Pavel Durov and John Hyman et al., dated January 16, 2018, re: Update on the Telegram/TON Sale | TLGRM-011-00000038-41 |
| C | Teaser regarding Telegram Open Network (TON) private and public sale | Not applicable |
| D | Telegram Pre-Sale Primer, dated January 18, 2018 | TG-001-00000054-79 |
| E | SEC Form D filing by TON Issuer Inc., dated February 13, 2018 | Not applicable |
| F | SEC Form D filing by TON Issuer Inc., dated March 29, 2018 | Not applicable |
| G | Emails between SEC Staff (Waxman and Ward) and Grant Fondo et al., re: contact information for Telegram's counsel, dated January 31, 2018 | SEC-SEC-E-0000044-45 |
| H | Emails between SEC Staff (Waxman and Ward) and Erich Schwartz et al., re: interest in Telegram, dated February 2, 2018 | SEC-SEC-E-0000871-872 |
| I | Letter from law firm Skadden to SEC Staff re: accepting service for Telegram, dated September 30, 2019 | Not applicable |
| J | Letter from law firm Skadden to SEC Staff, dated October 11, 2019 | Not applicable |
| K | Excerpts from Day 1 of Pavel Durov deposition in *SEC v. Telegram Inc. and TON Issuer Inc.*, dated January 7, 2020 | Not applicable |
| L | Emails between Hyman and Yang, dated July 5, 2018 | TG-005-00009358 |
| M | Emails between Hyman and Bonatsos, dated May 3, 2018 | Not applicable |
| N | Excerpts of chats between Micky Malka and Pavel Durov between January 3, 2018 and February 2, 2018 | Not applicable |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 13, 2020

_____
Kevin P. McGrath