# Exhibit G

**To:**       Grant P. Fondo (gfondo@goodwinlaw.com)[gfondo@goodwinlaw.com]
**Cc:**       Waxman, Daphna A.[WaxmanD@SEC.GOV]
**From:**     Ward Doran, Morgan
**Sent:**     2018-01-31T18:26:35-05:00
**Importance:**       Normal
**Subject:**  FW: In the matter of Telegram (NY-09820)
**Received:**         2018-01-31T18:26:00-05:00

Grant, please forward the contact information for Telegram as soon as possible.  If you would like to discuss, please give me or Daphna (212.336.1012) a call.  I am on PT, and Daphna is on ET.  Thanks. – M.

---

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Wednesday, January 31, 2018 2:53 PM
**To:** Ward Doran, Morgan
**Cc:** Waxman, Daphna A.; Grant P. Fondo (gfondo@goodwinlaw.com); ▓▓▓▓▓▓
**Subject:** RE: In the matter of Telegram (NY-09820)

Dear Mr. Doran,

Thank you for your email.  I confirm that we cannot provide information regarding Telegram without its consent, pursuant to an existing agreement.  I am copying Grant Fondo, our outside counsel, who hopefully has the Telegram counsel contact info, as I did not interact with them and do not have their names or contact info.

As I mentioned, today is my last day at ▓▓▓▓▓▓▓▓.  Our COO, ▓▓▓▓▓▓ is copied hereon and will be your contact at ▓▓▓▓▓▓▓▓ going forward.

Best wishes,

▓▓▓▓

---

**From:** Ward Doran, Morgan [mailto:WardDoranM@sec.gov]
**Sent:** Wednesday, January 31, 2018 11:47 AM
**To:** Ava Hahn <ahahn@kpcb.com>
**Cc:** Waxman, Daphna A. <WaxmanD@SEC.GOV>
**Subject:** In the matter of Telegram (NY-09820)

Hi ▓▓▓   Thanks for returning our call.  As we discussed, please forward the contact information for Telegram's counsel?  Please also confirm that the terms of ▓▓▓▓ agreement with Telegram constrains the information that ▓▓▓ can share without providing notice?

Thanks. – M.

_____

**Morgan B. Ward Doran**

Senior Special Counsel, Division of Enforcement

SEC-SEC-E-0000044

United States Securities and Exchange Commission

444 South Flower Street, Suite 900

Los Angeles, CA 90071

P:  323.965.3230

F:   703.813.9501

SEC-SEC-E-0000045