

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, ROOM 400
NEW YORK, NY 10281-1022

Jorge G. Tenreiro
WRITER'S DIRECT DIAL
TELEPHONE: (212) 336-9145
TenreiroJ@sec.gov

January 15, 2020

<u>Via ECF and Overnight Delivery</u>

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>SEC v. Telegram Group Inc. & TON Foundation Inc.</u>, No. 19 Civ. 9439 (PKC)

Dear Judge Castel:

    Pursuant to Rule of this Court's Individual Practices, and this Court's Orders of December 20, 2019 (D.E. 51) and January 13, 2020 (D.E. 66) in the above-referenced case, Plaintiff Securities and Exchange Commission ("SEC") hereby respectfully submits courtesy printed copies of the SEC's Motions to Strike Defendants' Affirmative Defense and for Summary Judgment. Specifically, with respect to the motion to strike, we are submitting courtesy copies of: (1) the SEC's Notice of Motion to Strike Affirmative Defense, (2) the Declaration of Kevin McGrath and Exhibits A – N in support thereof, and (3) a Memorandum of Law in Support of the Motion. With respect to the motion for summary judgment, we are submitting courtesy copies of: (1) the SEC's Notice of Motion for Summary Judgment as to Liability, (2) the Declaration of Ladan Stewart and Exhibits PX1 – PX138 in support thereof, and (3) a Memorandum of Law in Support of the Motion.

    All of the foregoing documents are being filed today on ECF with the following modifications:

- Exhibits PX28, PX30-33, PX42, PX50, PX55-56, PX59, PX61, PX69-70, PX74, PX76-77, PX91, PX94, PX101-105, PX117, PX123, as well as all the Exhibits to the Declarations contained in PX1-8 are not being filed in the public docket at this time. These documents have all been designated "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" by the producing parties. Accordingly, the SEC will give notice to the designating parties and will file these documents on the public docket seven days thereafter unless an application to seal them is filed with the Court within that time period.

- The information that identifies certain investors has been redacted from Exhibits A, G, L, M, PX1-8, PX12, PX14-17, PX19-26, PX29, PX34-35, PX37-38, PX58, PX71, PX78, PX81-87, PX89, PX97-99, PX106, PX110, PX121, PX132, PX134-35, and PX137 as well as from the

Declaration of Kevin McGrath in support of the SEC's Motion to Strike, and the Declaration of Ladan Stewart in support of the SEC's Motion for Summary Judgment, pursuant to the SEC's application to seal investor identifying information (D.E. 28) ("Sealing Motion"). The SEC respectfully submits that this information should be redacted for the same reasons as those stated in the Sealing Motion.

- Exhibits PX37 and PX90 were redacted, and Exhibit PX115 not filed, to comply with Fed. R. Civ. P. 5.2.

- Exhibit PX136, containing certain bank records, is not being filed in the public docket as it is covered by Defendants' application to seal bank records (D.E. 62).

- Certain additional, sensitive information was redacted from Exhibits A, PX12, and PX23-24 by agreement of the parties.

We are available to answer any questions the Court may have regarding the foregoing.

Respectfully submitted,

Jorge G. Tenreiro

Encls.

cc: All counsel of record (by ECF)