# Exhibit A

▮▮▮▮▮▮▮▮▮▮

14 August 2017

**AT** ▮▮▮▮▮▮▮ 17:23
Congrats on all the growth. I've become a heavy user and am super impressed with the product.

**PD** Pavel Durov 17:26
Thanks ▮▮▮▮ Appreciate 🙏

**AT** ▮▮▮▮▮▮▮ 17:28
Here is a thought: would you be open to putting $25m worth of shares into ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in exchange for becoming a $25m ▮ shareholder? Would be fun to be in each other's companies. Alternatively could also do $25m in ▮▮▮▮ for $25m of Telegram. No worries if rather not, but thought could be a good idea.

**PD** Pavel Durov 17:31
Thanks for the trust! At this point Telegram needs cash to keep buying more servers, but I can start considering such ideas after we solve our cash requirements.

**AT** ▮▮▮▮▮▮▮ 17:33
We could also do $25m in cash. We're pretty fast and silent and can keep it totally off the radar screen + help with a later fundraising at a premium value. Lmk.

**PD** Pavel Durov 17:33
Cool thanks, will keep in mind 🙏

**AT** ▮▮▮▮▮▮▮ 17:36
👉

**AT** ▮▮▮▮▮▮▮ 21:02
I've gotten really close to the T▮▮▮▮ nd ▮▮▮▮ guys as well. In case you need big $$$ let me know. Up to $100m I can organize between ▮ and friends – above that, ▮▮▮▮ especially would be a great bet and I'm pretty sure I could get you in front of ▮▮▮▮

**PD** Pavel Durov 21:04
T▮▮▮s already interested. ▮▮▮▮ great idea, I haven't had the chance to meet them.

3 September 2017

**AT** ▮▮▮▮▮▮▮ 12:14
Can I connect you with ▮▮▮▮▮▮ He was no. 2 at ▮▮ and is really close to ▮▮▮▮ and CEO of the ▮▮▮▮ fund. He is a big fan of Telegram and I think can help navigate.

Pls lmk re ▮▮▮ Think you would enjoy chatting with him. He raised all the billions for ▮▮▮ and has the ear of [REDACTED - PERSONAL INFORMATION] and a lot of other deep pockets. He's also a good guy (despite the negative press on him).

**Pavel Durov** 11:02
▮▮▮ sounds like a great guy, but I've decided against doing calls/meetings the rest of this year. We're likely to abandon our immediate plans to attract VCs capital unless somebody throws some insane offer our way.

12:13
👆

12:33
What would you consider an insane offer? Serious question.

16:27
Say $1bn for 20%?

**Pavel Durov** 16:45
Yes, I was going to say 500mln for 10%, but since $1bn for 20% gives the same valuation, it would also be considered 'insane' by my standards.

### 11 September 2017

14:37
I think there might be a realistic chance. ▮▮▮ most likely to be able to pull it off, but he needs to meet you first. Happy to connect and you can take from there.

### 27 September 2017

15:49
▮▮▮ ▮▮▮ Any plans to be in Dubai between now and end of year?

**Pavel Durov** 15:51
Yep, very soon.

17:03
OK cool – I will be back a lot after Oct 8th. Lmk.

**Pavel Durov** 17:54
In reply to this message
Where's this ▮▮▮ guy based?

19:53
SF / LA. But now post ▮▮▮ and in Europe a lot.

**PD**

I'm in Dubai btw. Whenever you have a spare couple of hours, would love to hear your thoughts on something we're announcing soon.

Just got the license for Telegram FZ-LLC. What are the best banks here to open an account? 11:28

**AT** 12:53

Great. I'm around tomorrow + Sat / Sun & Mon. Meet at Barari for breakfast at the Farm or evening walk?

No banks are great, but [REDACTED - PERSONAL INFORMATION] prob least bad. 12:53

[REDACTED] (my wife) did a lot of accounts openings, etc. and she can put you in touch with at least a real human on the other end. If you personally it is pretty easy. If owned through BVI or Cayman a bit more hassle. 12:54

**Pavel Durov** 13:46
In reply to this message

Great!

Maybe meet tomorrow afternoon/evening?

As for the bank, we need a bank account for Telegram FZ-LLC, based in Dubai Media City. And also probably for a dozen of its employees.

**AT** 14:01

6pm my place? [REDACTED] Telegram FZ – is that owned by you or by another entity?

**Pavel Durov** 14:02

6pm works!

Telegram FZ-LLC is 100% owned by Belize-based Telegraph inc, which is 100% owned by BVI-based Telegram Group inc, which is 100% owned by myself. We like to keep things simple and straightforward 😊

**AT** 14:52

OK. The BVI inbetween will slow things down a bit, but at least we cabn let you know exactly what you need for [REDACTED - PERSONAL INFORMATION] to open the account. See you tomorrow!

25 October 2017

**AT** 14:57

Lmk when are here and I come open door

**Pavel Durov** 14:58

I am on my way. The driver wanted to chat with somebody who could explain to him how to find the villa in more detail. Maybe give him the phone number of your butler / security?

14:59

**Pavel Durov** 15:00

OK! I'll call you now and give him the phone.

Hmm it seems I'll be late. Somehow I thought it would take less time. Awfully sorry about this. 15:07

15:08

No worries at all. I'm in front of my PC and have plenty of work to keep me occupied...

**Pavel Durov** 15:09

Cool! Maybe have some dinner in your place?

15:09

Yes – will ask the chef

**Pavel Durov** 15:11

Cool thanks! Could you pls let him know I don't eat meat, but fish / seafood is great.

15:18

👍

Your coming to underpass now 15:18

**Pavel Durov** 15:19

Yep, just turned there. Thanks for the timely tip!

I reminded the driver about it just on time. Happy to be a living proof that Live Location is useful. 15:20

26 October 2017

**Pavel Durov** 13:13

Thanks for our chat yesterday!

Curiously enough, the esoteric part of our discussion (LCD etc) made me think about naming the currency.

Since the whole blockchain is TON (Telegram Open Network, after 2021 – The Open Network), we can call the native staking token "gram". Originally I thought of 'gram' as a smaller unit of ton to pay for "gas" for validating transactions.

But now it seems that if we use 'gram' as the main currency unit instead of 'ton', we'll get the benefit of using a range of all other metric units (mg / ng for milligrams, nanograms etc) and also 'grams' might be easier for users to spend them on stuff as spending a 'gram' sounds like not a big deal.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                       TLGRM-017-00000556



Do you think 'grams' could be a good name for the native staking token of TON after we launch the blockchain next year?

 13:17

Lol – I think gram is totally fine and a good name. On those things, people think more about doses than grams (and a gram would be a lot – mostly measured in µg). I would not have that association.

I just boarded a plane. Will send you Filecoin case study over weekend. The other thing – important to be mindful of regulatory environment. It's tricky and you want to make sure you don't do anything illegal in the US. Our GC is super deep on the subject and I asked him to put together a quick summary of main things to be mindful of.    13:19

13:20

138.1 KB

That's our GC. He is really good. You can see him as a resource and he can help navigate a lot.    13:21

**Pavel Durov**    13:22
In reply to this message
Interesting, he's got an old aristocratic Slavic last name.

 13:22

When you get really serious, maybe best if he comes to Dubai and sits with the execution team to go through everything. In past year he spent half his time just on crypto.

**Pavel Durov**    13:23
That'd make sense.

 13:32

Next week I'm with him in the US for ▮ board meeting, but could meet for a working session in Dubai on Nov 7/8/9. Would any of those dates work?

**Pavel Durov**    13:36
I should be back from Latvia by the 7th, the 8th should definitely work.

 13:36

Ok – let's plan on that I will ask him to fly over.

**Pavel Durov**    13:37
BTW, I found by old passport with the US visa. I should be able to visit the US in mid-November.

 13:39

OK, great. Let's get structure locked down so you can share details and answer questions and we can help set up a few impactful days there.