# Exhibit H

**To:**      Schwartz, Erich T[Erich.Schwartz@skadden.com]
**Cc:**      Ward Doran, Morgan[WardDoranM@sec.gov]
**From:**    Waxman, Daphna A.
**Sent:**    2018-02-02T10:22:22-05:00
**Importance:**      Normal
**Subject:**  RE: My voicemail
**Received:**      2018-02-02T10:22:23-05:00

Thanks for the email, Erich.  Are you free to speak this morning at 11 am?

---

**From:** Schwartz, Erich T [mailto:Erich.Schwartz@skadden.com]
**Sent:** Friday, February 02, 2018 9:28 AM
**To:** Waxman, Daphna A.
**Subject:** My voicemail

Daphna,
Hope all is well with you.  I left you a vm this morning regarding your interest in our client Telegram.  You can reach me at the below at your convenience.
Regard,
Erich


**Erich T. Schwartz**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111**
**T: 202.371.7660 | F: 202.661.9054**
**erich.schwartz@skadden.com**



-----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications

will be provided upon request.

=====================================================================
==========

SEC-SEC-E-0000872