# Exhibit L

| | |
|---|---|
| From: | John Hyman [hyman@telegram.org] |
| Sent: | 07/05/2018 19:37:27 |
| To: | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| CC: | John Hyman [hyman@telegram.org]; Shyam Parekh [shyam@telegram.org] |
| Subject: | Re: Public ICO |

Dear ▇▇▇▇

The WSJ article was inaccurate-we had decided back in January not to do a public ICO principally for regulatory reasons.
As you are aware, we have completed two private rounds and intend subject to market conditions to do a third private round either in July or September.
The public will get access to Grams post the blockchain launch which is on track for Q 4.
The blockchain trials will start in July.
Kind regards

On 7 May 2018, at 23:32, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:

John/Shyman

I read about the delay in the public ICO. Can you please give some color on what happened?

Thanks



FOIA Confidential Treatment Requested by Telegram Group Inc.                                          TG-005-00009358