UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
:
SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, :
:
vs. : Case No. 1:19-cv-09439-PKC
:
TELEGRAM GROUP INC. and TON ISSUER INC., :
:
Defendants. :
:
------------------------------------------------------------------ X

**NOTICE OF MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Lilya Tessler and the proposed brief *amicus curiae* attached thereto, and upon the accompanying Memorandum of Law, the Chamber of Digital Commerce shall move this Court, before the Honorable P. Kevin Castel, United States District Judge, at the United States Courthouse, 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for leave to file the attached *amicus curiae* brief and granting such and further relief as the Court deems just and proper.

Dated: New York, New York
January 21, 2020

Respectfully submitted,

By: /s/ Lilya Tessler
Lilya Tessler (*admitted pro hac vice*)
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5849
Email: ltessler@sidley.com

*Attorney for Amicus Curiae the Chamber of Digital Commerce*

Alison Rose Levine
Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, NY 10281
(212) 336-5549
Email: levineali@sec.gov

*Attorney for Plaintiff*

George Abraham Zimmerman
Skadden, Arps, Slate, Meagher & Flom LLP (NYC)
Four Times Square
New York, NY 10036
Telephone: (212) 735-2000 x2047
Fax: (212) 735-2000
Email: gzimmerm@skadden.com

*Attorney for Defendants*