UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

TELEGRAM GROUP INC. and TON ISSUER INC.,

    Defendants.

Case No. 1:19-cv-09439-PKC

---

# DECLARATION OF LILYA TESSLER

I, Lilya Tessler, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am admitted *pro hac vice* to practice before this Court and am a partner in the law firm of Sidley Austin LLP, counsel to the Chamber of Digital Commerce (the "Chamber").

2. I submit this Declaration on behalf of the Chamber in order to provide the Court with a copy of the *amicus curiae* brief that the Chamber seeks to file in this case.

3. The Chamber's proposed *amicus* brief is attached hereto as Exhibit A.

Executed this 21st day of January, 2020.

                                                     By: /s/ Lilya Tessler
                                                    Lilya Tessler (*admitted pro hac vice*)
                                                    Sidley Austin LLP
                                                    787 Seventh Avenue
                                                    New York, NY 10019
                                                    Telephone: (212) 839-5849
                                                    Email: ltessler@sidley.com

                                                    *Attorney for Amicus Curiae the Chamber of Digital Commerce*