UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  :
SECURITIES AND EXCHANGE COMMISSION, :
  :
  Plaintiff, :
  :
  vs. : Case No. 1:19-cv-09439-PKC
  :
TELEGRAM GROUP INC. and TON ISSUER INC., :
  :
  Defendants. :
  :
------------------------------------------------------------ X

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF THE CHAMBER OF DIGITAL COMMERCE AS AMICUS CURIAE**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the District Judges and Magistrate Judges of this Court to evaluate possible bases for recusal or disqualification, the undersigned counsel for the Chamber of Digital Commerce ("Chamber") submits this Corporate Disclosure Statement. The undersigned counsel certifies that the Chamber is a not-for-profit trade association, has no parent company and issues no stock.

Dated:  New York, New York
        January 21, 2020

                                    Respectfully submitted,

                                    By: /s/ Lilya Tessler
                                    Lilya Tessler (*admitted pro hac vice*)
                                    Sidley Austin LLP
                                    787 Seventh Avenue
                                    New York, NY 10019
                                    Telephone: (212) 839-5849
                                    Email: ltessler@sidley.com

                                    *Attorney for Amicus Curiae the Chamber of Digital Commerce*