UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
SECURITIES AND EXCHANGE COMMISSION,:
                                                                        :       Case No.: 1:19-cv-09439-PKC
                        Plaintiffs,                                :
                                                                        :
        -against-                                                :       **MOTION FOR ADMISSION**
                                                                        :       **PRO HAC VICE**
TELEGRAM GROUP INC. and TON ISSUER
INC.,                                                                 :
                                                                        :
                        Defendants.                         :
-----------------------------------------------------------X

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, Benjamin J. Beaton hereby moves this Court for an Order for admission to practice *pro hac vice* in order to appear as counsel for amicus curiae, the Blockchain Association, in the above-captioned action.

    I am in good standing of the bars of the District of Columbia and the states of Ohio and Kentucky; I have never been convicted of a felony; I have never been censured, suspended, disbarred or denied admission or readmission by any court, and there are no pending disciplinary proceedings against me, including in any state or federal court.

Dated: January 21, 2020

                                        Respectfully Submitted,

                                        *S/ Benjamin Beaton*
                                        Benjamin Beaton
                                        benjamin.beaton@squirepb.com
                                        Squire Patton Boggs (US) LLP
                                        201 E. Fourth St., Suite 1900
                                        Cincinnati, Ohio 45202
                                        Telephone:  (513) 361-1200
                                        Fax: (513) 361-1201