UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SECURITIES AND EXCHANGE COMMISSION, :
: Case No.: 1:19-cv-09439-PKC
Plaintiffs, :
:
-against- : **DECLARATION OF**
: **BENJAMIN J. BEATON**
TELEGRAM GROUP INC. and TON ISSUER :
INC., :
:
Defendants. :
------------------------------------------------------------- X

Pursuant to 28 U.S.C. §1746, I, Benjamin J. Beaton, state as follows:

1. I am in good standing with the District of Columbia bar and the bars of the states of Ohio and Kentucky.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me, including in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2019.

                                              *S/ Benjamin Beaton*
                                              Benjamin Beaton
                                              benjamin.beaton@squirepb.com
                                              Squire Patton Boggs (US) LLP
                                              201 E. Fourth St., Suite 1900
                                              Cincinnati, Ohio 45202
                                              Telephone: (513) 361-1200
                                              Fax: (513) 361-1201