UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SECURITIES AND EXCHANGE COMMISSION, :

Plaintiffs,

-against-

TELEGRAM GROUP INC. and TON ISSUER INC.,

Defendants.
--------------------------------------------------------------X

Case No.: 1:19-cv-09439-PKC

**ORDER FOR ADMISSION**

The motion of Benjamin J. Beaton, for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing with the District of Columbia bar and the bars of the state of Ohio and Kentucky, and that his contact information is as follows

   Benjamin J. Beaton
   benjamin.beaton@squirepb.com
   Squire Patton Boggs (US) LLP
   201 E. Fourth St., Suite 1900
   Cincinnati, Ohio 45202
   Telephone: (513) 361-1200
   Fax: (513) 361-1201

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Blockchain Association in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_____
United States District Court