AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-CV-09439-pkc |
| TELEGRAM GROUP INC. AND TON ISSUER INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Blockchain Association.

Date: 01/21/2020

/s/ Keith Bradley
*Attorney's signature*

Keith Bradley
*Printed name and bar number*

SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
*Address*

keith.bradley@squirepb.com
*E-mail address*

(202) 457-6000
*Telephone number*

(202) 457-6315
*FAX number*