UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>TELEGRAM GROUP INC., and TON ISSUER INC.,<br><br>  Defendants. | Civil Action No.:<br>1:19-cv-09439 (PKC) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
THE BLOCKCHAIN ASSOCIATION AS *AMICUS CURIAE***

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1 of the United States District Court for the Southern District of New York, the Blockchain Association states that it is a non-profit, 501(c)(6) organization organized under the laws of the District of Columbia. The Blockchain Association does not have a parent corporation and does not issue stock.

Dated:  January 21, 2020.

                                                                Respectfully submitted,

                                                                S/ *Keith Bradley*
                                                                Keith Bradley
                                                                Benjamin Beaton (*pro hac vice* pending)
                                                                SQUIRE PATTON BOGGS (US) LLP
                                                                2550 M Street, NW
                                                                Washington, DC 20037
                                                                Telephone: 202-457-6000
                                                                keith.bradley@squirepb.com
                                                                benjamin.beaton@squirepb.com

                                                                *Counsel for the Blockchain Association*