UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION, :
: 19 Civ. 9439 (PKC)
                Plaintiff, :
: **ECF Case**
     -against- :
: **Electronically Filed**
TELEGRAM GROUP INC. and TON ISSUER :
INC, :
:
                Defendants. :
------------------------------------- x

## DECLARATION OF CHRISTOPHER P. MALLOY

I, Christopher P. Malloy, declare under penalty of perjury that the following is true and correct:

1. I am a member of Skadden, Arps, Slate, Meagher & Flom LLP ("Counsel"), attorneys for the Defendants in the above captioned action. I am an attorney duly admitted to practice before this Court.

2. I respectfully submit this declaration in Opposition to Plaintiff's Motion for Summary Judgment and to transmit true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1: | Excerpts of the deposition transcript of Pavel Durov, taken by Plaintiff in this litigation between January 7 and 8, 2020. |
| Exhibit 2: | Excerpts of the deposition transcript of Ilya Perekopsky, taken by Plaintiff in this litigation on December 15, 2019. |
| Exhibit 3: | Excerpts of the deposition transcript of Shyam Parekh, taken by Plaintiff in this litigation on December 10, 2019. |
| Exhibit 4: | Exhibit 41 of the deposition of Pavel Durov, taken by Plaintiff in this litigation between January 7 and 8, 2020. |
| Exhibit 5: | A January 12, 2018 email, produced by Plaintiff in this litigation with the starting Bates stamp of ███████████. |

| | |
|---|---|
| Exhibit 6: | An October 30, 2019 email, produced by Defendants in this litigation with the starting bates stamp TLGRM-029-00000077. |
| Exhibit 7: | A certified translation of a chat log between Ilya Perekopsky and Pavel Durov, produced by Defendants in this litigation with the starting bates stamp of TLGRM-031-00000001. |
| Exhibit 8: | A January 8, 2019 email, produced by Defendants in this litigation with the starting bates stamp of TLGRM-023-00000102. |
| Exhibit 9: | A January 11, 2020 email from Shyam Parekh to a purchaser, produced by Defendants in this litigation with the starting bates stamp of TLGRM-022-00000002, and a January 2020 letter from Defendants to a purchaser, produced by Defendants in this litigation with the starting bates stamp of TLGRM-022-00000003. |
| Exhibit 10: | A January 14, 2020 letter from a purchaser to Defendants, produced by Defendants in this litigation with the starting bates stamp of TLGRM-029-00000176. |
| Exhibit 11: | A June 26, 2018 invoice from a purchaser to Defendants, produced by Defendants in this litigation with the starting bates stamp of TLGRM-020-00000005. |
| Exhibit 12: | An October 25, 2019 email from Counsel to Plaintiff. |
| Exhibit 13: | A November 28, 2019 Twitter message published by Telegram Messenger publicly available at: https://twitter.com/telegram/status/1199958819566174209?s=20. |
| Exhibit 14: | A June 22, 2018 agreement between Defendants and a purchaser, produced by Defendants in this litigation with the starting bates stamp TLGRM-015-00001263. |
| Exhibit 15: | A March 6, 2019 email from a purchaser to Shyam Parekh, produced by Defendants in this litigation with the starting bates stamp TLGRM-005-000041897, and a February 20, 2019 letter from the purchaser's auditor to Telegram, produced by Defendants in this litigation with the starting bates stamp TLGRM-005-00004189. |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on:  New York, New York
January 21, 2020

_____
Christopher P. Malloy