# Exhibit 6

**From:** Alex Step [alex@telegram.org]
**Sent:** 30/10/2019 13:18:00
**To:**
**Subject:** Re: validator in the testnet

Hello 

Sequence numbers are a feature specific to new-wallet.fif-based wallets. You are required to enter the latest seqno in full to perform any outgoing transaction with the wallet.

All the best,
Alex

On Tue, 29 Oct 2019 at 22:37, ████████████████████ > wrote:
  Hello Alex,
  Could you please clarify in which form fift scripts (wallet.fif in particular) are needed to transmit seqno while sending requests in     the election of validated? Are the first 8 signs enough or it's necessary to send all the line?

  All the best,
  ████

16.10.2019, 15:06, "Alex Step" <<u>alex@telegram.org</u>>:
  Hello ████,

  Here's a message from the team:
  --
  *The elections are held every hour in the testnet. You can check the latest election term date using the `getconfig 34` command: the fields you are looking for are "utime_since" and "utime_until". Elections open about twenty minutes prior to the end of the term and the elector smart contract returns 0 if you try to read the active election id outside of an active election.*
  --

  All the best,
  Alex

  On Wed, 16 Oct 2019 at 12:05, ████████████████████ wrote:
    Hallo Alex!
     We received on our wallet 250,000 test grams and tried to participate in the election of validators according to your letter. Thank you very much!
    However, yesterday and today, no validator elections are held. In response to the corresponding request in the light client, we received "0".
    We will wait for the next election of validators and hope to take part in it. Both in the testnet and in the official network.
    If you have any comments or suggestions for our work as a validator, we would be glad to receive it.
      Kind regards,
      ████████████

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

12.10.2019, 16:06, "Alex Step" <alex@telegram.org>:

> Hello █████

> Thank you for your email. Done.

> All the best,
> Alex

> On Sat, 12 Oct 2019 at 12:49, ███████████████████ wrote:
>> Dear Alex!

>> I am an investor in TON GRAM (Telegram Open Network).

>> I have now deployed a dedicated server:

>> 2 x Xeon E5-2650v2 2.60 ГГц
>> 8 cores / 16 Hat
>> 256 GB DDR3
>> 2 x 480 GB SSD
>> With public IP-address 176.99.6.59

>> On the basis of it was deployed full noda and created initialized wallet:

>> e3afa38f878cc08aa42af141d4eacdc5a4c8c4e07c9270aedf30a99b378f9ca8

>> Please transfer  to initialized wallet 250,000 test Grams and further instructions
>> for obtaining status validator in the testnet.

>> Kind regards,
>> █████████████