# Exhibit 7

# LIONBRIDGE

STATE OF NEW YORK     )
                      )
                      )  ss
COUNTY OF NEW YORK    )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of the attached instant messages.

Kristen Duffy, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this _16_ day of _JANUARY_, 20 _20_.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

259 W 30th Street, 11th Floor   New York, NY 10001   +1.212.631.7432

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                TLGRM-031-00000001

I think so.


**Ilya Perekopsky** 20:25

There's probably no point with Uzbekistan already, right? Even though it's a big country?


**Pavel Durov** 21:06

In reply to this message

There's not much point. Although why not?

9 June 2019


**Ilya Perekopsky** 21:00

Valerich, did you manage for a week without food? I supported you as best I could, admittedly I did eat, but only a little, I lost 3 kg.

I've started [working] on the operators a bit. In July, I'm flying to Ukraine regarding [REDACTED]. They're number one in the country. As you will recall, my close friend [REDACTED PERSONAL INFORMATION] [REDACTED] in Russia, although he's actually from Ukraine, he'll introduce me to everyone and has said that he himself will support the project. 21:04

They haven't sent any analysis re. FB activity? 21:04

[REDACTED] might be [REDACTED] but these decisions are taken at the 21:05

level of vice presidents 21:05


**Pavel Durov** 21:24

In reply to this message

Received it, need to discuss some things here

11 June 2019


**Pavel Durov** 10:47

**Give us Grams!**  11.06.2019 10:16:07

**Telegram to launch Gram sales on July 10!**

TechCrunch (the world's biggest publication covering startups and venture investments) today features **an article on the launch date of Gram token sales on the exchange.**

The piece is in English, so we are listing below the key points of the article:

1. A limited sale of Grams will take place on July 10 on the www.liquid.com exchange.

2. This is not in actual fact the official launch date of Grams because the investors participating in the first two rounds will not be able to start selling their tokens. Moreover, those able to buy Grams on July 10 will not be receiving them immediately. Given that this is only a presale and that the TON blockchain itself has not been launched, investors won't be able to use the tokens in any way. Accordingly, on July 10 the buyers will acquire a sort of Gram futures, and before TON is launched their tokens will be held in the USDC stablecoin linked to the US Dollar.

In addition, following the launch of the Telegram blockchain, those who will have bought Grams on July 10 will receive a quarter of their Grams every three months. In other words, they'll receive the full amount this time next year.

3. The Grams will be sold on the exchange not by Telegram itself but by a Gram Asia fund that claims to be the largest holder of Grams in Asia.

4. According to Telegram, this partial public sale of what is effectively Gram futures is needed to test demand for the tokens and whet appetite for the project. Also, it has long been planned as an interim phase between the launch of the TON testnet and mainnet.

5. Citizens of the U.S., Canada, Japan, Korea and Belarus won't be able to buy Grams on July 10 and will have to wait until the proper sale begins.

6. Telegram plans to launch TON in October, only just before the deadline (October 31). If it is missed, Durov will have to return the money to investors.

And now a few thoughts about this news from our editorial office:

1. The gramasia.com website, frankly speaking, looks very odd. It looks like a placeholder put together over a couple of days. The only employee listed is a Dongbeom Kim, who is both the founder and the director of the fund. It looks like it's indeed a one-man venture rather than a fund. How did that happen? Either he was an investor at the initial ICO stages and secured some extra preferences from Pavel Durov as the largest Asian buyer (considering that it is precisely through making TON popular there that Durov is planning to capture the Asian messenger market), or this is simply a legal shell that Durov needs in Asia for the lawful sales of tokens on the Asian market, given that Asia is currently the most regulated and transparent cryptocurrency market.

2. Liquid is a fairly modest exchange and is no match for Binance whatsoever in terms of trading volumes. So why did Durov choose this specific player? There may be several reasons: Binance or other major exchanges could demand excessive fees and bonuses for such a transaction, and the article also says that Liquid will be able to secure better compliance with the laws of such countries as Japan and is a safer option in terms of legal issues for launching such a massive project as TON.

   Subscribe for TON News to keep up to date with developments surrounding the Gram cryptocurrency.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Pavel Durov** — 10:48
In reply to this message

Who is this Kim guy, why is he telling TC that we gave him our approval for this?

**Ilya Perekopsky** — 10:50

Remember I told you some exchange was writing about this a week or two ago, I referred it to the lawyers right away. It's they who started this. Sure, we haven't given them any response or communicated with them. REDACTED - PRIVILEGED
REDACTED - PRIVILEGED

But yes, it's a fucking nuisance, the way they've presented this — 10:51

I'll find out if we can provide some comment after all. — 10:51

At least that we have nothing to do with this maybe? — 10:51

**Pavel Durov** — 10:52
Yes, that we aren't in the know.

**Ilya Perekopsky** — 10:52
Right, I'll give Ryan a call when he's up

**Pavel Durov** — 10:53
Assholes, these liquid people. Using the info vacuum for self-promotion.

And this Kim guy, too. — 10:53

**Ilya Perekopsky** — 10:53
Hundred percent

But we've had three exchanges writing to us — 10:53

Looks like it's only the beginning — 10:54

The majority probably aren't even writing — 10:54

And maybe we can also add that we don't have an investor called Gram Asia — 11:00

**Pavel Durov** — 11:00
Better not give any details. Need to ask Ryan.

**Ilya Perekopsky** — 11:00
Already asked

Will give him a call when he's up — 11:00

**Ilya Perekopsky** — 12:05
As an option, we could also write to Liquid and tell them to strictly disassociate themselves from us, or else we'll react?

I'll ask what's better — 12:05

Tell them to make a statement that Telegram has nothing to do with their project? — 12:08

**Ilya Perekopsky**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                      TLGRM-031-00000004

**IP** — We decided not to comment. It's your call. But if you comment once, you open the door to ppl wondering why you're not commenting on everything else that comes out going-forward. — 13:50

REDACTED - PRIVILEGED — 13:50

**Ilya Perekopsky** — 18:36
https://cointelegraph.com/news/sale-of-telegrams-token-gram-on-exchange-liquid-is-not-official-source

I think we're off the hook after such articles — 18:36

Everything's laid out plain and clear here, without any effort from us. I think these articles will kill any proceeds they may be expecting. — 18:40

**Pavel Durov** — 18:48
In reply to this message

But who is this source 😞

Otherwise, perfect. — 18:49

**Ilya Perekopsky** — 18:59
The historian believes it's our investors

12 June 2019

**Pavel Durov** — 13:18
2 min

**Ilya Perekopsky** — 13:27
The internet was acting up, you found them?

I just saw it. — 13:28

**Pavel Durov** — 13:29
I've made contact

Already here. — 13:29

**Ilya Perekopsky** — 15:36
Valerich, will you share your impressions?

15 June 2019

**Ilya Perekopsky** — 07:04
https://cointelegraph.com/news/exclusive-new-report-reveals-details-of-telegrams-ton-blockchain

An okay article, all in all — 07:04

A large one, but 95% is positive stuff — 07:04

**Pavel Durov** — 08:49
I wonder though why it's all about [REDACTED] and [REDACTED] - prior leaks were about regular U.S. funds.

And it's not 292 but 2 raised to the power of 92. Overall, they didn't try too hard. — 08:50

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Думаю да.

**Ilya Perekopsky** 20:25

Узбекистан уже наверно не имеет смысла? Хотя страна большая?

**Pavel Durov** 21:06

In reply to this message

Смысла немного. Но почему бы и нет.

9 June 2019

**Ilya Perekopsky** 21:00

Валерич, удалось без еды неделю? Я вас поддерживал как мог, правда, ел, но чуть чуть, на 3кг похудел

Я начал потихоньку по операторам. В июле полечу на Украину насчёт  . Они номер 1 в стране. Там мой близкий друг как вы помните [REDACTED PERSONAL INFORMATION] в России, но он сам с Украины, он меня со всеми познакомит и сам поддержит сказал проект. 21:04

Не прислали никакого анализа по активностям ФБ? 21:04

Билайн хоть и [REDACTED PERSONAL INFORMATION] но это решения принимают на уровне вице-президентов 21:05

Не акционеров 21:05

**Pavel Durov** 21:24

In reply to this message

Прислали, тут нужно обсудить.

11 June 2019

**Pavel Durov** 10:47

Дайте Gram! 11.06.2019 10:16:07
**Telegram начнет продажи Gram'ов 10 июля!**

На TechCrunch (самое большое в мире издание о стартапах и венчурных инвестициях) сегодня вышла статья о дате старта продаж токенов Gram на бирже.

Материал на английском, поэтому ниже мы перечислим ключевые пункты статьи:

1. Ограниченная продажа Gram'ов будет реализована 10 июля на бирже www.liquid.com.

2. По факту это не является официальной датой запуска в оборот Gram'ов, поскольку инвесторы первых двух раундов не смогут начать продажу своих монет. Более того, те, кто сможет купить Gram'ы 10 июля, также не смогут получить их сразу. Так как это только предпродажа, и сам блокчейн TON не запущен, то и с этими монетами ничего нельзя будет сделать. Поэтому 10 июля покупатели приобретут некий вариант фьючерса на

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Gram'ы, и до запуска TON их монеты будут храниться в стейблкоине USDC, который привязан к доллару. Кроме того, после запуска блокчейна Telegram, те, кто купит Gram'ы 10 июля, будут получать четверть своих Gram'ов каждые 3 месяца. То есть, в итоге полную суммую получат ровно через год.

3. Gram'ы на бирже будет продавать не сам Telegram, а некий фонд Gram Asia, который называет себя крупнейшим держателем Gram'ов в Азии.

4. По словам Telegram, такая частичная публичная продажа, фактически, фьючерсов на Gram нужна для тестирования спроса на монету и подогревания интереса к проекту. Кроме того, это давно планировалось, как стадия между запуском тестнета и майннета TON.

5. Граждане США, Канады, Японии, Кореи, Беларусии не смогут купить Gram'ы 10 июля. Им придется дождаться открытия полноценной продажи.

6. Telegram планирует запустить TON в октябре – прямо впритык к дедлайну (31 октября), в случае просрочки которого Дуров должен будет вернуть деньги инвесторам.

А теперь несколько мыслей об этой новости от нашей редакции:

1. Сайт gramasia.com, прямо-таки скажем, выглядит крайне странно. Похоже на заглушку, собранную за пару дней. В качестве сотрудников числится всего один человек – некий Dongbeom Kim, который одновременно является основателем и директором этого фонда. Похоже, что это действительно скорее не фонд, а один человек. Как так вышло? Либо он является инвестором первоначальных стадий ICO и получил дополнительные преференции от Павла Дурова, как крупнейший азиатский покупатель (напомним, что Дуров планирует захватить азиатский рынок мессенджеров именно за счет популяризации TON на нем), либо это просто необходимая Дурову юридическая прослойка в Азии для законной реализации монет на азиатском рынке. Напомним, что Азия является регионом с наиболее зарегулированным и прозрачным на данный момент рынком криптовалют.

2. Liquid является достаточно скромной биржей и не идет ни в какое сравнение по объемам торгов с Binance. Почему Дуров выбрал именно этого игрока? Причин может быть несколько: Binance или другие крупные биржи могли потребовать слишком высокие комиссии и бонусы за проведение подобной сделки; также в статье говорится, что Liquid организует лучшее соблюдение законов таких стран, как Япония, и является более безопасным с точки зрения проблем с законом при запуске такого огромного проекта, как TON.

Подписывайтесь на канал Новости TON, чтобы быть в курсе событий вокруг криптовалюты Gram.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              TLGRM-031-00000008

**Pavel Durov**  10:48
In reply to this message
А кто этот Ким, почему он рассказывает TC, что мы ему дали одобрение на это?

**Ilya Perekopsky**  10:50
Помните я говорил, что писала какая-то биржа неделю-две назад, я пересылал юристам сразу. Вот это они начали. Конечно, мы ничего им не отвечали и не общались с ними. REDACTED - PRIVILEGED
REDACTED - PRIVILEGED

Но, конечно, пиздец, как они это подали  10:51

Узнаю, можем ли все-таки какой-то комментарий дать?  10:51

Что хотя бы не имеем к этому отношения никакого?  10:51

**Pavel Durov**  10:52
Да, что мы не в курсе.

**Ilya Perekopsky**  10:52
Да, наберу Ryan как проснётся

**Pavel Durov**  10:53
Пидоры это liquid. Пиарятся на информационном вакууме.

И Ким этот.  10:53

**Ilya Perekopsky**  10:53
Это 100%

Но нам писало три биржи  10:53

Видимо, это только начало  10:54

Большая часть наверно и не пишет  10:54

Ну и может можно добавить, что у нас нет инвестора Gram Asia  11:00

**Pavel Durov**  11:00
Лучше без деталей. Надо спросить у Райана.

**Ilya Perekopsky**  11:00
Уже спросил

Позвоню как проснётся  11:00

**Ilya Perekopsky**  12:05
Можно же ещё как вариант написать в Ликвид и сказать им, чтобы они дистанцировались от нас жёстко, иначе мы будем реагировать?

Я спрошу как лучше  12:05

Пусть сделают заявление, что Телеграм не имеет к их проекту никакого отношения?  12:08

**Ilya Perekopsky**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                               TLGRM-031-00000009

**IP** — Ilya Perekopsky — 13:50
We decided not to comment. It's your call. But if you comment once, you open the door to ppl wondering why you're not commenting on everything else that comes out going-forward.

REDACTED - PRIVILEGED   13:50

**Ilya Perekopsky**   18:36
https://cointelegraph.com/news/sale-of-telegrams-token-gram-on-exchange-liquid-is-not-official-source

Мне кажется, от нас отлипло после таких статей   18:36

Тут все по полочкам и без нас разложили, я думаю эти статьи вообще убьют им все сборы.   18:40

**Pavel Durov**   18:48
In reply to this message
Но кто этот источник 😐

А так отлично.   18:49

**Ilya Perekopsky**   18:59
Историк уверен что наши инвесторы

12 June 2019

**Pavel Durov**   13:18
2 min

**Ilya Perekopsky**   13:27
Интернет глючил, нашлись?

Только увидел   13:28

**Pavel Durov**   13:29
Я связался

Пришел уже.   13:29

**Ilya Perekopsky**   15:36
Валерич, поделитесь впечатлениями?

15 June 2019

**Ilya Perekopsky**   07:04
https://cointelegraph.com/news/exclusive-new-report-reveals-details-of-telegrams-ton-blockchain

В принципе, нормальная статья   07:04

Большая такая, но 95% позитив   07:04

**Pavel Durov**   08:49
Вот интересно, почему все про ▇▇▇▇▇▇ ▇▇▇▇▇▇ хотя утекало до этого про нормальные американские фонды.

Не 292, а 2 в 92 степени. Ну в общем не особо старались.   08:50

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   TLGRM-031-00000010