# Exhibit 13


**Telegram Messenger**
@telegram

Some websites offer Grams to the public and pretend to be affiliated with Telegram. Please be aware that these websites are not official and have no affiliation with Telegram. No Grams have been issued to anyone, and Telegram is not involved in any sales of Grams.

2:50 AM · Nov 28, 2019 · Twitter for iPhone

**133** Retweets   **588** Likes

---


**CryptoMethasone** 💊🔬 @xDecentralizedx · Nov 28, 2019
Replying to @telegram
What about the presales that some exchanges (like liquid) claim to launch in association with your investors?


**Mohammad** @Mohamma65753529 · Nov 28, 2019
Replying to @telegram
You should pause video player when the user presses home button or locks the phone. It is very annoying now.


**Aluizio Malheiros** @oriehlam64 · Nov 30, 2019
Replying to @telegram
Parabéns ao Professor e Jurista Dr. Carvalhosa. A LUTA CONTRA A CORRUPÇÃO, A CRIMINALIDADE E A SUBVERSÃO VERMELHA NÃO DEVE PARAR.


**Matteo Sciacca** @Matthew18__ · Nov 28, 2019
Replying to @telegram
These fake websites are getting SOOO annoying!
          4


**Geran Young** @geran999 · Nov 28, 2019
Replying to @telegram
Noted.
1                    10


**Ruedi Oswald** 🛡 @socialwriter · Nov 28, 2019
# 1 to react. Again. 👏👏 😂
1                    5

    1 more reply


**Yvan Brunel.** @YvanBrunel · Nov 29, 2019
Replying to @telegram
Very stupid question please: what is a Gram?
1                    2


**Aleecia B** @aleeciabrunberg · Nov 30, 2019
Not a stupid question....I was thinking the same thing! :D
                     1


**Brahms** @Brahms96008074 · Nov 29, 2019
Replying to @telegram
Hey guys, here're two feedbacks
Why don't you implement direct share option in order to make it more difficult to make mistake? It would be nice to have for some chats (e.g. groups) a second confirming pop-up like the classic share system one.