UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | 19 Civ. 9439 (PKC) |
| Plaintiff,  : | |
| : | **ECF Case** |
| -against-  : | |
| : | **Electronically Filed** |
| TELEGRAM GROUP INC. and TON ISSUER  : | |
| INC,  : | |
| : | |
| Defendants.  : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF FILING

Please take notice that the attached documents, previously filed as ECF No. 74-1, Exhibit 1 to the Declaration of Stephen B. McKeon in Support of Defendants' Motion for Summary Judgment, and ECF No. 81-98, Exhibit 126 to the Declaration of Ladan F. Stewart in Support of Plaintiff's Motion for Summary Judgment, are being refiled with modified redactions to sensitive information pursuant to the Court's January 13, 2020 Order (ECF No. 68).

Dated: New York, New York
       January 22, 2020

                                              /s/ Alexander C. Drylewski
                                              Alexander C. Drylewski
                                              SKADDEN, ARPS, SLATE,
                                                 MEAGHER & FLOM LLP
                                              Four Times Square
                                              New York, NY 10036
                                              Phone: (212) 735-3000
                                              Fax: (212) 735-2000
                                              Email: alexander.drylewski@skadden.com

                                              *Attorneys for Defendants*