UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :
                          Plaintiff,   :    19 Civ. 09439 (PKC)
                                       :
            - against -                :    ECF Case
                                       :
TELEGRAM GROUP INC. and TON ISSUER INC.:
                                       :
                          Defendants.  :
                                       :
------------------------------------------------------------------------x

### [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

The Court, having reviewed the submissions by Non-Party ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ (previously identified as "Investor F"), including Investor F's Motion, Memorandum of Law, and the Declaration of ▇▇▇▇▇▇ in support thereof, finds that good cause exists to permit the maintaining under seal of the document the Securities and Exchange Commission ("SEC") previously lodged with the Court as Exhibit PX31 to the Declaration of Ladan F. Stewart (ECF No. 81) in support of the SEC's Motion for Summary Judgment (ECF No. 79). Investor F seeks a narrowly focused Sealing Order to protect its privacy and to avoid harming its business interests, and these interests outweigh any applicable presumption of public access. *See, e.g., Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

ACCORDINGLY, IT IS HEREBY:

ORDERED, that Investor F's Motion to Seal its Confidential Document is GRANTED and it is further,

ORDERED that the document that was lodged with the court as Exhibit PX31 to the Declaration of Ladan F. Stewart (ECF No. 81) shall be maintained under seal.

SO ORDERED.

Dated: January __, 2020
New York, New York

_____
HONORABLE P. KEVIN CASTEL
UNITED STATE DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK