# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2129
DIRECT FAX
(917) 777-2129
EMAIL ADDRESS
ALEXANDER.DRYLEWSKI@SKADDEN.COM

January 24, 2020

**VIA ECF AND FAX**

The Hon. P. Kevin Castel
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: *SEC v. Telegram, et al.*, No. 19-cv-9439(PKC) (S.D.N.Y.)

Dear Judge Castel:

We write on behalf of both parties in the above-referenced action to respectfully request an enlargement of the Court's page limit from 10 to 15 pages for the parties' reply briefs in further support of their respective motions for summary judgment, both of which are due on January 27. The enlargement will allow the parties to more fully address the legal issues raised in the motions. The Court previously granted the parties' requests to file combined opening briefs not exceeding 50 pages addressing summary judgment and Plaintiff's motion for a preliminary injunction. (ECF No. 64.)

Respectfully submitted,

Alexander C. Drylewski

cc: All counsel of record (via ECF)

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

1-24-20