# Exhibit A

ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:19−cv−05244−AKH

| | |
|---|---|
| U.S. Securities and Exchange Commission v. Kik Interactive Inc. <br> Assigned to: Judge Alvin K. Hellerstein <br> Cause: 15:77 Securities Fraud | Date Filed: 06/04/2019 <br> Jury Demand: Both <br> Nature of Suit: 850 Securities/Commodities <br> Jurisdiction: U.S. Government Plaintiff |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2019 | 1 | COMPLAINT against Kik Interactive Inc.. Document filed by U.S. Securities and Exchange Commission.(Mendel, David) (Entered: 06/04/2019) |
| 06/04/2019 | 2 | CIVIL COVER SHEET filed. (Mendel, David) (Entered: 06/04/2019) |
| 06/04/2019 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Kik Interactive Inc., re: 1 Complaint. Document filed by U.S. Securities and Exchange Commission. (Mendel, David) (Entered: 06/04/2019) |
| 06/04/2019 | 4 | MOTION for David Stuart Mendel to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by U.S. Securities and Exchange Commission. (Attachments: # 1 Affidavit Mendel Declaration, # 2 Exhibit Certificates of Good Standing, # 3 Text of Proposed Order)(Mendel, David) (Entered: 06/04/2019) |
| 06/04/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4 MOTION for David Stuart Mendel to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (jc)** (Entered: 06/04/2019) |
| 06/05/2019 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Alvin K. Hellerstein. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pc) (Entered: 06/05/2019) |
| 06/05/2019 | | Magistrate Judge Stewart D. Aaron is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (pc) (Entered: 06/05/2019) |
| 06/05/2019 | | Case Designated ECF. (pc) (Entered: 06/05/2019) |
| 06/05/2019 | 5 | ELECTRONIC SUMMONS ISSUED as to Kik Interactive Inc.. (pc) (Entered: 06/05/2019) |
| 06/06/2019 | 6 | ORDER FOR ADMISSION PRO HAC VICE granting 4 Motion for David S. Mendel to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 6/6/2019) (rjm) (Entered: 06/06/2019) |
| 06/12/2019 | 7 | MOTION for Stephan Jacob Schlegelmilch to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by U.S. Securities and Exchange Commission. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order)(Schlegelmilch, Stephan) (Entered: 06/12/2019) |
| 06/12/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7 MOTION for Stephan Jacob Schlegelmilch to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 06/12/2019) |

| | | |
|---|---|---|
| 10/29/2019 | 30 | ORDER denying 27 Letter Motion for Discovery. Defendant seeks discovery relating to its affirmative defense that section 5 of the Securities Act is void for vagueness. The affirmative defense raises an issue of law, not of fact. The SEC's motion for a protective order, striking defendant's notice to take depositions of SEC officials, is granted. Defendant's request for document production relating to the affirmative defense is denied. (HEREBY ORDERED by Judge Alvin K. Hellerstein)(Text Only Order) (Hellerstein, Alvin) (Entered: 10/29/2019) |
| 10/31/2019 | 31 | STIPULATED PROTECTIVE ORDER AND PROTOCOL FOR ELECTRONICALLY STORED INFORMATION:...regarding procedures to be followed that shall govern the handling of confidential material. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 10/31/2019) (ama) (Entered: 10/31/2019) |
| 11/06/2019 | 32 | JOINT LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Alvin K. Hellerstein from Stephan J. Schlegelmilch dated November 6, 2019. Document filed by U.S. Securities and Exchange Commission.(Schlegelmilch, Stephan) (Entered: 11/06/2019) |
| 11/08/2019 | 33 | MOTION for Reconsideration re; 30 Order on Motion for Discovery,, . Document filed by Kik Interactive Inc..(Gibbs, Patrick) (Entered: 11/08/2019) |
| 11/08/2019 | 34 | MEMORANDUM OF LAW in Support re: 33 MOTION for Reconsideration re; 30 Order on Motion for Discovery,, . . Document filed by Kik Interactive Inc.. (Attachments: # 1 Exhibit A − Excerpt Kik Answer, # 2 Exhibit B − Depo Notices, # 3 Exhibit C − 2019−10−04 SEC's Response to Kik's First RFPs, # 4 Exhibit D − SEC's Response to Kik's First RFAs, # 5 Exhibit E − 2019.10.30 − Kik's First Set of ROGs to SEC, # 6 Exhibit F − Text of Proposed Order)(Gibbs, Patrick) (Entered: 11/08/2019) |
| 11/11/2019 | 35 | LETTER MOTION for Extension of Time to File Response/Reply as to 34 Memorandum of Law in Support of Motion,, 33 MOTION for Reconsideration re; 30 Order on Motion for Discovery,, . addressed to Judge Alvin K. Hellerstein from David Mendel dated 11/11/2019. Document filed by U.S. Securities and Exchange Commission.(Mendel, David) (Entered: 11/11/2019) |
| 11/12/2019 | 36 | ORDER denying 33 Motion for Reconsideration. Defendant's motion for reconsideration is a reargument of matters that were before me when I denied the discovery sought. Defendant does not mention any new matter of fact or law, or any binding precedent that I failed to consider. That is enough to deny the motion.Furthermore, as I originally held, the deliberations within an agency sheds no light on the application of the statute or regulation in issue. If the law is vague, or confusing, or arbitrary, as defendant argues, that can be argued objectively. Proper discovery should be focused on what defendant did, and not why the agency decided to bring the case.I decide this motion on defendant's brief. There is no reason to wait for opposition and reply briefs when the invalidity of defendant's argument is apparent from its own papers. The parties should be focused on completing discovery, and not on wasteful forays into inadmissible facts. Plaintiff's motion for extensions of time to file opposition briefs is denied as moot. (HEREBY ORDERED by Judge Alvin K. Hellerstein)(Text Only Order) (Hellerstein, Alvin) (Entered: 11/12/2019) |
| 11/12/2019 | 37 | ORDER granting 32 Letter Motion for Extension of Time to Complete Discovery, provided that all the requested depositions are completed by January 8, 2020. The completion of these depositions will close fact discovery. The parties should agree to make a joint request of the witnesses to travel to New York City for depositions, with witness' expenses to be incurred by the party calling the deposition and to be taxed as costs at the conclusion of the case. If both parties seek a deposition, the witness' expenses shall be shared.The status conference scheduled for December 6, 2019 is postponed to January 17, 2020, 10:00 am. The conference will treat issues of experts and, if appropriate, set a date for trial.(HEREBY ORDERED by Judge Alvin K. Hellerstein)(Text Only Order) (Hellerstein, Alvin) (Entered: 11/12/2019) |
| 11/22/2019 | 38 | LETTER MOTION to Compel Defendant Kik Interactive Inc. to Produce Discovery addressed to Judge Alvin K. Hellerstein from Stephan J. Schlegelmilch dated November 22, 2019. Document filed by U.S. Securities and Exchange Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Schlegelmilch, Stephan) (Entered: 11/22/2019) |