UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,         :
                                            :
                           **Plaintiff,**         :         No. 19 Civ. 9439 (PKC)
                                            :
                    - against -                :         ECF Case
                                            :
**TELEGRAM GROUP INC. and TON ISSUER INC.,**  :
                                            :
                         **Defendants.**         :
                                            :
------------------------------------------------------------------ x

## DECLARATION OF ALISON R. LEVINE

I, Alison R. Levine, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a member of the bar of the State of New York and of the United States District Court for the Southern District of New York.  I am employed by Plaintiff Securities and Exchange Commission (the "SEC") in its New York Regional Office as Senior Counsel in the Enforcement Division.

2.     I have personal knowledge of the facts and circumstances of the case.  As counsel representing the SEC, I reviewed information and documents obtained by the SEC during its investigation and litigation of this matter, including documents described herein.

3.     I respectfully submit this declaration to correct the exhibits listed below to include updated documents, and where relevant, their translations from Russian to English and certifications from Schreiber Translations, Inc. ("STI"), which is a translation company based in Rockville, Maryland.

4.     Attached hereto are true and correct copies of the following revised versions of certain previously filed exhibits in support of the SEC's motion for summary judgment against

Defendants Telegram Group Inc. and TON Issuer Inc. (D.E. 81 (PX15 and PX114), D.E. 97 (PX201)).

| Exhibit | Document Description | Bates |
|---|---|---|
| PX15 | Chat dated August 14, 2017 (adding page TLGRM-017-00000573) | TLGRM-017-00000553, 559, 572, 573, 599 |
| PX114 | Corrected email chain dated July 4, 2018 and attachment (original, English translation, and certification). | TLGRM-012-00015883-97 |
| PX201 | Chat dated January 27, 2018 (original, English translation, and certification) | TG-007-00000682 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 27, 2020

_____s/ Alison R. Levine_____
Alison R. Levine