
UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, ROOM 400
NEW YORK, NY 10281-1022

January 27, 2020

By Hand and ECF

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    <u>SEC v. Telegram Group Inc. & TON Foundation Inc., No. 19 Civ. 9439 (PKC)</u>

Dear Judge Castel:

     Pursuant to the Rules of this Court's Individual Practices and this Court's Order of December 20, 2019 (D.E. 51) in the above-referenced case, Plaintiff Securities and Exchange Commission (the "SEC") respectfully submits courtesy printed copies of: (1) the SEC's Reply Memorandum of Law in Further Support of Its Motion for Summary Judgment; (2) the SEC's Reply Memorandum of Law in Further Support of Its Motion to Strike Telegram's First Affirmative Defense; (3) the Declaration of Alison R. Levine and revised Exhibits PX15, PX114, and PX201; (4) the Declaration of Patrick B. Doody attaching the Expert Report of Patrick B. Doody dated December 20, 2019 (previously filed as PX10 (D.E. 81-10)); (5) the Declaration of Maurice P. Herlihy attaching the Expert Report of Maurice P. Herlihy dated December 27, 2019 (previously filed as PX9 (D.E. 81-9)); and (6) the Declaration of Carmen A. Taveras attaching the Expert Report of Carmen A. Taveras dated December 20, 2019 (previously filed as PX11 (D.E. 81-11)).

                         Respectfully submitted,

                         /s/ Ladan F. Stewart
                         Ladan F. Stewart

cc:    Alexander Drylewski, Esq.
       Counsel for Defendants