UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION, :

                               Plaintiff,

                       -against-

TELEGRAM GROUP INC. and TON ISSUER
INC,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19 Civ. 9439 (PKC)

**ECF Case**

**Electronically Filed**

# DECLARATION OF SCOTT D. MUSOFF

I, Scott D. Musoff, declare under penalty of perjury that the following is true and correct:

1. I am a member of Skadden, Arps, Slate, Meagher & Flom LLP ("Counsel"), attorneys for the Defendants in the above captioned action. I am an attorney duly admitted to practice before this Court.

2. I respectfully submit this declaration in Further Support of Defendants' Motion for Summary Judgment and to transmit true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1: | Excerpts of the deposition transcript of Pavel Durov, taken by Plaintiff in this litigation between January 7 and 8, 2020. |
| Exhibit 2: | A January 14, 2018 email, produced by Plaintiff in this litigation with the starting bates stamp of SEC-LIT-EPROD-000020721. |
| Exhibit 3: | Excerpt of a chat log between Pavel Durov, Ilya Perekopsky, Shyam Parekh and John Hyman, produced by Defendants in this litigation with the starting bates stamp TLGRM-028-00000015. |
| Exhibit 4: | A December 17, 2017 email, produced by Defendants in this litigation with the starting bates stamp TLGRM-019-00001573. |
| Exhibit 5: | A January 27, 2020 email from a purchaser to Telegram, produced by Defendants in this litigation with the starting bates stamp of TLGRM-032-00000001, and the attachment to that email, produced |

by Defendants in this litigation with the starting bates stamp of TLGRM-032-00000003.

Exhibit 6: Excerpt of a chat log between Ilya Perekopsky and a purchaser, produced by Defendants in this litigation with the starting bates stamp TLGRM-017-00000492.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: New York, New York
January 27, 2020

      /s/ Scott D. Musoff
      Scott D. Musoff