# Exhibit 3

## TON Presale



**Pavel Durov**  23:22

People from Pantera which e-mail I've ignored posted an attack on Telegram: https://medium.com/@csnoyes/a-ton-of-crap-b1e264c36802



23:23

Did they get in touch with you?

*15 January 2018*



**Pavel Durov**  00:07

John, I suggest we push the dates after Monday for 1 day for 2 reasons 1) Giving 24h to confirm may seem to be disrespectful, 48h looks a bit more polite 2) If we shift everything for 1 day, we'll have 1 more day to work on the SAFT and incorporate some of ▒▒▒ suggestions for the SAFT coming in 24 hours from now.

**Redacted - Privileged**



**Pavel Durov**  00:39

▒▒▒ was a bit frustrated with an increase to $850M. Asked if that can be 800M.

Anyway, since we have freed some space, let's give ▒▒▒ 15M he's a good guy. We need his insight.



**John Hyman**  01:54

It's fine to push things back one day o understand your point it makes sense

01:56