# Exhibit 4

# Pantera Capital  Inbox  x

**Paul Veradittakit** <paul@panteracapital.com>   12/17/17

to pavel

Pavel,

I have heard about the Telegram ICO from multiple investors. I am on the investment team of Pantera Capital and we are one of the largest crypto funds in the world, managing $400m of AUM.

We have invested into 50 projects, 20 of them being token presales. We can help with our brand, technology, fundraising, and community.

We'd love to chat and learn more about the project if you guys are up for it.

Best,

Paul


**PAUL VERADITTAKIT**
PARTNER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                               TLGRM-019-00001573