# Exhibit 6

I will check with my lawyers tomorrow

23:34

thank you

10 June 2019

**Ilya Perekopsky**  15:15

I'm ok with side letter. But I'm confused a little with the papers. We still don't have main documents signed from your side (partnership agreement and so on). So I have two questions:
1. Do we need to sign agreement first?
2. From side letter I understood that I have to transfer some part of 1 million before closing date? Or it should be all 1 million?

16:47

In reply to this message
No problem. We will sign the partnership document the the date we actually fund our first investment. All we are asking is that you review the sideletter. I'll come back for when it's needed

And then we would mutually agree but yes in this case $1m up front would be easiest   16:48

**Ilya Perekopsky**   17:14
In reply to this message
No problem.

In reply to this message   17:14
Side letter is fine, no comments

11 June 2019

Great will get back to you   16:51

https://techcrunch.com/2019/06/10/telegram-ton-liquid-crypto/   16:52

I'm guessing this is unsanctioned?   16:52

**Ilya Perekopsky**   16:53
Yeah, we knew about it from the media

Like you   16:53

17:08
It sounds like they're selling their locked up tokens actually

**Ilya Perekopsky**   17:11
They dont have them)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    TLGRM-017-00000520

Yeah they're selling them before they get them haha

It's very intereting                                                                 17:13

**Ilya Perekopsky**                                                                  17:34
I guess they have bought it somewhere

Indirectly                                                                           17:34

But not from us                                                                      17:35

                                                                                     17:42

Yeah I have heard of them

I'll let you know if I hear anything                                                 17:42

12 June 2019

**Ilya Perekopsky**                                                                  21:17
Hi

I would like recommend you to take a look at one startup which could be interesting for

It is called Wheely, London-based luxury ride-hailing service catered towards affluent and HNW individuals. Wheely has raised $28m to date and operates in Moscow, London and launching in Paris this summer. The business already has more than 3,500 chauffeurs across its network and a run rate of around $80m in gross bookings.

is going to Founders Forum in London tomorrow I think. If anybody from here maybe they could catch up?

Ilya

They provide incredible service, not comparable to Uber. You   21:19
should try it when you are in London :)

                                                                                     22:49
Thank you for thinking of us! Let me inquire if anyone is there

                                                                                     23:35
BTW, I am going to talk to the Liquid exchange about their TON listing. Will lyk what I learn…

13 June 2019

**Ilya Perekopsky**                                                                  00:08
Ok, thanks

17 June 2019

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                          TLGRM-017-00000521