**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| | : |
| Plaintiff, | : **No. 19 Civ. 9439 (PKC)** |
| | : |
| - against - | : **ECF Case** |
| | : |
| **TELEGRAM GROUP INC. and TON ISSUER INC.,** | : |
| | : |
| Defendants. | : |
| | : |

----------------------------------------------------------------------- x

## DECLARATION OF LADAN F. STEWART IN SUPPORT
## OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Ladan F. Stewart, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the bar of the State of New York and of the United States

District Court for the Southern District of New York. I am employed by Plaintiff Securities and

Exchange Commission (the "SEC") in its New York Regional Office as Senior Counsel in the

Enforcement Division.

2. I have personal knowledge of the facts and circumstances of the case. As counsel

representing the SEC, I reviewed information and documents obtained by the SEC during its

investigation and litigation of this matter, including documents described herein, and information

provided to me by members of the SEC staff.

3. I am submitting this Declaration to put forth exhibits in support of the

SEC's motion for summary judgment against Defendants Telegram Group Inc. and TON

Issuer Inc.

4.     Attached hereto are true and correct copies of the following documents or excerpts

thereof:

| Exhibit | Document Description | Bates |
|---------|----------------------|-------|
| PX1 | Declaration of employee of Investor A | N/A |
| PX2 | Declaration of employee of Investor B | N/A |
| PX3 | Declaration of employee of Investor C | N/A |
| PX4 | Declaration of employee of Investor D | N/A |
| PX5 | Declaration of employee of Investor E | N/A |
| PX6 | Declaration of employee of Investor F | N/A |
| PX7 | Declaration of employee of Investor G | N/A |
| PX8 | Declaration of employee of Investor H | N/A |
| PX9 | Expert Report of Maurice P. Herlihy | N/A |
| PX10 | Expert Report of Patrick B. Doody | N/A |
| PX11 | Expert Report of Carmen A. Taveras | N/A |
| PX12 | Excerpts of deposition of P. Durov dated January 7 and 8, 2020 | N/A |
| PX13 | Excerpts of deposition of I. Perekopsky dated December 15, 2019 | N/A |
| PX14 | Excerpts of deposition of S. Parekh dated December 10, 2019 | N/A |
| PX15 | Excerpts of chats dated August 14, 2017 to April 6, 2019 | TLGRM-017-00000553, 559, 573, 599 |
| PX16 | Email chain dated January 16, 2018 | TLGRM-011-00000038–41 |
| PX17 | Chats dated January 24, 2018 | TLGRM-015-000000077–79 |
| PX18 | Company Background | TLGRM-012-00015925–32 |
| PX19 | Email chain dated May 3, 2018 | TG-005-0010953 |

| | | |
|---|---|---|
| PX20 | Email chain dated May 3, 2018 | TLGRM-006-00002973 |
| PX21 | Email chain dated May 3, 2018 | N/A |
| PX22 | Email chain dated May 7, 2018 | TG-005-00009358 |
| PX23 | Defendants' Responses and Objections dated November 22, 2019 | N/A |
| PX24 | Chats dated January 3 to February 2, 2018 | N/A |
| PX25 | Excerpts of chats dated December 2, 2017 and January 20, 2018 | TG-007-00000310, 319, 320 |
| PX26 | Email dated February 14, 2018 | ██)01800 |
| PX27 | Email chain dated April 4, 2019 | TLGRM-011-00021894–95 |
| PX28 | Email chain dated January 10-12, 2018 | ██-0000824–25 |
| PX29 | Email dated January 13, 2018 | TLGRM-008-00000007 |
| PX30 | Investment memo dated February 2018 | ██-000001-12 |
| PX31 | Investment memo dated January 2018 | ██ 03845-3849 |
| PX32 | Investment memo dated January 2018 | ██ 0000003–09 |
| PX33 | Investment memo dated February 2018 | ██ 000011–15 |
| PX34 | Operating Agreement dated February 8, 2018 | ██)000441–74 |
| PX35 | Email chain dated November 9, 2018 | N/A |
| PX36 | Email chain dated February 20, 2018 to May 9, 2018 | TLGRM-008-00014313–15 |
| PX37 | Chats dated January 17 to March 21, 2018 | TG-007-00000726–31 |
| PX38 | Email chain dated March 4–6, 2019 | TLGRM-005-00004191-93 |
| PX39 | Email dated June 6, 2018 | TLGRM-017-00000168–69 |
| PX40 | Email chain dated January 19–21, 2018 | TLGRM-007-00008832–33 |
| PX41 | Email chain dated July 9, 2019 | SEC-SEC-E-0039227–39 |
| PX42 | Email chain dated March 8–9, 2018 | BMX-SEC-TGM-00000003 |

| PX43 | Email chain dated November 2–22, 2018 | COINBASE_TELEGRAM00000328–30 |
|---|---|---|
| PX44 | Presentation dated November 2018 | COINBASE_TELEGRAM00000311–25 |
| PX45 | Email chain dated March 18, 2019 | COINBASE_TELEGRAM00000205 |
| PX46 | Email chain dated September 16–17, 2019 | COINBASE_TELEGRAM00000292 |
| PX47 | Chats with various dates | COINBASE_TELEGRAM00000654–60; 640–53; 632–36 |
| PX48 | Blog post dated October 9, 2019 | N/A |
| PX49 | Email chain dated September 5 to October 21, 2018 | TLGRM-008-00016431–32 |
| PX50 | Notes dated March 19, 2019 | SEC_AL000937–42 |
| PX51 | Email dated June 17, 2019 | TLGRM-006-00008714 |
| PX52 | Request and email chain dated September 27 to October 2, 2019 | BTRX-NY-9820-0000065–67 |
| PX53 | Corporate account request dated August 14, 2019 | BTRX-NY-9820-0000085–89 |
| PX54 | Listing Form dated September 20, 2019 | POLO000001-12 |
| PX55 | Email chain dated September 11-16, 2019 | TLGRM-008-00022467–70 |
| PX56 | Chats dated September 23 to October 2, 2019 | N/A |
| PX57 | Chats dated February 8, 2018 | TLGRM-015-00000957 |
| PX58 | Email dated March 14, 2018 | SEC-███████-E-0000089 |
| PX59 | Email chain dated April 5, 2018 | ████_00182 |
| PX60 | Email chain dated March 9-April 14, 2018 | ████6196–16208 |
| PX61 | Email dated July 9, 2018 | ████_TON_0000712 |
| PX62 | Email dated May 16, 2019 | TLGRM-007-00071955–56 |
| PX63 | Article dated August 19, 2019 | N/A |
| PX64 | Email chain dated November 16, 2018 | TLGRM-023-00000013 |

| PX65 | Email chain dated November 16–27, 2018 | TLGRM-023-00000076 |
|------|----------------------------------------|---------------------|
| PX66 | Email dated May 28, 2019 | TLGRM-022-00000009 |
| PX67 | Email dated May 28, 2019 | TLGRM-022-00000001 |
| PX68 | Email dated January 11, 2020 | TLGRM-022-00000002–04 |
| PX69 | Email dated June 12, 2019 | █████ TON_0004562–63 |
| PX70 | Email dated June 11, 2019 | █████ TON_0004557 |
| PX71 | Chats dated June 12–17, 2019 | TLGRM-017-00000521–22 |
| PX72 | Email chain dated May 23-July 7, 2019 | TLGRM-007-0073538–39 |
| PX73 | Submission by Telegram to SEC dated July 25, 2019 | N/A |
| PX74 | Chats dated August 19, 2019 | █████ TON_0006420–21 |
| PX75 | Email dated October 8, 2019 | TLGRM-012-00016215–72 |
| PX76 | Participation Agreement dated April 10, 2019 | █████-000836-852 |
| PX77 | Memorandum dated March 23, 2019 | █████-000815–835 |
| PX78 | Email chain dated July 4, 2019 | POLO000014–25 |
| PX79 | Whitepaper dated March 28, 2018 | N/A |
| PX80 | Web post dated November 15, 2017 | N/A |
| PX81 | Email dated November 16, 2017 | TLGRM-017-00000006 |
| PX82 | Email dated November 17, 2017 | TLGRM-017-00000009–10 |
| PX83 | Email dated November 16, 2017 | TLGRM-017-00000005 |
| PX84 | Email chain dated November 16, 2017 | TLGRM-017-00000007–8 |
| PX85 | Email chain dated November 16 to December 13, 2017 | TLGRM-004-00000020–22 |
| PX86 | Email dated November 16, 2017 | TLGRM-022-00000006 |
| PX87 | Email chain dated January 5, 2018 | TLGRM-022-00000005 |

| PX88 | Email dated June 6, 2018 | TLGRM-022-00000007–8 |
|---|---|---|
| PX89 | Presentation | ▮-SEC-003110–25 |
| PX90 | Email chain dated August 13, 2019 and attachment | POLO000026–28 |
| PX91 | Notes dated October 7, 2019 | SEC_AL000943-944 |
| PX92 | Email dated November 13, 2018 and attachments | TLGRM-017-00000285 |
| PX93 | Presentation | SEC-SEC-E-0038697–711 |
| PX94 | Email chain dated June 17 to July 11, 2019 | SEC_AL000107-110 |
| PX95 | Email chain dated September 18–19, 2019 | TLGRM-017-00000332 |
| PX96 | Purchase Agreement dated September 27, 2018 | TLGRM-007-00068702–31 |
| PX97 | Purchase Agreement dated September 27, 2018 | N/A |
| PX98 | Purchase Agreement dated March 19, 2018 | N/A |
| PX99 | KYC Form | N/A |
| PX100 | Commercial register dated February 12, 2019 | BTRX-NY-9820-0000177 |
| PX101 | Email chain dated March 19 to April 5, 2019 | ▮TON_0003995–99 |
| PX102 | Email chain dated March 22 to April 7, 2019 | ▮TON_0004036–57 |
| PX103 | Email chain dated July 17, 2019 | SEC_AL000136 |
| PX104 | Notes dated September 27, 2019 | SEC_AL000945 |
| PX105 | Email chain dated June17 to October 9, 2019 | SEC_AL000276–80 |
| PX106 | Email chain dated March 14, 2018 to August 14, 2019 | TLGRM-008-00022363 |
| PX107 | Article dated September 10, 2019 | N/A |
| PX108 | Article dated September 13, 2019 | N/A |
| PX109 | Message dated September 15, 2019 | ▮TON_0006431 |
| PX110 | Email chain dated September 12–13, 2019 | TLGRM-005-00005220–21 |
| PX111 | Email chain dated June 17 to October 9, 2019 | SEC-AL000271–75 |

| PX112 | Agreement dated June 25, 2018 | N/A |
|---|---|---|
| PX113 | Email chain dated May 24, 2019 with attachment | TLGRM-012-00015883–97 |
| PX114 | English language translation of attachment to PX113 | TLGRM-012-00015885–97 |
| PX115 | Record of bank account activity | N/A |
| PX116 | Marketing brochure dated May 15, 2019 | ▉-000982–1018 |
| PX117 | Email chain dated June 22, 2018 with attachment | ▉ TON_0008454–66 |
| PX118 | Email dated February 20, 2018 with attachment | TLGRM-012-0004585–88 |
| PX119 | Email chain dated March 15, 2018 | TLGRM-006-0009865–66 |
| PX120 | Email chain dated September 29, 2018 | TLGRM-008-00016181 |
| PX121 | Email chain dated May 23–27, 2019 | TLGRM-008-00022180–81 |
| PX122 | Email chain dated May 23–28, 2019 | TLGRM-008-00022182–83 |
| PX123 | Email chain dated October 18, 2019 | ▉_000001–02 |
| PX124 | Email chain dated April 4, 2019 | TLGRM-011-0021894–95 |
| PX125 | Article dated January 6, 2020 | N/A |
| PX126 | Expert report of Stephen McKeon | N/A |
| PX127 | Email dated January 24, 2019 | TLGRM-026-00000201 |
| PX128 | Email chain dated October 6–7, 2019 | TLGRM-022-000000010 |
| PX129 | Expert rebuttal report of Stephen McKeon | N/A |
| PX130 | Chats dated September 23 to October 2, 2019 | N/A |
| PX131 | Article dated May 2, 2018 | N/A |
| PX132 | Email chain dated February 19 to July 6, 2019 | TLGRM-007-00034450–53 |
| PX133 | Chats dated March 18–20, 2018 | TLGRM-015-00000509–10 |
| PX134 | Chats dated April 6, 2018 | TLGRM-015-00000527–29 |
| PX135 | Chats dated April 17 to December 6, 2018 | TLGRM-015-00000326–34 |

| PX136 | Bank records | TLGRM-014-00012081–142 |
| PX137 | Indication of Interest | 0000623–28 |
| PX138 | Agreement dated June 15, 2018 | TLGRM-015-00001267–70 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 15, 2020

Ladan F. Stewart