# PX6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,    :
:
                        Plaintiff,    :    19 Civ. 09439 (PKC)
:
      - against -    :    ECF Case
:
TELEGRAM GROUP INC. and TON ISSUER INC.    :
:
                        Defendants.    :
:
-----------------------------------------------------------------------x

### DECLARATION OF ▮▮▮▮

I, ▮▮▮▮, pursuant to 28 U.S.C. § 1746, declare:

1. I am the ▮▮▮▮ ▮▮▮▮, an entity that manages ▮▮▮-headquartered venture capital funds operating under the name of ▮▮▮▮. As part of my job responsibilities, I am familiar with the transactions discussed below.

2. Having learned of the opportunity in early January 2018, ▮▮▮ ("Fund") entered into a purchase agreement with TON Issuer Inc. and Telegram Group Inc. ("Telegram") on or around February 6, 2018, agreeing to pay $▮▮▮ for an allocation of Grams that would be issued at a future date ("Purchase Agreement"). On or about February 7, 2018, the Fund wired $▮▮▮ to Telegram. Before entering into the Purchase Agreement, ▮▮▮ personnel received documents provided by Telegram, including Telegram's technical white paper, a primer document regarding the TON network, a process memorandum, KYC form and a summary of potential risk factors. ▮▮▮ personnel participated in at least one in-person meeting and multiple phone calls with the Telegram team, and I personally was present on one of those phone calls.

1

3. ▮'s decision to enter into the Purchase Agreement was based in part on the strength of Telegram's leadership team and the past success of Telegram's Messenger platform. ▮ anticipated that Telegram would remain involved in the development of the TON network after it was launched.

4. ▮ personnel prepared a highly confidential internal memorandum dated ▮, pertaining to the Purchase Agreement, which I reviewed prior to ▮'s decision to enter into the Purchase Agreement.

5. On ▮, the Fund entered into a second purchase agreement with TON Issuer Inc. and Telegram, agreeing to pay $▮ for another allocation of Grams that would be issued at a future date ("Second Purchase Agreement" and together with the Purchase Agreement, "Purchase Agreements"). ▮ understood, in part based on communications from Telegram around the time of the Second Purchase Agreement, that the TON network development was progressing in a manner consistent with Telegram's earlier communications regarding the TON network.

6. The Purchase Agreements gave ▮ the right to receive Grams at a future date. At the time ▮ entered into the Purchase Agreements, ▮ did not have a defined plan with respect to the potential future sale of Grams, and ▮ anticipated that facts and circumstances would dictate those decisions. ▮ hoped for an increase in the value of Grams and an opportunity to eventually sell Grams if the value increased. I do not believe that ▮ intended to use Grams as currency or for consumptive purposes. I am not aware of any inquiry by Telegram prior to execution of the Purchase Agreements regarding what ▮ intended to do with Grams once they were distributed or whether ▮ intended to act as a validator for the TON network, and I do not believe that ▮ intended to act as a validator for the TON network.

7. ███ has not received any Grams to date and has not sold any interest in Grams.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2020 in ███████████████

███████████████████████