# PX15

████████████████████████

14 August 2017

████████████████████                                                17:23

Congrats on all the growth. I've become a heavy user and am super
impressed with the product.

**Pavel Durov**                                                     17:26

Thanks█████████Appreciate 🙏🏻

█████████████████                                                   17:28

Here is a thought: would you be open to putting $25m worth of shares
into█████████████████████████████ etc.) in exchange for
becoming a $25m█ shareholder? Would be fun to be in each other's
companies. Alternatively could also do $25m in█████ for $25m of
Telegram. No worries if rather not, but thought could be a good idea.

**Pavel Durov**                                                     17:31

Thanks for the trust! At this point Telegram needs cash to keep buying
more servers, but I can start considering such ideas after we solve our
cash requirements.

████████████████                                                    17:33

We could also do $25m in cash. We're pretty fast and silent and can
keep it totally off the radar screen + help with a later fundraising at a
premium value. Lmk.

**Pavel Durov**                                                     17:33

Cool thanks, will keep in mind 🙏🏻

████████████████                                                    17:36

👍🏻

████████████████                                                    21:02

I've gotten really close to the T[ˍˍˍˍ]nd [ˍˍˍˍˍ] guys as well. In
case you need big $$$ let me know. Up to $100m I can organize
between█ and friends – above that, [ˍˍˍˍˍˍˍ]specially would be a
great bet and I'm pretty sure I could get you in front of [ˍˍˍˍˍˍ]

**Pavel Durov**                                                     21:04

[ˍˍˍˍˍ]s already interested. [ˍˍˍˍ]great idea, I haven't had the
chance to meet them.

3 September 2017

████████████████                                                    12:14

Can I connect you with███████? He was█████ and is really
close to [ˍˍˍˍˍˍ]and CEO of the [ˍˍˍˍ]und. He is a big fan of
Telegram and I think can help navigate.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

off- chain value transfers, and for paying for services running in TON
Services.

21:33

Thx for sharing. Can't wait to read the white paper.

Pavel Durov                                                         21:45

Thank you for sharing the Orchid Protocol WP. Nikolai says it contains
some worthy ideas we might borrow.

21:45

👍

30 October 2017

19:11

can make the 8th work and fly over from ▮. Is that
confirmed from your side? Anyone working with you on process that
can join? I'm happy to host here in my board room or we can go to our
office in ▮

Pavel Durov                                                         20:38

It should work.

There are no IR people in my team, just myself. Of course, I can   20:41
bring along a dude who is willing to help with investors (ex COO of VK,
founded Blackmoon, raised $30M for Blackmooncrypto last month).

20:42

Yes – having someone to help run point will help. This will require
really good execution to pull off.

Pavel Durov                                                         20:51

He will try to make the 8th work, but says the 9th would be much
easier for him.

20:59

Let's do 9th then

Pavel Durov                                                         21:05

Perfect, the 9th then 🙂🙂

31 October 2017

18:39

**ICO Token Sale Design 2017 10 31 v2.pdf**
921.6 KB

Brief case study on Filecoin and ▮

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

18:07

On it. Will let Nicolas know to submit LOI as well.

**Pavel Durov**                                                                  18:08

Cool. Any LOI would do, no specific requirements on its form.

18:35

To this email address: Paveldurov2005@gmail.com?

**Pavel Durov**                                                                  18:38

Yes, or ceo@telegram.org, also me.

19:58

and �
LOIs in your inbox

26 December 2017

14:31

Did you get LOI from ▮▮▮▮▮ and others btw?

There is a fund from China calles the [REDACTED: PERSONAL INFORMATION] who is big in      14:33
crypto and heard about this. They can only write $10m, but thought
you might like some Chinese exposure too. Lmk and I can ask them to
send you a LOI.

Also, please let me know if you are OK for us to do a cats and          14:39
dogs vehicle (no fees) for value added individual. Think this will be at
least another $20m. Ideally get people like Brian Armstrong, Daniel Ek,
Steve Jurvetson and others involved that are either strategically
beneficial or have high value for Telegram as credible super
connectors. You could also send all friends or people into it from your
side that are too small for the a $10m+ ticket. We have a big
infrastrucutre which makes the setup and admin of this very simple.
Please let me know and we will take care of it.

Unrelated question: looking to hire somone capable to help on          14:49
TON development? May have a kid right up your ally: ranked in top 10
in programming competitions when he was still in elementry school,
won a bunch of math competitions, had his pocket money paid to him
in Bitcoin since 2013 and just turned 18, loves crypto and big into
Telegram. His father is a genuis (finished Stanford as top of his class in
2 years) and the kid seems to take after him.

**Pavel Durov**                                                                  14:52

In reply to this message

Sounds like a solid idea, Nikolai should test him in Jan.

14:53

His father is Steve Jurvetson. I'm sure he would like to see his kid go to
Stanford too, but I'm spending New Year's with Steve and will make the
pitch and connect you thereafter.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PD

In reply to this message

OK, we'll reserve a 20M slot for a reasonable timeframe for these folks due to their reputation.

In reply to this message                                                                14:57

This is great. No guarantees on us hiring him before we test him though.

In reply to this message                                                                14:58

We are not going lower than $20-25M, unfortunately.

14:58

In reply to this message

OK. On it. If you want to, pls send over any people you have in mind for it as well.

PD  Pavel Durov                                                                          14:58

In reply to this message

Peter just sent me a message, I've asked him.

14:58

In reply to this message

Understood

In reply to this message                                                                14:59

Of course. Also no guarantee that he is keen, but I have a good feeling here.

18:16

came back and said they can do $20m...

If you have room, I will connect and ask them to send you an LOI  18:17

PD  Pavel Durov                                                                          18:30

A LOI from them wouldn't hurt. We can exclude some Russian folks to free up space.

19:12

Ok. How much demand do you currently have?

PD  Pavel Durov                                                                          19:17

Without caps on each about 1.4bn, with 50 caps about 1.2, with 25 caps 0.8. We stopped accepting LOIs from Russian funds a few days ago, they got crazy after the leak.

We may cut Russians further, Skadden gave cautionary advice re  19:17 new sanctions coming in Feb.

19:20

Yes – agree with Skadden. Also better for you / Telegram to not have this be a predominately Russian thing. I think the more global the

with cancer recently, unfortunately.



18:04

In reply to this message

Oh – I'm very sorry to hear. What kind of cancer is it? Maybe I can find someone that is an expert that might be able to help.



Pavel Durov                                                                                19:03

Breast cancer. She is currently treated in Freiburg, Germany.

2 April 2019



17:33

Hey Pavel – hope your mum is holding up well.

Quick question: is there anyone in your team my guys can chat        17:33
with re building our staking infrastructure in anticipation for the
testnet?

6 April 2019



11:05

Ping

Pavel Durov                                                                                12:13

Sorry for the silence.

Have been too busy with @contest with ~3 hours for daily sleep for the
last few weeks. Great results though. We seem to have found some
exceptional ppl.

In reply to this message                                                           12:17

In our team – not sure, stretched too thin. But there's this dev team
that invested a lot of time into studying what we do (they are affiliated
with large 2nd stage investors). They are currently testing the smart
contract builing on our testnet, and can probably give some guidance.
No guarantee that they can be helpful or will be super pleasant to deal
with (they are mostly Russian nationals), but definitely better than
nothing? If it works, let me know the Telegram username / e-mail
address of a contact person in your team I should intro them to.

In reply to this message                                                           12:21

I mean look at this guy – ONLY 4Kb in js size, works great across all
mobile and desktop browsers https://coding.studio/tchart/

11 April 2019



11:57

OK, great. Will be in touch. Do you have sense when testnet will go live?

In reply to this message                                                           11:59

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER