# PX17

# TON Presale

are trying to accomodate

bobw best of both wrolds 22:16

JH John Hyman 22:51

I think there's an extra degree of sensitivity when dealing with Chinese

PD Pavel Durov 22:57

In reply to this message

Sure. I can do 10pm or 11pm tomorrow London time. We can suggest this.

JH John Hyman 23:03

TON docs

Pavel + John,

Is it possible to set up a quick call to discuss the Telegram docs?

Best,
Matt

PD Pavel Durov 23:03

In reply to this message

Sorry, I mean 10am and 11am of course.

[REDACTED] send a message again, said "one urgent question", wanted a call. [REDACTED] probably with him on this.

In reply to this message 23:04

How do you think we should deal with it?

JH John Hyman 23:07

Do you want me to offer to call him now to here what he has to say and give us a bit more optionality

PD Pavel Durov 23:09

In reply to this message

I think it's fine to do that.
I am going to sleep and not inclined to negotiate the docs anyway.

JH John Hyman 23:10

Ok will go ahead

# TON Presale



John Hyman 23:10

Yes exactly

24 January 2018



Pavel Durov 00:39

John connected you with REDACTED - PERSONAL INFORMATION just in case.



Also I don't think there is a broader coalition than [redacted] as [redacted] and [redacted] are not aligned with them. [redacted] and [redacted] are close, [redacted] introduced [redacted] to me and they think he is important.

I think the questions they are going to raise are the same as in theor e-mail last week:

"1) Foundation and foundation governance

2) Team vesting and lock-up

3) Use of funds on Telegram vs TON

4) Contingency in case TON launch delays or doesn't happen"

Our position here:

**Redacted - Privileged**

2) Our plan for the team is a four year vesting period (25% released each year), first 25% released after 12 months from the Launch.

3) We see both TON and Telegram as integral parts of the success of the project as Telegram provides the necessary userbase and adoption to make the whole idea of mass market crypto-currency work. This is why we don't separate the use of funds between the two and will allocate resources where they are most needed. We also don't want to restrict ourselves to a rigid allocation of funds and budgets between TON and Telegram as we want to be able to compete and evolve in the constantly changing environment.

4) No contingency on delays, our reputation and credibility will suffer if we delay and we are already motivated to launch according to the schedule. If we fail to launch they will get all the remaining funds back. If the are few/no remaining funds left and we haven't done any work they can hypothetically sue us for fraud/misrepresentation, the agreement allows for that.

John Hyman 00:48

## TON Presale



Encouraging in that [REDACTED] focus is on these issues ,implies they are on board 00:49




Pavel Durov 01:01

In reply to this message

I think [REDACTED] are generally supportive. My attempts to answer these questions:

1. No but happy to describe the process.
2. Yes, once the stable network is launched the Grams will already be on their corresponding blockchain addresses.
3. Each purchaser will be provided with a wallet. Any user will be able to create new wallets after launch.
4. They can send it wherever they want after lockup expires. As for tokens under lockup, our current plan doesn't allow to send locked tokens.

In reply to this message 01:01

I will ask my brother Nikolai about this as well to double check my answers are correct.




Shyam Parekh 01:01

tx. ok if I pass these on?

may edit a bit if ok 01:02




Pavel Durov 01:03

In reply to this message

Sure no problem.

01:07