# PX20

**From**: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent**:   03/05/2018 14:21:37
**To**:     John Hyman [hyman@telegram.org]
**Subject**: Re: ICO

Strategy makes sense to me, thanks for the update John.
On Thu, May 3, 2018 at 3:12 AM John Hyman <hyman@telegram.org> wrote:
> Dear ▓▓▓▓
>
> The WSJ article is not correct.
> We decided for regulatory reasons that we will never do any form of direct public offering,
> We plan to do one more private round most likely in September once Blockchain trails have commenced.
> The public will be able to buy grams once network is working and wallets distributed but on a secondary basis not from Telegram directly.
> Kind regards
> John
>
>> On 3 May 2018, at 04:12, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
>>
>> John - Im guessing the push on a public ICO is based on regulatory concerns. Which makes sense. Any additional guidance - plan on an ICO when network is live?