# PX21

**To:** John Hyman[hyman@telegram.org]
**From:** ▮▮▮▮▮▮▮▮
**Sent:** 2018-05-03T15:07:19-04:00
**Importance:** Normal
**Subject:** Re: read the news
**Received:** 2018-05-03T15:07:19-04:00

Thank you John.
I appreciate the note.
niko

On Thu, May 3, 2018 at 10:03 AM, John Hyman <hyman@telegram.org> wrote:

> Dear ▮▮▮▮
>
> As you know we completed the second round of financing end of March taking proceeds to 1.7 billion usd.
> Markets permitting, we intend to do one more financing round before the launch of the network most likely in September which will also be structured as a private placement. We had ruled out a public ico back in January principally for regulatory reasons.
> We anticipate putting out a revised white paper in June, and starting tests on the blockchain in July.
> Kind regards
> John
>
> On 3 May 2018, at 13:48, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
>
>> John - I hope all is well. Can you please provide us with a quick update?
>> thank you,
>> niko

