# PX26

| | |
|---|---|
| From: | [redacted] |
| To: | John Hyman <hyman@telegram.org> |
| CC: | Pavel Durov <ceo@telegram.org>;Marta Kudina <marta@telegram.org>;Ilya Perekopsky <perekopsky@telegram.org>;Shyam Parekh <shyam@telegram.org>; [redacted] |
| Sent: | 2/14/2018 9:43:41 AM |
| Subject: | Telegram Purchase |

Just wanted to thank you guys for the opportunity to invest in Telegram

Excited to be part of what you are building

Best

[redacted]