# PX40

**From:** John Hyman [hyman@telegram.org]
**Sent:** 21/01/2018 13:56:59
**To:** REDACTED - PERSONAL INFORMATION
**CC:** John Hyman [hyman@telegram.org]; Shyam Parekh [shyam@telegram.org]
**Subject:** Re: Telegram Private Placement Update

Hi [REDACTED]

Telegram has been inundated with exchanges keen to list grams

Kind regards
John

On 21 Jan 2018, at 13:44, REDACTED - PERSONAL INFORMATION wrote:

> John,
> my team is working to provide all kyc required docs and signed document by jan 25.
> I haven't seen any mentions on the exchanges where the Grams will be sold after the launch.
> How do investors get liquidity post lock up? Does telegram plan to have exchange on it's platform or will it use existing exchanges?
>
> On Sun, Jan 21, 2018 at 9:19 AM, REDACTED - PERSONAL INFORMATION wrote:
>> John,
>> that's workable, all I'm saying is that I might have to replace Everline Investments ltd, which is my holding company with a newly formed entity.
>>
>> On Sat, Jan 20, 2018 at 11:35 PM, John Hyman <hyman@telegram.org> wrote:
>>> Dear [REDACTED]
>>> Thanks for the update -the key for us is that you can sign by jan 25 th and pay by Feb 9.
>>> Is that workable given your move to London.
>>> Kind regards John
>>>
>>> On 20 Jan 2018, at 20:43, REDACTED - PERSONAL INFORMATION wrote:
>>>
>>>> Dear John,
>>>>
>>>> thanks for the proposed allocation, I was expecting to get more, but I understand that you were greatly oversubscribed.
>>>> I have a technical questions to ask. I'm relocating to London after april 2018 and I will have a UK resident status. I am currently undergoing a structuring process to segregate clean capital and my legal advisers suggested to use a new entity for Telegram investment not to complicate things, given the timing uncertainty. I'm setting up a new entity that will be 100% owned by me for an investment in Telegram ICO. I will provide all the documents first half of the week. I hope this is not a problem.

[REDACTED - PERSONAL INFORMATION]

On Fri, Jan 19, 2018 at 2:19 AM, John Hyman <hyman@telegram.org> wrote:
Dear [REDACTED]

Thank you for the support you have shown to the Telegram Open Network and for committing to subscribe for Grams in the Pre-Sale.

In response to your interest, we are proposing an allocation of 2.5 million USD and look forward to completing this subscription with you. Attached you will find a document outlining the process from now until payment and also containing the purchase agreement, along with an updated copy of the primer, technical white paper, and risk factors.

Once again, we thank you for your support. Please feel free to reach out to us if you require any guidance during the remainder of the process.

Regards,
John

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                         TLGRM-007-00008833