# PX44



# coinbase + Telegram
## Custody Network Integration

November 2018

**CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED**       **COINBASE_TELEGRAM00000311**



Dear Telegram Investors,

It is our pleasure to extend **an exclusive offer to use Coinbase Custody for your upcoming GRAM token issuance.**

We are working directly with Telegram to ensure a **seamless, white glove experience from Day 1**, so your assets are safely issued directly into your Coinbase Custody account from the launch of the genesis block.

We've provided these materials for you to learn more about our industry leading custody offering, but please don't hesitate to **contact us with any questions or concerns.**

Thank you,

The Coinbase Custody Team

### EXCLUSIVE PRICING

*Telegram investors benefit from discounted rates and a waived implementation fee.*

*\*Adding additional assets outside of GRAM to Custody discounts an additional 5 bps.*

| Assets | Management fee |
|---|---|
| $0-10M | 45 bps |
| $10-25M | 40 bps |
| $25-100M | 35 bps |
| $100M+ | 30 bps |

*Note: Fees quoted annually and charged monthly.*

coinbase    custody@coinbase.com    custody.coinbase.com    +1-646-760-6195

**CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED**                    **COINBASE_TELEGRAM00000312**

# Let Coinbase **securely store and issue** your investment

**1** Apply for your account on custody.coinbase.com



**2** Submit required documentation and finalize onboarding



**3** Get your tokens issued directly to your Coinbase Custody account



**CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED**        COINBASE_TELEGRAM00000313



CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED                                                         COINBASE_TELEGRAM00000314

# Coinbase offers an **institutional ecosystem** to meet the needs of sophisticated investors

 coinbase | Prime

 **Exchange trading**

*Direct access (API & front-end) to the best-in-class liquidity of Markets*

- **Instant USD movement\*, $10M+ withdrawal limits** from Day 1
- **Fully-insured hot wallet** with 98% of assets in omnibus cold storage
- **White glove client services** from experienced team
- Integrations with prominent ISVs like **Trading Technologies, Caspian, and Omniex**

 **OTC trading**

*Full-service, agency-only crypto OTC desk with settlement layer*

- Diverse liquidity from **active traders and major institutions**
- **Trusted and compliant**, with fully vetted KYC and AML controls
- Settlement layer **reduces processing time** from days to hours, minimizing counterparty risk

 coinbase | Custody

*Qualified custodian with segregated cold storage*

- State of the art security, with **$20B+ of crypto securely stored** over 6+ years
- **Qualified custodian** and **fiduciary** licensed to custody assets through a separate **New York Limited Purpose Trust Company**
- All assets covered under **Coinbase's omnibus insurance policy**, one of the largest crypto insurance facilities in the industry

coinbase   **\*Note:** Instant USD movements available through Silvergate Exchange Network (SEN) for participating clients

**CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED**                                                **COINBASE_TELEGRAM00000315**

# Coinbase Custody offers **best-in-class protection** of your cryptoassets



**6+ years experience** developing best-in-class **security & operations**

Segregated, insured cold storage with state of the art security protocols
Battle-tested since 2012, with over $20B securely stored

**Forward thinking approach** to regulation, compliance & insurance

As a NY Limited Purpose Trust Co, we're a qualified custodian solution for your digital assets
Transparent and trusted by auditors, investors, and partners

**Crypto-forward custodian** that you can grow with

Robust roadmap of crypto-first features like staking and arbitrary key storage
We are not just cold storage, but are working to enable use cases of the protocols we support

coinbase

**CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED**                              **COINBASE_TELEGRAM00000316**

# Coinbase Custody's features meet the rigorous standards of institutional investors



**SEGREGATED COLD STORAGE**

Separate and dedicated accounts for your digital assets



**INSURANCE**

Industry-leading insurance covering cold storage assets



**REGULATED AND COMPLIANT**

As an NYDFS- chartered Trust, we are a qualified custodian & fiduciary



**BETTER ASSET PROTECTIONS**

Independently capitalized with assets held in trust



**TOP NOTCH SUPPORT**

Dedicated, white glove support and 2hr. SLA on scheduled transfers



**GROWING # OF ASSETS**

Support for 7 assets; adding assets is top product priority



**DETAILED REPORTING**

Detailed monthly reporting, audit certifications, & audit support



**FINANCIAL & SECURITY CONTROLS**

Regular financial and security audits

coinbase

**CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED**     COINBASE_TELEGRAM00000317

# We meet the rigorous banking standards of the NYDFS as a **NY Limited Purpose Trust Company**



- This designation allows us to serve as a **fiduciary** under NY Banking Law and a **qualified custodian** for purposes of the Investment Advisers Act of 1940

- We operate as a **standalone, independently-capitalized business**, offering you better asset protections

- This regulatory clarity will allow us to **compliantly store more assets** and **add new features like staking**

**CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED**

COINBASE_TELEGRAM00000318

# Our **security processes** are state of the art

| | |
|---|---|
| **Key generation** | • Generates **public/private key pairs** in an offline environment<br>• Follows **industry best practices** for physical, information, and operations security<br>• Compliance officer **witnesses & documents** full ceremony |
| **Storage** | • Store sharded private keys in a vault **(24/7 physical security)**<br>• **Multi-factor authentication required** to process private keys<br>• Back-up key materials are **secured in vault facilities around the globe** |
| **Decryption** | • Withdrawals follow **stringent cold restore protocol** to sign any transaction and bring funds back online, including:<br> ○ Multiple independent actors<br> ○ Hardware security tokens<br> ○ Software based security enforcement<br> ○ Operational checks and balances |



coinbase



**CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED**       **COINBASE_TELEGRAM00000319**



# We are thought leaders in **custody insurance**

- Coinbase Global, Inc. has **insured the total amount of all funds** held in cold storage
- We leverage both **fidelity and cyber insurance** to mitigate risks like **theft of funds or cyber- attacks** against the company's tech systems
- **Aon is the brokerage representative** for these programs, which are provided by a **syndicate of industry-leading insurers**
- We are currently exploring **additional client-directed insurance policies**, targeting launch by end of year

**CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED**                                                                                                   **COINBASE_TELEGRAM00000320**

# Our **asset support** is growing

- Asset support for Coinbase's trading platforms (Consumer, Pro, and Prime) are governed by Coinbase's Digital Asset Framework[1]

- Over time, asset support on Coinbase Custody is likely to exceed that of Coinbase's trading platforms

- Adding new assets is a top product development priority for Coinbase Custody

## CUSTODY SUPPORTED ASSETS

**Currently supported** → **Being explored** 04 → **Future exploration**

Currently supported: BTC, ETC, LTC, ETH, XRP, BAT, BCH, STX, OMG, ZRX

Being explored:
- Select non-ERC20 [1/2] (~30 assets)
- Select ERC20 [3] (~10 assets)
- Goal: 90% of cryptoassets by market cap

Future exploration:
- Rapid and dynamic asset addition process[1]
- Arbitrary key storage

[1] https://listing.coinbase.com/policy
[1] announced on July 14 https://blog.coinbase.com/coinbase-is-exploring-cardano-basic-attention-token-stellar-zcash-and-0x-9e44f0eb82f8
[2] announced on Aug 4 https://blog.coinbase.com/coinbase-custody-is-exploring-a-range-of-new-assets-e70049884dbe
[3] announced on Mar 27 https://blog.coinbase.com/adding-erc-20-support-to-coinbase-f8cba57782f
*Except for blacklisted assets

coinbase

11

CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED
COINBASE_TELEGRAM00000321

# Our planned features will help **lead the industry forward**

UPCOMING FEATURES

| Crypto features | Custody services | Regulation & compliance |
|---|---|---|
| - Asset additions (support 90% of market cap by EOY)<br>- Staking services<br>- Hot / warm wallet support<br>- API connectivity<br>- Arbitrary key storage<br>- Crypto payments | - Multi-user logins / approvals<br>- OTC integration<br>- Improvements to SLA and support hours<br>- Crypto lending services<br>- Fiat custody | - SOC2 Type I audit certification<br>- Client-directed insurance program |

coinbase

**CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED**            COINBASE_TELEGRAM00000322

# We are **trusted by some of the most prestigious investors** in the cryptocurrency space



**CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED**                                                                                     **COINBASE_TELEGRAM00000323**

# Coinbase Custody leadership

We have deep tech, Wall Street, and legal expertise



**Sam McIngvale**
**Head of Coinbase Custody**
Formerly Apex Clearing Corporation



**Brian Armstrong**
**Co-founder & CEO**
Formerly Airbnb



**Asiff Hirji**
**President & COO**
Formerly TD Ameritrade, TPG Capital



**Balaji Srinivasan**
**Chief Technology Officer**
Formerly Earn.com, A16Z



**Alesia Haas**
**Chief Financial Officer**
Formerly Oz Management



**Brian Brooks**
**Chief Legal Officer**
Formerly Fannie Mae



**Tim Wagner**
**VP of Engineering**
Formerly Amazon, Microsoft



**Tina Bhatnagar**
**VP of Operations and Technology**
Formerly Twitter, Salesforce



**Philip Martin**
**VP of Security**
Formerly Palantir, US Army

**CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED**                                                       COINBASE_TELEGRAM00000324

## Contact information



### Institutional Sales
sales@coinbase.com



### Client Services
custody@coinbase.com

**Disclaimer**

The information contained in this document is furnished solely for your confidential review with the express understanding that, without prior express permission of Coinbase, you will not release these materials or discuss the information contained herein or make reproductions of or use this information for any purpose other than an evaluation of a potential customer relationship or partnership with Coinbase.

The information and materials contained herein are based on information believed by Coinbase to be reliable. We do not warrant that circumstances have not changed since the date such information was supplied. These materials do not offer any representation of Coinbase's current expectations, plans or forecasts of its future results and revenues, or future business and economic conditions. You should not rely on any indication of prior results as an indication of future performance. You should seek independent professional financial advice regarding the legal, financial, tax and regulatory consequences of an investment.

coinbase

**CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED**                                                                                                **COINBASE_TELEGRAM00000325**