# PX45

**From:** Nicolas de Bontin <nicolas.de.bontin@coinbase.com>
**Sent:** Monday, March 18, 2019 1:33 PM MDT
**To:** Shyam Parekh <shyam_parekh@yahoo.co.uk>
**CC:** Ilya Perekopsky <perekopsky@telegram.org>
**Subject:** Re: follow up

Hi Shyam,

Great reconnecting with you earlier today! I'll circulate this information internally and look out for the responses to the technical questions relayed previously.

In terms of next steps for listing and custody please fill out an application at https://listing.coinbase.com/. To kickstart the process of opening a Coinbase institutional account for the custody integration can you let me know the name of the legal entity that will be holding the assets and who the primary point of contact should be for onboarding if it is not yourself.

Once we've satisfied these first next steps we can set up a call with my colleague Zach Segal who leads our listing efforts as well as discuss the business terms of coming to a partnership on the custody side. That will likely be followed up by a call with Skadden Arps as we get deeper into the legal review process.

Excited to move things forward here!

Best,
Nick
--
Nicolas de Bontin
Coinbase Institutional
Telegram

On Mon, Mar 18, 2019 at 11:55 AM Shyam Parekh <shyam_parekh@yahoo.co.uk> wrote:
> Nick
>
> good to catch up. As promised, attached are two documents which should provide some further background on TON:
>
> primer
> https://drive.google.com/open?id=0B2_kIaKJXWiYeXFCakJXeF9POTBFYkYtM1Incv04OTdvYXZr
>
> Technical white paper
> https://drive.google.com/open?id=1F6_IOGALogbRWl9AD2iSz58LzNOGiVae
>
> As discussed, please send me the listing application papers, and on the custody side if it is necessary for Telegram to open an account please send us any paperwork on that.
>
> Once you have had a chance to digest the above, I suggest we arrange a brief call with our counsel, Skadden Arps, in connection with any legal-related queries your team has on the listing and/or custody side
>
> regards

CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED                           COINBASE_TELEGRAM00000205