# PX46

**From:** Alexander Filatov <fav@ton.ventures>
**Sent:** Tuesday, September 17, 2019 11:29 AM MDT
**To:** Oleg Seydak <oleg@gramvault.com>; Nicolas de Bontin <nicolas.de.bontin@coinbase.com>
**CC:** Shyam Parekh <shyam@telegram.org>; Ilya Perekopsky <perekopsky@telegram.org>
**Subject:** Re: Introductions

Thanks, Oleg. I was going to write the same.
Hi, Nick, pleasure to e-meet you. We should have two separate calls - one with TON Labs on the tech support (I am scheduling one with Zach already) and another one with Oleg-SDG.
Looking forward,
A.

Sent from ProtonMail Mobile

Вкл вт, сент. 17, 2019 в 01:10, Oleg Seydak <oleg@gramvault.com> пишет:

> Hey, Nick!
>
> Thank you, Sham.
>
> Nick, we have a group in Telegram with your colleagues inc. Zach Segal, Dalal Nemil and 18 other Coinbase team members.
>
> Do you think we can consolidate efforts?
>
> Best regards,
> Oleg
>
> 16 сент. 2019 г., в 23:09, Nicolas de Bontin <nicolas.de.bontin@coinbase.com> написал(а):
>
>> Thanks Shyam!
>>
>> Hi Oleg - nice to be connected with you. Would be great to jump on a call and discuss various avenues of possible collaboration in support of GRAM.
>>
>> Let me know if you're free for a call sometime this week.
>>
>> Best,
>> Nick
>> --
>> Nicolas de Bontin
>> Coinbase Institutional
>> Telegram
>>
>> On Sat, Sep 14, 2019 at 2:20 PM Shyam Parekh <shyam@telegram.org> wrote:
>>> Nick, I also wanted to introduce you to Oleg at Gramvault. I believe Oleg's spoken to others there at Gramvault but I thought it might be useful for you both to connect
>>>
>>> regards
>>>
>>> On Fri, 13 Sep 2019 at 17:32, Shyam Parekh <shyam@telegram.org> wrote:
>>>> Alexander, Nick
>>>>
>>>> I wanted to introduce you. Nick is with Coinbase, who are looking to develop a custody and exchange solution for Grams, in which context they had some technical queries with regard to TON. I thought it might make sense for you to speak to discuss this and potentially other areas of mutual interest.
>>>>
>>>> regards

**CONFIDENTIAL - FOIA-EXEMPT TREATMENT REQUESTED**                                                                                                                   COINBASE_TELEGRAM00000292