# PX48

# Coinbase Custody to support Telegram Open Network (GRM), Solana (SOL) & Orchid (OXT)



**Nick de Bontin** Follow

Oct 9, 2019 · 2 min read

Support for these assets will be available upon each network's launch.



Over the last year, our industry leading security combined with our native ability to support participation and OTC trading for assets held offline has led Coinbase Custody to become the world's largest and fastest growing crypto-native custodian. As our client base has grown we've been busy adding new features and support for the assets that our

clients need. The primary factor we consider when deciding which assets to support is clients demand — particularly around new network launches.

Today, we're announcing that Coinbase Custody intends to support the secure storage of **GRM**, **SOL** & **OXT** at each network's respective launch.*

Coinbase has a proven track record of providing seamless custody solutions at launch as both the first and largest custodians for both Blockstack and Algorand.

Holders of these new networks will be able to benefit from Coinbase Custody's industry-leading offline storage platform and insurance coverage from the outset of network launch. As a limited-purpose trust company chartered and regulated by the New York Department of Financial Services ("NYDFS"), Coinbase Custody has met the high standards of the NYDFS and is a qualified custodian under the Investment Advisers Act of 1940.

**Supporting new networks at launch**

As a leading institutional crypto custodian, we're excited to continue to provide solutions to custody directly from new networks at launch, solving a significant pain point for the industry. As more networks launch tokens, institutional investors face a critical challenge in finding ways to securely hold each new unique asset. Coinbase Custody solves this problem by offering secure and trusted custody solutions for these new assets at launch.

If you've purchased any of these network tokens and need to store your tokens securely with Coinbase Custody, open a Coinbase Custody account here.

Coinbase Custody is the world's leading and largest crypto-native custodian. If you're interested in helping to build the utility phase of crypto, the team is hiring.

*Subject to each token passing our internal evaluation framework and regulatory approval

Coinbase Custody

About    Help    Legal