# PX49

| | |
|---|---|
| From: | [REDACTED - PERSONAL INFORMATION]@etoro.com] |
| Sent: | 21/10/2018 06:15:11 |
| To: | [REDACTED - PERSONAL INFORMATION]@etoro.com] |
| CC: | Shyam Parekh [shyam@telegram.org] |
| Subject: | Re: Telegram Open Network Development Status Update |

Dear Shyam,

We would like to be one of the first exchnages to offer TON, and would appreciate if we could setup a call with a technical team to see how we can support it .

Thanks
[REDACTED - PERSONAL INFORMATION]

On Sun, Oct 21, 2018 at 9:10 AM [REDACTED - PERSONAL INFORMATION]@etoro.com> wrote:
> Hi Shyam,
>
> Hope that you are doing well.
>
> Can kindly share with us an update for the project and are the next steps?.
>
> Thanks,
>
> [REDACTED - PERSONAL INFORMATION]
>
>
> On Wed, Sep 5, 2018 at 8:08 PM Shyam Parekh <shyam@telegram.org> wrote:
>> Dear [REDACTED - PERSONAL INFORMATION],
>>
>> We are writing to update you on the development status of Telegram Open Network (TON).
>>
>> We are happy to inform you that our team has successfully completed most of the critical components required to launch a test version of TON. As of today, the overall work is estimated to be seventy percent complete, and we anticipate launching the Test Network later this Fall.
>>
>> Please find the details of the development status attached to this email. Enclosed are also two technical documents describing the TON Virtual Machine and the TON Blockchain Format. These documents, along with the Telegram Open Network Technical Whitepaper, which we shared with you earlier this year, extensively describe our TON technology approach.
>>
>> As a result of the development work accomplished over the past few months, we've been able to reconfirm the validity of our assumptions laid out in the Technical Whitepaper, and we believe that we are on track to achieve the desired scaling capacity and speed for TON.
>>
>> Kind regards,
>> Shyam
>>
>> *\* This communication and the related attachments contain forward-looking statements, including statements of plans, objectives, expectations, development status, and intentions. Any number of factors could cause

*actual results to differ materially from those contemplated by any forward-looking statements, including but not limited to the risks identified in Appendix B to the Primer.\*\**

--

REDACTED - PERSONAL INFORMATION

E: REDACTED@etoro.com  REDACTED - PERSONAL INFORMATION
REDACTED - PERSONAL INFORMATION

**Your Social Investment Network**
www.eToro.com

Follow us on
Please consider the environment before printing this email

--

REDACTED - PERSONAL INFORMATION

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TLGRM-008-00016432