# PX51

**From:** [REDACTED - PERSONAL INFORMATION]@fbg.capital]
**Sent:** 17/06/2019 02:36:30
**To:** Shyam Parekh [shyam@telegram.org]; perekopsky@telegram.org; [REDACTED - PERSONAL INFORMATION]; [REDACTED - PERSONAL INFORMATION]
**Subject:** Connect ton and [REDACTED - PERSONAL INFORMATION]

Shyam,
Let me introduce [REDACTED] the founder of [REDACTED]. [REDACTED] s one of largest cypto exchanges in the world. And the dominant leader in China market. They are very interest in ton network, As both as an exchange and they are developer their own blockchain right now. And like to explore potential co-operate chance.
[REDACTED] Shyam is the contract point of ton network. Leave you guys talk directly.
[REDACTED - PERSONAL INFORMATION]

Disclaimer: The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by another person is not permitted. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this e-mail by mistake, please e-mail the sender by replying to this message, and deleting the original and any printout thereof.