**PX52**

# #1826658 Gram – native token of Telegram Open Network

| Submitted | Received via | Requester |
|---|---|---|
| September 27, 2019, 04:58 | Web Form | Sergey Vasin <sergey@gramvault.com> |

**CCs**
Travis <travis@bittrex.com>

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Open | - | - | CoinTeam | Travis |

| NewCoin_Coin Ticker | NewCoin_Github URL |
|---|---|
| GRAM | https://github.com/ton-blockchain/ton |

| NewCoin_Code base | NewCoin_RaiseMoney |
|---|---|
| Proprietary code developed by Telegram Team. | Yes |

| NewCoin_ERC20 holding? | NewCoin_Date of Platform Launch | Coin Name |
|---|---|---|
| No | Oct 31 | Gram |

| NewCoin_US memo | NewCoin_Website | Email Address(es) of Bittrex Account(s) |
|---|---|---|
| No | https://test.ton.org/ | sergey@gramvault.com |

| NewCoin_Date of Mainnet Launch | NewCoin_Current use of token on mainnet |
|---|---|
| Oct 31 | Mainnet hasn't been launched yet. Testnet phase |

| NewCoin_ERC20? | NewCoin_Exchanges | Total time spent (sec) |
|---|---|---|
| No | Coinbase announced their intention to list Grams | 2147 |

| NewCoin_Block Explorer | Time spent last update (sec) |
|---|---|
| Testnet explorer: https://test.ton.org/testnet/ | 313 |

| NewCoin_Whitepaper URL | NewCoin_Dev? | NewCoin_Verified Account |
|---|---|---|
| https://test.ton.org/ton.pdf | Yes | sergey@gramvault.com |

**NewCoin_TokenTeamCorporateAccount**
sergey@gramvault.com

**NewCoin_Description**
The unique value proposition of Gram token comes from the 300 mln user base of the Telegram messenger and the scalable design of hypercube routing.

| NewCoin_Social Media | NewCoin_Malta Legal Letter |
|---|---|
| https://twitter.com/telegram | No |

---

**Sergey Vasin**  Sep 27, 04:58

I'm submitting this form after having a call with Chris Sinkey

---

**Bittrex Support Team**  Sep 27, 04:58

Hi sergey@gramvault.com,

Thanks for submitting a listing request to Bittrex. You are now in our queue for review. Please do not open multiple tickets for the same token. This will not expedite the review process and will likely cause

delays in reviewing the token. Any updates and responses should be included in the original ticket request in order to be considered.

At Bittrex, we look for coins that have high community demand, innovations to digital currency technology, or a contribution to science or humanity. Given the demand for currency launches, we limit ourselves to only a handful a week. Listing is free at Bittrex.com and Bittrex International. Decisions made on listing tokens are at our sole discretion.

Note that we cannot list currencies where its primary purpose is to support illegal gambling, illegal drug sales, or any other activity that is illegal in our jurisdiction. We also cannot list currencies that would be construed as a security such as digital currencies that promise/market profits, represent shares of a company, or do not have current utility open to the public.

We are mindful of scams, copyright violations, and offensive subjects and reserve the right to refuse any coin on our platform. In some cases, we will perform a legal and compliance review of your coin that will require further information.

Note: Please do NOT send BTC to anyone claiming to represent Bittrex via Twitter, IRC, or BitcoinTalk.

Information on the coin submission process can be found here: https://support.bittrex.com/hc/en-us/articles/360000475411

Best Regards,

Bittrex Support Team @ Bittrex
Follow us on Twitter @ https://twitter.com/BittrexExchange

---

**Travis**  Sep 27, 08:30

Hi sergey@gramvault.com,

We would like to pursue reviewing your token for listing on our international platform. Please complete the attached listing application.

You'll notice that there is a document request list at the end that tells you what else we need to do our review. Note some of these items are for consideration for listing on the U.S. platform. This includes a legal memo prepared by licensed U.S. counsel familiar with SEC/securities regulations. The memo should include analysis to illustrate the token is not a security and include adequate discussion of the Howey test, and SEC comments and rulings on the DAO, Munchee, and Reeves. We do not need this memo at this time for consideration for our International platform. At this time we recommend working with Chris Sinkey regarding obtaining a legal memo.

Separately we will send a team member our NDA and Listing Agreement to sign through DocuSign. **Please let us know the full name and email address of the person that can sign for the company.**

Lastly, **please provide us with the email address of three individuals to invite into the Bittrex Slack,** which will be our preferred method of communication moving forward. When joining slack, please use a generic name that does not identify your project. You may then DM me, bittrex-travis, and I will invite you into a dedicated private channel to further discuss the project/listing process.


Best Regards,

Travis @ Bittrex
Follow us on Twitter @ https://twitter.com/BittrexExchange

**Sergey Vasin**  Sep 30, 04:12

Thank you.
1. Ok, we'll complete the questionnaire. Should it be in docx or are you going to send it over via docusign?
2. Before we move forward, please, send the NDA to Mr. Oleg Seydak oleg@gramvault.com
3. As for the technical communication, we'd rather stick to Telegram. Please, add me on Telegram @SergeyVasin and I'll make the necessary arrangements.

Best regards,
Sergey

**Travis**  Oct 2, 11:27

Hi Sergey,

Apologize for the delayed response - regarding the questionnaire, feel free to complete as a docx format.

I've gone ahead and sent over our NDA, please have Oleg review and sign when possible.  We'd prefer to use slack for communication with our larger engineering team but I can understand the preference for Telegram in this instance :)  I'll connect with you there.

Best Regards,

Travis @ Bittrex
Follow us on Twitter @ https://twitter.com/BittrexExchange

Support Software by **Zendesk**

Confidential Treatment Requested by Bittrex, Inc.                                                                                                     BTRX-NY-9820-0000067