# PX53

## #1796862 Corporate Account Request

| Submitted | Received via | Requester |
|---|---|---|
| August 14, 2019, 02:36 | Web Form | Sergey Vasin <sergey@gramvault.com> |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | - | High | Tier 4 | Juli |

---

| CORP_Submitter_DOB | CORP_Tax_ID | CORP_Exchange_6c | CORP_Submitter_residence_country |
|---|---|---|---|
| 07-29-1989 | CHE398.252.265 | yes | Cyprus |

| CORP_Trading_daily_value | CORP_Exchange_4d | CORP_Submitter_citizenship | CORP_Attached_flag_Trader_doc |
|---|---|---|---|
| 150000 | Yes | Russia | Attached |

| CORP_Exchange_4f | CORP_Exchange_4a | CORP_Exchange_9b | CORP_Fiat_approval_2 |
|---|---|---|---|
| Haggay Aidlin, AMLA Officer | Attached | Please refer to section 10 of the AMLA policy | Yes |

| CORP_Qualified_for_fiat | CORP_Trading_monthly_value | CORP_Publicly_listed_flag | |
|---|---|---|---|
| No | 4500000 | No | |

| CORP_Submitter_Relationship_to_Institution | CORP_Exchange_5a | | CORP_Exchange_4b |
|---|---|---|---|
| COO | Yes, please refer to the attached AMLA Policy, sections 4-6 | | Yes |

| CORP_Exchange_9c | CORP_Fiat_approval_4 | CORP_Deposit_daily_value | CORP_Exchange_6e |
|---|---|---|---|
| please refer to the AMLA policy | Yes | 20000 | no |

| CORP_Passport_holder? | CORP_Exchange_5c | CORP_Exchange_9d | CORP_Fiat_approval_5 |
|---|---|---|---|
| Yes | yes | please refer to the AMLA policy | Yes |

| CORP_Attached_organization_doc | CORP_Deposit_monthly_value | CORP_Submitter_Bittrex_personal_account_email |
|---|---|---|
| Attached | 1000000 | sergey@gramvault.com, oleg@gramvault.com |

| CORP_Investment_fund_flag | CORP_API_IP_whitelist_flag |
|---|---|
| No | No |

**CORP_Exchange_7a**      **CORP_Company_description**

Financial intermediaries are required to screen their customers for PEP status, sanctions and criminal record.    https://gramvault.com/

| CORP_Submitter_passport_number | CORP_Exchange_6d | CORP_Fiat_approval_name | CORP_Fiat_approval_3 |
|---|---|---|---|
| 756486633 | yes, please refer to the AMLA policy | Swiss Digital Group AG | Yes |

| CORP_Bittrex_email_requested | CORP_Attachment_flag_Tax_ID | CORP_Submitter_Has_Personal_Bittrex_Account |
|---|---|---|
| sergey@gramvault.com | Attached | Yes |

**CORP_Exchange_7b**

All Clients (both individuals and legal entities) will undergo Negative Database Screening for PEP, sanctions and criminal record. For legal entities, the AMLA officer shall also ensure that the controlling person and all UBOs have been screened. The current system for screening is Thomson Reuter's WorldCheck One.
All results of the screening shall be saved in the AMLA file and processed in accordance with the match result.

| corp_approval_6 | CORP_Significant_control_individual | CORP_supportarticle_read | CORP_Number_Bittrex_Corp_Accounts |
|---|---|---|---|
| Yes | Oleg Seydak | Yes | 1 |

| CORP_Exchange_8a | corp_approval_7 | CORP_OFAC_selfcheck_flag | CORP_Submitter_name |
|---|---|---|---|
| Please refer to section 9 of the AMLA policy | Yes | No | Sergey Vasin |

| CORP_Shareholder_names | CORP_app_qualify |
|---|---|
| Oleg Seydak | Yes |

**CORP_Exchange_3c**

No, not yet. The company was established in February 2019; we expect the full audit from VQF in the beginning of 2020.

**CORP_accounts_ready**

Yes

**CORP_Exchange_2**

Gram Vault is the only secure solution to store and transfer the assets of the original investors of Telegram Open Network – Grams. The safekeeping solution provided by Gram Vault offers secure offline cold storage in an institutional-grade vault, with the keys split between the user and Gram Vault and multi-signature, multi-factor authentication implemented across the Company's procedures. Gram Vault provides the Clients with services for liquidation of Grams through private and market deals. The services are offered through a network of OTC desks and integration with all major exchanges. The trading services shall be offered via the execution of Client orders on a matched principal basis. All customers are subject to KYC and AML procedures in accordance with the requirements of the FINMA AMLA.

| CORP_Exchange_9a | CORP_Company_name | CORP_multiple_trader_flag | CORP_API_flag |
|---|---|---|---|
| No cash transactions | Swiss Digital Group AG | No | Yes |

Confidential Treatment Requested by Bittrex, Inc.     BTRX-NY-9820-0000085

**CORP_Exchange_4e**
Yes, the AML Policy of SDG was checked by VQF at the time of authorization. The program was approved along with the membership application.

| Total time spent (sec) | CORP_Exchange_3d | CORP_Company_Country |
|---|---|---|
| 5507 | No | Switzerland |

**CORP_Exchange_3a**
Yes, all financial intermediaries in Switzerland must either be licensed by FINMA or registered with an SRO authorized by FINMA. Swiss Digital Group is a member of VQF SRO in the Canton of Zug.

| CORP_trader_names | CORP_Exchange_5b | Time spent last update (sec) | CORP_Exchange_4c |
|---|---|---|---|
| Sergey Vasin | Please refer to section 6 of the attached AMLA policy | 288 | No |

| CORP_Attached_flag_shareholder_doc | CORP_accounts_verified |
|---|---|
| Attached | Yes |

**CORP_Exchange_3b**
Swiss Digital Group is a member of VQF SRO in the Canton of Zug. Membership confirmation attached.

| CORP_Company_in_tax_free_region | CORP_Exchange_6a | CORP_Attached_confirmation_description |
|---|---|---|
| Yes | yes | no |

| CORP_Number_of_shareholders | CORP_Exchange_6b | CORP_Exchange_flag | CORP_Confirmation_flag |
|---|---|---|---|
| 1 | yes | Yes | Yes |

---

**Sergey Vasin**  Aug 14, 02:36

Corporate Account Request

---

**Corporate Accounts**  Aug 14, 02:57



# Bittrex Corporate Account Request Received

**Thank You For Submitting A Corporate Account Request for Swiss Digital Group AG**

- Bittrex support will respond within 7 business days
- Bittrex account(s) requested for upgrade to corporate: **sergey@gramvault.com**
- **USD trading** is now available for corporate accounts
- You will receive email confirmation upon approval with more information. If you requested USD deposits and withdrawals your approval email **will include wire transfer instructions**
- Follow Bittrex on Twitter for new market announcements (crypto and USD) as well as new US states that qualify for fiat (US Dollar) trading: https://twitter.com/BittrexExchange

**API Integration Updates**

- Please note that we have updated our API with the release of our new site
- For those accessing Bittrex via API, visit https://bittrex.github.io/ for recent updates regarding our Websocket. Please bookmark, as future API (REST and Websocket) documentation and best practices will be posted to that site.
- If you are not already a member of our #api-developers Slack channel, please search for that channel in our Slack or email corpcare@bittrex.com to receive an invitation to the Bittrex Slack (if you are not already a member). Corporate accounts and high volume personal accounts can receive an invitation. Our developer community is growing as we actively improve the API experience.

**Future Support Requests**

- **Add bank account for USD deposits and withdrawals:** Submit bank details here: https://support.bittrex.com/hc/en-us/requests/new?ticket_form_id=360000047992
- **General support requests:** https://support.bittrex.com/hc/en-us/requests/new?ticket_form_id=114093957311
- **Edit current bank account information for USD deposits and withdrawals:** Email: corpcare@bittrex.com

Confidential Treatment Requested by Bittrex, Inc. BTRX-NY-9820-0000086

**Reminder: Your Corporate Account Benefits (Click Hyperlinks Below For More Info)**

- **No Withdrawal Limits**
- [Fast Deposits](#) - lower confirmation times for qualifying coins
- **Priority Support** - your account has now been marked as corporate. Future support requests submitted via support.bittrex.com are routed to the corporate support team
- **API integration benefits**
  - High frequency [REST API access](#) - all corporate accounts receive higher limits
  - Request High frequency [Websocket API access](#) - corporate customers can request static IP whitelist (email corpcare@bittrex.com to request)
  - **API developers slack channel** - email corpcare@bittrex.com for invite
- **Audit Support** - email corpcare@bittrex.com for third party audit requests
- **Escalation contact** - corpcare@bittrex.com for non-standard requests (e.g. business development, API access, fiat trading, program feedback, etc.)

**Having trouble viewing this message?**
Sign in to support.bittrex.com and select "my activities" to view

**Thank you and Happy Trading!**

Best Regards,

Corporate Accounts @ Bittrex
Follow us on Twitter @ https://twitter.com/BittrexExchange

---

**Juli**   Aug 14, 09:54

Hello,

Thank you for your interest in our exchange program, and for your thorough submission documents. Please provide the following:

1) Have Oleg Seydak, as your designated SCP, and sole shareholder, register, and identity verify an account here:
https://bittrex.com/account/register

Let me know, once this has been completed, and we can move towards final compliance review.
Best Regards,

Juli @ Bittrex
Follow us on Twitter @ https://twitter.com/BittrexExchange

---

**Sergey Vasin**   Aug 19, 00:41

On it. Will let you know in a few days

---

**Sergey Vasin**   Aug 27, 00:48

Yes, Oleg has verified his account. It is associated with oleg@gramvault.com

Please, advise if you need anything else.

---

**Juli**   Aug 27, 12:42

Hello,

Thank you for your verifying the account.

Your application is now in final compliance review. When the review is complete, or If we need additional information, we will contact you through this ticket.
Best Regards,

Juli @ Bittrex
Follow us on Twitter @ https://twitter.com/BittrexExchange

---

**John Roth**   Aug 28, 09:35     *Internal note*

approved

---

**Corporate Accounts**   Aug 28, 09:36

Confidential Treatment Requested by Bittrex, Inc.     BTRX-NY-9820-0000087



# Bittrex Corporate Account Request Approved

**Congratulations, Your Corporate Account Request for Swiss Digital Group AG Has Been Approved!**

- Bittrex account(s) upgraded to corporate: sergey@gramvault.com
- Follow Bittrex on Twitter for new market announcements (crypto and USD) as well as new US states that qualify for fiat (US Dollar) trading: https://twitter.com/BittrexExchange
- Your account(s) is not enabled for Fiat (USD) trading, you were either not qualified or did not request your account to be enabled for USD trading
- Corporate accounts have no deposit or withdrawal maximum

**Future Support Requests**

- **Fiat (USD) Trading Enablement:** Qualified customers can submit their request here: https://support.bittrex.com/hc/en-us/requests/new?ticket_form_id=360000047992
- **General support requests:** https://support.bittrex.com/hc/en-us/requests/new?ticket_form_id=114093957311

**Reminder: Your Corporate Account Benefits (Click Hyperlinks Below For More Info)**

- **No Withdrawal Limits**
- Fast Deposits - lower confirmation times for qualifying coins
- **Priority Support** - your account has now been marked as corporate. Future support requests submitted via support.bittrex.com are routed to the corporate support team
- **API integration benefits**
  - High frequency REST API access - all corporate accounts receive higher limits
  - **Request High frequency** Websocket API access - corporate customers can request static IP whitelist (email corpcare@bittrex.com to request)
  - API developers slack channel - email corpcare@bittrex.com for invite
- **Audit Support** - email corpcare@bittrex.com for third party audit requests
- **Escalation contact** - corpcare@bittrex.com for non-standard requests (e.g. business development, API access, fiat trading, program feedback, etc.)

Sign in to support.bittrex.com and click on "my activities" to access this in the future.

Thank You and Happy Trading!

Best Regards,

Corporate Accounts @ Bittrex
Follow us on Twitter @ https://twitter.com/BittrexExchange

---

**Corporate Accounts**  Aug 28, 09:36  *Internal note*

EXCHANGE APPROVED: Approved exchange corporate account (sergey@gramvault.com) by corporate account automation Process

---

**Juli**  Aug 28, 09:46  *Internal note*

The following items added by: Juli

- Corporate privileges

- Platform: Bittrex International

---

**Britney**  Sep 12, 09:53  *Internal note*

Reviewed by: Britney

- Confirmed corporate privileges added to all requested accounts

- Confirmed platform (Bittrex International / Bittrex.com)

Confidential Treatment Requested by Bittrex, Inc.  BTRX-NY-9820-0000088

Support Software by **Zendesk**

Confidential Treatment Requested by Bittrex, Inc.

BTRX-NY-9820-0000089