# PX54

Responses cannot be edited

# Circle Asset Listing Form

Thank you for your interest in listing your project with Poloniex! Please fill out the below form and we will get back to you shortly about your application.

**Email address** *

sergey@gramvault.com

**Introduction**

**What is the name of your asset?**

Gram

**What is the name of your project?**

Telegram Open Network

**What is your full name?**

Sergey Vasin

CONFIDENTIAL FOIA TREATMENT REQUESTED BY CIRCLE AND POLONIEX

How are you associated with this project? What is your position within the team?

COO at the largest custody of Gram tokens (75% of the second round, 50% of the first). Telegram itself doesn't work with the exchanges

Is your asset a security?

○ Yes

◉ No

If available, please attach a legal opinion certifying that your asset is not a security.

Have you submitted this asset to our exchange in the past?

○ Yes

◉ No

What is the ticker symbol of your asset?

GRAM

POLO000002

What is the URL of the project website?

https://test.ton.org

What is the URL of your whitepaper?

https://test.ton.org/ton.pdf

Provide the URL for a blockchain explorer.

https://test.ton.org/testnet/

Technology

Provide the URL of your project's Github repo.

https://github.com/ton-blockchain/ton

If relevant: How many public nodes are online? Where can this information be found publicly?

~1000. Precise calculation is not feasible as it requires working through the DHT of each node.

How many actively developed client implementations exist for your project?

Is your project open-source? Please provide a link to any relevant developer documentation.

Source code is available at https://github.com/ton-blockchain/ton

How many full-time members of the team are working on this project? About how many individuals actively contribute to the project outside of the team?

Around 20 core plus external teams, including Ton labs circa 25

Is there a working MVP of the platform or application? Is a demonstration of the platform available?

Testnet is publicly available. Learn more at https://test.ton.org.

Do you have a bug bounty program? Please provide the URL for the bounty.

Was a security audit performed for the token sale smart contract? (Please attach)

W Note_re_fundraisi…

Has a security audit ever been performed on the project? (Please attach)

People

Please list the members of your leadership team and the URLs of their LinkedIn/Github pages. What are their backgrounds?

Founders
Nikolai Durov - https://en.wikipedia.org/wiki/Nikolai_Durov
PhD (Bonn University), PhD (Saint-Petersburg State University)
› 2013-present: Co-founder, CTO, Architect, Lead C/C++ Engineer at Telegram. Built MTProto and Telegram's distributed data storage engines.
› 2006-2013: Co-founder, CTO, Architect, Lead C/C++ Engineer at VK. Built data storage and networking software.
Awards
› Absolute World Champion in Programming (2000, 2001) — one of ten people in history to win the ACM International Collegiate Programming Contest twice
› Gold Medals in International Mathematical Olympiads (1996, 1997, 1998)
› Gold and Silver Medals in International Olympiads in Informatics
(1995, 1996, 1997, 1998)

Pavel Durov - https://en.wikipedia.org/wiki/Pavel_Durov
› 2013-present: Co-founder, CEO, Product Manager at Telegram
› 2006-2013: Co-founder, CEO, Product Manager, Lead Developer at VK
Awards
› The most promising Northern European leader under 30 (2014)13
› Young Global Leader by the World Economic Forum (2017)14

Other notable Team members
Aliaksei Levin - https://github.com/levlam
› 2013-present: C/C++ Engineer at Telegram. Developed distributed data storage engines, client cross-platform libraries, and the bot API.
› 2010-2013: C/C++ Engineer at VK. Built data storage engines and created the custom programming language KPHP for high-level backend developers.
Awards
› Gold Medal, ACM International Programming Contest World Finals (2011)
› Silver Medal, ACM International Programming Contest World Finals (2010)
› First Prize, International Mathematics Competition for University Students (2009)
› Gold Medal, First Place, International Mathematical Olympiad (2005)
› Silver Medal, International Mathematical Olympiad (2004)

Vitalik Valtman - https://github.com/vysheng
› 2013-present: C/C++ Engineer at Telegram. Developed networking and data storage engines.

› 2010-2013: C/C++ Engineer at VK. Developed networking and data storage engines.
Awards
› Silver Medal, ACM International Programming Contest World Finals (2006)
› 4th place, Top Coder Open
› 4th place, Top Coder Collegiate Contest

Arseny Smirnov -  https://www.linkedin.com/in/arseny-smirnov-36192529/
› 2013-present: C/C++ Engineer at Telegram. Developed server data storage engines, client cross-platform libraries, and bot API.
› 2010-2013: C/C++ Engineer at VK. Developed data storage engines and created the custom programming language KPHP for high-level backend developers.
Awards
› Gold Medal, ACM International Programming Contest World Finals (2011)
› Silver Medal, ACM International Programming Contest World Finals (2010)

### Do the founders have experience building crypto projects in the past?

Telegram messenger applies cryptographic protocols for data encryption

### Who are your advisors?

Skadden
https://www.skadden.com/

### Has your project partnered with any notable partners, organizations, or individuals in terms of technology?

Please list the members of your engineering team and the URLs of their LinkedIn/Github pages. What are their backgrounds?

Aliaksei Levin - https://github.com/levlam
› 2013-present: C/C++ Engineer at Telegram. Developed distributed data storage engines, client cross-platform libraries, and the bot API.
› 2010-2013: C/C++ Engineer at VK. Built data storage engines and created the custom programming language KPHP for high-level backend developers.
Awards
› Gold Medal, ACM International Programming Contest World Finals (2011)
› Silver Medal, ACM International Programming Contest World Finals (2010)
› First Prize, International Mathematics Competition for University Students (2009)
› Gold Medal, First Place, International Mathematical Olympiad (2005)
› Silver Medal, International Mathematical Olympiad (2004)

Vitalik Valtman - https://github.com/vysheng
› 2013-present: C/C++ Engineer at Telegram. Developed networking and data storage engines.
› 2010-2013: C/C++ Engineer at VK. Developed networking and data storage engines.
Awards
› Silver Medal, ACM International Programming Contest World Finals (2006)
› 4th place, Top Coder Open
› 4th place, Top Coder Collegiate Contest

Arseny Smirnov -  https://www.linkedin.com/in/arseny-smirnov-36192529/
› 2013-present: C/C++ Engineer at Telegram. Developed server data storage engines, client cross-platform libraries, and bot API.
› 2010-2013: C/C++ Engineer at VK. Developed data storage engines and created the custom programming language KPHP for high-level backend developers.
Awards
› Gold Medal, ACM International Programming Contest World Finals (2011)
› Silver Medal, ACM International Programming Contest World Finals (2010)

CONFIDENTIAL FOIA TREATMENT REQUESTED BY CIRCLE AND POLONIEX

Business model

Please describe the utility of holding or using your project's token.

The Gram token will be used in TON as gas is used in the Ethereum network.

What problem is your project attempting to solve?

Speed and scalability problems of the currently existing decentralized blockchains.

Describe who you consider to be your biggest competition, and how your project provides unique value.

Other blockchains, including ETH. Unique value proposition comes from the 300 mln user base of the Telegram messenger and the scalable design of hypercube routing

If relevant: Are there any upcoming cryptocurrency projects that are being launched on your platform (e.g. ICOs, airdrops)? If so, please provide some information about what these projects are and their expected timelines.

no

Please provide a product roadmap for your project, including milestones.

Deployment of the stable version of TON
Launch of Telegram Wallet
Creation of a TON-based economy in Telegram Launch of TON Services, TON Storage, and TON Proxy

POLO000009

CONFIDENTIAL FOIA TREATMENT REQUESTED BY CIRCLE AND POLONIEX

Is there a treasury or other mechanism for allocating funds to pursue future business development, incentivize new entrants to participate in the network, and/or fund bounties?

Yes, 10% of the initial 5bn supply of Grams is allocated as incentives

Market dynamics

Did an ICO take place at any stage of the project?

◉ Yes

○ No

If yes: What date did the ICO start on, and when did it end?

2018-01-29, 2018-03-14

If yes: how many people participated? How much money was raised? Were there participation caps? What was the hard cap? Please provide as many details as possible on the terms of the sale.

175 investors participated in two private rounds.

CONFIDENTIAL FOIA TREATMENT REQUESTED BY CIRCLE AND POLONIEX

Is total supply either fixed, or adjustable via algorithmic issuance model? If capped: what is the total supply? What is the circulating supply?

Starting total supply is 5 billion of Grams. It is not fixed, it will constantly grow by mining rewards received by validators of the network.

What percentage of the supply is currently held by the founding team? What is the vesting schedule for these coins/tokens?

28.19 of the initial supply forms the TON reserve. Another 4% attributes to developers with a 4 year vesting

Is your project currently listed on an exchange? Which ones? Has it ever been delisted from an exchange?

Coinbase announced their intention to list Grams

Which social platforms does your community use? How many people do you have in each community? Please include URLs for these communities.

Telegram Messenger has a 300mln+ user base.

Provide the URLs for any blogs or communication platforms operated by your team. Please be thorough and include any channels that you use for announcements or communication.

https://twitter.com/telegram

POLO000011

CONFIDENTIAL TREATMENT REQUESTED BY CIRCLE AND POLONIEX

If your project is live: How many users have you acquired? How many users are active?

Telegram Messenger has a 300mln+ user base.

Do you have committed investment from financial institutions, venture capital, or influential individual investors?

Funds were collected only from qualified investors who successfully passed AML and KYC procedures. This includes top US venture capital firms.

Are there any notable protocol events coming up (e.g. future forks, future mainnet releases, future change to consensus algorithm, etc.)? How do you plan to inform the community of upcoming protocol events going forward?

Mainnet will be released by October 31rd 2019

Please provide a contact on the developer team we can reach out to in the event of a technical issue. What is your expected response time?

https://t.me/tondev_en

Please provide a link to your implementation guide.

https://test.ton.org/

*Submitted 9/20/19, 9:32 AM*

POLO000012