# PX57

## TON Presale

**John Hyman** — 23:50
Yes it's been approved by the alphabet audit committee and they are ready to pay Friday

*8 February 2018*

**John Hyman** — 00:09
[REDACTED] seemed very happy with meeting and will come back with feedback on chances of opening account in short term next week

**Pavel Durov** — 00:14
The meeting went well, and I could feel [REDACTED - PERSONAL INFORMATION] was supportive. However the chances to approve the account without me meeting their Head of Compliance are slim, so I'll have to go to Zurich again at some point. It was the new Head of Compliance who blocked the account, because the current rules of [REDACTED] state clearly "stay away from clients dealing with cryptocurrencies".

**Pavel Durov** — 00:33
[REDACTED] is saying he'd rather keep 30.

**Pavel Durov** — 01:22

> Dear John,
>
> Thanks for sending the countersigned copy of the Purchase Agreement. We noticed that the countersigned booklet that you sent was for the initial investment documents that KP submitted for KPCB DGF III-T, LLC. However, KP would like to make this investment from a different entity called KPCB DGF III-T, Ltd. We submitted new documents for this Ltd. entity last Friday, including KYC materials. I have attached the purchase agreement signed by the Ltd. entity. Could we get an updated copy of the countersigned purchase for KPCB DGF III-T, Ltd.? Also, with this change to the purchase agreement, we wanted to confirm when you expect KP to initial its wire transfer.
>
> Thanks again,
> [REDACTED]

Will I have to sign another agreement?

**Shyam** — 01:51
ugh

will get it fixed and resend — 01:51

**Shyam** — 02:52
Only [REDACTED - PERSONAL INFORMATION] etoro left now. 38 total. Plus [REDACTED] eisler 30

**John Hyman** — 07:41
[REDACTED - PERSONAL INFORMATION] 08.02.2018 07:27:12
Lots of people running around today looking for allocations – looks like you denied all of NY and some others on a KYC basis. All of that demand flowing in to the secondary market. Some willing to pay up to $1.

**John Hyman** — 07:42
Update on grey market

**Shyam** — 12:35
i am sorry to bother u with this PAvel but marta sent you [REDACTED - PERSONAL INFORMATION] contract to initial all the pages. would you mind doing that as soon as