# PX60

**Subject**: Re: Your BFT Deposit
**From**: Nikolai Oreshkin <nikolai@elysium.vc>
**To**: Shyam Parekh <shyam@telegram.org>
**Date Sent**: Saturday, April 14, 2018 2:31:32 AM GMT-07:00
**Date Received**: Saturday, April 14, 2018 2:31:32 AM GMT-07:00

It was just a cold email to my personal email address. I don't know where they found my address, probably bought a big email list. I've also noticed that previously I received another email which offered to participate in the token sale.

---------- Forwarded message ----------
From: **Simon Dixon | BF** <info@banktothefuture.com>
Date: Fri, Mar 9, 2018 at 10:40 AM
Subject: Telegram Token Sale
To: n.oreshkin@gmail.com



### All BF Token (BFT) holders now have priority access to all future deals that we list only on BnkToTheFuture…

*The BF Token (BFT) public sale sold out in 2 minutes and 17 seconds. We have now sold all $33m worth of BFT and will update you when new ways to purchase BF Tokens (BFT) become available from those that want to sell.*

### OTHER BNK TO THE FUTURE **NEWS**



**TELEGRAM TOKEN SALE:**

We have been given an allocation in the Telegram token sale which is our first 'priority access' deal for BF Token (BFT) holders. Those that are not token holders yet are still able to apply for any remaining allocations before Tuesday March 13th 2018. For more details and to apply click here. **NOTE** - **This particular deal is not open to US investors.**

On Sat, Apr 14, 2018 at 2:19 AM, Shyam Parekh <shyam@telegram.org> wrote:
> Thanks Nikolai will look into. Out of interest how did you come across these guys and their website?

Regards

On Sat, 14 Apr 2018, 01:36 Nikolai Oreshkin, <nikolai@elysium.vc> wrote:

Hi Shyam,

I just wanted to put it on your radar. Not sure if it is scam or not, but someone is running an online syndicate to invest in TON. **https://bnktothefuture.com/pitches/telegram**

---------- Forwarded message ----------
From: **Simon Dixon | BF** <info@banktothefuture.com>
Date: Fri, Apr 13, 2018 at 11:28 AM
Subject: Your BFT Deposit
To: n.oreshkin@gmail.com



BF Token (BFT) holders now get exclusive priority access to all deals listed on BnkToTheFuture….

*Qualifying investors on BnkToTheFuture can now use BFT to gain priority access to all deals as we have just enabled BFT deposits on our Online Investment Platform.*

**LEARN MORE**

IN THE **NEWS**

Our CEO and Co-Founder of BnkToTheFuture - Simon Dixon, was the main speaker at one of Tokyo's recent events. Simon discusses how he discovered Bitcoin, the history of his involvement with Bitcoin and many of the changes he has seen since the birth of the crypto market to current times, as well as the history of BnkToTheFuture. This was followed by a debate with Roger Ver on Bitcoin vs. Bitcoin Cash. You can watch the full video here.



## OTHER BNK TO THE FUTURE **NEWS**



### CONGRATULATIONS TO TELEGRAM:

We syndicated $16,258,117 from our qualifying investors on our Online Investment Platform as part of their $1.7bn raised to date. BFT holders were given priority access to participate. We have now witnessed $1.7bn raised by a company without the need for an investment bank! We are super proud to be part of such financial innovation.



### BFT UPDATE:

We are proud to announce that BFT is now available for purchase on one of the largest cryptocurrency exchange - Bitfinex. You can also buy them at Gate.io. Watch out for further announcements on more ways to purchase BFT as and when they become available. You can stay up-to-date with the BFT market on CoinMarketCap here.



### NEW FEATURES:

New company pages and voting features are coming soon. Keep a look out for updates on how you can get rewarded with BFT for conducting due diligence and company page updates to support a more transparent marketplace.

### OVER $285,170,000 INVESTED:

We have now passed $285m invested in funding rounds listed on our Online Investment Platform. We thank every investor who have contributed to an investment in the Future of Finance and Technology.  **More details can be found on our home page**

### MORE RETURNS:

We have now paid our BnkToTheFuture Professional Investor Members over 938,000 dividends and **over $21,420,000 has been returned through our dividend paying funds.**

### MORE INVESTORS:

We are delighted to have over 62,016 (and counting) real active registered BF Professional Investor Members on our Online Investment Platform who are waiting for more Financial Innovation & Technology Investment opportunities to invest in.  **Click here to find an opportunity you may like**.



### MORE FINANCIAL INNOVATION:

If you are involved in Financial Innovation & Technology then we would love to receive your application and explore if you can raise investment with us. Whether you have a ICO / Token Sale, equity or other offering, it's good to note that at least 98% of companies that have listed on our Online Investment Platform so far have raised at least their minimum funding goal. You can **make a quick application for finance here and we will follow up.**



# FINANCIAL INNOVATION & TECHNOLOGY

*investment opportunities coming soon only on...*





SEARCH FOR INVESTMENTS  |  APPLY FOR FINANCE  |  TERMS AND CONDITIONS  |  RISK WARNINGS  |
PRIVACY  |  ABOUT US  |  CONTACT US



**IMPORTANT INFORMATION & RISK WARNING.**

Investing in private companies involves risks, including illiquidity, lack of dividends, loss of investment and dilution, such investment should be made as part of a diversified portfolio and you should never invest more than you can afford to lose.

BnkToTheFuture.com is an Online Investment Platform that is exclusively available to investors who are sufficiently sophisticated to understand the risks of investing in private companies and who can make their own investment decisions. You will only be able to invest via BnkToTheFuture.com once you confirm and certify that you are sufficiently sophisticated, then register to qualify as a BF Investor Member.

Pitches for investment are NOT offers to the public, investments can only be made by members of BnkToTheFuture.com (BF Investor Members) on the basis of information provided in the pitches by the companies concerned. Bnk To The Future takes no responsibility for this information or for any recommendations or opinions made by the companies.

BNK TO THE FUTURE (BF) is incorporated and registered in Cayman Islands (CI) under the Companies Law 2013 and its Company Number is CO-296093.  BNK TO THE FUTURE is registered with the Cayman Islands Monetary Authority (CIMA Licence No. 1189274).  The website - BnkToTheFuture.com is operated by BNK TO THE FUTURE (BFCI).

By clicking join now, connecting through Facebook, LinkedIn, Twitter or other social media platforms or by using BnkToTheFuture.com, you are indicating you have read, understood, and agreed to our Terms & Conditions, Risk Warnings, Disclaimers, Privacy Policy and terms of a qualifying investor.

This email was sent to n.oreshkin@gmail.com

BnkToTheFuture.com

Unsubscribe from this list - Update subscription preferences

**Subject**: Re: Your BFT Deposit
**From**: Shyam Parekh <shyam@telegram.org>
**To**: Nikolai Oreshkin <nikolai@elysium.vc>
**Date Sent**: Saturday, April 14, 2018 2:19:20 AM GMT-07:00
**Date Received**: Saturday, April 14, 2018 2:19:34 AM GMT-07:00

Thanks Nikolai will look into. Out of interest how did you come across these guys and their website?

Regards

On Sat, 14 Apr 2018, 01:36 Nikolai Oreshkin, <nikolai@elysium.vc> wrote:
> Hi Shyam,
>
> I just wanted to put it on your radar. Not sure if it is scam or not, but someone is running an online syndicate to invest in TON. https://bnktothefuture.com/pitches/telegram
>
>
> ---------- Forwarded message ----------
> From: **Simon Dixon | BF** <info@banktothefuture.com>
> Date: Fri, Apr 13, 2018 at 11:28 AM
> Subject: Your BFT Deposit
> To: n.oreshkin@gmail.com
>
> 
>
> BF Token (BFT) holders now get exclusive priority access to all deals listed on BnkToTheFuture….
>
> *Qualifying investors on BnkToTheFuture can now use BFT to gain priority access to all deals as we have just enabled BFT deposits on our Online Investment Platform.*
>
> **LEARN MORE**
>
>
> IN THE **NEWS**
>
> Our CEO and Co-Founder of BnkToTheFuture - Simon Dixon, was the main speaker at one of Tokyo's recent events. Simon discusses how he discovered Bitcoin, the history of his involvement

with Bitcoin and many of the changes he has seen since the birth of the crypto market to current times, as well as the history of BnkToTheFuture. This was followed by a debate with Roger Ver on Bitcoin vs. Bitcoin Cash. You can watch the full video here.



## OTHER BNK TO THE FUTURE NEWS



### CONGRATULATIONS TO TELEGRAM:

We syndicated $16,258,117 from our qualifying investors on our Online Investment Platform as part of their $1.7bn raised to date. BFT holders were given priority access to participate. We have now witnessed $1.7bn raised by a company without the need for an investment bank! We are super proud to be part of such financial innovation.



### BFT UPDATE:

We are proud to announce that BFT is now available for purchase on one of the largest cryptocurrency exchange - Bitfinex. You can also buy them at Gate.io. Watch out for further announcements on more ways to purchase BFT as and when they become available. You can stay up-to-date with the BFT market on CoinMarketCap here.

### NEW FEATURES:

New company pages and voting features are coming soon. Keep a look out for updates on how you can get rewarded with BFT for conducting due diligence and company page updates to support a more transparent marketplace.



**OVER $285,170,000 INVESTED:**

We have now passed $285m invested in funding rounds listed on our Online Investment Platform. We thank every investor who have contributed to an investment in the Future of Finance and Technology.  More details can be found on our home page

**MORE RETURNS:**

We have now paid our BnkToTheFuture Professional Investor Members over 938,000 dividends and **over $21,420,000 has been returned through our dividend paying funds.**

**MORE INVESTORS:**

We are delighted to have over 62,016 (and counting) real active registered BF Professional Investor Members on our Online Investment Platform who are waiting for more Financial Innovation & Technology Investment opportunities to invest in.  **Click here to find an opportunity you may like**.



**MORE FINANCIAL INNOVATION:**

If you are involved in Financial Innovation & Technology then we would love to receive your application and explore if you can raise investment with us. Whether you have a ICO / Token Sale, equity or other offering, it's good to note that at least 98% of companies that have listed on our Online Investment Platform so far have raised at least their minimum funding goal. You can make a quick application for finance here and we will follow up.

# FINANCIAL INNOVATION & TECHNOLOGY

*investment opportunities coming soon only on...*





SEARCH FOR INVESTMENTS  |  APPLY FOR FINANCE  |  TERMS AND CONDITIONS  |  RISK WARNINGS  |
PRIVACY  |  ABOUT US  |  CONTACT US

   

**IMPORTANT INFORMATION & RISK WARNING.**

Investing in private companies involves risks, including illiquidity, lack of dividends, loss of investment and dilution, such investment should be made as part of a diversified portfolio and you should never invest more than you can afford to lose.

BnkToTheFuture.com is an Online Investment Platform that is exclusively available to investors who are sufficiently sophisticated to understand the risks of investing in private companies and who can make their own investment decisions. You will only be able to invest via BnkToTheFuture.com once you confirm and certify that you are sufficiently sophisticated, then register to qualify as a BF Investor Member.

Pitches for investment are NOT offers to the public, investments can only be made by members of BnkToTheFuture.com (BF Investor Members) on the basis of information provided in the pitches by the companies concerned. Bnk To The Future takes no responsibility for this information or for any recommendations or opinions made by the companies.

BNK TO THE FUTURE (BF) is incorporated and registered in Cayman Islands (CI) under the Companies Law 2013 and its Company Number is CO-296093.  BNK TO THE FUTURE is registered with the Cayman Islands Monetary Authority (CIMA Licence No. 1189274).  The website - BnkToTheFuture.com is operated by BNK TO THE FUTURE (BFCI).

By clicking join now, connecting through Facebook, LinkedIn, Twitter or other social media platforms or by using BnkToTheFuture.com, you are indicating you have read, understood, and agreed to our Terms & Conditions, Risk Warnings, Disclaimers, Privacy Policy and terms of a qualifying investor.

This email was sent to n.oreshkin@gmail.com
BnkToTheFuture.com
Unsubscribe from this list - Update subscription preferences

**Subject**: Fwd: Your BFT Deposit
**From**: Nikolai Oreshkin <nikolai@elysium.vc>
**To**: Shyam Parekh <shyam@telegram.org>
**Date Sent**: Friday, April 13, 2018 5:35:49 PM GMT-07:00
**Date Received**: Friday, April 13, 2018 5:35:49 PM GMT-07:00

Hi Shyam,

I just wanted to put it on your radar. Not sure if it is scam or not, but someone is running an online syndicate to invest in TON. https://bnktothefuture.com/pitches/telegram

---------- Forwarded message ----------
From: **Simon Dixon | BF** <info@banktothefuture.com>
Date: Fri, Apr 13, 2018 at 11:28 AM
Subject: Your BFT Deposit
To: n.oreshkin@gmail.com



BF Token (BFT) holders now get exclusive priority access to all deals listed on BnkToTheFuture….

*Qualifying investors on BnkToTheFuture can now use BFT to gain priority access to all deals as we have just enabled BFT deposits on our Online Investment Platform.*

LEARN MORE

IN THE **NEWS**

Our CEO and Co-Founder of BnkToTheFuture - Simon Dixon, was the main speaker at one of Tokyo's recent events. Simon discusses how he discovered Bitcoin, the history of his involvement with Bitcoin and many of the changes he has seen since the birth of the crypto market to current times, as well as the history of BnkToTheFuture. This was followed by a debate with Roger Ver on Bitcoin vs. Bitcoin Cash. You can watch the full video here.



## OTHER BNK TO THE FUTURE NEWS



### CONGRATULATIONS TO TELEGRAM:

We syndicated $16,258,117 from our qualifying investors on our Online Investment Platform as part of their $1.7bn raised to date. BFT holders were given priority access to participate. We have now witnessed $1.7bn raised by a company without the need for an investment bank! We are super proud to be part of such financial innovation.



### BFT UPDATE:

We are proud to announce that BFT is now available for purchase on one of the largest cryptocurrency exchange - Bitfinex. You can also buy them at Gate.io. Watch out for further announcements on more ways to purchase BFT as and when they become available. You can stay up-to-date with the BFT market on CoinMarketCap here.



### NEW FEATURES:

New company pages and voting features are coming soon. Keep a look out for updates on how you can get rewarded with BFT for conducting due diligence and company page updates to support a more transparent marketplace.

**US $ 285,170,561 INVESTED**

### OVER $285,170,000 INVESTED:

We have now passed $285m invested in funding rounds listed on our Online Investment Platform. We thank every investor who have contributed to an investment in the Future of Finance and Technology.  More details can be found on our home page

**US $ 21,420,800 RETURNED THROUGH DIVIDENDS**

### MORE RETURNS:

We have now paid our BnkToTheFuture Professional Investor Members over 938,000 dividends and **over $21,420,000 has been returned through our dividend paying funds.**

**62,016 PROFESSIONAL INVESTORS**

### MORE INVESTORS:

We are delighted to have over 62,016 (and counting) real active registered BF Professional Investor Members on our Online Investment Platform who are waiting for more Financial Innovation & Technology Investment opportunities to invest in.  **Click here to find an opportunity you may like**.



### MORE FINANCIAL INNOVATION:

If you are involved in Financial Innovation & Technology then we would love to receive your application and explore if you can raise investment with us. Whether you have a ICO / Token Sale, equity or other offering, it's good to note that at least 98% of companies that have listed on our Online Investment Platform so far have raised at least their minimum funding goal. You can make a quick application for finance here and we will follow up.



# FINANCIAL INNOVATION & TECHNOLOGY

*investment opportunities coming soon only on...*





SEARCH FOR INVESTMENTS  |  APPLY FOR FINANCE  |  TERMS AND CONDITIONS  |  RISK WARNINGS  |
PRIVACY  |  ABOUT US  |  CONTACT US

    

**IMPORTANT INFORMATION & RISK WARNING.**

Investing in private companies involves risks, including illiquidity, lack of dividends, loss of investment and dilution, such investment should be made as part of a diversified portfolio and you should never invest more than you can afford to lose.

BnkToTheFuture.com is an Online Investment Platform that is exclusively available to investors who are sufficiently sophisticated to understand the risks of investing in private companies and who can make their own investment decisions. You will only be able to invest via BnkToTheFuture.com once you confirm and certify that you are sufficiently sophisticated, then register to qualify as a BF Investor Member.

Pitches for investment are NOT offers to the public, investments can only be made by members of BnkToTheFuture.com (BF Investor Members) on the basis of information provided in the pitches by the companies concerned. Bnk To The Future takes no responsibility for this information or for any recommendations or opinions made by the companies.

BNK TO THE FUTURE (BF) is incorporated and registered in Cayman Islands (CI) under the Companies Law 2013 and its Company Number is CO-296093.  BNK TO THE FUTURE is registered with the Cayman Islands Monetary Authority (CIMA Licence No. 1189274).  The website - BnkToTheFuture.com is operated by BNK TO THE FUTURE (BFCI).

By clicking join now, connecting through Facebook, LinkedIn, Twitter or other social media platforms or by using BnkToTheFuture.com, you are indicating you have read, understood, and agreed to our Terms & Conditions, Risk Warnings, Disclaimers, Privacy Policy and terms of a qualifying investor.

This email was sent to n.oreshkin@gmail.com

BnkToTheFuture.com

Unsubscribe from this list - Update subscription preferences