# PX64

| | |
|---|---|
| From: | Katsuya Konno [katsu@quoine.com] |
| Sent: | 16/11/2018 15:11:08 |
| To: | Ilya Perekopsky [perekopsky@telegram.org] |
| CC: | ryan.dzierniejko@skadden.com; valian.afshar@skadden.com; mike.kayamori@quoine.com; [redacted]@koinvestor.com |
| Subject: | Re: Japanese regulator |

Hi Ilya,

Thanks for your intro and happy to have a call with Skadden.
Let's find the time next week.

Best regards,
Katsu

2018年11月16日(金) 19:18 Ilya Perekopsky <perekopsky@telegram.org>:
> Dear Mike, Katsuya and [redacted]
>
> Let me introduce you to our legal team from Skadden: Ryan and Valian from New York. Ryan and Valian have seen the questions the Japanese regulator. Before we proceed with answers could we make a phone call together to understand better some details?
>
> Mike is the CEO of a biggest regulated Japanese exchange https://www.liquid.com/, Katsuya is the CFO and [redacted] is their partner.
>
> Ilya

--
紺野 勝弥／Katsuya KONNO
Head of CEO Office / Chief of Staff

Tel: +81-70-2837-5974／E-mail: katsu@quoine.com
Singapore: 80RR, 80 Robinson Road,
Japan: 〒104-0031東京都中央区京橋二丁目2番1号 https://www.edogrand.tokyo/access
"Liquid by Quoine" https://www.liquid.com/

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    TLGRM-023-00000013