# PX67

**From:** Marisa McKnight [marisa.mck@gmail.com]
**on behalf of** Marisa McKnight <marisa.mck@gmail.com> [marisa.mck@gmail.com]
**Sent:** 28/05/2019 02:39:02
**To:** ir@telegram.org
**Subject:** Inquiry for Investor Relations

To Whom this May Concern,

My name is Marisa McKnight and I work for a cryptocurrency exchange in Japan called Liquid.com

At the cryptocurrency exchange I work for, we have been told that we will be doing an IEO for the GRAM token working with an entity called Space Investments Limited registered in Cayman Islands.

Is there any association to Space Investments Limited and TON Issuer Inc and Telegram Group Inc?

I would really appreciate a response as soon as possible.

Thanks!
Marisa

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-022-00000001