# PX68



# FAO Space Investments Limited
1 message

**Shyam Parekh** &lt;shyam@telegram.org&gt;     11 January 2020 at 16:24
To: Sergey Azatyan &lt;sergey@ivprs.com&gt;
Cc: Ilya Perekopsky &lt;perekopsky@telegram.org&gt;

Dear Sergey,

Please see the attached correspondence.

Regards,


**4_5823215164991735930.pdf**
124K

To: Space Investments Limited (the "**Purchaser**" or "Space Investments")
PO Box 309
Ugland House
Grand Cayman
KY1-1104
Cayman Islands

By e-mail: sergey@ivprs.com

[●] January 2020

Dear Sirs,

1. We refer to the Purchase Agreements for Grams entered into between us, as Parent and Issuer, and you, as Purchaser, dated 6 February 2018, 9 February 2018 (the "**Pre-Sale Purchase Agreements**") and 19 March 2018 (the "**Stage A Purchase Agreement**") (collectively, the "**Purchase Agreement**"), each as amended from time to time. Any capitalised terms used in this letter which are not defined herein shall have the meaning set out in the Purchase Agreement.

2. We are very concerned by a communication we received from an individual who claims to be affiliated with an entity called Liquid.com, which purports to be a cryptocurrency exchange in Japan. This individual stated that Liquid.com intended to conduct an initial exchange offering of Grams in conjunction with Space Investments.

3. We refer you to your obligations under the Purchase Agreement, in particular clauses 10 and 11.1 of the Pre-Sale Purchase Agreement, clause 10.1 of the Stage A Purchase Agreement, and your warranties set out in Schedule 2. Any offer of Grams by you or any other Purchaser would constitute a breach of the Purchase Agreement.

4. Please confirm that you are not (and have not been) cooperating with Liquid.com in this regard.

5. Please also confirm that you have at all times acted, and will continue to act, in accordance with the terms of the Purchase Agreement.

6. In the meantime, we reserve all rights in relation to the Purchase Agreement.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                          TLGRM-022-00000003

Signed by **PAVEL DUROV**

for and on behalf of
**TELEGRAM GROUP INC.**

_____
Director

Signed by **PAVEL DUROV**

for and on behalf of
**TON ISSUER INC**

_____
Director

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER