# PX71

| | | |
|---|---|---|
| | Yeah they're selling them before they get them haha | |
| | It's very intereting | 17:13 |
| **Ilya Perekopsky** | | 17:34 |
| | I guess they have bought it somewhere | |
| | Indirectly | 17:34 |
| | But not from us | 17:35 |
| | | 17:42 |
| | Yeah I have heard of them | |
| | I'll let you know if I hear anything | 17:42 |

12 June 2019

**Ilya Perekopsky** — 21:17
Hi ▇

I would like recommend you to take a look at one startup which could be interesting for ▇

It is called Wheely, London-based luxury ride-hailing service catered towards affluent and HNW individuals. Wheely has raised $28m to date and operates in Moscow, London and launching in Paris this summer. The business already has more than 3,500 chauffeurs across its network and a run rate of around $80m in gross bookings.

Founder Anton is going to Founders Forum in London tomorrow I think. If anybody from ▇ there maybe they could catch up?

Ilya

They provide incredible service, not comparable to Uber. You should try it when you are in London :) — 21:19

▇ — 22:49
Thank you for thinking of us! Let me inquire if anyone is there

▇ — 23:35
BTW, I am going to talk to the Liquid exchange about their TON listing. Will lyk what I learn…

13 June 2019

**Ilya Perekopsky** — 00:08
Ok, thanks

17 June 2019

Could you kindly sign your sideletter.                                                      21:44

📄 **Side_Letter_Standard_Crypto_Flagship.pdf**
103.6 KB

**Ilya Perekopsky**                                                                          21:47
Ok, will take care tomorrow. How is the size of your current commitments by the way?

Could you disclose some names?                                                               21:47

▮                                                                                            21:49
Yes, ▮ several family offices, and several foundations and fund of funds are in

I don't have ability to share names beyond ▮                                                 21:49

We have $40 signed and 100m additional in commitments                                        21:49

**Ilya Perekopsky**                                                                          21:49
At least regions?)

▮                                                                                            21:49
Us, Europe, Asia

No Middle East yet :)                                                                        21:50

**Ilya Perekopsky**                                                                          21:50
Sounds good, do you need more?

▮                                                                                            21:50
In reply to this message
Yes that would be awesome :)

**Ilya Perekopsky**                                                                          21:50
I can make intro to a couple of Russians

I will talk to one tomorrow                                                                  21:50

▮                                                                                            21:50
In reply to this message
Sure great

**Ilya Perekopsky**                                                                          21:50
How is ▮

▮                                                                                            21:50
It is going well. I think he will likely do it

**Ilya Perekopsky**