# PX72

```
From:      Shyam Parekh [shyam@telegram.org]
Sent:      07/07/2019 23:16:32
To:        REDACTED - PERSONAL INFORMATION
Subject:   Re: Telegram Open Network Development Status Update
```

Hi [REDACTED]

thanks for your mail. We have seen these stories, but they are completely unconnected with Telegram. We have not commented publicly on the advice of counsel, but I would refer you to this article on Cointelegraph:

> https://cointelegraph.com/news/sale-of-telegrams-token-gram-on-exchange-liquid-is-not-official-source

regards

On Thu, 4 Jul 2019 at 14:31, REDACTED - PERSONAL INFORMATION wrote:

Hi Shyam,

Hope all is well, long time no speak!

I am sure you have seen the Gram Asia/Liquid exchange news about the impending listing and sale of Grams. I was just wondering what's the official Telegram position on this, considering that there are very strong and broad restrictions on transfer of Grams prior to official launch/listing.

Thanks in advance for your help.

Best regards,

[REDACTED - PERSONAL INFORMATION]

On 23 May 2019 10:58 pm, Shyam Parekh <shyam@telegram.org> wrote:

Dear [REDACTED]

We'd like to update you on the development and testing status of Telegram Open Network (TON).

The test phase of TON has been ongoing since late March, when independent teams started building and running smart contracts on a TON test node. We are happy to share that the testing process reaffirms our belief that the TON virtual machine and the TON-specific Byzantine consensus algorithm are capable of meeting the goals stated in the original White Paper.

The code and documentation necessary for building smart contracts and deploying them in a test version of TON Blockchain is available at https://test.ton.org/download.html.

Below we include a document describing Fift, a programming language specifically designed for creating and managing TON Blockchain smart contracts. This document further describes the TON technology, complementing the three technical documents we shared with you last year.

We are planning to launch the production network of TON in Q3 2019, with the exact date depending on the course of the test phase.

Kind regards,
Shyam

*\* This communication and the related attachments contain forward-looking statements, including statements of plans, objectives, expectations, development status, and intentions. Any number of*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

factors could cause actual results to differ materially from those contemplated by any forward-looking statements, including but not limited to the risks identified in Appendix B to the Primer.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER								TLGRM-007-00073539