# PX80



Sign in    Get started

BLACKMOON    ALL ARTICLES    MONTHLY DIGEST    EDUCATIONAL 101    ANNOUNCEMENTS    |    ASK US A QUESTION

# Blackmoon. Monthly Digest. November 2017

Blackmoon   Follow
Nov 15, 2017 · 9 min read



2018 is close approaching and the Blackmoon project is heading full steam ahead on track with the roadmap. Like everyone in our community we are excited about all upcoming milestones and as a team continue to actively prepare for probably the most exciting and challenging phase of the project : the launch of the first funds. This was a very busy month full of coding, architecturing, design, business development, lengthy emails, hours of teleconference calls and overnight flights. But we know that every step we take makes us closer to our goal.

Below is the summary of the developments since our last newsletter.

## Allen & Overy LLP agreement



A & O Headquarters in London

In order to ensure legal compliance, we signed Allen & Overy LLP (A&O) a few weeks ago. A member of the UK's Magic Circle of leading law firms, Allen & Overy is widely considered to be one of the world's most elite law firms, advising national and multinational corporations, financial institutions, and governments.

This agreement comes after careful consideration between our CEO, Oleg Seydak, and A&O's Partner from London (UK) office, Simon Toms. The plan is now to work together and continue building a solid legal platform which will serve as a backbone for all future funds which will operate on the Blackmoon Crypto Platform.

A&O first assignment is identification of the appropriate jurisdiction for the incorporation of the tokenized funds and corresponding corporate structure.

Bermuda, Gibraltar, Cayman Islands, Jersey ,UAE and The Isle of Man made it to the shortlist of target jurisdictions. A&O committed to deliver fully incorporated investment structure in the 1Q 2018 in line with Blackmoon Crypto roadmap.

We are proud to cooperate with such a notable company, since the legal compliance of tokenized investment vehicles is one of the pillars of our

### Meetings with the Asset Managers

While in London, Blackmoon founders Oleg Seydak and Ilya Perekopsky accompanied by our advisors Nicolas Tranter and John Hyman had another set of meetings with the asset managers. During these advanced negotiations, our executive team was discussing the details of the potential cooperation.

As the result of these meetings, we expect to sign several MoU's (Memorandum of Understanding) with established asset managers. Stay tuned for the updates to follow.

### Other meetings in London

As during the previous trip the executive team had a very productive advisory board meeting to fine tune the onboarding strategy. Also Blackmoon Crypto had several meetings with other top tier legal companies in London which expertise in working with crypto currencies. Because, when building a financial product, no matter how you look at it, you can never have too much of legal advice.

During all these meeting Oleg and Ilya were accompanied by our recent hire Moshe Joshua, who joined Blackmoon Crypto as a Chief Product Officer.

### Blackmoon Team Core Member: We are growing stronger

Our core team is growing and this month we are glad to present to you our new Chief Product Officer, Moshe Joshua. We are excited to see him join our team, and with no time to waste Moshe has started to integrate into our project and vision.



Moshe Joshua, Chief Product Officer Blackmoon Crypto

Moshe Joshua has been providing innovative software solutions and tools for a host of novel and unconventional companies for over 20 years. Moshe is a recognized leader in the many industries he works with creating the de-facto standards for many of those areas. Overall Moshe Joshua has a strong background developing derivative market management systems for a number of banks and systems.

At Blackmoon, Moshe's unique background and skill-sets in blockchain systems, coupled together with a history as a Wall Street operator, supports a strategy, focus and vision to bridge the crypto universe and the traditional investment market and create a seamless way to tokenize real world investment funds within a unified tool that brings the advantages of both the fiat and crypto worlds to investors.

Responsible for all technology architecture, design and development and entire project lifecycles, he's consulted for many companies in the financial arena including new ventures, hedge-funds, large international banks, and specialized niche trading firms. Moshe has developed high frequency arbitrage systems to trade cross-border securities markets in Brazil, India, Dubai, Singapore and Europe.

It is important to mention that Moshe has recently been active developing crypto wallet systems, crypto market making bots, and was the lead contributor to Ripple's FX market making product line.

Linkedin Profile: Moshe Joshua

### Development

On the IT development side we are keeping the pace with the business

development efforts. Smart Contracts for the fund development are well on track. Our IT Team has been actively developing both general and technical design, preparing final drafts of smart contracts. KYC seems to be one of the most important parts of it. We chose to make KYC integration inside a Smart Contract and work hard on the necessary specifications.

We emphasise the user experience and the friendliness of the interfaces. Therefore the development of the interfaces for the fund token holders, fund tokenization and continuous contributors is carried out in a close collaboration between Oleg (CEO), Sergey (COO), Ilya (CTO) and Moshe (CPO). UI and UX development is scheduled to be finalized by the the end of November. In line with the roadmap we plan to introduce the first version of the product in the beginning of the 1Q2018.

In a parallel fashion we are finalizing the brand new Blackmoon Crypto website.The UX/UI has been tested and approved, as mentioned earlier, on the main page there will be a section reserved for a twitter like news feed. The website is now in staging production and expected launch is November 27th. Here is a teaser on the new design:



Blackmoon new website design teaser

## BMC price dynamics and BuyBack results



Exchange rate at 2017–11–15

Since our last report on October 12, 2017, one can single out several periods in the BMC price dynamics. During the first period between twelfth and twenty fifth of October the BMC price fluctuated around $0.8 buyback level. Arbitrage opportunities were not uncommon and naturally were exploited by the market participants who bought below $0.8 to fix the profit, when using buyback.

On October 25th the buyback problem was completed. During the buyback program, we bought back approximately 35% of all tokens which were sold during the token sale (both main and pre-order). This is an equivalent of about USD 11M in tokens as at the tokens sale price. The buyback has thus caused the overall circulating amount of BMC to decrease substantially, which is what was expected. One of the reason why we believe that the buyback reserved depleted at the pace that it did is because of the rise in liquidity that was sparked by the BTC dominance index. In other words, it just so happened that BTC skyrocketed while the buyback program was in full swing.

Thereafter the BMC price went down and bottomed out on November 2nd

at $0.58 level. Since then the price has been growing with two pronounced attempts to break through the $0.67 level on November 10 and November 14.

We believe that currently in the absence of any negative news and the company being on track with the roadmap the majority of trades are conducted by technical traders. And positive news releases would have a supportive impact to the token price.

### Blackmoon Crypto: Events and Conferences

This autumn is definitely rich in events in crypto world. Our Team has recently visited *Decentralized 2017* in Cyprus, *Blockchain Week* in Moscow and our COO Sergey Vasin even took part in a radio talk show called "Life after ICO" by ICOmetrics.

### Ilya Perekopsky as speaker @ Blockchain Week

October, 27 2017 our co-founder Ilya Perekospky was a speaker at Russian Blockchain Week 2017. He made a speech "ICO as a way to attract money to a start-up" and had a lot of success at the event.


Ilya Perekopsky, Co-Founder Blackmoon Crypto

### Sergey Vasin as host @ ICOmetrics

Sergey described BMC's day-to-day activities before/during/after an ICO as running an ultramarathon: "I will try to tell you whether there is life after ICO. This is a non-stop marathon. One might be thinking to himself: 'Thank God, we've done an ICO, we've finished the race." Only to find out later that it wasn't a marathon you were running but an ultra marathon: 90 km up the hill… You wipe the sweat and carry on"


Sergey Vasin, COO Blackmoon Crypto

### Media & Coverage

In addition to participation in the events, which we purposefully downscaled in order to focus on business development, Blackmoon Crypto and executive team received nice coverage in the media.

The Merkle was working on an article about why companies are choosing to have ICOs, and it featured Blackmoon in a summary article of 10 companies doing just that!

Here is Oleg's quote from the article:

"One of our main value propositions is to bring together the 'best of both

worlds' for both crypto and traditional asset managers. Set a benchmark in future crypto funds that would launch with ICO to enable it and would attract more crypto investors who have a clearer understanding of the advantages blockchain technology can bring to the industry."

Oleg Seydak gave very precise comments to Forbes Russia . CEO and co-founder of Blockchain platform Blackmoon Crypto Oleg Seydak is positive that authorities see ICO's both as threats and opportunities. "If this wasn't true, then their behaviour would be different from its present state in between "allow" and "ban". At the same time as it often happens authorities are better at spotting risks rather than opportunities", — Oleg says during his interview with Forbes. Seydak pays serious attention to competencies issues in the state organisations which are dealing with cryptocurrencies. "They are torn between desires. Unfortunately, authorities do not have enough knowledge basis to deal with visible risks. And the expert society is decentralised, and it avoids any direct dialogue as it doesn't expect to find support and understanding", — he explains.

Ilya Perekopsky's wrote an educational article for RBC (Russian Information Agency) "The party's over. Why ICO market can not exist using the previous model". The main Ilya's message is that the quality of successful ICO's is gradually falling down versus its growth in quantity. And urges established players like Telegram to perform an ICO to solidify crypto investors and bring in new investors from traditional realm.

Below are the links to our recently published articles on Medium:

➤ Fund Administrators. The Backbone of Asset Management

➤ One small step for Asset Management, One giant leap for the Industry

➤ Blackmoon Crypto signs Allen & Overy LLP

➤ The Crypto Ecosystem, v2

**Our plans for November — December**
➤ We will continue working on interfaces and smart contracts with the goal to release early 1Q-2018.

➤ Your opinion is important for us! This month we will launch a survey on the website to collect the data on the fund preferences soon to be created on the Blackmoon Crypto platform. Participants will be able to choose from different types of funds (from traditional stock market to alternative investments in art) and compare the pros and cons. This survey will also gauge the monetary demand for the preferred type of fund. We will use the results of the survey to guide our efforts in the fund on-boarding process and prioritise existing pipeline.

➤ Our CEO Oleg Seydak and Co-Founder Ilya Perekopsky will be attending the Crypto Valley Conference on Blockchain Technology which will take place November, 20–22 in Zug,Switzerland

➤ Our CEO Oleg Seydak will be attending Blockshow Asia 2017 by CoinTelegraph which will take place November, 29–30 in Singapore

➤ Our CPO Moshe Joshua is participating in Coin Desk event Consensus Invest November, 28 in New York.

➤ Other exciting activity includes launching our first webinar the upcoming Thursday 16th of November at 21.00 (GMT +3) hosted by a Crypto Blogger and Enthusiast Asger Folmann. More details on these and other events we will continue to post via all our social media channels.

➤ Most importantly we are working with the asset managers to sign MoU for the first external fund manager to join the platform.

Please stay tuned.

. . .

Handy links to stay tuned to our updates:

- telegram chat: https://t.me/blackmooncrypto,

- Blackmoon digest: https://medium.com/blackmoon-digest,

- parent company website: blackmoonfg.com.

Blockchain    Cryptocurrency    Fintech    Finance    Monthly Digests

352 claps

---

WRITTEN BY

**Blackmoon**    Follow

Blackmoon Trading Platform provides its users with the opportunity to trade 20+ assets and 50+ trading pairs.

---

**Blackmoon**    Follow

New Crypto Trading Horizons

---

See responses (2)

---

**More From Medium**

More on Cryptocurrency from Blackmoon



**Blackmoon digest. November 2019**

Blackmoon in Blackmoon
Dec 6 · 3 min read

More on Cryptocurrency from Blackmoon

**Blackmoon launches a series of trading competitions — TradingFest**

Blackmoon in Blackmoon
Dec 2 · 2 min read

More on Blockchain from Blackmoon

**VIP Program Launched. BMC Utility Expanded**

Blackmoon in Blackmoon
Nov 19 · 3 min read    45

---

**Discover Medium**

Welcome to a place where words matter. On Medium, smart voices and original ideas take center stage - with no ads in sight. Watch

**Make Medium yours**

Follow all the topics you care about, and we'll deliver the best stories for you to your homepage and inbox. Explore

**Become a member**

Get unlimited access to the best stories on Medium — and support writers while you're at it. Just $5/month. Upgrade

**Medium**    About    Help    Legal



# New Crypto Trading Horizons

Trade cryptocurrencies and tokenized assets on a secure & audited platform.

**Get Started**

| | VIP Program Launched! Enjoy lower trading fees and higher rewards | We accept Credit Cards | Secure Security audit by Big 4 firm |

| BTC/USDC +0.88% 7,276.62 | ETH/USDC +0.66% 144.87 | ETH/BTC -0.21% 0.019909 | BMC/USDC -0.00% 0.12 |

**All**  Top Gainers  Top Losers

BTC  ETH  BMC  EUR  TUSD  USDC    Search

| Name | | Last price | Change (24h) | Price Graph (7d) | Volume (24h) |
|---|---|---|---|---|---|
| ZEC | Zcash | 0.004536 ≈ $ 33.00 | +5.34% | | 262,856.5 |
| XRP | XRP | 0.000030 ≈ $ 0.21 | -0.87% | | 39,144,510 |
| XLM | XLM | 0.000007 ≈ $ 0.05 | +0.55% | | 0 |
| LTC | Litecoin | 0.006096 ≈ $ 44.35 | +1.14% | | 81,553.56 |
| ETH | Ethereum | 0.019909 ≈ $ 144.87 | -0.21% | | 62,162.52 |
| DASH | Dash | 0.006956 ≈ $ 50.60 | +0.21% | | 0 |
| BSV | BitcoinCash SV | 0.015050 ≈ $ 119.29 | 0.0% | | 0 |
| BMC | Blackmoon Coin | 0.000016 ≈ $ 0.12 | -0.97% | | 0 |
| BCH | Bitcoin Cash | 0.029172 ≈ $ 212.22 | +1.67% | | 1,431.4 |
| BAT | Basic Attention Token ERC20 token | 0.000026 ≈ $ 0.19 | +8.34% | | 23,182,400 |



## VIP Program

Depending on the VIP Level, you receive extra privileges, including lower trading fees, higher rewards in the referral program and bonuses during special events.

**Learn more**

## Card Deposits

Use your credit card to buy bitcoin, ethereum and other cryptocurrencies.

## Professional trading

Advanced trading interface. Be a pro.





privileges, including lower trading fees, higher rewards in the referral program and bonuses during special events.

Learn more

## Card Deposits

Use your credit card to buy bitcoin, ethereum and other cryptocurrencies.

## Professional trading

Advanced trading interface. Be a pro.



 BLACKMOON

©2019 Blackmoon Financial Group. All rights reserved.

Due to the fact that cryptocurrency markets are unregulated and decentralized, the provision of our services is not governed by any specific regulatory framework or investor protection rules. Investment in cryptocurrencies carries high degree of risk and volatility and is not suitable for every investor; therefore, you should not risk the capital you cannot afford to lose. Please consult an independent professional financial or legal advisor to ensure the product meets your objectives before you decide to invest. Under no circumstances shall Blackmoon have any liability to any person or entity for (a) any loss or damage in whole or part caused by, resulting from, or relating to any transactions related to the Sets or (b) any direct, indirect, special, consequential or incidental damages whatsoever.

Please consider our Risk Disclosure, Blackmoon Terms and Conditions before using our products. Social media posts about Blackmoon platform are generated by members of Blackmoon community and do not contain advice, recommendations or solicitation on behalf of Blackmoon. You are not permitted to use, alter or reproduce or distribute any of Blackmoon images and/or content, including but not limited to text, graphics, video, audio, software code, interface design or logos without our prior written consent.

Telegram

Don't have **Telegram** yet? Try it now! >



## Blackmoon Community

149 members

**VIEW IN TELEGRAM**

Preview channel

 **Medium**

# 404

## We couldn't find this page.

Search Medium

Search

Maybe it's out there, somewhere...
You can always find insightful stories on our homepage.

### Still feeling lost? You're not alone.

Enjoy these stories about getting lost, losing things, and finding what you never knew you were looking for.

Applause from Medium Staff

**Getting Lost in Canada**

John Francis Peters
Aug 9, 2018 · 5 min read

Applause from Medium Staff

**To Anyone Who Has Lost Themselves**

Jamie Varon
Jan 4, 2016 · 6 min read

Applause from Medium Staff

**Three Things I Lost**

Priya
Apr 27, 2017 · 3 min read

BLACKMOON

HOW IT WORKS    TECHNOLOGY    NEWSROOM    CONTACTS    🔒 Login



# Marketplace Lending as a Service
## MPLaaS

| 6 | 9 | 13 | 325,723 | $15,083,465 |
|---|---|----|---------|-------------|
| Currencies | Countries | Originators | Cumulative loans assigned | Facilitated last month |



## Institutional Investors

### Access to diversified loan portfolios



## Balance Sheet Lenders

### Access institutional funding via marketplace approach

Blackmoon MPLaaS platform empowers Balance Sheet Lenders
to expose their portfolios to marketplace lending investors

---

 NEWS

### New loan originator joins Blackmoon

6 Jun '17

Loan originator from Poland joined Blackmoon Lending Marketplace. The company offers consumer installment loans. The company has a dense network branches all over the country and more than 18 years of track record.

 NEWS

### New loan originator joins Blackmoon

18 May '17

Loan originator from Russia joined Blackmoon Lending Marketplace. The company offers car leasings to the consumers.

 NEWS

### New loan originator joins Blackmoon

17 May '17

Loan originator from Latvia joined Blackmoon Lending Marketplace. The company offers auto loans to the consumers.

**MORE NEWS**

---

   

"Blackmoon announced its latest round of funding"

"Marketplace lenders and banks can benefit by taking a lesson from the other's playbook"

"Regulation as an essential element of the marketplace lending industry's maturation"

"Overview of online lending industry: past turbulence and future full of opportunities"

**MORE PUBLICATIONS**

---

© 2014–2017
**Blackmoon Financial Group, BreakingFin Management LTD**
All rights reserved.

info@blackmoonfg.com