# PX81

| | |
|---|---|
| From: | Moshe Joshua [moshejoshua@gmail.com] |
| Sent: | 16/11/2017 12:48:08 |
| To: | ███████████████ |
| CC: | Ilya Perekopsky [perekopsky@telegram.org]; Oleg Seydak [ceo@blackmooncrypto.com] |
| Subject: | Telegram ICO - NDA |

Hi Andrew,

I hope all is well. I am sending you here an NDA for Telegram.  They are planning a private capital raise and ICO related to their upcoming new technology (TON).  I believe this is a one-of-a-kind opportunity, tailored to your investment views and current focus, one I am personally going to be investing in myself, otherwise I would not be sending this email (as I have never before solicited investments).  Once the NDA is signed and returned, I will be able to follow up with some additional documents and information, including Telegram's initial white-paper on their planned private capital raise

Also, I have cc'd here Ilya Perekopsky, Telegram's Chief Investment Adviser, who is in charge of managing the capital raise.  Please feel free to ask any questions you may have, and I will follow-up with the additional information upon receipt of the signed NDA.

Ilya: Andrew and I have recently met.  He is an investment manager for ███████████████████ a family office, focused on alternative lending and ongoing buyouts of novel companies.  Most recently Andrew and I have been talking about a lending desk for Bticoins to offer institutions a true, asset-backed, crypto-short market.

Regards,


--

Moshe Joshua

Phone:  917-719-6656
Email:  moshejoshua@gmail.com