# PX82

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** 17/11/2017 08:54:52
**To:** Ilya Perekopsky [perekopsky@telegram.org]
**CC:** Moshe Joshua [moshejoshua@gmail.com]; Oleg Seydak [ceo@blackmooncrypto.com]
**Subject:** Re: Telegram ICO - NDA
**Attachments:** image002.gif

Moshe, many thanks for the introduction!

Morning gents,

First, thank you for sharing your lovely opportunity! Telegram is a great tool and I am quite certain that your new venture is likely to be even greater.

Please find attached the signed NDA and kindly send over as much information as possible. I am starting a roadshow for one of my ventures this coming Monday in Shanghai, HK and Tokyo and that will be an excellent opportunity for me to sniff around as well as talking to my own partners about an investment in your pre-ICO.

Looking forward to your earliest reply,
Thanks - ▓▓▓▓▓

---------------
Best regards,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Brooklyn, NY 11229, USA.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
======================================================================
*The information in this message including any attachments may be confidential or privileged and is for the use of the named recipient only. If you are not the named or intended recipient you may not copy, distribute, or deliver this message to anyone or take any action in reliance on it. If you receive this message in error please contact the sender immediately and delete it from your system.*
======================================================================

Please consider the environment before printing....save paper....save trees...!!!

On Thu, Nov 16, 2017 at 12:28 PM, Ilya Perekopsky <perekopsky@telegram.org> wrote:
Moshe, thank you for the introduction and strong confidence in our success

▓▓▓▓▓▓ nice to meet you

Indeed Telegram is planning a little revolution in blockchain industry. If you are interested to participate, would be happy to discuss after the NDA is signed. Sorry for formality but we are trying to stay out of public for the next 2 months.

On 16 Nov 2017, at 12:49, Moshe Joshua <moshejoshua@gmail.com> wrote:

Hi ▓▓▓▓▓▓

Per our conversation yesterday, I am sending you the Telegram NDA, attached. Once signed and returned, I will be able to follow up with some additional documents and information, including Telegram's initial white-paper on their planned private capital raise and ICO related to their upcoming new technology (TON).

Also, I have cc'd here Ilya Perekopsky, Telegram's Chief Investment Adviser, who is in charge of managing the capital raise. Please feel free to ask any questions you may have, and I will follow-up with the additional information upon receipt of the signed NDA.

Ilya: As of a few weeks ago,  was Bancor's COO, and will be a good resource for us to network with and present to investors, as well as a potential investor himself.

--

Moshe Joshua

Phone: 917-719-6656
Email: moshejoshua@gmail.com

&lt;NDA_TG_171113.doc&gt;