# PX83

| | |
|---|---|
| From: | Moshe Joshua [moshejoshua@gmail.com] |
| Sent: | 16/11/2017 11:59:01 |
| To: | |
| CC: | Ilya Perekopsky [perekopsky@telegram.org]; Oleg Seydak [ceo@blackmooncrypto.com] |
| Subject: | Telegram ICO - NDA |

Hi

I hope all is well. I am sending you here an NDA for Telegram. They are planning a private capital raise and ICO related to their upcoming new technology (TON). I believe this is a one-of-a-kind opportunity, tailored to your investment portfolio, one I am personally going to be investing in myself, otherwise I would not be sending this email (as I have never before solicited investments). Once the NDA is signed and returned, I will be able to follow up with some additional documents and information, including Telegram's initial white-paper on their planned private capital raise. I have also attached here the teaser, briefly describing what's to come.

Also, I have cc'd here Ilya Perekopsky, Telegram's Chief Investment Adviser, who is in charge of managing the capital raise. Please feel free to ask any questions you may have, and I will follow-up with the additional information upon receipt of the signed NDA.

Ilya: ▓▓▓▓ is an active investor in the blockchain space, as well as founder of a few companies that I have been fortunate enough to have been a part of these past few years.

Regards,

--

Moshe Joshua
Phone: 917-719-6656
Email: moshejoshua@gmail.com

