**PX84**

**From:**
**Sent:** 16/11/2017 18:06:19
**To:** Moshe Joshua [moshejoshua@gmail.com]
**CC:** Ilya Perekopsky [perekopsky@telegram.org]; Oleg Seydak [ceo@blackmooncrypto.com]
**Subject:** Re: Telegram ICO - NDA

Wow -- very exciting.  Thanks for looping me in, Moshe, and happy to see how I can help out here.

Ilya and Oleg -- great to meet you both virtually. I've reviewed about 50 ICOs in the past month or so, and this really looks like it's on a different level.  I'm eager to see the white paper, and get a better sense of your timeline.

Please see the NDA attached.

Cheers



On Thu, Nov 16, 2017 at 3:07 PM, Moshe Joshua <moshejoshua@gmail.com> wrote:

It goes without saying that this information is confidential.  Please do not distribute and/or share.

Thanks.

On Thu, Nov 16, 2017 at 6:59 AM, Moshe Joshua <moshejoshua@gmail.com> wrote:
Hi

I hope all is well. I am sending you here an NDA for Telegram.  They are planning a private capital raise and ICO related to their upcoming new technology (TON).  I believe this is a one-of-a-kind opportunity, tailored to your investment views and current focus, one I am personally going to be investing in myself, otherwise I would not be sending this email (as I have never before solicited investments).  Once the NDA is signed and returned, I will be able to follow up with some additional documents and information, including Telegram's initial white-paper on their planned private capital raise.  I have also attached here the teaser, briefly describing what's to come.

Also, I have cc'd here Ilya Perekopsky, Telegram's Chief Investment Adviser, who is in charge of managing the capital raise.  Please feel free to ask any questions you may have, and I will follow-up with the additional information upon receipt of the signed NDA.

Ilya: is an active investor in the blockchain space, as well as acting as advisor and consultant to up-and-coming ICOs.

Regards,

--

Moshe Joshua
Phone: 917-719-6656
Email: moshejoshua@gmail.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-017-00000007

--

Moshe Joshua

Phone: 917-719-6656
Email: moshejoshua@gmail.com



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                 TLGRM-017-00000008