# PX85

| | |
|---|---|
| From: | Moshe Joshua [moshejoshua@gmail.com] |
| Sent: | 13/12/2017 20:44:57 |
| To: | ▮▮▮ |
| CC: | Ilya Perekopsky [perekopsky@telegram.org]; Oleg Seydak [ceo@blackmooncrypto.com] |
| Subject: | Re: Telegram ICO - NDA |
| Attachments: | 384C57C4-25A0-43D0-83A6-6A565A7D7F25.png |

Hi ▮▮▮

Thank you for signing the NDA related to the Telegram planned capital raise.

Attached you will find the two prepared whitepaper documents for your review. Take note that these files are password protected. To maintain security protocol, I will send you the password in a separate email.

Please be cognizant of your responsibility related to the NDA, and do not share these documents with anyone. They are for your eyes only.

All the best. Regards,


On Sun, Nov 26, 2017 at 9:59 AM ▮▮▮ wrote:
Hi Moshe,

Please find attached signed NDA by ▮▮▮ and ▮▮▮

Thanks!


With kind regards,


▮▮▮
Executive Assistant, 500 Startups

www.500.co


On November 24, 2017 at 8:05:57 PM, ▮▮▮ wrote:
Moshe - ▮▮▮ will help and send you our signed NDAs.

Thanks for your help! Happy Thanksgiving!

▮▮▮

On Nov 22, 2017 3:50 PM, "Moshe Joshua" <moshejoshua@gmail.com> wrote:
Hi ▮▮▮ Hi ▮▮▮

I'm sorry, but I think you forgot to attach the signed NDA.

On Tue, Nov 21, 2017 at 10:55 PM, ██████████ wrote:
Ilya & Oleg,

Happy to sign NDA. It is exciting for Telegram to build a wallet/custodial service.

What is the timing for pre-sale?

Cheers,
██

On Wed, Nov 22, 2017 at 11:30 AM, ██████████ wrote:
gday Ilya, Oleg and Moshe,

please find my signed NDA for myself/investment firm ██████ Also cc:d here is my partner on investing ██████ who will send in her own NDA.

Look forward to hearing more and hopefully participating in the ICO. I have other strategic projects that use Telegram and that would benefit from the integration of a token based currency.

Happy to discuss,

cheers,

██

On Thu, Nov 16, 2017 at 3:59 AM, Moshe Joshua <moshejoshua@gmail.com> wrote:
Hi ██

I hope all is well. I am sending you here an NDA for Telegram. They are planning a private capital raise and ICO related to their upcoming new technology (TON). I believe this is a one-of-a-kind opportunity, tailored to your investment portfolio, one I am personally going to be investing in myself, otherwise I would not be sending this email (as I have never before solicited investments). Once the NDA is signed and returned, I will be able to follow up with some additional documents and information, including Telegram's initial white-paper on their planned private capital raise. I have also attached here the teaser, briefly describing what's to come.

Also, I have cc'd here Ilya Perekopsky, Telegram's Chief Investment Adviser, who is in charge of managing the capital raise. Please feel free to ask any questions you may have, and I will follow-up with the additional information upon receipt of the signed NDA.

Ilya: ██ is an active investor in the blockchain space, as well as founder of a few companies that I have been fortunate enough to have been a part of these past few years.

Regards,

--

Moshe Joshua
Phone: 917-719-6656

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    TLGRM-004-00000021

Email: moshejoshua@gmail.com



--

Moshe Joshua

Phone: 917-719-6656
Email: moshejoshua@gmail.com



--

Moshe Joshua

Phone: 917-719-6656
Email: moshejoshua@gmail.com