# PX86

| | |
|---|---|
| From: | Moshe Joshua [moshejoshua@gmail.com] |
| Sent: | 16/11/2017 11:51:32 |
| To: | ███████████████████  ███████████████████ |
| CC: | Ilya Perekopsky [perekopsky@telegram.org]; Oleg Seydak [ceo@blackmooncrypto.com] |
| Subject: | Telegram ICO - NDA |

Hi ███████████

I hope all is well. I am sending you here an NDA for Telegram. They are planning a private capital raise and ICO related to their upcoming new technology (TON). I believe this is a one-of-a-kind opportunity, one I am personally going to be investing in myself, otherwise I would not be sending this email (as I have never before solicited investments). Once the NDA is signed and returned, I will be able to follow up with some additional documents and information, including Telegram's initial white-paper on their planned private capital raise.

Also, I have cc'd here Ilya Perekopsky, Telegram's Chief Investment Adviser, who is in charge of managing the capital raise. Please feel free to ask any questions you may have, and I will follow-up with the additional information upon receipt of the signed NDA.

Ilya: ███████████ and I known each other personally for a while. ███████ manages a primary-market software for securities based crowd-funding platform, and works together with his partner █████ who runs █████ Agents managing securities reporting requirements for both private and public companies. ███████ and █████ are both active participants in novel investments, including ICOs, and have been hugely successful in a number of ventures.

Regards,

--

Moshe Joshua

Phone: 917-719-6656
Email: moshejoshua@gmail.com

