# PX87

| | |
|---|---|
| **From**: | ███████████████████████████ |
| **Sent**: | 05/01/2018 08:24:38 |
| **To**: | ███████████████████ moshejoshua@gmail.com; Oleg Seydak [oleg@blackmoonfg.com]; johnhyman2@icloud.com; perekopsky@telegram.org |
| **CC**: | ███████████████████████████ |
| **Subject**: | Re: Updated invitation: ████>Telegram \| Informal Meet & Greet @ Wed Jan 10, 2018 5am - 6am (EST) ███████████████████ |

Thanks. As I will Be traveling in the next few days, kindly keep ████████ in the loop. Thank you very much !

--


On 5 January 2018 at 3:55:13 AM, Moshe Joshua (moshejoshua@gmail.com) wrote:

This event has been changed.

**more details »**
**AID<>Telegram | Informal Meet & Greet**

| | |
|---|---|
| When | Changed: Wed Jan 10, 2018 5am – 6am Eastern Time |
| Where | Novikov Restaurant & Bar, 50A Berkeley St, Mayfair, London W1J 8HA, UK (map) |
| Calendar | ███████████████████ |
| Who | • Moshe Joshua - organizer |
| | • perekopsky@telegram.org |
| | • ███████████████████ |
| | • Oleg Seydak |
| | • ███████████████████ |
| | • johnhyman2@icloud.com |

A casual and friendly pre-meeting for this group to meet and greet each other.
Going?
**Yes** - **Maybe** - **No** more options »

Invitation from Google Calendar
You are receiving this courtesy email at the account kwu@aidpartners.com because you are an attendee of this event

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://www.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.