# PX88

| | |
|---|---|
| **From**: | Moshe Joshua [mjoshua@blackmooncrypto.com] |
| **Sent**: | 06/06/2018 10:32:30 |
| **To**: | Ilya Perekopsky [perekopsky@telegram.org] |
| **CC**: | Oleg Seydak [oleg@blackmoonfg.com] |
| **Subject**: | Telegram Biz-Dev | Action Items |

Hi Ilya,

Following our in-person conversations in Helsinki, I am listing here some action items and an agenda that I believe I can take immediate responsibility for, and push forward with. I am trying to keep this message short, and can expand on each item below as needed.

As I mentioned this will be easier and more powerful with an official Telegram title (ie: with @telegram email and a formal agent relationship in place). It goes without saying that once I open these forms of communication officially, I expect the weight of responsibility to grow.

To start, wherever possible we will use Blackmoon's resources and expertise, either personal or from the team, insuring that Telegram receives the best possible services and the loudest names in the industry as partners. Going forward I would only ask Telegram to provide its relationship contacts, and I would introduce myself and take it from there.

Please let me know your thoughts, either as response to this email, and/or on a follow-up call, as I cannot kickstart any of this without your go-ahead (obviously).

SUMMARY OF BIZ-DEV RESPONSIBILITIES
- I believe each of these responsibilities listed below to be a distinct functional workflow.

　　1. Market-Making/Liquidity-Providers
　　　　- I can and will negotiate and sign an incentive program with the chosen few. At a minimum, we currently need feedback on what incentive program will work; and/or if its required at all.

　　2. Connect with Banks and Payment Providers
　　　　- Either via credit-cards, e-money, or bank accounts Fiat cash onboading and withdrawals.

　　3. Negotiate With Crypto Exchanges
　　　　- Telegram Passport integration for instant pass-through exchange accounts.
　　　　- Automated KYC sharing and two-way compliance strategic partnerships.

　　4. Investor Relations
　　　　- Your existing set of investors each have a view of how-and-what they want to use TON for. We will need to listen, communicate and respond to each of them.
　　　　- Work with existing Round1/Round2 Gram owners towards a smoother liquidation.

　　5. Ongoing TON Projects Communications
　　　　- We will need to seed, incentivize, support and promote this community of developers.
　　　　- TON's customers are technical app creators, not the general public. Telegram's responsibility is to ensure a robust and lively development community for TON-based projects.

　　6. Competitive Events Panning and Coordination
　　　　- In order for TON to be the one-blockchain-to-rule-them-all, we will need to prove out other competing services, and provide a Maker Faire environment for those TON adopters to shine.

--



**Moshe Joshua**
Chief Product Officer
917.719.6656 • mjoshua@blackmooncrypto.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER TLGRM-022-00000008