# PX89





FOIA CONFIDENTIAL TREATMENT REQUESTED BY



FOIA CONFIDENTIAL TREATMENT REQUESTED BY



## About

- Swiss Digital Group AG is licensed in Switzerland to operate and transact with cryptocurrencies (VQF member no. 100617).
- Gram Vault is a joint venture of representatives of a few of the largest investors in the Telegram Open Network (TON) that invested over $600 mil in both rounds of the deal.
- The main purpose of Gram Vault is to provide the best in class services to the original holders of Grams.
- Gram Vault utilizes unique resources and expertise of its founders including a network of financial service providers and blockchain development teams.

- Gram Vault founders have been involved in preparation and execution of the TON investment deal since June 2017 and participated in all stages, starting from the idea to the closing of the second investment round.
- At launch Gram Vault intends to provide its services to holders of more than 50% of all Grams in circulation and more than 80% of Grams from the second investment round.
- Gram Vault utilizes an institutional-grade digital asset storage solution developed by Taurus Group, Switzerland. The solution employs FINMA 3 lines of defense, strict segregation of duties and execution in HSMs located in tier-3 data centers.
- Geneva Management Group is a strategic partner of Swiss Digital Group for portfolio management, banking and financial structuring of fiat exposure.



| June 2017 | November 2017 | January 2018 | March 2018 | June – December 2018 | December 2018 |
|---|---|---|---|---|---|
| Original idea of the TON and Grams by Pavel Durov. Gram Vault founders become advisers to the Telegram on its tokens sale | Gram Vault founders participated in preparation of the TON documentation and communication with investors | TON 1st investment round closing | TON 2nd investment round closing | A set of meetings with the Telegram team. Consolidation of positions of a few largest investors and preparation for the launch of Gram Vault | Gram Vault is founded by a group of 5 founding partners representing interest of more than $600 mil invested in Grams |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY





# Elements of our end-to-end solution

 **Safekeeping**

- The only highly secured storage specifically designed for Grams
- No single point of failure — keys are split between user, Grams Vault and trustee
- Training and operational procedures for the holder's internal divisions and servicers

 **Financial services**

- Cooperation with licensed institutions and banks to facilitate frictionless cash-out and trading of Grams
- Crypto and traditional asset management
- Prime-brokerage services
- Holdings valuation and reporting for accounting and tax purposes

 **Liquidity aggregation**

- Integration with all significant crypto exchanges
- OTC desk and cooperation with a wide network of OTC brokers
- Direct deals with funds, market makers, exchanges and private investors

 **TON specific services**

- Staking: up to 20% annual income on Grams by participating in the Validation pool of the Telegram Open Network
- Omnibus accounts (Mixing): breaking identifiable chain of blocks within TON to protect clients' privacy

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮





## Founders



**Oleg Seydak**

Founder and CEO of Gram Vault and Blackmoon Financial Group. 15 years of experience in managing financial technology companies and private investment vehicles, including VC firm, fixed-income fund and algorithmic trading. One of the initial advisers to Pavel Durov during the Telegram Open Network placement.



**Michel Lejnev**

Managing Director of a multibillion family trust overseeing public and private equity investments. 22 years of experience in asset allocation, investments and international commerce.



**John Hyman**

Chief Investment Advisor of Telegram Open Network placement. 30 years of experience in investment banking and asset management, holding senior positions, including Head of Capital Markets and Member of the Global Management Committee at Morgan Stanley and Co-Chief Executive Officer, and Chairman of Renaissance Capital.



**Alexander Filatov**

Co-founder of Genesis Holding a private equity and VC firm, managing investments in IT, financial services, real estate and industry. 25 years of experience in corporate management, including CEO positions in major industrial companies.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY





FOIA CONFIDENTIAL TREATMENT REQUESTED BY



## Staking

**Seamless staking of new Grams on behalf of clients.**

Staking is a meaningful income stream with economies of scale. Gram Vault users will be able to participate in the staking pool to receive income on their Gram holdings through the Proof of Stake algorithm.

According to the original whitepaper of the Telegram Open Network, staking operations may generate up to 20% of the yearly income on Grams

Gram Vault has been the first to announce a staking pool in the Telegram Open Network.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY





FOIA CONFIDENTIAL TREATMENT REQUESTED BY

# Holistic approach to value delivery

 

Swiss Digital Group AG, the operator of Gram Vault, is a Swiss-regulated company. VQF number 100617.



Institutional-grade digital asset storage solution with hardware to hardware security and FIPS Level 3 HSM provided by Taurus Group SA.



Banking, investment and wealth management solutions are provided in collaboration with Geneva Management Group, a Swiss-based institutional asset manager.

Page 14

FOIA CONFIDENTIAL TREATMENT REQUESTED BY



