# PX90

CONFIDENTIAL FOIA TREATMENT
TED BY CIRCLE AND POLONIEX

**Sergey Vasin**
to me, Onboarding

3:50 PM (42 minutes ago)

Hi, Doris, thanks for bringing this up. Looks like I did something wrong in Virtu and you haven't received the proof of funds. Please, find attached the proof of funds as well as IBAN certificate. To my regret, UBP doesn't show the name of the company on account statement.

Best regards,
Sergey

On Tue, Aug 13, 2019 at 10:13 AM Doris Lee <dlee@circle.com> wrote:
> Hi Sergey,
>
> Thank you for following up on this.
>
> Looking into our records we seem to be just missing a proof of funds of at least 100k in the entity name, dated within 90 days. Once we receive this and submit this to our compliance team on your behalf, you should be good to go.
>
> Best,
> Doris
>
> -
> Sales and Relationship Management
> Circle

POLO00

CONFIDENTIAL FOIA TREATMENT REQUESTED BY CIRCLE AND POLONIEX

# STATEMENT OF ACCOUNT

FOR THE PERIOD FROM  01.06.2019 TO 16.07.2019 - ESTABLISHED THE 17.07.2019

**Current account** ▊▊▊▊ **IN USD*** - FROM  01.06.2019 TO 16.07.2019

* Account in the reference currency of the portfolio

**Current account No** ▊▊▊▊ **IN CHF** - FROM  01.06.2019 TO 16.07.2019

| Date | Text | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 10.07.2019 | MICHEL LEJNEV/SHAREHOLDER'S CAPITAL CONTRIBUTION | 10.07.2019 | | 54,400.00 | 73,054.70 |
| 16.07.2019 | GENESIS DIGITAL LTD//RFB//INVESTMENT IN SWISS DIGI | 15.07.2019 | | 173,900.00 | 246,954.70 |
| 16.07.2019 | HYMAN JOHN EDWARD IAN/REF. JOHN HYMAN | 15.07.2019 | | 347,788.00 | 594,742.70 |

**BALANCE FOR ACCOUNT** ▊▊▊▊ **(CURRENT ACCOUNT) AS OF 16.07.2019**   in CHF   **591,102.70**

**Current account No.** ▊▊▊▊ ▊▊▊▊ - FROM  18.06.2019 TO 16.07.2019

| Date | Text | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | **Account opened on 18.06.2019** | | | | |
| 16.07.2019 | MICHEL LEJNEV/SHAREHOLDER'S CAPITAL CONTRIBUTION | 10.07.2019 | | 54,400.00 | 204,400.00 |

./..

0000612 - PROD-17.07.2019-04:15:33-gmcpacontact-44166

E. & O. E.

UNION BANCAIRE PRIVEE, UBP SA | Genève
Rue du Rhône 96-98 | CP 1320 | 1211 Geneva 1, Switzerland | Tel. +41 58 819 21 11 | Fax +41 58 819 22 00 | ubp@ubp.ch | www.ubp.com

1/2

POLO000027

CONFIDENTIAL FOIA TREATMENT REQUESTED BY CIRCLE AND POLONIEX

# STATEMENT OF ACCOUNT

FOR THE PERIOD FROM  01.06.2019 TO 16.07.2019 - ESTABLISHED THE 17.07.2019

| Date | Text | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 16.07.2019 | HYMAN JOHN EDWARD IAN/REF. JOHN HYMAN | 15.07.2019 | | 347,788.00 | 552,188.00 |
| 16.07.2019 | GENESIS DIGITAL LTD//RFB//INVESTMENT IN SWISS DIGI | 15.07.2019 | | 173,900.00 | 726,088.00 |

0000612 - PROD-17.07.2019-04:15:33-gmcpacontact-44166

E. & O. E.

UNION BANCAIRE PRIVEE, UBP SA | Genève
Rue du Rhône 96-98 | CP 1320 | 1211 Geneva 1, Switzerland | Tel. +41 58 819 21 11 | Fax +41 58 819 22 00 | ubp@ubp.ch | www.ubp.com

2/2

POLO000028