# PX93



SEC-SEC-E-0038697



# International company with decentralized team

TON Labs is an international company operating with a decentralized team of about 50 top-level developers, engineers and professionals from adjacent areas. Founded in May, 2018, the company is focused on developing the core infrastructure and an Open Source ecosystem for the TON (Telegram Open Network).

## 2018

**Founded**

## 50+

**Developers**

## 2019

**Market launch**

SEC-SEC-E-0038698



## Our Mission

Our secure and accessible TON Dev and TON Space environments are designed to deliver a complete TON node implementation, a versatile toolchain, and a cutting-edge SDK, as well as novel ways for users to interact with fintech services. It will allow the developer community to create, deploy, distribute and manage TON chains for consumer and enterprise applications.

SEC-SEC-E-0038699



Alexander Filatov, Managing Partner & CEO

SEC-SEC-E-0038700



### Alexander Filatov, Managing Partner & CEO

Alexander Filatov is a Managing Partner at TON Labs, a distributed ecosystem developer for the Telegram Open Network blockchain platform. An entrepreneur and former corporate executive, he has 25 years of experience in management. Having started his career back in 1994, Alexander then joined the marketing team of the Russian Procter & Gamble office. In 2000, he was promoted and relocated to the company's Geneva-based European HQ to lead its food & beverage business around the CEEMEA.

After getting his Executive MBA from the Lausanne Business School (Magna Cum Laude) in 2004, Alexander Filatov returned to Russia and held several executive positions in strategy, investment banking and M&A.

SEC-SEC-E-0038701



### Alexander Filatov, Managing Partner & CEO

Later on he steered several manufacturing corporations as a CEO. Namely, RM (2010–2011), large Russian automotive group with $6 Billion of average annual revenues, RM-Terex (2012–2013), an ambitious joint venture between RM and Terex corporation, and Chelpipe (2014–2015), manufacturer of industrial pipes and oil equipment with $3 Billion average in annual revenues.

In early 2016, Alexander left the corporate world for private equity and venture capital to make a series of investments. After graduating from Singularity University later that year, he co-founded Industry 4.0., a diversified venture fund focused on exponential technologies (blockchain, AI, big data, robotics, VR/AR, digital medicine etc.).



**Mitja Goroshevsky, Chief Technical Officer**



**Mitja Goroshevsky, Chief Technical Officer**

Mitja (Dmitry) Goroshevsky has been in IT for over two decades now. Having a media-related degree, he got thrilled by emerging telecoms back in late 1980s and turned this passion into a career.

In mid-1990s in Israel he started several successful businesses and initiatives that grew into large companies or merged with leading corporations. In particular, he was among founders of DeltaThree Communications (first international voice over IP provider), Internet Telecom (telco and enterprise grade IP solutions), Popular Telephony Inc. (distributed p2p enterprise architectures), BrainsMatch (machine learning, recommendation engines).

Mitja became a renowned and sought for specialist, as far as latest network technologies are concerned ranging from VoIP in the 1990s to serverless p2p technologies.



**Mitja Goroshevsky, Chief Technical Officer**

Inevitably, his career path led him to blockchain, as he took the position of a Chief Architect with the US ShelerZoom before joining TON Labs.

Apart from getting a hands-on experience in IT as an entrepreneur and executive, Dmitry participates in research projects and co-authored several patents in distributed computing.

Dmitry's professional competence earned his projects multiple acknowledgements from the IT and general business community:

CIO Application's The Company of the Year in the Blockchain 2018; Shortlisted for The Blockchain Start-up of 2018 award from the Block Awards; 2018 CODiE Award in Best Emerging Technology; 2005 Frost & Sullivan Technology Innovation Award; 2005 Frost & Sullivan Customer Value Enhancement Award.



**Dmitry Malyugin, Chief Operation Officer**



**Dmitry Malyugin, Chief Operation Officer**

Dmitry Malyugin, a Founding Partner at TON Labs, is responsible for Operations and Finance. Dmitry has over 10 years of experience in asset management and VC&PE investments, as well as a solid operational management expertise.

Dmitry started his career as a strategy consultant with a top-tier consultancy firm. While holding the position, he contributed to strategy development for some major European TMT and Logistics players. Later Dmitry joined a private investment fund focused on PE&VC in US, Europe and the CIS. There he was involved in deal sourcing and structuring. On the total, deals he worked with exceed $1bn.

Dmitry has a degree in Financial markets and financial engineering from the Moscow Financial Academy and a degree in Banking and Finance from the London School of Economics and Political Science.

SEC-SEC-E-0038707



**Pavel Prigolovko, Chief Strategy Officer**

SEC-SEC-E-0038708



### Pavel Prigolovko, Chief Strategy Officer

Pavel, a Founding Partner at TON Labs, is responsible for Strategic Development.

For about a decade now Pavel has been acting both as an investor and entrepreneur in various venture projects. Most prominent are Pay Ring (www.pay-ring.com) and Termiona.

Having started in 2000 as a brand manager, Pavel worked with top international corporations, in particular, Mars, British American Tobacco and Inbev. When working for InBev, he launched "Brahma" — a leading Brazilian beverage brand — in the Russian market.



### Pavel Prigolovko, Chief Strategy Officer

In 2005–2015 Pavel was engaged in different investment projects in Russia, Kazakhstan and other CIS regions. On the total, M&A deals he was involved in exceeded $2bn.

Pavel has a Master degree in Mechanics and Mathematics from the Moscow State University.

Since 2017, Pavel has been exclusively focused on the TON and helped to collect core investment in two rounds of fundraising. In 2018, Pavel and his partners co-founded TON Labs to develop infrastructure solutions and comprehensive ecosystem around TON.

SEC-SEC-E-0038710

