# PX99

**Annex A**
**KYC Form**

1. Name of Purchaser: █████████████

2. Primary Contact Person:

    Name: █████████████

    Telephone: █████████████

    Facsimile: █████████████

    Email: █████████████

3. Principal Place of Business (for entities): SWITZERLAND

4. Purchaser's Taxpayer EIN / SSN or Equivalent Taxpayer Identification Number: ███

5. Type of Purchaser (e.g., individual, partnership, joint ownership, corporation, trust, limited liability company): LIMITED LIABILITY COMPANY

6. Date of Birth (for individuals): _____

7. Date of Formation or Inception (for entities): 17.04.2015

8. Jurisdiction of Formation or Inception (for entities): SWITZERLAND

9. Physical Address of Purchaser: █████████████
   █████████████ SWITZERLAND

10. Is the Purchaser, or any person with a 25% or greater direct or indirect beneficial ownership interest in the Purchaser, a senior foreign political figure,[1] or any immediate family member[2] or close associate[3] of a senior foreign political figure (a "politically exposed person")?

    ___ Yes    ✓ No

---

[1] A "senior foreign political figure" is defined as a senior official in the executive, legislative, administrative, military or judicial branches of a non-U.S. government (whether elected or not), a senior official of a major non-U.S. political party, or a senior executive of a non-U.S. government-owned corporation. In addition, a "senior foreign political figure" includes any corporation, business or other entity that has been formed by, or for the benefit of, a senior foreign political figure.

[2] "Immediate family" of a senior foreign political figure typically includes the figure's parents, siblings, spouse, children and in-laws.

[3] A "close associate" of a senior foreign political figure is a person who is widely and publicly known to maintain an unusually close relationship with the senior foreign political figure, and includes a person who is in a position to conduct substantial U.S. and non-U.S. financial transactions on behalf of the senior foreign political figure.

If yes, which government _____, what position in the government _____ and, if an immediate family member or close associate of a politically exposed person, what relationship to the politically exposed person _____.

11. Verification of Identity Requirements:

   A. Purchasers who are natural persons must provide a certified copy of a valid, government-issued photo identification card, such as a driver's license or passport;

   B. Purchasers other than natural persons (such as corporations, partnerships and trusts) must provide:

   (1) a document evidencing legal existence of the entity such as a certified copy of articles of incorporation, a government issued business license, partnership agreement or trust instrument; and

   (2) a certified copy of a valid, government-issued photo identification card such as a driver's license or passport for at least one of the following: (i) a director of the entity; (ii) persons with 25% or more ultimate beneficial ownership of the entity; (iii) a partner/member of the entity; or (iv) a managing executive of the entity.

12. If the Purchaser is a legal entity, please list all directors below.



[REDACTED], ADMINISTRATOR

13. If the Purchaser is a legal entity, please provide a short statement on the nature of the business.



International trading

CONFIDENTIAL

Page 5 of 8

14. If the Purchaser is a legal entity other than a trust, please complete the table below and provide the name of (i) every person who is directly, or indirectly through intermediaries, the beneficial owner of 25% or more of any voting or non-voting class of equity interests of the Purchaser and (ii) at least one person with significant responsibility to control, manage or direct the Purchaser (e.g., a Chief Executive Officer, Vice President, or Treasurer). As for (i), if the Purchaser's shareholders or partners are not individuals, continue up the chain of ownership listing their 25% or more equity interest holders until individuals are listed. If there are no 25% beneficial owners, please write "None."

| Full Name | If Purchaser is an Individual, Insert Name and Address of Principal Employer and Position | Citizenship (for Individuals) or Principal Place of Business (for Entities) |
|---|---|---|
| [redacted] | — | SWITZERLAND |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

15. If the Purchaser is a trust, please provide the name of: (i) every current beneficiary that has, directly or indirectly, an interest of 25% or more in the trust; (ii) every person who contributed assets to the trust (settlors or grantors); and (iii) every trustee. If there are intermediaries that are not individuals, continue up the chain of ownership listing their 25% or more equity interest holders until individuals are listed.

| Full Name and Address | Status (Beneficiary/Settlor/Trustee) | Citizenship (for Individuals) or Principal Place of Business (for Entities) |
|---|---|---|
|  |  |  |
|  |  |  |

CONFIDENTIAL

Page 6 of 8



16. Has the Purchaser received any criminal convictions or civil penalties for economic crimes, including but not limited to, money laundering or any violations of Money Laundering Laws (as defined in the Purchase Agreement), violations of Sanctions (as defined in the Purchase Agreement), corruption, fraud or tax evasion, at any time during the last ten years? If yes, please provide details:



17. Briefly describe the source of the funds to be used for the purchase of Grams. Include, if applicable, the name and account number of the bank or brokerage account from which you will be wiring funds for the purchase of Grams.



NOTE: THE ISSUER MAY, IN ITS SOLE DISCRETION, REQUEST AND MAINTAIN COPIES OF BANK OR BROKERAGE STATEMENTS FROM YOU DOCUMENTING THE SOURCE OF FUNDS USED FOR THE PURCHASE OF GRAMS.

NOTE: THE ISSUER, AT ITS SOLE DISCRETION, MAY REQUEST ADDITIONAL KYC INFORMATION IN ORDER TO COMPLY WITH APPLICABLE MONEY LAUNDERING LAWS.