# PX100

# Commercial register of canton Zug

Kanton Zug

| Identification number | Legal status | Entry | Cancelled | Carried from: on: | CH-170.3.043.267-2 | 1 |
|---|---|---|---|---|---|---|
| CHE-398.252.265 | Limited or Corporation | 12.02.2019 | | | | |

All data

| In | Ca | Business name | | | | Ref | Legal seat |
|---|---|---|---|---|---|---|---|
| 1 | | **Swiss Digital Group AG** | | | | 1 | Zug |
| 1 | | (Swiss Digital Group SA) (Swiss Digital Group Ltd) | | | | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 100'000.00 | 50'000.00 | 100'000 vinkulierte Namenaktien zu CHF 1.00 | 1 | | c/o RTH AG<br>Untermüli 9<br>6300 Zug |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | | Entwicklung und Projektabwicklung im Bereich der IT Consulting, Blockchain-Technologien im In- und Ausland sowie die Erbringung aller damit verbundenen IT- und Fintech-Dienstleistungen; vollständige Zweckumschreibung gemäss Statuten. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Die Übertragbarkeit der Namenaktien ist nach Massgabe der Statuten beschränkt. | 1 | 01.02.2019 |
| 1 | | Die Mitteilungen an die Aktionäre erfolgen per Brief, E-Mail oder Telefax an die im Aktienbuch verzeichneten Adressen. | | |
| 1 | | Mit Erklärung vom 01.02.2019 wurde auf die eingeschränkte Revision verzichtet. | | |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| | | | 1 | SHAB |

| Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2119 | 12.02.2019 | 32 | 15.02.2019 | 1004567495 | | | | | | | |
| | 2 | 3531 | 11.03.2019 | 51 | 14.03.2019 | 1004587593 | | | | | | | |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | Seydak, Oleg, russischer Staatsangehöriger, in Parkklesia (CY) | member of the board of directors | single signature |
| 1 | | 2 | ~~Dubach, Lars Silvio, von Luzern, in Luzern~~ | ~~director~~ | ~~single signature~~ |
| 2 | | | Lejnev, Michel, von Lancy, in Tannay | director | single signature |

Zug, 22.07.2019 12:51

The information above is given with not commitment and is in no way legally binding.

Confidential Treatment Requested by Bittrex, Inc.    BTRX-NY-9820-0000177