# PX108

# Why Grams will be traded on Blackmoon?

 **Blackmoon** [Follow]
Sep 13 · 3 min read



Traders will have access to Gram tokens on the Blackmoon Exchange right after Telegram Open Network launch. Real on-chain Grams, available for withdrawal to Telegram native wallet. No lock-up. No futures or other derivatives.

To provide our clients with access to Grams, Blackmoon partnered with Gram Vault — a Swiss-regulated custodian for the original investors of Telegram Open Network. This will make on-chain Grams available on Blackmoon when Telegram blockchain goes live and Grams are minted.

Blackmoon invested resources in IT development and compliance to make this happen.

1. **IT efforts** resulted in a significantly expanded functionality for the users:

- Market, limit, stop and stop-limit orders conditional on market movements;

- Powerful chart tools with multiple tabs;

- Price alerts and customized trading workspaces;

- More than 200 trading pairs including tokenized assets.



2. On the **compliance side**, Blackmoon operates under the provisions of MFSA's Virtual Financial Assets Act. Because of this, traders can purchase cryptocurrencies and Grams with debit and credit cards.



3. To provide clients with an additional layer of **security,** we completed an IT audit with a Big 4 company. The auditors assessed the underlying network and infrastructure as well as the design and implementation of the solutions. The tests were both automated and manual using both authenticated and non-authenticated approaches.

As a result, the auditors concluded that the risks were insignificant:

 No or minimal impact on some parts of the Confidentiality, Integrity and Availability of the corporate Information Systems.

Thanks to all these efforts Blackmoon users will be able to trade Grams as soon as TON goes live.

If you are a registered user, you are all set. If you are a new user, register an account to trade with cryptocurrencies or verify to get access to fiat.

. . .

## Handy links to stay tuned to our updates:

- website: https://blackmoon.net
- telegram channel: https://t.me/blackmooncryptochannel
- twitter: https://twitter.com/BlackmoonFG
- reddit: https://www.reddit.com/r/BlackMoonCrypto/
- facebook: https://www.facebook.com/blackmoonfg

. . .

DISCLAIMER

*Subject to regional restrictions and terms of use.*

*Due to the fact that digital currency and digital token markets are unregulated and decentralized, the provision of our services is not governed by any investor protection rules. Investment in digital currency carries a high degree of risk and volatility and is not suitable for every investor; therefore, you should not risk the capital you cannot afford to lose. This post is for information only and does not constitute solicitation or investment advice.*

Telegram   Gram   Crypto   Cryptocurrency   Investing

### Discover Medium

Welcome to a place where words matter. On Medium, smart voices and original ideas take center stage - with no ads in sight. Watch

### Make Medium yours

Follow all the topics you care about, and we'll deliver the best stories for you to your homepage and inbox. Explore

### Become a member

Get unlimited access to the best stories on Medium — and support writers while you're at it. Just $5/month. Upgrade

**Medium**