# PX110

| | |
|---|---|
| From: | Shyam Parekh [shyam@telegram.org] |
| Sent: | 13/09/2019 21:04:19 |
| To: | ▮ |
| Subject: | Re: ▮ question re ▮ |

Just sent an email introducing you.

To clarify: TON Labs are an independent company who have been assisting Telegram with the testing. They aren't a subaidiary or affiliate of Telegram, so if you want to have a discussoon about your grams it might be better for you and I to speak.  I am on +447881848737.

Regards
a

> On Fri, 13 Sep 2019, 15:32 ▮ wrote:
> Ah appreciate the context - would you mind making that intro? I don't have his contact info. Much appreciated!
>
> And I'm guessing they would be best suited to chat with us about our stake as well?
>
>> On Fri, Sep 13, 2019 at 1:51 AM Shyam Parekh <shyam@telegram.org> wrote:
>> ▮
>>
>> We were introduced to ▮ by another investor in grams. We haven't dealt directly with them but they have been working actively with one of our partners, TON Labs, who have been assisting Telegram with the testing of the network and who are also building various applications to run on the TON network. I believe you guys met the TON Labs team (Alexander Filatov) earlier in the summer, but if you need an introduction let me know.
>>
>> Regards
>>
>>> On Thu, 12 Sep 2019, 21:38 ▮ wrote:
>>> Shyam,
>>>
>>> Hope this email finds you well.  My partner ▮ & I are looking forward to the impending Telegram launch!
>>>
>>> We've recently been speaking with ▮, both about investment and as potential clients. They've mentioned working closely with Telegram & other early clients – is there anyone internally that I could chat with to hear more about their experience & thoughts on the product?  For context, the process is moving quite quickly so would be great to connect sooner rather than later as much as possible.
>>>
>>> Thank you in advance, and I would also love to separately connect with you or a member of your team about our existing position as the launch approaches.
>>>
>>> Best,
>>> 



CONFIDENTIAL   SUBJECT TO PROTECTIVE ORDER                                                                 TLGRM-005-00005220

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER TLGRM-005-00005221