# PX113

| | |
|---|---|
| From: | REDACTED - PERSONAL INFORMATION |
| Sent: | 24/05/2019 13:51:01 |
| To: | shyam@telegram.org |
| Subject: | Re: Telegram Open Network Development Status Update |

Hello

My name is REDACTED - PERSONAL INFORMATION. As you know i am an investor of Telegram. I far as i remember in the contract its mentioned that the tokens of the first round investors are locked-up and will be unblocked 25% every 3 months since the project starts.

However this week i have received an offer, where i can purchase Telegram tokens the same price (1,33$) as bought it 1 year ago only with a 3-month lock-up, so its obvious that the seller is the first round investor. I believe that this action violates rights os the second round investors cause we bought the tokens more expensive but with the time advantage.

The offer is attached below, but it's in Russian.

The supplier name is REDACTED - PERSONAL INFORMATION the price is 1,33 $.

Want to hear your comments and how you will react.


Пятница, 24 мая 2019, 1:00 +05:00 от Shyam Parekh <shyam@telegram.org>:

Dear REDACTED - PERSONAL INFORMATION

We'd like to update you on the development and testing status of Telegram Open Network (TON).

The test phase of TON has been ongoing since late March, when independent teams started building and running smart contracts on a TON test node. We are happy to share that the testing process reaffirms our belief that the TON virtual machine and the TON-specific Byzantine consensus algorithm are capable of meeting the goals stated in the original White Paper.

The code and documentation necessary for building smart contracts and deploying them in a test version of TON Blockchain is available at https://test.ton.org/download.html.

Below we include a document describing Fift, a programming language specifically designed for creating and managing TON Blockchain smart contracts. This document further describes the TON technology, complementing the three technical documents we shared with you last year.

We are planning to launch the production network of TON in Q3 2019, with the exact date depending on the course of the test phase.

Kind regards,
Shyam

*\* This communication and the related attachments contain forward-looking statements, including statements of plans, objectives, expectations, development status, and intentions. Any number of factors could cause actual results to differ materially from those contemplated by any forward-looking statements, including but not limited to the risks identified in Appendix B to the Primer. \*\**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                      TLGRM-012-00015883

Regards

[REDACTED - PERSONAL INFORMATION]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015884



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015885

# Telegram



|  |  |  |  |
|---|---|---|---|
| **2019**<br>Год запуска платформы TON | **500** ТЫС.<br>новых пользователей каждый день | **250** МЛН<br>активных пользователей | **70** МЛРД<br>сообщений в день |

- Telegram – мессенджер, позволяющий пользователям обменяться сообщениями и медиафайлами разных форматов
- Telegram Open Network (TON) – собственная блокчейн платформа, которая имеет сервисы обмена сообщениями, платежных операций в криптовалюте, хранения данных и др.
- Gram – криптовалюта компании Telegram, которая будет выпущена на платформе TON
- Способы применения Gram и TON: хранение средств, покупка и продажа товаров, переводы, оплата различных сервисов, возможность создания и размещения своей криптовалюты на платформе TON



МАЙ 2019    *Источник: Данные компании Telegram*                                                                                2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                 TLGRM-012-00015886

## Telegram – один из крупнейших и самых быстрорастущих мессенджеров в мире

Наиболее популярные мобильные мессенджеры в 2018 году, млн активных пользователей в месяц



| WhatsApp | FB Messenger | WeChat | QQ | Skype | SnapChat | Viber | Telegram[1] |
|---|---|---|---|---|---|---|---|
| 1 600 | 1 300 | 1 098 | 807 | 300 | 287 | 260 | 250 |

Оценка крупнейших мессенджеров в последних раундах финансирования, USD млрд



| WeChat | twitter | LinkedIn | WhatsApp | SnapChat | Telegram | MOMO | YY |
|---|---|---|---|---|---|---|---|
| 162[2] | 31 | 26 | 19 | 16 | 14 | 7 | 6 |

(1) Оценка АТОН; (2) 50% капитализации Tencent, оценка АТОН
Источник: данные компаний, Bloomberg (06.05.19)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015887




CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    TLGRM-012-00015888

## В 2019 году рынок криптовалют снова демонстрирует рост


С начала года доходность Bitcoin опережала основные индексы...



Hang Seng — NASDAQ — MOEX — Bitcoin

*Источник: Bloomberg, CoinMarketCap (06.05.19)*


... в то время как объем торгов криптоактивами достиг исторического максимума



Исторический максимум

Среднее YTD
Среднее за 2 года

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TLGRM-012-00015889

## Стабильный рост интереса к рынку криптоактивов

Количество зарегистрированных криптокошельков, млн шт.

Активы под управлением криптофондов, USD млн




*Источник: Bloomberg (06.06.19), cryptofundresearch, statista.com*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015890

Рынок ICO начинает восстанавливаться, достигнув низшей точки



В 2019 году количество и объемы ICO возобновили рост

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015891

## Ограниченное предложение при существенном потенциале роста цены

АТОН

### Распределение объема Gram между инвесторами

5 млрд Gram

- Продано на Initial sale и Stage A — 58%
- Резерв — 20%
- Поддержание экосистемы — 10%
- Доступно для продажи на Stage B — 8%
- Доля разработчиков — 4%



### Оценка стоимости одного Gram, USD

| Initial sale | Stage A | Stage B | Оценка Hash CIB | Оценка TON Board |
|---|---|---|---|---|
| 0,38 | 1,33 | 2,20 | 5,90 | 7,90 |

+65% (Stage B), +344% (Hash CIB), +494% (TON Board)

МАЙ 2019   *Источник: White Paper, Hash CIB, TON board*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                               TLGRM-012-00015892

**ΛΤΟΗ**

## Telegram завершил большую часть работ для полноценного запуска TON

### Запуск основных компонентов системы

- **I кв. 2018:** Запуск системы авторизации Secure ID
- **II кв. 2018:** Тестовый запуск минимальной сети TON
- **III кв. 2018:** Тестирование и аудит безопасности TON
- **IV кв. 2018:** Развертывание рабочей версии TON
- **I кв. 2019:** Запуск тестирования платформы TON командами программистов

### Статус готовности экосистемы TON на сентябрь 2018 года

| TON Virtual Machine (TVM) | |
|---|---|
| Внедрение | 95% |
| Документация | 95% |
| **Сеть TON** | |
| ADNL | 80% |
| Оверлейные сети | 100% |
| Протоколы вещания | 100% |
| Протокол CATCHAIN | 90% |
| Протоколы поток. вещ. | 95% |
| **Генерация и валидация блоков блокчейна TON** | |
| Документация | 90% |
| Библиотека блоков | 30% |
| ПО валидации | 10% |
| Тест смарт-контракт. | 50% |
| Смарт-контракты | 10% |

МАЙ 2019
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TLGRM-012-00015893



## Обзор предложения

| | |
|---|---|
| Цена | |
| Фонд | |
| Ячейка фонда[1] | REDACTED - PERSONAL INFORMATION |
| Администратор | |
| Юрисдикция | |
| Аудитор | |
| ISIN | |
| Bloomberg ticker | |
| Валюта | USD |
| Цель инвестирования | Приобретение прав на получение Grams[2], в том числе посредством участия в юридических лицах и партнерствах |
| Ограничение на продажу (lock-up) | На инвесторов будут распространяться те же ограничения по времени поставки Grams (или их денежного эквивалента), которые будут наложены такими юридическими лицами и партнерствами. АТОН приложит все необходимые усилия, чтобы поставить Grams (или их денежный эквивалент) в разумный срок с учетом таких ограничений |
| Initial charge | 2% от суммы инвестированных средств |
| Success fee | 20% от прироста стоимости активов |

[1] Ячейка фонда находится в процессе смены наименования, уточнения параметров. Текущее название ячейки фонда «Aton Taxi Technology Fund Segregated Portfolio»
[2] Ожидаемые сроки поставки: 25% - через 3 - 9 месяцев, 25% - через 6 - 12 месяцев, 25% - через 12 - 18 месяцев, 25% - через 18 - 24 месяцев

## Контакты

Центральный офис ООО «АТОН»

📞 +7 (495) 777-90-90

✉ clients@aton.ru

📍 115035 Россия, Москва,
Овчинниковская набережная,
дом 20, строение 1



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015895

▲ATOH

## Декларация о рисках

Помимо рисков, описанных в «Декларации о рисках, связанных с осуществлением операций на рынке ценных бумаг, заключением договоров, являющихся производными финансовыми инструментами» компании ООО «АТОН», обращаем Ваше внимание на следующие дополнительные риски, присущие данной инвестиции. Реализация одного или нескольких рисков может привести к частичной или даже полной потери стоимости Ваших инвестиций.

Регулирование. Статус регулирования криптовалют, цифровых валютных активов и решений на основе технологии blockchain, включая смарт-контракты (далее – «криптовалюты»), на данный момент неясен для подавляющего большинства стран, включая страны OECD и страны Западной Европы. Также неясными остаются перспективы развития такого регулирования в будущем. В частности, текущее или будущее регулирования одной или нескольких стран, в правовом поле которых находится или будет находиться данная инвестиция, могут запретить криптовалюты или наложить чрезвычайно жесткие или даже невыполнимые требования (включая лицензионные и налоговые) на любые операции с ними. Как следствие этого или по иным причинам государственные или частные органы могут иметь повышенный интерес к криптовалютам и операциям с ними (в том числе на основании ПОД/ФТ, уклонение от уплаты налогов, контроля над движением капитала), а также инициировать разбирательства и судебные процессы, что может негативно отражаться на стоимости и обращаемости криптовалют.

Проектные и технологические риски. TON Blockchain, Gram, Wallet и иные инфраструктурные компоненты технологии TON и криптовалюты Gram на данный момент являются несуществующими или лишь частично созданными и/или протестированными. Существует риск того, что данная технология не будет создана в принципе, будет создана лишь частично, будет создана с ошибками, с нарушениям прав интеллектуальной собственности или не будет соответствовать тем параметрам, которые указывались в начале работы над проектом ("Technical White Paper"), включая отсутствие интеграции с Telegram Messenger. Развитие технологий, применяемых в данном конкретном проекте и в целом в технологии blockchain, в любой конкретной стране/странах или глобально может оказаться устаревшим, непригодным для использования, подверженным критичным операционным ошибкам / рискам или перестать быть интересным для пользователей, что приведет к снижению платежной и утилитарной ценности криптовалют, включая Gram, а также к уменьшению их стоимости и возможностей для свободного обращения.

Нарушение систем безопасности и хакерские атаки являются и всегда будут являться серьезным риском для всего проекта и всех его пользователей. Умышленные или неумышленные действия третьих лиц могут привести к частичной или полной потере доступа к электронным кошелькам или ключам доступа, а следовательно – и инвестиций.

Риски контрагентов. Данная инвестиция несет повышенные кредитные риски на контрагентов, включая Telegram Group Inc, TON Issuer Inc и связанные с ними компании, а также компании, которые являются промежуточными владельцами иди держателями криптовалюты Gram в случае ее выпуска, включая первоначальных покупателей, а также фонды, их пайщиков и управляющих. Контрагентский риск усложняется неоднозначной трактовкой правил продажи и последующего обращения криптовалюты со стороны Telegram Group и связанных с ним компаний, условий фонда, перехода прав собственности и возможности свободного распоряжения и обращения выпускаемой криптовалюты.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015896

12

## Ограничение ответственности

▲ATOH

Настоящий маркетинговый материал не предназначен для широкого распространения. Все получатели данного маркетингового материала являются лицами, обладающими профессиональным опытом в вопросах, связанных с инвестициями, или лицами с высоким уровнем собственного капитала либо прочими лицами, которым данный маркетинговый материал может быть адресован на законных основаниях (все перечисленные категории лиц далее именуются «указанными получателями материала»). Настоящий маркетинговый материал не может быть использован лицами, которые не являются указанными получателями материала. Любой вид инвестиций или инвестиционной деятельности, о котором говорится в данном материале, доступен только указанным получателям материала и имеет отношение только к указанным получателям материала. Представленная информация и мнения подлежат изменению без уведомления получателей данной информации и мнений. Выпуск и распространение маркетингового материала и иной информации в отношении ценных бумаг в определенных юрисдикциях может ограничиваться законом. Если прямо не указано обратное, настоящий предназначен только для лиц, являющихся допустимыми получателями данного материала в той юрисдикции, в которой находится или принадлежит получатель настоящего материала. Несоблюдение подобных ограничений может представлять собой нарушение законодательства такой юрисдикции о ценных бумагах. Настоящий материал не предназначен для доступа к нему с территории Соединенных Штатов Америки (включая зависимые территории и Округ Колумбия), Австралии, Канады и Японии.

Информация, содержащаяся в настоящем маркетинговом материале, не является инвестиционно-аналитическим продуктом. Информацию, содержащуюся в данном маркетинговом материале, не следует рассматривать в качестве предложения, приглашения или побудительной причины приобрести либо продать те или иные ценные бумаги либо прочие финансовые инструменты; она не является советом или индивидуальной инвестиционной рекомендацией, либо другой формой выражения нашего мнения о том, отвечает ли конкретная ценная бумага или иной финансовый инструмент вашим ожиданиям по доходности от операций с финансовыми инструментами, о периоде времени, за который определяется такая доходность, а также о допустимом для вас риске убытков от таких операций, если вы не являетесь квалифицированным инвестором, или иным вашим интересам.

Данная информация не является исчерпывающим изложением актуальных событий финансового или коммерческого характера и не может быть использована в таком качестве. Описываемые в данном маркетинговом материале ценные бумаги могут не подлежать продаже во всех юрисдикциях или определенным категориям инвесторов. Производные финансовые инструменты (опционы, фьючерсы и т.д.) не подходят для всех инвесторов, и торговля этими инструментами считается рискованной. Прошлые показатели не являются гарантией будущих результатов. Стоимость инвестиций может упасть или вырасти, при этом инвестор может не вернуть себе сумму первоначальных инвестиций. Некоторые инвестиции могут стать неосуществимыми в связи с неликвидностью рынка ценных бумаг или отсутствием вторичного рынка интереса инвесторов, и поэтому оценка инвестиций и определение рисков инвестора могут не поддаваться количественной оценке. Инвестиции в неликвидные ценные бумаги подразумевают высокую степень риска и приемлемы только для опытных инвесторов, нечувствительных к таким рискам и не требующих легкого и быстрого преобразования инвестиций в наличные средства. Номинированные в иностранной валюте ценные бумаги подвержены колебаниям в зависимости от обменных курсов, что может негативно сказаться на стоимости или цене инвестиций, а также получаемых от инвестиций доходов. Иные факторы риска, влияющие на цену, стоимость или доходы от инвестиций, включают, но не обязательно ограничиваются политическими рисками, экономическими рисками, кредитными рисками, а также рыночными рисками. Инвестиции в такие развивающиеся рынки, как Россия, другие страны СНГ и ценные бумаги развивающихся рынков имеют высокую степень риска, и инвесторы перед осуществлением инвестиций должны предпринять тщательное предварительное исследование. Информация, содержащаяся в настоящем маркетинговом материале, не является инвестиционно-аналитическим продуктом. Настоящий документ не создавался в соответствии с юридическими требованиями, предписывающими соблюдать объективность инвестиционного анализа. На настоящий маркетинговый материал не распространяются какие-либо запреты относительно распространения инвестиционно-аналитических продуктов. Настоящий материал был подготовлен со всей осторожностью, соблюдаемой для обеспечения точности изложения фактов, и ни целиком, ни частично не содержит намеренно неверно изложенной информации.

ООО «АТОН» (ИНН 7702015515), место нахождения: 115035, Россия, Москва, Овчинниковская наб., д. 20 стр. 1, осуществляет свою деятельность на рынке ценных бумаг в соответствии со следующими лицензиями:

- ✓ профессионального участника рынка ценных бумаг на осуществление брокерской деятельности №177-02896-100000 от 27 ноября 2000 г. Выдана Федеральной службой по финансовым рынкам
- ✓ профессионального участника рынка ценных бумаг на осуществление дилерской деятельности №177-03006-010000 от 27 ноября 2000 г. Выдана Федеральной службой по финансовым рынкам
- ✓ профессионального участника рынка ценных бумаг на осуществление депозитарной деятельности №177-04357-000100 от 27 декабря 2000 г. Выдана Федеральной службой по финансовым рынкам

ООО «АТОН» внесено в Единый реестр инвестиционных советников – номер записи 25.

ООО «АТОН» является участником торгов ПАО «Московская биржа»

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015897