# PX114

**From:** REDACTED - PERSONAL INFORMATION
**Sent:** 24/05/2019 13:51:01
**To:** shyam@telegram.org
**Subject:** Re: Telegram Open Network Development Status Update

Hello

My name is REDACTED - PERSONAL INFORMATION As you know i am an investor of Telegram. I far as i remember in the contract its mentioned that the tokens of the first round investors are locked-up and will be unblocked 25% every 3 months since the project starts.

However this week i have received an offer, where i can purchase Telegram tokens the same price (1,33$) as bought it 1 year ago only with a 3-month lock-up, so its obvious that the seller is the first round investor. I believe that this action violates rights os the second round investors cause we bought the tokens more expensive but with the time advantage.

The offer is attached below, but it's in Russian.

The supplier name is REDACTED - PERSONAL INFORMATION the price is 1,33 $.

Want to hear your comments and how you will react.


Пятница, 24 мая 2019, 1:00 +05:00 от Shyam Parekh <shyam@telegram.org>:

Dear REDACTED - PERSONAL INFORMATION

We'd like to update you on the development and testing status of Telegram Open Network (TON).

The test phase of TON has been ongoing since late March, when independent teams started building and running smart contracts on a TON test node. We are happy to share that the testing process reaffirms our belief that the TON virtual machine and the TON-specific Byzantine consensus algorithm are capable of meeting the goals stated in the original White Paper.

The code and documentation necessary for building smart contracts and deploying them in a test version of TON Blockchain is available at https://test.ton.org/download.html.

Below we include a document describing Fift, a programming language specifically designed for creating and managing TON Blockchain smart contracts. This document further describes the TON technology, complementing the three technical documents we shared with you last year.

We are planning to launch the production network of TON in Q3 2019, with the exact date depending on the course of the test phase.

Kind regards,
Shyam

*** This communication and the related attachments contain forward-looking statements, including statements of plans, objectives, expectations, development status, and intentions. Any number of factors could cause actual results to differ materially from those contemplated by any forward-looking statements, including but not limited to the risks identified in Appendix B to the Primer.***

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015883

Regards

REDACTED - PERSONAL INFORMATION

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



МАЙ 2019

# Telegram – инвестиции в криптовалюту Gram

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015885

Telegram

   

**2019**
Год запуска
платформы TON

**500** тыс.
новых пользователей
каждый день

**250** млн
активных
пользователей

**70** млрд
сообщений в
день

- Telegram – мессенджер, позволяющий пользователям обменяться сообщениями и медиафайлами разных форматов
- Telegram Open Network (TON) – собственная блокчейн платформа, которая имеет сервисы обмена сообщениями, платежных операций в криптовалюте, хранения данных и др.
- Gram – криптовалюта компании Telegram, которая будет выпущена на платформе TON
- Способы применения Gram и TON: хранение средств, покупка и продажа товаров, переводы, оплата различных сервисов, возможность создания и размещения своей криптовалюты на платформе TON



*Источник: Данные компании Telegram*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015886

## Telegram – один из крупнейших и самых быстрорастущих мессенджеров в мире



Наиболее популярные мобильные мессенджеры в 2018 году, млн активных пользователей в месяц



Оценка крупнейших мессенджеров в последних раундах финансирования, USD млрд





*(1) Оценка АТОН; (2) 50% капитализации Tencent, оценка АТОН*
*Источник: данные компаний, Bloomberg (06.05.19)*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

май 2019                                                                 6

TLGRM-012-00015887

## Ключевые факторы инвестиционной привлекательности Gram

◢ATOH



Возможная альтернатива Master Card/Visa: популяризация платформы TON среди миллионов пользователей Telegram, монетизация товаров и услуг на платформе

Простота и безопасность обмена криптовалют: встроенный в Telegram кошелек TON

Высокая скорость и низкая цена транзакции на TON: мгновенная маршрутизация, автоматическая корректировка неверных блоков, метод Proof-of-Stake

Доступ к децентрализованным блокчейн сервисам (подобно App store и Google Play)

Элемент диверсификации портфеля

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

4

TLGRM-012-00015888

## В 2019 году рынок криптовалют снова демонстрирует рост

**АТОН**

С начала года доходность Bitcoin опережала основные индексы...

... в то время как объем торгов криптоактивами достиг исторического максимума





*Источник: Bloomberg, CoinMarketCap (06.05.19)*

май 2019

5

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015889

# Стабильный рост интереса к рынку криптоактивов

**АТОН**

Количество зарегистрированных криптокошельков, млн шт.



Активы под управлением криптофондов, USD млн



*Источник: Bloomberg (06.06.19), cryptofundresearch, statista.com*

МАЙ 2019

6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015890

# Рынок ICO начинает восстанавливаться, достигнув низшей точки





В 2019 году количество и объемы ICO возобновили рост

*Капитализация, USD млрд*

Объем привлеченных средств (лев. шк.)          Количество проведенных ICO (прав. шк.)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015891

## Ограниченное предложение при существенном потенциале роста цены

**АТОН**

### Распределение объема Gram между инвесторами



- Продано на Initial sale и Stage A
- Резерв
- Поддержание экосистемы
- Доступно для продажи на Stage B
- Доля разработчиков



### Оценка стоимости одного Gram, USD



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015892

# Telegram завершил большую часть работ для полноценного запуска TON



## Запуск основных компонентов системы



**I кв. 2018:**
Запуск системы авторизации Secure ID

**II кв. 2018:**
Тестовый запуск минимальной сети TON

**III кв. 2018:**
Тестирование и аудит безопасности TON

**IV кв. 2018:**
Развертывание рабочей версии TON

**I кв. 2019:**
Запуск тестирования платформы TON командами программистов

## Статус готовности экосистемы TON на сентябрь 2018 года

| TON Virtual Machine (TVM) | |
|---|---|
| Внедрение | 95% |
| Документация | 95% |

| Сеть TON | |
|---|---|
| ADNL | 80% |
| Оверлейные сети | 100% |
| Протоколы вещания | 100% |
| Протокол CATCHAIN | 90% |
| Протоколы поток. вещ. | 95% |

| Генерация и валидация блоков блокчейна TON | |
|---|---|
| Документация | 50% |
| Библиотека блоков | 80% |
| ПО валидации | 10% |
| Тест смарт-контракт. | 50% |
| Смарт-контракты | 10% |

МАЙ 2018

5

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015893

## Обзор предложения

АТОН

| | |
|---|---|
| Цена | |
| Фонд | |
| Ячейка фонда[1] | **REDACTED - PERSONAL INFORMATION** |
| Администратор | |
| Юрисдикция | |
| Аудитор | |
| ISIN | |
| Bloomberg ticker | |
| Валюта | USD |
| Цель инвестирования | Приобретение прав на получение Grams[2], в том числе посредством участия в юридических лицах и партнерствах |
| Ограничение на продажу (lock-up) | На инвесторов будут распространяться те же ограничения по времени поставки Grams (или их денежного эквивалента), которые будут наложены такими юридическими лицами и партнерствами. АТОН приложит все необходимые усилия, чтобы поставить Grams (или их денежный эквивалент) в разумный срок с учетом таких ограничений |
| Initial charge | 2% от суммы инвестированных средств |
| Success fee | 20% от прироста стоимости активов |

[1] Ячейка фонда находится в процессе смены наименования, уточнения параметров. Текущее название ячейки фонда «Aton Taxi Technology Fund Segregated Portfolio»
[2] Ожидаемые сроки поставки: 25% - через 3 - 9 месяцев, 25% - через 6 - 12 месяцев, 25% - через 12 - 18 месяцев, 25% - через 18 - 24 месяцев

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015894

## Контакты

**ΑΤΟΗ**

---

**Центральный офис ООО «АТОН»**

 +7 (495) 777-90-90

✉ clients@aton.ru

◎ 115035 Россия, Москва,
Овчинниковская набережная,
дом 20, строение 1



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015895

# Декларация о рисках

**⧨АТОН**

Помимо рисков, описанных в «Декларации о рисках», связанных с осуществлением операций на рынке ценных бумаг, заключением договоров, являющихся производными финансовыми инструментами компании ООО «АТОН», обращаем Ваше внимание на следующие дополнительные риски, присущие данной инвестиции. Реализация одного или нескольких рисков может привести к частичной или даже полной потери стоимости Ваших инвестиций.

Регулирование. Статус регулирования криптовалют, цифровых валютных активов и решений на основе технологии blockchain, включая смарт-контракты (далее – «криптовалюты»), на данный момент неясен для подавляющего большинства стран, включая страны OECD и страны Западной Европы. Также неясными остаются перспективы развития такого регулирования в будущем. В частности, текущее или будущее регулирование одной или нескольких стран, в правовом поле которых находится или будет находиться данная инвестиция, могут запретить криптовалюты или наложить чрезвычайно жёсткие или даже невыполнимые требования (включая лицензионные и налоговые) на любые операции с ними. Как следствие этого или по иным причинам государственные или частные органы могут иметь повышенный интерес к криптовалютам и операциям с ними (в том числе на основании ПОД/ФТ, уклонение от уплаты налогов, контроля над движением капитала), а также инициировать разбирательства и судебные процессы, что может негативно отражаться на стоимости и обращаемости криптовалют.

Проектные и технологические риски. TON Blockchain, Gram, Wallet и иные инфраструктурные компоненты технологии TON и криптовалюты Gram на данный момент являются несуществующими или лишь частично созданными и/или протестированными. Существует риск того, что данная технология не будет создана в принципе, будет создана лишь частично, будет создана с ошибками, с нарушениями прав интеллектуальной собственности или не будет соответствовать тем параметрам, которые указывались в начале работы над проектом ("Technical White Paper"), включая отсутствие интеграции с Telegram Messenger. Развитие технологий, применяемых в данном конкретном проекте и в целом в технологии blockchain, в любой конкретной стране/странах или глобально может оказаться устаревшим, непригодным для использования, подверженным критичным операционным ошибкам / рискам или перестать быть интересным для пользователей, что приведёт к снижению платёжной и утилитарной ценности криптовалют, включая Gram, а также к уменьшению их стоимости и возможностей для свободного обращения.

Нарушение систем безопасности и хакерские атаки являются и всегда будут являться серьёзным риском для всего проекта и всех его пользователей. Умышленные или неумышленные действия третьих лиц могут привести к частичной или полной потере доступа к электронным кошелькам или ключам доступа, а следовательно – и инвестиций.

Риски контрагентов. Данная инвестиция несёт повышенные кредитные риски на контрагентов, включая Telegram Group Inc, TON Issuer Inc и связанные с ними компании, а также компании, которые являются промежуточными владельцами или держателями криптовалюты Gram в случае её выпуска, включая первоначальных покупателей, а также фонды, их пайщиков и управляющих. Контрагентский риск усложняется неоднозначной трактовкой правил продажи и последующего обращения криптовалюты со стороны Telegram Group и связанных с ним компаний, условий фонда, перехода прав собственности и возможности свободного распоряжения и обращения выпускаемой криптовалюты.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015896

**АТОН**

# Ограничение ответственности

Настоящий маркетинговый материал не предназначен для широкого распространения. Все получатели данного маркетингового материала являются лицами, обладающими профессиональными опытом в вопросах, связанных с инвестициями, или же лицами с высоким уровнем собственного капитала либо прочими лицами, которым на него маркетинговый материал может быть адресован на законных основаниях (при перечисленных категориях лиц далее именуются «уполномоченные получатели»). Настоящий маркетинговый материал не может быть использован лицами, которые не являются уполномоченными получателями материала. Любая вид инвестиций или инвестиционная деятельность, к которому относится в данном материале, доступны только уполномоченным получателям материала и имеет отношение только к указанным получателям материала. Представленная информация в данном подлежит изменению без уведомления получателя данной информации и мнения. Выпуск и распространение маркетингового материала в иных юрисдикциях в отношении ценных бумаг в определенных юрисдикциях может ограничиваться законом. Если просто не указано обратное, настоящее подлежит только для лиц, являющихся допустимыми получателями данного материала в той юрисдикции, в которой находится или приобретает получатель частичного материала. Несоблюдение подобных ограничений может представлять собой нарушение законодательства о юрисдикциях о ценных бумагах. Настоящий материал не предназначен для доступа к нему с территории Соединенных Штатов Америки (включая зависимые территории и Округ Колумбия), Австралии, Канады и Японии.

Информация, содержащаяся в настоящем маркетинговом материале, не является инвестиционно-аналитическим продуктом. Информация, содержащаяся в данном маркетинговом материале, не следует рассматривать в качестве продукции, погашения или побудительная причины приобрести либо продать по какие-либо ценные бумаги либо прочие финансовые инструменты, она не является советом или индивидуальной инвестиционной рекомендацией, либо другой формой выражения мнения о том, отвечает ли конкретные ценные бумаги или иной финансовый инструмент вашим ожиданиям по доходности от операций с финансовым инструментом, о переходе времени, за которой отражаемого такой доход, а также о достаточном для вас риски убытков от таких операций, если со не являлись квалифицированным инвестором, или иных заинтересованных.

Данная информация не является отражающим изменением актуальных событий финансового или денежного характера, не может быть использована в таком качестве. Опубликованные в данном маркетинговом материале ценные бумаги могут не подлежать продаже ко всем юрисдикциях или определенным категориям инвесторов. Производные финансовые инструменты (опционы, фьючерсы и т.д.) не подходят для всех инвесторов, и торговля этими инструментами считается рискованной. Подобные показатели не являются гарантией будущих результатов. Стоимость инвестиций может упасть или вырасти, при этом инвестор может не получить сумму первоначальных инвестиций. Некоторые инвестиции могут стать неосуществимыми в силу с невозможностью их оценки для ценных бумаг или отсутствия рынка ценных бумаг. Инвестор-инвесторов, в соответствии расчета инвестиций могут не подвергаться существенная оценка. Инвестиции в зарубежные ценные бумаги подвергаются высоким степени риска с изменением только для опытных инвесторов, неустойчивыми с таким риском и не требующих агента и быстрого приобретения инвестиции в наличные средства. Номинированные в иностранной валюте ценные бумаги подвержены колебаниям в зависимости от обменных курсов, что может негативно сказаться на стоимости или доход инвестиций, в течение получения от инвестиции доходов. Иные факторы риска, влияющие на цену, стоимость или доход от инвестиций, включают, но не обязательно ограничиваются политическими рисками, экономическими рисками, кредитными рисками, а также один или иными рисками. Инвестиция в такие основывающиеся рынки, как Россия, другие страны СНГ, возникающих рынков личного износа высокую степень риска, а инвесторам перед осуществлением инвестиций должны тщательно проводить собственное исследование. Информация, содержащаяся в настоящем маркетинговом материале, не является инвестиционным продуктом, настоящий документ не создается в соответствии с юридическими требованиями, предъявляемыми соблюдать объективность инвестиционного анализа, по настоящий маркетинговый материал не распространяется какой-либо запрет относительно распространения аналитикой-аналитических продуктов. В настоящем материалах был подготовлен во всею возможностью, соблюдающих для полноты изложения фактов, о них указаны, на него относится изменения независимо заверяемых аверенных информации.

ООО «АТОН» (ИНН 7702015515), место нахождения: 115035, Россия, Москва, Овчинниковская наб., д. 20 стр. 1, осуществляет свою деятельность «в связи с ценных бумаг» в соответствии со следующими лицензиями:

✓ профессионального участника рынка ценных бумаг на осуществление брокерской деятельности №177-02896-100000 от 27 ноября 2000 г. (выдана Федеральной службой по финансовым рынкам)
✓ профессионального участника рынка ценных бумаг на осуществление дилерской деятельности №177-03054-010000 от 27 ноября 2000 г. (выдана Федеральной службой по финансовым рынкам)
✓ профессионального участника рынка ценных бумаг на осуществление деятельности по управлению ценными бумагами №177-03537-001000 от 27 декабря 2000 г. (выдана Федеральной службой по финансовым рынкам)

ООО «АТОН» внесено в Единый реестр инвестиционных советников - номер записи 35.

ООО «АТОН» является участником торгов ПАО «Московская биржа».



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015885

ATON

Telegram



| 2019 | 500 thousand | 250 mil | 70 bil. |
|---|---|---|---|
| The year of launch of the TON platform | new users every day | active users | messages per day |

> ➤ Telegram is a messenger that allows users to exchange messages and media files of various formats
> ➤ Telegram Open Network (TON) is a proprietary blockchain platform, which has services for exchange of messages, payment operations in crypto currency, data storage etc.
> ➤ Gram is a crypto currency of the company Telegram, which will be launched on the platform TON
> ➤ Means of application of Gram and TON: storage of means, purchase and sale of goods, wires, payment for various services, possibility of creation and placement of one`s crypto currency on the platform TON



May 2019        *Source: Data of the company Telegram*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015886

Telegram –   Telegram is one of the largest and fastest growing messengers in the world ATON



The most popular mobile messengers in 2018, mil. of active users per month



Evaluation of the largest messengers during the last rounds of financing,





(1)   Estimation of ATON; (2) 50% capitalization of Tencent, estimation of ATON

*Source: data of the companies, Bloomberg (05.06.19)*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015887

**Key factors of investment attractiveness of Gram**                    ATON



1. A possible alternative to Master Card/Visa: popularization of the platform TON among millions of users of Telegram, monetization of goods and services on the platform

2. Simplicity and safety of crypto currency exchange: TON wallet in-built into Telegram

3. High speed and low cost per transaction on TON: instant routing, automatic correction of wrong blocks, method Proof-of-Stake

4. Access to decentralized blockchain services (similar to App store and Google Play)

5. An element of portfolio diversification

May 2019

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00015888

In 2019 the crypto currency market demonstrates growth again                    ATON

From the start of the year the profitability of
Bitcoin was ahead of the main indices…
[chart: USD bil, for January, March, April of
2019]

… while the volume of trading of crypto assets
reached a historical peak





[chart showing the historical peak as well as a median YTD and a median for two
years for January, March, April of 2019]

May 2019          *Source: Bloomberg, CoinMarketCap (05.06.19)*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    TLGRM-012-00015889

Stable growth of interest towards crypto asset market                    ATON

The first chart shows the quantity of registered crypto wallets, mil of units

The second chart shows the assets managed by crypto funds, USD mil







May 2019        *Source: Bloomberg (06.06.19), cryptofundresearch, statista.com*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The ICO market starts recovering, having reached the lowest point                    **ATON**



In 2019 the quantity and volumes of ICOs started growing again

Capitalization, USD bil.

The chart showing the volume of raised funds
(the left scale)

The chart showing the quantity of
organized ICOs (right scale)

May 2019          *Source: Coinschedule, Coinstats*

Limited offer at the significant potential of price growth                    ATON

Distribution of the volume of Gram among investors

 

- 58% - Sold at the initial sale and Stage A
- 20% - Reserve
- 10% - Support of the eco system
- 8% - Available for sale at the Stage B
- 4% - Stake of the developers

Evaluation of the value of one Gram, USD



May 2019        *Source: White Paper, Hash CIP, TON board*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Telegram finished the larger part of the work for the full-fledged launch of TON**   ATON

### Launch of the main components of the system



I quarter of 2018:
Launch of the system of authorization Secure ID

II quarter of 2018:
Test launch of the minimal network TON

III quarter of 2018:
Testing and audit of safety of TON

IV quarter of 2018:
Unfolding of the working version of TON

I quarter of 2019:
Launch of the testing of TON platform by teams of programmers

### Status of readiness of the eco system TON as of September of 2018

| TON Virtual Machine (TVM) | |
|---|---|
| Implémentation | 95% |
| Documentation | 95% |

| TON Network | |
|---|---|
| ADNL | 80% |
| Overlay networks | 100% |
| Messenger protocols | 100% |
| CATCHAIN protocol | 90% |
| Protocols of flows of things | 95% |

| Generation and validation of blocks of blockchain TON | |
|---|---|
| Documentation | 90% |
| Library of blocks | 30% |
| Validation software | 10% |
| Smart contract test | 65% |
| Smart contracts | 10% |

May 2019

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   TLGRM-012-00015893

The review of the offer                                    ATON

| Price | |
|---|---|
| Fund | |
| Cell of the fund[1] | |
| Administrator | REDACTED - PERSONAL INFORMATION |
| Jurisdiction | |
| Auditor | |
| ISIN | |
| Bloomberg ticker | |
| Currency | USD |
| Goal of the investment | Obtaining the rights of the receipt of Grams[2], including by means of participation in legal entities and partnerships |
| Limitation on sale (lock-up) | The investors are subject to the same restriction in time frame for delivery of Grams (or their fiat equivalent), which will be imposed by such legal entities and partnerships. ATON will apply all of the needed efforts in order to deliver Grams (or their fiat equivalent) within the reasonable time frame taking into account such restrictions |
| Initial charge | 2% from the sum of the invested funds |
| Success fee | 20% from the growth of assets' value |

1 The cell of the fund is in the process of being renamed as well as elaboration of parameters. The current name of the cell of the fund is "Aton Taxi Technology Fund Segregated Portfolio"
2 The expected time frame for the delivery: 25% - in 3-9 months, 25% - in 6-12 months, 25% - in 12-18 months, 25% - in 18-24 months

May 2019

## Contact information

**ATON**

Центральный офис ООО «АТОН»

☎ +7 (495) 777-90-90

✉ clients@aton.ru

⊙ 115035 Россия, Москва,
Овчинниковская набережная,
дом 20, строение 1



### Central office "ATON" LLC

☎ +7(495)777-90-90

✉ clients@aton ru

⊙ Section 1, building 20,
Ovchinnikovskaya
Naberezhnaya, Moscow, Russia 115035

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Besides the risks described in "The Declaration on Risks Related to Realization of Operations at the Securities` Exchange, signing agreements that are derivatives of financial tools of the company "ATON" LLC, we would like to bring your attention to the following additional risks that characterize this investment. The realization of one or several risks may cause a partial or even full loss of value of your investment.

Regulation. The status of regulation of crypto currencies, digital currency assets and solutions on the basis of blockchain technology, including smart-contracts (further in referred to as "crypto currencies"), at present is not clear for the prevailing majority of countries, including the countries of OECD and countries of Western Europe. Also, the prospects of development of such regulation in future are not clear. In particular, current or future regulation of one or several countries, in the legal field of which this investment presently is or will be, may ban crypto currencies or impose extremely rigid or even inexecutable requirements (including license and tax-related ones) on any operations with them. As a result of this or due to other reasons state or private bodies may have an increased interest in crypto currencies and operations with them (including on the basis of POD/FT, avoidance of taxes, control over capital movement) as well as initiate court proceedings and trials, which may negatively impact the value and circulation of crypto currencies.

Project and technological risks. Ton Blockchain, Gram, Wallet and other infrastructure components of the TON technology and crypto currencies Gram at this moment are non-existent or only partially created and/or tested. There is a risk that this technology will not be created at all, that it will be created only partly, that it will be created with errors, with violation of intellectual property rights or will not correspond to those parameters, which were indicated when the work on the project ("Technical White Paper") started, including the absence of integration with Telegram Messenger. The development of technologies, applied in this specific project and overall in blockchain technology, in any specific country/countries or globally may turn out to be obsolete, useless for application, subject to critical operational errors/risks or it may stop being of an interest to users, which will lead to the decrease in payment and utilitarian value of crypto currencies, including Gram as well as decrease in their price and possibilities for free circulation.

Violation of the systems of safety and hacker attacks are and always will be a serious risk for the whole project and all of its users. Deliberate or not deliberate actions of third parties may lead to partial or full loss of access to digital wallets or access keys, and subsequently – to the loss of investment.

Risks of partners. The given investment carries elevated credit risks as far as partners are concerned, including Telegram Group Inc, TON Issuer Inc and companies related to them as well as companies, which are intermediary owners or holders of crypto currency Gram in case of its issue, including initial buyers as well as funds, their stake-holders and executives. Partner risk is complicated by the ambiguous interpretation of sales rules and subsequent circulation of crypto currency from the side of Telegram Group and companies related to it, terms of the fund, transfer of ownership rights and possibility of free disposal and circulation of issued crypto currency.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                 TLGRM-012-00015896

## Limitation of liability                                                    ATON

The present marketing material is not designed for the public dissemination. All of the recipients of this marketing material are people with a professional experience in matters related to investments, or persons with a high level of their own capital or other people, to whom this marketing material may be addressed on a legal basis (all of the listed categories of people further in are referred to as "targeted recipients of the material"). This marketing material may not be used by persons who are not the targeted recipients of the material. Any type of investments or investment, discussed in this material, is accessible only to targeted recipients of the material and is related only to the indicated recipients of the material. The presented information and opinions are subject to changes without notifying of the recipients of this information and opinions. Issue and distribution of the marketing material and other information in relation to securities in certain jurisdictions may be restricted by law. Unless the opposite is directly indicated, the present is aimed only at the persons that are acceptable recipients of this material in the jurisdiction, where a recipient of this material is located or to which he or she belongs. Non-compliance with similar restrictions may represent legislative violation of such jurisdiction on securities. This material is not intended to be accessed from the territory of United States of America (including dependent territories and District of Columbia), Australia, Canada and Japan.

Information contained in this marketing material is not investment or analytical product. The information contained in this marketing material should not be regarded as an offer, invitation or an impulsive cause to acquire or sell these or other securities or other financial tools. It is not an advice or personal investment recommendation or any other form of expression of our opinion on whether this specific security or another financial tool corresponds to your expectations on profitability of the operations with financial tools, from the period of time, which defines such profitability, as well as on the acceptable for you risk of losses from such operations, if you are not a qualified investor, or your other interests.

This information is not a comprehensive resource on currently central events of financial or commercial nature and may not be used in such a manner. The securities described in this marketing material may not be subject to sale in all of jurisdictions or certain categories of investors. The derivative financial tools (options, futures etc.) do not suit all of investors, and trading these tools is considered risky. The past indicators are not a guarantee of future results. The value of investment may fall or go up, at that there is a possibility that the investor may not return the amount of initial investment. Some investment may become impossible to realize because of the non-liquidity of securities` market or absence of secondary market of the investor`s interest, and that is why evaluation of investment and definition of risks of the investor may not lend itself to qualitative evaluation. Investment into non-liquid securities implies a high degree of risk and are acceptable only for experienced investors, not sensitive to such risks and not requiring an easy and fast transformation of investment into cash funds. Nominated in foreign currency securities are subject to fluctuations depending on exchange rates, which may negatively impact the value or price of investment, as well as revenue received from investment. Other factors of risk, impacting the price, value or revenue from investment, include, but not necessarily are limited to political risks, economic risks, credit risks as well as market risks. Investment into such developing markets as Russia, other CIS countries and securities of developing markets have a high degree of risk and investors before realization of investment must conduct thorough preliminary research. Information contained in this marketing material is not an investment and analytic product. This document has not been created in accordance with legal requirements, authorizing to comply with objectivity of investment analysis. This marketing material is not subject to any bans regarding distribution of investment and analytical products. This material was prepared with all of caution practiced in order to guarantee precision of fact rendering, and does not contain either partly or fully and intentfully wrong information.

"ATON" LLC (Tax ID 7702015515), physical location: 115035, Russia, Moscow, Ovchinnikovskaya Naberezhnaya, building 20, section 1, realizes its activity at the securities` market in accordance with the following licenses:

   ✓ the license of a professional participant of securities` market for realization of broker activity No.177-02896-100000 dated 27 of November of 2000. Issued by Federal Service on Financial Markets
   ✓ the license of a professional participant of securities` market for realization of dealer activity No.177-05006-010000 dated 27 of November of 2000. Issued by Federal Service on Financial Markets
   ✓ the license of a professional participant of securities` market for realization of depository activity No.177-04357-000100 dated 27 of November of 2000. Issued by Federal Service on Financial Markets

"ATON" LLC has been included into the Unified Register of investment advisers – record number 25.

"ATON" LLC is a participant of trading activity of "Moscow Stock Exchange" PJSC



Schreiber Translations, Inc.

51 Monroe Street

Suite 101

Rockville, MD 20850

P: 301.424.7737

F: 301.424.2336

# CERTIFICATION

This is to certify that the attached <u>English</u> language documents are true and accurate translations of the original <u>Russian</u> language documents to the best of our knowledge and belief. The documents are identified as below:

"165297_43. 2018.02.20_ENG"
"165297_TLGRM-012-00015885 to have formally translated_ENG"

Executed this 16th day
of December, 2019

*Margie Delao*

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com

www.schreibernet.com