# PX118

| | |
|---|---|
| From: | John Hyman [hyman@telegram.org] |
| Sent: | 20/02/2018 15:14:53 |
| To: | REDACTED – PERSONAL INFORMATION |
| CC: | perekopsky@telegram.org |
| Subject: | TON_teaser_2018 - RUS.PDF |

REDACTED – PERSONAL INFORMATION

The following has been forwarded to us
Can you please explain why you are talking about a price below the contemplated issue price -it makes no sense and is confusing people
Many thanks

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                     TLGRM-012-00004585

**КОНФИДЕНЦИАЛЬНО – ТОЛЬКО ДЛЯ ИНВЕСТОРОВ**

## Telegram Open Network (1/3)

REDACTED – PERSONAL INFORMATION

### Факторы инвестиционной привлекательности

Возможность инвестировать в крупнейшее ICO в истории криптовалют – Telegram Open Network (TON):

- Проект от команды Telegram, одного из самых быстрорастущих зашифрованных мессенджеров с аудиторией более 170 млн активных пользователей в месяц и с приростом более 500 тыс. новых пользователей ежедневно
- Взрывной рынок крипто-активов вырос в 79 раз в 2016-2017 гг. и достиг рыночной капитализации $565 млрд, даже при ограниченном доступе к институциональному капиталу
- Продвинутый портфель комплементарных решений на базе технологии блокчейн создает цельную экосистему токенизированного проекта нового поколения
- Одна из сильнейших команд разработчиков в мире, состоящая из призеров главных мировых турниров
- Эксклюзивная возможность принять участие в ICO с инвестиционным чеком до $50 млн (whitelist закрыт)

### Обзор рынка

- Рынок криптовалют значительно вырос в 2017 г., после того как внимание к технологии блокчейн возросло экспоненциально, вместе с успешным запуском нового типа краудфандинга – ICO/ITO
- Токенизированные проекты привлекли более $3.7 млрд через ICO в 2017 (38.4x рост год к году)
- Рыночная капитализация криптовалют достигла $565 млрд в декабре 2017 г., по сравнению с $17.7 млрд в прошлом году
- Ожидается, что приток институциональных денег в крипто-рынок ускорит его будущий рост

### Описание проекта

- Команда Telegram планирует имплементировать масштабируемые и эффективные распределенные инфраструктуры для хранения данных и расчетов внутри мессенджера на базе технологии блокчейн, работающих на внутреннем токене – "Gram"
- TON Blockchain — масштабируемая и гибкая архитектура блокчейн, которая состоит из основной цепи и до $2^{32}$ рабочих цепей, с дополнительными сервисами: TON P2P Network, TON Storage, TON Anonymizer и distributed hash table
- Проект считается прорывным как минимум из-за 3-х инновационных спецификаций:
    - "Proof-of-Stake" подход
    - Шардинг
    - Мгновенная маршрутизация

### Основные условия сделки (предварительные)

| | |
|---|---|
| Инвестиция | До $50 млн (Транш 2, без блокировки токенов) |
| Цена за токен | ~$1.1 - $1.45 (увеличивается с каждым последующим токеном) |
| Дата инвестиции | Февраль 2018 |
| Дата разморозки токенов | Декабрь 2018 |
| Стратегия выхода | Продажа на открытом рынке или PoS майнинг |

### Крупнейшие ICO в 2017 г.



| Filecoin | Tezos | EOS |
|---|---|---|
| $257 млн | $232 млн | $185 млн |

 

| PARAGON | Bancor | KIN |
|---|---|---|
| $183 млн | $153 млн | $93 млн |

### Крупнейшее ICO в 2018 г.



**TON**

До $3,000 млн

TON Whitepaper (ссылка)

### Ожидаемое распределение токенов



5 млрд Gram общая эмиссия

- Транш 1 - закрытая продажа 44% Gram (закрыт)
- Транш 2 - продажа 10% (фонд TON)
- Транш 3 - Продажа 4% (команда TON)
- Нераспроданные токены (резерв TON)

**REDACTED – PERSONAL INFORMATION**

*Тизер основан на доступной предварительной информации

КОНФИДЕНЦИАЛЬНО – ТОЛЬКО ДЛЯ ИНВЕСТОРОВ
# Telegram Open Network (2/3)

REDACTED – PERSONAL INFORMATION

## Структура сделки

 **Подписка на фонд**



- Инвестиция в управляемую DVC ячейку в сегрегированной портфельной компании (SPC)
- Платежи в USD в люксембургский банк
- Фонд выпускает юниты для полученных и подтвержденных инвестиций
- Фонд замораживает денежные средства и подтверждает аллокацию с командой TON
- В случае сокращения аллокации, излишек средств возвращается инвесторам (redemption)

**2 Участие в продаже токенов**



- Исполнение простого соглашения о будущих токенах (Simple Agreement for Future Tokens – SAFT), которое предоставляет право требования на выпускаемые в будущем токены
- Перевод средств на Токенизатор (юридическое лицо, которое проводит продажу токенов)
- Ожидается, что токены будут разморожены в декабре 2018 г.

**3 Предоставление ликвидности**



- В декабре 2018 г., после разморозки, токены становятся полностью активными и свободными
- Управляемая DVC ячейка предоставит мгновенную ликвидность после разморозки токенов (по требованию), в дальнейшем, инвестору будет предоставляться ликвидность на ежемесячной основе

**REDACTED – PERSONAL INFORMATION**

*Тизер основан на доступной предварительной информации

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00004587

КОНФИДЕНЦИАЛЬНО – ТОЛЬКО ДЛЯ ИНВЕСТОРОВ
Telegram Open Network (3/3)

REDACTED – PERSONAL INFORMATION

BY INVITE ONLY
"Subsequent Sale" Subscription
to Telegram (Gram) Token sale, March 2018

### 1. About Telegram TON ICO/ICO (second placement "Subsequent Sales")

Whitepaper: https://bitcoin.es/wp-content/uploads/2018/01/ton.pdf
Price: 1.1-1.45$ per Token (price defined by Telegram algorithm)
Lockup: no lockup for Subsequent Sale, Grams are available immediately after network launch (planned Dec 2018, may slip)
Termination: in case of Telegram is unable to deliver TON network in a reasonable time, the investment shall be returned to the contributors by Telegram with subtraction of "reasonable costs"
Pre-Sale ($800m, already closed), the price was approx. $0.37
Tokens purchased at Pre-Sale are LOCKED UP for up to 18 months from network launch (~18 months from Dec 2018)

### 2. Subscription to Telegram (Gram) Token "Subsequent Sale" sales for March 2018

Investors' subscription: qualified investors (who passed KYC) shall subscribe to the dedicated segregated portfolio cell, DVC TON Fund (the "Fund") until Feb 28, 2018 and pay the consideration
The Fund will subscribe for up to $50m Tokens of Telegram by executing Simple Agreement for Future Tokens (SAFT) for TON's Tokens called "Grams" at the price from ~$1.1 to ~$1.45 per Token, the allocation might be decreased by TON's discretion mainly driven by KYC
Tokens will be supplied by Telegram in Dec 2018, the Fund will store Tokens in the secured custody managed by the third-party administrator
The infrastructure includes, but not limited to: a number of exchange accounts, OTC desks accounts, broker accounts, crypto-custody etc.
The Investment Manager of the Fund will prepare all necessary infrastructure by the time to be able to disburse high volumes of Token at the open market
Exit strategy: disposal of Tokens at the open crypto market
The Investment manager of the Fund will execute the strategy to sell all of the Tokens over a reasonable period of time using the respective infrastructure maximizing returns to investors
All cash resulting from the Token sales shall be redeemed. Investors can request redemption at their discretion after the Tokens are received by the Fund on the monthly basis, and the Fund will organize the partial disbursement of Tokens and schedule the customary redemption with the return of the received USD consideration

### 3. Deal structure

Investment via an institutional-type Cayman-based fund under the DVC management
Reliable third-party administrator and EU-based international bank
Managed by Da Vinci Capital (the Investment Manager) with the advisory support of AddCapital
Secured holding and exit in legally-standard way
Advanced solution for Tokens custody with third-party verification
Provides the instrument for the subscription of a pooled investment vehicle under the management of a reputable investment fund as required by TON

### 4. Risks

Telegram: Each of the Investor shall understand and bear all the risks associated with Telegram, current stage of development of blockchain technology, immature infrastructure and business risks associated with TON (and Gram) global deployment
Allocation: TON reserves the right to reduce an allocation at their discretion or terminate the entire allocation. In the case of the reduction, all investors' allocations will be reduced on a *pro-rata* basis. All extra capital will be redeemed
Passing the KYC:
- KYC of ultimate investors shall be duly supplied to TON, and the additional information shall be promptly supplied on its request
- If the Investor is late with KYC which, it will be dismissed investment round.
- Investor may be dismissed by TON based on KYC.

Crypto-market risks: Investor shall understand and bear all risks related to crypto market specifics, including, but not limited to Tokens' storage, liquidity, value, transactions and third-party risks associated with decentralized blockchain networks and centralized counterparties.

### 5. F.A.Q.

**What is the reason of using the fund structure instead of investing via an SPV?**
Security risk: plain-vanilla SPV is highly risky for investors for $50m due to ownership risks and bank access risks, standard fund protects investors in industry-standard way from all these risks
Unconditional financing: Transparent NAV-based justification of the funds sufficient for a Token Sale participation
Institutional investors: TON is seeking for institutional investors, specifically a structured under the reputable brand

**How to join?**
Get Invite from the Fund-> Pass KYC -> Execute the Subscription Pack (subscription agreements, deeds to join the offering memorandum etc.)
-> Transfer money from any bank to an EU-based international bank of the Fund
-> Receive regular reporting from the Investment Manager / statements from the Fund's Administrator
-> Redeem capital on monthly basis

**What happens after Grams will be released by TON (in Dec 2018)?**
The Fund will immediately receive the eligible amount of Grams (specified in the SAFT) to its crypto-custody based on the smart-contract when network is launched

**What happens before Grams are issued?**
The Fund and TON execute SAFT, the Fund pays consideration for respective number of Tokens
The fund will hold the SAFT as an "other asset"
The Fund will prepare infrastructure to effectively trade the Tokens as they are available
NOTE: no redemption is possible before the network launch event (unless TON terminates SAFT and returns the consideration)

**What if an Investor wants to exit earlier than the Fund expects to?**
Investor can request redemption for respective investor's stake on the monthly basis after the network launch event, the Fund will disburse respective number of Tokens on demand and execute redemption for the Investor in USD

**What if an Investor wants to hold Tokens longer than the Fund plans to?**
Investor may request the fund to hold some Tokens for the investor longer in parallel to the Fund's full redemption to other investors by committing to an additional management fee
Alternatively, an Investor may redeem USDs for disbursed Tokens and immediately purchase Tokens at the open market for individual holding

*Тизер основан на доступной предварительной информации

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-012-00004588