# PX119

| | |
|---|---|
| From: | John Hyman [hyman@telegram.org] |
| Sent: | 15/03/2018 11:10:27 |
| To: | REDACTED - PERSONAL INFORMATION |
| CC: | John Hyman [hyman@telegram.org]; REDACTED - PERSONAL INFORMATION |
| Subject: | Re: Very urgent and important on TON acquisition. From REDACTED - PERSONAL INFORMATION |

REDACTED - PERSONAL INFORMATION

On 15 Mar 2018, at 11:04, REDACTED - PERSONAL INFORMATION

Hello, John!

It is very nice of you. My assistant ———— would call you via Skype if it's okay for you?

Please, leave me your contacts

Regards,
REDACTED - PERSONAL INFORMATION

15.03.2018, 13:46, "John Hyman" <hyman@telegram.org>:

REDACTED - PERSONAL INFORMATION

Am very happy to have a call to go through these issues if that's helpful

> On 15 Mar 2018, at 10:31, John Hyman <hyman@telegram.org> wrote:
>
> Dear REDACTED - PERSONAL INFORMATION
>
> I can confirm that Inventure are a trusted partner to Telegram and funds invested via them will reach us
> We will be in touch on your direct investment with bank details
> John
>
>> On 15 Mar 2018, at 10:09, REDACTED - PERSONAL INFORMATION
>> REDACTED - PERSONAL INFORMATION > wrote:
>>
>> Hello!
>>
>> My name is REDACTED - PERSONAL INFORMATION I'm writing to you on behalf of Igor Sergeyev. I would like to invest in TON via the fund REDACTED - PERSONAL INFORMATION They, in turn, claim to accept funds on the account of the company Space Investments Limited.
>>
>> Could you, please, inform me if this company is really your partner and can I be assured that the funds we are going to transfer will reach you? Could you also tell me if there is an opportunity to wire money directly to you?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

I have already undergone the procedure of KYC at your company under the name [REDACTED - PERSONAL INFORMATION] I'd like to know if it was successful and can I transfer the funds to you yet?

Thank you for your time.

I'm looking forward to hearing from you soon.

Regards,
[REDACTED - PERSONAL INFORMATION]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER