# PX120

| | |
|---|---|
| From: | OKONTO [info@okonto.ee] |
| Sent: | 29/09/2018 17:56:54 |
| To: | Ilya Perekopsky [perekopsky@telegram.org] |
| Subject: | Re[2]: Space Invested Limited |

Thank you for your quick response and information.

Kind regards,

------ Исходное сообщение ------
От: "Ilya Perekopsky" <perekopsky@telegram.org>
Кому: "OKONTO" <info@okonto.com>
Копия: "Shyam Parekh" <shyam@telegram.org>
Отправлено: 29.09.2018 19:54:26
Тема: Re: Space Invested Limited

Dear [REDACTED],

Space Investments is a reliable partner of Telegram in a few projects and investor to TON. They participated in the Pre-sale round and participated in stage "A" round. The total volume of their investment to Grams exceeds $60M. Space has been cleared from AML/KYC perspective by our KYC provider Lawson Conner and by our bank Credit Suisse. They still have available allocation in the current round.

Ilya Perekopsky

On 29 Sep 2018, at 19:42, OKONTO <info@okonto.ee> wrote:

Dear Mr. Perekopski,

We have recieved offer for cooperation from Space Invested Limited according Telegram Open Network, for Due Diligence note, could you please give us a comment about this partner.

Kind regards,
[REDACTED - PERSONAL INFORMATION]
OKONTO | CEO

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                          TLGRM-008-00016181