# PX122

**From:** Shyam Parekh [shyam@telegram.org]
**Sent:** 28/05/2019 00:44:21
**To:** REDACTED - PERSONAL INFORMATION
**Subject:** Re: Telegram Open Network Development Status Update

I can confirm that ▮▮▮▮▮▮▮▮▮▮ invested $10 million in the second round, pursuant to a Purchase Agreement dated 26 March 2018. The purchase price was 1.33003701 per Gram, as a result of which ▮▮▮ will be issued ▮▮▮▮▮ Grams upon the launch of the TON Network.

There were two rounds, in the first the purchase price per token was $0.37756101, and $850 million was raised in total, which means a total of 2,251,291,784.6 tokens will be issued to those first round investors. The second funding round raised a further $850 million, these tokens were priced at $1.33003701 as noted, which means a further 639,079,960.6 tokens will be issued to investors in the second round. Between the two rounds therefore 2,890,371,745.2 tokens will be issued.

We have not provided investors any valuation information.

regards

On Tue, 28 May 2019 at 01:05, REDACTED - PERSONAL INFORMATION @ ▮▮▮▮ > wrote:

Shyam, The information you noted below would be great to get from you in addition to any valuation information you could provide. Thanks, ▮

**From:** Shyam Parekh <shyam@telegram.org>
**Sent:** Monday, May 27, 2019 7:48 PM
**To:** REDACTED - PERSONAL INFORMATION
**Subject:** Re: Telegram Open Network Development Status Update

Thanks for your mail. We have not provided any financial statements, as this was not part of the Purchase Agreement entered into by investors in the two rounds. I would be happy to confirm to your auditors basic facts e.g. regarding the size of your holding or the numbers of grams being issued etc as I have done with a number of other investors and their auditors

Regards

On Tue, 28 May 2019, 00:29 REDACTED - PERSONAL INFORMATION @ ▮▮▮▮ > wrote:

Shyam, Can you forward your December 31, 2018 financial statements and any valuation material, as we need for our 2018 audit of our investments. Thank you.

**From:** Shyam Parekh <shyam@telegram.org>
**Sent:** Thursday, May 23, 2019 4:00 PM
**To:** REDACTED - PERSONAL INFORMATION

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Cc: perekopsky@telegram.org
Subject: Telegram Open Network Development Status Update

Dear 

We'd like to update you on the development and testing status of Telegram Open Network (TON).

The test phase of TON has been ongoing since late March, when independent teams started building and running smart contracts on a TON test node. We are happy to share that the testing process reaffirms our belief that the TON virtual machine and the TON-specific Byzantine consensus algorithm are capable of meeting the goals stated in the original White Paper.

The code and documentation necessary for building smart contracts and deploying them in a test version of TON Blockchain is available at https://test.ton.org/download.html.

Below we include a document describing Fift, a programming language specifically designed for creating and managing TON Blockchain smart contracts. This document further describes the TON technology, complementing the three technical documents we shared with you last year.

We are planning to launch the production network of TON in Q3 2019, with the exact date depending on the course of the test phase.

Kind regards,
Shyam

*\*\* This communication and the related attachments contain forward-looking statements, including statements of plans, objectives, expectations, development status, and intentions. Any number of factors could cause actual results to differ materially from those contemplated by any forward-looking statements, including but not limited to the risks identified in Appendix B to the Primer.\*\**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-008-00022183