# PX124

**From:** Shyam Parekh [shyam@telegram.org]
**Sent:** 04/04/2019 12:38:56
**To:** REDACTED - PERSONAL INFORMATION
**CC:** Ilya Perekopsky [perekopsky@telegram.org]; REDACTED - PERSONAL INFORMATION @aton.ru]
**Subject:** Re: Telegram Open Network Development Status Update

Thanks for your mail REDACTED. To briefly update you on where we stand: Currently we are in the middle of the testing phase, which began in March as per the update sent a few months. So far, everything is going as planned and shortly we plan to expand the test group to a broader group of developers and interested parties. Once this testing has progressed further, we will provide all investors with a further update on the status of the project.

In terms of timing, it is hard to give a definitive date for the launch, but as you may recall, at the time of the fundraising last year we were anticipating a gap between testing and launch of a few months. Based on that original guidance we would be looking at a launch over the course of the summer.

As regards listing, we've had inquiries from a number of large exchanges, and are in discussions with a few of them to see how they might be able to support Grams. Again, we hope to have more updates as we move closer to launch.

regards

On Thu, 4 Apr 2019 at 11:28, REDACTED - PERSONAL INFORMATION wrote:

Hi,

Please help me with several questions concerning the current status of the project:

1. What is the current target date for launch?
2. What stock exchanges are you going to set-up on initially? Have you already completed set-up with some of them?
3. Is there an update on the token wallet? Is it going to be a part of Telegram app? Can I install and try it now?
4. What is your view on the initial trading price?

Thank you in advance,

REDACTED - PERSONAL INFORMATION

**От:** Shyam Parekh <shyam@telegram.org>
**Обратный адрес:** <shyam@telegram.org>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                           TLGRM-011-00021894

**Дата:** понедельник, 28 января 2019 г., 23:02
**Кому:** REDACTED - PERSONAL INFORMATION
**Копия:** <perekopsky@telegram.org>, REDACTED - PERSONAL INFORMATION @aton.ru>
**Тема:** Telegram Open Network Development Status Update

Dear REDACTED - PERSONAL INFORMATION

We would like to update you on the development status of Telegram Open Network (TON).

We are happy to share with you that the TON consensus protocol has yielded 2.5-second finality time for a test network of 100 servers distributed globally. While the final figure may change, this result confirms and exceeds our initial expectations.

In addition to our original development plans, we were able to implement code-generation tools intended to simplify further development and evolution of the protocol.

Our team is finalizing the components required for the test launch of TON, which we currently plan for Q1 2019. The main network is scheduled to be launched after that, with the exact date depending on the course of the test phase.

Please find the details of the development status attached.

Kind regards,
Shyam

*\*\* This communication and the related attachments contain forward-looking statements, including statements of plans, objectives, expectations, development status, and intentions. Any number of factors could cause actual results to differ materially from those contemplated by any forward-looking statements, including but not limited to the risks identified in Appendix B to the Primer.\*\**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    TLGRM-011-00021895