# PX125

Home    FAQ    Apps

Recent News
Jan 6
A Public Notice About the TON Blockchain and Grams
Dec 31
Verifiable Builds, New Theme Editor, Send When Online and So Much More
Sep 5
Scheduled Messages, Reminders, Custom Cloud Themes and More Privacy
Aug 15
Celebrating 6 Years of Telegram
Aug 9
Silent Messages, Slow Mode, Admin Titles and More
Jul 6
Animated Stickers Done Right
Jun 23
Location-Based Chats, Adding Contacts Without Phone Numbers and More

# A Public Notice About the TON Blockchain and Grams

You may have heard that since 2017 the team at Telegram has been developing a new blockchain platform called the **TON Blockchain** and native cryptocurrency called **Grams**. We hope that as a result of this project Grams will become a true complement to traditional currencies, improving the **speed**, **efficiency** and **security** of everyday commercial transactions globally. We believe that the TON Blockchain technology will create a stable ecosystem and represents a significant improvement upon previous platforms in terms of **speed**, **usability** and **scalability**.

There have been a lot of rumors in the media and speculation about the details of this project. Telegram has been careful **not to speak publicly** about these rumors while we continue to build the TON Blockchain platform and work out the exact details of the project to ensure that the TON Blockchain and Grams can operate in a way that is **compliant** with all relevant **laws and regulations**.

In light of recent events, we wanted to take the time to publicly clarify certain aspects of the TON Blockchain and Grams as we continue to prepare for a successful launch of the project.

> We've included short **summaries** in **simple terms** for paragraphs in this text, formatted like this 

## Nobody can buy or sell grams yet

First, it has come to our attention that certain websites appear to be offering Grams to the public. These websites sometimes refer to the offers as "token presales," and some pretend to be affiliated with Telegram. As we've warned you on numerous occasions, these are NOT official Telegram websites, they have NO affiliation with Telegram, and NO Grams have been issued yet to anyone. Neither Telegram nor any of its affiliates are involved in any public sales or presales of Grams. To the contrary, the TON Blockchain on which Grams will function is still in a **Beta Test** phase and you can access the Beta Test website at https://test.ton.org/download.html. Only once the TON Blockchain launches will Grams be created and available to purchase.

> **TLDR:** Grams don't exist yet, **nobody** can buy or sell them before we announce the launch of TON Blockchain. **Don't get scammed.**

## TON will be decentralized and maintained by third parties

Second, if you are considering whether to purchase Grams once the TON Blockchain platform is launched, we want you to know certain things. Telegram and its affiliates have not made any promises or commitments to develop any applications or features for the TON Blockchain or otherwise contribute in any way to the TON Blockchain platform after it launches. In fact, it is possible that Telegram may never do so. Rather, it is Telegram's goal and hope that the **decentralized community of third-party developers** and others will contribute to the TON ecosystem through the development of applications and smart contracts. It will be the sole responsibility of **third parties** and the community to adopt and implement such applications or smart contracts on the TON Blockchain in the manner they choose. Telegram does not, and cannot, guarantee that anyone will adopt or implement such features or provide such services, on any given timetable or at all.

> **TLDR**: We are creating a **decentralized** platform for everyone. Once it launches, Telegram won't be obligated to maintain the platform or create any apps for it. It's possible we never will.

## Telegram will have no control over TON

The code for the TON Blockchain will always be **open source** and **publicly viewable**. Once it is launched, Telegram will occupy the **same position** as **any other party** with respect to the TON Blockchain and w**ill not have any control** over, any unique rights within, or any responsibility for the management of, the TON Blockchain.

Telegram or its employees may, but do not commit to, hold any Grams following the launch of the TON Blockchain. To the extent they do, they will **not take part in voting or validating** in connection with the TON Blockchain. This voluntary decision was made in order to avoid any perception that Telegram or its employees can or will exercise control over the TON Blockchain following its launch.

> **TLDR**: Telegram won't be able to control the blockchain and the ecosystem after it launches. Pretty much like an architect who designed a skyscraper can't control what happens with the building after it's finished – including what gets built around, inside or on top of it.

## Grams won't help you get rich

Third, you should **NOT** expect any profits based on your purchase or holding of Grams, and Telegram makes no promises that you will make any profits. Grams are intended to act as a **medium of exchange** between users in the TON ecosystem. Grams are **NOT** investment products and there should be **NO** expectation of future profit or gain from the purchase, sale or holding of Grams.

Grams do **NOT** represent:

- Any equity or other ownership interest in Telegram or its affiliates
- Any rights to dividends or other distribution rights from Telegram or its affiliates
- Any governance rights in Telegram or its affiliates.

> **TLDR**: If you buy grams at some point in the future, this **won't** mean you "own a piece of Telegram." Grams don't give their holders any special rights, just like owning Euros doesn't give you shares in the European Union.

In deciding whether to purchase Grams, you should be fully aware of the risk that Grams may decrease in value over time or even lose **all monetary value**. There are a number of risks related to purchasing cryptocurrencies like Grams, including volatility in cryptocurrency markets, the possibility of increasing regulation of cryptocurrency exchanges and other risks.

> **TLDR**: Dealing with cryptocurrency is **risky** and can actually make you poorer than you are due to a boatload of external factors.

## And if you already heard about TON…

Finally, we wanted to provide further clarity regarding some technical and governance aspects of the TON Blockchain. Please note that the below is intended to **supersede and replace** all prior materials or communications regarding the TON Blockchain

and Grams to the extent of any conflict or potential conflict, including the information and details set forth in the TON Whitepapers or any previous communications or materials by Telegram or anyone else:

(1) Telegram is under no obligation, and makes no promise or commitment, to ever establish a TON Foundation or similar entity in the future.

(2) At the time of the anticipated launch of the TON Blockchain, Telegram's TON Wallet application is expected to be made available solely on a stand-alone basis and will not be integrated with the Telegram Messenger service. In this regard, the TON Wallet is expected to compete with any other wallet applications designed and offered by third parties. Telegram may integrate the TON Wallet application with the Telegram Messenger service in the future to the extent permitted under applicable laws and governmental authorities.

Telegram reserves all rights to further add to, clarify or revise these or any other aspects of the TON Blockchain or Grams. We look forward to providing more information as we get closer to the anticipated launch of the TON Blockchain.

*January 6, 2020*
*The Telegram Team*

---

*This communication contains forward-looking statements, including statements of plans, objectives, expectations, development status and intentions. Any number of factors could cause actual results to differ materially from those contemplated by any forward-looking statements, including but not limited to the risks identified herein.*

Forward Tweet
Recent News
Jan 6
A Public Notice About the TON Blockchain and Grams
Dec 31
Verifiable Builds, New Theme Editor, Send When Online and So Much More
Sep 5
Scheduled Messages, Reminders, Custom Cloud Themes and More Privacy
Aug 15
Celebrating 6 Years of Telegram
Aug 9
Silent Messages, Slow Mode, Admin Titles and More
Jul 6
Animated Stickers Done Right
Jun 23
Location-Based Chats, Adding Contacts Without Phone Numbers and More

Telegram

Telegram is a cloud-based mobile and desktop messaging app with a focus on security and speed.

About
- FAQ
- Blog
- Jobs

Mobile Apps
- iPhone/iPad
- Android
- Windows Phone

Desktop Apps
- PC/Mac/Linux
- macOS
- Web-browser

Platform
- API