# PX127

| | |
|---|---|
| From: | Mike Kayamori [mike.kayamori@quoine.com] |
| on behalf of | Mike Kayamori <mike.kayamori@quoine.com> [mike.kayamori@quoine.com] |
| Sent: | 24/01/2019 00:44:21 |
| To: | ceo@telegram.org |
| Subject: | Telegram - Quoine |

Hi Pavel

This is Mike Kayamori from Quoine.
It has been a while but thank you for hosting us when we visited you last year.

I have been updated by Katsu, ⬚, and Ilya that things are progressing well in terms of listing Gram on our exchange (both global and Japan subject to Japan FSA approval) and also helping your buy/sell feature on your telegram app.

I was compelled to reach out to you as one of our Russian engineers forwarded me the following email. We look forward to working with you.
https://thebell.io/durov-zapustit-kriptovalyutu-dlya-vseh-v-marte/

btw, I wanted to reach out to you on another point.
We have decided to raise some capital from strategic investors, and closed our initial investment last week.
As we believe there are many synergies between Quoine and Telegram, would you be interested in investing in our company? We are not looking for a large investment but more from a strategic perspective.
Since I know you prefer to be under the hood, we wont make anything public.

Would you be interested?

kindest regards,

Mike Kayamori

--
**Mike Kayamori**
Co-Founder CEO, QUOINE
(+65) 9457-5411 / (+81) 70-4170-7274
Singapore :  80RR, 80 Robinson Road 9F Singapore 068898
Japan : 〒104-0031 東京都中央区京橋二丁目2番1号 19F  https://www.edogrand.tokyo/access
Vietnam : 22F, Saigon Center 2 Tower, No. 67 Lê Lợi street, District 1, HCMC, Vietnam
mike.kayamori@quoine.com
www.liquid.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                            TLGRM-026-00000201