# PX128

**From:** Oleg Seydak [oleg@gramvault.com]
**Sent:** 07/10/2019 05:06:53
**To:** Shyam Parekh [shyam@telegram.org]
**CC:** Ilya Perekopsky [perekopsky@telegram.org]
**Subject:** Re: call

Ok. I changed the schedule.
Can do at 10am EST today. How I shall call you?

Best regards,
Oleg

6 окт. 2019 г., в 23:19, Shyam Parekh <shyam@telegram.org> написал(а):

> Thanks. Will confirm shortly. Could you also do 10 am est? It will be me Ilya and James and Eytan two of the lawyers from skadden. The agenda is to discuss what it means from a legal perspective if investors were allowed to have grams delivered direct to Gramvault. E.g. what legal agreements would need to be in place and between whom, who bears the risk of something going wrong etc etc
>
> On Sun, 6 Oct 2019, 19:34 Oleg Seydak, <oleg@gramvault.com> wrote:
>> I am available tomorrow at 11 est. Please let me know who will attend from your end so we are prepared for the discussion.
>>
>> Can we use Zoom room? If so, I'll distribute an invite tomorrow morning (UK).
>>
>> Best regards,
>> Oleg
>>
>> 6 окт. 2019 г., в 19:41, Shyam Parekh <shyam@telegram.org> написал(а):
>>
>>> Hi Oleg
>>>
>>> we have been speaking with Skadden today about how to discuss the process where investors want to have their grams sent directly through you (as opposed to via a TON wallet first). It would probably be helpful to have a call with you (and any legal folks on your side), us and Skadden to talk thorough how this could work. Are you free tomorrow at say 11 est?
>>> regards

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                              TLGRM-022-00000010