# PX130



Sep 23, 2019 7:06:20 PM

@perekopsky please meet ███████ and ███████ from the CorpDev team

Sep 23, 2019 7:06:20 PM

Thanks ███ for the intro



 Sep 23, 2019 7:06:20 PM

Ilya @perekopsky is from Telegram and is interested to understand
if there are any outstanding questions we may have regarding TON
and GRAM.

Hello guys
Ilya Perekopsky

 Sep 23, 2019 7:06:20 PM

@perekopsky Great to meet you Ilya. Glad to know that GRAM will
be launched at end of October. We would like to understand how
GRAM will be released over time. It would be helpful if you can
kindly fill out the token release schedule via the google doc below.
If it is already public somewhere, would appreciate if you share with
us the link where we can find this info. Thank you.

https://docs.google.com/spreadsheets/d/1vkzTO0Etmg-
5jDej_sn72td4SJDdYwH2WkVUceZnIk0/edit#gid=15383483

 Sep 23, 2019 7:06:20 PM

Could you please provide access to @ShyamParekh to this doc
Ilya Perekopsky

 Sep 23, 2019 7:06:20 PM

done!

 **Shyam Parekh** Sep 23, 2019 7:06:20 PM

Hi ▮▮ I sent you an email which I believe contains all the
information being sought in the sheet above.

 Sep 23, 2019 7:06:20 PM

Thanks a lot Shyam. Will check shortly.

 Sep 23, 2019 7:06:20 PM

Let me know when you are ready and I will add some technical
independent teams to help with integration
Ilya Perekopsky

 Sep 23, 2019 7:06:20 PM

Thanks Ilya. We are discussing internally and will let you know when
we are ready

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

adding our tech/ops team here

hi Ilya, could you please share any exchange integration docs available and add your tech team here

@perekopsky  on our side will lead the tech integration

 Sep 23, 2019 7:09:43 PM

Hi guys,nice to meet you

Sep 27, 2019 7:43:21 PM

https://info.binance.com/en/research/marketresearch/telegram.html

**Binance Research Report - Exploring Telegram Open Network**

Binance Research, the market analysis arm of Binance, explores the Telegram Open Network ahead of its expected October launch. The analysis covers the...



 **Alexander Filatov** Sep 27, 2019 7:50:31 PM

Dear Binance team, congratulations on the great piece of research!

👍

Sep 27, 2019 7:52:25 PM

Ok,let me look into it first

 **Alexander Filatov** Sep 27, 2019 7:51:25 PM

did you have a chance to take a look? Any interest in a tech call or you guys are totally up to speed?

👍

Oct 2, 2019 1:55:26 AM

looping in as well

 **Alexander Filatov** Oct 2, 2019 5:07:18 AM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hi!

Oct 9, 2019 3:12:05 PM

Hello, can you provide technical integration guide?

Includes api documentation, installation guides, wallet management, etc.

**Alexander Filatov** Oct 11, 2019 3:47:59 AM

adding our tech leaders to kick start

**Node_EE_... .pdf** 4.5 MB
Save file

TON Labs Node

An initial intro

Oct 11, 2019 10:04:33 AM

thanks Alex

@Alexander_Filatov could you please share the docs that our dev team requested asap? thanks

**Mitja** Oct 11, 2019 2:56:06 PM

Hey everyone. Should we have a separate tech support chat may be?

Oct 11, 2019 3:24:07 PM

Hi Mitja, I would suggest using this group if you don't mind. will work with you guys on the tech integration

**Mitja** Oct 11, 2019 3:27:21 PM

Sure will start adding people soon than

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oct 2, 2019 1:26:35 AM

Ilya, [ ] happy to connect you.

Ilya Perekopsky is VP of Telegram

Oct 2, 2019 1:26:35 AM

@perekopsky nice to connect.  We've been in touch with TON Labs

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER





@perekopsky nice to connect.  We've been in touch with TON Labs but our listing and IEO teams (not sure which you prefer) need to speak with the token issuer for the application process since you best understand what features and benefits will be provided.

Understand you may be launching soon so would be happy to get the process going with your team

Thanks for the intro

@perekopsky I'm looping in the head of Binance Launchpad if you're interested in an IEO.  He can also assist with the listing only application.

**Ilya Perekopsky** Oct 2, 2019 1:55:21 AM

Hi nice to meet you! We have already a chat with Binance and is a part of it. But unfortunately we always develop products with a very small teams. And TON is not an exception. Can you maybe send me the list of questions you have and I will try to give you answers? Listing on Binance will be great for your and our users I think. So let's try to make it happen)



Oct 2, 2019 1:59:23 AM

Great, just looped me into the other group so I'm glad you've connected.  For listing, works closely with the listing evaluation team and can send you the documentation needed.  Sorry if I'm repeating anything that's already been done.  I'm sure there are many areas of cooperation between our organizations.



Oct 2, 2019 2:29:46 AM

Hi Ilya, Shyam has helped answered most of our questions. The only question left is—
What is the intended use of ecosystem incentive tokens? Is it possible to do some promo campaigns together with Binance? e.g. airdrop Grams tokens to Binance users who download telegram. This will be a good user acquisition campaign for Telegram too.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**Ilya Perekopsky** Oct 2, 2019 2:19:12 PM

we have discussed this internally and with lawyers  and regulators. It is very tricky for us from legal point of view first of all. Second we wanted to spread this airdrop among regular active users, not experienced with crypto. As you remember the main idea of TON is to make mass market usage of Grams and to attract tens of millions new users to crypto. I think you and us want the same. And since the size of airdrop is quite limited we decided to spread it among telegram users.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER