# PX133

← **John Hyman**

**Shyam Parekh** — 12:07
signed PAs by the investors? or fully executed?

**John Hyman** — 12:13
The former

**John Hyman** — 16:01
What exactly do we need for this Israeli crew I will talk directly to them tomorrow

**Shyam Parekh** — 16:01
skadden emailing you later

**John Hyman** — 16:06
Thanks

*18 March 2018*

**John Hyman** — 12:10
Where is the settlement date in the p a or do we add it

**Shyam Parekh** — 12:11
📷 Photo
Not included, change data exporting settings to download.
1024x136, 31.2 KB

in the defintiion of "Payment Date" — 12:11

*19 March 2018*

**John Hyman** — 09:15
How many sub 1 million people does [____] have

**Shyam Parekh** — 09:15
4 as I recall

out of 5 — 09:15

**John Hyman** — 12:47
Did [____] get back to you with kyc stuff

**Shyam Parekh** — 12:56
no

**John Hyman** — 14:24
Told [____] to resubmit 1 plus only so think only one guy

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    TLGRM-015-00000509

← **John Hyman**

**Shyam Parekh** — 16:40
about $750

of which $400 executed — 16:41

**John Hyman** — 16:41
That's what I thought

**Shyam Parekh** — 16:41
of the balance about $100 have issues of one kind or another stil oustanding (rep letter, LC clearance)

**John Hyman** — 16:41
Yup and [REDACTED] yet to sign ?

**Shyam Parekh** — 16:42
correct

**Shyam Parekh** — 21:24
if you are speaking with Pavel pls ask again about this side letter

**John Hyman** — 21:34
Done

**Shyam Parekh** — 22.00
sent

**John Hyman** — 22:02
Good

20 March 2018

**Shyam Parekh** — 08:27
have you replied to [REDACTED - PERSONAL INFORMATION]

**John Hyman** — 08:32
No can you

**Shyam Parekh** — 14:57
what is happenng with [REDACTED]/Daniel Stewart? [REDACTED] keeps asking [REDACTED - PERSONAL INFORMATION] for instructions as to what to do with the individuals < $1mm but no response has been forthcoming for days

also the following have gone quiet for days (total alloc $33 on the sheet): — 14:59
[REDACTED - PERSONAL INFORMATION]
/Starwest
[REDACTED - PERSONAL INFORMATION]
Block 8 Ventures

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          TLGRM-015-00000510