# PX134

← **John Hyman**



John Hyman — 15:44
There's 2 windows may/June or September depends on market

6 April 2016

Shyam Parekh — 10:19
hi

Next messages

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          TLGRM-015-00000527

← **John Hyman**

Previous messages

6 April 2018

| | John Hyman | 10:19 |
| | Hi | |
| | Shyam Parekh | 10:19 |
| | ▇▇▇▇▇ | |
| | wants to resign for $2.98 | 10:19 |
| | they have lost money in the selloff | 10:19 |
| | cash reserves are down | 10:19 |
| | John Hyman | 10:20 |
| | What can we do better to get what we can | |
| | Shyam Parekh | 10:20 |
| | how if i ask if more time helps | |
| | ie | 10:20 |
| | we don't amend anything now | 10:20 |
| | he transfers 2.98 | 10:20 |
| | and we wait say a week | 10:20 |
| | John Hyman | 10:20 |
| | Why not | |
| | Shyam Parekh | 10:20 |
| | exactly | |
| | John Hyman | 10:21 |
| | How much was he 7? | |
| | No harm let's get the 2.98 and keep the option | 10:22 |
| | How much have we sent wiring instructions for - how much have we received | 10:22 |
| | Shyam Parekh | 10:24 |
| | 750 and 490 | |
| | yes he was 7 | 10:24 |
| | ▇▇▇▇ now overdue | 10:25 |
| | $73mm | 10:25 |
| | that is a big chunk of the delta | 10:26 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-015-00000528

← **John Hyman**



|  |  |
|---|---|
| [ ] agreed to my suggestion | 10:26 |
| he promises to make another push internally over next week/10 days | 10:27 |
| and will wire 2.98 now | 10:27 |
| [ ] $7 also way overdue | 10:30 |

**John Hyman** — 16:53
Has this [ ] already paid
Did [ ] send money — 16:53

**Shyam Parekh** — 17:01
2.48 mm

In reply to this message — 17:02
yes

**John Hyman** — 17:02
So it's now about whether the grams can be delivered to this people

**Shyam Parekh** — 17:02
y

**John Hyman** — 17:31
Could you reply to [ ]

**Shyam Parekh** — 18:13
done

do you remember [ ] — 18:13

**John Hyman** — 18:13
Yes why

He was doing some Indian pe ? — 18:13

**Shyam Parekh** — 18:14
[redacted]

will fwd you an email – looking for some working capital to grow the bus — 18:15

**John Hyman** — 18:15
Ok sure

9 April 2018

**John Hyman** — 10:38

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          TLGRM-015-00000529