# PX135

← **Ilya Perekopsky**

 **Ilya Perekopsky** 09:25
Outgoing (99 seconds)

 **Ilya Perekopsky** 09:27
Outgoing (93 seconds)

17 April 2018

 Shyam Parekh 17:18
 **Ilya Perekopsky**
Outgoing

13 June 2018

 Ilya Perekopsky 10:05
Hi, have you sent new Aton client to LC and skadden to check?

 Shyam Parekh 10:22
Y

19 June 2018

 Ilya Perekopsky 17:32
May I ask you to prepare a list of all investors of the first and second round and their legal entity names and names how we know them please? With the amount that they invested and the date of payments. It will be very helpful document for me and Pavel

 Shyam Parekh 17:58
 **stage A 19 jun.pdf**
173.3 KB

 **Initial Round 19 jun.pdf** 17:58
93.1 KB

20 June 2018

 Ilya Perekopsky 17:54
Have we sent to do Vinci executed PA?

 Shyam Parekh 17:55

← **Ilya Perekopsky**

| | | |
|---|---|---|
| | Ilya Perekopsky<br>I sent to ███ | 21:28 |
| | Could you send SoW of ▢▢▢ please | 21:28 |
| | Shyam Parekh<br>already done | 21:29 |
| | Ilya Perekopsky<br>Ok, good, I think I was not cc-Ed | 21:29 |
| | Please copy me | 21:39 |

21 June 2018

| | | |
|---|---|---|
| | Ilya Perekopsky<br>Da vinci signed 30? | 18.59 |
| | Shyam Parekh<br>y | 19:06 |

2 July 2018

| | | |
|---|---|---|
| | Ilya Perekopsky<br>Could you answer them please? | 19:00 |
| | They did not ask for the call | 19:00 |

4 July 2018

| | | |
|---|---|---|
| | Shyam Parekh<br>███ ▢▢▢ asking for update. Should i tell them cs rejected them or do you want to speak to them | 07:58 |

10 July 2018

| | | |
|---|---|---|
| | Ilya Perekopsky<br>What is total for today including ███ ? | 16.58 |
| | Shyam Parekh<br>713 | 18:04 |

14 July 2018

| | | |
|---|---|---|
| | Shyam Parekh<br>40 | 21:30 |

20 July 2018

Ilya Perekopsky
Hi, have we reached 730?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    TLGRM-015-00000327

← **Ilya Perekopsky**

Shyam Parekh — 16:16
726

*28 July 2018*

Shyam Parekh — 21:29
Happy to respons to ▉ if u want

Ilya Perekopsky — 21:30
Yes, please.

*2 August 2018*

Ilya Perekopsky — 16:56
Hi

*8 August 2018*

Ilya Perekopsky — 10:51
Could you check if we received all 6M from ┆▒▒▒▒▒▒┆

Shyam Parekh — 11:16
Received

Ilya Perekopsky — 11:19
And what is total?

Shyam Parekh — 11:19
735

*16 August 2018*

Ilya Perekopsky — 17:26
Nothing from Chinese still?

Shyam Parekh — 17:27
they said end of the week

*21 August 2018*

Ilya Perekopsky — 12:28
Photo
Not included, change data exporting settings to download.
591x1280, 78.2 KB

What is going on with this guy? — 12:29

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-015-00000328

← **Ilya Perekopsky**

22 August 2016

| | | |
|---|---|---|
| | **Ilya Perekopsky** | 07:52 |
| | In reply to this message | |
| | ? | |
| | Chinese did not send any proof of fiat origins of their capital? | 07:53 |
| | **Shyam Parekh** | 08:02 |
| | In reply to this message | |
| | They are talking to LC | |
| | In reply to this message | 08:12 |
| | They did but CS felt that was still insufficient | |
| | They are trying again | 08:12 |
| | **Ilya Perekopsky** | 09:07 |
| | Photo — Not included, change data exporting settings to download. 591x1260, 79.4 KB | |
| | Could you ask them by email please | 09:07 |
| | I don't know for sure | 09:07 |
| | I think they will invest from one company? | 09:09 |
| | **Shyam Parekh** | 09:25 |
| | done | |
| | **Ilya Perekopsky** | 13:38 |
| | IOI signed.pdf — 1.4 MB | |
| | This is a IOI from them | 13:40 |
| | $10M | 13:40 |
| | **Ilya Perekopsky** | 18:19 |
| | Any deadlines from ▇ | |
| | **Shyam Parekh** | 18:44 |
| | he cannot commit to a timefrme but knows to prioritise shellpay | |
| | **Ilya Perekopsky** | 21:27 |
| | indication of interest.pdf — 3.5 MB | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-015-00000329

← **Ilya Perekopsky**

| | |
|---|---|
| REDACTED - PERSONAL INFORMATION | 21:30 |
| Please add this email as well | 21:31 |
| Besides the ones in IOI | 21:31 |

Shyam Parekh  21:32
Sent incl to him

*23 August 2018*

Ilya Perekopsky  13:52
**Photo**
Not included, change data exporting settings to download.
593x1280, 87.2 KB

| | |
|---|---|
| Could you respond them? | 13:52 |
| Let's ask to check investor for $10M faster | 13:58 |
| He is very easy to check | 13:58 |

Shyam Parekh  14:20
I have already spoken to [REDACTED]

[REDACTED]  14:20

*27 August 2018*

Shyam Parekh  10:51
Goliat Solutions Ltd

| | |
|---|---|
| yes LC is done w them | 10:51 |
| In reply to this message | 11:00 |
| sent | |

*31 August 2018*

Ilya Perekopsky  09:19
Do you know [REDACTED] number?

| | |
|---|---|
| No news from Chinese? | 09:19 |
| I can't find number of [REDACTED] | 09:19 |

Shyam Parekh  09:21
REDACTED - PERSONAL INFORMATION

Ilya Perekopsky  09:21
REDACTED - PERSONAL INFORMATION

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

← **Ilya Perekopsky**

| | | |
|---|---|---|
| **Shyam Parekh** | | 19:16 |
| Their adviser says he has been chasing [--] | | |
| And he and ▇ are also im direct contact | | 19:16 |
| **Ilya Perekopsky** | | 20:09 |
| Will you send CS questions to investors? | | |
| **Shyam Parekh** | | 20:12 |
| Y | | |

4 September 2018

**Ilya Perekopsky** — 14:42
We want to send update tomorrow. Please be ready to help with that tomorrow

**Shyam Parekh** — 14:44
[REDACTED - SENSITIVE INFORMATION] in the mornig I can help towards the end of the day

**Ilya Perekopsky** — 14:46
From what time?

**Shyam Parekh** — 14:46
Around 3

**Ilya Perekopsky** — 14:46
3pm UK?

**Shyam Parekh** — 14:47
Y

6 September 2018

**Ilya Perekopsky** — 11:41
Could you please send my kyc docs of Telegram and Ton entities

Got a request from one investor — 11:41

**Ilya Perekopsky** — 13:47
?

**Shyam Parekh** — 13:55
see emails

**Ilya Perekopsky** — 13:57
Thanks

← **Ilya Perekopsky**

| | | |
|---|---|---|
| | Working on another potential 50M deal | 14:21 |
| | Shyam Parekh<br>795.0835 | 14:21 |
| | another 2.4 pending | 14:21 |

10 September 2018

Ilya Perekopsky 06:36

Photo
Not included, change data exporting settings to download.
593x1280, 76.8 KB

How much do they want to invest? 06:36

Shyam Parekh 10:23
$1mm. I am pushing him to move faster – say no later than 1st week of OCt

Ilya Perekopsky 16:45
Yes

Otherwise it is too late 16:45

12 September 2018

Ilya Perekopsky 15:47
Right?

20 September 2018

Shyam Parekh 15:29
What about [REDACTED-PERSONAL INFORMATION] – cancel or not?

Ilya Perekopsky 15:44
No

9 October 2018

Ilya Perekopsky 16:50
Hi, what is total now?

Shyam Parekh 17:32
807

10 October 2018

← **Ilya Perekopsky**

| | | |
|---|---|---|
| | Shyam Parekh<br>In reply to this message<br>Still in london | 08:04 |
| | 17 October 2018 | |
| | Ilya Perekopsky<br>Thanks | 22:23 |
| | 18 October 2018 | |
| | Shyam Parekh<br>Wow – see email from [redacted] | 14:17 |
| | [redacted] approved for 15 | 14:17 |
| | 809.05 right now. 2 from [redacted] pending. | 14:24 |
| | Plus gb 30 | 14:25 |
| | Ilya Perekopsky<br>30 will come from GB for sure | 14:25 |
| | 5 from Inventure | 14:25 |
| | Shyam Parekh<br>Yes i have but i have not confirmed any amounts | 14:25 |
| | Ilya Perekopsky<br>In reply to this message<br>It was better talk to me first | 14:26 |
| | Shyam Parekh<br>[redacted] has paid 22.35 out of its 25 current open contract | 14:26 |
| | Ilya Perekopsky<br>And they want 5 more | 14:26 |
| | Lets wait until Monday and confirm them something between 3 and 5 | 14:35 |
| | Shyam Parekh<br>K | 14:57 |
| | Ilya Perekopsky<br>[redacted] will transfer another million too | 14:58 |
| | Shyam Parekh<br>1) [redacted] and [redacted] know cs | 19:28 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

← **Ilya Perekopsky**

*31 October 2018*

**Ilya Perekopsky** — 01:09
What is total at the account at the moment?

**Shyam Parekh** — 06:21
822

*13 November 2018*

**Shyam Parekh** — 08:29
His email is addrssed as a reply to thr sep update

*26 November 2018*

**Ilya Perekopsky** — 16:19
▆▆▆▆▆ wants 2,5
Not less))  — 16:19
Trying to solve the puzzle — 16:19

**Shyam Parekh** — 16:19
that leaves 2734191.41
2,734,191.41 — 16:19

**Ilya Perekopsky** — 16:27
Si
We agreed that ▆▆▆▆▆ takes 2,45 — 16:27
What is left — 16:27

**Shyam Parekh** — 16:27
2,784,191.41

*4 December 2018*

**Ilya Perekopsky** — 17:55
Hi
Around 10:30am on the 7th in Mayfair? — 18:02

**Shyam Parekh** — 18:05
sounds good

*6 December 2018*

**Ilya Perekopsky** — 07:45
Let's meet in this place please

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-015-00000334