UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                     Plaintiff,

            - against -

TELEGRAM GROUP INC. and TON ISSUER INC.,

                     Defendants.
------------------------------------------------------------------x

No. 19 Civ. 9439 (PKC)

ECF Case

### DECLARATION OF LADAN F. STEWART IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN FURTHER SUPPORT OF PLAINTIFF'S APPLICATION FOR A PRELIMINARY INJUNCTION

I, Ladan F. Stewart, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the bar of the State of New York and of the United States District Court for the Southern District of New York. I am employed by Plaintiff Securities and Exchange Commission (the "SEC") in its New York Regional Office as Senior Counsel in the Enforcement Division.

2. I have personal knowledge of the facts and circumstances of the case. As counsel representing the SEC, I reviewed information and documents obtained by the SEC during its investigation and litigation of this matter, including documents described herein, and information provided to me by members of the SEC staff.

3. I am submitting this Declaration to put forth exhibits in support of the SEC's motion for summary judgment against Defendants Telegram Group Inc. and TON Issuer Inc.

4. Attached hereto are true and correct copies of the following documents or excerpts thereof:

| Exhibit | Document Description | Bates |
|---|---|---|
| PX139 | Grams Wallet Terms of Service dated October 8, 2019 | N/A |
| PX140 | Article dated January 8, 2020 | N/A |
| PX141 | Article dated January 7, 2020 | N/A |
| PX142 | Email chain dated August 29, 2019 | TLGRM-005-00005209 – 10 |
| PX143 | Article dated February 3, 2018 | N/A |
| PX144 | Article dated March 4, 2018 | N/A |
| PX145 | Email dated January 16, 2018 | ▮000204 – 05 |
| PX146 | Email chain dated January 13 to 16, 2018 | ▮00367 – 68 |
| PX147 | Email chain dated January 9 to 14, 2018 | ▮00000383 |
| PX148 | Email dated January 14, 2018 | ▮0001964 |
| PX149 | Email dated October 2, 2019 and attachment | TLGRM-005-00005283 – 86 |
| PX150 | Email dated January 15, 2018 | ▮TELEGRAM_000648 |
| PX151 | Email dated February 19, 2018 | ▮-001303 |
| PX152 | Email chain dated February 20, 2018 | ▮0002820 |
| PX153 | Email chain dated May 9, 2018 | TG-005-00005395 |
| PX154 | Email chain dated February 20, 2018 | TLGRM-007-00019108 –09 |
| PX155 | Excerpts of Purchase Agreement dated March 14, 2018 | TLGRM-014-00015213, 15239–41 |
| PX156 | Email dated March 26, 2018 | TLGRM-007-00029245 |
| PX157 | Email chain dated March 26, 2018 | TLGRM-007-00009130 |
| PX158 | Email chain dated May 2 to 3, 2018 | TLGRM-012-00013082 – 83 |

| PX159 | Email dated April 16, 2018 | TLGRM-017-00000140 |
|---|---|---|
| PX160 | Excerpts of Purchase Agreement dated March 29, 2018 | TLGRM-007-00030905, 00030931–33 |
| PX2161 | Excerpts of Purchase Agreement dated April 26, 2018 | TLGRM-016-00020312, 20338–40 |
| PX162 | Excerpts of Purchase Agreement dated May 10, 2018 | TLGRM-014-00015242, 15268–70 |
| PX163 | Excerpts of Purchase Agreement dated March 14, 2018 | TLGRM-012-00011573, 11599–601 |
| PX164 | Invoice dated June 26, 2018 | TLGRM-020-00000005 |
| PX165 | Equity analysis dated May 20, 2019 | N/A |
| PX166 | Article dated June 14, 2019 | N/A |
| PX167 | Indication of Interest dated February 20, 2018 | TLGRM-019-00001766 – 72 |
| PX168 | KYC Forms dated March 1, 2018 | TLGRM-003-00002853 – 60 |
| PX169 | Email dated January 18, 2018 | ▇▇▇000358 |
| PX170 | Organizational chart | TLGRM-014-00004452 |
| PX171 | Excerpts of Purchase Agreement dated March 19, 2018 | TLGRM-007-00027461, 27487– 89 |
| PX172 | Deed of Amendment to Purchase Agreement dated May 2, 2018 | TLGRM-007-00032067–71 |
| PX173 | Email dated January 11, 2018 | TLGRM-007-00069539 |
| PX174 | Agreement dated June 22, 2018 | TLGRM-015-00001263 – 66 |
| PX175 | Invoice dated September 21, 2018 | TLGRM-025-00000954 |
| PX176 | Invoice dated November 8, 2018 | TLGRM-017-00000288 |
| PX177 | Indication of Interest dated February 22, 2018 | TLGRM-007-00019903 – 09 |
| PX178 | Excerpts of Purchase Agreement dated February 6, 2018 | TLGRM-014-00016868, 16890–92 |

| PX179 | Excerpts of Purchase Agreement dated February 9, 2018 | TLGRM-014-00016800 – 24 |
|---|---|---|
| PX180 | Telegram purchase allocation | TLGRM-012-00013185 |
| PX181 | Company overview dated January 29, 2018 | TLGRM-009-00001835 – 36 |
| PX182 | Excerpts of Purchase Agreement dated March 19, 2018 | TLGRM-007-00032699, 32725–27 |
| PX183 | Excerpts of Purchase Agreement dated March 19, 2018 | TLGRM-014-00016956, 16982– 84 |
| PX184 | Deed of Amendment to Purchase Agreement dated July 2, 2018 | TLGRM-014-00016946 – 50 |
| PX185 | Excerpts of Purchase Agreement dated July 2, 2018 | TLGRM-014-00016997, 17023–25 |
| PX186 | Deed of Amendment to Purchase Agreement dated October 22, 2018 | TLGRM-014-00016991 – 96 |
| PX187 | Deed of Amendment to Purchase Agreement dated December 3, 2018 | TLGRM-014-00016985 – 90 |
| PX188 | Invoice dated October 11, 2018 | TLGRM-017-00000227 – 28 |
| PX190 | Article dated June 11, 2019 | N/A |
| PX191 | Article dated June 11, 2019 | N/A |
| PX192 | Article dated June 14, 2019 | N/A |
| PX193 | Article dated September 2, 2019 | N/A |
| PX194 | Email dated January 15, 2018 | ▇▇▇▇▇▇▇_TELEGRAM_000665 – 68 |
| PX195 | Email dated June 23, 2019 | ▇▇▇▇▇▇▇-E-0027300 |
| PX196 | Email dated July 3, 2019 | ▇▇▇TON_0004650 |
| PX197 | Sales Agent Services Agreement date January 15, 2018 | TLGRM-015-00000017 – 19 |
| PX198 | Expert Report of Andrew Lewis-Pye dated January 10, 2020 | N/A |

4

| PX199 | Excerpts of deposition of I. Perekopsky dated December 5, 2019 | N/A |
| PX200 | Excerpts of deposition of S. Parekh dated December 10, 2019 | N/A |
| PX201 | Chat dated January 27, 2018 (original and English translation) | TG-007-00000674 – 86 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       January 21, 2020

_____
Ladan F. Stewart