# PX153

| | |
|---|---|
| From: | John Hyman [hyman@telegram.org] |
| Sent: | 09/05/2018 23:19:18 |
| To: | |
| CC: | hyman@telegram.org; |
| Subject: | Re: Telegram TON ICO-investment docs |

Thanks and regards

On 9 May 2018, at 23:01, wrote:

Fyi... got cold email...remove the sender to not unnecessarily throwing them under the bus.   just thought you might be aware. No action required.

The 2-nd ICO round has two stages:

- Stage "A": $1,33  - current opportunity
- Stage "B": $2,25  - will take place probably in August-October 2018.

No lockups in the second round. Our commissions are not included in the price.

As shown on the roadmap tokens will be released in December 2018. The price growth is built in the emission limitation model (as seen in white paper).

We offer a direct contact/SAFT between the investor and Telegram after signing an agency agreement. Our terms vary depending on the investment amount and include: a) entry fee %; b) % from upside (the latter we consider a gentlemen's agreement since tokens are in possession of the investor).

I also enclose LOI - the indication of interest form. Should you have any question please contact me at your convenience.

<Risk_Factors_(Appendix_B_to_Stage_A_Primer).PDF>
<Technical_White_Paper_(Appendix_A_to_Stage_A_Primer) (1).PDF>
<Telegram_-_Stage_A_Primer (1).PDF>
<Telegram_-_Indication_of_Interest_(Stage_A).pdf>