# PX154

| From: | Shyam Parekh [shyam@telegram.org] |
|---|---|
| Sent: | 20/02/2018 13:03:32 |
| To: | REDACTION - PERSONAL INFORMATION @aton.ru] |
| CC: | Ilya Perekopsky [perekopsky@telegram.org]; John Hyman [hyman@telegram.org] |
| Subject: | Re: TON placement - information request |
| Attachments: | image001.gif |

Dear Ilya,

Please find the LOI form attached. If you could get it back us over the next day or so with your in principle level of interest, that would be great. We will then follow up with the other documentation, including the KYC-related paperwork we discussed .

Do call any of us should you have more questions.

Regards

Shyam
+44 7881 848737


On 20 February 2018 at 11:04, REDACTION - PERSONAL INFORMATION @aton.ru> wrote:

Dear Shyam,

My name is REDACTION - PERSONAL INFORMATION and I am a REDACTION - PERSONAL INFORMATION at Aton, a leading Russian asset manager and broker.

We at Aton are truly impressed with the TON plans and would like to participate in the second round you are about to launch.

I would be grateful if you could find time for a brief call with me and send me the offering materials.

Thank you in advance,


REDACTION - PERSONAL INFORMATION Investment Banking
Central City Tower, Ovchinnikovskaya emb. 20, bld.1, 115035, Moscow, Russia
Tel: +7 (495) 777-90-90, ext. 3640 | Mob: +7 (906) 722-08-34 | ilya.davydov@aton.ru | www.aton.ru

ATON

This email message (and any attachments) is confidential and may be privileged or otherwise protected from disclosure by applicable law. If you are not the intended recipient or have received this in error please notify the sender, remove this message and any attachments from your system. Any unauthorized dissemination, copying or other use of this message and/or any attachments is strictly prohibited and may constitute a breach of civil or criminal law.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-007-00019109