# PX156

| | |
|---|---|
| From: | Davydov Ilya [ilya.davydov@aton.ru] |
| Sent: | 26/03/2018 15:48:16 |
| To: | Shyam Parekh [shyam@telegram.org]; Ilya Perekopskiy Telegram [perekopsky@telegram.org] |
| Subject: | LOI, KYC and Rep Letter - Aleksandr Peters |

Shyam, Ilya,

Further to my previous emails, please find attached the LOI, Rep Letter and KYC documents on [REDACTION - PERSONAL INFORMATION] [REDACTION - PERSONAL INFORMATION] a natural person interested in the Subsequent Sale, Stage A.

Many thanks,

Ilya

This email message (and any attachments) is confidential and may be privileged or otherwise protected from disclosure by applicable law. If you are not the intended recipient or have received this in error please notify the sender, remove this message and any attachments from your system. Any unauthorized dissemination, copying or other use of this message and/or any attachments is strictly prohibited and may constitute a breach of civil or criminal law.