# PX157

# Telegram AML

| | |
|---|---|
| **From:** | Shyam Parekh <shyam@telegram.org> |
| **Sent:** | 26 March 2018 19:43 |
| **To:** | Telegram AML; REDACTED - PERSONAL INFORMATION |
| **Subject:** | Fwd: LOI, KYC and Rep Letter - Oleg Melnikov |
| **Attachments:** | Indication of interest.pdf; Letter.pdf; passport.pdf; KYC.pdf |

---------- Forwarded message ----------
From: **Davydov Ilya** <Ilya.Davydov@aton.ru>
Date: 26 March 2018 at 18:26
Subject: LOI, KYC and Rep Letter - Oleg Melnikov
To: Shyam Parekh <shyam@telegram.org>, Ilya Perekopskiy Telegram <perekopsky@telegram.org>

Shyam, Ilya,

Further to my previous emails, please find attached the LOI, Rep Letter and KYC documents on Oleg Melnikov, a natural person interested in the Subsequent Sale, Stage A.

Best,

Ilya

This email message (and any attachments) is confidential and may be privileged or otherwise protected from disclosure by applicable law. If you are not the intended recipient or have received this in error please notify the sender, remove this message and any attachments from your system. Any unauthorized dissemination, copying or other use of this message and/or any attachments is strictly prohibited and may constitute a breach of civil or criminal law.

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    TLGRM-014-00009130