# PX158

| | |
|---|---|
| From: | [REDACTED – PERSONAL INFORMATION]@aton.ru] |
| Sent: | 03/05/2018 06:37:45 |
| To: | 'Shyam Parekh' [shyam@telegram.org] |
| Subject: | RE: Shamil Ibragimov (Kalimullovich) - additional information required |

Hi Shyam,

Shamil Ibragimov no longer works at [REDACTED – PERSONAL INFORMATION] and the bank's financial performance in 2017 is not very relevant for this KYC. He left his active management role in 2015 and sold his stake for $9.3 in 2017 – please see the sale agreement and information on his controlled entity [REDACTED] which received the payment.

He will also pay for grams from [REDACTED]

Best,

Ilya


**From:** Shyam Parekh [mailto:shyam@telegram.org]
**Sent:** Wednesday, May 02, 2018 5:18 PM
**To:** [REDACTED – PERSONAL INFORMATION]
**Subject:** Fwd: Shamil Ibragimov (Kalimullovich) - additional information required

See below

Sorry I only just received this request. I know he is travelling


---------- Forwarded message ---------
From: [REDACTED – PERSONAL INFORMATION]@credit-suisse.com>
Date: Wed, 2 May 2018, 14:20
Subject: Shamil Ibragimov (Kalimullovich) - additional information required
To: shyam@telegram.org <shyam@telegram.org>, Ilya Perekopsky (perekopsky@telegram.org) <perekopsky@telegram.org>
Cc: [REDACTED – PERSONAL INFORMATION]@credit-suisse.com>


Dear Shyam, dear Ilya,

Our compliance is asking for additional information with regards to the above mentioned investor:

/quote
Since SI and his current employer [REDACTED – PERSONAL INFORMATION] have a relatively low media profile in Russian media and taking into account the financial results for the year 2017 generated by [REDACTED – PERSONAL INFORMATION] (USD 20m), which are considered rather low, [REDACTED] needs supporting documents in order to elaborate on IS's wealth (e.g. income certificate for the past 2-3 years, tax declarations, confirmation of investment returns or similar).

//unquote

May I kindly ask you to reach out to the investor and request the additional information/documentation.

Thanks and kind regards,

[REDACTED – PERSONAL INFORMATION]

[REDACTED – PERSONAL INFORMATION]

**CREDIT SUISSE AG**
CREDIT SUISSE | UHNWI Emerging Europe
Talacker 16 / Bärenhof | 8001 Zürich | Switzerland
Phone +41 44 333 68 86
[REDACTED – PERSONAL INFORMATION]@credit-suisse.com | www.credit-suisse.com

*This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the addressee named above. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate, copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify Credit Suisse Group AG immediately.*

This email message (and any attachments) is confidential and may be privileged or otherwise protected from disclosure by applicable law. If you are not the intended recipient or have received this in error please notify the sender, remove this message and any attachments from your system. Any unauthorized dissemination, copying or other use of this message and/or any attachments is strictly prohibited and may constitute a breach of civil or criminal law.