# PX159

| | |
|---|---|
| **From**: | Davydov Ilya [ilya.davydov@aton.ru] |
| **Sent**: | 16/04/2018 08:47:21 |
| **To**: | Shyam Parekh [shyam@telegram.org] |
| **CC**: | Ilya Perekopskiy Telegram [perekopsky@telegram.org] |
| **Subject**: | Please confirm payment receipt - Redline on behalf of Marat Fattakhov |

Hi Shyam,

Please confirm you see the money from Redline on behalf of Marat Fattakhov (payment confirmation attached).

Thank you in advance,

Ilya

This email message (and any attachments) is confidential and may be privileged or otherwise protected from disclosure by applicable law. If you are not the intended recipient or have received this in error please notify the sender, remove this message and any attachments from your system. Any unauthorized dissemination, copying or other use of this message and/or any attachments is strictly prohibited and may constitute a breach of civil or criminal law.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER