# PX164

**ATON FINANCIAL HOLDING**
190 Elgin Avenue, KY2-9005 George Town, Grand Cayman, Cayman Islands

**Beneficiary:** ATON FINANCIAL HOLDING

| | |
|---|---|
| **Corr. bank** | BARCLAYS BANK PLC, New York |
| **SWIFT** | BARCUS33 |
| **ABA** | 26002574 |
| **Beneficiary's Bank** | BARCLAYS BANK PLC |
| **SWIFT** | BARCGB22 |
| **Beneficiary** | ATON FINANCIAL HOLDING |
| **Beneficiary's account** | ███████████0866 |

**Invoice:** 1 dd 26.06.2018

**Date:** 26/06/2018
Geneva Place, Waterfront Drive, P. O. Box 3469, Road Town, Tortola, British Virgin Islands
**Buyer:** Telegram Group Inc.

**Payment Amount Detail:**

1. Pursuant to the Agreement dated June 25, 2018 the Company has properly rendered to Telegram, TGI the services specified in the Agreement dated June 25, 2018.

2. Specified services are performed in full and in due time. Telegram, TGI have no claims regarding the scope, quality and terms of the services provided.

List of signed purchase agreements for Grams listed below:

| № | Counterparty | Date of Purchase Agreement | Amount, US $ | Company's fee, % | Company's fee, US $ |
|---|---|---|---|---|---|
| 1. | Pavel Denisov | June 20, 2018 | 1 000 000 | 10 | 100,000 |
| 2. | Smoothinvest Ltd | June 20, 2018 | 5 000 000 | 10 | 500,000 |
| 3. | Alexander Kuznetsov | June 29, 2018 | 1 000 000 | 10 | 100,000 |
| 4. | Alexey Makeev | June 29, 2018 | 1 000 000 | 10 | 100,000 |
| 5. | Svetlana Eliseeva | July 10, 2018 | 1 000 000 | 10 | 100,000 |
| 6. | REDACTED - PERSONAL INFORMATION | July 11, 2018 | 2 000 000 | 10 | 200,000 |
| 7. | Alexander Lukin | July 18, 2018 | 1 000 000 | 10 | 100,000 |
| | | TOTAL: | 12 000 000 | | |

3. According the Agreement dated June 25, 2018, the total fee for the services rendered is:

10% of the gross proceeds received by Telegram pursuant to each Contract.

**Total Payment Amount:** One million two hundred thousand dollars and 00 cents

