# PX168

**KYC Forms**

**Please fill out the appropriate Know Your Customer ("KYC") form(s) and return to Telegram by March 1, 2018.**

**Instructions:**

**Part 1.  Identify your Status**

Before completing the KYC form(s), please identify whether you are an **Individual Purchaser** or **Entity Purchaser**.  Individual Purchasers are purchasers who are natural persons, and Entity Purchasers are all purchasers other than natural persons.

_____ I am an Individual Purchaser.          ✔ I am an Entity Purchaser.

If you are an Entity Purchaser, please identify whether you are a **Company** or a **Trust**. Companies are all Entity Purchasers other than Trusts.

✔ I am a Company (i.e. an Entity other than a Trust).          _____ I am a Trust.

If you are an Entity Purchaser (whether a Company or a Trust), please identify whether you are a **Specially Formed Entity** ("**SFE**").  You are an SFE if you (a) were formed for the purpose of entering into the Purchase Agreement and/or purchasing Grams or (b) have solicited investors or will solicit investors to participate in this investment directly or indirectly through an entity or otherwise.

_____ I am a SFE.          ✔ I am a Non-SFE.

**Part 2:  Specific Instructions**

If you are an **Individual Purchaser**:
- Please complete Tab A and provide the required documentation.

If you are a **Non-SFE Company**:
- Please complete Tab B and provide the required documentation.

If you are a **Non-SFE Trust**:
- Please complete Tab C and provide the required documentation.

If you are a **SFE Company***:
- Please complete Tab D for the Company and provide the required documentation.
- Please complete Tab A for each beneficial owner who is an Individual and provide the required documentation.
- Please complete Tab B for each beneficial owner that is a Company and provide the required documentation.
- Please complete Tab C for each beneficial owner that is a Trust and provide the required documentation.

1

\* If there are intermediaries that are not individuals, continue up the chain of ownership and complete the appropriate tab for each beneficial owner until individuals are identified and complete Tab A for such individual(s).

If you are a **SFE Trust\***:
- Please complete Tab E for the Trust and provide the required documentation.
- Please complete Tab A for each beneficial owner who is an Individual and provide the required documentation.
- Please complete Tab B for each beneficial owner that is a Company and provide the required documentation.
- Please complete Tab C for each beneficial owners that is a Trust and provide the required documentation.

\* If there are intermediaries that are not individuals, continue up the chain of ownership and complete the appropriate tab for each beneficiary until individuals are identified and complete Tab A for such individual(s).


**NOTE:  THE ISSUER MAY, IN ITS SOLE DISCRETION, REQUEST AND MAINTAIN COPIES OF BANK OR BROKERAGE STATEMENTS FROM YOU DOCUMENTING THE SOURCE OF FUNDS USED FOR THE PURCHASE OF GRAMS.**

**NOTE: THE ISSUER, AT ITS SOLE DISCRETION, MAY REQUEST ADDITIONAL KYC INFORMATION IN ORDER TO COMPLY WITH APPLICABLE MONEY LAUNDERING LAWS.**

2

**Tab B**

**KYC Form**

**Company – Non- SFE**

1. Name of Purchaser:  Disruptive Era Fund SP

2. Principal Place of Business (including state, if U.S. purchaser):   Cayman Islands

3. Purchaser's Taxpayer Identification Number ("TIN") or equivalent identification number in the country/countries in which the Purchaser operates (e.g., UK National Insurance Number):

4. Date of Formation or Incorporation:  ITI Funds SPC – 30.01.2015; Disruptive Era Fund SP – 15.11.2016.

5. Jurisdiction of Formation or Incorporation (including state, if US purchaser):  Cayman Islands

6. Physical Address of Purchaser:

   Cassia Court, Suite 716,

   10 Market Street, Camana Bay,

   Grand Cayman KY1- 9006, Cayman Islands

7. Is the Purchaser formed, organized, or incorporated in or under the laws of the State of New York; does it have its principal place of business in the State of New York; or is the Purchaser conducting any business or activities with respect to the Purchase Agreement or the receipt of Tokens in or involving the State of New York?

   Yes _____  No ___✔___

8. Is any director, shareholder, officer, employee or other representative of the Purchaser involved in the Purchase Agreement or the receipt of Tokens residing in, located in, or for employment purposes is based in, the State of New York?

   Yes _____  No ___✔___

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    TLGRM-003-00002855

9.    Is the Purchaser, or any person with a 25% or greater direct or indirect beneficial ownership interest in the Purchaser, a senior foreign political figure,[1] or any immediate family member[2] or close associate[3] of a senior foreign political figure (a "politically exposed person")?

**Yes** _____ **No** __✔____

If yes, which government _____, what position in the government _____ and, if an immediate family member or close associate of a politically exposed person, what relationship to the politically exposed person _____.

10.   Please list all directors below.

| |
|---|
| DAVID ALLAN BOYD - DIRECTOR |
| |
| |
| |
| |
| |
| |
| |

---

[1]   A "senior foreign political figure" is defined as a senior official in the executive, legislative, administrative, military or judicial branches of a non-U.S. government (whether elected or not), a senior official of a major non-U.S. political party, or a senior executive of a non-U.S. government-owned corporation.  In addition, a "senior foreign political figure" includes any corporation, business or other entity that has been formed by, or for the benefit of, a senior foreign political figure.

[2]   "Immediate family" of a senior foreign political figure typically includes the figure's parents, siblings, spouse, children and in-laws.

[3]   A "close associate" of a senior foreign political figure is a person who is widely and publicly known to maintain an unusually close relationship with the senior foreign political figure, and includes a person who is in a position to conduct substantial U.S. and non-U.S. financial transactions on behalf of the senior foreign political figure.

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    TLGRM-003-00002856

11.     Please provide a short statement on the nature of the Purchaser's business.

> THE PURCHASER IS A SEGREGATED PORTFOLIO CELL WHICH INVESTS IN BLOCKCHAIN
> TECHNOLOGY COMPANIES AND ICOS

12.     Does the Purchaser have, directly, or indirectly through intermediaries, any beneficial owner(s) of
25% or more of any voting or non-voting class of equity interests of the Purchaser?

**Yes** ____✔____ **No** _____

If yes, please list below all such 25% or greater direct or indirect beneficial owners.  If such
beneficial owners are not individuals, continue up the chain of ownership listing their 25% or
more equity interest holders until individuals are listed.

| Full Name | If Beneficial Owner is an Individual, Insert Name and Address of Principal Employer and Position | Citizenship and Residence (for Individuals); Jurisdiction of Formation and Principal Place of Business (for Entities) (Include State if in the United States) |
|---|---|---|
| ITI Funds SPC | | Cayman Islands |
| ITI Fund Management Limited | | Cayman Islands |
| ITI Asset Management Holding Ltd. | | Guernsey |
| Da Vinci Private Equity Fund II L.P. | | Guernsey |
| European Bank of Reconstruction and Development | | United Kingdom |
| Da Vinci Capital Management GP Limited | | Guernsey |
| Da Vinci Capital Management Limited | | Guernsey |
| Da Vinci Capital Group Ltd. | | Guernsey |
| Gatita Marketing Ltd. | | British Virgin Islands |

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    TLGRM-003-00002857

| Joel Invest & Finance Corp. | | British Virgin Islands |
|---|---|---|
| Bestserve Nominees Limited | | British Virgin Islands |
| Harris Worldwide Ltd. | | British Virgin Islands |
| Oleg Jelezko | Da Vinci Capital Group Ltd., Craigmuir Chambers, P.O. Box 71, Road Town, Tortola, British Virgin Islands, Director | |
| Oleg Konev | Da Vinci Capital Group Ltd., Craigmuir Chambers, P.O. Box 71, Road Town, Tortola, British Virgin Islands, Director | |

(The structure chart is attached)

13.   Please list at least one person with significant responsibility to control, manage or direct the Purchaser (e.g., a Chief Executive Officer, Vice President, or Treasurer).

Full Name Oleg Jelezko

Name and Address of Principal Employer and Position: Da Vinci Capital Management Limited (a financial adviser to the Fund), Old Bank Chambers, La Grande Rue, St Martin's, Guernsey, Channel Islands GY4 6RT; Director, a chairman of Investment Committee

Citizenship  British citizen

4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                TLGRM-003-00002858

14. Has the Purchaser, its directors, officers or any of its 25% or greater beneficial owners, received any criminal convictions or civil penalties for economic crimes, including but not limited to, money laundering or any violations of Money Laundering Laws (as defined in the Purchase Agreement), violations of Sanctions (as defined in the Purchase Agreement), corruption, fraud or tax evasion, at any time during the last ten (10) years?
    If yes, please provide details.

    Yes _____ No __✔__

15. Give the name and account number of the bank or brokerage account from which you will be wiring funds for the purchase of Grams. If the name on the account is different from that of the Purchaser, please explain the connection between the Purchaser and the account.

    CURRENCY: USD

    ACCOUNT NUMBER: ████████

    BENEFICIARY: ITI FUNDS SPC

    BENEFICIARY ACCOUNT/IBAN: ████████████

    BENEFICIARY'S  BANK: EAST-WEST UNITED BANK S.A., LUXEMBOURG

    BANK  SWIFT: EWUBLULL

    CORRESPONDENT BANK: DEUTSCHE BANK COMPANY TRUST AMERICAS

    SWIFT BKTRUS33

5

16.     **Verification of Legal Existence:** Please provide a document evidencing the legal existence of the entity, such as a certified copy[4] of articles of incorporation, a government issued business license, partnership agreement or trust instrument.

17.     **Verification of Identity of Certain Persons:** Please provide a certified copy of a valid, government-issued photo identification card such as a driver's license or passport for at least one of: (i) a director of the entity; (ii) a partner/member of the entity; or (iii) a managing executive of the entity; <u>and</u> for (iv) each person with 25% or more ultimate beneficial ownership of the entity.

---

[4]     All certified copies should be true-ink and certified by a solicitor, notary public, company registrar or any person so authorized under the laws of the Purchaser's country or domicile.

6