# PX170



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-014-00004452