# PX176

**da vinci**
capital management

Da Vinci Capital Group LTD
Craigmuir Chambers
P.O. Box 71, Road Town
Tortola, BVI

**Invoice**

Date: 8 November, 2018

To: Directors
Telegram Group Inc.
Geneva Place, Waterfront Drive
P.O. Box 3469, Road Town
Tortola, British Virgin Islands

Reference is made to:

the Agreement dated 22 June, 2018 (the "Agreement") between TON Issuer Inc (the "Telegram"), Telegram Group Inc. (the "TGI") and Da Vinci Capital Group Ltd. (the "Company").

The Company hereby invoices the TGI on the respective fees pursuant to the Article 4 of the Agreement:

| Investor | Payment Date | Contract | Gross Proceeds, US$ | Fee, US$ |
|---|---|---|---|---|
| Disruptive Era Fund SP of ITI Funds SPC | 16 October, 2018 | Purchase Agreement for Grams, Subsequent Sale dated 20 June 2018 | US$ 100,000.00 | US$ 10,000.00 |
| Disruptive Era Fund SP of ITI Funds SPC | 29 October, 2018 | Purchase Agreement for Grams, Subsequent Sale dated 20 June 2018 | US$ 194,530.00 | US$ 19,453.00 |
| **TOTAL** | | | **US$ 294,530.00** | **US$ 29,453.00** |

The Bank details are as follows:

| | |
|---|---|
| Bank: | East-West United Bank S.A. |
| Address: | Villa Foch |
| | 10 Boulevard Joseph II |
| | L-1840, Luxembourg |
| Acct. Name: | Da Vinci Capital Group Ltd. |
| SWIFT: | EWU ███ |
| IBAN: | ████████████████ |

By: _____
Name: Oleg Zhelezko
Title: Director

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER