# PX180 REDACTED

| Potential Investors | Suggested Allocation | Entity Name (as per KYC Form) |
|---|---|---|
| ███ | ███ | ███ |
| ███ | ███ | awaiting $0.5 |
| ███ | ███ | ███ |
| ███ | ███ | awaiting $5 |
| ███ | ███ | awaiting $1 |
| ███ | ███ | ███ |
| ███ | ███ | $12,151,980 +EUR2,309,980.81 |
| ███ | ███ | ███ |
| ███ | ███ | EUR 11,633,887.41 |
| ███ | ███ | ███ |
| ███ | ███ | 7.24 + EUR3,860,815.96 |
| Perekopsky | ███ | Ilia Perekopsky |
| InVenture (Space Investments) | ███ | awaiting $1 |
| ███ | ███ | ███ |
| ███ | ███ | 2542153.25 |
| ███ | ███ | ███ |
| John Hyman | ███ | ███ |