# PX181

**Capital Markets**
**Company Overview of InVenture Partners**

January 29, 2018 10:12 AM ET

|  Snapshot  |  People  |
|---|---|

**Company Overview**

InVenture Partners is a venture capital firm specializing in seed start up, early, mid and late venture companies. It prefers to invest in online financial services and technology, marketing, digital media, mobile, technology, internet community, Business-to-Business (B2B), internet software, and telecommunication services. The firm generally invests in companies based in Russia, United States, CIS region, United Kingdom, and in European Developed and Emerging Markets. It typically invests between $0.5 million and $5 million in companies with target enterprise value between $1 million and $50 million. The firm seeks to exit it's investments in five years, with potential for an extension for ...

Detailed Description

6/2 Presnenskaya Naberezhnaya
office 608
Moscow, 123317
Russia

Phone: 7 495 641 3635
www.inventurepartners.com

Founded in **2012**

**Key Executives For InVenture Partners**

REDACTED - SENSITIVE INFORMATION

Compensation as of Fiscal Year 2017.

---

**InVenture Partners Key Developments**

### InVenture Partners Presents at IX Russian Private Equity Congress, Sep-19-2017 04:50 PM

Sep 16 17

InVenture Partners Presents at IX Russian Private Equity Congress, Sep-19-2017 04:50 PM. Venue: Marriott Courtyard Moscow Centre, 7, Voznesensky Lane, Moscow, Russia. Speakers: REDACTED - PERSONAL INFORMATION REDACTED - PERSONAL INFORMATION

### InVenture Partners Presents at IV Venture Investors Forum, Jun-07-2016

Jun 4 16

InVenture Partners Presents at IV Venture Investors Forum, Jun-07-2016 . Venue: Marriott Courtyard Moscow Centre (7, Voznesensky Lane), Moscow, Russia. Speakers: REDACTED - PERSONAL INFORMATION

---

| Similar Private Companies By Industry | | Recent Private Companies Transactions | |
|---|---|---|---|
| Company Name | Region | Type / Date | Target |
| "METROPOL" Investment Financial Company Ltd. | Europe | **Merger/Acquisition** November 16, 2017 | Busfor |
| A'LEMAR Investment Group | Europe | | |

| Company Name | Region | Type Date | Target |
|---|---|---|---|
| Absolut Invest | Europe | **Private Placement** October 25, 2017 | Convargo |
| Advance Capital | Europe | | |
| Alor Invest Ltd. | Europe | **Private Placement** June 21, 2017 | Web Logistics (LLC) |

## Request Profile Update

\

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-009-00001836