# PX186

PRIVATE & CONFIDENTIAL

THE UNDERSIGNED PURCHASER

– AND –

TON ISSUER INC

– AND –

TELEGRAM GROUP INC.

---

# DEED OF AMENDMENT TO PURCHASE AGREEMENT FOR GRAMS

---

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                TLGRM-014-00016991

PRIVATE & CONFIDENTIAL

**THIS DEED OF AMENDMENT** is made on the date set forth on the signature page hereto

**BETWEEN:**

(1) The purchaser identified as such on the applicable signature page hereto (the "**Purchaser**");

(2) TON Issuer Inc, a company incorporated in the British Virgin Islands (registered number 1968010), whose registered office is at Craigmuir Chambers, Road Town, Tortola VG 1110, British Virgin Islands (the "**Issuer**"), a wholly owned subsidiary of the Parent (as defined below); and

(3) Telegram Group Inc., a company incorporated in the British Virgin Islands (registered number 1811220), whose registered office is at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands (the "**Parent**").

**WHEREAS:**

(A) The Purchaser, the Issuer and the Parent entered into a Purchase Agreement for Grams on 2 July 2018 with a Purchase Amount thereunder of US$25,000,000 (the "**Purchase Agreement**").

(B) The Purchaser, the Issuer and the Parent wish to amend the Purchase Agreement as set out in further detail herein.

**1. INTERPRETATION**

1.1 Defined terms used in this Deed of Amendment shall have the meaning given to such terms in the Purchase Agreement, unless otherwise provided for herein.

**2. AMENDMENT**

2.1 In accordance with clause 15.1 of the Purchase Agreement, the Purchaser, the Issuer and the Parent hereby agree that the existing definition of "Payment Date" set out at clause 1.1 shall be deleted and replaced with the following definition:

""**Payment Date**" means 29 October 2018 or such later date as may be agreed in writing between the Parties."

2.2 In accordance with clause 15.1 of the Purchase Agreement, the Purchaser, the Issuer and the Parent hereby agree that the existing definition of "Purchase Amount" set out at clause 1.1 shall be deleted and replaced with the following definition:

""**Purchase Amount**" means US$35,000,000."

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TLGRM-014-00016992

2.3 The Purchaser, the Issuer and the Parent agree that clauses 18, 20 and 21 of the Purchase Agreement shall apply mutatis mutandis to this Deed of Amendment.

2.4 The Purchaser, the Issuer and the Parent agree that all other terms of the Purchase Agreement shall remain unchanged.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              TLGRM-014-00016993

IN WITNESS WHEREOF, each of the undersigned has caused this Deed to be duly executed as a deed and is intended to be and is hereby delivered this  22  day of  October , 2018.

**Executed as a deed** by **TON ISSUER INC**, a company incorporated under the laws of the British Virgin Islands, acting by

Pavel Durov     (NAME OF AUTHORISED SIGNATORY) and

being a person who, in accordance with the laws of the British Virgin Islands is acting under the authority of the company

Address:     Craigmuir Chambers
             Road Town
             Tortola VG1110
             British Virgin Islands

Telephone:   +44 118 328 7060

Email:       IR@telegram.org

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    TLGRM-014-00016994

**Executed as a deed by TELEGRAM GROUP INC.** a company incorporated under the laws of the British Virgin Islands, acting by

Pavel Durov _____ (NAME OF AUTHORISED SIGNATORY) and

being a person who, in accordance with the laws of the British Virgin Islands is acting under the authority of the company

*[signature: Durov]*

Address:   Geneva Place
           Waterfront Drive
           P.O. Box 3469
           Road Town
           Tortola
           British Virgin Islands

Telephone: +44 118 328 7060

Email:     IR@telegram.org

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    TLGRM-014-00016995

Executed as a deed by Space Investments Limited, as the Purchaser a Company incorporated under the laws of the Cayman Islands, acting by

Maria Elia

............................
Authorised signatory

being a person who, in accordance with the laws of the Cayman Islands is acting under her authority as the sole director of the Company

Address:    PO Box 309, Ugland House, KY1-1104
            Grand Cayman, Cayman Islands

Telephone:
            REDACTED - PERSONAL INFORMATION
Email:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    TLGRM-014-00016996