# PX187

PRIVATE & CONFIDENTIAL

THE UNDERSIGNED PURCHASER

– AND –

TON ISSUER INC

– AND –

TELEGRAM GROUP INC.

SECOND DEED OF AMENDMENT TO PURCHASE AGREEMENT FOR GRAMS

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-014-00016985

PRIVATE & CONFIDENTIAL

**THIS SECOND DEED OF AMENDMENT** is made on the date set forth on the signature page hereto

**BETWEEN:**

(1)     The purchaser identified as such on the applicable signature page hereto (the "**Purchaser**");

(2)     TON Issuer Inc, a company incorporated in the British Virgin Islands (registered number 1968010), whose registered office is at Craigmuir Chambers, Road Town, Tortola VG 1110, British Virgin Islands (the "**Issuer**"), a wholly owned subsidiary of the Parent (as defined below); and

(3)     Telegram Group Inc., a company incorporated in the British Virgin Islands (registered number 1811220), whose registered office is at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands (the "**Parent**").

**WHEREAS:**

(A)     The Purchaser, the Issuer and the Parent entered into a Purchase Agreement for Grams on 2 July 2018 with a Purchase Amount thereunder of US$25,000,000 (the "**Purchase Agreement**").

(B)     The Purchaser, the Issuer and the Parent executed a Deed of Amendment to the Purchase Agreement on 22 October 2018, increasing the Purchase Amount under the Purchase Agreement to US$35,000,000 and extending the Payment Date under the Purchase Agreement to 29 October 2018 (the "**First Deed of Amendment**").

(C)     The Purchaser, the Issuer and the Parent wish to amend the Purchase Agreement, as amended by the First Deed of Amendment, as set out in further detail herein.

**1.      INTERPRETATION**

1.1     Defined terms used in this Second Deed of Amendment shall have the meaning given to such terms in the Purchase Agreement, unless otherwise provided for herein.

**2.      AMENDMENT**

2.1     In accordance with clause 15.1 of the Purchase Agreement, the Purchaser, the Issuer and the Parent hereby agree that the existing definition of "Purchase Amount" set out at clause 1.1 shall be deleted and replaced with the following definition:

""**Purchase Amount**" means US$26,792,039.24."

2.2     In accordance with clause 15.1 of the Purchase Agreement, the Purchaser, the Issuer and the Parent hereby agree that the existing definition of "Payment Date" set out at clause 1.1 shall be deleted and replaced with the following definition:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                          TLGRM-014-00016986

""**Payment Date**" means 31 December 2018 or such later date as may be agreed in writing between the Parties."

2.3     The Purchaser, the Issuer and the Parent agree that clauses 18, 20 and 21 of the Purchase Agreement shall apply mutatis mutandis to this Second Deed of Amendment.

2.4     The Purchaser, the Issuer and the Parent agree that all other terms of the Purchase Agreement shall remain unchanged.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    TLGRM-014-00016987

IN WITNESS WHEREOF, each of the undersigned has caused this Deed to be duly executed as a deed and is intended to be and is hereby delivered this __3__ day of __December__, 2018.

**Executed** as a **deed** by **TON ISSUER INC**, a company incorporated under the laws of the British Virgin Islands, acting by

Pavel Durov_____ (NAME OF AUTHORISED SIGNATORY) and

being a person who, in accordance with the laws of the British Virgin Islands is acting under the authority of the company

Address:        Craigmuir Chambers
                Road Town
                Tortola VG1110
                British Virgin Islands

Telephone:      +44 118 328 7060

Email:          IR@telegram.org

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    TLGRM-014-00016988

**Executed** as a **deed** by **TELEGRAM GROUP INC.** a company
incorporated under the laws of the British Virgin Islands, acting by

<u>Pavel Durov</u>      (NAME OF AUTHORISED SIGNATORY) and

being a person who, in accordance with the laws of the British Virgin
Islands is acting under the authority of the company

Address:          Geneva Place
                  Waterfront Drive
                  P.O. Box 3469
                  Road Town
                  Tortola
                  British Virgin Islands

Telephone:        +44 118 328 7060

Email:            IR@telegram.org

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-014-00016989

Executed as a deed by Space Investments Ltd as the Purchaser a

Company _____ (insert legal entity type) incorporated under the laws

of Cayman Islands (insert jurisdiction), acting by

Maria Elia _____ (insert name of authorised signatory) and

_____ (insert name of authorised signatory),

being persons who, in accordance with the laws of the

Cayman Islands _____ (insert jurisdiction), are acting under the

authority of the company as the sde director

Address:   PO Box 309, Ugland House
           KY1-1104, Grand Cayman, Cayman Islands

Telephone:

Email:     REDACTED - PERSONAL INFORMATION

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-014-00016990