# PX188
# REDACTED

**From:**        Marta Kudina [marta.kudina@gmail.com]
**on behalf of**  Marta Kudina <marta.kudina@gmail.com> [marta.kudina@gmail.com]
**Sent:**        19/10/2018 15:04:01
**To:**          REDACTED - PERSONAL INFORMATION @credit-suisse.com]; REDACTED - PERSONAL INFORMATION @credit-suisse.com]; REDACTED - PERSONAL INFORMATION
                REDACTED - PERSONAL INFORMATION @credit-suisse.com]
**Subject:**     Invoices

Dear all,

Please find attached the recent invoices.

Kind regards,
Marta

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Gem Limited**

Offices of Maples Corporate Services Limited

PO Box 309, Ugland House, KY1-1104

Grand Cayman, Cayman Islands

Invoice

Date: 11 October 2018

To: Directors

**Telegram Group Inc.**

Geneva Place

Waterfront Drive

P.O. Box 3469

VG-1110, Road Town, Tortola

British Virgin Islands

Reference is made to:

the Agreement dated 15 June 2018 (the "**Agreement**") between TON Issuer Inc (the "**Telegram**"), Telegram Group Inc. (the "**TGI**") and Gem Limited (the "**Company**").

The Company hereby invoices the TGI on the respective fees pursuant to the Article 4 of the Agreement:

| Investor | Payment Date | Contract | Currency | Gross Proceeds | Fee |
|---|---|---|---|---|---|
| Space Investments Limited | 31-Aug-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | USD | 1,205,453.84 | 180,818.08 |
| Goliat Solutions Ltd | 20-Sep-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | EUR | 4,600,000.00 | 690,000.00 |
| Goliat Solutions Ltd | 20-Sep-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | EUR | 2,295,000.00 | 344,250.00 |
| Goliat Solutions Ltd | 21-Sep-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | EUR | 900,000.00 | 135,000.00 |
| Space Investments Limited | 4-Oct-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | USD | 1,000,000.00 | 150,000.00 |
| Space Investments Limited | 5-Oct-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | USD | 600,000.00 | 90,000.00 |
| Space Investments Limited | 9-Oct-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | USD | 700,000.00 | 105,000.00 |
| Space Investments Limited | 10-Oct-18 | Purchase Agreement for Grams, Subsequent Sale dated 2 July 2018 | USD | 1,045,000.00 | 156,750.00 |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| TOTAL | | | USD | 4,550,453.84 | 682,568.08 |
|-------|--|--|-----|--------------|------------|
| TOTAL | | | EUR | 7,795,000.00 | 1,169,250.00 |

The bank details are as follows:

**BANK DETAILS:**   Silicon Valley Bank

3003 Tasman Drive

Santa Clara, CA 95054

USA

**Routing & Transit:**   ███████

**SWIFT:**   ████████████

**Account name:** Gem Limited

**Address:** Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands;

Final credit account:   ██████

By:

Name:   | REDACTED - PERSONAL INFORMATION |

Title: for and behalf of Advanced Consolting Limited