# PX191

Altcoin
# Report: Liquid Cryptocurrency Exchange to Host Public Phase of Telegram ICO

Cointelegraph By William Suberg
326 words
11 June 2019
The Cointelegraph
CONTEL
English
© Cointelegraph 2019. All rights reserved.

This article has been updated to include that Cointelegraph has reached out to Telegram for comment.

Cryptocurrency exchange [https://cointelegraph.com/tags/cryptocurrency-exchange] Liquid will reportedly be the first to host encrypted messaging app Telegram's [https://cointelegraph.com/tags/telegram] Gram tokens when they go on public sale, a press release [https://finance.yahoo.com/news/liquid-com-exclusively-offer-telegram-060600225.html] confirmed on June 11.

Telegram, which has not provided an official statement on the move, became the focus of international attention last year when it held a private initial coin offering (ICO [https://cointelegraph.com/tags/ico]) for Gram, which raised [https://cointelegraph.com/news/telegram-attracts-850-mln-in-second-round-of-ico] $1.7 billion for its Telegram Open Network (TON) project.

A message [https://t.me/Tgram/178] from an unofficial TON channel on Telegram wrote that Liquid could be attempting to catch on to the hype surrounding the as-of-yet unreleased token, and that investors should wait for official information from Telegram.

After Telegram's ICO, it was thought no public phase would follow, but the largest Gram holder organization, Gram Asia, will now reportedly offer an undisclosed number before a full sale in October, according to the release.

"We share the vision for a more secure and open value transfer system in order to enable the mainstream adoption of cryptocurrencies," Liquid CEO, Mike Kayamori, commented in the press release. He added:

"The TON Blockchain infrastructure can help enhance Telegram's current capabilities as a peer to peer network of value, with the launch of their cryptocurrency light wallets for Telegram's highly engaged user base."

The requirements for participation in the initial public sale are stringent. A raft of countries' citizens are excluded for regulatory reasons, while grams will not in fact be tradeable, instead held in stablecoin [https://cointelegraph.com/tags/stablecoin] USDC until October.

The move comes roughly two weeks after Telegram released [https://cointelegraph.com/news/telegram-officially-releases-ton-testnet-blockchain-lite-client] a testnet version of the TON client, which itself follows an extensive development process and the Q3 launch date [https://cointelegraph.com/news/report-telegram-to-launch-ton-network-in-q3-2019].

Telegram has not responded to a request for comment by press time.

Click to view image [http://images.cointelegraph.com/images/528_aHR0cHM6Ly9zMy5jb2ludGVsZWdyYXBoLmNvbS9zdG9yYWdlL3VwbG9hZHMvdmlldy81ZDFhZTIkODQ1ZGQ4YTdkODIwMjE5YWViMTE2NjExZS5qcGc=.jpg]

The Cointelegraph

Document CONTEL0020190611ef6b0005r

| | |
|---|---|
| Timestamp | 18 January 2020 17:24 |

© 2020 Factiva, Inc. All rights reserved.