# PX201

I hope too 19:14

**David Yang** 22:51



**Ilya Perekopsky** 22:55
Could you please send by email

13 February 2018

**David Yang** 01:32
Sure

**David Yang** 03:58
Julian has sent it an hour ago.

14 February 2018

**David Yang** 16:39
Илья, привет! Вчера ваши ребята подтвердили, что $5M пришло. Нам ожидать от вас официального документа о количестве Gram, которые покупает мой фонд?

**Ilya Perekopsky** 16:43
Думаю, мы какое то письмо напишем финальное на днях

**David Yang** 16:48
Да, это бы было здорово. Особенно в случае моего фонда, т.к. мы формально нарушили договор задержав отправку $0.5M. )))

17 February 2018

**Ilya Perekopsky** 08:02
Привет, Давид

Письмо пришлём на след неделе. Есть желание на второй раунд? 08:02

Мы к русским полегче на втором, можешь всех желающих с первого туда упаковать)) 08:02

**David Yang** 20:19
Илья, привет. Ок. Узнаю. Какая планируется цена на втором раунде и когда планируется закрыть раунд?

20:27

Yep, it would be awesome. Especially in the case of my fund, since we formally violated the agreement having delayed the wiring of $0.5M.)))

February 17, 2018

Ilya: 08:02
Hi David
We will send the letter next week. Do you have a wish to enter the second round?
We will go easier on Russians at the second round, you can pack in there all of those willing from the first round))

Yang: 20:19
Hi Ilya. OK. I will find out. What is the expected price at the second round and when is the round planned to be closed? 20:27
Ilya, going back to the first round. I have to understand for myself. Tell me, if I myself, David Yang, without anybody`s mediation addressed Telegram directly in January and expressed a wish to invest, would I get a quote from you? ))

Ilya: 20:28
100%
You – yes
I am offering to you myself already the second round, 20:29
which is subscribed in advance.

Yang:
Thanks!:)

Ilya: 20:30
Yes, well, actually that was the way it was

Yang: 20:52
Mass media is asking me whether I invested money into Telegram and how much. What would you prefer – that I confirm it or refuse to comment? (In our agreement there was a clause on confidentiality but as far as I get it, it does not extend to the publicizing of the fact and scope of investment, or does it?)

Ilya: 21:34

TG-007-00000682



# CERTIFICATION

This is to certify that the attached <u>English</u> language documents are true and accurate translations of the original <u>Russian</u> language documents to the best of our knowledge and belief. The documents are identified as below:

"165215_Ilya Russian chat 2_ENG"
"165215_Ilya Russian chat_ENG"
"165215_Ilya-Roman Russian chat_ENG"
"165215_Ilya-Yan Russian chat_ENG"
"165215_Perekopsky Russian Article on ICOs_ENG"

Executed this 12th day of December, 2019

*Lauren Brandon* (signature)

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

Schreiber Translations, Inc.
51 Monroe Street
Suite 101
Rockville, MD 20850

P: 301.424.7737
F: 301.424.2336

translation@schreibernet.com
www.schreibernet.com