UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,                              19-cv-9439 (PKC)

      -against-                                   ORDER

TELEGRAM GROUP INC., et al.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The motion for Taylor Reeves to Appear Pro Hac Vice (Doc. 126) is deemed withdrawn, subject to refiling.  The Clerk shall remove this motion from the public docket.

        SO ORDERED.

                                                            P. Kevin Castel
                                            United States District Judge

Dated:  New York, New York
           February 4, 2020