UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
:
                        Plaintiff,   :   19 Civ. 09439 (PKC)
:
       - against -   :   ECF Case
:
TELEGRAM GROUP INC. and TON ISSUER INC.   :
:
                    Defendants.   :
:
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Patrick T. Murphy, a member of good standing in this Court and the New York and California bar, hereby enters his appearance as counsel of record on behalf of Non-Party ▮▮▮ ▮▮▮▮ who has been identified as Investor B.

Dated: February 4, 2020

                                            Respectfully submitted,

                                            Patrick T. Murphy
                                            Murphy Cooke Kobrick LLP
                                            177 Bovet Road, Suite 600
                                            San Mateo, CA 94402

                                            **Attorneys for Non-Party Investor B**

1