UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
 :
**SECURITIES AND EXCHANGE**  :
**COMMISSION**,  :
 :
   Plaintiff,  :   **19 Civ. 09439 (PKC)**
 :
 v.  :   **ECF Case**
 :
**TELEGRAM GROUP INC. and TON**  :
**ISSUER INC.**,  :
 :
   Defendant.  :
 :
------------------------------------------------------- X

## [PROPOSED] ORDER ON MOTION TO PROCEED UNDER PSEUDONYM

 Upon consideration of non-party Investor E's Motion to Proceed Under Pseudonym, this Court finds that, in light of the limited nature of Investor E's appearance in this action, the significant potential harm to Investor E from public disclosure of its identity, and the minimal imposition on the public's right to information regarding judicial proceedings, Investor E should be permitted to proceed under pseudonym for the purpose of litigating its motion to seal.

 Therefore, for good cause shown, and for the reasons set for in Investor E's motion, it is hereby ORDERED that non-party Investor E is granted leave to proceed under pseudonym.

Date: _____

                _____
                 Hon. P. Kevin Castel
               United States District Court Judge