UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,         :   19 Civ. 09439 (PKC)
                                            :
                           Plaintiff,       :   ECF Case
                                            :
            - against -                     :
                                            :
TELEGRAM GROUP INC. and TON ISSUER INC.     :
                                            :
                           Defendants.      :
                                            :
---------------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Andrew R. Escobar, a member of good standing in this Court, hereby enters his appearance as counsel of record on behalf of Non-Party ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (identified as "Investor I").[1]

Dated: February 4, 2020                     Respectfully submitted,

                                            *s/ Andrew Escobar*
                                            Andrew Escobar
                                            701 Fifth Avenue, Suite 6900
                                            Seattle, Washington 98104
                                            Tel:   206.839.4800
                                            Fax:   206.839.4801
                                            E-mail: andrew.escobar@us.dlapiper.com

                                            *Attorney for Non-Party Investor I*

WEST\289311654.1

---

[1] The SEC previously filed a motion requesting an Order to file under seal and in redacted form on ECF materials reflecting the names and other identifying information of Gram purchasers, including non-parties the SEC identified as Investors A through H. (*See* SEC's Mot. to Seal, ECF No. 28 (Oct. 23, 2019); Decl. of Ladan Stewart in Support of SEC's Mot. for Sum. Judg., ECF No. 81 (Jan. 15, 2020).). This document continues to redact that identifying information, using the pseudonym "Investor I" for the Court's convenience and to avoid confusion.