UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :   19 Civ. 09439 (PKC)
:
         Plaintiff,   :   ECF Case
:
  - against -   :
:
TELEGRAM GROUP INC. and TON ISSUER INC.   :
:
         **Defendants.**   :
:
------------------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Non-Party ███████████████████████ (identified as "Investor I"),[1] a private, non-governmental party, certifies that no publicly traded company owns more than a 10% share of Investor I.

Dated: February 4, 2020           Respectfully submitted,

                    *s/ Andrew Escobar*
                    Andrew Escobar
                    701 Fifth Avenue, Suite 6900
                    Seattle, Washington 98104
                    Tel: 206.839.4800
                    Fax: 206.839.4801
                    E-mail:  andrew.escobar@us.dlapiper.com

                    *Attorney for Non-Party Investor I*

WEST\289226713.1

---

[1] The SEC previously filed a motion requesting an Order to file under seal and in redacted form on ECF materials reflecting the names and other identifying information of Gram purchasers, including non-parties the SEC identified as Investors A through H.  (*See* SEC's Mot. to Seal, ECF No. 28 (Oct. 23, 2019); Decl. of Ladan Stewart in Support of SEC's Mot. for Sum. Judg., ECF No. 81 (Jan. 15, 2020).).  This document continues to redact that identifying information, using the pseudonym "Investor I" for the Court's convenience and to avoid confusion.