UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
                              Plaintiff,     :     19 Civ. 09439 (PKC)
:
           - against -                    :     ECF Case
:
TELEGRAM GROUP INC. and TON ISSUER INC.  :
:
                             Defendants.  :
:
------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

      Daniel P. Roy III, a member of good standing in this Court, hereby enters his appearance as counsel of record on behalf of Non-Party ▮▮▮▮▮▮▮▮ (previously identified as "Investor G").[1]

Dated: New York, New York
       February 4, 2020

                                                Respectfully submitted,

                                                */s/ Daniel P. Roy III*
                                                Daniel P. Roy III
                                                COOLEY LLP
                                                55 Hudson Yards
                                                New York, NY 10001-2157
                                                (212) 479-6000

                                                *Attorneys for Non-Party Investor G*

---

[1] The SEC previously filed a motion requesting an Order to file under seal and in redacted form on ECF materials reflecting investor names. (ECF No. 28.) This document continues to redact this information. We respectfully submit that this redaction be maintained for the reasons stated in the SEC's prior motion.