UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :
                    Plaintiff,        :    19 Civ. 09439 (PKC)
                                      :
        - against -                   :    ECF Case
                                      :
TELEGRAM GROUP INC. and TON ISSUER INC. :
                                      :
                    Defendants.       :
                                      :
---------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Non-Party ▇▇▇▇▇▇▇▇ (previously identified as "Investor G")[1], a private, non-governmental party, certifies that no publicly traded company owns more than a 10% share of Investor G.

Dated: February 4, 2020                Respectfully submitted,

                                       /s/ Daniel P. Roy III
                                       Daniel P. Roy III
                                       COOLEY LLP
                                       55 Hudson Yards
                                       New York, NY  10001-2157
                                       (212) 479-6000

                                       Attorneys for Non-Party Investor G

---

[1] The SEC previously filed a motion requesting an Order to file under seal and in redacted form on ECF materials reflecting investor names. (ECF No. 28.) This document continues to redact this information. We respectfully submit that this redaction be maintained for the reasons stated in the SEC's prior motion.