**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,           :
                                              :
                                   Plaintiff, :       **19 Civ. 09439 (PKC)**
                                              :
                       - against -            :       **ECF Case**
                                              :
**TELEGRAM GROUP INC. and TON ISSUER INC.**   :
                                              :
                                  Defendants. :
                                              :
----------------------------------------------------------------- x

### [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

The Court, having reviewed the submissions by Non-Party ▮▮▮▮▮▮▮▮ (previously identified as "Investor G"), including Investor G's Motion, Memorandum of Law, and the Declaration of ▮▮▮▮▮▮ in support thereof, finds that good cause exists to permit the maintaining under seal of the document the Securities and Exchange Commission ("SEC") previously lodged with the Court as Exhibit A of Exhibit PX7 to the Declaration of Ladan F. Stewart (ECF No. 81) in support of the SEC's Motion for Summary Judgment (ECF No. 79). Investor G seeks a narrowly focused Sealing Order to protect its privacy and to avoid harming its business interests, and these interests outweigh any applicable presumption of public access. *See, e.g., Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

ACCORDINGLY, IT IS HEREBY:

ORDERED, that Investor G's Motion to Seal its Confidential Document is GRANTED and it is further,

ORDERED that the document that was lodged with the court as Exhibit A to Exhibit PX7 to the Declaration of Ladan F. Stewart (ECF No. 81) shall be maintained under seal.

SO ORDERED.

Dated: February 4, 2020
      New York, New York

_____

HONORABLE P. KEVIN CASTEL
UNITED STATE DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK