UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
                          Plaintiff,            :     19 Civ. 09439 (PKC)
:
       - against -                     :     ECF Case
:
TELEGRAM GROUP INC. and TON ISSUER INC.  :
: Defendants.
:
:
------------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Non-party ▅▅▅▅▅▅▅▅▅▅, also referred to as Investor B, moves this Court for an order to maintain the filing under seal the documents lodged with the Court by the Securities and Exchange Commission as Exhibits D and E to the Declaration of Investor B, PX2. This motion is based upon the concurrently filed memorandum of law and the declaration of ▅▅▅▅▅▅ dated February 4, 2020.

Dated: February 4, 2020

                                                  Respectfully submitted,

                                                Patrick T. Murphy
                                                Murphy Cooke Kobrick LLP
                                                177 Bovet Road, Suite 600
                                                San Mateo, CA  94402

                                                **Attorneys for Non-Party Investor B**