UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
---------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,         :
                                            :
                        Plaintiff,          :      19 Civ. 09439 (PKC)
                                            :
        -   against –                       :
                                            :      ECF Case
TELEGRAM GROUP INC. and TON ISSUER INC.     :
                                            :
                        Defendants.         :
                                            :
-------------------------------------------------------------------- x


**[PROPOSED[ ORDER GRANTING INVESTOR B'S MOTION TO SEAL DOCUMENTS**

The Court finds that good cause exists pursuant to *Lugosch v. Pyramid Co of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006)* to continues to maintain under seal the documents previously lodged by the Securities and Exchange Commission as Exhibits D and Exhibit E to the Declaration of Investor B filed as PX2 in connection with the Declaration of Ladan Stewart in support of the SEC's Motion for Summary Judgment (ECF No. 79).

Therefore, it is Accordingly ORDERED that Investor B's Motion to Seal is Granted and Exhibits D and Exhibit E to the Declaration of Investor B, PX 2, shall be maintained under seal.


Dated: _____              _____
                                   Hon. P. Kevin Castel
                                   United States District Court Judge

1