UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,      :   19 Civ. 09439 (PKC)
                                         :
                    Plaintiff,           :   ECF Case
                                         :
        - against -                      :
                                         :
TELEGRAM GROUP INC. and TON ISSUER INC.  :
                                         :
                    Defendants.          :
                                         :
----------------------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Non-Party ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ (identified as "Investor I"),[1] upon (1) the accompanying memorandum of law, dated February 4, 2020, (2) the declaration of Andrew Escobar, and (3) the declaration of ▌▌▌▌▌▌▌, will move this Court before the Honorable P. Kevin Castel, at the United States Courthouse, Courtroom 11D, 500 Pearl Street, New York, New York 10007, at such time as the Court may designate, for an order maintaining under seal identifying information that the Securities and Exchange Commission ("SEC") has filed in certain documents, including Exhibit R to the October 11, 2019 declaration of Daphna Waxman (ECF. No. 16) and Exhibit PX152 to the January 21, 2020 Declaration of Ladan Stewart (ECF No. 97), as specified in the memorandum of law accompanying the instant Notice of Motion.

---

[1] The SEC previously filed a motion requesting an Order to file under seal and in redacted form on ECF materials reflecting the names and other identifying information of Gram purchasers, including non-parties the SEC identified as Investors A through H.  (*See* SEC's Mot. to Seal, ECF No. 28 (Oct. 23, 2019); Decl. of Ladan Stewart in Support of SEC's Mot. for Sum. Judg., ECF No. 81 (Jan. 15, 2020).).  This document continues to redact that identifying information, using the pseudonym "Investor I" for the Court's convenience and to avoid confusion.

Dated: February 4, 2020						Respectfully submitted,


								*s/ Andrew Escobar*
								Andrew Escobar
								701 Fifth Avenue, Suite 6900
								Seattle, Washington 98104
								Tel:	206.839.4800
								Fax:	206.839.4801
								E-mail:  andrew.escobar@us.dlapiper.com

								*Attorney for Non-Party Investor I*


WEST\289225881.1