UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :  19 Civ. 09439 (PKC)
:
                                  **Plaintiff,**  :  ECF Case
:
                                  - against -  :
:
TELEGRAM GROUP INC. and TON ISSUER INC.  :
:
                                  **Defendants.**  :
:
------------------------------------------------------------------------------x

### [PROPOSED] ORDER GRANTING INVESTOR I'S MOTION TO SEAL

The Court, having reviewed the submissions by the Non-Party identified as Investor I, including Investor I's Motion, Memorandum of Law, and supporting declarations, finds that good cause exists to permit maintaining under seal the name of Investor I and other identifying information that can be linked to its identity and purchases, including the names of Investor I's manager, its investment advisor, that advisor's employees, and the beneficiary of the trust owning Investor I. This information shall continue to be redacted from any public filing of Exhibit R to the October 11, 2019 declaration of Daphna Waxman (ECF. No. 16), Exhibit PX152 to the January 21, 2020 Declaration of Ladan Stewart (ECF No. 97), and any other filings where they appear without the knowledge of Investor I.

Investor I seeks a narrowly focused Sealing Order to protect its privacy and to avoid harming its business interests. Indeed, Investor I is seeking only to narrowly redact its name and the names of other irrelevant third-parties, and these privacy interests outweigh any applicable presumption of public access. *See, e.g., Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

ACCORDINGLY, IT IS HEREBY:

    ORDERED, that Investor I's Motion to Seal is GRANTED and it is further,

ORDERED that the parties shall continue to redact the name of Investor I and any other identifying information that can be linked to its identity and investments, including the names of Investor I's manager, its investment advisor, that advisor's employees, and the beneficiary of the trust owning Investor I, from any public filings.

SO ORDERED.

Dated: February ___, 2020
New York, New York

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

WEST\289226010.1