UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TELEGRAM GROUP INC. and TON ISSUER INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:19-cv-09439-PKC<br><br>ECF Case |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Victor H. Yu, an attorney of the law firm of Keker, Van Nest & Peters LLP, admitted to the Bar of this Court, hereby enters his appearance in this action as counsel for Non-party Investor X.[1]

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

Dated:  February 4, 2020

　　　　　　　　　　　　　　　By:　*s/ Victor H. Yu*
　　　　　　　　　　　　　　　　　　VICTOR H. YU
　　　　　　　　　　　　　　　　　　VYu@keker.com
　　　　　　　　　　　　　　　　　　633 Battery Street
　　　　　　　　　　　　　　　　　　San Francisco, CA 94111-1809
　　　　　　　　　　　　　　　　　　Telephone:  415 391 5400
　　　　　　　　　　　　　　　　　　Facsimile:  415 397 7188

　　　　　　　　　　　　　　　　　　Attorney for Non-Party Investor X

---

[1] Pursuant to the Court's January 23, 2020 memorandum endorsement, *see* ECF No. 108, Investor X concurrently files a Motion to Seal Confidential Document.  Because of the confidentiality concerns associated with revealing Investor X's identity (as discussed in Investor X's motion), Investor X has anonymized and redacted identifying information in this Notice of Motion, its Motion to Seal Confidential Document, and accompany supporting papers.  However, Investor X will file under seal an unredacted version of its supporting declaration that will identify Investor X.