UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br><br>        v.<br><br>TELEGRAM GROUP INC. and TON ISSUER INC.,<br><br>                            Defendants. | Case No. 1:19-cv-09439-PKC<br><br>ECF Case |

**NOTICE OF MOTION TO SEAL CONFIDENTIAL DOCUMENT**

PLEASE TAKE NOTICE that Non-party Investor X,[1] on (1) the accompanying memorandum of law and (2) supporting declaration will move this Court before the Honorable P. Kevin Castel, at the United States Courthouse, Courtroom 11D, 500 Pearl Street, New York, New York 10007, at such time as the Court may designate, for an order maintaining under seal a document the Securities and Exchange Commission ("SEC") will lodge with the Court as Exhibit PX32 to the Declaration of Ladan F. Stewart (ECF No. 81) in support of the SEC's Motion for Summary Judgment (ECF No. 79), as specified in the memorandum of law accompanying the instant Notice of Motion.

//

//

//

---

[1] For the reasons laid forth in Investor X's motion, and to avoid mooting the relief contemplated by the Court's January 23, 2020 memorandum endorsement (ECF No. 108), Investor X has anonymized and redacted identifying information in this motion and accompany supporting papers. However, Investor X will file under seal an unredacted version of its supporting declaration that will identify Investor X.  Investor X respectfully requests the Court grant Investor X's request to seal its supporting declaration when determining its request to seal Exhibit PX32.

1370451

                                      Respectfully submitted,

                                      KEKER, VAN NEST & PETERS LLP

Dated:  February 4, 2020

                              By:   *s/ Victor H. Yu*
                                      KEKER, VAN NEST & PETERS LLP
                                      VICTOR H. YU
                                      vyu@keker.com
                                      633 Battery Street
                                      San Francisco, CA 94111-1809
                                      Telephone:  415 391 5400
                                      Facsimile:  415 397 7188

                                      Attorneys for Non-Party Investor X

1370451