UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>       v.<br><br>TELEGRAM GROUP INC. and TON ISSUER INC.,<br><br>                    Defendants. | Case No. 1:19-cv-09439-PKC<br><br>ECF Case |

**[PROPOSED] ORDER GRANTING MOTION
TO SEAL CONFIDENTIAL DOCUMENT**

The Court, having reviewed Non-party Investor X's Motion and supporting documents thereto, finds that good cause exists to permit the sealing of the document the Securities and Exchange Commission ("SEC") will lodge with the Court as exhibit PX32 to the Declaration of Ladan F. Stewart (ECF No. 81) ("PX32") in support of the SEC's Motion for Summary Judgment (ECF No. 79), as well as portions of Investor X's supporting declaration that contain identifying information and cite to PX32.

ACCORDINGLY, IT IS HEREBY:

ORDERED, that Investor F's Motion to Seal its Confidential Document is GRANTED and it is further,

ORDERED that the document that will be lodged with the Court as PX32 shall be maintained under seal, and it is further,

ORDERED that the redacted portions of the Declaration of Investor X Representative in support of Investor X's Motion to Seal Confidential Document shall be maintained under seal.

//

//

1

**SO ORDERED.**

Dated:

                                    By: _____
                                          Hon. P. Kevin Castel
                                          United States District Judge
                                          Southern District of New York

1370452