UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
: 
SECURITIES AND EXCHANGE :
COMMISSION, :
:
Plaintiff, :       19 Civ. 09439 (PKC)
:
v. :       ECF Case
:
TELEGRAM GROUP INC. and TON :
ISSUER INC., :
:
Defendant. :
:
------------------------------------------------------- X

## MOTION TO SEAL

Non-party Investor Z, by and through its attorneys, hereby moves for an order sealing the documents attached to Investor Z's accompanying memorandum of law as Exhibits 1-A, 2-A, and 3-A.

The grounds for this motion, as well as descriptions of the documents, are set forth in the accompanying memorandum of law. As the memorandum explains in detail, interests in proprietary rights, privacy rights, and encouraging assistance with enforcement outweigh the presumption of public access to the material Investor Z seeks to seal.

A proposed order is attached.

Dated: February 4, 2020				Respectfully submitted,

                                      S/ Charles A. Brown
                                      Charles A. Brown
                                      *CBrown@goodwinlaw.com*
                                      GOODWIN PROCTER LLP
                                      The New York Times Building
                                      620 Eighth Avenue
                                      New York, NY 10018
                                      Tel.: +1 212 813 8800
                                      Fax: +1 212 355 3333

                                      *Attorneys for Non-Party Investor Z*