UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
:
**SECURITIES AND EXCHANGE** :
**COMMISSION**, :
:
Plaintiff, : **19 Civ. 09439 (PKC)**
:
v. : **ECF Case**
:
**TELEGRAM GROUP INC. and TON** :
**ISSUER INC.**, :
:
Defendant. :
:
------------------------------------------------------- X

## [PROPOSED] ORDER ON MOTION TO SEAL

Upon consideration of non-party "Investor Z's" Motion to Seal (the "Motion"), and the accompanying memorandum of law, this Court finds that the privacy and proprietary-information interests identified in non-party Investor Z's memorandum of law outweigh the presumption of public access to the material identified in the motion.

Therefore, for good cause shown, and for the reasons set forth in non-party Investor Z's Motion, it is hereby ORDERED that the relief requested in Appendix A of the Motion is granted:

1. If filed on the public docket, Exhibit 1-A to the Motion shall contain the redactions identified therein.

2. Exhibit PX150 to Docket No. 123, if filed on the public docket, shall contain the redactions identified in Exhibit 2-A to the Motion.

3. Exhibit PX194 to Docket No. 123, if filed on the public docket, shall contain the redactions identified in Exhibit 3-A to the Motion.

4. All documents filed by the parties to date and going forward, irrespective of their source, which contain or reference Investor Z's identity, financial information, trade secrets, and

the identity of proprietary contacts within its network, shall be removed from and/or kept off of the public docket and sealed.

SO ORDERED

Date: _____

_____<br>
Hon. P. Kevin Castel<br>
United States District Court Judge