# Exhibit 2-B

# (FILED UNDER SEAL)