# **Exhibit 3-A**

# **Proposed Redactions for PX194**

From: █████████
Sent: 1/15/2018 8:09:38 PM
To: █████████
Subject: Fwd: thinking on telegram

How did your meeting with Pavel go?

Sent from my iPad

Begin forwarded message:

From: █████████
Date: January 13, 2018 at 1:18:04 AM PST
To: █████████
Cc: █████████
Subject: Re: thinking on telegram

100% agree

I do not find █████████. My reasons boil down to:

█████████

█████████

█████████

I'd need very good answers to all 3 of those, they're all super fair game, █████████

Regards,

█████████
_____

█████████

On Sat, Jan 13, 2018 at 12:39 AM -0800, █████████ wrote:

█████████

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                          000665

▮▮▮

▮▮▮

▮▮▮

▮▮▮

Best,
▮▮▮

On 1/12/18, 5:54 PM, ▮▮▮ wrote:

Sent from my iPhone

Begin forwarded message:

From: ▮▮▮
Date: January 12, 2018 at 5:46:59 PM PST
To: ▮▮▮
Cc: ▮▮▮
Subject: Re: thinking on telegram

Understood.

On Jan 12, 2018, at 3:39 PM, ▮▮▮ wrote:

▮▮▮

On Jan 12, 2018, at 6:32 PM, Pete Briger > wrote:

▮▮▮

From: ▮▮▮
Sent: Friday, January 12, 2018 8:32 AM
To: ▮▮▮

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Subject: RE: thinking on telegram

█████████████

From: ███████████
Sent: Thursday, January 11, 2018 7:33 AM
To: ███████████████████████
Subject: FW: thinking on telegram

Just sharing this Telegram ███████████████████████

Begin forwarded message:

███████

█████████████

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     000667



sent via Superhuman

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    000668