# Exhibit 3-B

# (FILED UNDER SEAL)