UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
: 
SECURITIES AND EXCHANGE :
COMMISSION, :
 :
       Plaintiff, :        19 Civ. 09439 (PKC)
 :
  v. :        ECF Case
 :
TELEGRAM GROUP INC. and TON :
ISSUER INC., :
 :
       Defendant. :
 :
------------------------------------------------------- X

## MOTION TO SEAL

    Non-party Investor E, by and through its attorneys, hereby moves for an order sealing the documents identified in Appendix A of Investor E's accompanying memorandum of law and removing certain of those dockets from the public docket.

    The grounds for this motion, as well as descriptions of the documents, are set forth in the accompanying memorandum of law. As the memorandum explains in detail, interests in proprietary rights, privacy rights, and encouraging assistance with enforcement outweigh the presumption of public access to the material Investor E seeks to seal.

    A proposed order is attached.

Dated: February 4, 2020

Respectfully submitted,

S/ Charles A. Brown
Charles A. Brown
*CBrown@goodwinlaw.com*
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

*Attorneys for Non-Party Investor E*