UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
: 
**SECURITIES AND EXCHANGE COMMISSION**, :
:
      Plaintiff, :      **19 Civ. 09439 (PKC)**
:
v. :      ECF Case
:
**TELEGRAM GROUP INC. and TON ISSUER INC.**, :
:
      Defendant. :
:
------------------------------------------------------- X

## [PROPOSED] ORDER ON MOTION TO SEAL

Upon consideration of non-party "Investor E's" Motion to Seal (the "Motion"), and the accompanying memorandum of law, this Court finds that the privacy and proprietary-information interests identified in non-party Investor E's memorandum of law outweigh the presumption of public access to the material.

Therefore, for good cause shown, and for the reasons set forth in non-party E's motion, it is hereby ORDERED that the relief requested in Appendix A of the motion is granted in its entirety.

It is further ORDERED that all documents filed by the parties to date and going forward, irrespective of their source, which contain or reference Investor E's identity, financial information, trade secrets, and the identity of proprietary contacts within its network, shall be removed from and/or kept off of the public docket and sealed.

SO ORDERED

Date: _____

                                                        _____
                                                            Hon. P. Kevin Castel
                                           United States District Court Judge