# APPENDIX A

| Document | ECF No. | Category | Request |
|---|---|---|---|
| **Category A - Redactions to Third Party Investor Names and Personal Information** | | | |
| PX 1* | 81-1 | A | Defendants request this document be filed under seal and placed on the public docket in redacted form. Defendants defer to the requests of the third parties filed in connection with this document to determine appropriate redactions. |
| Exhibits A-G to PX 1 | N/A | A | These documents have not been filed on the public docket. Defendants request these documents be filed under seal and placed on the public docket in redacted form. |
| PX 2* | 81-2 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibits A-D and F-I to PX 2 | N/A | A | These documents have not been filed on the public docket. Defendants request these documents be filed under seal and placed on the public docket in redacted form. |
| PX 3* | 81-3 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibits A-E to PX 3 | N/A | A | These documents have not been filed on the public docket. Defendants request these documents be filed under seal and placed on the public docket in redacted form. |
| PX 4* | 81-4 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |

---

\* Documents marked with an asterisk are documents that the SEC has separately requested be filed in redacted form. *See* SEC letters dated January 15, 2020 and January 21, 2020.

| Document | ECF No. | Category | Request |
|---|---|---|---|
| Exhibits A-E to PX 4 | N/A | A | These documents have not been filed on the public docket.  Defendants request these documents be filed under seal and placed on the public docket in redacted form. |
| PX 5* | 81-5 | A | Defendants request this document be filed under seal and placed on the public docket in redacted form.  Defendants defer to the requests of the third parties filed in connection with this document to determine appropriate redactions. |
| PX 6* | 81-6 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 7* | 81-7 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 8* | 81-8 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 12* | 81-12 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 14* | 81-14 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 15* | 81-15 | A | Defendants request this document be filed under seal and placed on the public docket in redacted form.  Defendants defer to the requests of the third parties filed in connection with this document to determine appropriate redactions. |
| PX 16* | 81-16 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |

| Document | ECF No. | Category | Request |
|---|---|---|---|
| PX 17* | 81-17 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 19* | 81-19 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 20* | 81-20 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 21* | 81-21 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 22* | 81-22 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 23* | 81-23 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 24* | 81-24 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 25* | 81-25 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 26* | 81-26 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 29* | 81-28 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 34* | 81-29 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |

| Document | ECF No. | Category | Request |
|---|---|---|---|
| PX 35* | 81-30 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 37* | 81-32 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 38* | 81-33 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 43 | 81-37 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 50 | N/A | A | This documents has not been filed on the public docket.  Defendants request this documents be filed under seal and placed on the public docket in redacted form. |
| PX 58* | 81-49 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 59 | N/A | A | This documents has not been filed on the public docket.  Defendants request this documents be filed under seal and placed on the public docket in redacted form. |
| PX 61 | N/A | A | This documents has not been filed on the public docket.  Defendants request this documents be filed under seal and placed on the public docket in redacted form. |
| PX 69 | N/A | A | This documents has not been filed on the public docket.  Defendants request this documents be filed under seal and placed on the public docket in redacted form. |

| Document | ECF No. | Category | Request |
|---|---|---|---|
| PX 70 | N/A | A | This documents has not been filed on the public docket. Defendants request this documents be filed under seal and placed on the public docket in redacted form. |
| PX 71* | 81-58 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 74 | N/A | A | This documents has not been filed on the public docket. Defendants request this documents be filed under seal and placed on the public docket in redacted form. |
| PX 76 | N/A | A | This documents has not been filed on the public docket. Defendants request this documents be filed under seal and placed on the public docket in redacted form. |
| PX 78* | 81-62 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 81* | 81-65 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 82* | 81-66 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 83* | 81-67 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 84* | 81-68 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 85* | 81-69 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |

| Document | ECF No. | Category | Request |
|---|---|---|---|
| PX 86* | 81-70 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 87* | 81-71 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 89* | 81-73 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 94 | N/A | A | This document has not been filed on the public docket. Defendants request this document only be filed on the public docket in redacted form and for the Court's copy to be filed under seal. |
| PX 97* | 81-79 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 98* | 81-80 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 99* | 81-81 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 101 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. |
| PX 102 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. |
| PX 105 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. |

| Document | ECF No. | Category | Request |
|---|---|---|---|
| PX 106* | 81-83 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 109 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. |
| PX 110* | 81-86 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 111 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. |
| PX 117 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. |
| PX 121* | 81-94 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 126 | 81-98 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 132* | 81-104 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 134* | 81-106 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 135* | 81-107 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |

| Document | ECF No. | Category | Request |
|---|---|---|---|
| PX 137* | 81-108 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 142* | 97-4 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 145 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. |
| PX 146 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. |
| PX 147 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. Defendants defer to the requests of the third parties filed in connection with this document to determine appropriate redactions. |
| PX 149* | 97-7 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 150 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. Defendants defer to the requests of the third parties filed in connection with this document to determine appropriate redactions. |
| PX 151 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. |

| Document | ECF No. | Category | Request |
|---|---|---|---|
| PX 152 | N/A | A | This document has not been filed on the public docket.  Defendants request this document be filed under seal and placed on the public docket in redacted form. |
| PX 153* | 97-8 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 160* | 97-15 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 161* | 97-16 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 162* | 97-17 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 169 | N/A | A | This document has not been filed on the public docket.  Defendants request this document be filed under seal and placed on the public docket in redacted form. |
| PX 180* | 97-34 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 194 | N/A | A | This document has not been filed on the public docket.  Defendants request this document be filed under seal and placed on the public docket in redacted form.  Defendants defer to the requests of the third parties filed in connection with this document to determine appropriate redactions. |
| PX 195 | N/A | A | This document has not been filed on the public docket.  Defendants request this document be filed under seal and placed on the public docket in redacted form. |

| Document | ECF No. | Category | Request |
|---|---|---|---|
| PX 196 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. |
| PX 199* | 97-49 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| PX 200* | 97-50 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Declaration of Kevin McGrath in Support of Plaintiff's Motion to Strike* | 83 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibits A to the McGrath Declaration | 83-1 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibits G to the McGrath Declaration | 83-7 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibits L to the McGrath Declaration | 83-12 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibits M to the McGrath Declaration | 83-13 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibits N to the McGrath Declaration | 83-14 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Declaration of Ladan Stewart in Support of Plaintiff's Motion for Summary Judgment* | 81 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |

| Document | ECF No. | Category | Request |
|---|---|---|---|
| Declaration of Ladan Stewart in Opposition to Defendants' Motion for Summary Judgment* | 97 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Drylewski Declaration in Support of Defendants' Motion for Summary Judgment and in Opposition to Plaintiff's Application for a Preliminary Injunction | 73 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 2 to the Drylewski Declaration | 73-2 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 4 to the Drylewski Declaration | 73-4 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 5 to the Drylewski Declaration | 73-5 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 7 to the Drylewski Declaration | 73-7 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 8 to the Drylewski Declaration | 73-8 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 10 to the Drylewski Declaration | 73-10 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |

| Document | ECF No. | Category | Request |
|---|---|---|---|
| Exhibit 12 to the Drylewski Declaration | 73-12 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 13 to the Drylewski Declaration | 73-13 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 1 to the McKeon Declaration in Support of Defendants' Motion for Summary Judgment and in Opposition to Plaintiff's Application for a Preliminary Injunction | 74-1 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Malloy Declaration in Opposition to Plaintiff's Motion for Summary Judgment | 94 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 1 to the Malloy Declaration | 94-1 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 2 to the Malloy Declaration | 94-2 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 3 to the Malloy Declaration | 94-3 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 4 to the Malloy Declaration | 94-4 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |

| Document | ECF No. | Category | Request |
|---|---|---|---|
| Exhibit 5 to the Malloy Declaration | 94-5 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 6 to the Malloy Declaration | 94-6 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 7 to the Malloy Declaration | 94-7 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 8 to the Malloy Declaration | 94-8 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 9 to the Malloy Declaration | 94-9 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 10 to the Malloy Declaration | 94-10 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 11 to the Malloy Declaration | 94-11 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 14 to the Malloy Declaration | 94-14 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 15 to the Malloy Declaration | 94-15 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 1 to the Musoff Declaration | 121-1 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 2 to the Musoff Declaration | 121-2 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |

| Document | ECF No. | Category | Request |
|---|---|---|---|
| Exhibit 3 to the Musoff Declaration | 121-3 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 5 to the Musoff Declaration | 121-5 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| Exhibit 6 to the Musoff Declaration | 121-6 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. |
| **Category B - Highly Confidential Business and Proprietary Information** | | | |
| Exhibit E to PX 2 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this document. |
| Exhibit A to PX 5 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this document to determine appropriate redactions. |
| Exhibit B to PX 5 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this document to determine appropriate redactions. |
| Exhibit A to PX 7 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this document. |
| Exhibit A to PX 8 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this document. |

| Document | ECF No. | Category | Request |
|---|---|---|---|
| PX 28 | N/A | B | This document has not been filed on the public docket.  Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this document to determine appropriate redactions. |
| PX 30 | N/A | B | This document has not been filed on the public docket.  Defendants request this document be filed under seal in its entirety. |
| PX 31 | N/A | B | This document has not been filed on the public docket.  Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this document. |
| PX 32 | N/A | B | This document has not been filed on the public docket.  Defendants request this document be filed under seal in its entirety. |
| PX 33 | N/A | B | This document has not been filed on the public docket.  Defendants request this document be filed under seal in its entirety. |
| PX 55 | N/A | B | This document has not been filed on the public docket.  Defendants request this document be filed under seal and filed on the public docket in redacted form. |
| PX 77 | N/A | B | This document has not been filed on the public docket.  Defendants request this document be filed under seal in its entirety. |
| PX 123 | N/A | B | This document has not been filed on the public docket.  Defendants request this document be filed under seal and filed on the public docket in redacted form. |
| PX 148 | N/A | B | This document has not been filed on the public docket.  Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this document. |

| Document | ECF No. | Category | Request |
|---|---|---|---|
| Defendants' Response to Plaintiff's 56.1 Statement | 95 | B | To the extent the Court grants Defendants' requests to seal, Defendants request this document be filed under seal and be placed on the public docket with redactions conforming to any related documents. |
| Defendants' Response to Plaintiff's 56.1 Counter-Statement of Undisputed Material Facts in Further Support of its Motion for Summary Judgment | 120 | B | To the extent the Court grants Defendants' requests to seal, Defendants request this document be filed under seal and be placed on the public docket with redactions conforming to any related documents. |
| **Category C - Banking Records** | | | |
| PX 90* | 81-74 | C | Defendants request this document be filed under seal and remain on the public docket in redacted form. |
| PX 115 | N/A | C | Defendants request this document be filed under seal in its entirety. |
| PX 136 | N/A | C | Defendants request this document be filed under seal in its entirety. |