# Exhibit 4-A

# Proposed Redacted Version of Exhibit A to the Declaration

# Exhibit A

| | |
|---|---|
| From: | ▓▓▓▓▓▓▓▓ |
| To: | ▓▓▓▓▓▓▓▓ |
| CC: | ▓▓▓▓▓▓▓▓ |
| Sent: | 1/16/2018 7:15:03 AM |
| Subject: | Telegram - ▓▓▓ decision |
| Attachments: | TON-Primer.pdf; TON Build 1.15.2018.pdf |

▓▓▓▓▓ (minus ▓▓, given Google sensitivities),

As you know, we are pursuing a ▓▓▓▓ investment opportunity in Telegram, a distributed global messaging platform with ▓▓▓▓▓▓. This investment would be by way of a token purchase in the Telegram Open Network ("TON"), a commerce platform integrated within Telegram that is still under development. The tokens themselves (called "Grams") are a blockchain-based currency (also under development) that would enable fast, secure transactions to occur on the Telegram platform.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The Deal Team (▓▓▓▓▓▓▓▓▓▓, and myself) are in favor of making this investment. We need to make an official decision today in order to participate in the token presale opportunity being offered to ▓▓▓▓▓▓▓. The summary below provides an overview on our investment opportunity, process, and risk/reward profile:

Investment Opportunity

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Process

We have an opportunity to purchase ▓▓▓▓ in the presale of TON tokens. The total size of the presale will be $1B, of which ▓▓▓▓▓▓▓▓▓ have already committed to this round. The company stopped accepting term sheets for this offering last Friday. However, they are keeping the round open until today in order to accommodate ▓▓▓▓▓▓ if we decide to participate. The presale is expected to be fully funded by the end of this month.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ▓▓▓▓2963



We have a cryptocurrency discussion (led by ▓▓▓▓▓ this morning to further clarify the underlying asset we would be buying + the related industry trends. Attached are additional materials for your review, including the TON Primer (password: ▓▓▓▓▓▓▓▓▓) and the TON commerce platform network build / ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ developed yesterday.

Please let us know if you have any questions in the meantime.

Thanks,
Telegram Deal Team

--

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    2964