# **Exhibit 4-B**

# **(FILED UNDER SEAL)**