# Exhibit 5-B

# (FILED UNDER SEAL)