# **Exhibit 6-A**

# **Proposed Redacted Version of PX28**

# PX28

| | |
|---|---|
| **From:** | John Hyman |
| **To:** | ▮▮▮▮▮ |
| **CC:** | ▮▮▮▮▮ ; ceo@telegram.org |
| **Sent:** | 1/12/2018 5:12:41 AM |
| **Subject:** | Re: Telegram/▮▮▮▮ partnership |

Dear ▮▮▮

Further to our call today and your request in the attached mail for information, I have talked with Pavel. Telegram is not in a position to provide further information - we have treated all investors equally and ▮▮▮ has been given the same access to the Company as your peers.
We hope you will decide to invest in the tokens and await the feedback from your partners.
Regards

John


On 10 Jan 2018, at 20:05, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Pavel,

Great meeting you yesterday! ▮▮▮▮ and I are diehard users of Telegram and enjoyed hearing your vision firsthand. As we mentioned, ▮▮▮▮ can be a great partner for you, and it would be awesome to find a way to work together.

To that end, can you pls provide us the following trending data on the business (most of which we discussed at dinner):

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

As promised, we are doing work on our end and expect to get back to you with an answer early next week. The data above will provide us the business/financial clarity we need in order to evaluate the derivative investment by way of the token sale.

Thanks again, and very much look fwd to working together. Pls contact either me or ▮▮▮▮ if we can be helpful in the meantime.

▮▮▮
---
▮▮▮▮▮▮
▮▮▮▮▮▮

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Wednesday, January 10, 2018 at 5:31 AM
**To:** Pavel Durov <ceo@telegram.org>, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Telegram/▮▮▮▮ partnership

Hi Pavel,

███ and I sincerely appreciated you taking the time to walk us through your journey with VK/Telegram and how the stars have aligned for you build something truly incredible with TON. We would love to be part of that journey with you as partners. Please allow us to gather our thoughts internally as we give you an indication of our interest in the token pre-sale.

All the best and talk soon.

███