# Exhibit 6-B

# (FILED UNDER SEAL)