# Exhibit 7-A

# (FILED UNDER SEAL)