# **Exhibit 7-B**

# **(FILED UNDER SEAL)**