# Exhibit 8-A
## Proposed Replacement

**To:** Grant P. Fondo (gfondo@goodwinlaw.com)[gfondo@goodwinlaw.com]
**Cc:** Waxman, Daphna A.[WaxmanD@SEC.GOV]
**From:** Ward Doran, Morgan
**Sent:** 2018-01-31T18:26:35-05:00
**Importance:** Normal
**Subject:** FW: In the matter of Telegram (NY-09820)
**Received:** 2018-01-31T18:26:00-05:00

Grant, please forward the contact information for Telegram as soon as possible. If you would like to discuss, please give me or Daphna (212.336.1012) a call. I am on PT, and Daphna is on ET. Thanks. – M.

**From:** ▉
**Sent:** Wednesday, January 31, 2018 2:53 PM
**To:** Ward Doran, Morgan
**Cc:** Waxman, Daphna A.; Grant P. Fondo (gfondo@goodwinlaw.com); ▉
**Subject:** RE: In the matter of Telegram (NY-09820)

Dear Mr. Doran,

Thank you for your email. I confirm that we cannot provide information regarding Telegram without its consent, pursuant to an existing agreement. I am copying Grant Fondo, our outside counsel, who hopefully has the Telegram counsel contact info, as I did not interact with them and do not have their names or contact info.

As I mentioned, today is my last day at ▉. Our COO, ▉ is copied hereon and will be your contact at ▉ going forward.

Best wishes,

▉

**From:** Ward Doran, Morgan [mailto:WardDoranM@sec.gov]
**Sent:** Wednesday, January 31, 2018 11:47 AM
**To:** ▉
**Cc:** Waxman, Daphna A. <WaxmanD@SEC.GOV>
**Subject:** In the matter of Telegram (NY-09820)

Hi ▉ Thanks for returning our call. As we discussed, please forward the contact information for Telegram's counsel? Please also confirm that the terms of ▉ agreement with Telegram constrains the information that ▉ can share without providing notice?

Thanks. – M.

**Morgan B. Ward Doran**

Senior Special Counsel, Division of Enforcement

United States Securities and Exchange Commission

444 South Flower Street, Suite 900

Los Angeles, CA 90071

P: 323.965.3230

F: 703.813.9501

SEC-SEC-E-0000045