# Exhibit 8-B

# (FILED UNDER SEAL)