UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE COMMISSION,  :
                                    :     19 Civ. 9439 (PKC)
                  Plaintiff,         :
                                    :     **ECF Case**
         -against-                   :
                                    :     **Electronically Filed**
TELEGRAM GROUP INC. and TON ISSUER   :
INC,                                 :
                                    :
                  Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF FILING

Please take notice that the attached documents are being publicly filed with proposed redactions, and filed under seal with the proposed redactions highlighted as detailed in Defendants' Motion to Seal and the Accompanying Appendix (ECF No. 158), pursuant to Rule 5.B of this Court's Individual Practices, this Court's November 12, 2019 Order (ECF No. 36), this Court's January 23, 2020 Order (ECF No. 108) and this Court's January 31, 2020 Order (ECF No. 125).

Dated:   New York, New York
         February 6, 2020

                                    /s/ Alexander C. Drylewski
                                    Alexander C. Drylewski
                                    SKADDEN, ARPS, SLATE,
                                       MEAGHER & FLOM LLP
                                    Four Times Square
                                    New York, NY 10036
                                    Phone: (212) 735-3000
                                    Fax: (212) 735-2000
                                    Email: alexander.drylewski@skadden.com

                                    *Attorneys for Defendants*