# Exhibit 8

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3

   ---------------------------------------x
4  SECURITIES AND EXCHANGE COMMISSION,    )
                                          )
5                        Plaintiff,       ) 19 Civ. 9439 (PKC)
                                          )
6       v.                                )
                                          )
7  TELEGRAM GROUP INC. and                )
   TON ISSUER INC.,                       )
8                                         )
                         Defendants.      )
9  _____x

10

11

12                   CONFIDENTIAL

13              VIDEOTAPED DEPOSITION OF

14                 ILYA PEREKOPSKY

15                December 15, 2019

16

17                    Taken at:

18           McKenna Nabarro Olswang LLP
                    Cannon Place
19               78 Cannon Street
                 London, EC4N 6AF
20

21

22

23
   Reported by:
24 AILSA WILLIAMS,
   Certified Court Reporter
25 JOB No. 191215MWC

                                              1

CONFIDENTIAL

1    became a consultant at the same time as I did.

2            Q.   And do you have an understanding of

3    how John Hyman came to be a consultant to

4    Telegram?

5            A.   I invited him.

6            Q.   Do you have an understanding of

7    whether Mr. Hyman previously knew Mr. Durov?

8            A.   To my knowledge, he didn't know him

9    before.

10           Q.   So why did you invite him to become

11   a consultant to Telegram?

12           A.   I invited him because he had a quite

13   impressive background.  As far as I remember, he

14   was head of some division or department

15   responsible for capital markets at one of the

16   large investment banks, so he definitely had a set

17   of skills required to work with a wide group of

18   sophisticated investors globally.

19           Q.   So did you suggest to Mr. Durov that

20   Telegram hire or that Telegram bring on Mr. Hyman

21   as a consultant?

22           MR. DRYLEWSKI:  Objection to form.

23           A.   Yes, I think I suggested to Pavel

24   to -- I think I suggested to Pavel basically that

25   John and I would work together on this.

                                                        66

CONFIDENTIAL

1          Q.   Why did Mr. Durov decide not to have

2     an ICO?

3          MR. DRYLEWSKI:  Objection to form.  You

4     can answer that if you know, and I would instruct

5     you to exclude from your answer any information

6     that you know through conversations with counsel.

7          A.   So I can tell you what I remember

8     from discussions when I was participating in some

9     calls or meetings, is that since the regulation of

10    ICO and cryptocurrencies was not very clear, in

11    some jurisdictions, and we thought it makes more

12    sense to use more traditional way of fund-raising,

13    which are like already established in the market,

14    without creating unnecessary risks, and due to

15    this like regulation uncertainties we decided to

16    focus on private placements and we decided to

17    focus on working only with sophisticated,

18    reputable investors.

19          Q.   What are the risks that you refer to

20    in your answer?

21          MR. DRYLEWSKI:  Objection to form.  I am

22    going to again just instruct you not to answer

23    that with any information that you received from

24    are discussions with counsel or that anyone at

25    Telegram relayed to you based on their

86

CONFIDENTIAL

```
 1    █████████████
 2              A.   Correct.
 3              Q.   And that individual's name is ████?
 4              A.   Correct.
 5              Q.   His name is not ████████████,
 6    right?
 7              A.   No.
 8              Q.   ███████ was one of the investors?
 9              A.   Correct.
10              Q.   Going to the chat on January 28,
11    which is on the second page of the document, you
12    say to ██████:
13              "Hi █████, I have good news for you.  We
14    can give you five more, up to 25 if you are still
15    interested.  We cut many parties which were
16    reselling and have some little new space."
17              Do you see that?
18              A.   Yes.
19              Q.   Which parties did Telegram cut
20    because they were reselling?
21              A.   The demand from investors for both
22    rounds, and especially presale, was much higher
23    than we could accommodate.  Once we gave people
24    some preliminary indication of allocation that we
25    are planning to give them, some of these
```

183

**GRADILLAS COURT REPORTERS**
(424) 239-2800

CONFIDENTIAL

1   investors, potential investors, I cannot say that

2   it was for sure, right, but I heard rumors that

3   people even until they invested they were already

4   trying to resell.  If I heard about anybody, if I

5   heard some rumor more or less from a reliable

6   source, that somebody was trying to resell, we

7   just removed this investor from the list.  If it

8   was just -- maybe it is not a person that I know

9   well, or it was multiple rumors about somebody, we

10   just removed them in general from the list of

11   investors.

12          Q.  So as of January 28, 2018, had you

13   cut many parties because they were reselling?

14          A.  I believe they tried to resell but

15   we excluded them, so I doubt that they could

16   resell something which they didn't buy.

17          Q.  Okay.  My question was unclear then.

18   I am trying to understand who the parties were, as

19   of January 28, who had tried to resell?

20          A.  To be honest, I don't remember here

21   any specific names, because these companies they

22   never invested, right, and it was a long time ago,

23   and I never focused on them.  So as soon as I

24   heard something, or Pavel or John, we usually just

25   removed this investor from the list.  This example

184

**CONFIDENTIAL**

1   that you are showing me just shows that once we

2   saw something like this happening we were trying

3   to reallocate this available space to investors

4   who were 100 per cent -- not 100 per cent of

5   course, but we were sure about.

6           Q.   Why did Telegram cut parties who

7   were reselling or trying to resell?

8           MR. DRYLEWSKI:   Objection to form.   You

9   can answer that question to the extent it does not

10  reveal any communications that you may have had

11  with counsel or that reflect any understanding

12  that you have based on other people at Telegram's

13  conversations with counsel.   Do you understand?

14          A.   Yes.   So the simple answer is that

15  our purchase agreement prohibits that.   Basically,

16  the rep letters that they were signing, they also

17  prohibit that.   So just for me, it was just

18  violation, potential violation of the contract.

19  So of course we tried, we made our best efforts,

20  you know, not to let this happen.

21          Q.   If you turn to the last page of the

22  chat on page 669, on February 14, 2018, you say to

23  ▭

24          "▭, I am fine and hope you are as

25  well.   We wanted to go public with the results of

                                                    185