# PX142

**From:** Sonny Singh [sonny@bitpay.com]
**Sent:** 29/08/2019 16:06:16
**To:**
**CC:** Shyam Parekh [shyam@telegram.org]
**Subject:** Re: telegram <-> BitPay

Shyam - Good to meet you. Not sure if you know but BitPay is the largest payment processor of Bitcoin in the world. Our customers include Microsoft, Skrill, NewEgg, AT&T, Dish Networks, Neteller, Avnet, etc. We are very selective with the currencies we add (currently only Bitcoin, Bitcoin Cash, Ethereum, Stable Coins) and a couple others in the pipeline. I think Gram could be a great addition and would like to talk with you about it. I will be in London on Friday, Sept 13 for one day only so hopefully your around. Could also possibly do drinks the evening before.

Let me know if you will be in town as would be good to discuss,
Sonny

*Sonny Singh*
*Chief Commercial Officer*
*415.350.7868*
*sonny@bitpay.com*

On Aug 29, 2019, at 8:53 AM, ███████ wrote:

Hi Shyam,

Wanted to introduce you to Sonny Singh, on the leadership team at BitPay (dominant payment processor for BTC and other virtual currencies)

He is interested in discussing the possibility of accepting Grams on their platform. I believe he has an upcoming trip to London, so timing might be good.

Sonny, will let you take from here.

Cheers to both of you,



***Please note we've moved our offices.**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          TLGRM-005-00005209



CONFIDENTIALITY: The information transmitted is intended only for the addressee and may contain confidential or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by anyone other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.

E-mail transmissions cannot be guaranteed to be secure or error-free, and we accept no liability for any errors or omissions. We screen for viruses on a routine basis; however, we make no representation or warranty as to the absence of viruses in this e-mail or any attachments. Please note that for regulatory and compliance reasons we may monitor and read e-mails sent to and from our servers.

███████, ███ nd its affiliated investment vehicles are actively engaged in investment management and evaluation activities in global markets and do not wish to be exposed, without its express prior consent, to any nonpublic information regarding any company(s) or security(s) that could be deemed material and restrict Passport's ability to trade such securities.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-005-00005210