**PX169**

**From:**
**To:**
**Sent:** 1/18/2018 8:13:00 PM
**Subject:** Re: Fwiw

I hear you- but given the lockup, I think the next round is more interesting than this (realize it will be at a higher price) but I can buy more then AND sell it right away 18 months in crypto is a lifetime. I plan on doing a lot more in that round

Sent from my iPhone

> On Jan 18, 2018, at 6:09 PM,                                wrote:
>
> I think you are way low on Telegram.....

000358