# PX195

D027298

**Subject**: Re: Telegram GRAM sale July 10th
**From**: ███
**To**: ███
**Date Sent**: 2019-06-23 14:14:21 -0700
**Date Received**: Sun Jun 23 21:14:21 UTC 2019

Hi ███

Liquid is not an official launch for GRAMs, rather a secondary transactions trading. Telegram does not have the capacity to track and prevent all of it.

Custody solution is still in progress, I'll let you know when we decide to move with someones forward.
I met with some folks from Telegram team last week. Everyone is focused on active product development there.

Best,
███

On Mon, Jun 17, 2019 at 12:57 PM ███ wrote:
> Hi ███
>
> https://techcrunch.com/2019/06/10/telegram-ton-liquid-crypto/
>
> Wondering how much you know about this -- Gram Asia / Liquid selling GRAMs starting July 10th. Is this sanctioned by Telegram? I thought early token buyers weren't supposed to do this.
>
> Also, do you have any updates on where we should be opening accounts for trading, in preparation for trading tokens towards year end? I recall at lunch your mentioning the OTC desk at blockchain.com but am wondering if you have more details.
>
> Thanks!
>
> --
> 

SEC-███-0027300