UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,                    19 cv 9439(PKC)

    -against-

                                               ORDER

TELEGRAM GROUP, INC., et al.,
                    Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.:

       Because the services for the Hon. Deborah Batts will be held on Monday, February 10, 2020, the start of <u>United States v. Bright</u>, 19 cr 521 (PKC), will be delayed by a day. Baring further delays in the <u>Bright</u> trial, the Court will commence the preliminary injuction hearing in this case on Febraury 19, 2020 at 10 a.m., rather than February 18, 2020 at 11 a.m. If more time is required, the Court will schedule it at the hearing.

       SO ORDERED.

                                                P. Kevin Castel
                                    United States District Judge

Dated: New York, New York
       February 6, 2020