UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,                19 cv 9439(PKC)

    -against-                            ORDER

TELEGRAM GROUP, INC., et al.,
                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The Office of General Counsel of the United States Commodies Futures Trading Commission is respectfully invited to express its views on the issues presently before the Court in the above-captioned action in which its interests may be implicated. Leave is granted to file a written submission, which may take the form of a letter.

        SO ORDERED.

                                              P. Kevin Castel
                                   United States District Judge

Dated: New York, New York
       February 6, 2020

Copies mailed to Hon. Daniel J. Davis, General Counsel, Commodities Futures Trading Commission, Three Lafayette Centre, 1155 21st Street, NW, Washington, DC 20581 and Geoffrey Berman, United States Attorney, Southern District of New York.