UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,                              19-cv-9439 (PKC)

       -against-                                  ORDER

TELEGRAM GROUP INC., et al.,

                Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

       The Motions to File Amicus Briefs submitted by the Chamber of Digital Commerce and the Blockchain Association respectively, (Docs. 84, 90), are granted to the extent that the Court will accept the briefs attached to these applications as filed.

       SO ORDERED.

                                                      P. Kevin Castel
                                               United States District Judge

Dated:  New York, New York
           February 12, 2020