

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, ROOM 400
NEW YORK, NY 10281-1022

February 12, 2020

By Email and Fax
                                        Application Granted.

Hon. P. Kevin Castel
United States District Judge          So Ordered:
Southern District of New York                     Hon. P. Kevin Castel, U.S.D.J.
500 Pearl Street                                        2-12-20
New York, NY  10007

        Re:    SEC v. Telegram Group Inc. & TON Issuer Inc., No. 19 Civ. 9439 (PKC)

Dear Judge Castel:

        Plaintiff Securities and Exchange Commission (the "SEC") respectfully submits this
letter to request a one-day extension of its time to respond to the motions by Defendants
Telegram Group Inc. and TON Issuer Inc. (collectively "Telegram") and nine third parties to seal
or redact portions of exhibits or filings that have been submitted in connection with the parties'
pending motions.

        On February 7, 2020, the SEC filed a motion on consent, Dkt. 178, seeking permission to
file an omnibus response to the various sealing motions and proposed that its response be due by
February 12, 2020. The Court granted the SEC's motion, Dkt. 179. The pending sealing motions
concern over two hundred documents, with the parties and various third parties proposing
alternative redactions to many of these documents. The process of identifying and responding in
an organized, efficient manner to these multiple versions of proposed redactions has proven to be
more time-consuming than originally anticipated.

        Accordingly, the SEC respectfully requests a one-day extension, to February 13, 2020, of
its time to respond to the sealing motions. Counsel for Telegram consents to this application.[1]

                                        Respectfully submitted,

                                        /s/ Kevin P. McGrath
                                        Kevin P. McGrath

---

[1] The SEC and Telegram will work with the third parties who have filed sealing motions to
propose a briefing schedule, subject to the Court's approval, for any responses to the SEC's
filing.

Hon. P. Kevin Castel                                    February 12, 2020
Page 2

cc:     Alexander Drylewski, Esq.
        Counsel for Defendants