UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

TELEGRAM GROUP INC. and TON ISSUER INC,

        Defendants.

----------------------------------------------------------------x

No. 19 Civ. 9439 (PKC)

ECF Case

NOTICE OF FILING OF DOCUMENTS

Please take notice that the attached documents are being publicly filed with proposed redactions, and filed under seal with the proposed redactions highlighted as detailed in SEC's Omnibus Partial Opposition (D.E. 189) to Motions to Seal (D.E. 105, 135, 138, 139, 142, 143, 148, 152, 157, 158), and the Accompanying Tables and Attachments, pursuant to Rule 5.B of this Court's Individual Practices, this Court's November 12, 2019 Order (D.E. 36), this Court's January 23, 2020 Order (D.E. 108), this Court's January 31, 2020 Order (D.E. 125), and this Court's February 13, 2020 Order (D.E. 186).

Dated: February 13, 2020
       New York, New York

Respectfully submitted,

_____
Jorge Tenreiro
Kevin P. McGrath
Ladan F. Stewart
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281-1022
(212) 336-9145 (Tenreiro)
TenreiroJ@sec.gov