# PX61

| | |
|---|---|
| **From:** | ▮ |
| **Sent:** | Monday, July 9, 2018 2:15 PM |
| **To:** | hyman@telegram.org; ceo@telegram.org; marta@telegram.org; perekopsky@telegram.org; shyam@telegram.org; ▮ |
| **Subject:** | ▮ |
| **Attach:** | image001.png |

Hi ▮ and team

My name is ▮ at ▮ - a ▮.

We met on conference calls, with ▮, in discussion about collaboration ahead of your eventual raise discussions. Once those conversations began, I stepped away, but I'm interested in reengaging with your firm.

▮ and as such, I was hoping you could help me.

I have been trying to have a discussion with the Treasury group at Telegram, to discuss our value proposition, relative to Telegram's cryptocurrency liquidity needs.

I am having a difficult time getting through to the right people with which to have this discussion, and I was hoping you could help get me to the right people in your organization, to continue our discussion.

Thank you very much !

Thank you, ▮

[image1.png]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL TREATMENT REQUESTED BY ▮                    ▮712