# PX69

| | |
|---|---|
| **From:** | Liquid team <support@liquid.com> |
| **Sent:** | Wednesday, June 12, 2019 12:29 AM |
| **To:** | |
| **Subject:** | [ext] Get ready for the Gram Token Sale |





Thanks for your interest in the Gram Token Sale, hosted only on Liquid. The sale starts at **5PM JST (8 AM UTC) on July 10**. Now's the time to get ready.

**What's the big deal?**

Telegram is taking crypto mainstream. The secure instant-messaging service boasts more than 200 million users. The Telegram Open Network (TON) will expose

Until now, you could only buy Gram tokens as a private investor. That's about to change.

**How to take part**

All you need to do is sign up on Liquid and verify your account.

Liquid is a global crypto trading platform. Here are five reasons to come aboard:

1. **Top security**: 100% of customer assets in cold storage.
2. **Bitcoin CFDs**: Up to 100x leverage.
3. **Professional mobile app**: Never miss another trade.
4. **Lending market**: Put your crypto to work.
5. **Full fiat support**: Deposit, trade and withdrawal a range of fiat currencies.

Ready to book your place in the Gram Token Sale?

Sign up on Liquid now.

Help Centre   Contact Us

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL TREATMENT REQUESTED BY
4562

Quoine Pte Ltd 80RR, 08-01 80 Robinson Road Singapore

Quoine Pte. Ltd. or Quoine Corporation (altogether "Quoine") do not provide any investment or legal advice. If this email contains information regarding financial products or topics relevant provided by Quoine. Quoine assumes no responsibility for any losses incurred from any changes or errors in information provided to you and related third parties. Trade or invest at your ow

© QUOINE Pte. Ltd. All rights reserved.

Unsubscribe - Unsubscribe Preferences

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**CONFIDENTIAL TREATMENT REQUESTED BY** ███████

███████4563