# PX70

| | |
|---|---|
| **From:** | ███████████████████ |
| **Sent:** | Tuesday, June 11, 2019 10:51 AM |
| **To:** | liquidity@gramasia.com |
| **Subject:** | ███████████ liquidity for Telegram Tokens |
| **Attach:** | image001.png |

Hi Gram Asia,

I am reaching out on behalf of ███████████ - we specialize in ████████████████████████████████
███████ We are also investors in Telegram tokens and plan to be market-making from day 1. How about a chat on ways we can work together?

Thanks,
████

-----------------------------

███████████████████████
███████████████████

███████████████████████████████████████████████████
███████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**  ████████ 4557
**CONFIDENTIAL TREATMENT REQUESTED BY** ████████████