# PX74

| | |
|---|---|
| **From:** | ▉news-general |
| **Sent:** | Monday, August 19, 2019 8:24 AM |
| **To:** | |



| | |
|---|---|
| **Subject:** | ▉news-general, 38 Users, 1 Hour 12 Minutes |

## MESSAGE CONTENT

(2019-08-19 12:11:52 PM UTC) ▉
<https://www.coindesk.com/rakutens-crypto-exchange-has-launched-for-trading-in-3-cryptos> <@▉

Service Name: CoinDesk
Title: Rakuten's Crypto Exchange Has Launched for Trading in 3 Cryptos - CoinDesk
Title Link: https://www.coindesk.com/rakutens-crypto-exchange-has-launched-for-trading-in-3-cryptos
Main text: The Japanese e-commerce giant's Rakuten Wallet exchange has gone live for spot trading of bitcoin, ether and bitcoin cash against the yen.
Summary: CoinDesk: Rakuten's Crypto Exchange Has Launched for Trading in 3 Cryptos - CoinDesk

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**CONFIDENTIAL TREATMENT REQUESTED BY** ▉                    ▉6420

> From URL: https://www.coindesk.com/rakutens-crypto-exchange-has-launched-for-trading-in-3-cryptos
> Image URL: https://static.coindesk.com/wp-content/uploads/2019/04/shutterstock_1171523221.jpg
> Timestamp: 2019-08-19 10:01:01 AM UTC

(2019-08-19 12:58:56 PM UTC) ▮
<https://www.coindesk.com/alive-thriving-and-totally-unauthorized-inside-the-underground-market-for-telegrams-cryptocurrency?utm_source=twitter&utm_medium=coindesk&utm_term=&utm_content=&utm_campaign=Organic%20>

A pretty comprehensive article on Telegram SAFT sales that's been happening on the secondary market. Agreement prohibits investors from reselling, but there have been a lot of transactions happening.

> Service Name: CoinDesk
> Title: Early Investors in Telegram Crypto See 400% Returns – But Buyers Risk It All - CoinDesk
> Title Link: https://www.coindesk.com/alive-thriving-and-totally-unauthorized-inside-the-underground-market-for-telegrams-cryptocurrency?utm_source=twitter&utm_medium=coindesk&utm_term=&utm_content=&utm_campaign=Organic%20
> Main text: Telegram forbade investors from selling their gram tokens before launch. Yet the secondary market for grams is lively – and rife with risk.
> Summary: CoinDesk: Early Investors in Telegram Crypto See 400% Returns – But Buyers Risk It All - CoinDesk
> From URL: https://www.coindesk.com/alive-thriving-and-totally-unauthorized-inside-the-underground-market-for-telegrams-cryptocurrency?utm_source=twitter&utm_medium=coindesk&utm_term=&utm_content=&utm_campaign=Organic%20
> Image URL: https://static.coindesk.com/wp-content/uploads/2019/08/telegram-restricted.jpg
> Timestamp: 2019-08-19 08:00:48 AM UTC

(2019-08-19 01:07:11 PM UTC) ▮
<https://medium.com/@tokenomy/telegram-gram-token-sale-on-tokenomy-launchpad-100b830173bc>

Another token sale for Telegram happening on Tokenomy. Same price as Liquid 1Gram = 4USDT

> Service Name: Medium
> Title: Telegram (GRAM) Token Sale on Tokenomy Launchpad!
> Title Link: https://medium.com/@tokenomy/telegram-gram-token-sale-on-tokenomy-launchpad-▮
> Main text: ▮ Indonesia | 中文
> Summary: Medium: Telegram (GRAM) Token Sale on Tokenomy Launchpad!
> From URL: https://medium.com/@tokenomy/telegram-gram-token-sale-on-tokenomy-launchpad-▮
> Image URL: https://▮medium.com/max/1200/1▮.png
> Timestamp: 2019-08-19 06:24:35 AM UTC
> Reading time : 4 min read

(2019-08-19 01:23:54 PM UTC) ▮
<https://www.yahoo.com/finance/news/china-state-run-cryptocurrency-compete-152250300.html>

> Service Name: finance.yahoo.com
> Title: Can China's state-run cryptocurrency compete with Facebook's Libra?
> Title Link: https://www.yahoo.com/finance/news/china-state-run-cryptocurrency-compete-152250300.html
> Main text: China appears poised to tackle Facebook's Libra head on with its own cryptocurrency, but the strength of China's central bank digital currency is in doubt.
> Summary: Can China's state-run cryptocurrency compete with Facebook's Libra?
> From URL: https://www.yahoo.com/finance/news/china-state-run-cryptocurrency-compete-152250300.html
> Image URL: https://▮

---

Processed by ▮ | 2019-08-19 14:10:05 UTC

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL TREATMENT REQUESTED BY ▮                                        ▮6421