# PX101

| | |
|---|---|
| **From:** | ██████████████████ |
| **Sent:** | Friday, April 5, 2019 4:52 PM |
| **To:** | ██████████████████ |
| **Cc:** | ██████████████, ; ██████████████, |
| **Subject:** | FW: [ext] [dispatch] ████████.web - ████████Contact Submission |

Hi ████,

I just spoke to Steve Yun from Koinvestor to get an update on Telegram's project but I think it makes sense for you to have a conversation with him on providing them with liquidity once GRAM launches. He said that they will have $700 million of GRAM tokens that they will need to liquidate within a consortium of European investors. The size took me by surprise and I didn't think it was real. However, it seems less fake given that he knew a lot about the project and is not brokering this deal but helping to custody and liquidate the coins for the VC investors. Worth a shot. I said I'll intro him to you, but let me know how you want to proceed.

Best,

████

-----Original Message-----
From: Steve Yun <steveyun@koinvestor.com>
Sent: Wednesday, March 27, 2019 8:31 PM
To: ██████████████████ ; ██████████████████ ; ██████████████
Cc: ██████████████████
Subject: Re: [ext] [dispatch] ████████.web - ████████Contact Submission

Hi ████and all,

Yes, let's find a time! I can be flexible on the first week of April. I will be in Pacific Standard Time-zone. Looking forward to talk to you.

Sincerely,
Steve


> On Mar 27, 2019, at 5:58 PM, ██████████████████ wrote:
>
> Hi Steve,
>
> As spoken in the call yesterday, ████has communicated with our Research team (██████████in cc) and they are keen to speak to you to understand better and get more color.
>
> Let us know if you will be interested to speak to them!
>
> Our Research team is located in ████████
>
>
> Thanks and Regards,
> ████████
>
>
> -----Original Message-----
> From: Steve Yun <steveyun@koinvestor.com>
> Sent: Wednesday, March 27, 2019 10:30 AM
> To: ██████████████
> Cc:
> Subject: Re: [ext] [dispatch] ████████.web - ████████Contact Submission
>
> Hi ██████████.
>
> Here are the information on Telegram Open Network. Hope to update you with public testnet soon.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL TREATMENT REQUESTED BY ██████████

>
> Thanks,
> Steve
>

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████

> <A) Telegram - Stage A Primer.PDF><B) Technical White Paper (Appendix A to Stage A Primer).PDF><C) Risk Factors
(Appendix B to Stage A Primer).PDF><D) Telegram Open Network Blockchain (September 5, 2018).pdf><E) Telegram Open
Network Virtual Machine (September 5, 2018).pdf><F) Telegram Open Network Development Status (September 5, 2018).pdf><G)
Telegram Open Network Development Status (January 28, 2019).pdf>
>
>> On Mar 22, 2019, at 01:44, Steve Yun <steveyun@koinvestor.com> wrote:
>>
>> Hi ████
>>
>> I have accepted it. Thank you!
>>
>> Regards,
>> Steve
>>
>>> On Mar 22, 2019, at 12:06 AM, ████████████████████ wrote:
>>>
>>> Hi Steve,
>>>
>>> Invite has been sent.
>>>
>>>
>>> Thanks and Regards,
>>> ██████
>>>
>>> -----Original Message-----
>>> From: Steve Yun <steveyun@koinvestor.com>
>>> Sent: Friday, March 22, 2019 2:59 PM
>>> To: ████████████████████
>>> Cc: ████████████████████████
>>> Subject: Re: [ext] [dispatch] ██████ .web - ██████ Contact Submission
>>>
>>> Hi ████
>>>
>>> Yes, works for me. Looking forward to talk to you.
>>>
>>> Best regards,
>>> Steve
>>>
>>>> On Mar 21, 2019, at 11:57 PM, ████████████████████ wrote:
>>>>
>>>> Hi Steve,
>>>>
>>>> Can we do Wednesday at 10am Singapore time?
>>>>
>>>> Let me know and I can send an invite out.
>>>>
>>>>
>>>> Thanks and Regards,
>>>> ██████
>>>>
>>>> -----Original Message-----
>>>> From: Steve Yun <steveyun@koinvestor.com>
>>>> Sent: Friday, March 22, 2019 6:01 AM
>>>> To: ████████████████████████
>>>> Cc: ████████████████████████
>>>> Subject: Re: [ext] [dispatch] ██████ web - ██████ Contact Submission

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL TREATMENT REQUESTED BY ██████████

>>>>
>>>> Hi ███
>>>>
>>>> Thank you for your understanding.
>>>>
>>>> It'd be great to begin by having a call. I am available next Monday-Wednesday during the morning in Singapore time. Please let me know when works best for you.
>>>>
>>>> Thank you,
>>>> Steve
>>>>
>>>>
>>>>
>>>>> On Mar 20, 2019, at 23:54, ███████████████ wrote:
>>>>>
>>>>> Hi Steve,
>>>>>
>>>>> Totally understand. We are located in Singapore and will be happy to meet up if you happen to be in town. Alternatively, I can always arrange a call for you with the Business Development team.
>>>>>
>>>>> Let me know!
>>>>>
>>>>>
>>>>> Thanks and Regards,
>>>>> ███████
>>>>>
>>>>> -----Original Message-----
>>>>> From: Steve Yun <steveyun@koinvestor.com>
>>>>> Sent: Thursday, March 21, 2019 4:30 AM
>>>>> To: ████████████
>>>>> Cc: ███████████████████
>>>>> Subject: Re: [ext] [dispatch] ██████ web - ████████ Contact Submission
>>>>>
>>>>> ████
>>>>>
>>>>> Thank you for your thorough explanations.
>>>>>
>>>>> Where are you based by the way? Since we will potentially have over 1B USD in custody, we would like an opportunity to meet you in-person. We already understand your reputation is highly recognized, and at the same time we have a huge obligation to our investors. We'd like to get to know your company personally.
>>>>>
>>>>> Thank you,
>>>>> Steve
>>>>>
>>>>>
>>>>>> On Mar 19, 2019, at 9:43 PM, █████████████████- wrote:
>>>>>>
>>>>>> Hi Steve,
>>>>>>
>>>>>> Thank you for your email!
>>>>>>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL TREATMENT REQUESTED BY ████████████          ████3997



>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> I can arrange a call if you have more questions for us, just let me know.
>>>>>>
>>>>>>
>>>>>> Thanks and Regards,
>>>>>>
>>>>>>
>>>>>> -----Original Message-----
>>>>>> From: dispatch@localhost <dispatch@localhost>
>>>>>> Sent: Wednesday, March 20, 2019 8:52 AM
>>>>>> To:
>>>>>> Subject: [ext] [dispatch]            web -            Contact Submission
>>>>>>
>>>>>>
>>>>>> Timestamp:  Mar 20, 2019 00:52:08 UTC
>>>>>> City:     Seoul
>>>>>> Country:   South Korea
>>>>>> Email:     steveyun@koinvestor.com
>>>>>> Name:     Steve Yun
>>>>>> Phone:
>>>>>> Subject:             Contact Submission
>>>>>> -------------------------------------------------------
>>>>>> Potential Partnership with Investors to Telegram
>>>>>>
>>>>>> Hello,
>>>>>>
>>>>>> This is Steve from Koinvestor, a South Korean crypto-fund and the largest Asian investor to Telegram.
>>>>>>
>>>>>> We are looking for a compliant and reliable liquidity partner for an entity with 700M USD worth of Telegram Open Network's native token, GRAMS, in custody. The number is expected to grow to 1B USD by the time of its Mainnet launch.
>>>>>>
>>>>>> We understand that you are one of the major players and potentially have characteristics that we are looking for. It would be great if you could help us to understand your company deeper.
>>>>>>
>>>>>> Thank you,
>>>>>> Steve

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL TREATMENT REQUESTED BY

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**CONFIDENTIAL TREATMENT REQUESTED BY**