# PX109

**From:** ▓▓▓▓▓▓
**Sent:** Sunday, September 15, 2019 3:34 PM
**To:** ████████████████████████████████████████
**Subject:** ▓▓▓▓▓ research, 6 Users, 1 Minute

---

MESSAGE CONTENT

(2019-09-15 08:33:43 PM UTC) ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓ do we have any more space for summit? I was thinking of extending an invite to gramvault. They are the largest group in charge of the telegram token launch and very close to the founders. Been speaking to them about lending/borrowing. I think we want to have a close relationship with them given the control of tokens and us getting borrow from them.

---

Processed by ▓▓▓▓▓▓▓▓▓▓ | 2019-09-16 02:16:43 UTC

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL TREATMENT REQUESTED BY ▓▓▓▓▓▓▓   6431