# PX152

| | |
|---|---|
| **From:** | |
| **Sent:** | Tuesday, February 20, 2018 10:22 PM |
| **To:** | |
| **Subject:** | RE: Telegram - FYI (re: ) |

Thanks for sharing both of these – so much to learn in this space. (And fingers crossed ▇ gets something back from this!)

---

**From:** 
**Sent:** Tuesday, February 20, 2018 12:06 PM
**To:** 
**Subject:** RE: Telegram - FYI (re: ▇)

People are already flipping the Telegram ICO for millions, even though it's not on sale yet:

https://qz.com/1194612/telegram-ico-allocations-are-being-flipped-for-millions-before-going-on-public-sale/amp/?__twitter_impression=true&utm_source=newsletter&utm_medium=email&utm_campaign=&stream=top-stories

---

**From:** 
**Sent:** Tuesday, February 20, 2018 10:58 AM
**To:** 
**Subject:** Telegram - FYI (re: ▇)

Encrypted messaging service Telegram has raised $850 million for what is being billed as the largest initial coin offering to date. The company also raised the target for the total offering to $2 billion.

This email and its attachments are intended only for the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or subject to other restrictions on use or disclosure. If you have received this in error, please notify us immediately by return email, and permanently delete this email, any attachments, and all copies. Any unauthorized use, dissemination or copying of this email or the information may be unlawful. This communication is provided for informational purposes and should not be construed as an invitation or offer to buy or sell any securities or related financial instruments. The information contained herein should not be construed as investment, legal, or tax advice. Past performance may not be indicative of future results. All investments involve potential risks, including loss of principal. ▇▇▇▇ which includes a discussion of investment strategies and disclosure risks, conflicts of interest and fees, among other matters, is available at the SEC's website or upon request to ▇▇▇▇. Registration with the SEC does not imply a certain level of skill or training. Thank you.