# EXHIBIT A

## SEC'S POSITION REGARDING PROPOSED SEALED/REDACTED DOCUMENTS OF INVESTORS WHO FILED MOTIONS

| Exhibit Number | Description | Motion to Seal Docket Nos. | Telegram's Proposed Redactions | SEC'S Position | Basis for SEC's Position |
|---|---|---|---|---|---|
| PX1 | Exhibit to Stewart Decl. Dkt. 122 | Dkt. 135 | Dkt. 169-3 | Agree*<br><br>"Agree" means the SEC agrees with Telegram's proposed redactions as reflected in the Dkt. entry to the immediate left of this column | Redacting investor identifying Information only |
| PX1-A | Ex. A | Dkt. 135 | Dkt. 171-10, Ex. A | Agree | Redacting investor identifying Information only |
| PX1-B | Ex. B | Dkt. 135 | Dkt. 171-10, Ex. B | **Object** to redacting content of email; Agree to redact investor information only; | **Object** to redacting content of email; which is summary of what John Hyman of Telegram told investor; not proprietary information; **object** to Telegram's proposed redactions of references to foreign country but not to referenced investment in that foreign country; Agree to redacting investor identifying information |

1

# EXHIBIT A

| Exhibit Number | Description | Motion to Seal Docket Nos. | Telegram's Proposed Redactions | SEC'S Position | Basis for SEC's Position |
|---|---|---|---|---|---|
| PX1-C | Ex. C | Dkt. 135 | Dkt. 171-10, Ex. C | Agree | Redacting investor identifying Information only |
| PX1-D | Ex. D | Dkt. 135 | Dkt. 171-10, Ex. D | **Object** to redacting content of email; Agree to redact investor information only; | **Object** to redacting content of email; which is summary of what John Hyman of Telegram told investor; not unique proprietary information; **object** to Telegram's proposed redactions; Agree to redacting investor identifying information |
| PX1-E | Ex. E | Dkt. 135 | Dkt. 171-10, Ex. E | Agree | Redacting investor identifying Information only |
| PX1-F | Ex. F Email attaching Ton Labs slide deck | Dkt. 135 | Dkt. 171-10, Ex. F | Agree | Redacting investor identifying Information only |
| PX1-G | Ex. G | Dkt. 135 | Dkt. 171-10, Ex. G | Agree, except **object to Telegram's proposed redaction of name after "Best regards" at Bates # 2929** | Agree to redacting investor identifying Information only; **object** to Telegram's proposed redaction of name relevant to pending motions due to association with Blackmoon |
| Dkt. 99: ¶¶ 18, p.116; 98, p.131 | SEC's Response and Counter-Statement to | Dkt. 135 | Dkt. 171-6 | **Object** | Quoted excerpts are what John Hyman of Telegram told investor; Not unique proprietary information |

# EXHIBIT A

| Exhibit Number | Description | Motion to Seal Docket Nos. | Telegram's Proposed Redactions | SEC'S Position | Basis for SEC's Position |
|---|---|---|---|---|---|
| Dkt. 120: ¶¶ 18; 98 | Defendants' 56.1; Defendants' Response to SEC's Counter-Statement | | | | |
| PX2 | Exhibit to Stewart Decl. Dkt. 122 Investor B Declaration | Dkt. 142 | Dkt. 169-4 | Agree | Redacting investor identifying Information only |
| PX2-A | Ex. A Email | No filing | Dkt. 171-11, Ex. A | Agree, except Telegram under-redacted investor information | Redacting investor identifying Information only |
| PX2-B | Ex. B Email and attachment | No filing | Dkt. 171-11, Ex. B | Agree | Redacting investor identifying Information only |
| PX2-C | Ex. C Email | No filing | Dkt. 171-11, Ex. C | Agree, except Telegram under-redacted investor information | Redacting investor identifying Information only |
| PX2-D | Ex. D "Telegram Short Summary" | Dkt. 142 | Dkt. 171-11, Ex. D; just redacts investor identifying information | **Object** to investor's proposed redactions | Memo contains brief summary of Telegram Offering; not unique, proprietary investment strategies or analysis; agree to redacting investor identifying information |

## EXHIBIT A

| Exhibit Number | Description | Motion to Seal Docket Nos. | Telegram's Proposed Redactions | SEC'S Position | Basis for SEC's Position |
|---|---|---|---|---|---|
| PX2-E | Ex. E "Investment Memo" | Dkt. 142 | No filing | **Object** | Memo primarily consists of summary of Telegram Offering; the limited investment analysis does not reveal unique, proprietary investment analysis or proprietary investment strategies or analysis |
| PX2-F | Ex. F Email | No filing | Dkt. 171-11, Ex. F; just redacts investor info | Agree | Redacting investor identifying information only |
| PX2-G | Ex. G Email | No filing | Dkt. 171-11, Ex. G; just redacts investor info | Agree | Redacting investor identifying information only |
| PX2-H | Ex. H Email and attachment | No filing | Dkt. 171-11, Ex. H; just redacts investor info | Agree | Redacting investor identifying information only |
| PX2-I | Ex. I Email | No filing | Dkt. 171-11, Ex. I; just redacts investor info | Agree | Redacting investor identifying information only |
| PX5 | Exhibit to Stewart Decl. Dkt. 122 Investor E Declaration | Dkt. 157; 159-162 Investor Proposed Redactions at Dkt. 160-2, Ex. 1-B | Dkt. 169-7; just redacts investor info. SEC agrees to redactions of additional identifying information proposed by Investor E. | **Object** to redacting investment analysis; agree to redacting investor identifying information | **Object** to investor proposed redactions in Dkt. 160-2 Ex. 1-B, paragraphs 7; 9-18; 20; 25; paragraphs contain references to investor's due diligence and investment analysis but do not reveal unique due diligence techniques or unique, proprietary investment strategies or analysis |

**EXHIBIT A**

| Exhibit Number | Description | Motion to Seal Docket Nos. | Telegram's Proposed Redactions | SEC'S Position | Basis for SEC's Position |
|---|---|---|---|---|---|
| | | | | | Agree to redact all investor identifying information proposed by investor E in paragraphs 1, 2, 3, 4 |
| Dkt. 43-3 | Email | Dkt. 157; 159-162 Investor Proposed Redactions at Dkt. 160-2, Ex. 2-B | No filing by Telegram | Agree | Redacting investor identifying information only |
| Dkt. 43-7 | Email | Dkt. 157; 159-162 Investor Proposed Redactions at Dkt. 160-2, Ex. 3-B | No filing by Telegram | **Object** to redacting investment amount; agree to redacting investor identifying information | Object to redacting investment amount; agree to redacting investor identifying information |
| PX5-A | Exhibit A Email | Dkt. 157; 159-162 Investor Proposed Redactions at Dkt. 160-2, Ex. 4-B | No filing by Telegram | **Object** to redacting investment analysis; agree to redacting investor identifying information | **Object** to investor proposed redactions in Dkt. 160-2, Ex. 4-B; Email contains references to investor's investment analysis but does not reveal unique due diligence techniques or unique, proprietary investment strategies or analysis; agree to redacting investor identifying information |

**EXHIBIT A**

| Exhibit Number | Description | Motion to Seal Docket Nos. | Telegram's Proposed Redactions | SEC'S Position | Basis for SEC's Position |
|---|---|---|---|---|---|
| PX5-B | Exhibit B Email chain, including emails with Telegram | Dkt. 157; 159-162 Investor Proposed Redactions at Dkt. 160-2, Ex. 5-B | No filing by Telegram | **Object** to redacting investment analysis; agree to redacting investor identifying information; | **Object** to investor proposed redactions in Dkt. 160-2, Ex. 5-B; Email chain includes emails with Telegram, including requesting information; as well as internal emails containing investment analysis but does not reveal unique due diligence techniques or unique, proprietary investment strategies or analysis |
| PX28 | Exhibit to Stewart Decl. Dkt. 81; 122 Email chain with John Hyman of Telegram | Dkt. 157; 159-162 Investor Proposed Redactions at Dkt. 160-2, Ex. 6-B | No filing by Telegram | **Object** to redacting investment analysis; agree to redacting investor identifying information | **Object** to investor proposed redactions in Dkt. 160-2, Ex. 6-B; Email chain containing questions Investor E put to John Hyman of Telegram and his response, which includes declining to answer the investor's questions; investors' questions to Telegram do not reveal unique due diligence techniques or unique, proprietary investment strategies or analysis; agree to redacting investor identifying information |
| PX148 | Exhibit to Stewart Decl. Dkt. 122 Email | Dkt. 157; 159-162 Investor Proposed Redactions at | No filing | Object to redaction of third party analyst's name; agree to redacting investor | Third party analyst's name not confidential; agree to redacting investor identifying information only |

# EXHIBIT A

| Exhibit Number | Description | Motion to Seal Docket Nos. | Telegram's Proposed Redactions | SEC'S Position | Basis for SEC's Position |
|---|---|---|---|---|---|
| | | Dkt. 160-2, Ex. 7-A | | identifying information | |
| Exhibit G to McGrath Decl. Dkt. 124-7 | Exhibit G to McGrath Decl. Dkt. 124-7 | Dkt. 157; 159-162 Investor Proposed Redactions at Dkt. 160-2, Ex. 8-B | Dkt. 166-2; Telegram under-redacted investor information | Agree with Investor G's redactions at Dkt. 160-2, Ex. 8-B | Redacting investor identifying information only |
| PX6 | Exhibit to Steward Decl., Dkt. 122 Investor F Declaration | No filing re PX6 | Dkt. 169-8 | Agree to Telegram proposed redactions | Redacting investor identifying information only |
| PX31 | Exhibit to Stewart Decl. Dkt. 122; Investment Memo | Dkt. 105-107 | | **Object** to redacting investment analysis **except for second paragraph under Investment Thesis on p. 4**; agree to redacting investor identifying information | Memo contains summary of Telegram Offering and analysis of investment opportunity but does not reveal unique due diligence techniques or unique, proprietary investment strategies or analysis except we **do not object to redaction of** one paragraph that discusses investor's particular investment strategy generally |

**EXHIBIT A**

| Exhibit Number | Description | Motion to Seal Docket Nos. | Telegram's Proposed Redactions | SEC'S Position | Basis for SEC's Position |
|---|---|---|---|---|---|
| PX7 | Investor G Declaration; Exhibit to Stewart Decl. Dkt. 122 | No filing re PX7 | Dkt. 169-9 | Agree to Telegram's proposed redactions | Redacting investor identifying information only |
| PX7-A | Exhibit A Investment Memo | Dkt. 136-41 | No filing | **Object** but agree to redact investor identifying information | Majority of memo consists of summary of Telegram offering information; "Thesis" and "Risks" sections do not reveal unique, proprietary investment strategies or analysis; agree to redacting investor identifying information |
| PX8 | Investor H Decl.; Exhibit Stewart Decl. Dkt. 122 | Dkt. 138; PX8 | Dkt. 169-10; identical to investor proposed redactions | Agree to Dkt. 138; PX8 redactions | Redacting investor identifying information only |
| PX8-A | Exhibit A Investment Memo | Dkt. 138; PX8-A | No filing | **Object;** but agree to redact investor identifying information | Memo contains summary of Telegram Offering and comparisons to and assessments of other blockchains and analysis of investment opportunity but does not reveal unique due diligence techniques or unique, proprietary investment strategies or analysis; agree to redacting investor identifying information |

8

# EXHIBIT A

| Exhibit Number | Description | Motion to Seal Docket Nos. | Telegram's Proposed Redactions | SEC'S Position | Basis for SEC's Position |
|---|---|---|---|---|---|
| PX147 | Exhibit to Stewart Decl. Dkt. 122; Email | Dkt. 138; PX147 | Dkt. 171-29; Telegram under-redacted investor information | Agree to Investor H proposed redactions | Redacting investor identifying information only |
| Dkt. 95; paras. 157(d); 163(h) | Defendants' Response to Plaintiff's 56.1 | Dkt. 138; ECF 95 | Dkt. 171-5; Telegram does not propose redactions in 157(d); proposes redactions in 163(h); Telegram Dkt. 170-5 also contains redactions not related to Investor H; addressed later | **Object** | Investor seeks to redact one word from 157(d) and redact quotes from its Investment Memo (PX8-A) in 163(h); SEC objects for the same reasons set forth above re Investment Memo: does not reveal unique due diligence techniques or unique, proprietary investment strategies or analysis |
| Dkt. 120; para. 81(c)[same language as 163(h) above] | Defendants' Response to Plaintiff's Counter-Statement | Dkt. 138; ECF 120 | Dkt. 171-6 | **Object** | Object for same reason as set forth for para. 163(h): does not reveal unique due diligence techniques or unique, proprietary investment strategies or analysis |
| Dkt. 16, Ex. R | Ex. R to Waxman Decl. Dkt. 16; List of U.S. Purchasers in Round 1 | Dkt. 133-34; 143-146; no proposed filing | No filing | Agree | Redacting investor identifying information only; |

# EXHIBIT A

| Exhibit Number | Description | Motion to Seal Docket Nos. | Telegram's Proposed Redactions | SEC'S Position | Basis for SEC's Position |
|---|---|---|---|---|---|
| PX152 | Dkt. 97, PX152 exhibit to Stewart Decl. Dkt. 122 Email | Dkt. 133-34; 143-146 | Dkt. 171-32 Telegram under-redacted investor information | Agree | Redacting investor identifying information only |
| PX32 | Exhibit to Stewart Decl. Dkt. 122 Investment Memo | Dkt. 147-151 | | **Object** to redacting entire memo<br><br>*See* SEC proposed redactions to references to investment allocations and due diligence checklist in corresponding Dkt. entry; agree to redacting investor identifying information | Memo contains summary of Telegram Offering, comparison to other blockchains and crypto-assets and analysis of investment opportunity but does not reveal unique, proprietary investment strategies or analysis except we **do not object to redacting** one paragraph discussing investment allocation; the investor's due diligence checklist; agree to redacting investor identifying information |
| PX15 | Exhibit to Levine Decl. Dkt. 114-1; Pavel Durov Chat | Dkt. 152; 155; 156; 164; Proposed redaction at Dkt. | Dkt. 171-7 | Agree to Telegram's redaction personal identifying information but | Redacting investor identifying information only |

10

**EXHIBIT A**

| Exhibit Number | Description | Motion to Seal Docket Nos. | Telegram's Proposed Redactions | SEC'S Position | Basis for SEC's Position |
|---|---|---|---|---|---|
| | | 153-1, Ex. 1-A | | note that a page is missing.<br><br>Agree to Investor Z's proposed redaction but note that a page is missing | |
| PX150 | Dkt. 123<br>Email chain | Dkt. 152; 155; 156; 164; Proposed redactions at Dkt. 153-3. Ex. 2-A | Dkt. 171-30; identical to investor proposed redactions | Agree | Redacting investor identifying information only |
| PX194 | Exhibit to Dkt. 123;<br>Email chain | Dkt. 152; 155; 156; 164; Proposed redactions at Dkt. 153-3. Ex. 3-A | Dkt. 171-34; Telegram redacted only investor identifying information | **Object** | **Object** to redacting portion of email chain containing analysis a third party sent to Investor Z, not confidential information of Investor Z; **object** to analysis of investment opportunity, does not reveal unique due diligence techniques or unique, proprietary investment strategies or analysis; agree to redacting investor identifying information |