**TELEGRAM CHART**

| Document | ECF No. | Category | Request | SEC Position on Telegram's Proposed Redactions[1] |
|---|---|---|---|---|
| **Category A - Redactions to Third Party Investor Names and Personal Information** | | | | |
| PX 1* | 81-1 | A | Defendants request this document be filed under seal and placed on the public docket in redacted form. Defendants defer to the requests of the third parties filed in connection with this document to determine appropriate redactions. | Dkt. 169-3 Agree |
| Exhibits A-G to PX 1 | N/A | A | These documents have not been filed on the public docket. Defendants request these documents be filed under seal and placed on the public docket in redacted form. | Dkt. 171-10 **Object;** As set forth in more detail in SEC's response to Investor A's motion to redact certain information in these documents, SEC agrees to redaction of investor identifying information only; see Investor Chart under Investor A |
| PX 2* | 81-2 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-4 Agree |
| Exhibits A-D and F-I to PX 2 | N/A | A | These documents have not been filed on the public docket. Defendants request these documents be filed under seal and placed on the public docket in redacted form. | Dkt. 171-11 **Object**; As set forth in more detail in SEC's response to Investor B's motion to redact certain information in these documents, SEC agrees to redaction of investor identifying information only; see Investor Chart under Investor B |
| PX 3* | 81-3 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-5 Agree |

[1] Agreed means that the SEC agrees with the redactions Telegram has proposed in the referenced docket entry.

| Document | ECF No. | Category | Request | SEC Position on Telegram's Proposed Redactions[1] |
|---|---|---|---|---|
| Exhibits A-E to PX 3 | N/A | A | These documents have not been filed on the public docket. Defendants request these documents be filed under seal and placed on the public docket in redacted form. | Dkt. 171-12 Object; Telegram missed certain redactions of personal information at Ex. C |
| PX 4* | 81-4 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-6 Agreed |
| Exhibits A-E to PX 4 | N/A | A | These documents have not been filed on the public docket. Defendants request these documents be filed under seal and placed on the public docket in redacted form. | Dkt. 171-13 SEC agrees with Telegram's proposed redactions to Exhibits B, D and E to PX4; Telegram under-redacted personal identifying information in Exhibits A and C |
| PX 5* | 81-5 | A | Defendants request this document be filed under seal and placed on the public docket in redacted form. Defendants defer to the requests of the third parties filed in connection with this document to determine appropriate redactions. | Dkt. 169-7 Agree SEC also agreed with Investor E to redact additional personal identifying information in PX5, which the SEC will file. But *see* SEC's objections to Investor E additional proposed redaction at Dkt. 160-2, Ex. 1-B in Investor Chart |
| PX 6* | 81-6 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-8 Agree |
| PX 7* | 81-7 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-9 Agree |
| PX 8* | 81-8 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-10 Agree; Same as Dkt. 138, PX8 |

| PX 12* | 81-12 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-11 Agree |
|---|---|---|---|---|
| PX 14* | 81-14 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-12 Agree |
| PX 15* | 81-15 | A | Defendants request this document be filed under seal and placed on the public docket in redacted form. Defendants defer to the requests of the third parties filed in connection with this document to determine appropriate redactions. | Dkt. 171 -7. Agree except Telegram under-redacted personal identifying information |
| PX 16* | 81-16 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-13 Agree |
| PX 17* | 81-17 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-14 Agree |
| PX 19* | 81-19 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-15 Agree |
| PX 20* | 81-20 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-16 Agree |
| PX 21* | 81-21 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-17 Agree |
| PX 22* | 81-22 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-18 Agree |
| PX 23* | 81-23 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-19 Agree |
| PX 24* | 81-24 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-20 Agree |

| PX 25* | 81-25 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | 169-21 appears to be a filing error as it is not PX25 |
|---|---|---|---|---|
| PX 26* | 81-26 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-22 Agree |
| PX 29* | 81-28 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-23 Agree |
| PX 34* | 81-29 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-24 Agree except Telegram under-redacted personal identifying information |
| PX 35* | 81-30 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-15 Agree |
| PX 37* | 81-32 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-26 Agree |
| PX 38* | 81-33 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-27 Agree |
| PX 43 | 81-37 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 171-8 Agree |
| PX 50 | N/A | A | This documents has not been filed on the public docket. Defendants request this documents be filed under seal and placed on the public docket in redacted form. | Telegram proposed redactions not located |
| PX 58* | 81-49 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-28 Agree except Telegram under-redacted personal identifying information |

7

| PX 59 | N/A | A | This documents has not been filed on the public docket. Defendants request this documents be filed under seal and placed on the public docket in redacted form. | Telegram proposed redactions not located |
|---|---|---|---|---|
| PX 61 | N/A | A | This documents has not been filed on the public docket. Defendants request this documents be filed under seal and placed on the public docket in redacted form. | Dkt. 171-15 Telegram under-redacted See SEC Dkt. |
| PX 69 | N/A | A | This documents has not been filed on the public docket. Defendants request this documents be filed under seal and placed on the public docket in redacted form. | Dkt. 171-16 Agree except Telegram under-redacted personal identifying information |
| PX 70 | N/A | A | This documents has not been filed on the public docket. Defendants request this documents be filed under seal and placed on the public docket in redacted form. | Dkt. 171-17 Agree except Telegram under-redacted personal identifying information |
| PX 71* | 81-58 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-29 Agree |
| PX 74 | N/A | A | This documents has not been filed on the public docket. Defendants request this documents be filed under seal and placed on the public docket in redacted form. | Dkt. 171-18 Agree except Telegram under-redacted personal identifying information |
| PX 76 | N/A | A | This documents has not been filed on the public docket. Defendants request this documents be filed under seal and placed on the public docket in redacted form. | Dkt. 171-19 **Object** to proposed redactions of Telegram **The producing party has agreed that this document can be filed on the public docket with only the Bates-number redacted** |
| PX 78* | 81-62 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-30 Agree |

| PX 81* | 81-65 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-31 Agree |
|---|---|---|---|---|
| PX 82* | 81-66 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-32 Agree |
| PX 83* | 81-67 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-33 Agree |
| PX 84* | 81-68 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-34 Agree |
| PX 85* | 81-69 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-35 Agree |
| PX 86* | 81-70 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-36 Agree |
| PX 87* | 81-71 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-37 Agree |
| PX 89* | 81-73 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-38 Agree |
| PX 94 | N/A | A | This document has not been filed on the public docket. Defendants request this document only be filed on the public docket in redacted form and for the Court's copy to be filed under seal. | Dkt. 171-20 Agree |
| PX 97* | 81-79 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate | Dkt. 169-40 **Object** to proposed redactions of investor identifying information; |

|  |  |  | redactions. | **Investor engaged in marketing and sales of Grams** |
|---|---|---|---|---|
| PX 98* | 81-80 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-41 **Object** to proposed redactions of investor identifying information; **Investor engaged in marketing and sales of Grams** |
| PX 99* | 81-81 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-42 Agreed |
| PX 101 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. | Dkt. 171-21  Agree except Telegram under-redacted personal identifying information |
| PX 102 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. | Dkt. 171-22  Agree except Telegram under-redacted personal identifying information |
| PX 105 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. | Dkt. 171-23 Agree |
| PX 106* | 81-83 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-43 Agree |
| PX 109 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. | Dkt. 171 - 24 Agree except Telegram under-redacted personal identifying information |
| PX 110* | 81-86 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-144 Agree |

| PX 111 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. | Dkt. 171-25 Agree |
|--------|-----|---|---|---|
| PX 117 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. | Dkt. 171 – 26 Agree except Telegram under-redacted personal identifying information |
| PX 121* | 81-94 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-45 Agree |
| PX 126 | 81-98 Refiled 122-98 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Telegram proposed redactions not located See SEC's proposed redactions in corresponding docket entry |
| PX 132* | 81-104 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-46 Agreed |
| PX 134* | 81-106 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-47 Agreed |
| PX 135* | 81-107 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-48 Agreed |

| PX 137* | 81-108 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-49<br>Agreed |
| PX 142* | 97-4 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 171-9<br>Agree |
| PX 145 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. | Dkt. 171-28<br>Agree |
| PX 146 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. | The SEC will file this document under seal and a redacted version on the public docket. |
| PX 147 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. Defendants defer to the requests of the third parties filed in connection with this document to determine appropriate redactions. | Dkt. 171-29<br><br>Agree except Telegram under-redacted personal identifying information |
| PX 149* | 97-7 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-50<br>Agree |
| PX 150 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. Defendants defer to the requests of the third parties filed in connection with this document to determine appropriate redactions. | Dkt. 171-30<br>Agree |

| | | | | |
|---|---|---|---|---|
| PX 151 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. | Dkt. 170-31<br>Agree |
| PX 152 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. | Dkt. 171-32<br>Agree except Telegram under-redacted personal identifying information |
| PX 153* | 97-8 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-51<br>Agree |
| PX 160* | 97-15 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-52<br>Agree |
| PX 161* | 97-16 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-53<br>Agree |
| PX 162* | 97-17 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-54<br>Agree |
| PX 169 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. | Dkt. 171-33<br>Agree |
| PX 180* | 97-34 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-55<br>Agree |
| PX 194 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. Defendants defer to the requests of the third parties | Dkt. 171-34<br>**Object –See Objection to Dkt. 194 under Investor Z in Investor Chart** |

16

| | | | filed in connection with this document to determine appropriate redactions. | |
|---|---|---|---|---|
| PX 195 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. | Dkt. 171-35 Agree |
| PX 196 | N/A | A | This document has not been filed on the public docket. Defendants request this document be filed under seal and placed on the public docket in redacted form. | 170 - Filed publicly with redactions. Agree |
| PX 199* | 97-49 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-56 Agree |
| PX 200* | 97-50 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-57 Agree |
| Declaration of Kevin McGrath in Support of Plaintiff's Motion to Strike* | 83 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 166 Agree |
| Exhibits A to the McGrath Declaration | 83-1 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 166-1, Ex. A Agree |
| Exhibits G to the McGrath Declaration | 83-7 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 166-2 Telegram under-redacted; Agree to Investor G's proposed redactions at Dkt. 160-2, Ex. 8-B referenced in Investor Chart |
| Exhibits L to the McGrath Declaration | 83-12 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 166-3 Agree |

| | | | | |
|---|---|---|---|---|
| Exhibits M to the McGrath Declaration | 83-13 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 166-4<br><br>Agree |
| Exhibits N to the McGrath Declaration | 83-14 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 166-5<br><br>Agree except Telegram under-redacted personal identifying information |
| Declaration of Ladan Stewart in Support of Plaintiff's Motion for Summary Judgment* | 81 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-1<br>Agree |
| Declaration of Ladan Stewart in Opposition to Defendants' Motion for Summary Judgment* | 97 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 169-2<br>Agree |
| Drylewski Declaration in Support of Defendants' Motion for Summary Judgment and in Opposition to Plaintiff's Application for a Preliminary Injunction | 73 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 171-1<br>Agree |
| Exhibit 2 to the Drylewski Declaration | 73-2 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 165-1<br>Object to all proposed redactions except at 287-lime 3on ground not investor identification information and not otherwise proprietary or confidential information |
| Exhibit 4 to the Drylewski Declaration | 73-4 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 165-2<br>Responses to SEC's First Interrogatories<br>**Object** to the proposed redactions beyond personal identifying information of investors and prospective investors |

| | | | | |
|---|---|---|---|---|
| Exhibit 5 to the Drylewski Declaration | 73-5 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 165-3 **Object** to the proposed redactions of names of individuals and entities involved in marketing and selling Gram interests |
| Exhibit 7 to the Drylewski Declaration | 73-7 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 165-4 Agree |
| Exhibit 8 to the Drylewski Declaration | 73-8 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 171-2 Agree |
| Exhibit 10 to the Drylewski Declaration | 73-10 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 165-5 Object to the proposed redactions of names of individuals and entities involved in marketing and selling Gram interests |
| Exhibit 12 to the Drylewski Declaration | 73-12 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 171-3 Agree except Telegram under-redacted personal identifying information |
| Exhibit 13 to the Drylewski Declaration | 73-13 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 165-6 Agree |
| Exhibit 1 to the McKeon Declaration in Support of Defendants' Motion for Summary Judgment and in Opposition to Plaintiff's Application for a Preliminary Injunction | 74-1 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Telegram's proposed redactions not located |
| Malloy Declaration in Opposition to Plaintiff's Motion for Summary Judgment | 94 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 167 Agree; investor identifying information only |

16

| Exhibit 1 to the Malloy Declaration | 94-1 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 167-1<br>Excerpts from Pavel Durov Deposition<br>**Object** to redactions of names of investors and entities that were involved in marketing and reselling Gram interests; their identities and roles are highly relevant to judicial determination whether Telegram qualifies for an exemption from registration;<br>Agree to redaction of name of investor at p. 185, line 16-17 |
| --- | --- | --- | --- | --- |
| Exhibit 2 to the Malloy Declaration | 94-2 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 167-2<br>Excerpts from Ilya Perekopsky Deposition<br>**Object** to redactions of names of investors and entities that were involved in marketing and reselling Gram interests; their identities and roles are highly relevant to judicial determination whether Telegram qualifies for an exemption from registration;<br>**Object** to redactions of names of vendors contacted re use of Grams; Telegram's efforts and efforts of others to develop the TON blockchain are highly relevant to issues before the Court |
| Exhibit 3 to the Malloy Declaration | 94-3 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 167-3<br>Excerpts from Shyam Parekh Deposition<br>**Object;** proposed redactions relate to individuals and entities that were involved in marketing and reselling Gram interests; their identities and roles are highly relevant to judicial |

| | | | | determination whether Telegram qualifies for an exemption from registration; |
|---|---|---|---|---|
| Exhibit 4 to the Malloy Declaration | 94-4 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 167-4 **Object;** Telegram seeks to redact references to how they spent the money raised in the Offering; Telegram's efforts to develop the Ton Blockchain are highly relevant to *Howey* test |
| Exhibit 5 to the Malloy Declaration | 94-5 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Telegram's proposed redactions not located |
| Exhibit 6 to the Malloy Declaration | 94-6 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 167-5; Email Agree Redacting investor identification information only |
| Exhibit 7 to the Malloy Declaration | 94-7 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 167-6 Chat Agree Redacting investor identification information only |
| Exhibit 8 to the Malloy Declaration | 94-8 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 167-7 Email chain **Object** to redacting name of non-investor entity who was involved in marketing and reselling Gram interests |
| Exhibit 9 to the Malloy Declaration | 94-9 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 167-8 **Object** to redaction of entity's name. Telegram letter to purchaser re information it was reselling Gram interests; entity was not a passive purchaser and its actions are relevant to issues before the Court re *Howey* test and claimed exemptions from registration |

| Exhibit 10 to the Malloy Declaration | 94-10 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 167-8<br>**Object** to redaction of entity's name.<br>Telegram letter to purchaser re information it was reselling Gram interests; entity was not a passive purchaser and its actions are relevant to issues before the Court re *Howey* test and claimed exemptions from registration |
|---|---|---|---|---|
| Exhibit 11 to the Malloy Declaration | 94-11 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 167-10<br>Telegram invoice paying entity for services in marketing and selling grams to additional investors.<br>**Object** to redaction of entity's name; entity was not a passive purchaser and its actions are relevant to issues before the Court re *Howey* test and claimed exemptions from registration;<br><br>Agree to proposed redactions of names of investors that entity assisted Telegram in enlisting |
| Exhibit 14 to the Malloy Declaration | 94-14 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 167-11<br>Agreement between Telegram and entity to "broker the sale of a new cryptocurrency called "Grams' to potential investors identified by Company;"<br>**Object** to redaction of entity's name; entity not a passive investor; entity's role in assisting  Telegram in its offer and sale of Grams are relevant to issues before the Court re *Howey* test and claimed exemptions from registration; |

| Exhibit 15 to the Malloy Declaration | 94-15 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 167-12 Telegram email chain with its auditor and an investor; **Object** to redacting name of auditor, no basis for redaction; Agree to redact name of investor. |
|---|---|---|---|---|
| Exhibit 1 to the Musoff Declaration | 121-1 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 168-1 Excerpts from Pavel Durov Deposition **Object** to redaction of each of the referenced entity's names; entities not passive investors; the entities roles in assisting Telegram in its offer and sale of Grams are relevant to issues before the Court re *Howey* test and claimed exemptions from registration; |
| Exhibit 2 to the Musoff Declaration | 121-2 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt.168-2 Email chain Agree; redacting investor identifying information only |
| Exhibit 3 to the Musoff Declaration | 121-3 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 168-3 Messenger Chat Agree; redacting investor identifying information only |
| Exhibit 5 to the Musoff Declaration | 121-5 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 168-4 Email from investor entity to Telegram re payment for services rendered to Telegram in obtaining new investors in Offering; entity not a passive investor; entity's role in assisting Telegram in its offer and sale of Grams are relevant to issues before the Court re *Howey* test and claimed exemptions from registration; |
| Exhibit 6 to the Musoff Declaration | 121-6 | A | Defendants request this document be filed under seal and remain on the public docket with appropriate redactions. | Dkt. 168-5 Messenger Chat Agree Redacting investor identifying information only |

| **Category B - Highly Confidential Business and Proprietary Information** | | | | |
|---|---|---|---|---|
| Exhibit E to PX 2 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this document. | Investor B investment memo **Object** except agree to redact investor information **See objections to sealing PX2-E set forth in Investor Chart under Investor B –** |
| Exhibit A to PX 5 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this document to determine appropriate redactions. | Investor E email containing investment analysis – **Object** except agree to redact investor information **See objections to sealing PX5-A set forth in Investor Chart under Investor E–** |
| Exhibit B to PX 5 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this document to determine appropriate redactions. | Investor E email containing investment analysis – **Object** except agree to redact investor information **See objections to sealing PX5-B set forth in Investor Chart under Investor E –** |
| Exhibit A to PX 7 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this document. | Investor G email containing investment analysis – **Object** except agree to redact investor information **See objections to sealing PX7-A set forth in Investor Chart  under Investor G–** |
| Exhibit A to PX 8 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this document. | Investor H memo containing investment analysis – **Object** except agree to redact investor information **See objections to sealing PX8-A set forth in Investor Chart  under Investor H–** |
| PX 28 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this | Investor E emails with Telegram  – **Object** except agree to redact investor information **See objections to sealing PX28 set forth in Investor Chart under Investor E –** |

| | | | document to determine appropriate redactions. | |
|---|---|---|---|---|
| PX 30 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal in its entirety. | Dkt. 164-1 **Object** to any redaction except investor identification information; Document is third party's investment analysis; third party has not moved to seal; Telegram has no standing to move to seal; substantial portion of memo is summary of Telegram offering; rest of memo does not contain unique confidential or proprietary information in any event |
| PX 31 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this document. | Investor F investment memo **Object** except agree to redact investor information **See objections to sealing PX31 set forth in Investor Chart under Investor F –** |
| PX 32 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal in its entirety. | Dkt. 164-2; Investor X Investment Memo discussed in Investor Chart; **Object** on grounds not Telegram's document and on same grounds set forth in Investor Chart; Memo contains summary of Telegram Offering, comparison to other blockchains and crypto-assets and analysis of investment opportunity but does not reveal unique, proprietary investment strategies or analysis except we **do not object to redacting** one paragraph discussing investment allocation; the investor's due diligence checklist; agree to redacting investor identifying information |

| PX 33 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal in its entirety. | Dkt. 164-3; not a Telegram document; Investor Investment memo; Investor was given notice that SEC planned to disclose document, with only investor identifying information redacted, and did not object to disclosure; memo contains extensive summary of Telegram offering and investment analysis that does not rise to level of proprietary information or trade secret;<br><br>Agree to redact investor identifying information only |
|---|---|---|---|---|
| PX 55 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal and filed on the public docket in redacted form. | Dkt. 171-14; email chain between Telegram employee and binance employee; **Object to proposed redaction**; Telegram seeks to redact suggestion from third party re potential future business idea on ground release of future business plans could hurt business, but Telegram's future business plans are directly relevant to key issues to be decided by Court including whether Telegram will continue to engage in efforts to support and develop the TON Blockchain and this business idea is not likely to harm Telegram's competitive standing |
| PX 77 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal in its entirety. | Dkt. 164-4; not a Telegram document; **Object** to sealing; agree to redact references to investors contained in memo; document is a third party investment memo created by entity involved in marketing and reselling grams and sent to prospective investors as marketing material; memo contains extensive summary of Telegram offering and |

16

| | | | | |
|---|---|---|---|---|
| | | | | investment analysis that does not rise to level of proprietary information or trade secret |
| PX 123 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal and filed on the public docket in redacted form. | Dkt. 171-27; email chain between Telegram and investor; Telegram seeks to redact investor internal email summarizing information from Telegram regarding past and anticipated  expenditures including on TON blockchain on ground release of future business plans could hurt business, but Telegram's future business plans are directly relevant to key issues to be decided by Court including whether Telegram will continue to engage in efforts to support and develop the TON Blockchain and this business idea is not likely to harm Telegram's competitive standing; Agree to redact investor identifying information |
| PX 148 | N/A | B | This document has not been filed on the public docket. Defendants request this document be filed under seal and defer to the sealing requests of third parties filed in connection with this document. | The SEC will file the document under seal and in redacted form on the public docket |
| Defendants' Response to Plaintiff's 56.1 Statement | 95 | B | To the extent the Court grants Defendants' requests to seal, Defendants request this document be filed under seal and be placed on the public docket with redactions conforming to any related documents. | **Object** to redaction from  this document of any information whose redaction in other documents the SEC has objected to |

| | | | | |
|---|---|---|---|---|
| Defendants' Response to Plaintiff's 56.1 Counter-Statement of Undisputed Material Facts in Further Support of its Motion for Summary Judgment | 120 | B | To the extent the Court grants Defendants' requests to seal, Defendants request this document be filed under seal and be placed on the public docket with redactions conforming to any related documents. | **Object** to redaction from this document of any information whose redaction in other documents the SEC has objected to |
| **Category C - Banking Records** | | | | |
| PX 90* | 81-74 | C | Defendants request this document be filed under seal and remain on the public docket in redacted form. | Dkt. 169-39; Bank Account Statement Agree to redactions |
| PX 115 | N/A | C | Defendants request this document be filed under seal in its entirety. | Dkt. 164-5 –two page wire transfer **Object** to sealing entire document, which contains evidence of payment by Telegram to entity involved in marketing and reselling gram interests; Agree to redacting confidential banking information |
| PX 136 | N/A | C | Defendants request this document be filed under seal in its entirety. | Dkt. 164-6 – Telegram bank account statement; Agree to sealing document on condition that relevant payment information (but excluding account information) from document may be publically cited in parties' filings and discussed in open court proceedings |