**Exhibit C**

| Name or Entity | Role | SEC Exhibit(s) at Issue (Identified by Docket Entry) |
|---|---|---|
| ▮ | Involved in marketing and selling Gram interests, including by circulating marketing decks reflecting its name and its connection to Grams and the Offering | 167-2, 167-10, 168-1, 168-4, 171-5, 171-6 |
| ▮ | Involved in marketing and selling Gram interests | 168-4 |
| ▮ | Involved in marketing and selling Gram interests | 168-4 |
| ▮ | Involved in marketing and selling Gram interests | 167-10, 168-4 |
| ▮ | Involved in marketing and selling Gram interests | 168-1, 171-6 |
| ▮ | Involved in marketing and selling Gram interests, including by issuing a marketing deck reflecting is name and its connection to Grams and the Offering | 167-1, 167-11, 168-1, 171-5, 171-6 |
| ▮ | Involved in marketing and selling Gram interests, including by selling its interests in Grams through the Liquid sale | 165-3, 167-8, 167-9, 168-1, 171-5, 171-6 |
| ▮ | Involved in marketing and selling Gram interests | 171-6 |
| ▮ | Involved in marketing and selling Gram interests | 168-1, 171-6 |
| ▮ | Involved in marketing and selling Gram interests | 167-8 |
| ▮ | Involved in marketing and selling Gram interests | 168-1, 171-6 |
| ▮ | SPV created by ▮ through which to offer indirect interests in Grams | 165-5, 171-5 |
| ▮ | Involved in marketing and selling Gram interests | 168-1, 171-6 |
| ▮ | Involved in marketing and selling Gram interests | |

1

**Exhibit C**

| | | |
|---|---|---|
| ▇ | Involved in marketing and selling Gram interests | |
| ▇ | Involved in marketing and selling Gram interests | 167-7 |
| ▇ | Involved in marketing and selling Gram interests | 165-5 |
| ▇ | Involved in marketing and selling Gram interests | 165-5, 167-3 |
| ▇ | Involved in marketing and selling Gram interests | 165-5, 167-2 |
| ▇ | Involved in marketing and selling Gram interests | 165-3 |
| ▇ | Involved with TON Ventures, TON Labs, and Gram Vault | 171-5 |
| ▇ | Involved with TON Ventures, TON Labs, and Gram Vault | 171-5 |
| ▇ | Application development, not investors | 165-2 |
| ▇ | Application development, not investors | 165-2 |

2