AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   19 Civ. 09439 (PKC) |
| TELEGRAM GROUP INC. and TON ISSUER INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The TON Community Foundation as *amicus curiae*.

Date:   02/14/2020

*/s/ Dimitry Joffe*
*Attorney's signature*

Dimitry Joffe (DJ 6498)
*Printed name and bar number*

JOFFE LAW P.C.
765 Amsterdam Avenue, 2C
New York, NY 10025
*Address*

Dimitry@joffe.law
*E-mail address*

(917) 929-1964
*Telephone number*

(646) 869-9060
*FAX number*