# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION <br><br> **Plaintiff,** <br><br> -v- <br><br> TELEGRAM GROUP INC. and TON ISSUER INC. <br><br> **Defendant.** | Case No. 19 Civ. 09439 (PKC) <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ___the TON Community Foundation (amicus curiae)___ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: February 14, 2020

s/Dimitry Joffe

**Signature of Attorney**

**Attorney Bar Code:** DJ 6498