# Exhibit 2

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

```
1                UNITED STATES DISTRICT COURT
2                SOUTHERN DISTRICT OF NEW YORK
3
4   SECURITIES AND EXCHANGE         )
    COMMISSION,                     )
5                                   )
                     Plaintiff,     )
6                                   ) 19 Civ. 9439 (PKC)
         - against -                )
7                                   )
    TELEGRAM GROUP INC. and         )
8   TON ISSUER INC.,                )
                                    )
9                    Defendants.    )
    _____)
10
11      **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
12
13            Videotaped deposition of PAVEL DUROV (as
14  30(b)(6) corporate representative of Defendants and
15  also in his personal capacity), Volume 1, taken on
16  behalf of Plaintiff at Hadef & Partners, LLC, Emaar
17  Square, Building 3, Level 5, Downtown Dubai, Dubai,
18  United Arab Emirates, beginning at 11:21 a.m. and
19  ending at 9:54 p.m., on Tuesday, January 7, 2020,
20  before LEAH WILLERSDORF, Member of the British
21  Institute of Verbatim Reporters, Accredited Verbatim
22  Reporter, Qualified Realtime Reporter - Level 2,
23  International Participating Member NCRA.
24
25  JOB No. 200107LWI
```

1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 18:10:16 | 1 | offering, did Telegram pay individual or entities |
| 18:10:22 | 2 | finder's fees or commissions for bringing investors |
| 18:10:25 | 3 | into the private placement? |
| 18:10:27 | 4 | MR. DRYLEWSKI:  Objection to form. |
| 18:11:05 | 5 | THE WITNESS:  I think I mentioned earlier |
| 18:11:06 | 6 | that some of the investors in Stage A failed to meet |
| 18:11:18 | 7 | their obligations under the purchase agreements and |
| 18:11:29 | 8 | didn't transfer the funds that were expected. |
| 18:11:53 | 9 | Seeing that, we discussed ways and |
| 18:12:04 | 10 | explored ways to make sure we can receive the funds we |
| 18:12:29 | 11 | expected as a result of concluding Stage A as soon as |
| 18:12:39 | 12 | possible, and without getting too distracted with that |
| 18:12:47 | 13 | process due to the fact that from our perspective, and |
| 18:12:54 | 14 | my personal perspective, by that time the private |
| 18:13:03 | 15 | placement process was more or less over, pending these |
| 18:13:17 | 16 | amounts that were still not transferred. |
| 18:13:30 | 17 | So after that, we entered into finder's |
| 18:13:39 | 18 | fee -- fees agreements with a number of -- a small |
| 18:13:50 | 19 | number of fund managers, which I understand are based |
| 18:14:03 | 20 | in Russia, to help us, to introduce us to -- to help |
| 18:14:08 | 21 | introduce us to potential purchasers that would then |
| 18:14:31 | 22 | explore this opportunity directly with us.  For these |
| 18:14:53 | 23 | services, provided this activity resulted in signed |
| 18:14:59 | 24 | purchase agreements and transfer of funds, we paid |
| 18:15:14 | 25 | finders' fees to those fund managers, or their |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
18:15:24   1   entities, more precisely speaking.
18:15:36   2              It is worth saying that those finding-fees
18:15:52   3   arrangements were strictly limited to non-US investors
18:16:04   4   and were mainly focused on the Russian-speaking
18:16:13   5   market, maybe even exclusively focused on the
18:16:17   6   Russian-speaking markets.
18:16:50   7              I believe that at the time I reviewed the
18:16:52   8   agreements related to finder's fees, and based on the
18:17:16   9   input I received from the local counsel and other
18:17:19  10   counsel, I got the comfort of knowing that those
18:17:26  11   finders' fees agreements are compliant with local
18:17:33  12   regulations.
18:17:36  13              MR. TENREIRO:  Let's mark Exhibit 51,
18:17:39  14   please.
18:17:39  15              MR. DRYLEWSKI:  Were you done with your
18:17:40  16   answer?
18:17:41  17              THE WITNESS:  Yes.
18:17:41  18              MR. DRYLEWSKI:  Okay.  Just checking.
18:17:45  19              MS. CHARMANI:  Jorge, can I have the Bates
18:17:47  20   number, please?
18:17:50  21              MR. TENREIRO:  It's TLGRM-008-14525.
18:17:57  22   There may be an unredacted version of this that you
18:18:00  23   just produced as well.
18:18:01  24              MS. CHARMANI:  Okay.
18:18:02  25              (Exhibit 51 marked for identification.)
```

171