# Exhibit 3

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3
    --------------------------------------x
 4                                        )
    SECURITIES AND EXCHANGE COMMISSION,   )
 5                                        )
                           Plaintiff,     ) 19 Civ. 9439 (PKC)
 6                                        )
         v.                               )
 7                                        )
    TELEGRAM GROUP INC. and               )
 7   TON ISSUER INC.,                     )
 8                                        )
                           Defendants.    )
 9                                        )
    --------------------------------------x
10
11
12                      CONFIDENTIAL
13                VIDEOTAPED DEPOSITION OF
14                      SHYAM PAREKH
15                    December 10, 2019
16
17
18                       Taken at:
19     Skadden, Arps, Slate, Meagher & Flom (UK) LLP
                        40 Bank Street
20                       Canary Wharf
                       London, E14 5DS
21
22
23
    Reported by:
24  AILSA WILLIAMS,
    Certified Court Reporter
25  JOB No. 191210MWC
                                                          1
```

```
 1   accurate?
 2           A.  I have none.
 3           Q.  Do you know which initial purchasers
 4   have entered into custodial arrangements with Gram
 5   Vault?
 6           A.  Personally, I don't, no.
 7           Q.  Do you know whether Telegram has --
 8           A.  With one proviso, which is there
 9   were a number of communications, not a number,
10   maybe half a dozen communications that I was sent
11   by purchasers, particularly in the second stage,
12   who said that they are interested in signing up
13   for Gram Vault's custody services, and they wanted
14   our permission to share information, for example,
15   the purchase agreement they signed, so with that
16   exception.
17           Q.  All right.  What if any efforts has
18   Telegram made to facilitate initial purchasers
19   entering into arrangements with Gram Vault to
20   establish custodial arrangements in connection
21   with Grams, if any?
22           MR. DRYLEWSKI:  Objection to form.
23           A.  Two things.  One, what I just
24   explained, which was if someone came to me and
25   said "We would like to talk to Gram Vault about
```

104

1  becoming their customer, but we need to share some
2  information. Are you okay with us doing that?"
3  Then I would have replied accordingly.
4        Secondly, when there were generic
5  questions put to me: "We are looking for a
6  custody solution. We want something that is
7  secure. What do you guys suggest?" Then I would
8  have gone to again probably half a dozen different
9  purchasers and said: "We can't give you any
10 recommendations but there is so and so and so and
11 so firms, including Gram Vault being one, Coinbase
12 another, et cetera, who are looking at potentially
13 supporting Grams for custody offerings. You may
14 want to reach out to them."
15       Q.  Does Telegram have any formal
16 arrangements with any potential firms that are
17 offering custodial services for Grams?
18       MR. DRYLEWSKI: Objection to form. You
19 can answer.
20       A.  No, and I was very clear both in my
21 conversations with custodians and in my
22 conversations with purchasers looking for
23 custodians that we do not have, nor are we looking
24 for, nor are we planning any formal partnerships.
25 So this is just us, me, trying to be helpful by

105

```
 1    giving you a few suggestions of people you can
 2    speak to.  In fact, I think on a couple of
 3    occasions I pushed back with some of the
 4    custodians who kept saying "We would like to enter
 5    into a partnership", and I said that is not really
 6    the purpose of the conversation.
 7            Q.  Are you familiar with an entity
 8    called Blackmoon?
 9            A.  I have heard of it, but I don't
10    know, other than that Oleg was involved with it --
11            MR. DRYLEWSKI:  I am going to object to
12    the last question until you clarify because there
13    are two Blackmoons that have been raised by your
14    side, Kevin.  Which one are you referring to in
15    that question?
16            MR. McGRATH:  I just was asking
17    generally.
18            Are you familiar with any entity named
19    Blackmoon?
20            A.  I have heard the name but I know
21    nothing more beyond that.
22            Q.  To the extent there is two entities
23    named Blackmoon, same answer applies to both.  You
24    don't know anything more than --
25            A.  I didn't even know there were two.
```

106