UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
**SECURITIES AND EXCHANGE COMMISSION,**

          **Plaintiff,**

          v.        **19 Civ. 09439 (PKC)**

**TELEGRAM GROUP INC. and TON ISSUER INC.,**

          **Defendants.**
---------------------------------------------------------------------x

### THE TON COMMUNITY FOUNDATION'S MOTION FOR LEAVE TO FILE CORRECTED *AMICUS CURIAE* BRIEF

The Ton Community Foundation (the "Foundation"), by and through its undersigned counsel, respectfully moves for leave to file a corrected version of its *amicus curiae* brief (the "Amicus Brief"). The grounds for this motion are as follows:

1. On February 14, 2020, the Foundation filed a motion for leave to file its Amicus Brief in the above-captioned matter (ECF 192), and attached a copy of the proposed brief as an exhibit thereto (ECF 192-1).

2. The proposed Amicus Brief contains a number of typographical errors. In order to correct these errors, the Foundation has prepared a corrected version of its Amicus Brief, which is attached as Exhibit A hereto. A true and correct copy of a blacklined version of the corrected brief showing changes from the February 14, 2020 version is attached as Exhibit B hereto.

For the foregoing reasons, the Foundation respectfully requests leave to file the corrected Amicus Brief. The granting of this motion would not prejudice any party.

February 17, 2020                                     Respectfully Submitted,

*[signature]*

_____
Dimitry Joffe (DJ-6498)
JOFFE LAW P.C.
765 Amsterdam Avenue, 2C
New York, New York 10025
(917) 929-1964
Dimitry@joffe.law

*Counsel to Amicus Curiae
the TON Community Foundation*

2

## CERTIFICATE OF SERVICE

    I, Dimitry Joffe, hereby certify that on this 17th day of February 2020, I caused a copy of motion for leave to file a corrected version of the *Amicus Curiae* Brief by the TON Community Foundation to be served upon the registered participants in this case by ECF.

                                                                                                                      Dimitry Joffe
                                                                                                                      JOFFE LAW P.C.
                                                                                                                      *Counsel to Amicus Curiae*
                                                                                                                      *the TON Community Foundation*