UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION

                     Plaintiff,

              - against –

TELEGRAM GROUP INC. and TON ISSUER
INC.,

                  Defendants.

19 Civ. 9439 (PKC)

**ECF Case**

**Electronically Filed**

## NOTICE OF MOTION OF NON-PARTY JOHN HYMAN
## TO SEAL EXCERPTS OF DEPOSITION TRANSCRIPT

PLEASE TAKE NOTICE that non-party John Hyman, on (1) the accompanying

memorandum of law and (2) supporting affidavit, by and through his attorneys Quinn Emanuel

Urquhart & Sullivan, LLP, hereby moves this Court before the Honorable P. Kevin Castel, at the

United States Courthouse, Courtroom 11D, 500 Pearl Street, New York, New York 10007, at

such time as the Court may designate, for an order sealing limited portions of the transcript of his

deposition taken on February 4, 2020 in the above-captioned case, which are contained in

Exhibit Λ to the Letter from the Securities and Exchange Commission filed with the Court on

February 10, 2020 (EFC Docket No. 180), for the reasons specified in the memorandum of law

accompanying the instant Notice of Motion.

Dated:  February 17, 2020                    Respectfully submitted,

                                             **QUINN EMANUEL URQUHART &**
                                             **SULLIVAN, LLP**

                                             By: _____
                                             Serafina Concannon, Esq.
                                             1300 I Street NW Suite 900
                                             Washington, DC 20005
                                             Telephone: (202) 538-8000
                                             Fax: (202) 538-8100
                                             serafinaconcannon@quinnemanuel.com

                                             Toby Futter, Esq.
                                             51 Madison Ave, 22nd Floor
                                             New York, NY 10010
                                             Telephone: (212) 849-7000
                                             Fax: (212) 849-7100
                                             tobyfutter@quinnemanuel.com
                                             *Counsel to Non-Party John Hyman*

                                             *Of Counsel*
                                             Michael Liftik, Esq.
                                             1300 I Street NW Suite 900
                                             Washington, DC 20005
                                             Telephone: (202) 538-8000
                                             Fax: (202) 538-8100