UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | |
| Plaintiff, | 19 Civ. 9439 (PKC) |
| - against – | ECF Case |
| TELEGRAM GROUP INC. and TON ISSUER INC., | Electronically Filed |
| Defendants. | |

### [PROPOSED] ORDER GRANTING MOTION OF NON-PARTY JOHN HYMAN TO SEAL EXCERPTS OF DEPOSITION TRANSCRIPT

Upon consideration of the Motion of Non-Party John Hyman to Seal Excerpts of Deposition Transcript (the "Motion"), the accompanying Memorandum of Law in Support of the Motion, the Affidavit of John Hyman in Support of the Motion, and any responses thereto, the Court finds that the competing interests identified in the Motion and supporting documents thereto outweigh the presumption of public access to such information.

Therefore, for good cause shown and for the reasons set forth in the Motion and supporting documents thereto, it is hereby

ORDERED that the relief requested in the Motion is GRANTED; and it is hereby

ORDERED that Exhibit A to ECF Docket No. 180, if filed on the public docket, shall redact the following excerpts from the transcript of John Hyman's deposition taken on February 4, 2020:

| Page | Line(s) |
|---|---|
| 10 | 1-17 |
| 11 | 3 |
| 124 | 19-25 |
| 154 | 17-22 |

And is it hereby ORDERED that all documents filed by the parties to date and going forward, irrespective of their source, which contain or reference the information in the above-referenced excerpts from the transcript of John Hyman's deposition taken on February 4, 2020, shall be removed from and/or kept off of the public docket and sealed.

SO ORDERED

Date: _____          _____
                                         Hon. P. Kevin Castel
                                         United States District Court Judge