**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3792
DIRECT FAX
(917) 777-3792
EMAIL ADDRESS
CHRISTOPHER.MALLOY@SKADDEN.COM

FIRM/AFFILIATE OFFICES
-----
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
-----
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

February 18, 2020

**VIA ECF**
The Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    RE:  <u>SEC v. Telegram Group Inc., et al.</u>, 19-cv-9439(PKC) (S.D.N.Y.)

Dear Judge Castel:

  We represent defendants Telegram Group Inc. and TON Issuer Inc (collectively, "Defendants") in the above-referenced action. On February 13, 2020, plaintiff Securities and Exchange Commission ("Plaintiff") filed an omnibus opposition to Defendants' and third parties' motions to seal or redact certain exhibits submitted in connection with the parties' pending motions.

  A third party contacted the parties and requested to file its response to the SEC's opposition by no later than Monday, February 24, 2020. The parties consent to this request and respectfully request permission for Defendants and third parties to file responses to the SEC's opposition by that date.

                Respectfully submitted,

                Christopher P. Malloy

cc:  All Counsel of Record (via ECF)