

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, ROOM 400
NEW YORK, NY 10281-1022

**Ladan F. Stewart**
WRITER'S DIRECT DIAL
TELEPHONE: (212) 336-0153
StewartLa@sec.gov

February 18, 2020

<u>Via ECF and Overnight Delivery</u>

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    <u>SEC v. Telegram Group Inc. & TON Issuer Inc.</u>, No. 19 Civ. 9439 (PKC)

Dear Judge Castel:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully writes to direct the Court's attention to certain additional evidence developed after the conclusion of the briefing on the SEC's application for a preliminary injunction (and on the parties' other pending motions).

(1) Documents produced by the Monetary Authority of Singapore on February 12, 2020 relating to the Liquid exchange, attached hereto as Exhibits A through E.

(2) Documents produced by a financial institution on January 23 and February 11, 2020 relating to Space Investments, attached hereto as Exhibits F through I.

(3) Documents previously produced by the Bittrex and Poloniex exchanges relating to representations by Gram Vault, attached hereto as Exhibits J and K.

    The SEC may refer to this evidence at the oral argument on February 19, 2020, if the Court permits.

                                        Respectfully submitted,

                                        /s Ladan F. Stewart
                                        Ladan F. Stewart