# Exhibit C

| GRAM Token Sale Marketing Plan | | | June Week 3 | June Week 4 | July Week 1 | July Week 2 |
|---|---|---|---|---|---|---|
| **PR** | | | | | | |
| 1 | Exclusive TechCrunch story | Confirmed | Techcrunch Published | Earned | | | |
| 2 | Golin distribution | Done | If organic pick up isn't great* | | | | |
| **Paid Media** | | | | | | |
| 1 | CryptoAudiences | Running | | $18,750.00 | | | |
| 2 | CoinMarketCap | Running | | $10,000.00 | | | |
| 3 | TradingView | Running | | $5,000.00 | | | |
| 4 | Etherscan | Running | | $1,000.00 | $5,000 | | |
| 5 | Coingecko | Running | | $10,000.00 | | | |
| 6 | Incrypto | Running | | | $5,000.00 | | |
| | | | | **$44,750.00** | **$10,000** | **$0** | **$0** |
| **ICO Ranking sites** | | | | | | |
| 1 | https://icodrops.com/telegram-ico-ton/ | Contacted | Posted | | | | |
| 2 | https://www.icotokennews.com/icos/telegram/ | Contacted | Emailed | | | | |
| 3 | https://www.fxempire.com/crypto/ico/telegram | Contacted | Emailed | | | | |
| 4 | https://icobench.com/ico/telegram-open-network | Contacted | Emailed | | | | |
| 5 | https://iconow.net/telegram-ico-now/ | Contacted | Emailed | | | | |
| 6 | https://icorating.com/ico/telegram-ton/ | Contacted | Emailed | | | | |
| 7 | https://icomarks.com/ico/telegram-ico | Contacted | Emailed | | | | |
| 8 | https://www.coingecko.com/en/coins/telegram | Contacted | Will update when sale goes live | | | | |
| 9 | ICO Speaks | | | $1,500.00 | | | |
| **Referral Marketing** | | | | | | |
| 1 | Campaign Mechanics<br>- Available to Liquid verified accounts only<br>- A referrer gets rewarded when he/she refers friends wqho purchased GRAM tokens on Liquid<br>- Each referer gets $10 per referral, with a cap of $50 per referrer, payable in GRAM tokens from our inventory | Confirmed | Est. budget: ~$50k, rewards to be paid out on a first come first serve basis. Est sign ups + purchases: 5k (RETAIL ONLY) | $17,500.00 | | | |
| 2 | - For whales, they will ask for a % of the sale proceeds. This is off the table arrangements. | Confirmed | Standard Alpha - 10% of proceeds (negotiated by BD) | $17,500.00 | | | |
| **Mobile Apps** | | | | | | |
| 1 | Blockfolio announcement | Confirmed | Done | | | | |
| 2 | Delta announcement | Confirmed | Done | | | | |
| **Others** | | | | | | |
| 1 | Cryptoweekly | | Posted | | | | |
| 2 | Crypto news | | | $1,400.00 | | | |
| **Agencies** | | | | | | |
| 1 | Korea Marketing - Etherlab | Confirmed | CLET, finalized for community marketing and paid ad | | $20,000.00 | | |
| 2 | Korea Marketing (mobile focused - Cobak) | https://cobak.co.kr | $5k placement - Cobak | | $7,800.00 | | |
| 3 | China Marketing | Confirmed | Only disseminate through private wechat networks | | $0.00 | | |
| 4 | Russia Telegram Marketing - Porokh | Confirmed | Finalized for Telegram marketing | | | $10,000.00 | |
| 5 | Russian Influencers - Cryptomedia | Confirmed | PPC, content, influencer marketing | | | $11,749.00 | $2,000.00 |
| 6 | Cointelligence - content marketing | Confirmed | Content marketing | | | $5,000.00 | |
| 7 | Airdrops.io | Confirmed | | | | $1,750.00 | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |

| GRAM Token Sale Marketing Plan | | | | June Week 3 | June Week 4 | July Week 1 | July Week 2 |
|---|---|---|---|---|---|---|---|
| | | | | $0.00 | $27,800.00 | $28,499.00 | $2,000.00 |
| | | | Campaign | | | | |
| 1 | Gram Raffle | | Liquid and Gram Asia split budget 50-50 in event Sale fails | $92,000.00 | | | |
| | Total Spend | | | $174,650.00 | $65,600.00 | $56,998.00 | $4,000.00 |
| | Aggregated Total Spend over Entire Campaign Duration | $301,248.00 | | | | | |
| | Total sign ups (11 June - 11 July) | 18,322 | | | | | |
| | CPA per sign up | $16.44 | | | | | |

Confidential pursuant to Securities Exchange Act s.24(d).                                                                                                                                                       SEC-MAS-E-0000033