# Exhibit E

| Title | Link | Date posted |
|---|---|---|
| Introducing the Gram Token Sale on Liquid | https://blog.liquid.com/introducing-the-gram-token-sale-on-liquid | June 11, 2019 |
| Liquid statement on Gram Token Sale | https://blog.liquid.com/liquid-gram-statement | June 13, 2019 |
| Complete guide to taking part in the Gram Token Sale | https://blog.liquid.com/complete-guide-to-taking-part-in-the-gram-token-sale | June 14, 2019 |
| How to earn extra Gram tokens | https://blog.liquid.com/how-to-earn-extra-gram-tokens | June 14, 2019 |
| Facebook is launching its own cryptocurrency – here's what we know so far | https://blog.liquid.com/facebook-launching-cryptocurrency-libra-globalcoin | June 17, 2019 |
| What is the Gram token and why should you care? | https://blog.liquid.com/what-is-gram | June 19, 2019 |
| Deep dive: Telegram Open Network and Gram token analysis | https://blog.liquid.com/liquid-deep-dive-telegram-open-network-and-gram-token-analysis | June 24, 2019 |
| In conversation: Liquid CEO Mike Kayamori talks Gram Token Sale | https://blog.liquid.com/in-conversation-liquid-ceo-mike-kayamori-talks-gram-token-sale | June 26, 2019 |
| Win a TON of Gram: more than 500,000 USD in prizes to give away | https://blog.liquid.com/gram-token-raffle | July 1, 2019 |
| Social media contest #DoItForTheGram | https://blog.liquid.com/win-more-gram-tokens-social-media-contest | July 1, 2019 |
| Gram Token Sale: Price & QASH rebate details | https://blog.liquid.com/gram-token-price-qash-rebate-details | July 3, 2019 |
| Выиграй TON`y GRAM токенов: более 500.000USD готовы к раздаче! | https://blog.liquid.com/gram-token-raffle-ru | July 3, 2019 |
| 赢取海量Gram代币：超过价值50万美元的奖金 | https://blog.liquid.com/gram-token-raffle-zhcn | July 4, 2019 |
| 贏取海量Gram代幣：超過價值50萬美元的獎金 | https://blog.liquid.com/gram-token-raffle-zhtw | July 4, 2019 |
| Statement on price of Gram tokens | https://blog.liquid.com/statement-on-price-of-gram-tokens | July 5, 2019 |
| Liquid Q2 Progress Report | https://blog.liquid.com/liquid-q2-progress-report | July 5, 2019 |
| Lending platform Nexo will add support for Telegram's Gram token | https://blog.liquid.com/lending-platform-nexo-support-for-gram-token | July 6, 2019 |
| Telegram Open Network 1-pager | https://blog.liquid.com/telegram-open-network-1-pager | July 9, 2019 |
| TON' 단위의 Gram이 쏟아진다! 무려 50만 달러 이상의 경품을 받아가세요. | https://blog.liquid.com/gram-token-raffle-kr | July 10, 2019 |
| Соревнование в социальных сетях #DoItForTheGram. | https://blog.liquid.com/win-more-gram-tokens-social-media-contest-ru | July 10, 2019 |
| #DoItForTheGram SNS 콘테스트 | https://blog.liquid.com/win-more-gram-tokens-social-media-contest-kr | July 10, 2019 |
| Buy Gram tokens: sale now live | https://blog.liquid.com/buy-gram-tokens-sale-now-live | July 10, 2019 |
| Gram 토큰 세일: 가격과 QASH 리베이트 정보 | https://blog.liquid.com/gram-token-price-qash-rebate-details-kr | July 11, 2019 |
| Gram 토큰 가격에 대한 입장 | https://blog.liquid.com/statement-on-price-of-gram-tokens-kr | July 11, 2019 |
| 텔레그램 오픈 네트워크 1-페이지 요약본 | https://blog.liquid.com/telegram-open-network-1-pager-kr | July 11, 2019 |
| Gram 토큰 구매하기: 토큰 세일 시작 | https://blog.liquid.com/buy-gram-tokens-sale-now-live-kr | July 11, 2019 |
| The Gram Token Sale is now complete | https://blog.liquid.com/end-of-the-gram-token-sale | July 13, 2019 |
| Gram Token Sale: next steps for buyers | https://blog.liquid.com/gram-token-sale-next-steps-for-buyers | July 13, 2019 |
| Who will keep your crypto funds safe? Mike's Monthly Message | https://blog.liquid.com/who-will-keep-your-crypto-funds-safe-mikes-monthly-message | August 5, 2019 |
| Proceeds from Gram Token Sale in public blockchain wallet | https://blog.liquid.com/proceeds-from-gram-token-sale-in-public-blockchain-wallet | August 30, 2019 |
| How we connect our customers with great projects at Liquid: Mike's Monthly Message | https://blog.liquid.com/how-we-connect-our-customers-with-great-projects-at-liquid-mikes-monthly-message | September 6, 2019 |
| Gram Sale Blog Posts | https://blog.liquid.com/search-results?term=gram&type=SITE_PAGE&type=BLOG_POST&type=LISTING_PAGE | - |

| Title | Link |
| --- | --- |
| Gram Token Sale FAQ | https://help.liquid.com/en/articles/3054712-gram-token-sale-faq |
| Telegram Open Network FAQ | https://help.liquid.com/en/articles/3055524-telegram-open-network-faq |
| Win a TON of Grams Campaign Terms and Conditions | https://help.liquid.com/en/articles/3106170-win-a-ton-of-grams-campaign-terms-and-conditions |
| Gram Sale QASH Rebate Terms and Conditions | https://help.liquid.com/en/articles/3111261-gram-sale-qash-rebate-terms-and-conditions |
| Gram代币发售常见问题 | https://help.liquid.com/en/articles/3067407-gram%E4%BB%A3%E5%B8%81%E5%8F%91%E5%94%AE%E5%B8%B8%E8%A7%81%E9%97%AE%E9%A2%98 |
| Gram Token Sale Referral Campaign Terms and Conditions | https://help.liquid.com/en/articles/3056925-gram-token-sale-referral-campaign-terms-and-conditions |
| Telegram开放网络常见问题 | https://help.liquid.com/en/articles/3067686-telegram%E5%BC%80%E6%94%BE%E7%BD%91%E7%BB%9C%E5%B8%B8%E8%A7%81%E9%97%AE%E9%A2%98 |
| Telegram开放网络常见问题 | https://help.liquid.com/en/articles/3067440-telegram%E5%BC%80%E6%94%BE%E7%BD%91%E7%BB%9C%E5%B8%B8%E8%A7%81%E9%97%AE%E9%A2%98 |
| Gram代币邀请活动条款与条件 | https://help.liquid.com/en/articles/3067457-gram%E4%BB%A3%E5%B8%81%E9%82%80%E8%AF%B7%E6%B4%BB%E5%8A%A8%E6%9D%A1%E6%AC%BE%E4%B8%8E%E6%9D%A1%E4%BB%B6 |
| Gram代币邀请活动条款与条件 | https://help.liquid.com/en/articles/3067700-gram%E4%BB%A3%E5%B8%81%E9%82%80%E8%AF%B7%E6%B4%BB%E5%8A%A8%E6%9D%A1%E6%AC%BE%E4%B8%8E%E6%9D%A1%E4%BB%B6 |

| Text | Twitter (link) | Date Posted | Facebook (link) | Telegram (screenshot) |
|---|---|---|---|---|
| No text, just image | https://twitter.com/Liquid_Global/status/1138069113794899968 | June 10, 2019 | https://www.facebook.com/LiquidGlobal/photos/a.776076625837589/2058948720883700/?type=3&__tn__=-R | |
| The Gram Token Sale is coming to Liquid. For the first time, members of the public will be able to buy Telegram's sought-after $Gram tokens. $QASH holder benefits included. Get the inside scoop. | https://twitter.com/Liquid_Global/status/1138327362116956160 | June 11, 2019 | https://www.facebook.com/LiquidGlobal/posts/2060193790759193?__tn__=-R | https://i.gyazo.com/2ac3a09414878e6bb814f2b92cc6a43c.png |
| Prepare your $QASH.<br>The Gram Token Sale is coming to Liquid. It's the first opportunity for the public to get their hands on $Gram.<br>Read all about the sale, learn more about the Telegram Open Network and get a look at how QASH holders will benefit. | https://twitter.com/Liquid_Global/status/1138337213165559808 | June 11, 2019 | https://www.facebook.com/LiquidGlobal/posts/2060230844088821?__tn__=-R | https://i.gyazo.com/bf8a71586c61931329f4188a6bf3656d.png |
| Today we have something special to share. Liquid will host the $Gram Token Sale. For most traders, this will be the first chance to buy the long-awaited Gram token. Plus, our $QASH holders will benefit from exclusive rebates on their purchases. Get ready. | https://twitter.com/MikeKayamori/status/1138445845567889409 | June 11, 2019 | | https://i.gyazo.com/c3f652626cc9b6d6c73d9667eb5457df.png |
| $QASH holders are in for a treat.<br>We are hosting the first public sale of $Gram tokens - and QASH holders will be able to unlock exclusive rebates off the token purchase price. The more you hold, the bigger your rebate. | https://twitter.com/Liquid_Global/status/1138714514961117184 | June 12, 2019 | | |
| The countdown is on. ⏱<br>Are you ready to get your hands on some $Gram?<br>Register your interest. Prepare your $QASH. | https://twitter.com/Liquid_Global/status/1138749532890644480 | June 12, 2019 | https://www.facebook.com/LiquidGlobal/posts/2062434467201792?__tn__=-R | |
| For the first time, members of the public can get their hands on Telegram's hotly anticipated Gram tokens – only on Liquid.<br>The $Gram Token Sale on Liquid will run from 9am JST on July 10. | https://twitter.com/Liquid_Global/status/1138768406918967297 | June 12, 2019 | | |
| Are you preparing for the $Gram token sale?<br>Topping up your Liquid account is easy. You can deposit straight from your credit or debit card. | https://twitter.com/Liquid_Global/status/1138823268851494912 | June 12, 2019 | https://www.facebook.com/LiquidGlobal/posts/2062592003852705?__tn__=-R | |
| Please read our statement addressing questions from the media and community about the Gram Token Sale. | https://twitter.com/Liquid_Global/status/1139113564050984960 | June 13, 2019 | https://www.facebook.com/LiquidGlobal/posts/2063948460383726?__tn__=-R | https://i.gyazo.com/b2ea195a98663fdacf230ce3ba50ee20.png |
| You've probably heard the news. 👉 The $Gram Token Sale is coming to Liquid July 10.<br>$QASH holders will receive exclusive rebates on their Gram purchases. Holding more QASH will qualify you for larger rebates. | https://twitter.com/Liquid_Global/status/1139141991130968065 | June 13, 2019 | | |
| Start filling your $Gram bags.<br>Earn Gram tokens by referring your friends to Liquid for the Gram Token Sale.<br>Get involved. | https://twitter.com/Liquid_Global/status/1139484849084010497 | June 14, 2019 | https://www.facebook.com/LiquidGlobal/posts/2065677586877480?__tn__=-R | https://i.gyazo.com/c532cbc69eda2aee130cc037326ec155.png |
| Do you want some $Gram?<br>$QASH holders will qualify for exclusive rebates, so they'll be getting the best prices. Prepare your $QASH. | https://twitter.com/Liquid_Global/status/1139593091311198208 | June 14, 2019 | | |

| Text | Twitter (link) | Date Posted | Facebook (link) | Telegram (screenshot) |
|---|---|---|---|---|
| The $Gram token sale is fast approaching. Make sure you're ready. We've put together this handy guide that shows everything you need to do to prepare to buy some $Gram. | https://twitter.com/Liquid_Global/status/1140229534853341185 | June 16, 2019 | | |
| Holding $QASH can qualify you for exclusive rebates in the $Gram token sale. Are you ready? | https://twitter.com/Liquid_Global/status/1140242872870084608 | June 16, 2019 | https://www.facebook.com/LiquidGlobal/posts/2069250006520238?__tn__=-R | |
| Грядёт распродажа Gram от Liquid! Впервые у широкой публики появилась возможность купить популярные Telegram токены $Gram! Бонусы для владельцев $QASH! Не пропустите! | https://twitter.com/Liquid_Global/status/1140577871427190784 | June 17, 2019 | | |
| The $Gram token sale is fast approaching. Make sure you're ready. We've put together this handy guide that shows everything you need to do to prepare for July 10. | https://twitter.com/Liquid_Global/status/1140997469083459588 | June 18, 2019 | | |
| With more than 200 million monthly active users, Telegram is set to take the crypto world by storm with the introduction of the $Gram token. Let's take a quick look at what makes Gram and the Telegram ecosystem so special. | https://twitter.com/Liquid_Global/status/1141391944192598016 | June 19, 2019 | | https://i.gyazo.com/a947e312e333701a109cfabf0f922254.png |
| The Telegram Open Network brings messaging, file storage, dApps, payments and much more to Telegram's 200 million active users, with a native token, $Gram, at the heart of the ecosystem. | https://twitter.com/Liquid_Global/status/1141677073301417984 | June 20, 2019 | https://www.facebook.com/LiquidGlobal/posts/2075932762518629?__tn__=-R | |
| If you pay your trading fees with $QASH on Liquid, you get 50% off. Want more? QASH holders will qualify for exclusive rebates in the upcoming $Gram Token Sale. 👌 | https://twitter.com/Liquid_Global/status/1142112630003437568 | June 21, 2019 | | |
| Buying $Gram on Liquid will be super simple. Here's our short guide on how to get your account set up and ready for the Gram Token Sale. | https://twitter.com/Liquid_Global/status/1142729884059521024 | June 23, 2019 | https://www.facebook.com/LiquidGlobal/posts/2081200035325235?__tn__=-R | |
| Đợt mở bán công khai đầu tiên của đồng Gram sẽ được tổ chức trên sàn Liquid vào ngày 10 tháng 7. Tìm hiểu thêm về cách bạn có thể tham gia vào sự kiện được nhiều người mong đợi này. | https://twitter.com/Liquid_Global/status/1143069235641552896 | June 24, 2019 | | |
| With the $Gram Token Sale on Liquid fast approaching, now's the perfect time to do your research into Telegram's highly anticipated #blockchain project. Our deep dive on Telegram, #TON and the Gram token will help get you started. | https://twitter.com/Liquid_Global/status/1143085068530999299 | June 24, 2019 | https://www.facebook.com/LiquidGlobal/posts/2084820204963218?__tn__=-R | https://i.gyazo.com/1017a99faebc956054924c9e4760d5b0.png |
| Свершилось! Только на Liquid – для широкой публики станет возможным приобрести ожидаемые с таким нетерпением $Gram токены Telegram. Распродажа Gram токенов на Liquid начнётся уже 10-го июля. | https://twitter.com/Liquid_Global/status/1143477687761154048 | June 25, 2019 | | |
| Get on the $Gram train. 🚂 Refer your friends to Liquid to start earning Gram tokens. | https://twitter.com/Liquid_Global/status/1143589909632040967 | June 25, 2019 | | |

| Text | Twitter (link) | Date Posted | Facebook (link) | Telegram (screenshot) |
|---|---|---|---|---|
| July 10 is fast approaching. 🗓<br>In this new video, Liquid CEO<br>@MikeKayamori<br>discusses the upcoming Gram Token Sale with Gram Asia CEO Dongbeom Kim. | https://twitter.com/Liquid_Global/status/1143777662034501633 | June 26, 2019 | https://www.facebook.com/watch/?v=320477135564231 | https://i.gyazo.com/302717ec904d80e20ba892a538adf27a.png |
| ● Learn more about the Gram Token Sale: http://bit.ly/gram-token-sale<br>● Read our deep dive on the Telegram Open Network: http://bit.ly/telegram-deep-dive | https://twitter.com/Liquid_Global/status/1143782337295110146 | June 26, 2019 | | |
| ICYMI: Check out our deep dive on Telegram, TON and the Gram token.<br>Gram Token Sale goes live July 10. 🗓 | https://twitter.com/Liquid_Global/status/1144581678171643905 | June 28, 2019 | | |
| Don't forget: the $Gram Token Sale starts July 10 and you'll need a verified Liquid account to take part.<br>You can get help verifying your account in the Liquid Help Center.<br>https://help.liquid.com/collections/1110089-user-account | https://twitter.com/Liquid_Global/status/1144869528146448385 | June 29, 2019 | | |
| Win big with Liquid! We're giving away more than half a million dollars worth of Gram tokens.<br>Simply take part in the Gram Token Sale from July 10 to claim your raffle tickets. 🎟<br>All the details are in our blog 👇. Good luck! | https://twitter.com/Liquid_Global/status/1145627979562790913 | July 1, 2019 | https://www.facebook.com/LiquidGlobal/posts/2095087983936440?__tn__=-R | https://i.gyazo.com/ad12e5ed1cff22f84336bd44f69f8ba3.png |
| Twitter squad: here's an easy way to earn some Gram tokens.<br>Take part in our #DoItForTheGram social media contest. $Gram rewards are waiting for you! 🏆 | https://twitter.com/Liquid_Global/status/1145652092243206144 | July 1, 2019 | https://www.facebook.com/LiquidGlobal/posts/2095198060592099?__tn__=-R | https://i.gyazo.com/d9e5628e5878d6835dabd4498617bf19.png |
| We're giving away over 500,000 USD worth of Gram tokens. 💰<br>Take part in our $Gram token sale from July 10 to get your raffle tickets. 🎟<br>For everything you need to know, click below. | https://twitter.com/Liquid_Global/status/1145991250199420928 | July 2, 2019 | https://www.facebook.com/LiquidGlobal/posts/2098055556973016?__tn__=-R | |
| It's time to make some noise. 📣 We're running a social media contest where you can win more $Gram tokens.<br>Will you #DoItForTheGram? | https://twitter.com/Liquid_Global/status/1146021700666048513 | July 2, 2019 | https://www.facebook.com/LiquidGlobal/posts/2096870203758218?__tn__=-R | |
| The Gram Token Sale is fast approaching. Are you up to speed?<br>Check out this video of Liquid CEO<br>@MikeKayamori<br>discussing the sale with Gram Asia CEO Dongbeom Kim. | https://twitter.com/Liquid_Global/status/1146052878785798144 | July 2, 2019 | https://www.facebook.com/watch/?v=324499511828660 | |
| The $Gram Token Sale is just one week away.<br>Check out our blog for updated information about token price, sale structure and big discounts offered exclusively to $QASH holders.<br>Get the scoop 👇. | https://twitter.com/Liquid_Global/status/1146350760705363969 | July 3, 2019 | https://www.facebook.com/LiquidGlobal/posts/2098430190268886?__tn__=-R | https://i.gyazo.com/70af32c7ecd9ae2ae9a5c0b022f18b4c.png |
| $QASH holders: you'll pay less than the rest in the $Gram Token Sale.<br>If you hold QASH you can qualify for an exclusive rebate. More QASH = more savings = 👍.<br>Read the details below. | https://twitter.com/Liquid_Global/status/1146377328626405376 | July 3, 2019 | https://www.facebook.com/LiquidGlobal/posts/2098566590256246?__tn__=-R | https://i.gyazo.com/67baf6a315de3c8bde10572c825a510e.png |

| Text | Twitter (link) | Date Posted | Facebook (link) | Telegram (screenshot) |
|---|---|---|---|---|
| The $Gram Token Sale is right around the corner. Here's what you'll need:<br>- A verified Liquid account.<br>- Some USD or USDC in your Liquid wallet.<br>- A stack of $QASH (if you want the best prices).<br>Our handy guide 👉 has everything you need to know. | https://twitter.com/Liquid_Global/status/1146431483520966656 | July 3, 2019 | https://www.facebook.com/LiquidGlobal/posts/2098952750216630?__tn__=-R | |
| The $Gram Token Sale is less than a week away.<br>Make sure your account is funded with $USD or $USDC so you're ready to go when the sale starts on July 10 📅. | https://twitter.com/Liquid_Global/status/1146696376581070849 | July 4, 2019 | | |
| 来Liquid赚福利！超过50万美元的Gram代币奖励！ | https://twitter.com/Liquid_Global/status/1146710114004611073 | July 4, 2019 | | |
| Make sure you're on the start line when the $Gram sale goes live next week. 🏁<br>Fund your Liquid account with $USD or $USDC so you're ready to buy Gram.<br>Deposit now. | https://twitter.com/Liquid_Global/status/1146733390340734977 | July 4, 2019 | https://www.facebook.com/LiquidGlobal/posts/2099864653458773?__tn__=-R | https://i.gyazo.com/8d5cbd5079eae7e8a7aa15130110aca9.png |
| Here's what we know about $Gram circulating supply:<br>1️⃣ At TON mainent launch: 640 million<br>2️⃣ After 3 months: 1.23 billion<br>3️⃣ After 6 months: 1.84 billion<br>4️⃣ After 12 months: 2.48 billion<br>5️⃣ After 18 months: 3.12 billion<br>More info in our deep dive 👉. | https://twitter.com/Liquid_Global/status/1146758406105108480 | July 4, 2019 | https://www.facebook.com/LiquidGlobal/photos/a.776076625837589/2111514772293761/?type=3&theater | https://i.gyazo.com/6d1522cf20d31a8c6348d21fe08626da.png |
| 來Liquid賺福利！超過50萬美元的Gram代幣獎勵！ | https://twitter.com/Liquid_Global/status/1146991292683042818 | July 5, 2019 | | |
| We would like to address questions on the pricing of the Gram token, which was recently announced on our website.<br>Please read the statement below regarding this matter. | https://twitter.com/Liquid_Global/status/1147081831214452736 | July 5, 2019 | | https://i.gyazo.com/05deae4fa7638cafb9e75620b7a25e12.png |
| ⏳ 5 days to go. ⏳<br>The $Gram Token Sale starts on Wednesday. Get to the starting grid.<br>Fund your account with USD or USDC and brace for when the countdown hits zero. | https://twitter.com/Liquid_Global/status/1147159699294498817 | July 5, 2019 | https://www.facebook.com/LiquidGlobal/posts/2102008933244345?__tn__=-R | |
| There's more than half a million dollars worth of $Gram tokens on the table – get your share. 😊 Simply take part in the Gram Token Sale from July 10 to claim your raffle tickets. 🎟<br>All the details are in our blog 👉. Good luck! | https://twitter.com/Liquid_Global/status/1147205203713806338 | July 5, 2019 | https://www.facebook.com/LiquidGlobal/posts/2106215262823712?__tn__=-R | |
| Earn $Gram tokens by joining our social media competition.<br>#DoItForTheGram | https://twitter.com/Liquid_Global/status/1147265899239477248 | July 5, 2019 | | |
| 📞 Hello?<br>Is your account is ready to buy $Gram? No verification, no Gram tokens for you. You have just a few days left to prepare.<br>See you on Wednesday for the Gram Token Sale. 1️⃣<br>https://help.liquid.com/en/collections/1110089-user-account | https://twitter.com/Liquid_Global/status/1147414880921821185 | July 6, 2019 | | |
| Получай больше с Liquid! Мы разыгрываем токены GRAM на сумму более полумиллиона долларов! | https://twitter.com/Liquid_Global/status/1147489577600507905 | July 6, 2019 | | |

| Text | Twitter (link) | Date Posted | Facebook (link) | Telegram (screenshot) |
|---|---|---|---|---|
| Telegram's $Gram token could usher in the beginning of a new crypto wave 🔊.<br>It's powerful, fast and ready for large-scale adoption.<br>Get all the juicy details below 👇. | https://twitter.com/Liquid_Global/status/1147792320835850240 | July 7, 2019 | https://www.facebook.com/LiquidGlobal/posts/2102532143192024?__tn__=-R | |
| Why pay more? Holding $QASH can effectively save you up to 50 cents per $Gram token – a 12.5% discount.<br>Stack QASH to build your rebate. The more you hold, the bigger your rebate. 💰 | https://twitter.com/Liquid_Global/status/1147822567761334272 | July 7, 2019 | https://www.facebook.com/LiquidGlobal/posts/2104829372962301?__tn__=-R | |
| We're making it even easier to buy $Gram tokens.<br>With our new feature, you'll be able to buy Gram with any of the currencies available in Quick Exchange – including $QASH.<br>More details here 👇. | https://twitter.com/Liquid_Global/status/1147860189917454336 | July 7, 2019 | https://www.facebook.com/LiquidGlobal/posts/2105212289590676?__tn__=-R | https://i.gyazo.com/ba4872f844f2320aaa1bc8f24fa88e68.png |
| It's almost time.<br>The $Gram Token Sale starts in less than two days. Don't get left behind. Prepare your funds now. | https://twitter.com/Liquid_Global/status/1148135881829748737 | July 8, 2019 | | https://i.gyazo.com/219df1636419fed6788e78ed2598e282.png |
| We're giving away more than half a million USD in $Gram tokens and YOU could be a winner. 🎉<br>Simply take part in the Gram Token Sale from July 10 to claim your raffle tickets. 🎟<br>All the details are in our blog 👇. Good luck! | https://twitter.com/Liquid_Global/status/1148181051300372480 | July 8, 2019 | | |
| Are you ready for the $Gram Token Sale?<br>You need:<br>✅ A verified Liquid account.<br>✅ Funds on Liquid, ready to buy Gram tokens.<br>Here's a guide on how to get your account ready for Gram. | https://twitter.com/Liquid_Global/status/1148231008535425025 | July 8, 2019 | https://www.facebook.com/LiquidGlobal/posts/2106503296128242?__tn__=-R | |
| Gram代幣發售即將到來（7月10日）為了回饋我們的廣大社區，我們還準備了一次特殊的抽籤活動，獎金池內有超過50萬美元的Gram代幣！ | https://twitter.com/Liquid_Global/status/1148411439864078337 | July 9, 2019 | | |
| Gram代币发售即将到来（7月10日）为了回馈我们的广大社区，我们还准备了一次特殊的抽签活动，奖金池内有超过50万美元的Gram代币！ | https://twitter.com/Liquid_Global/status/1148442532281495552 | July 9, 2019 | | |
| Распродажа GRAM токенов уже на пороге (10 июля)! В знак признательности нашему потрясающему сообществу мы решили провести специальную лотерею с призовым фондом в GRAM токенах на сумму более 500.000USD! | https://twitter.com/Liquid_Global/status/1148471845479493632 | July 9, 2019 | | |
| The $Gram Token Sale is TOMORROW.<br>We're making Gram tokens available to the public for the first time.<br>Set your alarm: 8 AM UTC July 10. | https://twitter.com/Liquid_Global/status/1148517395553800192 | July 9, 2019 | | |
| The $Gram Token Sale starts tomorrow.<br>Get the lowdown on what makes Gram so special by reading our 1-pager, packed with great information. | https://twitter.com/Liquid_Global/status/1148532999778160640 | July 9, 2019 | https://www.facebook.com/LiquidGlobal/posts/2108213605957211?__tn__=-R | |

| Text | Twitter (link) | Date Posted | Facebook (link) | Telegram (screenshot) |
|---|---|---|---|---|
| There's something on the horizon. 🌅 The $Gram Token Sale begins on Liquid in less than 24 hours.<br>USD, USDC and any of our Quick Exchange currencies accepted. Time to get your funds ready. Don't miss your chance. Deposit now. | https://twitter.com/Liquid_Global/status/1148576179064070144 | July 9, 2019 | | |
| #protip: bookmark the $Gram Token Sale page ready for Wednesday. 😊 This is where you'll need to go to buy Gram tokens at 8 AM UTC.<br>🔖 https://app.liquid.com/ieo-market/GRAM | https://twitter.com/Liquid_Global/status/1148583585517060099 | July 9, 2019 | | https://i.gyazo.com/3ac4ba8375962710730753a8e45a7e86.png |
| Less than 24 hours to go! 🎉<br>We're ready. Are you?<br>Here's everything you need to know to prepare for the $Gram Token Sale. | https://twitter.com/Liquid_Global/status/1148585791750311936 | July 9, 2019 | | https://i.gyazo.com/2d4cc8876f1c8c703b22f5cfc8f8f345.png |
| We will integrate Quick Exchange – a feature on Liquid that allows customers to easily swap one asset for another – into the sale page for $Gram tokens on Wednesday. You'll then be able to use any of our supported Quick Exchange assets to buy Gram.<br>https://help.liquid.com/en/articles/3085966-buy-gram-tokens-with-ease-using-quick-exchange | https://twitter.com/MikeKayamori/status/1148573193382354944 | July 9, 2019 | | |
| 🚨 WEDNESDAY 🚨 | https://twitter.com/Liquid_Global/status/1148631396610727937 | July 9, 2019 | | |
| Lending platform<br>@NexoFinance<br>is expanding the utility of the $Gram token by giving HODLers instant access to loans backed by Gram. As the hosts of the first public sale of Gram, we are delighted to see this additional utility for Gram. | https://twitter.com/Liquid_Global/status/1148703997576011776 | July 9, 2019 | | |
| Liquid와 함께 큰 상금을 받아 가세요! 50만 달러 상당의 Gram 토큰이 준비되어있습니다. | https://twitter.com/Liquid_Global/status/1148743605558923264 | July 10, 2019 | | |
| #DoItForTheGram SNS 캠페인에 참여하세요. $Gram 보상이 당신을 기다리고 있습니다. | https://twitter.com/Liquid_Global/status/1148793213139992576 | July 10, 2019 | | |
| Прими участие в нашем #DoItForTheGram соревновании. Награда в GRAM токенах ждет тебя! | https://twitter.com/Liquid_Global/status/1148837253147430915 | July 10, 2019 | | |
| The Gram Token Sale, originally scheduled to launch at 8 AM UTC today, will now begin at 11 AM UTC.<br>We anticipate high demand and want to ensure everyone has an equal and fair opportunity to participate.<br>Further updates will be shared shortly. | https://twitter.com/Liquid_Global/status/1148862483291095041 | July 10, 2019 | https://www.facebook.com/LiquidGlobal/posts/2109714449140460?__tn__=-R | https://i.gyazo.com/b24ec40eca985fc23661f0e4e43c987b.png |
| The $Gram Token Sale is now live on Liquid!<br>For the first time, Telegram's Gram token is on sale to the public.<br>Don't miss your chance.<br>Buy Gram tokens now. | https://twitter.com/Liquid_Global/status/1148925205680664576 | July 10, 2019 | https://www.facebook.com/LiquidGlobal/posts/2109987912446447?__tn__=-R | https://i.gyazo.com/4ba7a6b723d57d84ed29ce0c5ebf22b3.png |
| The Gram Token Sale is live and kicking. Please note that users who have successfully bought Gram tokens can view your purchase under My History from within the IEO dashboard: https://app.liquid.com/ieo-history | https://twitter.com/Liquid_Global/status/1148940537682157570 | July 10, 2019 | | https://i.gyazo.com/c9441307f6a205a9992f7eae168cced6.png<br>https://i.gyazo.com/68980f221886e0a401dfbb1327967e25.png |

| Text | Twitter (link) | Date Posted | Facebook (link) | Telegram (screenshot) |
|---|---|---|---|---|
| The Gram Token Sale has started with a bang 💥 and we're pleased to see that tokens are selling fast. 🚀<br>Buy your Gram tokens now! This is the first time Telegram's Gram token has been on sale to the public.<br>Miss it, miss out. | https://twitter.com/Liquid_Global/status/1148944203260596225 | July 10, 2019 | https://www.facebook.com/LiquidGlobal/posts/2110065515772020?__tn__=-R | https://i.gyazo.com/ce651084f42aef5cca0fb3c5fa10209f.png |
| It gives me great pleasure to announce that the Gram Token Sale is now live on Liquid. We've seen huge demand already and I'm extremely pleased with how the sale is progressing so far. We worked hard to bring this sale to our community.<br>Take part here: | https://twitter.com/MikeKayamori/status/1148946963620093952 | July 10, 2019 | | |
| The $Gram token sale is live on Liquid. Get involved.<br>You can fund your Liquid account with your credit or debit card (thanks to our trusted partner<br>@SimplexCC<br>) & then you are just seconds away from buying Gram.<br>Here's a step-by-step guide:<br>https://help.liquid.com/en/articles/3136149-buy-gram-by-depositing-from-your-credit-or-debit-card | https://twitter.com/Liquid_Global/status/1148956155844186113 | July 10, 2019 | | |
| $Gram 토큰 세일이 시작되었습니다!<br>지금 Liquid에서 Gram 토큰을 구매하세요. | https://twitter.com/Liquid_Global/status/1148992761443618816 | July 10, 2019 | | |
| Распродажа GRAM токенов стартовала!<br>Желаете купить GRAM токены – посетите Liquid! | https://twitter.com/Liquid_Global/status/1149015363683790849 | July 10, 2019 | | |
| Gram代币发售已经开始！<br>去Liquid购买Gram。 | https://twitter.com/Liquid_Global/status/1149155097601105920 | July 11, 2019 | | |
| $Gram token supply, explained simply:<br>1️⃣ Circulating supply starts at 640 million upon TON mainnet launch.<br>2️⃣ After launch, 25% of locked tokens are released after 3, 6, 12 and 18 months.<br>3️⃣ Once all tokens are released, network contributors receive Gram rewards. | https://twitter.com/Liquid_Global/status/1149248642441781248 | July 11, 2019 | | https://i.gyazo.com/51eb874df4b584bba97bc6af5ec3694f.png |
| Buy $Gram tokens now. | https://twitter.com/Liquid_Global/status/1149249427984584707 | July 11, 2019 | | |
| Buy Gram tokens on Liquid and be in with the chance to win BIG prizes.<br>We still have hundreds of thousands of dollars of Gram tokens to give away. For every 100 USD of Gram you buy, you'll get one raffle ticket. 🎟 Get stacking! | https://twitter.com/Liquid_Global/status/1149250956846141442 | July 11, 2019 | https://www.facebook.com/LiquidGlobal/posts/2111497438962161?__tn__=-R | |
| If you're going to buy Gram tokens, make sure you pay the best prices. $QASH holders can qualify for exclusive rebates that effectively lower the price of Gram as much as 12.5%. 😊<br>Get the insider info: | https://twitter.com/Liquid_Global/status/1149281430201090049 | July 11, 2019 | https://www.facebook.com/LiquidGlobal/posts/2111634592281779?__tn__=-R | |
| We are delighted to announce that due to stronger than anticipated demand we will complete the Gram token sale early. Last orders will be accepted no later than 11.30 PM UTC on July 12 2019. | https://twitter.com/Liquid_Global/status/1149313127135240192 | July 11, 2019 | https://www.facebook.com/LiquidGlobal/posts/2111802775598294?__tn__=-R | https://i.gyazo.com/7bd5f48f9496082690fb9a726cb148dd.png |

| Text | Twitter (link) | Date Posted | Facebook (link) | Telegram (screenshot) |
|---|---|---|---|---|
| Liquid will continue to work with selected partner exchanges in the distribution of Gram tokens to verified users. | https://twitter.com/Liquid_Global/status/1149313170420436992 | July 11, 2019 | | |
| We look forward to our next mission of supporting the development of the Telegram Open Network and providing liquidity to Gram holders around the world once mainnet launches. Last chance to buy: https://app.liquid.com/ieo-market/GRAM | https://twitter.com/Liquid_Global/status/1149313200212627461 | July 11, 2019 | | |
| 🔔 Less than 24 hours to go 🔔 The $Gram token sale is still live, but you're running out of time. Get your Gram tokens while you still can. The Gram sale ends at 11.30 PM UTC today. | https://twitter.com/Liquid_Global/status/1149590464288288769 | July 12, 2019 | | |
| 전 세계가 가장 주목하는 토큰을 구입할 수 있는 마지막 기회. | https://twitter.com/Liquid_Global/status/1149633715342962688 | July 12, 2019 | | |
| You have just a few hours left until the Gram Token Sale closes on Liquid. Make sure you get your Grams before the closing bell tonight at 11.30 PM UTC. 🔔 | https://twitter.com/Liquid_Global/status/1149647089762091014 | July 12, 2019 | https://www.facebook.com/LiquidGlobal/posts/2113356852109553?__tn__=-R | https://i.gyazo.com/cdf99e2941489209bf709b029066f35a.png |
| The clock is ticking on your chance to win a share of 500,000 USD in $Gram tokens. Buy some Gram now to get your tickets. You could win BIG. 🎉 There's only a few hours left. You have until 11.30 PM UTC tonight. | https://twitter.com/Liquid_Global/status/1149664954099884032 | July 12, 2019 | https://www.facebook.com/LiquidGlobal/posts/2113450978766807?__tn__=-R | https://i.gyazo.com/7591afd0d3e5ff70776cc970a8fd9cc6.png |
| Attention $Gram buyers and $QASH holders. The Gram sale is ending today, but July 17 will remain the date of the QASH rebate snapshot and the beginning of the holding period. Please see the rebate information in the blog below for further clarity. | https://twitter.com/Liquid_Global/status/1149672104939274242 | July 12, 2019 | https://www.facebook.com/LiquidGlobal/posts/2113487522096486?__tn__=-R | https://i.gyazo.com/3a55df15b1ca4686996ef76f30f7f744.png |
| The Gram Token Sale is now over. Congratulations to everyone who got in and thank you for your continued support. We look forward to bringing you more quality token sales on Liquid in the future. | https://twitter.com/Liquid_Global/status/1149824976276676608 | July 13, 2019 | https://www.facebook.com/LiquidGlobal/posts/2114262525352319?__tn__=-R | https://i.gyazo.com/7082a9ade1741cbc5503c34196956a42.png |
| The Gram Token Sale on Liquid has ended, but it's just the beginning for new Gram holders. Read our blog for a full breakdown of what's next for everyone who took part in the sale. | https://twitter.com/Liquid_Global/status/1149973238853853185 | July 13, 2019 | https://www.facebook.com/LiquidGlobal/posts/2114859801959258?__tn__=-R | |
| All customer funds from the $Gram sale on Liquid are now stored in a publicly verifiable, segregated blockchain wallet. Funds will remain in cold storage until Gram tokens are delivered. Read ⬇. | https://twitter.com/Liquid_Global/status/1167369079038124032 | Aug 30, 2019 | | https://i.gyazo.com/8f86882981c8473404db4cb6042818f4.png |

| Title | Link |
|---|---|
| Introducing the Gram Token Sale on Liquid | https://www.reddit.com/r/liquid/comments/bz965q/introducing_the_gram_token_sale_on_liquid/ |
| Win a TON of Gram: more than 500,000 USD in prizes to give away | https://www.reddit.com/r/liquid/comments/c7qugt/win_a_ton_of_gram_more_than_500000_usd_in_prizes/ |
| Statement on price of Gram tokens | https://www.reddit.com/r/liquid/comments/c9e8ex/statement_on_price_of_gram_tokens/ |
| Liquid statement on Gram Token Sale | https://www.reddit.com/r/liquid/comments/c03zu6/liquid_statement_on_gram_token_sale/ |
| In conversation: Liquid CEO Mike Kayamori talks Gram Token Sale | https://www.reddit.com/r/liquid/comments/c5o8mz/in_conversation_liquid_ceo_mike_kayamori_talks/ |
| Announcing early completion of the Gram sale | https://www.reddit.com/r/liquid/comments/cbvsly/announcing_early_completion_of_the_gram_sale/ |
| The Gram Token Sale is coming to Liquid (QASH holder benefits included) | https://www.reddit.com/r/liquid/comments/bz8u5c/the_gram_token_sale_is_coming_to_liquid_qash/ |
| The $Gram Token Sale is now live on Liquid! | https://www.reddit.com/r/liquid/comments/cbfws6/the_gram_token_sale_is_now_live_on_liquid/ |
| Gram Token Sale: Price & QASH rebate details | https://www.reddit.com/r/liquid/comments/c8m0w0/gram_token_sale_price_qash_rebate_details/ |

| Title | Date Posted | Link |
|---|---|---|
| Introduction to Gram Token Sale | June 25, 2019 | https://youtu.be/Chkw-rtgt6Y |