# Exhibit F



**Bank Depositor Agreement - Venture Capital Fund Accounts
(Master Agreement - Corporation)**

**ORGANIZATION NAME** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
(VENTURE CAPITAL / PRIVATE EQUITY MANAGEMENT COMPANY NAME)

Business Address (Physical) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Mailing Address (if different) 75 Spyrou Kyprianou, 1 floor, office/flat 102, 4042 Limassol, Potamos Germasogeias, Cyprus

Phone +35725812210    Fax +35725313933

State of Incorporation/Registration (Country if Non-US) Cayman Islands

**DEPOSITOR AGREEMENT**

The Management Company named above ("Client") manages venture capital funds and is authorized to establish and manage bank accounts for the funds listed on Exhibit A. Client agrees that any deposit account it opens with Bank now or later is governed by this Agreement, the Bank's then current Deposit Agreement and Disclosure Statement (the "Deposit Agreement") and Bank's Fee Schedule(s). We have received the Deposit Agreement and the Fee Schedule(s). The Contracting Officer(s) named below may establish or pledge any account, sign any other agreement about the accounts with the Bank they deem necessary, and designate the persons authorized to sign on all/or any accounts.

Client, as manager of various venture capital accounts/funds, will submit Exhibit A, executed by an authorized signer, to open additional accounts that will be governed by this Master Agreement.

☑ **Corporation**

RESOLVED, that this organization establish an account or accounts with Bank and that the President, Secretary, Treasurer, or Vice President, ("Contracting Officers"), is/are authorized to establish accounts. Resolved further, that the individuals whose signatures appear below are authorized to withdraw funds from any such account in any manner. I/We certify that these resolutions were duly appointed by the governing body of this organization and are in effect; that all signatures or initials appearing on this card are those of the persons authorized in accordance with the resolutions; and that this agreement is the binding obligation of the organization.

If a copy of this Bank Depositor Agreement is provided to the Bank in lieu of the original, Client hereby certifies that it is a true, accurate and complete copy of the original.

| Authorized Signature | Print Name & Title | Date |
|---|---|---|
| _[signature]_ | Maria Elia on behalf of Dream Ventures Limited, director | 11.01.2018 |
| Authorized Signature | Print Name & Title | Date |

| SIGNATURES | TYPED NAME & TITLE | PHONE/EMAIL |
|---|---|---|
| _[signature]_ | Maria Elia on behalf of Dream Ventures Limited, director | 00357-25812210/maria.elia@masterve.com |

(Line out unused spaces)

Bank Depositor Agmt VC Funds Corp    Rev. Feb 09, 2017    Page 1 of 2



**Bank Depositor Agreement - Venture Capital Fund Accounts**
(Exhibit A)

If you require more than one signature to withdraw from an account, we are not liable to you if a transaction is contrary to your internal signature requirements.

**ORGANIZATION NAME** ▮▮▮▮▮▮▮▮▮▮
(VENTURE CAPITAL / PRIVATE EQUITY MANAGEMENT COMPANY NAME)

Under the Master Depositor Agreement for ▮▮▮▮▮▮▮▮▮▮
("Client"), I certify that I am an authorized signer and wish to establish the following venture capital/managed fund account(s):

| ENTITY NAME | ACCOUNT NUMBER | TAX ID | ENTITY TYPE |
|---|---|---|---|
| Space Investments Limited | ▮▮▮ | Foreign | Corporation |
| SPACE INVESTMENTS LIMITED | ▮▮▮ | Foreign | |

**TAX ID INFORMATION & CERTIFICATION**

This certification applies to all entities listed above. Contact your Tax Advisor for questions regarding this certification. Do not complete the following Certification if you are a foreign person. You must provide Bank with the appropriate IRS Form W-8 (i.e., W-8BEN, W-8BEN-E, W-8ECI, W-8EXP, or W-8IMY.)

Exemptions (see IRS Form W-9 instructions):
Exempt payee code (if any) _____    Exemption from FATCA reporting code (if any) _____

Under penalties of perjury, I certify that:

(1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
(2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
(3) I am a U.S. citizen or other U.S. person (defined in the instructions); and
(4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 3 of IRS Form W-9. The instructions are available upon request.

Authorized Signature: _[signature]_
Print Name & Title: Maria Elia olb of Dream Ventures Limited Director
Date: 15.08.2018

[Stamp: Dream Ventures Limited]

Bank Depositor Agmt VC Funds    Rev. Feb 09, 2017    Page 2 of 2