# Exhibit G

**Client Name:** SPACE INVESTMENTS  
**Account Number:** [redacted]  

**RC/Team Code:** 216/96Q  
**Status Code:** 1  

| Posting Date | Serial or Check# | Trancode | Run Number | Amount | Description 1 | Description 2 | Description 3 |
|---|---|---|---|---|---|---|---|
| 1/26/2018 | 0 | 21 | 900 | $1,000,000.00 | WIRE IN [redacted] 4 | 201802605053;ORG POMBUKHCHAN K | HACHATUR EDUARDOVICH;OBI PURCH |
| 1/30/2018 | 0 | 21 | 900 | $250,000.00 | WIRE IN [redacted] | 201803005852;ORG DAY ONE VENTU | RES FUND I, L.P.;OBI DAY ONE V |
| 1/30/2018 | 0 | 21 | 900 | $1,000,000.00 | WIRE IN [redacted] | 201803005935;ORG LIVANTRUM GRO | UP LIMITED;OBI ETRD17371574 LI |
| 1/30/2018 | 0 | 21 | 900 | $4,999,980.00 | WIRE IN [redacted] | 201803012122;ORG STARWOLF LIMI | TED;OBI PAYMENT UNDER SUBSCRIP |
| 1/31/2018 | 0 | 21 | 900 | $100,000.00 | WIRE IN [redacted] | 201803101249;ORG SOKOLOV MIKHA | IL ARTEMOVICH;OBI ROUTING  TR |
| 1/31/2018 | 0 | 21 | 900 | $200,000.00 | WIRE IN [redacted] | 201803115461;ORG BRETTEN BUSIN | ESS LIMITED;OBI BY ORDER OF BR |
| 1/31/2018 | 0 | 21 | 900 | $250,000.00 | WIRE IN [redacted] | 201803107909;ORG DROKOVA VIKTO | RIA ALEKSANDROVNA;OBI PAYMENT |
| 1/31/2018 | 0 | 21 | 900 | $500,000.00 | WIRE IN [redacted] | 201803108169;ORG 1/TANIST GROU | P LIMITED;OBI [redacted] |
| 1/31/2018 | 0 | 21 | 900 | $3,300,000.00 | WIRE IN [redacted] | 201803114220;ORG SHULLO INVEST | MENTS LTD;OBI AS PER SUBSCRIPT |
| 2/1/2018 | 0 | 21 | 900 | $1,000,000.00 | WIRE IN [redacted] | 201803207717;ORG NAZAROV LEVAN | DAVIDOVICH;OBI ACCORDING TO S |
| 2/7/2018 | 0 | 21 | 900 | $150,000.00 | WIRE IN [redacted] | 201803803472;ORG DROKOVA VIKTO | RIA ALEKSANDROVNA;OBI PAYMENT |
| 2/7/2018 | 0 | 21 | 900 | $150,000.00 | WIRE IN [redacted] | 201803802740;ORG DAY ONE VENTU | RES FUND I, L.P.;OBI DAY ONE V |
| 2/7/2018 | 0 | 21 | 900 | $250,000.00 | WIRE IN [redacted] | 201803804471;ORG DMITRY TREMBO | VOLSKY;OBI PURCHASE OF SHARES. |
| 2/7/2018 | 0 | 21 | 900 | $400,000.00 | WIRE IN [redacted] | 201803804472;ORG IAMANOV ARTEM | NIKOLAEVICH;OBI PURCHASE OF S |
| 2/7/2018 | 0 | 21 | 900 | $1,000,000.00 | WIRE IN [redacted] | 201803800924;ORG ANDREY UKRAIN | ETS;OBI SHARES SUBSCRIPTION  T |
| 2/7/2018 | 0 | 76 | 900 | $15,000,000.00 | WIRE OUT [redacted] | 201803811134;BNF TELEGRAM GROU | P INC.;OBI AS PER PURCHASE AGR |
| 2/7/2018 | 0 | 930 | 900 | $30.00 | OVERDRAFT FEE | OVERDRAFT FUNDS | |
| 2/8/2018 | 0 | 21 | 900 | $550,000.00 | WIRE IN [redacted] | 201803905587;ORG NAZAROV LEVAN | DAVIDOVICH;OBI ACCORDING TO S |
| 2/8/2018 | 0 | 942 | 810 | $30.00 | REFUND OF OD/NSF FEE | OVERDRAFT FUNDS | |
| 2/12/2018 | 0 | 25 | 0 | $500,000.00 | BOOK TRANSFER CREDIT | FROM ACCOUNT [redacted] | |
| 2/12/2018 | 0 | 76 | 900 | $1,000,000.00 | WIRE OUT [redacted] | 201804313261;BNF TELEGRAM GROU | P INC.;OBI AS PER PURCHASE AGR |
| 2/12/2018 | 0 | 930 | 900 | $30.00 | OVERDRAFT FEE | OVERDRAFT FUNDS | |
| 2/13/2018 | 0 | 21 | 900 | $1,000,000.00 | WIRE IN [redacted] | 201804403285;ORG KISKO BORIS A | LEKSANDROVICH;OBI PAYMENT UNDE |
| 2/13/2018 | 0 | 70 | 0 | $500,000.00 | return | TO ACCOUNT [redacted] | |
| 2/13/2018 | 0 | 942 | 810 | $30.00 | REFUND OF OD/NSF FEE | OVERDRAFT FUNDS | |
| 2/20/2018 | 0 | 89 | 0 | $6,286.76 | FX 046553677000001 EUR 5000.00 | RATE: 1.257352 INV HS/RPR/19- | 0006 DD 16/02/2018 |
| 3/8/2018 | 0 | 21 | 900 | $1,500,000.00 | WIRE IN [redacted] | 201806709953;ORG COSIPIDEA HOL | DING LIMITED;OBI ROUTING:12114 |
| 3/9/2018 | 0 | 21 | 900 | $500,000.00 | WIRE IN [redacted] | 201806806507;ORG MAXIM SOKOLOV | ;OBI SUBSCRIPTION FOR TON TOCK |

| Date | | | | Amount | Type | | Reference | Details |
|---|---|---|---|---|---|---|---|---|
| 3/12/2018 | 0 | 21 | 900 | $500,000.00 | WIRE IN | ▮ | 201807104770;ORG ACC▮ | 00000003101 KUCHMENT M;OBI PAY |
| 3/12/2018 | 0 | 21 | 900 | $10,000,000.00 | WIRE IN | ▮ | 201807104956;ORG ADODIT LIMITE | D;OBI AS PER SUBSCRIPTION COMM |
| 3/13/2018 | 0 | 21 | 900 | $500,000.00 | WIRE IN | ▮ | 201807208431;ORG MIRMANOV OLEG | VALEREVICH;OBI FEE IN REGISTE |
| 3/14/2018 | 0 | 21 | 900 | $499,973.00 | WIRE IN | ▮ | 201807306166;ORG DZHAPARIDZE E | LENA GENNADIEVNA;OBI PAYMENT U |
| 3/15/2018 | 0 | 21 | 900 | $400,000.00 | WIRE IN | ▮ | 201807405829;ORG SERGEY SULGIN | ;OBI SUBSCRIPTION COMMITMENTAP |
| 3/15/2018 | 0 | 21 | 900 | $500,000.00 | WIRE IN | ▮ | 201807408354;ORG OGANYAN ALEXA | NDER ARAMOVICH;OBI PAYMENT FOR |
| 3/16/2018 | 0 | 21 | 900 | $570,000.00 | WIRE IN | ▮ | 201807507458;ORG KUZNETCOV AND | REI KONSTANTINOVICH;OBI PAYMEN |
| 3/16/2018 | 0 | 21 | 900 | $1,000,000.00 | WIRE IN | ▮ | 201807507351;ORG ANISIMOV VASI | LY VASILEVICH;OBI PMNT OF SUBS |
| 3/16/2018 | 0 | 21 | 900 | $2,000,000.00 | WIRE IN | ▮ | 201807505238;ORG GOLUBEV FILIP | P EVGENEVICH;OBI PAYMENT FOR A |
| 3/19/2018 | 0 | 21 | 900 | $365,000.00 | WIRE IN | ▮ 4 | 201807805966;ORG ACC▮ | 50120003119 DAVYDOV MA;OBI PAY |
| 3/19/2018 | 0 | 35 | 0 | $847.08 | FX 047773242000001 EUR 700.00 | | RATE: 1.210108898 ALEKSANDR BO | RISOV PAYMENT UNDER SUBSCRIPTI |
| 3/19/2018 | 0 | 35 | 0 | $57,024.41 | FX 047772909000001 EUR 47000.0 | | 0 RATE: 1.213285373 ALEKSANDR | BORISOV PAYMENT UNDER SUBSCRIP |
| 3/20/2018 | 0 | 21 | 900 | $100,000.00 | WIRE IN | ▮ | 201807900829;ORG KUZNETCOV AND | REI KONSTANTINOVICH;OBI PAYMEN |
| 3/20/2018 | 0 | 35 | 0 | $57,987.34 | FX 047830484000001 EUR 48000.0 | | 0 RATE: 1.208069601 ALEKSANDR | BORISOV PMNT UNDER SUBSCRAGREE |
| 3/20/2018 | 0 | 76 | 900 | $18,000,000.00 | WIRE OUT | ▮ | 201807904608;BNF TELEGRAM GROU | P INC.;OBI AS PER PURCHASE AGR |
| 3/20/2018 | 0 | 89 | 0 | $23,869.48 | FX 047826595000001 EUR 19096.6 | | 5 RATE: 1.24993 8INV. MS/ADM/1 | 8-0028 DD 19/03/2018 |
| 3/22/2018 | 0 | 21 | 900 | $100,000.00 | WIRE IN | ▮ | 201808104323;ORG HAMOMELIA SER | VICES LIMITED;OBI SUBSCRIPTION |
| 3/22/2018 | 0 | 21 | 900 | $200,000.00 | WIRE IN | ▮ | 201808106824;ORG SHTERNLIB TEY | MUR TOMAZIEVICH;OBI PURCHASE O |
| 3/22/2018 | 0 | 21 | 900 | $300,000.00 | WIRE IN | ▮ | 201808100684;ORG KHAIRULIN VAS | ILII ASKHATOVICH;OBI PAYMENT U |
| 3/26/2018 | 0 | 68 | 916 | $104.81 | ANALYSIS SERVICE CHARGE | | | |
| 3/27/2018 | 0 | 21 | 900 | $200,000.00 | WIRE IN | ▮ | 201808604637;ORG KUZNETCOV AND | REI KONSTANTINOVICH;OBI PAYMEN |
| 3/29/2018 | 0 | 21 | 900 | $800,000.00 | WIRE IN | ▮ | 201808801848;ORG ANDREY UKRAIN | ETS;OBI ADDITIONAL SUBSCRIPTIO |
| 4/3/2018 | 0 | 21 | 900 | $380,000.00 | WIRE IN | ▮ | 201809309876;ORG GOLUBEV FILIP | P EVGENEVICH;OBI PAYMENT FOR A |
| 4/5/2018 | 0 | 21 | 900 | $50,000.00 | WIRE IN | ▮ | 201809507119;ORG KUZNETCOV AND | REI KONSTANTINOVICH;OBI PAYMEN |
| 4/11/2018 | 0 | 21 | 900 | $100,000.00 | WIRE IN | ▮ | 201810106139;ORG GOLUBEV FILIP | P EVGENEVICH;OBI PAYMENT FOR A |
| 4/12/2018 | 0 | 76 | 900 | $6,702.84 | WIRE OUT | ▮ | 201810203212;BNF MAPLES AND CA | LDER;OBI REFERENCE▮ |
| 5/2/2018 | 0 | 21 | 900 | $300,000.00 | WIRE IN | ▮ | 201812205394;ORG LAPSHINA EKAT | ERINA;OBI SUBSCRIPTION AGREEME |
| 5/10/2018 | 0 | 21 | 900 | $899,780.00 | WIRE IN | ▮ | 201813003796;ORG BORISOV ALEKS | ANDR VADIMOVICH;OBI FEE IN REG |
| 5/11/2018 | 0 | 21 | 900 | $1,800,220.00 | WIRE IN | ▮ | 201813111132;ORG BORISOV ALEKS | ANDR VADIMOVICH;OBI FEE IN REG |
| 5/22/2018 | 0 | 76 | 900 | $5,500,025.00 | WIRE OUT | ▮ | 201814203565;BNF TELEGRAM GROU | P INC.;OBI AS PER PURCHASE AGR |
| 5/23/2018 | 0 | 76 | 900 | $25,358.13 | WIRE OUT | ▮ | 201814302630;BNF MAPLES AND CA | LDER;OBI REFERENCE: ▮ |
| 6/6/2018 | 0 | 89 | 0 | $18,663.75 | FX 051802923000001 EUR 15580.0 | | 0 RATE: 1.19793 INV. MS/ADM/18 | -0056 DD 04/06/2018 |
| 6/7/2018 | 0 | 76 | 900 | $35,000.00 | WIRE OUT | ▮ | 201815803811;BNF CLEARY GOTTLI | EB STEEN HAMILTON LLP;OBI INVO |
| 6/11/2018 | 0 | 21 | 900 | $2,000,000.00 | WIRE IN | ▮ | 201816200969;ORG 1/LITTEN INVE | STMENTS LTD.;OBI /RFB/AAU18781 |
| 6/21/2018 | 0 | 70 | 0 | $2,000,000.00 | as per SPA dated 18 June 2018 | | TO ACCOUNT ▮ | |

| Date | | | | Amount | Description | | Reference | Details |
|---|---|---|---|---|---|---|---|---|
| 6/27/2018 | 0 | 21 | 900 | $800,000.00 | WIRE IN | | 201817800560;ORG BORISOV ALEKS | ANDR VADIMOVICH;OBI FEE IN REG |
| 7/5/2018 | 0 | 21 | 900 | $550,000.00 | WIRE IN | | 201818601094;ORG BORISOV ALEKS | ANDR VADIMOVICH;OBI CONTRIBUTI |
| 7/10/2018 | 0 | 21 | 900 | $3,500,000.00 | WIRE IN | | 201819108030;ORG GEM LIMITED;O | BI SUBSCRIPTION COMMITMENT APP |
| 7/11/2018 | 0 | 76 | 900 | $5,000,000.00 | WIRE OUT | 1 | 201819202298;BNF TELEGRAM GROU | P INC.;OBI AS PER PURCHASE AGR |
| 7/13/2018 | 0 | 21 | 900 | $100,316.13 | WIRE IN | | 201819404238;ORG IP TRANSPORTA | TION L MITED;OBI REPAYMENT OF |
| 7/16/2018 | 0 | 76 | 900 | $100,316.13 | WIRE OUT | | 201819703031;BNF LITTEN INVEST | MENTS LIMITED;OBI REPAYMENT OF |
| 7/17/2018 | 0 | 40 | 0 | $2,039.56 | FX 053941970000001 EUR 1713.35 | | RATE: 1.190392 | |
| 7/26/2018 | 0 | 21 | 900 | $300,000.00 | WIRE IN | 1 | 201820700737;ORG BORISOV ALEKS | ANDR VADIMOVICH;OBI CONTRIBUTI |
| 8/2/2018 | 0 | 76 | 900 | $3,155.36 | WIRE OUT | | 201821404802;BNF MAPLES AND CA | LDER;OBI REFERNCE: |
| 8/7/2018 | 0 | 21 | 900 | $499,660.00 | WIRE IN | 1 | 201821900484;ORG BORISOV ALEKS | ANDR VADIMOVICH;OBI CONTRIBUTI |
| 8/7/2018 | 0 | 21 | 900 | $4,999,950.00 | WIRE IN | | 201821903023;ORG KOSTYLEV VLAD | MIR VASILEVICH;OBI PAYMENT FO |
| 8/7/2018 | 0 | 25 | 0 | $400,000.00 | per Subscr Agr dd 06 Jul 2018 | | FROM ACCOUNT | |
| 8/7/2018 | 0 | 76 | 900 | $500,000.00 | WIRE OUT | | 201821907435;BNF TELEGRAM GROU | P INC.;OBI AS PER PURCHASE AGR |
| 8/7/2018 | 0 | 76 | 900 | $5,500,000.00 | WIRE OUT | | 201821904830;BNF TELEGRAM GROU | P INC.;OBI AS PER PURCHASE AGR |
| 8/10/2018 | 0 | 21 | 900 | $500,000.00 | WIRE IN | | 201822200708;ORG BORISOV ALEKS | ANDR VADIMOVICH;OBI CONTRIBUTI |
| 8/14/2018 | 0 | 21 | 900 | $1,250,000.00 | WIRE IN | 1 | 201822608159;ORG 1/LITTEN INVE | STMENTS LTD.;OBI SUBSCRIPTION |
| 8/16/2018 | 0 | 21 | 900 | $500,000.00 | WIRE IN | 1 | 201822800811;ORG BORISOV ALEKS | ANDR VADIMOVICH;OBI CONTRIBUTI |
| 8/21/2018 | 0 | 25 | 0 | $2,600,000.00 | as per Subscr. agr 06 Jul 2018 | | FROM ACCOUNT | |
| 8/22/2018 | 0 | 25 | 0 | $3,400,000.00 | per Subscr.agr dd 06 Jul 2018 | | FROM ACCOUNT | |
| 8/22/2018 | 0 | 76 | 900 | $6,809,415.56 | WIRE OUT | | 201823408895;BNF TELEGRAM GROU | P INC.;OBI AS PER PURCHASE AGR |
| 8/23/2018 | 0 | 21 | 900 | $500,000.00 | WIRE IN | 1 | 201823500587;ORG BORISOV ALEKS | ANDR VADIMOVICH;OBI CONTRIBUTI |
| 8/31/2018 | 0 | 21 | 900 | $400,000.00 | WIRE IN | | 201824305370;ORG GEM LIMITED;O | BI SUBSCRIPTION COMMITMENT APP |
| 8/31/2018 | 0 | 76 | 900 | $1,205,453.84 | WIRE OUT | | 201824309338;BNF TELEGRAM GROU | P INC.;OBI AS PER PURCHASE AGR |
| 9/4/2018 | 0 | 21 | 900 | $300,000.00 | WIRE IN | 1 | 201824713428;ORG REDARCH LIMIT | ED;OBI SUBSCRIBTION COMMITMENT |
| 9/4/2018 | 0 | 76 | 900 | $1,250,000.00 | WIRE OUT | | 201824709333;BNF IP TRANSPORTA | TION LIMITED;OBI AGREEMENT FOR |
| 9/6/2018 | 0 | 76 | 900 | $220.42 | WIRE OUT | | 201824912602;BNF MAPLES AND CA | LDER;OBI REFERENCE: |
| 9/6/2018 | 0 | 76 | 900 | $11,000.84 | WIRE OUT | 1 | 201824912597;BNF MAPLES AND CA | LDER;OBI REFERENCE: |
| 9/7/2018 | 0 | 76 | 900 | $500.00 | WIRE OUT | | 201825006037;BNF MAPLESFS SERV | ICE COMPANY LIMITED;OBI REFERE |
| 9/14/2018 | 0 | 21 | 900 | $100,000.00 | WIRE IN | | 201825700851;ORG MS OLGA TARTA | KOVSKAYA VALOVAYA STR,;OBI PAY |
| 9/19/2018 | 0 | 40 | 0 | $1,188.56 | FX 056957701000001 EUR 1000 00 | | RATE: 1.188561 | |
| 9/28/2018 | 0 | 40 | 0 | $8,464.02 | FX 057446638000001 EUR 7155 00 | | RATE: 1.182952 | |
| 10/2/2018 | 0 | 40 | 0 | $433.21 | FX 057585875000001 EUR 370.00 | | RATE: 1.17085 | |
| 10/2/2018 | 0 | 89 | 0 | $7,696.75 | FX 057585795000001 EUR 6572.5 | | RATE: 1.171054 INV. MS/ADM/18- | 0099 DD 18/09/2018 |
| 10/3/2018 | 0 | 35 | 0 | $8,259.73 | FX 057616250000001 EUR 7155.00 | | RATE: 1.1544 BUYBACK OF 20181 | 00101918NO PAYMENT INSTRUCTION |
| 10/4/2018 | 0 | 25 | 0 | $1,860,724.40 | as per Suscr. agr 06 Jul 2018 | | FROM ACCOUNT | |

| Date | | | | Amount | Description | | Reference | Details |
|---|---|---|---|---|---|---|---|---|
| 10/4/2018 | 0 | 76 | 900 | $1,000,000.00 | WIRE OUT | | 201827707662;BNF TELEGRAM GROU | P INC.;OBI AS PER PURCHASE AGR |
| 10/5/2018 | 0 | 35 | 0 | $425.50 | FX 057734776000001 EUR 370.00 | | RATE: 1.15 BUYBACK OF 20181003 | 02053NO PAYMENT INSTRUCTIONS P |
| 10/5/2018 | 0 | 76 | 900 | $600,000.00 | WIRE OUT | | 201827808505;BNF TELEGRAM GROU | P INC.;OBI AS PER PURCHASE AGR |
| 10/9/2018 | 0 | 21 | 900 | $1,045,000.00 | WIRE IN | | 201828217327;ORG GEM LIMITED;O | BI SUBSCRIPTION AGREEMENTDATED |
| 10/9/2018 | 0 | 76 | 900 | $700,000.00 | WIRE OUT | | 201828213965;BNF TELEGRAM GROU | P INC.;OBI AS PER PURCHASE AGR |
| 10/9/2018 | 0 | 89 | 0 | $432.01 | FX 057832391000001 EUR 370.00 | | RATE: 1.167606 INV. HS/ADM/18- | 0026 DD 26/09/2018 |
| 10/10/2018 | 0 | 76 | 900 | $1,045,000.00 | WIRE OUT | | 201828312851;BNF TELEGRAM GROU | P INC.;OBI AS PER PURCHASE AGR |
| 10/10/2018 | 0 | 89 | 0 | $8,373.03 | FX 057923971000001 EUR 7155.00 | | RATE: 1.170235 STATEMENT OF F | EES NO. 373DATED SEPTEMBER 24, |
| 10/12/2018 | 0 | 76 | 900 | $19,000.00 | WIRE OUT | | 201828510736;BNF MAPLESFS SERV | ICE COMPANY LIMITED;OBI REF.: |
| 10/15/2018 | 0 | 21 | 900 | $350,000.00 | WIRE IN | | 201828805956;ORG TRF LIMITED;O | BI SUBSCRIPTION COMMITMENT APP |
| 10/23/2018 | 0 | 21 | 900 | $300,000.00 | WIRE IN | | 201829600716;ORG BORISOV DMITR | IY VADIMOVICH;OBI CONTRIBUTION |
| 10/24/2018 | 0 | 21 | 900 | $500,000.00 | WIRE IN | | 201829700753;ORG BORISOV DMITR | IY VADIMOVICH;OBI CONTRIBUTION |
| 10/25/2018 | 0 | 21 | 900 | $695,000.00 | WIRE IN | | 201829800895;ORG BORISOV DMITR | IY VADIMOVICH;OBI CONTRIBUTION |
| 10/26/2018 | 0 | 21 | 900 | $940,000.00 | WIRE IN | | 201829900996;ORG BORISOV DMITR | IY VADIMOVICH;OBI CONTRIBUTION |
| 10/26/2018 | 0 | 76 | 900 | $1,500,000.00 | WIRE OUT | | 201829911151;BNF TELEGRAM GROU | P INC.;OBI AS PER THE DEED OF |
| 10/29/2018 | 0 | 21 | 900 | $463,000.00 | WIRE IN | | 201830200758;ORG BORISOV DMITR | IY VADIMOVICH;OBI CONTRIBUTION |
| 10/30/2018 | 0 | 89 | 0 | $17,350.50 | FX 058871584000001 EUR 15000.0 | | 0 RATE: 1.1567 INV. HS/RPR/18- | 0018 DD 12 OCT 2018 |
| 10/31/2018 | 0 | 21 | 900 | $500,350.00 | WIRE IN | | 201830400789;ORG BORISOV DMITR | IY VADIMOVICH;OBI CONTRIBUTION |
| 10/31/2018 | 0 | 21 | 900 | $510,000.00 | WIRE IN | | 201830409635;ORG UMALATOV SARD | AL MUSLIMOVICH;OBI PAYMENT FOR |
| 11/1/2018 | 0 | 76 | 900 | $2,447,447.03 | WIRE OUT | | 201830515369;BNF TELEGRAM GROU | P INC.;OBI AS PER PURCHASE AGR |
| 11/5/2018 | 0 | 76 | 900 | $2,804.37 | WIRE OUT | | 201830906516;BNF MAPLES AND CA | LDER;OBI REF.: |
| 11/5/2018 | 0 | 76 | 900 | $11,400.00 | WIRE OUT | | 201830906519;BNF MAPLESFS SERV | ICE COMPANY LIMITED;OBI REF.: |
| 11/6/2018 | 0 | 35 | 0 | $484,722.81 | FX 059202350000001 EUR 429000. | | 00 RATE: 1.12989 PAYMENT FOR S | TOCKS, AGREEMENT DATED24 OF OC |
| 11/8/2018 | 0 | 76 | 900 | $484,722.81 | WIRE OUT | | 201831204675;BNF TELEGRAM GROU | P INC.;OBI AS PER PURCHASE AGR |
| 11/9/2018 | 0 | 21 | 900 | $100,000.00 | WIRE IN | | 201831311883;ORG BRETTEN BUSIN | ESS LIMITED;OBI BY ORDER OF BR |
| 11/16/2018 | 0 | 21 | 900 | $176,880.00 | WIRE IN | | 201832019176;ORG SOLONIN SERGE | I ALEKSANDROVICH;OBI PAYMENT F |
| 11/26/2018 | 0 | 68 | 916 | $72.31 | ANALYSIS SERVICE CHARGE | | | |
| 11/27/2018 | 0 | 76 | 900 | $5,000.00 | WIRE OUT | | 201833110037;BNF MAPLESFS SERV | ICE COMPANY LIMITED;OBI REF.: |
| 11/28/2018 | 0 | 40 | 0 | $97.54 | FX 060320453000001 EUR 85.00 R | | ATE: 1.14756 | |
| 12/4/2018 | 0 | 25 | 0 | $100,000.00 | as per SA dd 06/07/2018 | | FROM ACCOUNT | |
| 12/4/2018 | 0 | 40 | 0 | $721,670.52 | FX 060686774000001 EUR 626880. | | 00 RATE: 1.15121 | |
| 12/5/2018 | 0 | 35 | 0 | $721,670.52 | FX 060756499000001 EUR 626880. | | 00 RATE: 1.15121 BB UNDER 2018 | 120401731PER CLIENT REQUEST |
| 12/5/2018 | 0 | 40 | 0 | $626,880.00 | FX 060756496000001 EUR 544540. | | 09 RATE: 1.15121 | |
| 12/7/2018 | 0 | 76 | 900 | $21,000.00 | WIRE OUT | | 201834108805;BNF MAPLESFS SERV | ICE COMPANY LIMITED;OBI REF.: |
| 12/17/2018 | 0 | 25 | 0 | $100,000.00 | as per SA dd 06 Jul 2018 | | FROM ACCOUNT | |

| Date | | | | Amount | Description | | Reference | | Details | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2018 | 0 | 76 | 900 | $4,398.78 | WIRE OUT | | 201835113342;BNF MAPLES AND CA | | LDER;OBI REF.: | |
| 12/17/2018 | 0 | 89 | 0 | $28,816.00 | FX 061398337000001 EUR 25000.0 | | 0 RATE: 1.15264 INV. 106019033 | | 4 DD 12.12.2018 | |
| 12/17/2018 | 0 | 89 | 0 | $39,596.37 | FX 061398511000001 EUR 34367.6 | | 7 RATE: 1.15214 INV, 10807/18 | | DD 13.12.2018 | |
| 12/26/2018 | 0 | 68 | 916 | $8.83 | ANALYSIS SERVICE CHARGE | | | | | |
| 1/16/2019 | 0 | 89 | 0 | $13,507.31 | FX 063359298000001 EUR 11633.5 | | RATE: 1.16107 INV. MS/ADM/19- | | 0001 DD 03/01/2019 | |
| 1/28/2019 | 0 | 68 | 916 | $53.48 | ANALYSIS SERVICE CHARGE | | | | | |
| 2/19/2019 | 0 | 89 | 0 | $21,118.80 | FX 065128991000001 EUR 18335.0 | | 0 RATE: 1.15183 INV. HS/RPR/19 | | -0009 | |
| 2/21/2019 | 0 | 25 | 0 | $60,000.00 | as per SA dd 06 Jul 2018 | | FROM ACCOUNT | | | |
| 2/21/2019 | 0 | 76 | 900 | $2,249.90 | WIRE OUT | | 201905205904;BNF MAPLES AND CA | | LDER;OBI REF: | |
| 2/21/2019 | 0 | 76 | 900 | $10,960.72 | WIRE OUT | | 201905205911;BNF MAPLES AND CA | | LDER;OBI REF: | |
| 2/26/2019 | 0 | 68 | 916 | $7.44 | ANALYSIS SERVICE CHARGE | | | | | |
| 3/4/2019 | 0 | 76 | 900 | $950.00 | WIRE OUT | | 201906303100;BNF ALLTAXPRO TRU | | ST (CYPRUS) LTD;OBI INV. 478 D | |
| 3/4/2019 | 0 | 76 | 900 | $5,000.00 | WIRE OUT | | 201906303096;BNF MAPLESFS SERV | | ICE COMPANY LIMITED;OBI REF.: | |
| 3/12/2019 | 0 | 76 | 900 | $5,219.18 | WIRE OUT | | 201907102540;BNF MAPLESFS SERV | | ICE COMPANY LIMITED;OBI REF.: | |
| 3/26/2019 | 0 | 68 | 916 | $31.99 | ANALYSIS SERVICE CHARGE | | | | | |
| 3/27/2019 | 0 | 76 | 900 | $8,076.08 | WIRE OUT | | 201908605135;BNF MAPLES AND CA | | LDER;OBI REF: | |
| 4/19/2019 | 0 | 76 | 900 | $250.00 | WIRE OUT | | 201910900950;BNF MAPLES AND CA | | LDER;OBI REF: | |
| 4/26/2019 | 0 | 68 | 916 | $34.06 | ANALYSIS SERVICE CHARGE | | | | | |
| 5/17/2019 | 0 | 89 | 0 | $7,014.35 | FX 070042592000001 EUR 6168.25 | | RATE: 1.13717 INV. MS/ADM/19- | | 0063 DD 13/05/2019 | |
| 5/28/2019 | 0 | 68 | 916 | $7.63 | ANALYSIS SERVICE CHARGE | | | | | |
| 6/21/2019 | 0 | 76 | 900 | $5,000.00 | WIRE OUT | | 201917205056;BNF MAPLESFS SERV | | ICE COMPANY LIMITED;OBI REFERE | |
| 6/26/2019 | 0 | 68 | 916 | $8.03 | ANALYSIS SERVICE CHARGE | | | | | |
| 7/16/2019 | 0 | 76 | 900 | $300.00 | WIRE OUT | | 201919704522;BNF MAPLESFS SERV | | ICE COMPANY LIMITED;OBI REF.: | |
| 7/23/2019 | 0 | 89 | 0 | $765.19 | FX 073845746000001 EUR 672.35 | | RATE: 1.13808 INV. MS/ADM/19-0 | | 113 | |
| 7/26/2019 | 0 | 68 | 916 | $4.94 | ANALYSIS SERVICE CHARGE | | | | | |
| 8/26/2019 | 0 | 68 | 916 | $17.41 | ANALYSIS SERVICE CHARGE | | | | | |
| 10/4/2019 | 0 | 76 | 900 | $10,753.42 | WIRE OUT | | 201927706792;BNF MAPLESFS SERV | | ICE COMPANY LIMITED;OBI REF.: | |
| 10/4/2019 | 0 | 89 | 0 | $2,918.29 | FX 078425430000001 EUR 2613 25 | | RATE: 1.11673 INV. MS/ADM/19- | | 0146 | |
| 10/7/2019 | 0 | 76 | 900 | $1,000.00 | WIRE OUT | | 201928003555;BNF MAPLESFS SERV | | ICE COMPANY LIMITED;OBI REF.: | |
| 11/19/2019 | 0 | 76 | 900 | $1,000.00 | WIRE OUT | | 201932304964;BNF MAPLESFS SERV | | ICE COMPANY LIMITED;OBI REF.: | |
| 11/26/2019 | 0 | 68 | 916 | $27.53 | ANALYSIS SERVICE CHARGE | | | | | |
| 12/26/2019 | 0 | 68 | 916 | $7.83 | ANALYSIS SERVICE CHARGE | | | | | |