# Exhibit I

**Client Name: GEM LIMITED**

**Account Number:**

**RC/Team Code: 216/96Q**

**Status Code: 1**

| Posting Date | Serial or Check# | Trancode | Run Number | Amount | Description 1 | Description 2 | Description 3 |
|---|---|---|---|---|---|---|---|
| 7/5/2018 | 0 | 21 | 900 | $4,150,000.00 | WIRE IN | 201818609931;ORG ANDROMEDA SUI | SSE AG;REF |
| 7/10/2018 | 0 | 76 | 900 | $3,500,000.00 | WIRE OUT | 201819108030;BNF SPACE INVESTM | ENTS LIMITED;OBI SUBSCRIPTION |
| 7/11/2018 | 0 | 21 | 900 | $408,207.50 | WIRE IN | 201819210960;ORG ANDROMEDA SUI | SSE AG;OBI ANDROMEDA SUISSE AG |
| 8/2/2018 | 0 | 76 | 900 | $4,067.63 | WIRE OUT | 201821404806;BNF MAPLES AND CA | LDER;OBI REFERENCE: |
| 8/7/2018 | 0 | 70 | 0 | $400,000.00 | per Subscr Agr dd 06 Jul 2018 | TO ACCOUNT | |
| 8/16/2018 | 0 | 21 | 900 | $152,460.00 | WIRE IN | 201822806127;ORG ANDROMEDA SUI | SSE AG;REF |
| 8/20/2018 | 0 | 21 | 900 | $1,880,000.00 | WIRE IN | 201823206409;ORG ANDROMEDA SUI | SSE AG;REF |
| 8/21/2018 | 0 | 21 | 900 | $3,408,886.90 | WIRE IN | 201823305332;ORG ANDROMEDA SUI | SSE AG;REF |
| 8/21/2018 | 0 | 70 | 0 | $2,600,000.00 | as per Subscr. agr 06 Jul 2018 | TO ACCOUNT | |
| 8/22/2018 | 0 | 21 | 900 | $302,940.00 | WIRE IN | 201823405321;ORG ANDROMEDA SUI | SSE AG;REF |
| 8/22/2018 | 0 | 70 | 0 | $3,400,000.00 | per Subscr.agr dd 06 Jul 2018 | TO ACCOUNT | |
| 8/28/2018 | 0 | 21 | 900 | $1,062,765.00 | WIRE IN | 201824006195;ORG ANDROMEDA SUI | SSE AG;REF |
| 8/29/2018 | 0 | 21 | 900 | $2,671,412.33 | WIRE IN | 201824106776;ORG TELEGRAM GROU | P INC.;OBI INVOICE DD 27/08 FO |
| 8/30/2018 | 0 | 76 | 900 | $60,000.00 | WIRE OUT | 201824202763;BNF INVENTURE PAR | TNERS GP LIMITED;OBI LOAN AGRE |
| 8/31/2018 | 0 | 76 | 900 | $400,000.00 | WIRE OUT | 201824305370;BNF SPACE INVESTM | ENTS LIMITED;OBI SUBSCRIPTION |
| 9/4/2018 | 0 | 76 | 900 | $762,877.95 | WIRE OUT | 201824709185;BNF ANDROMEDA SUI | SSE AG;OBI /WVE/ |
| 9/4/2018 | 0 | 89 | 0 | $978.45 | FX 056291965000001 EUR 833.5 R | ATE: 1.17391 SETTLEMENT OF THE | INV. AA1450DATED 31 AUG 2018 |
| 9/5/2018 | 0 | 76 | 900 | $1,146,191.67 | WIRE OUT | 201824803486;BNF TRF LIMITED;O | BI AS PER ENGAGEMENT AGREEMENT |
| 9/5/2018 | 0 | 89 | 0 | $26,064.83 | FX 056351860000001 EUR 22100.0 | 0 RATE: 1.179404 INV. HS/ADM/1 | 8-0023 DD 05 SEP 2018 |
| 9/6/2018 | 0 | 76 | 900 | $100,000.00 | WIRE OUT | 201824907899;BNF ANDROMEDA SUI | SSE AG;OBI AS PER BROKER AGR. |
| 9/7/2018 | 0 | 76 | 900 | $85,000.00 | WIRE OUT | 201825005105;BNF LODE GROUP IN | C.;OBI AS PER ENGAGEMENT AGREE |
| 9/13/2018 | 0 | 76 | 900 | $3,174.99 | WIRE OUT | 201825603013;BNF MAPLES AND CA | LDER;OBI REFERENCE: |
| 9/13/2018 | 0 | 76 | 900 | $4,820.22 | WIRE OUT | 201825603014;BNF MAPLES AND CA | LDER;OBI REFERENCE: |
| 9/24/2018 | 0 | 70 | 0 | $50,300.00 | as per loan agr. dd 27/08/2018 | TO ACCOUNT | |
| 9/26/2018 | 0 | 21 | 900 | $750,000.00 | WIRE IN | 201826908782;ORG ANDROMEDA SUI | SSE AG;REF |
| 9/27/2018 | 0 | 21 | 900 | $200,647.50 | WIRE IN | 201827010649;ORG ANDROMEDA SUI | SSE AG;REF |
| 10/2/2018 | 0 | 40 | 0 | $5,428.68 | FX 057586177000001 EUR 4632.5 | RATE: 1.171869 | |

| Date | | | | Amount | Description | | Reference | Detail |
|---|---|---|---|---|---|---|---|---|
| 10/2/2018 | 0 | 76 | 900 | $72,000.00 | WIRE OUT | | 201827505979;BNF BORIS KISKO;O | BI AS PER LETTER DD 01 OCT 201 |
| 10/2/2018 | 0 | 89 | 0 | $977.94 | FX 057584342000001 EUR 833.5 R | | ATE: 1.173293 SETTLEMENT OF TH | E INV. AA1475DATED 26 SEP 2018 |
| 10/2/2018 | 0 | 89 | 0 | $13,339.48 | FX 057585940000001 EUR 11391.0 | | 0 RATE: 1.171054 INV. MS/ADM/1 | 8-0093 DD 18/09/2018MS/ADM/18- |
| 10/4/2018 | 0 | 21 | 900 | $1,411,344.00 | WIRE IN | | 201827705700;ORG ANDROMEDA SUI | SSE AG;REF |
| 10/4/2018 | 0 | 70 | 0 | $1,860,724.40 | as per Suscr. agr 06 Jul 2018 | | TO ACCOUNT | |
| 10/9/2018 | 0 | 76 | 900 | $1,045,000.00 | WIRE OUT | | 201828217327;BNF SPACE INVESTM | ENTS LIMITED;OBI SUBSCRIPTION |
| 10/11/2018 | 0 | 76 | 900 | $500.00 | WIRE OUT | | 201828402866;BNF MAPLESFS SERV | ICE COMPANY LIMITED;OBI REF. 7 |
| 10/15/2018 | 0 | 89 | 0 | $114,909.31 | FX 058138968000001 EUR 98000.0 | | 0 RATE: 1.172544 AS PER AGREEM | ENT FOR INTERNETADVERTISING NO |
| 10/16/2018 | 0 | 21 | 900 | $682,568.08 | WIRE IN | | 201828904177;ORG TELEGRAM GROU | P INC.;OBI INVOICE DD 11/10/18 |
| 10/17/2018 | 0 | 35 | 0 | $1,332,945.00 | FX 058289439000001 EUR 1169250 | | .00 RATE: 1.14 INVOICE DD 11/1 | 0/18 |
| 10/17/2018 | 0 | 89 | 0 | $197,681.33 | FX 058282724000001 EUR 169000. | | 00 RATE: 1.169712 AS PER AGREE | MENT FOR INTERNETADVERTISING N |
| 10/22/2018 | 0 | 89 | 0 | $1,584,206.96 | FX 058475602000001 EUR 1362137 | | .66 RATE: 1.16303 INVOICE DATE | D 25/09/2018, RELATEDTO THE AG |
| 10/25/2018 | 0 | 70 | 0 | $65,200.00 | as per loan agr, 27/08/2018 | | TO ACCOUNT | |
| 10/29/2018 | 0 | 89 | 0 | $70,550.00 | FX 058811683000001 EUR 61067.4 | | 5 RATE: 1.15528 ARRANGER'S FEE | AS PERLETTER DATED 18 OCT 201 |
| 10/30/2018 | 0 | 21 | 900 | $631,324.81 | WIRE IN | | 201830309441;ORG ANDROMEDA SUI | SSE AG;REF |
| 11/5/2018 | 0 | 40 | 0 | $3,518.77 | FX 059150790000001 EUR 3033.5 | | RATE: 1.15997 | |
| 11/8/2018 | 0 | 76 | 900 | $1,500.00 | WIRE OUT | | 201831206166;BNF MAPLESFS SERV | ICE COMPANY LIMITED;OBI REF.: |
| 11/13/2018 | 0 | 21 | 900 | $664,825.47 | WIRE IN | | 201831709825;ORG TELEGRAM GROU | P INC.;OBI INVOICE DD 08/11/18 |
| 11/15/2018 | 0 | 70 | 0 | $150,300.00 | as per loan agr. dd 27/08/2018 | | TO ACCOUNT | |
| 11/20/2018 | 0 | 76 | 900 | $1,502.44 | WIRE OUT | | 201832403294;BNF MAPLESFS SERV | ICE COMPANY LIMITED;OBI REF.: |
| 11/21/2018 | 0 | 40 | 0 | $14,732.60 | FX 060004545000001 EUR 12691.0 | | 0 RATE: 1.16087 | |
| 11/21/2018 | 0 | 89 | 0 | $343,778.76 | FX 060013054000001 EUR 298000. | | 00 RATE: 1.15362 AS PER ENGAGE | MENT AGREEMENTDATED 25 SEPTEMB |
| 11/23/2018 | 0 | 76 | 900 | $100,000.00 | WIRE OUT | | 201832705621;BNF PAYWARD VENTU | RES INC.;OBI DEPOSIT TO THE AC |
| 12/4/2018 | 0 | 70 | 0 | $100,000.00 | as per SA dd 06/07/2018 | | TO ACCOUNT | |
| 12/17/2018 | 0 | 70 | 0 | $100,000.00 | as per SA dd 06 Jul 2018 | | TO ACCOUNT | |
| 12/18/2018 | 0 | 76 | 900 | $8,876.22 | WIRE OUT | | 201835203579;BNF MAPLES AND CA | LDER;OBI REF. |
| 12/18/2018 | 0 | 76 | 900 | $12,451.21 | WIRE OUT | | 201835203541;BNF MAPLES AND CA | LDER;OBI REF.: |
| 1/11/2019 | 0 | 76 | 900 | $833.66 | WIRE OUT | | 201901103795;BNF MAPLES AND CA | LDER;OBI PARTIAL SETTLEMENT OF |
| 1/16/2019 | 0 | 89 | 0 | $7,408.91 | FX 063352938000001 EUR 6381.05 | | RATE: 1.16108 INV. MS/ADM/19- | 0005 DD 03/01/2019 |
| 1/18/2019 | 0 | 89 | 0 | $2,461.26 | FX 063482038000001 EUR 2120.00 | | RATE: 1.16097 STATEMENT OF FE | ES NO.6DATED 28 DECEMBER 2018 |
| 2/19/2019 | 0 | 89 | 0 | $11,518.30 | FX 065129881000001 EUR 10000.0 | | 0 RATE: 1.15183 INV.HS/RPR/19- | 0003 |
| 2/21/2019 | 0 | 70 | 0 | $60,000.00 | as per SA dd 06 Jul 2018 | | TO ACCOUNT | |
| 2/21/2019 | 0 | 76 | 900 | $1,443.34 | WIRE OUT | | 201905205906;BNF MAPLES AND CA | LDER;OBI REF: |
| 2/28/2019 | 0 | 76 | 900 | $738,670.45 | WIRE OUT | | 201905907931;BNF GMG FINANCIAL | SERVICES LTD;OBI AS PER AGREE |

SVB Confidential

| Date | | | | Amount | Description | Reference | Details |
|---|---|---|---|---|---|---|---|
| 3/18/2019 | 0 | 70 | 0 | $151,600.00 | per engagem. agr dd 01/11/2018 | TO ACCOUNT | |
| 3/18/2019 | 0 | 70 | 0 | $301,550.00 | per engagement agr 27/12/2018 | TO ACCOUNT | |
| 4/19/2019 | 0 | 76 | 900 | $63.56 | WIRE OUT | 201910900922;BNF MAPLES AND CA | LDER;OBI REF: |
| 5/17/2019 | 0 | 89 | 0 | $16,028.10 | FX 070042533000001 EUR 14092.2 | 5 RATE: 1.13737 INV. MS/ADM/19 | -048,MS/ADM/19-0051, MS/ADM/19 |
| 5/28/2019 | 0 | 21 | 0 | $738,625.45 | RTN WIRE DTD 2/28/19 ORIG REF | 20190590793100 CASE 74116 | |
| 5/28/2019 | 0 | 68 | 916 | $8.43 | ANALYSIS SERVICE CHARGE | | |
| 5/30/2019 | 0 | 76 | 900 | $224,675.87 | WIRE OUT | 201915005576;BNF DONGBEOM KIM; | OBI AS PER AGREEMENT DD 27 MAY |
| 5/30/2019 | 0 | 76 | 900 | $513,994.58 | WIRE OUT | 201915005574;BNF LIQUID GROUP | INC.;OBI AS PER AGREEMENT DD 2 |
| 6/5/2019 | 0 | 21 | 900 | $55,000.00 | WIRE IN | 201915607239;ORG FERNRIDGE EST | ATES LIMITED;OBI PAYMENT OF FE |
| 6/19/2019 | 0 | 70 | 0 | $30,000.00 | per engag. agr. dd 27 Dec 2018 | TO ACCOUNT | |
| 6/26/2019 | 0 | 68 | 916 | $26.21 | ANALYSIS SERVICE CHARGE | | |
| 7/5/2019 | 0 | 21 | 900 | $80,761.00 | WIRE IN | 201918618245;ORG LEMONADE 2019 | I LLC |
| 7/5/2019 | 0 | 21 | 900 | $280,000.00 | WIRE IN | 201918601977;ORG AZATYAN SERGE | Y;OBI LOAN AGREEMENT7 JUNE 201 |
| 7/5/2019 | 0 | 76 | 900 | $559.58 | WIRE OUT | 201918607478;BNF MAPLES AND CA | LDER;OBI REF: |
| 7/5/2019 | 0 | 76 | 900 | $3,050.00 | WIRE OUT | 201918607480;BNF MAPLES AND CA | LDER;OBI REF.: |
| 7/8/2019 | 0 | 70 | 0 | $110,000.00 | transfer | TO ACCOUNT | |
| 7/11/2019 | 0 | 25 | 0 | $110,000.00 | transfer | FROM ACCOUNT | |
| 7/22/2019 | 0 | 76 | 900 | $70,000.00 | WIRE OUT | 201920303650;BNF FUTURE WAY PR | O S.R.O.;OBI AS PER AGREEMENT |
| 7/23/2019 | 0 | 89 | 0 | $307.23 | FX 073845870000001 EUR 270.00 | RATE: 1.13788 INV. MS/ADM/19-0 | 107 |
| 7/23/2019 | 0 | 89 | 0 | $5,856.90 | FX 073845806000001 EUR 5146.75 | RATE: 1.13798 INV. MS/ADM/19- | 0107 |
| 7/26/2019 | 0 | 68 | 916 | $1.53 | ANALYSIS SERVICE CHARGE | | |
| 7/26/2019 | 0 | 76 | 900 | $20,000.00 | WIRE OUT | 201920705964;BNF REDARCH LIMIT | ED;OBI AS PER AGREEMENT DATED2 |
| 8/1/2019 | 0 | 89 | 0 | $1,684.61 | FX 074421731000001 EUR 1500.00 | RATE: 1.12307 INV. MS/ADM/19- | 0096DATED 31-07-2019 |
| 8/26/2019 | 0 | 68 | 916 | $41.34 | ANALYSIS SERVICE CHARGE | | |
| 9/5/2019 | 0 | 89 | 0 | $24,786.30 | FX 076361189000001 EUR 22000.0 | 0 RATE: 1.12665 SETTLEMENT OF | THE INV. 11760DATED 02/09/2019 |
| 9/19/2019 | 0 | 21 | 900 | $230,000.00 | WIRE IN | 201926200771;ORG AZATYAN SERGE | Y;OBI LOAN AGREEMENT7 JUNE 201 |
| 9/20/2019 | 0 | 89 | 0 | $396,935.94 | FX 077205575000001 EUR 354806. | 25 RATE: 1.11874 INVOICE NO. 0 | 2-09-19/MG DD 06/09/19AS PER S |
| 9/24/2019 | 0 | 21 | 900 | $3,000,000.00 | WIRE IN | 201926708589;ORG BRAVO CAPITAL | PARTNERS LTD;OBI CAPITAL CONT |
| 9/27/2019 | 0 | 21 | 900 | $99,980.00 | WIRE IN | 201927010860;ORG IGOR PEREKOPS | KII;OBI SUBSCRIPTION AGREEMENT |
| 9/27/2019 | 0 | 21 | 900 | $299,980.00 | WIRE IN | 201927010856;ORG ILIA PEREKOPS | KII;OBI SUBSCRIPTION AGREEMENT |
| 9/27/2019 | 0 | 21 | 900 | $300,000.00 | WIRE IN | 201927010166;ORG FRISBEE INVES | TMENT INC. COMPANY;OBI CAPITAL |
| 9/27/2019 | 0 | 21 | 900 | $750,000.00 | WIRE IN | 201927000624;ORG STEPANOV EVGE | NII ANDREEVICH;OBI PAYMENT IN |
| 9/27/2019 | 0 | 76 | 900 | $2,038,948.50 | WIRE OUT | 201927008633;BNF UBS FINANCIAL | SERVICES INC.;OBI CLIENT ACCT |
| 9/30/2019 | 0 | 21 | 900 | $250,000.00 | WIRE IN | 201927314247;ORG ALLALPHA SEEK | ERS LIMITED;OBI REF. SUBSCRIPT |

| Date | | | | Amount | Description | Reference | Details |
|---|---|---|---|---|---|---|---|
| 9/30/2019 | 0 | 70 | 0 | $70,300.00 | as per eng agr dd 27 Dec 2018 | TO ACCOUNT | |
| 10/3/2019 | 0 | 21 | 900 | $100,000.00 | WIRE IN | 201927609268;ORG KUTSEV ANDREI | EVGENEVICH;OBI PAYMENT ACCORD |
| 10/4/2019 | 0 | 89 | 0 | $9,059.79 | FX 078425480000001 EUR 8111.33 | RATE: 1.11693 INV. MS/ADM/19- | 0142 |
| 10/8/2019 | 0 | 89 | 0 | $3,332.92 | FX 078731237000001 EUR 2981.25 | RATE: 1.11796 STATEMENT FEES | NO. 349DATED 30 SEPTEMBER 2019 |
| 10/9/2019 | 0 | 21 | 900 | $300,000.00 | WIRE IN | 201928203567;ORG KOZIAKOV PETR | ANATOLEVICH;OBI TRANSFER OF F |
| 10/9/2019 | 0 | 76 | 900 | $912,620.77 | WIRE OUT | 201928205033;BNF MSR 2019 LLC; | OBI PAYMENT UNDER THE STOCK PU |
| 10/10/2019 | 0 | 89 | 0 | $1,401.85 | FX 078854434000001 EUR 1250.00 | RATE: 1.12148 INV. MS/RPR/19- | 0100 DD 10/10/2019 |
| 10/15/2019 | 0 | 35 | 0 | $396,902.38 | FX 079059104000001 EUR 354776. | 25 RATE: 1.11874 RETURN OF FX | 2019092000043RETURN REASON: PE |
| 10/18/2019 | 0 | 76 | 900 | $2,000,000.00 | WIRE OUT | 201929104126;BNF MSR 2019 LLC; | OBI PAYMENT UNDER THE STOCK PU |
| 10/30/2019 | 0 | 70 | 0 | $98,150.00 | per engage. agr dd 27.12.2018 | TO ACCOUNT | |
| 10/30/2019 | 0 | 76 | 900 | $366,614.52 | WIRE OUT | 201930305398;BNF AZATIAN SERGE | I ALEKSANDROVICH;OBI REPAYMENT |
| 11/7/2019 | 0 | 70 | 0 | $1,500.00 | as per engagem agr 27 Dec 2018 | TO ACCOUNT | |
| 11/21/2019 | 0 | 89 | 0 | $4,060.12 | FX 081377004000001 EUR 3600.00 | RATE: 1.12781 INV. MS/ACC/19- | 0108 DD 15/10/2019 |
| 12/3/2019 | 0 | 25 | 0 | $177,866.00 | as per agreement 1 Dec. 2019 | FROM ACCOUNT | |
| 12/3/2019 | 0 | 76 | 900 | $3,186.52 | WIRE OUT | 201933705482;BNF MAPLES AND CA | LDER;OBI REF.: |
| 12/4/2019 | 0 | 89 | 0 | $2,254.26 | FX 082246584000001 EUR 2000.00 | RATE: 1.12713 INV. NO. A/1868 | 0 DATED 06/11/2019 |
| 12/13/2019 | 0 | 21 | 0 | $3,161.52 | RTN WIRE 12/03/19 ORIG REF 201 | 93370548200 CASE 103810 | |
| 12/17/2019 | 0 | 70 | 0 | $10,500.00 | as per eng agr 27 Dec 2018 | TO ACCOUNT | |
| 12/17/2019 | 0 | 89 | 0 | $2,560.27 | FX 083048627000001 EUR 2258.65 | RATE: 1.13354 INV. MS/ADM/19- | 0188 |
| 12/19/2019 | 0 | 21 | 900 | $2,787.36 | WIRE IN | 201935305797;ORG GREENFIELD SE | RVICES LIMITED;OBI TRANSFER AS |
| 12/19/2019 | 0 | 89 | 0 | $2,910.38 | FX 083210766000001 EUR 2574.05 | RATE: 1.13066 INV. PF0146 DD | 16/12/2019 |
| 1/10/2020 | 0 | 70 | 0 | $100,300.00 | engag agr dd 27 dec 2018 | TO ACCOUNT | |
| 1/16/2020 | 0 | 70 | 0 | $341.56 | capital call | TO ACCOUNT | |
| 1/16/2020 | 0 | 70 | 0 | $2,445.80 | capital call | TO ACCOUNT | |
| 1/17/2020 | 0 | 76 | 900 | $3,186.52 | WIRE OUT | 202001704091;BNF MAPLES AND CA | LDER;OBI REF.: |
| 1/17/2020 | 0 | 76 | 900 | $49,400.73 | WIRE OUT | 202001704097;BNF MORGAN STANLE | Y;OBI FOR FURTHER CREDIT TOLEM |
| 1/17/2020 | 0 | 76 | 900 | $97,385.48 | WIRE OUT | 202001704092;BNF MR SERGEY AZA | TYAN;OBI AS PER LOAN AGREEMENT |
| 1/22/2020 | 0 | 21 | 0 | $49,400.73 | RTN WIRE DTD 1-17-2020 ORIG RE | F 20200170409700 CASE 109501 | |
| 1/27/2020 | 0 | 68 | 916 | $18.03 | ANALYSIS SERVICE CHARGE | | |
| 1/27/2020 | 0 | 76 | 900 | $49,400.73 | WIRE OUT | 202002704213;BNF MORGAN STANLE | Y;OBI FOR FURTHER CREDIT TOLEM |