# Exhibit K

| | A | B | C |
|---|---|---|---|
| 1 | Timestamp | What is your Poloniex registered email address? | What is the source of funds for this account? Please provide, in detail, how the source of funds is generated. |
| 2 | 9/12/2019 7:13:28 | sergey@gramvault.com | Own capital of the company |

| | D | E | F |
|---|---|---|---|
| | Has the entity been a significant/central contributor to a coin or token? | Please list all fiat exchanges used. | Please provide your requested withdrawal limit. |
| | No | Kraken via Etana, CEX, Bitfinex, Coinbase, Bittrex, Bequant | $5 mln a day |

| | G |
|---|---|
| 1 | Please list all addresses and coin tickers that your wish to whitelist. |
| 2 | Tickers: USDC, BTC, Gram. All addresses will be generated by the time Telegram Open Network goes live. |