UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,                19-cv-9439 (PKC)

    -against-                  <u>ORDER</u>

TELEGRAM GROUP INC., et al.,

                Defendant.

-----------------------------------------------------------x

CASTEL, U.S.D.J.

        In connection with its consideration of the TON Community Foundation's Motions for Leave to File an Amicus Brief and a Correct Amicus Brief, (Docs. 192, 195), the Court orders that the TON Community Foundation submit an affidavit providing more detail on the identity of the TON Community Foundation as well as the provenance of its offered amicus brief. Specifically, the affidavit should contain information related to the following subjects:

- The place and form of organization of the TON Community Foundation;

- The identity of the TON Community Foundation's corporate parents, affiliates, and/or subsidiaries (if any) as well as any individual(s) with a controlling stake or ownership share of greater than 10%; and

- Whether any party or its lawyers or law firm drafted, commented on, or reviewed the offered amicus brief.

        SO ORDERED.

                                            P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       February 18, 2020