UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
:
                               **Plaintiff,** :       19 Civ. 09439 (PKC)
:
                      - against -          :       ECF Case
:
TELEGRAM GROUP INC. and TON ISSUER INC. :
:
                              **Defendants.** :
:
------------------------------------------------------------------x

## [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

The Court, having reviewed the submissions by Non-Party ▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆ (previously identified as "Investor F"), including Investor F's Motion, Memorandum of Law, and the Declaration of ▆▆▆▆▆▆▆ in support thereof, finds that good cause exists to permit the maintaining under seal portions of the document the Securities and Exchange Commission ("SEC") previously lodged with the Court as Exhibit B to the Letter of Jorge G. Tenreiro (ECF No. 181) in support of the SEC's Application for a Preliminary Judgment (ECF No. 98). Investor F seeks a narrowly focused Sealing Order to protect its privacy and to avoid harming its business interests, and these interests outweigh any applicable presumption of public access. *See, e.g., Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

ACCORDINGLY, IT IS HEREBY:

ORDERED, that Investor F's Motion to Seal its Confidential Document is GRANTED and it is further,

ORDERED that the document that was lodged with the court as Exhibit B to the Letter of Jorge G. Tenreiro (ECF No. 81) shall be maintained under seal, and that a redacted version shall be filed on the public docket consistent with the proposed redactions attached as Exhibit 1 to the Investor F Declaration.

SO ORDERED.

Dated: February __, 2020
       New York, New York

 

_____
HONORABLE P. KEVIN CASTEL
UNITED STATE DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK