**EXHIBIT A**
**Undisputed Requests from Non-Party Investor E's Motion to Seal**

| Entry from SEC's Response (Exhibit A) | Corresponding Request from Non-Party Investor E's Motion | Proposed Redactions in Non-Party Investor E's Motion | Undisputed Portions to Be Sealed (from Proposed Redactions)[10] |
|---|---|---|---|
| PX5 | Request No. 1 | 1-B (Dkt. No. 160-2) | Paragraphs 1-5, 8. |
| ■■■ | Request No. 2 | 2-B (Dkt. No. 160-4) | All. |
| ■■■ | Request No. 3[11] | 3-B (Dkt. No. 160-6) | All names, email addresses, and non-party Investor E's initials. |
| PX5-A | Request No. 4 | 4-B (Dkt. No. 160-8) | All blacked out redactions previously marked by the SEC, which consists of names, email addresses, and non-party Investor E's initials. |
| PX5-B | Request No. 5 | 5-B (Dkt. No. 160-10) | All blacked out redactions previously marked by the SEC, which consists of names, email addresses, and non-party Investor E's initials, plus additional redactions of identifying information of (i) initials on pages 3 and 10 and (ii) name on page 9. |
| PX28 | Request No. 6 | 6-B (Dkt. No. 160-12) | All blacked out redactions previously marked by the SEC, which consists of names, email addresses, and non-party Investor E's initials. |
| PX148 | Request No. 7 | 7-A (Dkt. No. 160-13) | All marked redactions (consisting of identifying information), except the non-party name in the body of the email. |
| ■■■ | Request No. 8 | 8-B (Dkt. No. 160-16) | All. |

---

[10] *See* Non-Party Chart, at 4-7.

[11] This Request No. 3 also ■■■ ■■■. The Motion requests that this document remain off of the public docket altogether, given that it was the wrong document, in the first place. The SEC does not oppose this.