# Exhibit 8

| | |
|---|---|
| **From**: | Katsuya Konno [katsu@quoine.com] |
| **Sent**: | 08/01/2019 01:43:07 |
| **To**: | Afshar, Valian A [valian.afshar@skadden.com] |
| **CC**: | Dzierniejko, Ryan J [ryan.dzierniejko@skadden.com]; Ilya Perekopsky [perekopsky@telegram.org]; Mike Kayamori [mike.kayamori@quoine.com]; [REDACTED - PERSONAL INFORMATION]@koinvestor.com] |
| **Subject**: | Re: [Ext] Japanese regulator |

Hi Valian,

Happy New Year!
Hope you enjoyed the nice X'mas holidays

What is the status of your preparation of the JFSA submission document?
Hope we can receive it in this week, thanks.

Best regards,
Katsu

2018年12月12日(水) 10:01 Katsuya Konno <katsu@quoine.com>:
> Noted Valian.
> Look forward to receiving your draft by X'mad, thanks!
>
> 2018年12月11日(火) 10:31 Afshar, Valian A <Valian.Afshar@skadden.com>:
>> Hi Katsu,
>>
>> Thanks for checking in -- we had a productive conversation with Ken Kawai last week and are working internally to plan the path forward. We will be in touch once we have prepared an initial draft of the documentation.
>>
>> Regards,
>>
>> Valian
>>
>> **Valian A. Afshar**
>> Skadden, Arps, Slate, Meagher & Flom LLP
>> Four Times Square | New York | 10036-6522
>> T: 212.735.3957 | F: 917.777.3957
>> **valian.afshar@skadden.com**
>>
>> **From:** Katsuya Konno [mailto:katsu@quoine.com]
>> **Sent:** Monday, December 10, 2018 7:50 PM
>> **To:** Afshar, Valian A (NYC)
>> **Cc:** Dzierniejko, Ryan J (NYC); Mike Kayamori; Ilya Perekopsky; [REDACTED - PERSONAL INFORMATION]
>> **Subject:** Re: [Ext] Japanese regulator
>>
>> Hi Valian,
>>
>> What is the current status to prepare the documentation to submit to JFSA?

Best regards,

Katsu

2018年11月30日(金) 0:58 Katsuya Konno <katsu@quoine.com>:

> Hi Valian,
>
> I'm happy to make an intro to Ken Kawai.
>
> Will do soon.
>
> Best regards,
>
> Katsu
>
> 2018年11月28日(水) 22:14 Afshar, Valian A <Valian.Afshar@skadden.com>:
>
>> Thanks again for the recommendation Mike.
>>
>> If you would, please connect us with Mr. Kawai so that we can begin a dialogue with him.
>>
>> Regards,
>>
>> Valian
>>
>> **Valian A. Afshar**
>> Skadden, Arps, Slate, Meagher & Flom LLP
>> Four Times Square | New York | 10036-6522
>> T: 212.735.3957 | F: 917.777.3957
>> **valian.afshar@skadden.com**
>>
>> **From:** Mike Kayamori [mailto:mike.kayamori@quoine.com]
>> **Sent:** Tuesday, November 27, 2018 8:45 PM
>> **To:** Afshar, Valian A (NYC)
>> **Cc:** Katsuya Konno; [REDACTED - PERSONAL INFORMATION] perekopsky@telegram.org; Dzierniejko, Ryan J (NYC)
>> **Subject:** Re: [Ext] Japanese regulator
>>
>> Hi Valian
>>
>> As an exchange, we are supposed to be neutral but I would recommend Anderson Mori.
>>
>> One of the top 3 law firms in Japan and the leader in crypto.
>>
>> https://www.amt-law.com/en/
>>
>> And Mr. Kawai is their go to guy.
>>
>> https://www.amt-law.com/en/professionals/profile/KWK

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-023-00000103

do you want an introduction?

kindest regards

mike kayamori

On Wed, Nov 28, 2018 at 3:54 AM Afshar, Valian A <Valian.Afshar@skadden.com> wrote:
> Mike, Katsuya & Steve,
>
> It was a pleasure speaking with you all last week, thanks again for taking the time.
>
> Regarding the application to list Grams in Japan, can you advise if there are certain Japanese law firms that you've worked with in the past or that are otherwise familiar with the application process (including issuing the required Japanese law opinion) that you would recommend Telegram engage to assist in the application process?
>
> Thanks,
>
> Valian
>
> **Valian A. Afshar**
> **Skadden, Arps, Slate, Meagher & Flom LLP**
> Four Times Square | New York | 10036-6522
> T: 212.735.3957 | F: 917.777.3957
> valian.afshar@skadden.com
>
> ---
>
> **From:** Ilya Perekopsky [mailto:perekopsky@telegram.org]
> **Sent:** Friday, November 16, 2018 5:18 AM
> **To:** mike.kayamori@quoine.com; Katsuya Konno; [REDACTED]@koinvestor.com; Dzierniejko, Ryan J (NYC); Afshar, Valian A (NYC)
> **Subject:** [Ext] Japanese regulator
>
> Dear Mike, Katsuya and [REDACTED]
>
> Let me introduce you to our legal team from Skadden: Ryan and Valian from New York. Ryan and Valian have seen the questions the Japanese regulator. Before we proceed with answers could we make a phone call together to understand better some details?
>
> Mike is the CEO of a biggest regulated Japanese exchange https://www.liquid.com/, Katsuya is the CFO and [REDACTED] is their partner.
>
> Ilya

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                         TLGRM-023-00000104

---

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=================================================================================
==

--

**Mike Kayamori**
Co-Founder CEO, QUOINE

(+65) 9457-5411 / (+81) 70-4170-7274

Singapore : 80RR, 80 Robinson Road 9F Singapore 068898

Japan : 〒104-0031 東京都中央区京橋二丁目2番1号 19F  https://www.edogrand.tokyo/access

Vietnam : 22F, Saigon Center 2 Tower, No. 67 Lê Lợi street, District 1, HCMC, Vietnam

mike.kayamori@quoine.com

www.liquid.com

---

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=================================================================================
==

--

紺野 勝弥／Katsuya KONNO

Head of CEO Office

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            TLGRM-023-00000105

Tel: +81-70-2837-5974／E-mail: katsu@quoine.com
Singapore:  80RR, 80 Robinson Road,
Japan: 〒104-0031東京都中央区京橋二丁目2番1号 https://www.edogrand.tokyo/access
"Liquid by Quoine" https://www.liquid.com/


--

紺野 勝弥／Katsuya KONNO
Head of CEO Office

Tel: +81-70-2837-5974／E-mail: katsu@quoine.com
Singapore:  80RR, 80 Robinson Road,
Japan: 〒104-0031東京都中央区京橋二丁目2番1号 https://www.edogrand.tokyo/access
"Liquid by Quoine" https://www.liquid.com/

-------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================================
--

紺野 勝弥／Katsuya KONNO
Head of CEO Office

Tel: +81-70-2837-5974／E-mail: katsu@quoine.com
Singapore:  80RR, 80 Robinson Road,
Japan: 〒104-0031東京都中央区京橋二丁目2番1号 https://www.edogrand.tokyo/access
"Liquid by Quoine" https://www.liquid.com/
--
紺野 勝弥／Katsuya KONNO
Head of CEO Office

Tel: +81-70-2837-5974／E-mail: katsu@quoine.com
Singapore:  80RR, 80 Robinson Road,
Japan: 〒104-0031東京都中央区京橋二丁目2番1号 https://www.edogrand.tokyo/access
"Liquid by Quoine" https://www.liquid.com/

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    TLGRM-023-00000106