# PX058

11/20/2019                                              Mail - ▮▮▮▮ - Outlook

↩ Reply all ∨   🗑 Delete   ⊘ Junk   Block   ⋯

### RE: Allocation for Stage A and Process Update

ⓘ This message was sent with High Importance.
ⓘ You forwarded this message on Wed 3/14/2018 3:16 PM

▮▮▮▮
Wed 3/14/2018 2:20 PM

Fwd: Telegram ICO
64 KB

▮▮▮▮ is absolutely against it and said it is the wrong thing to do:
- We don't understand what it is, how it will work and all other risks
- The price is extremely high for this risky investment – we won't make 10x – best case 3x but it is not enough for this kind of risk
- If we make $30M – we won't be happy and waist this $30m on other stupid investments. If we lose $10M that is bad
- Investing in great software companies and Dell/EMC debt is much better deal

Also, ▮▮▮▮ are selling part of their 1st round at 74 cents – that is almost 2x cheaper. They invested $9M, and are ready to sell 50% or 25% of what they have for $9M or $4.5M. ▮▮ can you please find out what the limitations on the liquidity are or I can ask ▮▮

Also see attached from ▮▮ – he said this company is #1 investors in ICOs and they passed on it although they are very aggressive and risky investor who made $400M on bitcoin last year.

Suggest NOT to do it.

Will schedule a call to discuss.

Regards,
▮▮▮▮

From: ▮▮▮▮
Sent: Wednesday, March 14, 2018 2:05 PM
To: ▮▮▮▮
Subject: RE: Allocation for Stage A and Process Update

Ok from my side!

From: ▮▮▮▮
Sent: Wednesday, March 14, 2018 11:01 AM
To: ▮▮▮▮
Subject: FW: Allocation for Stage A and Process Update

SEC-▮▮▮▮-0000089