# **PX15**

14 August 2017

**[redacted]** — 17:23
Congrats on all the growth. I've become a heavy user and am super impressed with the product.

**Pavel Durov** — 17:26
Thanks [redacted] Appreciate 🙏

**[redacted]** — 17:28
Here is a thought: would you be open to putting $25m worth of shares into [redacted] etc.) in exchange for becoming a $25m [redacted] shareholder? Would be fun to be in each other's companies. Alternatively could also do $25m in [redacted] for $25m of Telegram. No worries if rather not, but thought could be a good idea.

**Pavel Durov** — 17:31
Thanks for the trust! At this point Telegram needs cash to keep buying more servers, but I can start considering such ideas after we solve our cash requirements.

**[redacted]** — 17:33
We could also do $25m in cash. We're pretty fast and silent and can keep it totally off the radar screen + help with a later fundraising at a premium value. Lmk.

**Pavel Durov** — 17:33
Cool thanks, will keep in mind 🙏

**[redacted]** — 17:36
👍

**[redacted]** — 21:02
I've gotten really close to the T[redacted] nd [redacted] guys as well. In case you need big $$$ let me know. Up to $100m I can organize between [redacted] and friends – above that, [redacted] especially would be a great bet and I'm pretty sure I could get you in front of [redacted]

**Pavel Durov** — 21:04
[redacted] s already interested. [redacted] great idea, I haven't had the chance to meet them.

3 September 2017

**[redacted]** — 12:14
Can I connect you with [redacted]? He was [redacted] and is really close to [redacted] and CEO of the [redacted] fund. He is a big fan of Telegram and I think can help navigate.

off- chain value transfers, and for paying for services running in TON Services.

21:33

Thx for sharing. Can't wait to read the white paper.

Pavel Durov  21:45

Thank you for sharing the Orchid Protocol WP. Nikolai says it contains some worthy ideas we might borrow.

21:45

👍

30 October 2017

19:11

can make the 8th work and fly over from ▮. Is that confirmed from your side? Anyone working with you on process that can join? I'm happy to host here in my board room or we can go to our office in ▮

Pavel Durov  20:38

It should work.

There are no IR people in my team, just myself. Of course, I can  20:41
bring along a dude who is willing to help with investors (ex COO of VK, founded Blackmoon, raised $30M for Blackmooncrypto last month).

20:42

Yes – having someone to help run point will help. This will require really good execution to pull off.

Pavel Durov  20:51

He will try to make the 8th work, but says the 9th would be much easier for him.

20:59

Let's do 9th then

Pavel Durov  21:05

Perfect, the 9th then 👌

31 October 2017

18:39

📄 **ICO Token Sale Design 2017 10 31 v2.pdf**
921.6 KB

Brief case study on Filecoin and ▮

| | | 18:07 |

On it. Will let Nicolas know to submit LOI as well.

**Pavel Durov** — 18:08
Cool. Any LOI would do, no specific requirements on its form.

18:35
To this email address: Paveldurov2005@gmail.com?

**Pavel Durov** — 18:38
Yes, or ceo@telegram.org, also me.

19:58
and ☐ LOIs in your inbox

### 26 December 2017

14:31
Did you get LOI from ▮▮▮ and others btw?

14:33
There is a fund from China calles the [REDACTED - PERSONAL INFORMATION] who is big in crypto and heard about this. They can only write $10m, but thought you might like some Chinese exposure too. Lmk and I can ask them to send you a LOI.

14:39
Also, please let me know if you are OK for us to do a cats and dogs vehicle (no fees) for value added individual. Think this will be at least another $20m. Ideally get people like ▮▮▮ and others involved that are either strategically beneficial or have high value for Telegram as credible super connectors. You could also send all friends or people into it from your side that are too small for the a $10m+ ticket. We have a big infrastrucutre which makes the setup and admin of this very simple. Please let me know and we will take care of it.

14:49
Unrelated question: looking to hire somone capable to help on TON development? May have a kid right up your ally: ranked in top 10 in programming competitions when he was still in elementry school, won a bunch of math competitions, had his pocket money paid to him in Bitcoin since 2013 and just turned 18, loves crypto and big into Telegram. His father is a genuis (finished Stanford as top of his class in 2 years) and the kid seems to take after him.

**Pavel Durov** — 14:52
In reply to this message
Sounds like a solid idea, ▮▮▮ should test him in Jan.

14:53
His father is Steve Jurvetson. I'm sure he would like to see his kid go to Stanford too, but I'm spending New Year's with Steve and will make the pitch and connect you thereafter.

> In reply to this message
>
> OK, we'll reserve a 20M slot for a reasonable timeframe for these folks due to their reputation.

In reply to this message — 14:57

This is great. No guarantees on us hiring him before we test him though.

In reply to this message — 14:58

We are not going lower than $20-25M, unfortunately.

14:58

In reply to this message

OK. On it. If you want to, pls send over any people you have in mind for it as well.

**Pavel Durov** — 14:58

In reply to this message

Peter just sent me a message, I've asked him.

14:58

In reply to this message

Understood

In reply to this message — 14:59

Of course. Also no guarantee that he is keen, but I have a good feeling here.

18:16

[REDACTED-PERSONAL INFORMATION] came back and said they can do $20m...

If you have room, I will connect and ask them to send you an LOI — 18:17

**Pavel Durov** — 18:30

A LOI from them wouldn't hurt. We can exclude some Russian folks to free up space.

19:12

Ok. How much demand do you currently have?

**Pavel Durov** — 19:17

Without caps on each about 1.4bn, with 50 caps about 1.2, with 25 caps 0.8. We stopped accepting LOIs from Russian funds a few days ago, they got crazy after the leak.

We may cut Russians further, Skadden gave cautionary advice re new sanctions coming in Feb. — 19:17

19:20

Yes – agree with Skadden. Also better for you / Telegram to not have this be a predominately Russian thing. I think the more global the

[redacted] 18:04

In reply to this message

Oh – I'm very sorry to hear. [redacted]? Maybe I can find someone that is an expert that might be able to help.

Pavel Durov 19:03

[redacted], She is [redacted]

### 2 April 2019

[redacted] 17:33

Hey Pavel – hope your mum is holding up well.

Quick question: is there anyone in your team my guys can chat with re building our staking infrastructure in anticipation for the testnet? 17:33

### 6 April 2019

[redacted] 11:05

Ping

Pavel Durov 12:13

Sorry for the silence.

Have been too busy with @contest with ~3 hours for daily sleep for the last few weeks. Great results though. We seem to have found some exceptional ppl.

In reply to this message 12:17

In our team – not sure, stretched too thin. But there's this dev team that invested a lot of time into studying what we do (they are affiliated with large 2nd stage investors). They are currently testing the smart contract builing on our testnet, and can probably give some guidance. No guarantee that they can be helpful or will be super pleasant to deal with (they are mostly Russian nationals), but definitely better than nothing? If it works, let me know the Telegram username / e-mail address of a contact person in your team I should intro them to.

In reply to this message 12:21

I mean look at this guy – ONLY 4Kb in js size, works great across all mobile and desktop browsers https://coding.studio/tchart/

### 11 April 2019

[redacted] 11:57

OK, great. Will be in touch. Do you have sense when testnet will go live?

In reply to this message 11:59

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-017-00000599