# PX42

| From: | arthur@bitmex.com |
|---|---|
| Sent: | Thu, 8 Mar 2018 10:41:53 +0000 (UTC) |
| To: | arthur@bitmex.com; kennethrmorton@gmail.com |
| Subject: | Meeting - Kenneth Morton <> Arthur Hayes(BitMEX) |
| Location: | BitMEX office - Suite 1103, 11/F, Saxon Tower, 7 Cheung Shun Street, Cheung Sha Wan, HK |
| Start Time: | Fri, 9 Mar 2018 06:00:00 +0000 (UTC) |
| End Time: | Fri, 9 Mar 2018 07:00:00 +0000 (UTC) |

Dawn,

Can you book a meeting at the office 2pm tomorrow Friday.

On Thu, 8 Mar 2018 at 6:32 PM, Kenneth Morton <kennethrmorton@gmail.com> wrote:
That would be fine, what's the address?

My mobile is ███████ just in case

On 8 Mar 2018, at 18:30, Arthur Hayes <arthur@bitmex.com> wrote:

Can you come at 2pm we are in Lai chi kok

On Thu, 8 Mar 2018, at 5:41 PM, Kenneth Morton <kennethrmorton@gmail.com> wrote:
That would be great. Would 12:30 or 12:45 work for you?

Ken

On 8 Mar 2018, at 16:45, Arthur Hayes <arthurh3@gmail.com> wrote:

Can you come by our office tomorrow in Kowloon? My BitMEX email is cc'd.

> On 8 Mar 2018, at 10:18 AM, Kenneth Morton <kennethrmorton@gmail.com> wrote:
>
> Arthur, hi
>
> I've been helping the Telegram team get in contact with a few people in the crypto world - historically most of their relationships have been in Europe, the US and Russia, and they're interested in connecting with more people in Asia. I don't think we've met, I hope you don't mind my cold-emailing you like this.
>
> They're keen to establish relationships with potential investors in their ICO and to discuss areas of potential cooperation with important players in the ecosystem - the second round of the ICO is basically done and they're not planning to raise any more for several months, so for now the focus is more on potential cooperation.
>
> As background, I'm not part of the Telegram team, but I've been working closely with a former colleague who's running the process to help them in Asia. If it'd be helpful, I can get someone at Telegram to confirm this if it'd be helpful. This is my Linkedin https://www.linkedin.com/in/kennethrmorton/
>
> If you're in HK in the next week or so, perhaps we could get a coffee or something so I can briefly introduce myself and give you a bit more info on their plans and we could see if there are any areas for cooperation?
>
> Ken

--
Arthur Hayes
Co-Founder & CEO
BitMEX

Please do not edit this section of the description.

This event has a video call.
Join: https://meet.google.com/ufs-mwqy-znk

View your event at https://www.google.com/calendar/event?
action=VIEW&eid=NHB0MXEwYW1vaGg3YzFzYWJybWc1NnNsZ2Mga2VubmV0aHJtb3J0b25AbQ&tok=MTcjYXJ0aHVyQGJpdG1leC5jb20xOGFhOGQwYzI1MDE3NzQ0NDU:

FOIA CONFIDENTIAL TREATMENT REQUESTED

BMX-SEC-TGM-00000003