# PX50

Messages in notes on 2019-03-19

 **pete (Pete Scott)** 2019-03-19 03:48 PM

Telegram Notes 3/19/19
Telegram Attendees: Shyan
Anchorage Telegram: DM, ML, PS

Context/Background: Raised $1.7B in two rounds of fundraising last year which
included several hundred investors globally: VCs, HFs, Fam Offices, etc.. Originally
hoped to launch "gram" at end of 2018, but timeline has moved back. Will begin test
phase in the next 4-6 weeks. Sounds like earliest "gram" will go live is several
months away.

Summary: Telegram will have $1.7B in "grams" to be distributed to investors when
they launch. Investors will setup a telegram account, create a "light wallet" (I
assume is hot storage), and that will be the mechanism by which Telegram distributes
tokens. However, many investors have requested a 3rd party custodial service for a
few reasons:
  -Long term holders want added security
  -Other holders want the ability to transact on the Telegram Network, thus want a
custodian that provides brokerage/liquidity
Telegram is currently in the exploratory/educational phase, but eventually would
like to have "several" custodians.

Questions/Concerns:

Q: What is the timeframe and information Anchorage would need to onboard "gram"
Q: Have you gone thru an Audit?
 (DM explained EY audit, AON risk analysis, and external security audit)
Q: What do you charge?
Q: Do you offer brokerage service, or have relationships with 3rd parties to
facilitate transactions?

Follow up:
  -Send informational docs on requirements for onboarding new cryptoasset
  -Send crypto custody primer
  -Follow up via email a week or two after sending above docs

SEC_AL000937



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



SEC_AL000939



SEC_AL000940



SEC_AL000941

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER