# PX59

**From:** ▇
**Sent:** Thursday, April 05, 2018 1:33 PM EDT
**To:** ▇
**Subject:** Fwd: Telegram Opportunity

Forwarding in case of interest. I've heard some smart people are very positive on Telegram, but I don't know much about it

Begin forwarded message:

> **From:** Pablo Kaufmann <pablokaufmann@gmail.com>
> **Date:** April 5, 2018 at 12:56:50 PM EDT
> **To:** ▇
> **Subject: Telegram Opportunity**
>
> Dear ▇
>
> I hope this email finds you well.
>
> Telegram is a cloud-based mobile and desktop messaging app with a focus on privacy, security and speed. In February and March they raised around $1.7Bln for its billion dollar initial coin offering ( ICO)
>
> Current round at $1.33/gram. Most people paying that plus one time fee/carry. We have access at $1.30/gram, including fees, with no carry. Liquidity is a bit more restrictive than the current round, but the price is obviously much lower, when you factor in no carry. If you or colleagues interested, let us know. The amount available would be 6mm grams, so a total ticket size including fees of $7.8mm. Supply could trade away quickly, so please let me know as soon as possible if you're interested.
>
> Thanks and best regards,
> Pablo

------------------------

This transmission may contain information that is intended to be confidential and solely for the use of ▇ and those persons or entities to whom it is directed. It is not to be reproduced, retransmitted, or in any other manner distributed. If you received this message in error, please notify the sender and delete this message from your system.