# PX91

Messages in notes on 2019-07-10

 michelle (Michelle Lai) 2019-07-10 12:55 PM

```
Gram Vault (Telegram-focused tech solution: custody, trading, staking)
Diogo, Michelle

Oleg Seydak, Jon Hyman, Shyan (from Telegram group itself), Alexander Filatov (TON
Ventures, investor in SDG)

Parent company of Gram Vault is Swiss Digital Group, an LLC in CH
Created to serve investors of Telegram. TON raised $1.7bn from 200 investors
Three core products: safekeeping of GRAM, Trading and Liquidity, Staking
Shareholders represent $700mn of investment
First round was priced at ~ $0.70 per GRAM, then $1.33. GRAM was issued to some
exchanges between $2 and $4
Close to $0 of the $700mn comes from US. Er.. but investors in the US, outside of the
$700mn represented by SDG, could use us to store their TON. Some of their investors
are our investors; we would need a special arrangement for them since some of those
investors are already our clients / we would prefer to have a direct relationship
with them

They are looking for US based partner. They already have CH and Asia partners to
provide local investors with clients
Who are those guys?
TON Ventures (Alexander Filatov) is an investor in SDG

TON Labs
Provider of tools for the TON network
They are in the process of launching the first set of tools

Sublicense to them?
We would sign contracts with their investors, do KYC/AML on those investors
individually
They also want to represent investors' balances via their interface
They also want investors to withdraw via their interface - but not critical. As long
as they get notifications. They see trading and liquidity as key, and custody as
gating product

Timing
TON network will launch end Sep, but we need to be ready before as investors will
need to go through KYC - we need to start working on this

When Jon went to see VCs in the US, we were consistently ranked top. [REDACTED]
referred them to us

Next steps
Send insurance blog piece
Connect our technical team with TON Labs
Mutual NDA > He will send us some materials
Then, we can sign referral and other agreements
```

