Cover slip
# PX103

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Case 1:19-cv-09439-PKC   Document 222-7   Filed 02/26/20   Page 2 of 2

**From:** Boaz Avital <boaz@anchorlabs.com>
**Sent:** Wednesday, July 17, 2019 12:15 AM EDT
**To:** Michelle Lai <Michelle Lai <michelle@anchorage.com>>
**Subject:** Re: Working on TON custody

Thank you!

On Tue, Jul 16, 2019 at 6:27 PM Michelle Lai <michelle@anchorage.com> wrote:
> As I feared.
>
> I reached out the other guys.
>
> ---------- Forwarded message ---------
> From: **Shyam Parekh** <shyam@telegram.org>
> Date: Tue, Jul 16, 2019 at 18:18
> Subject: Re: Working on TON custody
> To: Michelle Lai <michelle@anchorage.com>
>
>
> Thanks Michelle. So the issue as I alluded on the call is that the Telegram developer team is totally focused on the finalisation and testing of the network, and it has been very challenging to get their time to support 3rd party queries such as below. Hopefully that'll change as the launch draws nearer but for now it is what it is. The best bet for you therefore is to talk with Alexander and his developers at TON Labs, who as mentioned have been assisting Telegram with the testing these last few months, and as such have a detailed technical knowledge of the system and can answer your technical queries.
>
> I suggest you drop him an email suggesting a further call. Feel free to mention that I suggested it, and to copy me.
>
> Regards
>
> On Wed, 17 Jul 2019, 02:10 Michelle Lai, <michelle@anchorage.com> wrote:
>> Hi Shyam,
>>
>> Great to have you on the Gram Vault call last week.
>>
>> Independent of that, we are working on support for Telegram within our native solution. We have been researching it for a few weeks now, and are at the stage where it would really help our engineers to speak to yours.
>>
>> Would we be able to connect them? Or, are you going to be the right person for this?
>>
>>
>> Michelle
>> --
>> Composed on mobile device. Please excuse brevity or typos.
> --
> Composed on mobile device. Please excuse brevity or typos.

SEC_AL000136