# PX104

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Messages in notes on 2019-09-27

 diogo.monica882 (Diogo Monica) 2019-09-27 11:17 AM

\# Talked to Shyam at Telegram (BD person).
- They are going to be sending an update to all the investors with the logistics of what happens next in the next week or so.
- Things may change, but: Grams will be issued by a wallet that TON is developed. They don't have to keep it in that wallet, they can move it to a custody solution if they so desire. For ease of distribution they will create a verification via phone call and email to ensure they are going to the right folks. They'll be distributed to all the investors that way. They will be publishing details very soon (next week or so).
- They're goal is still very much going live by the end of October (ideally a little bit before).
- Email clients that details are incoming.
- Because the Telegram team is so stretched (TON labs has more engineers than Telegram). They have been partners of telegram for 6 months and helping testing from day one.
- They've been sending clients our way unofficially, and are excited for the fact that we might have a fully integrated solution on day one (custody – staking)

