| | |
|---|---|
| **From:** | Tenreiro, Jorge |
| **To:** | "Greg Campbell" |
| **Cc:** | Waxman, Daphna A. |
| **Subject:** | RE: SEC v. Telegram [MDR-Legal1.FID2846901] |
| **Date:** | Wednesday, November 27, 2019 1:57:00 PM |

Thank you Mr. Campbell.

Would December 11, 12, or 13 work?  Alternatively, would December 17 work?

Thanks

**From:** Greg Campbell <Greg.Campbell@Mishcon.com>
**Sent:** Wednesday, November 27, 2019 1:52 PM
**To:** Tenreiro, Jorge <tenreiroj@SEC.GOV>
**Cc:** Waxman, Daphna A. <WaxmanD@SEC.GOV>
**Subject:** RE: SEC v. Telegram [MDR-Legal1.FID2846901]

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jorge

Thanks for the follow up.  I've been discussing the position with Mr Hyman and he is willing to give a deposition.  I'm aware that you/your colleagues are in London over the next couple of weeks; so please suggest a few potential slots for Mr Hyman to give his deposition and I will confirm which one(s) are available.

Given the passage of time, it would obviously be useful for Mr Hyman to refresh his memory of the events that you are interested in.  To ensure we make most efficient use of the limited time available, if there are specific areas where you know you will want Mr Hyman's evidence, please provide me with details, so that we can reach out to Telegram to see if they will agree to provide Mr Hyman with access to relevant documents.

Regards

Greg

**Greg Campbell**
**Partner**
Mishcon de Reya LLP

**T** +44 20 3321 7234
**F** +44 20 3031 1498
**E** greg.campbell@mishcon.com
mishcon.com

My Profile | Twitter

**From:** Tenreiro, Jorge <tenreiroj@SEC.GOV>
**Sent:** 26 November 2019 21:21
**To:** Greg Campbell <Greg.Campbell@Mishcon.com>
**Cc:** Waxman, Daphna A. <WaxmanD@SEC.GOV>
**Subject:** SEC v. Telegram

Hi Greg:

Following up on this—when works for a call?

Thanks,

Jorge

Please be aware of the increase in cybercrime and fraud. If you receive an email purporting to be from someone at Mishcon de Reya LLP which seeks to direct a payment to bank details which differ from those which we have already given to you (in our retainer letter and on our invoices) it is unlikely to be genuine. Please do not reply to the email nor act on any information contained in it but contact us immediately.

Now & Next, brought to you by Mishcon de Reya and The Economist. Understand what is really transforming the world today ??? and discover what may lie in store tomorrow.

**Mishcon de Reya LLP**, Africa House, 70 Kingsway, London WC2B 6AH
T +44 20 3321 7000 ??? F +44 20 7404 5982 ??? DX 37954 Kingsway ???
www.mishcon.com

Mishcon de Reya LLP is a limited liability partnership registered in England and Wales with number OC399969 and is authorised and regulated by the Solicitors Regulation Authority under SRA number 624547. Any opinion or advice is given subject to our terms of business. You can view our Privacy Policy here.

Please consider the environment before printing this e-mail.

This email and any attachment is confidential, may be legally privileged and must not be disclosed to or used by anyone other than the intended recipient. Unauthorised use, disclosure, distribution or copying is prohibited and may be unlawful. If you are not the intended recipient, please notify greg.campbell@mishcon.com and then delete this email.

This email is sent over a public network and its completeness or accuracy cannot be guaranteed. Any attached files were checked with virus detection software before sending, but you should carry out your own virus check before opening them and we do not accept liability

for any loss or damage caused by software viruses.

This email message has been scanned for viruses by Mimecast.