**From:** Pavel Durov
**To:**
**Sent:** 1/9/2018 12:43:29 AM
**Subject:** Re: Re:

Perfect, looking forward.

On Mon, Jan 8, 2018 at 23:56 wrote:
Hi Pavel,

Change of location on dinner if that's ok with you. At the Arts Club at 730pm tomorrow (Tuesday).

On Sun, Jan 7, 2018 at 12:04 PM, wrote:
Hi Pavel,

Let's add John. Be great to meet him. If you want to hang out before hand for a drink happy to do that, but otherwise I'll see you at 730pm on Tuesday.

Btw my cell is What I use on telegram as well.

On Sun, Jan 7, 2018 at 11:28 AM Pavel Durov <ceo@telegram.org> wrote:
Hi

Sure, happy if can join. I hear he'll be having a meeting with John Hyman, our chief investment advisor. Does it make sense to add John to our dinner as well?

Thanks,
Pavel

On Sun, Jan 7, 2018 at 4:06 AM, wrote:
Thanks, Pavel. Look forward to reading it.

Will make us a reservation.

Had a request. My partner, , who leads our happens to be in town as well. He's on his way to Madrid for a meeting. Would it be ok if he joined us?

On Sat, Jan 6, 2018 at 3:56 PM Pavel Durov <ceo@telegram.org> wrote:

Dinings as the place for dinner looks great.
Attached are the Technical Whitepaper and the Primer.
The password for both is

Looking forward to seeing you on Tuesday!
Pavel

On Fri, Jan 5, 2018 at 5:17 AM, wrote:

Yes would love to read your White Paper and you have my word that I will keep it confidential.

Btw, how is this for dinner: https://dinings.co.uk/

On Thu, Jan 4, 2018 at 5:15 PM Pavel Durov <ceo@telegram.org> wrote:
Let me know if you'd like to have a look at our technical white paper before we meet in London. Typically we'd ask for an NDA, but your word to keep it confidential would be enough.

Sent via http://t.me/gmailbot

2018-01-05 00:44 (GMT+00:00), [REDACTED] said:
>
> Perfect, Pavel! On Thu, Jan 4, 2018 at 4:31 PM Pavel Durov wrote: > Hi [REDACTED],
>> > Perfect! Does 7:30PM on the 9th work? > > Best, > Pavel > > On Thu, Jan 4,
> 2018 at 1:39 AM, [REDACTED] wrote: > >> H >> i Pavel, >> >> Let's do it on
> the evening of the 9th. What time works for you for >> dinner? I'm happy to
> make us a reservation, unless you have a place in mind. >> >> Best, >>
> [REDACTED] >> >> On Wed, Jan 3, 2018 at 11:56 AM Pavel Durov wrote: >> >>> Hi
> [REDACTED] >>> >>> Happy New Year! Thanks for pinging me on this. I will be
> travelling from >>> Dubai to London on the 9th. Any chance evening on the 9th
> in London can >>> work? >>> >>> Best, >>> Pavel >>> >>> On Tue, Jan 2, 2018 at
> 5:21 PM, [REDACTED] wrote: >>> >>>> Hi Pavel, >>>> >>>> Happy New Year! Just
> wanted to touch base about meeting up next week in >>>> London (or this week in
> Dubai). >>>> >>>> Talk soon. >>>> [REDACTED] >>>> >>>> On Wed, Dec 27, 2017 at 6:28
> PM, [REDACTED] wrote: >>>> >>>>> Hi Pavel, >>>>> >>>>> Our Holidays have been
> wonderful - Mexico for a friend's wedding and >>>>> now in LA with the family.
> The weather is not to dissimilar from Dubai >>>>> today. :) [REDACTED] and I may
> be going for a hike in the dessert this weekend. >>>>> >>>>> I can make it to
> Dubai next week, but would prefer January 9th (after >>>>> 5pm) or anytime on
> the 10th in London. If that works for you, we can lock >>>>> down a time and
> location. >>>>> >>>>> Really look forward to it. >>>>> >>>>> Best, >>>>> [REDACTED]
>>>>>> >>>>> >>>>> >>>>> On Wed, Dec 27, 2017 at 8:07 AM, Pavel Durov wrote:
>>>>>> >>>>>> Hi [REDACTED], >>>>>> >>>>>> Hope you had wonderful holidays! 100%
> agree with you re blockchain, >>>>>> crazy times are coming. >>>>>> I'll be in
> Dubai from the 1st till the 9th of January, then in London >>>>>> 9-13. Please
> LMK if any of these places/dates can work for you. >>>>>> >>>>>> Best, >>>>>>
> Pavel >>>>>> >>>>>> On Tue, Dec 26, 2017 at 6:20 PM, [REDACTED] >>>>>> wrote:
>>>>>>> >>>>>>> Hi Pavel, >>>>>>> >>>>>>> Hope you had a nice Christmas Holiday.
>>>>>>>> >>>>>>> If it's easier for you, we can speak over the phone. To answer
> your >>>>>>> question about investing in Blockchain -- yes it's an active area
> of >>>>>>> interest for me and [REDACTED] At my previous firm, [REDACTED] we
> [REDACTED]
> [REDACTED] I think we have finally hit a
> consumer tipping >>>>>>> point in the cryptocurrency market that will enable
> real consumer behaviors >>>>>>> to emerge in the next 2-3 years. It's going to
> be an exciting time. >>>>>>> >>>>>>> Hope to talk soon. >>>>>>> [REDACTED] >>>>>>>
> [REDACTED] (on Telegram with this number) >>>>>>> >>>>>>>
> On Fri, Dec 22, 2017 at 4:56 PM, [REDACTED] >>>>>>> wrote: >>>>>>> >>>>>>>>
> Hi Pavel, >>>>>>>> >>>>>>>> That's awesome, but hardly surprised. >>>>>>>>
>>>>>>>>> Can we find an hour or two to meet up next week? With my [REDACTED]
>>>>>>>>> [REDACTED] I can meet you pretty much anywhere. :) >>>>>>>> >>>>>>>>
[REDACTED] >>>>>>>> >>>>>>>> On Fri, Dec 22, 2017 at 2:36 PM Pavel Durov >>>>>>>>

Case 1:19-cv-09439-PKC Document 160-3 Filed 02/04/20 Page 3 of 12

> wrote: >>>>>>>>>> Hi [REDACTED] >>>>>>>>>> Good to hear from you!
> I had to cancel my US trip as our presale >>>>>>>>>> reached 2x oversubscription
> too soon. Does [REDACTED] invest in blockchain? >>>>>>>>>> >>>>>>>>>> Thank you for your
> interest. >>>>>>>>>> >>>>>>>>>> Best, >>>>>>>>>> Pavel >>>>>>>>>> >>>>>>>>>> Sent
> via >>>>>>>>>> http://t.me/gmailbot >>>>>>>>>> >>>>>>>>>> >>>>>>>>>> >>>>>>>>>>

> 2017-12-22 20:07 (GMT+00:00), [REDACTED] said: >>>>>>>>>> > Hi Pavel,
>>>>>>>>>>> > I wanted to touch base with you. I had heard that a round is
>>>>>>>>>>> coming together >>>>>>>>>> > and would love for [REDACTED] to get involved.
> I'm sure you have many >>>>>>>>>> options for >>>>>>>>>> > partners, and we think
> we could be stellar ones with our set of >>>>>>>>>> past >>>>>>>>>> >
> experiences. >>>>>>>>>> > Please let me know what the best way to proceed would
> be. >>>>>>>>>> > Thanks, >>>>>>>>>> > [REDACTED] >>>>>>>>>> > On Tue, Dec 5, 2017 at
> 11:25 AM [REDACTED] >>>>>>>>>> > wrote: >>>>>>>>>> >>
>>>>>>>>>>> >> Sounds good, Pavel. I'll let you know if I make it out to
>>>>>>>>>>> Dubai/London >>>>>>>>>> >> (I'm supposed to in early 2018). In the
> meantime, happy >>>>>>>>>> holidays. >>>>>>>>>> >> >>>>>>>>>> >> >>>>>>>>>> >>
> [REDACTED] >>>>>>>>>> >> >>>>>>>>>> >> On Mon, Dec 4, 2017 at 6:54 AM, Pavel Durov <
> ceo@telegram.org >>>>>>>>>> > wrote: >>>>>>>>>> >> >>>>>>>>>> >>> Hi [REDACTED]
>>>>>>>>>>> >>> >>>>>>>>>> >>> >>>>>>>>>> >>> Great to hear from you. I've
> postponed my US trip for a few >>>>>>>>>> weeks, and am >>>>>>>>>> >>> likely to
> remain in Dubai / London until mid-January. I'll >>>>>>>>>> write you once
>>>>>>>>>>> >>> I have clarity on the US trip. >>>>>>>>>> >>> >>>>>>>>>> >>> Best,
>>>>>>>>>>> >>> Pavel >>>>>>>>>> >>> >>>>>>>>>> >>> On Mon, Dec 4, 2017 at 5:22 AM,
> [REDACTED] >>>>>>>>>> > wrote: >>>>>>>>>> >>> >>>>>>>>>> >>>>
> Hi Pavel, >>>>>>>>>> >>>> >>>>>>>>>> >>>> >>>>>>>>>> >>>> Hope you are great. I
> wanted to check in to see if you made >>>>>>>>>> plans to be >>>>>>>>>> >>>> out
> here. If not, perhaps I may see you in your neck of the >>>>>>>>>> woods.
>>>>>>>>>>> >>>> >>>>>>>>>> >>>> >>>>>>>>>> >>>> Best, >>>>>>>>>> >>>> [REDACTED]
>>>>>>>>>>> >>>> >>>>>>>>>> >>>> On Sun, Oct 29, 2017 at 10:52 AM Pavel Durov <
>>>>>>>>>>> ceo@telegram.org > wrote: >>>>>>>>>> >>>> >>>>>>>>>> >>>> >>>>>>>>>>
>>>>>> Hi [REDACTED] >>>>>>>>>> >>>>> >>>>>>>>>> >>>>> It's a pleasure to e-meet you.
> I've heard a lot of good >>>>>>>>>> things about >>>>>>>>>> >>>>> you, looking
> forward to meeting you in person. >>>>>>>>>> >>>>> >>>>>>>>>> >>>>> I'm likely to
> visit [REDACTED] in a few weeks. I'll send you a note >>>>>>>>>> once I >>>>>>>>>> >>>>>
> have specific dates set up. >>>>>>>>>> >>>>> >>>>>>>>>> >>>>> Thanks, >>>>>>>>>>
>>>>>> Pavel >>>>>>>>>> >>>>> >>>>>>>>>> >>>>> Sent via http://t.me/gmailbot

>>>>>>>>>>> >>>>>>>>>> >>>>> >>>>>>>>>> >>>>> 2017-10-29 09:18 (GMT-07:00), [REDACTED]
> [REDACTED] >>>>>>>>>> > said: >>>>>>>>>> >>>>> > Thanks, [REDACTED] for the
> sweet intro (bcc now). >>>>>>>>>> >>>>> > Hi Pavel, >>>>>>>>>> >>>>> > A pleasure
> to make the acquaintance. As [REDACTED] said, a big >>>>>>>>>> fan of your >>>>>>>>>>
>>>>>> work at >>>>>>>>>> >>>>> > Telegram. Could not live without it. I'd love
> to meet >>>>>>>>>> sometime, whenever >>>>>>>>>> >>>>> that >>>>>>>>>> >>>>> > may
> be. I'm mostly based in [REDACTED], but make it to >>>>>>>>>> different
>>>>>>>>>>> >>>>> parts of >>>>>>>>>> >>>>> > the world over the course of a year.
>>>>>>>>>>> >>>>> > Best, >>>>>>>>>> >>>>> > [REDACTED] >>>>>>>>>> >>>>> > On Sat, Oct
> 28, 2017 at 11:04 PM, [REDACTED] < >>>>>>>>>> [REDACTED] > >>>>>>>>>>
>>>>>> > wrote: >>>>>>>>>> >>>>> > > >>>>>>>>>> >>>>> > > Resending with
> [REDACTED] correct addy 👆🏻👆🏻 >>>>>>>>>> >>>>> > > >>>>>>>>>> >>>>> >
>> >>>>>>>>>> >>>>> > > >>>>>>>>>> >>>>> > > >>>>>>>>>> >>>>> > > >>>>>>>>>> >>>>> >
>> -- >>>>>>>>>> >>>>> > > This e-mail and any files transmitted with it are
>>>>>>>>>>> intended solely for >>>>>>>>>> >>>>> the >>>>>>>>>> >>>>> > > use of

Case 1:19-cv-09439-PKC Document 140-3 Filed 02/04/20 Page 5 of 13

> the individual or entity to whom they are >>>>>>>>>> addressed. If the >>>>>> reader >>>>>>>>>> >>>>>> > > of this e-mail is not the intended recipient
> or the >>>>>>>>>> employee or agent >>>>>>>>>> >>>>>> > > responsible for
> delivering the message to the intended >>>>>>>>>> recipient, you >>>>>>>>>> >>>>>>
> are >>>>>>>>>> >>>>>> > > hereby notified that any use dissemination, forwarding,
>>>>>>>>>>> printing or >>>>>>>>>> >>>>>> > > copying of this e-mail is strictly
> prohibited. If you >>>>>>>>>> have received >>>>>>>>>> >>>>>> this >>>>>>>>>> >>>>>>
>> > e-mail in error, please e-mail us at >>>>>>>>>>
>>>>>>>>>>> >>>>>> > > >>>>>>>>>> >>>>>> > > On Oct 28, 2017, at 10:33 PM,
> < >>>>>>>>>> > >>>>>>>>>> >>>>>> > wrote: >>>>>>>>>> >>>>>>
>> > >>>>>>>>>> >>>>>> > > >>>>>>>>>> >>>>>> > > >>>>>>>>>> >>>>>> > >> >>>>>>>>>>
>>>>>> > >> It's a total pleasure to intro two people who I like so >>>>>>>>>>
> much and >>>>>>>>>> >>>>>> > admire a >>>>>>>>>> >>>>>> > >> great deal. >>>>>>>>>>
>>>>>> > >> >>>>>>>>>> >>>>>> > >> >>>>>>>>>> >>>>>> > >> Pavel - meet - one
> of the smartest investors in >>>>>>>>>> the valley and >>>>>>>>>> >>>>>> >>>>>>>>>>
>>>>>> > a >>>>>>>>>> >>>>>> > >> really good guy. >>>>>>>>>> >>>>>> > >> >>>>>>>>>>
>>>>>> > >> >>>>>>>>>> >>>>>> > >> He's a lot like you. A creative rule breaker
> who is >>>>>>>>>> kicking ass and >>>>>>>>>> >>>>>> > doing >>>>>>>>>> >>>>>> > >>
> it with dignity and heart. >>>>>>>>>> >>>>>> > >> >>>>>>>>>> >>>>>> > >> >>>>>>>>>>
>>>>>> > >> He is also a big fan of your work. >>>>>>>>>> >>>>>> > >> >>>>>>>>>>
>>>>>> > >> >>>>>>>>>> >>>>>> > >> - as you know - Pavel is a legendary
> founder and >>>>>>>>>> a total >>>>>>>>>> >>>>>> > fucking >>>>>>>>>> >>>>>> > >>
> genius. 👍🏻 >>>>>>>>>> >>>>>> > >> >>>>>>>>>> >>>>>> > >> >>>>>>>>>> >>>>>> > >>
> You two should know each other!!! >>>>>>>>>> >>>>>> > >> >>>>>>>>>> >>>>>> > >>
>>>>>>>>>>> >>>>>> > >> >>>>>>>>>> >>>>>> > >> >>>>>>>>>> >>>>>> > >> >>>>>>>>>> >>>>>>
>> >> >>>>>>>>>> >>>>>> > >> >>>>>>>>>> >>>>>> > >> >>>>>>>>>> >>>>>> > >> >>>>>>>>>>
>>>>>> > >> -- >>>>>>>>>> >>>>>> > >> This e-mail and any files transmitted with
> it are >>>>>>>>>> intended solely for >>>>>>>>>> >>>>>> >>>>>>>>>> >>>>>> > the
>>>>>>>>>>> >>>>>> > >> use of the individual or entity to whom they are >>>>>>>>>>
> addressed. If the >>>>>>>>>> >>>>>> > reader >>>>>>>>>> >>>>>> > >> of this e-mail
> is not the intended recipient or the >>>>>>>>>> employee or agent >>>>>>>>>>
>>>>>> >>>>>>>>>> >>>>>> > >> responsible for delivering the message to the
> intended >>>>>>>>>> recipient, you >>>>>>>>>> >>>>>> >>>>>>>>>> >>>>>> > are
>>>>>>>>>>> >>>>>> > >> hereby notified that any use dissemination, forwarding,
>>>>>>>>>>> printing or >>>>>>>>>> >>>>>> > >> copying of this e-mail is strictly
> prohibited. If you >>>>>>>>>> have received >>>>>>>>>> >>>>>> > this >>>>>>>>>>
>>>>>> > >> e-mail in error, please e-mail us at >>>>>>>>>>
> >>>>>>>>>> >>>>>> > >> >>>>>>>>>> >>>>>> > > >>>>>>>>>>
>>>>>> > > >>>>>>>>>> >>>>>> > >>>>>>>>>> >>>>>> >>>>>>>>>> >>>>>> >>>>>>>>>> >>>>
>>>>>>>>>>> >>>> >>>>>>>>>> >>>> >>>>>>>>>> >>> >>>>>>>>>> >>> >>>>>>>>>> >>>
>>>>>>>>>>> >>> >>>>>>>>>> >> >>>>>>>>>> >> >>>>>>>>>> >> >>>>>>>>>> >> >>>>>>>>>>
>>>>>>>>>>> >>>>>>> >>>>>> >>>>> >>>> >>> >

> Perfect, Pavel!
> On Thu, Jan 4, 2018 at 4:31 PM Pavel Durov < ceo@telegram.org > wrote:
>>
>> Hi
>>
>> Perfect! Does 7:30PM on the 9th work?
>>
>> Best,
>> Pavel
>>
>> On Thu, Jan 4, 2018 at 1:39 AM, wrote:
>>

>>> H
>>> i Pavel,
>>>
>>>
>>> Let's do it on the evening of the 9th. What time works for you for dinner?
>>> I'm happy to make us a reservation, unless you have a place in mind.
>>>
>>>
>>> Best,
>>> [REDACTED]
>>>
>>> On Wed, Jan 3, 2018 at 11:56 AM Pavel Durov < ceo@telegram.org > wrote:
>>>
>>>
>>>> Hi [REDACTED]
>>>>
>>>> Happy New Year! Thanks for pinging me on this. I will be travelling from
>>>> Dubai to London on the 9th. Any chance evening on the 9th in London can
>>>> work?
>>>>
>>>> Best,
>>>> Pavel
>>>>
>>>> On Tue, Jan 2, 2018 at 5:21 PM, [REDACTED] wrote:
>>>>
>>>>> Hi Pavel,
>>>>>
>>>>>
>>>>> Happy New Year! Just wanted to touch base about meeting up next week in
>>>>> London (or this week in Dubai).
>>>>>
>>>>>
>>>>> Talk soon,
>>>>> [REDACTED]
>>>>>
>>>>> On Wed, Dec 27, 2017 at 6:28 PM, [REDACTED] wrote:
>>>>>
>>>>>> Hi Pavel,
>>>>>>
>>>>>>
>>>>>> Our Holidays have been wonderful - Mexico for a friend's wedding and now
>>>>>> in LA with the family. The weather is not to dissimilar from Dubai today.
>>>>>> :) [REDACTED] and I may be going for a hike in the dessert this weekend.
>>>>>>
>>>>>>
>>>>>> I can make it to Dubai next week, but would prefer January 9th (after
> 5pm)
>>>>>> or anytime on the 10th in London. If that works for you, we can lock down
>>>>>> a time and location.
>>>>>>
>>>>>>
>>>>>> Really look forward to it.
>>>>>>
>>>>>>

>>>>>> Best,
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> On Wed, Dec 27, 2017 at 8:07 AM, Pavel Durov < ceo@telegram.org > wrote:
>>>>>>
>>>>>>> Hi
>>>>>>>
>>>>>>> Hope you had wonderful holidays! 100% agree with you re blockchain,
> crazy
>>>>>>> times are coming.
>>>>>>> I'll be in Dubai from the 1st till the 9th of January, then in London
>>>>>>> 9-13. Please LMK if any of these places/dates can work for you.
>>>>>>>
>>>>>>> Best,
>>>>>>> Pavel
>>>>>>>
>>>>>>> On Tue, Dec 26, 2017 at 6:20 PM, wrote:
>>>>>>>
>>>>>>>> Hi Pavel,
>>>>>>>>
>>>>>>>>
>>>>>>>> Hope you had a nice Christmas Holiday.
>>>>>>>>
>>>>>>>>
>>>>>>>> If it's easier for you, we can speak over the phone. To answer your
>>>>>>>> question about investing in Blockchain -- yes it's an active area of
>>>>>>>> interest for me and
>
>>>>>>>>
>>>>>>>> point in the cryptocurrency market that will enable real consumer
>>>>>>>> behaviors to emerge in the next 2-3 years. It's going to be an exciting
>>>>>>>> time.
>>>>>>>>
>>>>>>>>
>>>>>>>> Hope to talk soon.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> On Fri, Dec 22, 2017 at 4:56 PM,
> wrote:
>>>>>>>>
>>>>>>>>> Hi Pavel,
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> That's awesome, but hardly surprised.
>>>>>>>>>
>>>>>>>>>

Case 1:19-cv-09439-PKC Document 160-3 Filed 02/04/20 Page 8 of 13

>>>>>>>>> Can we find an hour or two to meet up next week. With my
> I
>>>>>>>>> can meet you pretty much anywhere. :)
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> On Fri, Dec 22, 2017 at 2:36 PM Pavel Durov < ceo@telegram.org >
> wrote:
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>> Hi
>>>>>>>>>>
>>>>>>>>>> Good to hear from you! I had to cancel my US trip as our presale
>>>>>>>>>> reached 2x oversubscription too soon. Does invest in blockchain?
>>>>>>>>>>
>>>>>>>>>> Thank you for your interest.
>>>>>>>>>>
>>>>>>>>>> Best,
>>>>>>>>>> Pavel
>>>>>>>>>>
>>>>>>>>>> Sent via <a
>>>>>>>>>>
> href="http://t.me/gmailbot">http://t.me/gmailbot</a>

>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 2017-12-22 20:07 (GMT+00:00), said:
>>>>>>>>>> > Hi Pavel,
>>>>>>>>>> > I wanted to touch base with you. I had heard that a round is coming
>>>>>>>>>> together
>>>>>>>>>> > and would love for to get involved. I'm sure you have many
> options
>>>>>>>>>> for
>>>>>>>>>> > partners, and we think we could be stellar ones with our set of
> past
>>>>>>>>>> > experiences.
>>>>>>>>>> > Please let me know what the best way to proceed would be.
>>>>>>>>>> > Thanks,
>>>>>>>>>> >
>>>>>>>>>> > On Tue, Dec 5, 2017 at 11:25 AM
> wrote:
>>>>>>>>>> >>
>>>>>>>>>> >> Sounds good, Pavel. I'll let you know if I make it out to
> Dubai/London
>>>>>>>>>> >> (I'm supposed to in early 2018). In the meantime, happy holidays.
>>>>>>>>>> >>
>>>>>>>>>> >>
>>>>>>>>>> >>
>>>>>>>>>> >>
>>>>>>>>>> >> On Mon, Dec 4, 2017 at 6:54 AM, Pavel Durov < ceo@telegram.org >
> wrote:
>>>>>>>>>>
>>>>>>>>>> >>

>>>>>>>>>>> >>> Hi [redacted]
>>>>>>>>>>> >>>
>>>>>>>>>>> >>>
>>>>>>>>>>> >>> Great to hear from you. I've postponed my US trip for a few
> weeks, and
>>>>>>>>>>> am
>>>>>>>>>>> >>> likely to remain in Dubai / London until mid-January. I'll write
> you
>>>>>>>>>>> once
>>>>>>>>>>> >>> I have clarity on the US trip.
>>>>>>>>>>> >>>
>>>>>>>>>>> >>> Best,
>>>>>>>>>>> >>> Pavel
>>>>>>>>>>> >>>
>>>>>>>>>>> >>> On Mon, Dec 4, 2017 at 5:22 AM, [redacted]
> wrote:
>>>>>>>>>>>
>>>>>>>>>>> >>>
>>>>>>>>>>> >>>> Hi Pavel,
>>>>>>>>>>> >>>>
>>>>>>>>>>> >>>>
>>>>>>>>>>> >>>> Hope you are great. I wanted to check in to see if you made
> plans to
>>>>>>>>>>> be
>>>>>>>>>>> >>>> out here. If not, perhaps I may see you in your neck of the
> woods.
>>>>>>>>>>> >>>>
>>>>>>>>>>> >>>>
>>>>>>>>>>> >>>> Best,
>>>>>>>>>>> >>>> [redacted]
>>>>>>>>>>> >>>>
>>>>>>>>>>> >>>> On Sun, Oct 29, 2017 at 10:52 AM Pavel Durov < ceo@telegram.org
>>
>>>>>>>>>>> wrote:
>>>>>>>>>>> >>>>
>>>>>>>>>>> >>>>
>>>>>>>>>>> >>>>> Hi [redacted]
>>>>>>>>>>> >>>>>
>>>>>>>>>>> >>>>> It's a pleasure to e-meet you. I've heard a lot of good things
> about
>>>>>>>>>>>
>>>>>>>>>>> >>>>> you, looking forward to meeting you in person.
>>>>>>>>>>> >>>>>
>>>>>>>>>>> >>>>> I'm likely to visit [redacted] in a few weeks. I'll send you a note
> once I
>>>>>>>>>>> >>>>> have specific dates set up.
>>>>>>>>>>> >>>>>
>>>>>>>>>>> >>>>> Thanks,
>>>>>>>>>>> >>>>> Pavel
>>>>>>>>>>> >>>>>
>>>>>>>>>>>
>>>>>>>>>>> >>>>> Sent via <a href=" <a
>>>>>>>>>>>
> href="http://t.me/gmailbot">http://t.me/gmailbot</a>

>>>>>>>>>>> "><a
>>>>>>>>>>>
> href="http://t.me/gmailbot">http://t.me/gmailbot</a>

>>>>>>>>>>> </a>
>>>>>>>>>>>
>>>>>>>>>>> >>>>>
>>>>>>>>>>> >>>>> 2017-10-29 09:18 (GMT-07:00), [REDACTED] [REDACTED]
> said:
>>>>>>>>>>>
>>>>>>>>>>> >>>>> > Thanks, [REDACTED] for the sweet intro (bcc now).
>>>>>>>>>>> >>>>> > Hi Pavel,
>>>>>>>>>>> >>>>> > A pleasure to make the acquaintance. As [REDACTED] said, a big fan
> of
>>>>>>>>>>> your
>>>>>>>>>>> >>>>> work at
>>>>>>>>>>> >>>>> > Telegram. Could not live without it. I'd love to meet
> sometime,
>>>>>>>>>>> whenever
>>>>>>>>>>> >>>>> that
>>>>>>>>>>> >>>>> > may be. I'm mostly based in [REDACTED] but make it to
>>>>>>>>>>> different
>>>>>>>>>>> >>>>> parts of
>>>>>>>>>>> >>>>> > the world over the course of a year.
>>>>>>>>>>> >>>>> > Best,
>>>>>>>>>>> >>>>> > [REDACTED]
>>>>>>>>>>> >>>>> > On Sat, Oct 28, 2017 at 11:04 PM, [REDACTED]
> [REDACTED]
>>>>>>>>>>> >
>>>>>>>>>>> >>>>> > wrote:
>>>>>>>>>>> >>>>> > >
>>>>>>>>>>> >>>>> > > Resending with [REDACTED] correct addy 👍👍
>>>>>>>>>>> >>>>> > >
>>>>>>>>>>> >>>>> > >
>>>>>>>>>>> >>>>> > >
>>>>>>>>>>> >>>>> > >
>>>>>>>>>>> >>>>> > >
>>>>>>>>>>> >>>>> > > --
>>>>>>>>>>> >>>>> > > This e-mail and any files transmitted with it are intended
>>>>>>>>>>> solely for
>>>>>>>>>>> >>>>> the
>>>>>>>>>>> >>>>> > > use of the individual or entity to whom they are addressed.
> If
>>>>>>>>>>> the
>>>>>>>>>>> >>>>> reader
>>>>>>>>>>> >>>>> > > of this e-mail is not the intended recipient or the
> employee or
>>>>>>>>>>> agent
>>>>>>>>>>> >>>>> > > responsible for delivering the message to the intended
>>>>>>>>>>> recipient, you
>>>>>>>>>>> >>>>> are
>>>>>>>>>>> >>>>> > > hereby notified that any use dissemination, forwarding,
> printing

Case 1:19-cv-09439-PKC Document [redacted]-3 Filed [redacted] Page 11 of 13

>>>>>>>>>>> or
>>>>>>>>>>> >>>>> > > copying of this e-mail is strictly prohibited. If you have
>>>>>>>>>>> received
>>>>>>>>>>> >>>>> this
>>>>>>>>>>> >>>>> > > e-mail in error, please e-mail us at
> [redacted]
>>>>>>>>>>> >>>>> > >
>>>>>>>>>>> >>>>> > > On Oct 28, 2017, at 10:33 PM, [redacted]
>>>>>>>>>>>
>>>>>>>>>>> >>>>> > wrote:
>>>>>>>>>>> >>>>> > >
>>>>>>>>>>> >>>>> > >
>>>>>>>>>>> >>>>> > >
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >> It's a total pleasure to intro two people who I like so
> much
>>>>>>>>>>> and
>>>>>>>>>>> >>>>> > admire a
>>>>>>>>>>> >>>>> > >> great deal.
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >> Pavel - meet [redacted] one of the smartest investors in the
>>>>>>>>>>> valley and
>>>>>>>>>>> >>>>>
>>>>>>>>>>> >>>>> > a
>>>>>>>>>>> >>>>> > >> really good guy.
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >> He's a lot like you. A creative rule breaker who is
> kicking ass
>>>>>>>>>>> and
>>>>>>>>>>> >>>>> > doing
>>>>>>>>>>> >>>>> > >> it with dignity and heart.
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >> He is also a big fan of your work.
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >> [redacted] - as you know - Pavel is a legendary founder and a
> total
>>>>>>>>>>>
>>>>>>>>>>> >>>>> > fucking
>>>>>>>>>>> >>>>> > >> genius.
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >> You two should know each other!!!
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >>

>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >> --
>>>>>>>>>>> >>>>> > >> This e-mail and any files transmitted with it are intended
>>>>>>>>>>> solely for
>>>>>>>>>>> >>>>>
>>>>>>>>>>> >>>>> > the
>>>>>>>>>>> >>>>> > >> use of the individual or entity to whom they are
> addressed. If
>>>>>>>>>>> the
>>>>>>>>>>> >>>>> > reader
>>>>>>>>>>> >>>>> > >> of this e-mail is not the intended recipient or the
> employee or
>>>>>>>>>>> agent
>>>>>>>>>>> >>>>>
>>>>>>>>>>> >>>>> > >> responsible for delivering the message to the intended
>>>>>>>>>>> recipient, you
>>>>>>>>>>> >>>>>
>>>>>>>>>>> >>>>> > are
>>>>>>>>>>> >>>>> > >> hereby notified that any use dissemination, forwarding,
>>>>>>>>>>> printing or
>>>>>>>>>>> >>>>> > >> copying of this e-mail is strictly prohibited. If you have
>>>>>>>>>>> received
>>>>>>>>>>> >>>>> > this
>>>>>>>>>>> >>>>> > >> e-mail in error, please e-mail us at
> [redacted]
>>>>>>>>>>> >>>>> > >>
>>>>>>>>>>> >>>>> > >
>>>>>>>>>>> >>>>> > >
>>>>>>>>>>> >>>>> >
>>>>>>>>>>> >>>>>
>>>>>>>>>>> >>>>>
>>>>>>>>>>> >>>>
>>>>>>>>>>> >>>>
>>>>>>>>>>> >>>>
>>>>>>>>>>> >>>
>>>>>>>>>>> >>>
>>>>>>>>>>> >>>
>>>>>>>>>>> >>>
>>>>>>>>>>> >>
>>>>>>>>>>> >>
>>>>>>>>>>> >>
>>>>>>>>>>> >>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>>

Case 1:19-cv-09439-PKC Document 160-3 Filed 02/04/20 Page 13 of 13

>>>>>>>
>>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>
>>>>
>>>>
>>>>
>>>
>>>
>>
>>
>>
>>

FOIA Confidential Treatment Requested By [redacted] [redacted]0000860