**From:** Pavel Durov [ceo@telegram.org]
**Sent:** 09/01/2018 19:27:58
**To:** ███████████████████████████; John Hyman [hyman@telegram.org]
**Subject:** ███ -> John

Dear ███

Please meet John, who is Chief Investment Advisor at Telegram. John has all the knowledge regarding the current status of the private sale of TON and will be happy to share it with you and ███

John, please meet ███, who is a good friend, mentor and a Telegram evangelist. ███ is the founder of ███████████████████

Kind regards,
Pavel

FOIA Confidential Treatment Requested by Telegram Group Inc.                                                                TG-005-00010516