**From:** Pavel Durov [ceo@telegram.org]
**Sent:** 20/01/2018 19:42:34
**To:** ███████████████████ John Hyman [hyman@telegram.org]
**Subject:** ██████ > John

███████

Please meet John Hyman, Chief Investment Advisor at Telegram. John runs the distribution of Grams and will be happy to help.

John,

Please meet ████████████████████████████████ knows me and Telegram very well and is interested to join the process.

Best,
Pavel

FOIA Confidential Treatment Requested by Telegram Group Inc.                                                      TG-005-00009569