**From:** Pavel Durov <ceo@telegram.org>
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**CC:** perekopsky@telegram.org; shyam@telegram.org; ▓▓▓▓▓▓▓▓▓▓▓▓
John Hyman
**Sent:** 1/18/2018 7:26:39 PM
**Subject:** Re: Follow up from last week's call

Hi ▓▓▓

We're past a few deadlines, but I hope we can still make it work. Cc'ing John who is in charge of the process.

Best,
Pavel

On Fri, Jan 19, 2018 at 12:04 AM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:

Do we need to do anything to document the interest we gave in participating the Ton ICO? The interest would be $10 million from senior ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Best ▓▓▓

▓▓00352