**From:** ███████████████████
**Sent:** 07/04/2018 08:27:57
**To:** John Hyman [hyman@telegram.org]
**Subject:** Fwd: Questions for Telegram

Dear John,

I trust all is well. I got a request from ██████ an investment vehicle of ██████ who participated in the initial tokensale round, to forward you a message.

I know that things are very hectic on your end but I would really appreciate it if someone from your team can find a time to clarify a few questions for them regarding TON. Please see below.

---------- Forwarded message ----------
From: ███████████████████
Subject: Questions for Telegram
To: ███████████████████

Hi ████,
Thank you again for allowing us to partner with you to invest in the Telegram token sale. We here at ██████ are excited about the future of Telegram and the TON. In fact, recently, ██████ and I discussed the future of blockchain and specifically discussed Telegram/TON, and a few questions came up to which we didn't have the answers. We are hoping you could help us, either by asking the Telegram team on our behalf, or by putting us directly in touch with them.

Here are some of our questions:

**Privacy**
What level of anonymity, if any, does Telegram intend to provide? Will it be similar to Bitcoin, in which, while not specifically designed to provide anonymity, can be used mostly anonymously. Will the Telegram wallet purposely generate multiple addresses per user? Or, will Telegram be more like Monero, whose blockchain is designed specifically for anonymity? Or, on the very other end of the spectrum, with the blockchain as a public ledger, will users' Telegram ids be linked publically to their address(es) and therefore will transactions be completely public?

If not completely public, what will Telegram's stance be on revealing identities if asked by regulatory agencies or law enforcement? For example, the IRS recently subpoenaed Coinbase for US citizens' records for tax enforcement reasons. How would Telegram handle that? And, will Telegram help law enforcement track down traders of illegal goods and services?

**Customer Support**
In decentralized payment systems such as Bitcoin, given that there is no central authority, customers with complaints/issues with payments have no organization to turn to (e.g. like a Visa or PayPal) for recourse. Given that one of Telegram's goals is to bring cryptocurrency to the mass consumer, does the team believe they need to address this?

**Cashing in/out of GRAMs**
How will the everyday consumer acquire GRAMs? Will Telegram users be airdropped some initial GRAMs? Can they "cash in" for GRAMs from Telegram directly with fiat currency? Do they have to open accounts at exchanges to buy GRAMs? What about cashing out? If a user wants to convert GRAMs to fiat, will there be an easy way to do so?

Thanks!