**From:** Tricia Lin <tricia@anchorage.com>
**Sent:** Tuesday, June 18, 2019 1:55 PM EDT
**To:** Oleg Seydak <Oleg Seydak <oleg@gramvault.com>>
**CC:** Diogo Monica <Diogo Monica <diogo.monica@anchorage.com>>; John Hyman <John Hyman <john@gramvault.com>>; [REDACTED] Alexander FIlatov <Alexander FIlatov <fav@ton.ventures>>
**Subject:** Re: Telegram <> Anchorage Intro

Hello Oleg,

Nice to meet you. Diogo will be back in town on July 1, so suggesting the first or second week of July - just let us know when works for you that week and I will send a calendar invite for everyone.

Thanks,
Tricia

Tricia Lin
**Anchorage Business Development**
Mobile/Telegram: (917) 831-2684 | tricialin
About Us:   Smart Storage | Techcrunch | Fortune


On Tue, Jun 18, 2019 at 3:48 AM Oleg Seydak <oleg@gramvault.com> wrote:
> Dear Diogo, it's great to meet you.
> [REDACTED] John, thank you for the introduction!
>
> I'm Oleg, the CEO of Gram Vault and we are looking for a partner to help us to serve US customers.
> Gram Vault is a provider of safekeeping, trading and staking services to investors in the Telegram blockchain.
>
> Tricia, please let me know when Diogo is back in town so we can pre-schedule a call.
>
> On Tue, Jun 18, 2019 at 8:12 AM Diogo Monica <diogo.monica@anchorage.com> wrote:
>> Great meeting you John, would love to get on a call when I'm back in town.
>>
>> Adding Tricia in CC to coordinate.
>>
>> Cheers,
>> Diogo
>>
>> On Mon, Jun 17, 2019 at 12:53 PM John Hyman <john@gramvault.com> wrote:
>>> Thank you very much [REDACTED], Diogo great to meet you.
>>> We are huge admirers of your company and many of Telegrams investor base speak very highly of you.
>>> We would love to have a call with you, or whoever is appropriate on your team to introduce ourselves and discuss the ways we could work together.
>>> Kind regards
>>> John.
>>> On 17 Jun 2019, at 21:21, [REDACTED] wrote:
>>>
>>>> Hi Diogo -
>>>>
>>>> As discussed, I'm pleased to connect you with John Hyman from Telegram. They are exploring custody solutions and are interested in meeting with you and your team. John, Diogo is the co-founder of Anchorage. They have some of the top institutional investors on their platform already, and are taking a unique approach to custody, having come from Docker and Square previously.
>>>>
>>>> Thanks.
>>>>
>>>> [REDACTED]

--

SEC_AL000041

Oleg Seydak
CEO
**GRAM Vault**

phone: +357 250 30248
mobile: +357 99 848812
e-mail: oleg@gramvault.io

SEC_AL000042