**To:** ███████████████████████████████████

**From:** John Hyman[john@gramvault.com]

**Sent:** Wed 9/18/2019 2:31:58 AM Pacific Standard Time

**Subject:** Telegram launch .

---

Dear ████████████

I hope you are well.I wanted to update you on the progress of the Telegram project.

We are now very close to launch of the Telegram Open Network and the grams you invested in,it will occur by the end of October.

I wanted to propose a call with my team and whoever was appropriate on your side to go through the logistics and mechanics of the distribution and trading mechanics of the grams.

Please let me know when would be convenient for you.

Kind regards

John .

FOIA CONFIDENTIAL TREATMENT

SEC-004409