UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE                       19 Civ. 9439 (PKC)
COMMISSION,                                 :

               Plaintiff,           :

               -against-             :

TELEGRAM GROUP INC. and TON ISSUER :
INC,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

       PLEASE TAKE NOTICE that effective March 2, 2020, the New York office of Skadden, Arps, Slate, Meagher & Flom LLP has changed its address for purposes of service of notices and documents in the above-captioned case. The new address of the New York office of Skadden, Arps, Slate, Meagher & Flom LLP is as follows:

       **Skadden, Arps, Slate, Meagher & Flom LLP**
       **One Manhattan West**
       **New York, NY 10001-8602**

       The firm's telephone number, fax number and email addresses remain the same.

Please amend your service list accordingly.

Dated: New York, New York
March 2, 2020

  /s/ George A. Zimmerman_____
George A. Zimmerman
Scott D. Musoff
Christopher P. Malloy
Alexander C. Drylewski
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
gzimmerm@skadden.com
smusoff@skadden.com
cmalloy@skadden.com
alexander.drylewski@skadden.com

*Attorney for Defendants*
Telegram Group Inc.
TON Issuer Inc