UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE COMMISSION,  :
                                     :
                    Plaintiff,       :     19 Civ. 9439 (PKC)
                                     :
        v.                           :     **NOTICE OF APPEAL**
                                     :
TELEGRAM GROUP INC. and TON ISSUER   :
INC.,                                :
                                     :
                    Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Notice is hereby given that Defendants Telegram Group Inc. and TON Issuer Inc ("Defendants") hereby appeal to the United States Court of Appeals for the Second Circuit, pursuant to 28 U.S.C. § 1292(a)(1), from the decision and order entered on March 24, 2020, granting Plaintiff Security and Exchange Commission's motion for a preliminary injunction.

Dated:   New York, New York
         March 24, 2020

                                            /s/ *Alexander C. Drylewski*
                                            George A. Zimmerman
                                            Scott D. Musoff
                                            Christopher P. Malloy
                                            Alexander C. Drylewski
                                            SKADDEN, ARPS, SLATE,
                                             MEAGHER & FLOM LLP
                                            Four Times Square
                                            New York, New York 10036
                                            Phone:  (212) 735-3000

                                            *Attorneys for Defendants*