UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

1:19-cv-09439-PKC

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of May, two thousand twenty.

_____

United States Securities and Exchange Commission,

    Plaintiff - Appellee,

v.

Telegram Group, Inc., Ton Issuer, Inc.,

    Defendants - Appellants.

_____

**ORDER**
Docket No. 20-1076

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 22 2020
```

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/22/2020