1:19-cv-09439-PKC

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the day of June 29, 2020.

SECURITIES AND EXCHANGE COMMISSION,
           Plaintiff-Appellee,
v.

TELEGRAM GROUP, INC. and TON ISSUER, INC.,
           Defendants-Appellants.

**STIPULATION**
Docket No. **20-1076**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 29 2020

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date:             /s/ Alexander C. Drylewski
                    Alexander C. Drylewski
                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                    One Manhattan West
                    New York, New York 10001-8602
                    212-735-3000

*Attorney for Appellants*

Date: 6/29/2020     /s/ David D. Lisitza
                    David D. Lisitza
                    SECURITIES AND EXCHANGE COMMISSION
                    100 F Street, NE
                    Washington, DC 20549
                    202-551-5015

*Attorney for Appellee*