

Charles A. Brown
+1 212 459 7231
CBrown@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

June 29, 2020

**VIA ECF AND FACSIMILE (212-805-7949)**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Securities and Exchange Commission v. Telegram Group, Inc. and TON Issuer, Inc., 1:19-cv-09439-PKC

Dear Judge Castel:

I write on behalf of non-parties Investor E and Investor Z regarding the impact of the Court's June 26, 2020 Final Judgment (the "Final Judgment") on the Court's June 17, 2020 Opinion and Order (the "Sealing Order").

On February 4, 2020, Investor E and Investor Z filed Motions to Seal (Dkts. 157-160 and 152-156) to protect certain documents and information from public disclosure containing their sensitive and proprietary information. In the Sealing Order, the Court approved sealing most but not all of the documents and information that Investor E and Investor Z sought to protect. *See* Dkt. 238. The Court ordered the parties to publicly file versions of the relevant documents by no later than Wednesday, July 1, 2020. *See id.*

Since the Court issued the Sealing Order, Defendants Telegram Group Inc. and TON Issuer Inc. consented to entry of the Final Judgment and waived any right to appeal the Final Judgment. *See* Dkt. 242. On June 26, 2020, the Court entered the Final Judgment and ordered the Clerk to terminate all motions and close the matter. *See id.* The Clerk obliged and the case is now closed.

Because the case is now closed, Investor E and Investor Z view the Court's Sealing Order as similarly closed and that this highly sensitive information need not be filed. We contacted the Securities and Exchange Commission (the "SEC") to confirm this understanding; however, the SEC responded that it still intends to publicly file those documents on July 1, 2020 in accordance with the Court's Sealing Order. Thus, Investor E and Investor Z seek prompt clarification from the Court regarding whether the parties must still comply with the Sealing Order given the case is now closed.

Respectfully submitted,

/s/ *Charles A. Brown*

Charles A. Brown