# PX115

```
PAYMT TRN   [REDACTED]            FT STATUS COM       EXCEPTION          ~
DR PARTY    [REDACTED]            TYP   CAS           INSTR DT 2018-08-03  ADVISE BY
            AMOUNT      1200000.00   USD              VALUE DT 2018-08-03  MSG CHG
            COMM CHG              FUNDS S             POST DT              CBL AMT
            CRN         [REDACTED]                    DIV-REGION-DIST
NAME/ADDRESS                                          ORDERING CUSTOMER
CREDIT SUISSE
PARADEPLATZ 8
8001 ZURICH, SWITZERLAND

COVER PAYMENT ORDERING CUSTOMER                       ORDERING BANK
[REDACTED]                                            [REDACTED]
TELEGRAM GROUP INC.
GENEVA PLACE, WATERFRONT DRIVE
1110 ROAD TOWN
CR/PAY      [REDACTED]            TYP   MBR           INSTR DT 2018-08-03  ADVISE BY
            AMOUNT      1200000.00   USD              VALUE DT 2018-08-03  MSG CHG
            COMM CHG              FUNDS S             POST DT              CBL AMT
            CRN         [REDACTED]                    DIV-REGION-DIST
NAME/ADDRESS                                          ACCOUNT WITH BANK
BARCLAYS BANK PLC NEW YORK BRANCH                     BARCLAYS BANK PLC
745 SEVENTH AVENUE                                    HEAD OFFICE
NEW YORK NY 10019                                     4 ROYAL MINT COURT
                                                      LONDON EC3 NHJ, ENGLAND
ULTIMATE BENEFICIARY                                  COVER PAYMENT ULTIMATE
BENEFICIARY
                                                      [REDACTED]
                                                      ATON FINANCIAL HOLDING
                                                      CAYMAN ISLANDS

BANK TO BANK INFORMATION



DETAILS OF PAYMENT
INVOICE DD 26/07 FOR SERVICES
```