# EXHIBIT N - REDACTED

**Exhibit N - Excerpts from of a chat on Messenger, partially redacted for privacy information reasons, between Pavel Durov and a representative of one purchaser entity between September 15, 2017, and May 28, 2018.**



17 January 2018

idential Treatment Requested by Telegram Group Inc.
T

ed2-ny:8443/axcng/resources/brava/f201dd9e2e94/lib/client.html?logLev

**redacted**                                                          02:27

Thanks for the reply, great to hear on the foundation 😊 Now that we've
had a chance to process the doc fully and discuss it with the group
more feedback in 3 areas. I'll start with the caveat that it's meant as
positive constructive feedback vs "change of heart" or moving away
from what is our fundamental support. I hope it doesn't feel that way or
if it does we can chat live.

1) the foundation: following up on our Paris discussion, it seems   02:34
there is merit to defining in addition to the launch timing and the IP
assignment the capital from the raise that would go into the
foundation. My assumption (naively perhaps) has been that it would be
the amount in excess of the core telegram needs you enumerated. I
think there is benefit to being clear about the foundation's capital base
(whatever that is) in the event that additional token sales aren't made
(the market price doesn't clear the formula) to signal the fundamental
depth of support for the network.

2) lockup: this may be assumed but there was a question about   02:37
the tokens issued to employees and developers pre launch being
subject to the same lockup as the investors. This is what typically
happens for IPOs to ensure the people needed to deliver the core
intellectual property have incentives to stay engaged through the
lockup.

3) your ownership: my partners all share my unbounded belief in   02:42
you. So much our confidence in telegram and TON comes from
knowing just how extraordinary you and your brother are at
manifesting whatever you want in the world. When asked, I didn't have
any answers for your personal ownership of tokens. It would help to
know to ensure your stake is as I assume it is fundamental aligned with
the success of TON (more is better!).