# EXHIBIT P - REDACTED

Message
**From:** Redacted on behalf of Redacted
**Sent:**
**To:** redacted
**Subject:** Telegram TON token intro

FYI

---------- Forwarded message ----------
From: Redacted
Date:
Subject: Fwd: Redacted Telegram TON token intro
To:

FYI - [Redacted] who saw the presentation [Redacted] and the partner meeting discussion was [Redacted] and trending [Redacted]

[Redacted] is going to send out a memo covering some of the questions that came up and we have a [Redacted] deadline for the pre-sale indication of interest

[Redacted]

Not our typical Monday so wanted to keep you in the loop - happy to sync if helpful but just sending as FYI

---------- Forwarded message ----------
From: Redacted
Date:
Subject: Re: Telegram TON token intro
To: Redacted

The password for the docsends: Redacted

On [Redacted] PM, Redacted wrote:
Team,

We have a late write-in for today's [Redacted] meeting.

We were introduced to Telegram via redacted late last week, and this morning a subset Redacted Redacted met with Telegram founder/CEO Pavel Durov via Zoom to discuss the company's new Ethereum competitor ("Telegram Open Network") and corresponding cryptocurrency ("Grams").

Telegram now has 180M MAU (up from 100M last year) and plans to leverage Telegram's distribution to launch a cryptocurrency that is more scalable and accessible to mass market users.

Redacted                                                                                    Redacted

The private pre-sale is $600M, which is currently 3x oversubscribed, with minimum check size $20M. There may be an opportunity for [Redacted] but we have not yet explored it.

We hope to brief the rest of the group and discuss whether it makes sense to explore an investment.

Here are the materials:
- Overview: [Redacted]
- Whitepaper: [Redacted]
- Other Whitepaper detail: [Redacted]

Best,
[Redacted]

FOIA Confidential Treatment Requested by [Redacted]                                    [Redacted]