# EXHIBIT R - REDACTED

List of US Purchasers in Round 1

*Indicates purchasers which, to our knowledge, are venture capital funds

| # | redacted | Purchase Amount Under Executed Purchase Agreement | Purchaser Jurisdiction | Purchaser Type | Redacted |
|---|---|---|---|---|---|
| 1 | | $25 million | US (CA) | Limited liability company | |
| 2 | | $9 million | US (CA, WA, PA, FL) | Limited liability company | |

A-2

| # | redacted | Purchase Amount Under Executed Purchase Agreement | Purchaser Jurisdiction | Purchaser Type | redacted | Redacted |
|---|---|---|---|---|---|---|
| 3 | | $3.5 million | Cayman* <br><br> *(Offer / investment decision made in US (CA)) | Limited company | | |
| 4 | | $5 million | US (DE, CA) | Limited company | | |

A-3

| # | Redacted | Purchase Amount Under Executed Purchase Agreement | Purchaser Jurisdiction | Purchaser Type | Redacted |
|---|---|---|---|---|---|
| 5 | | $15 million | US (CA) | Limited company | |
| 6 | | $10 million | US (MA) | Limited Partnership | |
| 7 | | $15 million | US (CA, DE, TX) | Limited partnership | |
| 8 | | $27.5 million | US (CA) | Limited company | |

---

[17] Note: Identities not disclosed by Purchaser for confidentiality purposes. Purchaser provided representation letter regarding these equity owners.

| # | | Purchase Amount Under Executed Purchase Agreement | Purchaser Jurisdiction | Purchaser Type | Redacted | |
|---|---|---|---|---|---|---|
| | Redacted | | | | | Redacted |
| 9 | | $12.5 million | US (CA) | Limited company | | |

A-5

| # | Purchaser | Purchase Amount Under Executed Purchase Agreement | Purchaser Jurisdiction | Purchaser Type | Redacted | AI Verification Letter |
|---|-----------|---------------------------------------------------|------------------------|----------------|----------|------------------------|
|   |           |                                                   |                        |                |          |                        |

| # | Redacted | Purchase Amount Under Executed Purchase Agreement | Purchaser Jurisdiction | Purchaser Type | Redacted | Redacted |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| 10 |  | $25 million | US (CA) | Limited Partnership |  |  |
| 11 |  | $15 million | US (CA) | Limited Partnership |  |  |

A-7

| # | | Purchase Amount Under Executed Purchase Agreement | Purchaser Jurisdiction | Purchaser Type | |
|---|---|---|---|---|---|
| 12 | Redacted | $10 million | British Virgin Islands*<br><br>*(Offer / investment decision made in US (CA)) | Limited company | Redacted |
| 13 | | $30 million | US (CA) | Limited liability company | |
| 14 | | $5 million | US (CA) | Limited company | |
| 15 | | $1.5 million | US (IL) | Corporation | |
| 16 | | $20 million | US (CA) | Limited | |

| # | Purchaser | Purchase Amount Under Executed Purchase Agreement | Purchaser Jurisdiction | Purchaser Type | |
|---|---|---|---|---|---|
| | | | | partnership | Redacted |

A-9

| # | Redacted | Purchase Amount Under Executed Purchase Agreement | Purchaser Jurisdiction | Purchaser Type | Redacted |
|---|---|---|---|---|---|
| 17 | | $10 million | US (CA) | Limited partnership | |

A-10

| # | | Purchase Amount Under Executed Purchase Agreement | Purchaser Jurisdiction | Purchaser Type | |
|---|---|---|---|---|---|
| | Redacted | | | | Redacted |
| 18 | | $2.5 million | US (NJ) | Limited liability company | |
| 19 | | $9 million | US (CO) | Limited liability company | |
| 20 | | $10 million | US (CA) | Limited liability company | |

| # | | Purchase Amount Under Executed Purchase Agreement | Purchaser Jurisdiction | Purchaser Type | |
|---|---|---|---|---|---|
| | Redacted | | | | Redacted |
| 21 | | $10 million | US (CA) | Limited liability company | |
| 22 | | $4 million | US (CA) | Limited liability company | |
| 23 | | $10 million | US (CA) | Limited liability company | |
| 24 | | $5 million | US (IL) | Limited liability company | |
| 25a | | $4.85 million | US (CA) | Limited Partnership | |

| # | | Purchase Amount Under Executed Purchase Agreement | Purchaser Jurisdiction | Purchaser Type | |
|---|---|---|---|---|---|
| 25b | Redacted | $0.15 million | US (CA) | Limited Liability Company | Redacted |
| 26a | | $4.85 million | US (CA) | Limited Partnership | |
| 26b | | $0.15 million | US (CA) | Limited Liability Company | |
| 27 | | $1 million | US (CA) | Limited liability company | |
| 28 | | $10 million | US (CA) | Limited liability company | |
| 29 | | $20 million | US (CA) | Limited Partnership | |
| 30 | | $35 million | British Virgin Islands*<br><br>*(Offer / investment decision made in US (CA)) | Limited company | |
| 31 | | $15 million | British Virgin Islands*<br><br>*(Offer / investment decision made in US (CA)) | Limited company | |
| 32 | | $5 million | US (CA) | Limited liability company | |

List of US Purchasers in Round 2

\* Indicates purchasers which, to our knowledge, are venture capital funds

| # | Redacted | Purchase Amount Under Executed Purchase Agreement | Purchaser Jurisdiction | Purchaser Type | Redacted |
|---|---|---|---|---|---|
| 1 | | $16 million | US (DE & CA) | Limited Partnership | |

A-14

| # | | Purchase Amount Under Executed Purchase Agreement | Purchaser Jurisdiction | Purchaser Type | |
|---|---|---|---|---|---|
| | Redacted | | | | Redacted |
| 2 | | $7 million | US (DE) | Limited Partnership | |
| 3 | | $1 million | US (NV) | Limited Liability Company | |
| 4 | | $5 million | US (NJ) | Limited Partnership | |
| 5 | | $10 million | US (DE) | Limited Liability Company | |

A-15