# EXHIBIT S - REDACTED

**Legal Entity Purchasers that Participated in the Private Placement**

| | Purchase Amount Under Executed Purchase Agreement(s) | Purchaser Jurisdiction | Purchaser Type | Special Purpose Vehicle |
|---|---|---|---|---|
| Redacted | $11 million | Luxembourg | Private LLC | No |
| Redacted | $3.8 million | Switzerland | Limited Company | No |
| Redacted | $5 million | BVI | Limited Company | Yes - [Two Natural Person Beneficial Owners Redacted for Data Privacy.] |
| Redacted | $25 million | Samoa | Limited Liability Corporation | No |
| Redacted | $25 million | Liechtenstein | Limited Company | No |
| Redacted | $5 million | Cyprus | Limited Company | No |
| Redacted | $1.8 million | Israel | Limited Company | No |
| Redacted | $3.08 million | Switzerland | Limited Company | Yes - [One Natural Person Beneficial Owner Redacted for Data Privacy.] |

4

| | | | | |
|---|---|---|---|---|
| Redacted | $1 million | Liechtenstein | Limited Company | No |
| | $6.5 million | Singapore | Limited Company | Yes - ▮▮▮▮▮▮▮▮▮▮ [Two Natural Person Beneficial Owners Redacted for Data Privacy.] |
| | $5 million | France | Société anonyme | No |
| | $2.76 million | Guernsey | Limited Partnership | No |
| | $12.24 million | Cayman Islands | Limited Partnership | No |
| | $7 million | Cayman Islands | Limited Company | No |
| | $15 million | France | Simplified Joint Stock Company | No |
| | $20 million | BVI | Limited Company | No |
| | $2.50 million | Switzerland | Limited Company | No |
| | $12 million | Germany | Limited Partnership | No |

| | | | | |
|---|---|---|---|---|
| Redacted | $2.5 million | Australia | Limited Company | No |
| | $5 million | Marshall Islands | Limited Company | Yes - [One Natural Person Beneficial Owner Redacted for Data Privacy.] |
| | $10 million | Marshall Islands | Limited Company | Yes - [One Natural Person Beneficial Owner Redacted for Data Privacy.] |
| | $17.7 million | Belize | Limited Company | Yes - ▮▮▮ [Five Natural Person Beneficial Owners Redacted for Data Privacy.] |
| | $12 million | UK | Limited Partnership | No |
| | $30 million | Cayman Islands | Limited Partnership | Yes - ▮▮▮ |
| | $6.5 million | BVI | Limited Company | No |
| | $47.5 million | Marshall Islands | Corporation | Yes - [One Natural Person Beneficial Owner Redacted for Data Privacy.] |
| | $7.5 million | Cayman Islands | Limited Company | No |
| | $72.14 million | Cayman Islands | Segregated Portfolio | No |

| | | | | |
|---|---|---|---|---|
| Redacted | $12 million | BVI | Limited Company | No |
| | $3 million | BVI | Limited Company | No |
| | $5 million | UK | Limited Company | No |
| | $1 million | BVI | Limited Company | No |
| | $11 million | Luxembourg | Public Limited Company | Yes - ▇▇▇▇ [One Natural Person Beneficial Owner Redacted for Data Privacy.] |
| | $5 million | Cyprus | Limited Company | No |
| | $10 million | BVI | Limited Company | No |
| | $1.6 million | UK | Limited Company | Yes - [One Natural Person Beneficial Owner Redacted for Data Privacy.] |
| | $6 million | BVI | Limited Company | No |
| | $95 million | Switzerland | Public Limited Company | No |

| | | | | |
|---|---|---|---|---|
| Redacted | $35 million | BVI | Limited Company | No |
| | $9.06 million | Belize | Limited Company | Yes - [One Natural Person Beneficial Owner Redacted for Data Privacy.] |
| | $15 million | BVI | Limited Company | No |
| | $20 million | BVI | Limited Company | No |
| | $21 million | Cayman Islands | Limited Partnership | No |
| | $15.25 million | Cayman Islands | Limited Partnership | Yes - [One Natural Person Beneficial Owner Redacted for Data Privacy.] |
| | $2 million | Gibraltar | Limited Company | No |
| | $11 million | Cayman Islands | Limited Partnership | Yes - [Eight Natural Person Beneficial Owners Redacted for Data Privacy.] |
| | $1 million | France | Simplified Joint Stock Company | No |
| | $3 million | Luxembourg | Public Limited Company | No |

| | | | | |
|---|---|---|---|---|
| Redacted | $7 million | Panama | Public Limited Company | No |
| | $15 million | Cyprus | Limited Company | No |
| | $1.5 million | Belgium | Public Limited Company | No |
| | $7.5 million | France | Société par actions simplifiée à associé unique (Single member simplified limited company) | No |
| | $15 million | BVI | Limited Company | No |
| | $1 million | Luxembourg | Corporation | No |
| | $10 million | UK | Limited Company | No |
| | $12 million | Cayman Islands | Segregated Portfolio | Yes - Redacted |
| | $15 million | BVI | Limited Company | No |

| | | | | |
|---|---|---|---|---|
| Redacted | $5 million | BVI | Corporation | No |
| | $1 million | BVI | Limited Company | No |
| | $9.5 million | BVI | Limited Company | No |
| | $15 million | BVI | Limited Company | No |
| | $16.5 million | Cayman Islands | Segregated Portfolio Company | No |
| | $2 million | Liechtenstein | Foundation | Yes - ▮▮▮ [One Natural Person Beneficial Owner Redacted for Data Privacy.] |
| | $6 million | BVI | Limited Company | Yes - ▮▮▮ [One Natural Person Beneficial Owner Redacted for Data Privacy.] |
| | $15 million | BVI | Limited Company | No |
| | $5 million | BVI | Limited Company | No |
| | $2 million | UK | Limited Company | Yes - [One Natural Person Beneficial Owner Redacted for Data Privacy.] |

| | | | | |
|---|---|---|---|---|
| Redacted | $66.29 million | Cayman Islands | Limited Company | No |
| | $5 million | Israel | Limited Company | No |
| | $10 million | Netherlands | Private LLC | No |
| | $21.74 million | Gibraltar | Limited Company | No |
| | $5 million | Cyprus | Limited Company | No |
| | $2 million | Anguilla | Corporation | No |
| | $22 million | BVI | Limited Company | No |
| | $7 million | Jersey | Limited Company | No |
| | $19.9 million | Cayman Islands | Limited Partnership | No |
| | $7.45 million | Cayman Islands | Limited Partnership | Yes - [Five Natural Person Beneficial Owners Redacted for Data Privacy.] |

| | | | | |
|---|---|---|---|---|
| Redacted | $6.28 million | BVI | Limited Company | No |
| | $15 million | Cayman Islands | General Partner | Yes - [Two Natural Person Beneficial Owners Redacted for Data Privacy.] |
| | $7 million | Cayman Islands | Limited Company | No |
| | $10 million | Cyprus | Limited Company | No |
| | $3.75 million | France | Simplified Joint-Stock Company | No |
| | $9.2 million | BVI | Segregated Portfolio | No |
| | $2 million | BVI | Limited Company | Yes - [One Natural Person Beneficial Owner Redacted for Data Privacy.] |
| | $1 million | Isle of Man | Limited Company | No |
| | $1 million | Russia | Natural Person | No |
| | $1 million | Russia | Natural Person | No |

| | | | | |
|---|---|---|---|---|
| [REDACTED FOR DATA PRIVACY] | $1 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1 million | Cyprus | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1 million | Russia | Natural Person | No |

| [REDACTED FOR DATA PRIVACY] | $1 million | Russia | Natural Person | No |
|---|---|---|---|---|
| [REDACTED FOR DATA PRIVACY] | $1 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1 million | Israel | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1 million | Cyprus | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1.1 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1.5 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $1.5 million | Italy | Natural Person | No |

| | | | | |
|---|---|---|---|---|
| [REDACTED FOR DATA PRIVACY] | $1.8 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $2 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $2 million | Cyprus | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $2 million | Spain | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $2 million | Ukraine | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $2.25 million | Malta | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $2.78 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $3 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $3 million | Kazakhstan | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $3 million | Malta | Natural Person | No |

| [REDACTED FOR DATA PRIVACY] | $3.72 million | Russia | Natural Person | No |
|---|---|---|---|---|
| [REDACTED FOR DATA PRIVACY] | $4 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $5 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $5 million | UK | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $7 million | Germany | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $8.87 million | Israel | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $10 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $10 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $10 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $11 million | Israel | Natural Person | No |

| [REDACTED FOR DATA PRIVACY] | $14.5 million | Malta | Natural Person | No |
|---|---|---|---|---|
| [REDACTED FOR DATA PRIVACY] | $17 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $25 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $50 million | Russia | Natural Person | No |
| [REDACTED FOR DATA PRIVACY] | $60 million | Monaco | Natural Person | No |