# EXHIBIT Y - REDACTED

9/27/2019 — https://bittrex.zendesk.com/tickets/1826658/print

##  #1826658 Gram – native token of Telegram Open Network

**Submitted**
September 27, 2019, 04:58

**Received via**
Web Form

**Requester**
redacted

**CCs**
redacted

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Pending | - | - | CoinTeam | redacted |

**NewCoin_Coin Ticker**
GRAM

**NewCoin_Github URL**
https://github.com/ton-blockchain/ton

**NewCoin_Code base**
Proprietary code developed by Telegram Team.

**NewCoin_RaiseMoney**
Yes

**NewCoin_ERC20 holding?**
No

**NewCoin_Date of Platform Launch**
Oct 31

**Coin Name**
Gram

**NewCoin_US memo**
No

**NewCoin_Website**
https://test.ton.org/

**Email Address(es) of Bittrex Account(s)**
redacted

**NewCoin_Date of Mainnet Launch**
Oct 31

**NewCoin_Current use of token on mainnet**
Mainnet hasn't been launched yet. Testnet phase

**NewCoin_ERC20?**
No

**NewCoin_Exchanges**
Coinbase announced their intention to list Grams

**Total time spent (sec)**
1834

**NewCoin_Block Explorer**
Testnet explorer: https://test.ton.org/testnet/

**Time spent last update (sec)**
1834

**NewCoin_Whitepaper URL**
https://test.ton.org/ton.pdf

**NewCoin_Dev?**
Yes

**NewCoin_Verified Account**
redacted

**NewCoin_TokenTeamCorporateAccount**
redacted

**NewCoin_Description**
The unique value proposition of Gram token comes from the 300 mln user base of the Telegram messenger and the scalable design of hypercube routing.

**NewCoin_Social Media**
https://twitter.com/telegram

**NewCoin_Malta Legal Letter**
No

---

**redacted**  Sep 27, 04:58

I'm submitting this form after having a call with redacted

---

**Bittrex Support Team**  Sep 27, 04:58

Hi redacted

Thanks for submitting a listing request to Bittrex. You are now in our queue for review. Please do not open multiple tickets for the same token. This will not expedite the review process and will likely cause delays in reviewing the token. Any updates and responses should be included in the original ticket request in order to be considered.

At Bittrex, we look for coins that have high community demand, innovations to digital currency technology, or a contribution to science or humanity. Given the demand for currency launches, we limit ourselves to only a handful a week. Listing is free at Bittrex.com and Bittrex International. Decisions made on listing tokens are at our sole discretion.

Confidential Treatment Requested by Bittrex, Inc.    BTRX-NY-9820-0000068

9/27/2019 https://bittrex.zendesk.com/tickets/1826658/print

Note that we cannot list currencies where its primary purpose is to support illegal gambling, illegal drug sales, or any other activity that is illegal in our jurisdiction. We also cannot list currencies that would be construed as a security such as digital currencies that promise/market profits, represent shares of a company, or do not have current utility open to the public.

We are mindful of scams, copyright violations, and offensive subjects and reserve the right to refuse any coin on our platform. In some cases, we will perform a legal and compliance review of your coin that will require further information.

Note: Please do NOT send BTC to anyone claiming to represent Bittrex via Twitter, IRC, or BitcoinTalk.

Information on the coin submission process can be found here: https://support.bittrex.com/hc/en-us/articles/360000475411

Best Regards,

Bittrex Support Team @ Bittrex
Follow us on Twitter @ https://twitter.com/BittrexExchange

---

redacte Sep 27, 08:30

Hi redacted

We would like to pursue reviewing your token for listing on our international platform. Please complete the attached listing application.

You'll notice that there is a document request list at the end that tells you what else we need to do our review. Note some of these items are for consideration for listing on the U.S. platform. This includes a legal memo prepared by licensed U.S. counsel familiar with SEC/securities regulations. The memo should include analysis to illustrate the token is not a security and include adequate discussion of the Howey test, and SEC comments and rulings on the DAO, Munchee, and Reeves. We do not need this memo at this time for consideration for our International platform. At this time we recommend working with redacted regarding obtaining a legal memo.

Separately we will send a team member our NDA and Listing Agreement to sign through DocuSign. **Please let us know the full name and email address of the person that can sign for the company.**

Lastly, **please provide us with the email address of three individuals to invite into the Bittrex Slack,** which will be our preferred method of communication moving forward. When joining slack, please use a generic name that does not identify your project. You may then DM me, bittrex-reda and I will invite you into a dedicated private channel to further discuss the project/listing process.

Best Regards,

redacted
Follow us on Twitter @ https://twitter.com/BittrexExchange

Support Software by Zendesk

Confidential Treatment Requested by Bittrex, Inc. BTRX-NY-9820-0000069