# EXHIBIT AA - REDACTED

*GRAM is a high visibility asset that we want to support as close to launch as possible,*

unmatched distribution

- High expected retail interest

