# EXHIBIT GG - REDACTED

**Exhibit GG – Excerpts of a a chat on Messenger, partially redacted for privacy information reasons, between Pavel Durov and a representative of one purchaser entity between October 24, 2017, and April 19, 2018.**



