```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION, :
                                    :   19 Civ. 9439 (PKC)
                Plaintiff,          :
                                    :   ECF Case
        -against-                   :
                                    :   Electronically Filed
TELEGRAM GROUP INC. and TON ISSUER  :
INC,                                :
                                    :
                Defendants.         :
------------------------------------ x
```

## NOTICE OF FILING

Please take notice that the below and attached documents are being publicly filed with revised redactions pursuant to this Court's June 17, 2020 Order (ECF No. 238).

- **Exhibit A**: Defendants' Response to Plaintiff's Local 56.1 Statement in Support of its Motion for Summary Judgment, dated January 21, 2020 (ECF No. 95)

- **Exhibit B**: Defendants' Response to Plaintiff's Counter-Statement of Undisputed Material Facts in Further Support of Defendants' Motion for Summary Judgment, dated January 27, 2020 (ECF No. 120)

- **Exhibit C**: Exhibit 4 to the Drylewski Declaration (ECF No. 73-4)

- **Exhibit D**: Exhibit 5 to the Drylewski Declaration (ECF No. 73-5)

- **Exhibit E**: Exhibit 10 to the Drylewski Declaration (ECF No. 73-10)

- **Exhibit F**: Exhibit 12 to the Drylewski Declaration (ECF No. 73-12)

- **Exhibit G**: Exhibit 1 to the Malloy Declaration (ECF No. 94-1)

- **Exhibit H**: Exhibit 2 to the Malloy Declaration (ECF No. 94-2)

- **Exhibit I**: Exhibit 3 to the Malloy Declaration (ECF No. 94-3)

- **Exhibit J**: Exhibit 4 to the Malloy Declaration (ECF No. 94-4)

- **Exhibit K**: Exhibit 9 to the Malloy Declaration (ECF No. 94-9)

- **Exhibit L**: Exhibit 10 to the Malloy Declaration (ECF No. 94-10)

- **Exhibit M**: Exhibit 11 to the Malloy Declaration (ECF No. 94-11)

- **Exhibit N**: Exhibit 14 to the Malloy Declaration (ECF No. 94-14)

- **Exhibit O**: Exhibit 1 to the McKeon Declaration (ECF No. 74-1)

- **Exhibit P**: Exhibit 1 to the Musoff Declaration (ECF No. 121-1)

- **Exhibit Q**: Exhibit 5 to the Musoff Declaration (ECF No. 121-5)

Dated: New York, New York
July 1, 2020

/s/ Alexander C. Drylewski
Alexander C. Drylewski
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3000
Fax: (212) 735-2000
Email: alexander.drylewski@skadden.com

*Attorneys for Defendants*