# Exhibit E

# Exhibit 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE COMMISSION, :
: 19 Civ. 9439 (PKC)
              Plaintiff, :
: **ECF Case**
        -against- :
:
TELEGRAM GROUP INC. and TON ISSUER :
INC., :
:
             Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DEFENDANTS' SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

        Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Local Civil Rules for the Southern District of New York ("Local Rules"), Defendants Telegram Group Inc. and TON Issuer Inc (collectively, "Telegram" or "Defendants"), by and through their undersigned counsel, hereby supplement their previous responses and objections to Plaintiff's First Set of Interrogatories to Defendants, dated November 1, 2019, and propounded by Plaintiff United States Securities and Exchange Commission ("Plaintiff" or the "SEC") in the above-captioned case ("Action").  Defendants hereby incorporate by reference their previous general responses and objections, objections to definitions and instructions, and specific responses and objections (not herein modified), dated November 22, 2019.

## SPECIFIC SUPPLEMENTAL RESPONSES AND OBJECTIONS

INTERROGATORY NO. 5:

Describe the stage of development of all Applications.

SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:

Defendants repeat their previous responses and objections to Interrogatory No. 5, and hereby supplement their previous responses with the following additional information based upon their reasonably diligent investigation to date.  Without making any representations as to the accuracy or completeness of the following, Defendants refer Plaintiff to the below additional public reports, websites and other resources for additional information regarding the development or potential development of applications and uses for Grams and the TON Blockchain:

| Name | Developer | Notes Based on Third Party Description | Link(s) |
|---|---|---|---|
| School register project | Andrei Marchenko | Project implements a register for giving grades to students in a school or university | https://github.com/ftkvyn/ton-register |
| Goods purchasing ecosystem project | Andrei Marchenko | Project creates an ecosystem for selling and purchasing goods on TON blockchain | https://github.com/ftkvyn/ton-goods |
| TON Auction | Denis Olshin | Multi-purpose smart-contract for TON blockchain implementing both an auction system and a shop | https://github.com/deNULL/ton-auction |
| TRC20 Token | Github user | A standard interface for tokens in TON (like ERC20 in Etherium) | https://github.com/cod1ng-studio/TRC20 https://tontalk.org/threads/184/ |

| Name | Developer | Notes Based on Third Party Description | Link(s) |
|---|---|---|---|
| TON Lotto | @combot / TON.sh | Lottery bot for TON testnet implemented as a Telegram bot that interacts with the TON smart contract | https://tontalk.org/threads/156/ |
| The Chat Game | EmelyanenkoK | RPG game with random items drop based on activity in chat rooms | https://ton.sh/e/tcg https://github.com/EmelyanenkoK/TheChatGame |
| OracleHub | EmelyanenkoK | Data provider platform that aims to create transparent registry of independent oracles | https://github.com/EmelyanenkoK/OracleHub |
| TON Mixer | @dkaraush | Project tries to transfer Grams through mixer nodes so they cannot be tracked in the open network | https://tonweb.site/-1:2bcc9840e7b9ec6b77fe3543b4eefbf3ba6c69fd98f362b3d3b2f4b752adb5e8/index.html https://github.com/dkaraush/ton-mixer |
| dApp for TON that allows delegation of GRAMs to validators in non-custodial way | BUTTON Wallet team | Project allows anyone to create delegation pool and become validator; allows anyone to earn interest by delegating Grams to potential Validators. (Risks will be handled by reputation system and security deposits); non-custodial web-based solution | https://github.com/button-tech/ton-delegation-pool |
| TON Decentralized Exchange | Github user | Implements a fully decentralized exchange with the support of the exchange of grams, extra currencies and TRC20 tokens | https://github.com/cod1ng-studio/ton-exchange |

| Name | Developer | Notes Based on Third Party Description | Link(s) |
|---|---|---|---|
| A Charity Foundation TON Smart Contract | Github user | Implements simple Foundation model where each incoming payment will be multiplied by specified campaign factor and sent to the destination | https://github.com/dblokhin/ton-charity-foundation |
| Smart contract lottery | Github user | Lottery smart contract where players buy any of 64 squares (or several), after a while the smart contract sets a win amount for each square | https://github.com/Arseny271/tonGame |
| Ring signature based mixer contract | Github user | Smart contract that can help obfuscates Grams | https://github.com/adoriasoft/ton_payment_mixer |
| Pool TON Service | vanasprin and alexhol | Allows to pool user funds in the TON blockchain network for some specific purpose and the subsequent proportional distribution of the funds (if necessary) | https://github.com/vanasprin/pool_ton |
| TON Staking Solutions | Eugene Koinov | Fully decentralized solution based on mutual mistrust principle at the crossroad of blockchain, finance and security | https://github.com/koinov/ton-staking |
| ICO smart contract | Github user | Allows user to conduct a fundraising event for the initial coin offer (ICO) for various projects | https://github.com/plexar88/ico |
| Dota2 auto chess | Github user | Project uses TON as a payment system and trust source for a popular game, Dota2 Autochess | https://github.com/KStasi/Ton-Dich5 |

4

| Name | Developer | Notes Based on Third Party Description | Link(s) |
|---|---|---|---|
| TON Web | @dkaraush | A website portal for TON | https://tonweb.site/-1:d9bb6fde2410a2445f4e213013f5a0ac584a580a67478fa2992be4bae24c3079/index.html |
| Fungible token smart contract | Github user | Fungible token smart contract | https://github.com/adoriasoft/ton_fungible_token |
| messenger | Github user | Messenger for TON | https://github.com/AlexGor-dev/messenger |
| contract_manager | Github user | Manager contracts for ton blockchain | https://github.com/AlexGor-dev/contract_manager |
| A gambling smartcontract for Telegram Open Network (TON) | Denis Olshin | Smart-contract for TON blockchain implements a platform for different gambling activities (such as lotteries or card games) | https://github.com/deNULL/ton-gamble |
| Lottery "3 of 13" smart-contract | Github user | Lottery smart contract | https://github.com/alunegov/ton-contest-2 |
| MadelineTon.js | Daniil Gentili | Pure JS client-side implementation of the Telegram TON blockchain protocol | https://github.com/danog/madelineTon.js |
| TON freestyle | Github user | Tools for creating freestyle smart contracts | https://github.com/Skydev0h/ton-freestyle |
| Ton (Gram) Validator Staking Pool | 2masternodes | Validation aggregator | https://2masternodes.com/ton-validator-pool |
| Xeus-Fift | Github user | Jupyter kernels for Fift, FunC and TVM assembler | https://github.com/atomex-me/xeus-fift https://tontalk.org/threads/158/ |

| Name | Developer | Notes Based on Third Party Description | Link(s) |
|---|---|---|---|
| TON Labs Cloud | TON Labs | Public cloud providing access to testnet | https://eu-central-1.large.testnet.ton.dev/graphql<br>https://tontalk.org/threads/149/<br>https://decrypt.co/12531/telegrams-sec-battle-hasnt-stopped-ton-labs-pressing-ahead |

INTERROGATORY NO. 7:

      Identify all steps you took to determine whether any initial purchaser of Grams acquired or had acquired Grams for him, her, or itself, or for other persons.

SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7:

      Defendants repeat their previous responses and objections to Interrogatory No. 7, and hereby supplement the last paragraph of their response to this Interrogatory based upon their reasonably diligent investigation to date.

      Defendants further respond that, from time to time, they have inquired as to whether certain private purchasers had agreed to transfer or sell their interests in Grams, and, in some instances, sought assurances that no transfers or sales had or would take place, advised the purchasers not to make such transfers or sales, and/or canceled the relevant Purchase Agreements.  For example, on February 15, 2018, Ilya Perekopsky reached out to Kelvin Wu of AID Capital Partners II Limited ("AID") stating that an article reporting that AID was reselling Grams raised "concern[s]." Mr. Perekopsky requested that AID confirm whether the statements in the article were false and reaffirm its representations under the Purchase Agreement that AID will not transfer any interest in its rights to receive Grams.  In response, AID confirmed that the

article was false and reaffirmed its continued compliance with the terms of its Purchase Agreement.  *See* TLGRM-008-00003269; Parekh Dep. Tr. at 75:9- 76:8, 88:23-89:15.

As another example, on March 7, 2018, Ilya Perekopsky spoke with Turiya Ventures Ltd. ("Turiya") regarding whether Turiya had entered into an agreement for an impermissible transfer of interests in Grams.  Turiya stated that pursuant to counsel's and Telegram's instructions prohibiting the transfer, it did not, and would not, pursue a transfer.  *See* TG-007-00000689; Perekopsky Dep. Tr. at 194:13-196:12.  Additionally, on August 20, 2018, Turiya requested permission to assign part of its interests under its Purchase Agreements to a third party. Telegram declined Turiya's request and stated that such an assignment and amendment to its Purchase Agreements was impermissible.  *See* TLGRM-008-00015344; Parekh Dep. Tr. at 83:23-84:6.

As another example, on May 24, 2019, a foreign investor informed Telegram that they received an offer to purchase Grams from another investor called New Technology Fund SPC Limited ("NT Fund") (a.k.a. ATON CryptoTech Fund SPC Limited).  Ilya Perekopsky reached out to NT Fund and requested that the company address these allegations and affirm that they were not in breach of their Purchase Agreement.  NT Fund denied the allegations and confirmed that it was not engaged in any activities that would constitute a breach of its Purchase Agreement.  *See* Perekopsky Dep. Tr. at 224:2-227:11; TLGRM-012-00015898.

As another example, on June 7, 2018, Landmark Asia requested Telegram's permission to pay for its right to receive Grams via an assignment of its Purchase Agreement to Bank to the Future. Under this proposed arrangement, Bank to the Future would subsequently pay the purchase amount to Telegram and transfer any Grams to Landmark Asia once they were issued. *See* TLGRM-011-00018740.  Telegram advised Landmark Asia that the proposed structure was

7

not permissible because it would violate the representations and provisions in the Purchase Agreement, and denied the request. Additionally, on April 14, 2018, Telegram became aware of facts indicating that Bank to the Future was running an online syndicate to invest in TON. Telegram investigated this information and rejected Bank to the Future's investment for Round Two of the Private Placement. *See* TG-005-00006846; Parekh Dep. Tr. at 205:16- 208:13.

As another example, in February 2018, Telegram became aware of facts indicating that VY TON had failed to disclose the fact that it was a Special Purpose Vehicle that solicited funds for investment in the Private Placement and was therefore in breach of its Purchase Agreement. Based upon its investigation, Telegram terminated VY TON's Purchase Agreement.

As another example, in June 2018, Telegram became aware of facts indicating that John Hyman may have been in breach of his Purchase Agreement by failing to disclose the source of funds for his investment. Following its investigation into the matter and discussions with Mr. Hyman, Telegram terminated Mr. Hyman's Purchase Agreement. *See* Perekopsky Dep. Tr. at 208:9-211:25; TLGRM-008-00024565.

As another example, Telegram also received requests to transfer Purchase Agreements by Altshuler Shaham Horizon Ltd. and D&P Corporate Finance Advisors Limited, both of which Telegram declined. *See* Parekh Dep. Tr. at 86:7- 88:5.

Telegram also is currently investigating and considering certain other instances relating to proposed or potential transfers of certain purchasers' interests in Grams and/or their Purchase Agreements. These purchasers include Lamesa, Foresight Asset Investments, and Blockchain Investment Management. *See* Parekh Dep. Tr. at 87:5 – 88:6.[1]

---

[1] Defendants have not disclosed the names of certain foreign individuals in this response due to foreign law data privacy concerns, but remain willing to meet and confer on the issue if necessary.

Dated: New York, New York
January 2, 2020

      /s/ Alexander C. Drylewski
George A. Zimmerman
Scott D. Musoff
Alexander C. Drylewski
Christopher P. Malloy
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Phone: (212) 735-3000

*Attorneys for Defendants*