# Exhibit Q

# Exhibit 5



Ilya Perekopsky <perekopsky@gmail.com>

## Fwd: Correct Invoice - Aton Financial Holding
1 message

**Potemkina Alexandra** <Alexandra.Potemkina@aton.ru>  27 January 2020 at 11:06
To: "marta@telegram.org" <marta@telegram.org>
Cc: Davydov Ilya <Ilya.Davydov@aton.ru>, "perekopsky@telegram.org" <perekopsky@telegram.org>, Shyam Parekh <shyam@telegram.org>

Dear Marta,
We read the documents submitted by the SEC saying that Aton received introduction commission upfront and then sold Gram to investors. It is not true. The invoice mentioned by SEC is an old one where we simply made a typo. Later we corrected this typo and made a new invoice. It is attached. Moreover, we received a wire from you on the Aug 3, 2018 and it also shows that we received the commission after investors had wired funds to you.

Best regards

**Alexandra Potemkina** | Vice President | Investment Banking Department
ATON Central City Tower, Ovchinnikovskaya emb. 20, bld.1, 115035, Moscow, Russia
Tel: +7 495 777-66-77 | Direct: 3622 | Mob: +7 963 714 68 66 | alexandra.potemkina@aton.ru |
www.aton.ru

---

Данное электронное сообщение (и любые вложения) являются конфиденциальной информацией, доступ к которой может быть ограничен или запрещен в соответствии с действующим законодательством. Если вы не являетесь предполагаемым получателем информации или получили это сообщение по ошибке, сообщите об этом отправителю, удалите это сообщение и все вложения из вашей системы. Любое несанкционированное распространение, копирование или иное использование этого сообщения и/ или любых вложений строго запрещено и может являться нарушением гражданского или уголовного законодательства. Если прямо не указано иное, данное электронное сообщение (и любые вложения) предоставляются исключительно в информационных целях; они не являются и не должны рассматриваться в качестве предложения, рекомендации, одобрения покупки или продажи ценных бумаг или других финансовых инструментов, а также в качестве предложения купить или продать ценные бумаги или другие финансовые инструменты в этой или в любой другой юрисдикции, или использовать какие-либо определенные инвестиционный стратегии. Данное сообщение (и любые вложения) не являются юридической, налоговой, инвестиционной, финансовой или иной консультацией.

---

This email message (and any attachments) is confidential and may be privileged or otherwise protected from disclosure by applicable law. If you are not the intended recipient or have received this in error please notify the sender, remove this message and any attachments from your system. Any unauthorized dissemination, copying or other use of this message and/or any attachments is strictly prohibited and may constitute a breach of civil or criminal law. Unless it is clearly stated to the contrary, this email message (and any attachments), is provided solely for information purposes and it is not, and should not be regarded as a solicitation, recommendation, endorsement to buy or to sell securities or other financial instruments nor an offer to buy or sell securities or other financial instruments in this or in in any other jurisdiction or to use any particular investment strategy. You should not construe this message and any attachments as legal, tax, investment, financial, or other advice.

**2 attachments**

- **AFH Invoice 1 dd 26.07.18.pdf**
  31K

- **ATT00001.htm**
  1K

 

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER  TLGRM-032-00000001

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TLGRM-032-00000002

*ATON FINANCIAL HOLDING*
*190 Elgin Avenue, KY1-9005 George Town, Grand Cayman, Cayman Islands*

**Beneficiary:** ATON FINANCIAL HOLDING

Corr. bank
SWIFT
ABA
Beneficiary's
Bank
SWIFT
Beneficiary       ATON FINANCIAL HOLDING
Beneficiary's
account

Invoice : 1 dd 26.07.2018

Date: 26/07/2018
Geneva Place, Waterfront Drive, P. O. Box 3469, Road Town, Tortola, British Virgin Islands
Buyer: Telegram Group Inc.

**Payment Amount Detail:**

1. Pursuant to the Agreement dated June 25, 2018 the Company has properly rendered to Telegram, TGI the services specified in the Agreement dated June 25, 2018.

2. Specified services are performed in full and in due time. Telegram, TGI have no claims regarding the scope, quality and terms of the services provided.
List of signed purchase agreements for Grams listed below:

| № | Counterparty | Date of Purchase Agreement | Amount, US $ | Company's fee, % | Company's fee, US $ |
|---|---|---|---|---|---|
| 1. | | June 20, 2018 | 1 000 000 | 10 | 100,000 |
| 2. | | June 20, 2018 | 5 000 000 | 10 | 500,000 |
| 3. | | June 29, 2018 | 1 000 000 | 10 | 100,000 |
| 4. | | June 29, 2018 | 1 000 000 | 10 | 100,000 |
| 5. | | July 10, 2018 | 1 000 000 | 10 | 100,000 |
| 6. | REDACTED - PERSONAL INFORMATION | July 11, 2018 | 2 000 000 | 10 | 200,000 |
| 7. | | July 18, 2018 | 1 000 000 | 10 | 100,000 |
| | | TOTAL: | 12 000 000 | | |

3. According the Agreement dated June 25, 2018, the total fee for the services rendered is:

10% of the gross proceeds received by Telegram pursuant to each Contract.

**Total Payment Amount:** One million two hundred thousand dollars and 00 cents

Director
Ekaterina Moisenkova
Director

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                TLGRM-032-00000003