# Office of Financial Management

## About the Office

The Office of Financial Management administers the financial management and budget functions of the SEC. The Office assists the Chief Operating Officer in formulating budget and authorization requests, monitors the utilization of agency resources, and develops, oversees, and maintains SEC financial systems. These activities include cash management, accounting, fee collections, travel policy development, and oversight and budget justification and execution.

Follow the related links on the upper right to view the SEC's Strategic Plan, current and prior years annual reports and budget documents, and important payee information.

Cited in SEC v Telegram Grp 19Civ9439 Decided 6/26/20
Archived on 7/8/20
This document is protected by copyright. Further reproduction is prohibited without permission.



**Caryn Kauffman, Chief Financial Officer, Office of Financial Management**

Contact the Office
202-551-7840

## Related Links

- Agency Strategic Plan, Annual Reports, and Budget Documents

- How to pay the SEC

*Modified: March 4, 2014*

Cited in SEC v Telegram Grp 19Civ9439 Decided 6/26/20
Archived on 7/8/20
This document is protected by copyright. Further reproduction is prohibited without permission.